AO 450 (Rev. 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION<br>*Plaintiff*<br>v.<br>BOLIVARIAN REPUBLIC OF VENEZUELA<br>*Defendant* | )<br>)<br>)   Civil Action No. 16 CV 661 (RC)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* CRYSTALLEX INTERNATIONAL CORPORATION recover from the defendant *(name)* BOLIVARIAN REPUBLIC OF VENEZUELA the amount of one billion two hundred two million dollars (1,202,000,000.00) dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other:   ***pre-award interest from April 13, 2008 to April 4, 2016 (the date of the Award) at a rate of the 6-month average U.S. Dollar LIBOR plus 1%, compounded annually***

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rudolph Contreras on a motion for confirmation of arbitral award, respondent's motion to vacate arbitral award, and petitioner's motion for a pre-judgment bond

Date: 04/07/2017

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: APR 0 7 2017
ANGELA D. CAESAR, CLERK
By: _____