

Travis S. Hunter
302-651-7564
Hunter@rlf.com

June 19, 2017

**VIA HAND DELIVERY**
John A. Cerino
Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE  19801

        Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*;
              Registration of Judgment from Another District

Dear Mr. Cerino:

     Enclosed please find the following documents issued by the Clerk of the United States District Court for the District of Columbia:  (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of Judgment, in the above-referenced action.

     Kindly register this judgment in the District of Delaware.

     Thank you in advance for your attention to this matter.  Please let me know if you need any further information.

                                                  Respectfully,

                                                  */s/ Travis S. Hunter*

                                                  Travis S. Hunter (#5350)
                                                  hunter@rlf.com

TXH/afg
Enclosures