IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 17-mc-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **9th** day of **August, 2018**:

For the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED** that:

1. Crystallex's motion for an order authorizing the issuance of a writ of attachment *fieri facias*, pursuant to 28 U.S.C. § 1610(c) (D.I. 2), is **GRANTED**.

2. PDVSA's cross-motion to dismiss for lack of jurisdiction over the subject matter (D.I. 25) is **DENIED**.

3. Because the Opinion has been issued under seal, Crystallex and PDVSA shall meet and confer and, no later than **August 10, 2018 at 12:00 p.m.**, submit a proposed redacted version, as well as authority for their proposed redactions. Should Crystallex and PDVSA meet their burden and timely request redactions, the Court will consider their views before issuing a public version of its Opinion.

4. Crystallex and PDVSA shall meet and confer and, no later than **August 16, 2018**, submit a joint status report providing their position(s) as to how this case should now proceed.

5.	The Clerk of Court is directed **not** to issue the writ of attachment until after the Court issues an additional Order following its review of the forthcoming status report.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT