# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., *Plaintiff*, v. BOLIVARIAN REPUBLIC OF VENEZUELA, *Defendant*. | C.A. No. 17-mc-00151-LPS |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and the collateral order doctrine, notice is hereby given that Petróleos de Venezuela, S.A. ("PDVSA"), intervenor in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of this Court entered on August 9, 2018 [D.I. 78] (the "Order"), which denied PDVSA's cross-motion to dismiss for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602, *et seq*. Because the Order denies PDVSA's sovereign immunity, it is immediately appealable under the collateral order doctrine. *See Fed. Ins. Co. v. Richard I. Rubin & Co.*, 12 F.3d 1270, 1281, 1282 (3d Cir. 1993) (holding that district court's denial of a claim of foreign sovereign immunity is immediately appealable under the collateral order doctrine); *Princz v. Fed. Republic of Germany*, 998 F.2d 1, 1 (D.C. Cir. 1993) (*per curiam*) (Wald, J., and Ginsburg, R.B., J.) ("a district court's denial of a foreign state's motion to dismiss on grounds of sovereign immunity is immediately appealable").

|  |  |
|---|---|
|  | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Samuel T. Hirzel*<br>Samuel T. Hirzel, II (#4415)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300 |
| OF COUNSEL:<br><br>Joseph D. Pizzurro (pro hac vice)<br>Julia B. Mosse (pro hac vice)<br>Kevin A. Meehan (pro hac vice)<br>Juan O. Perla (pro hac vice)<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br>jpizzurro@curtis.com<br>jmosse@curtis.com<br>kmeehan@curtis.com<br>jperla@curtis.com<br><br>Dated: August 10, 2018 | SHirzel@hegh.law<br>*Attorney for Intervenor Petróleos de Venezuela, S.A.* |