IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>     Plaintiff,<br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>     Defendant. | C.A. No. 17-mc-00151-LPS |

## DECLARATION OF JASON W. MYATT

I, JASON W. MYATT, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am of counsel in the law firm of Gibson, Dunn & Crutcher LLP, which is counsel for Plaintiff and Judgment Creditor Crystallex International Corporation ("Crystallex") in the above-captioned action.

2.  I make this declaration in connection with Crystallex's Opposition to Motions to Intervene and Stay Pending Appeal.

3.  Attached hereto as Exhibit 1 is a true and correct copy of a press release titled "PDVSA Rechaza Categóricamente las Pretensiones de Crystallex Contra Venezuela," which was published on PDVSA's website and dated August 15, 2017.

4.  Attached hereto as Exhibit 2 is a true and correct copy of a press release titled "PDVSA Categorically Rejects Crystallex Embargo Attempt Against Venezuela," which was published on PDVSA's website and dated August 16, 2017.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a news report by Brian Ellsworth titled "UPDATE 2 – Canadian Miner Crystallex Takes Aim at Citgo in Venezuela Dispute," which was published by Reuters and dated August 15, 2017.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a news report by Eliza Ronalds-Hannon and Ben Bartenstein titled "Citgo Threats in Focus as Bond Investors Dodge Venezuela Chaos," which was published by Bloomberg and dated August 31, 2017.

7.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of PDVSA's offering circular for its bonds maturing in 2020, dated September 16, 2016.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a news report by Rachelle Krygier and Anthony Faiola titled "Top Executives of U.S.-Based Citgo Detained in Venezuela Corruption Probe," which was published by the Washington Post and dated November 22, 2017.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a news report by Jordan Blum titled "Citgo Formally Announces Chavez as New CEO," which was published by the Houston Chronicle and dated November 30, 2017.

10.     Attached hereto as Exhibit 8 is a true and correct copy of a news report titled "Chavez Cousin To Lead Citgo, PDVSA's Arm in U.S.," which was published by Yahoo News and dated November 22, 2017.

11.     Attached hereto as Exhibit 9 is a true and correct copy of an Associated Press news report by Scott Smith and Steve Peoples titled "Suspects in Venezuelan Corruption Probe Hold US Passports" and dated November 22, 2017, which was retrieved from the Bloomberg Terminal on September 12, 2018.

12.     Attached hereto as Exhibit 10 is a true and correct copy of a news report by Laura Millan Lombrana titled "Venezuela's Maduro Suspect in Probe as U.S. Keeps Pressure on," which was published by Bloomberg and dated July 28, 2018.

13.     Attached hereto as Exhibit 11 is a true and correct copy of United States "Executive Order 13808 of August 24, 2017," which was published in the Federal Register, Vol. 82, No. 166, on August 29, 2017, and which imposes financial sanctions on the Government of Venezuela, which is defined to include PDVSA.

14.     Attached hereto as Exhibit 12 is a true and correct copy of United States "Executive Order 13827 of March 19, 2018," which was published in the Federal Register, Vol. 83, No. 55, on March 21, 2018.

15.     Attached hereto as Exhibit 13 is a true and correct copy of United States "Executive Order 13835 of May 21, 2018," which was published in the Federal Register, Vol. 83, No. 101, on May 24, 2018.

16.     Attached hereto as Exhibit 14 is a true and correct copy of a news report titled "CITGO Says CEO's U.S. Visa Has Been Revoked," which was published by Reuters and dated July 18, 2018.

17.     Attached hereto as Exhibit 15 is a true and correct copy of a news report titled "Exclusive:  PDVSA Payment Woes Drive Up Bill for Big Oil Buy from BP – Internal Documents," which was published by Reuters and dated September 13, 2016.

18.     Attached hereto as Exhibit 16 is a true and correct copy of the Complaint filed by Rusoro Mining Ltd. in *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, No. 18-1458 (S.D. Tex.), dated May 7, 2018.

19.     Attached hereto as Exhibit 17 is a true and correct copy of the Memorandum in Support of an Application for an Order Under 28 U.S.C. § 1782 To Take Discovery from Citgo Petroleum Corporation filed by ConocoPhillips in *In Re: Application of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. To Take Discovery Pursuant to 28 U.S.C.§ 1782*, No. 18-mc-01757 (S.D. Tex.), dated June 25, 2018.

20.     Attached hereto as Exhibit 18 is a true and correct copy of a news report titled "Conoco Authorized To Seize $636 Million in Venezuela PDVSA Assets," which was published by Reuters and dated May 12, 2018.

21.     Attached hereto as Exhibit 19 is a true and correct copy of an Official Report of the Bailiff's Office of Curaçao, attached as Exhibit G to the Declaration of Jacob C. Maris submitted in support of the Memorandum in Support of an Application for an Order Under 28 U.S.C. § 1782 To Take Discovery from Citgo Petroleum Corporation filed by ConocoPhillips in *In Re: Application of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. To Take Discovery Pursuant to 28 U.S.C.§ 1782*, No. 18-mc-01757 (S.D. Tex.), dated June 25, 2018.

22.     Attached hereto as Exhibit 20 is a true and correct copy of an Official Report of the Bailiff's Office of Curaçao, attached as Exhibit H to the Declaration of Jacob C. Maris submitted in support of the Memorandum in Support of an Application for an Order Under 28 U.S.C. § 1782 To Take Discovery from Citgo Petroleum Corporation filed by ConocoPhillips in *In Re: Application of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. To Take Discovery Pursuant to 28 U.S.C.§ 1782*, No. 18-mc-01757 (S.D. Tex.), dated June 25, 2018.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a news report by Maria Eugenia Garcia and Mery Mogollon titled "Two Rare Cargoes of Venezuela Santa Barbara Crude Oil Imported into USGC in June," which was published by S&P Global Platts and dated June 15, 2018.

24.     Attached hereto as Exhibit 22 is a true and correct copy of a news report by Justin Villamil titled "PDVSA's 2020 Bond Payment Is One To Watch in Venezuela:  Normura," which was published by Bloomberg and dated May 31, 2018.

25.     Attached hereto as Exhibit 23 is a true and correct copy of a news report by Katia Porzecanski and Luca Casiraghi titled "PDVSA's Secured Creditors Organize Ahead of Payments," which was published by Bloomberg and dated April 24, 2018.

26.     Attached hereto as Exhibit 24 is a true and correct copy of a news report titled "Venezuela's Maduro Travels to China in Search of Fresh Funds," which was published by Reuters and dated September 12, 2018.

27.     Attached hereto as Exhibit 25 is a true and correct copy of a press release titled "New PDVSA Board of Directors Published in Official Gazette," which was published on PDVSA's website and dated May 5, 2018.

28.     Attached hereto as Exhibit 26 is a true and correct copy of a State of Delaware Annual Franchise Tax Report for PDV Holding, Inc. for the year 2017, which is on file with the Secretary of State for the State of Delaware.

29.     Attached hereto as Exhibit 27 is a true and correct copy of a State of Delaware Annual Franchise Tax Report for CITGO Holding, Inc. for the year 2017, which is on file with the Secretary of State for the State of Delaware.

30.     Attached hereto as Exhibit 28 is a true and correct copy of a Foreign Profit Corporation Annual Report for CITGO Petroleum Corp., filed with the Secretary of State for the State of Florida on April 11, 2018.


I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on September 14, 2018, in New York, New York.

Jason W. Myatt