UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 29, 2019

## Nos. <u>18-2797,  18-2889 & 18-3124</u>

CRYSTALLEX INTERNATIONAL CORPORATION

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

Petroleos De Venezuela, S.A. (Intervenor in D.C.), Appellant

(D. Del. No. 1-17-mc-00151)

Present:  AMBRO, GREENAWAY, JR and SCIRICA, <u>Circuit Judges</u>

1. Motion filed by Appellee Crystallex International Corp. to lift stay of District Court Proceedings.

2. Response filed by Intervenor-Appellant Bolivarian Republic of Venezuela to Motion to lift stay.

3. Response filed by Appellant Petroleos de Venezuela SA to motion to lift stay.

4. Reply by Appellee Crystallex International Corp to Response to motion to lift stay

Respectfully,
Clerk/clw

_____ORDER_____
The foregoing motion to lift the stay of the District Court proceedings is granted.

By the Court,

<u>s/ Thomas L. Ambro</u>
Circuit Judge

Dated: September 30, 2019
CLW/cc: ALL COUNSEL OF RECORD