**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br>  Plaintiff <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>  Defendant. | C.A. No. 17-mc-00151-LPS |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that A. Thompson Bayliss of Abrams & Bayliss LLP hereby enters his appearance in the above-captioned action on behalf of defendant Bolivarian Republic of Venezuela. This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned.

                                                        Respectfully submitted,

                                                        */s/ A. Thompson Bayliss*
                                                        A. Thompson Bayliss (#4379)
                                                        ABRAMS & BAYLISS LLP
                                                        20 Montchanin Road, Suite 200
                                                        Wilmington, Delaware 19807
                                                        (302) 778-1000
                                                        bayliss@abramsbayliss.com

Dated: October 11, 2019                     *Attorneys for Defendant Bolivarian Republic of Venezuela*