# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendants, | C.A. No. 17-00151-LPS |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF DONALD B. VERRILLI, JR.

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Donald B. Verrilli, Jr. of Munger, Tolles & Olson LLP, 1155 F Street, NW, Washington, D.C., to represent defendant Bolivarian Republic of Venezuela in this matter.

Respectfully submitted,

 */s/ A. Thompson Bayliss*
A. Thompson Bayliss (#4379)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Telephone: (302) 778-1000
bayliss@abramsbayliss.com

Dated: November 11, 2019

*Attorneys for Defendant Bolivarian Republic of Venezuela*

{A&B-00634092-}