UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

CRYSTALLEX INTERNATIONAL CORP.,

    Plaintiff,

  -v-

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.

C.A. No. 17-mc-00151-LPS

---

## ORDER GRANTING
## MOTION OF MORRIS JAMES LLP AND SULLIVAN & CROMWELL LLP
## TO WITHDRAW AS COUNSEL TO THE BONDHOLDERS

This matter came before the Court upon the Motion ("Motion") of Morris James LLP and Sullivan & Cromwell LLP ("Movants") to Withdraw as Counsel to the Bondholders. The Bondholders are identified as BlackRock Financial Management, Inc. and its affiliates, on behalf of certain client funds and accounts under management, and Contrarian Capital Management, L.L.C., also on behalf of client funds and accounts that it manages. The Bondholders are members of a working group that includes U.S. and UK based investment managers; and

It appearing to the Court that good cause exists for such withdrawal on the grounds set forth in the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Court finds that notice of the Motion has been sufficient under D. Del. LR 83.7; and it is further

11413956/1

ORDERED that Morris James LLP and its attorneys, and Sullivan & Cromwell LLP and its attorneys, are hereby permitted to withdraw as counsel for the Bondholders, and are deemed by entry of this Order to have done so; and it is further

ORDERED that, within two (2) days of the date that this Order is entered on the docket, Movants shall email and mail a copy of this Order to their contacts for the Bondholders, and shall mail or email a copy of this Order to all counsel who have entered an appearance in this proceeding.

Dated: December 16, 2019

---
The Honorable Leonard P. Stark
Chief Judge
United States District Court