IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> - against - <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Civil Action No. 17-mc-00151-LPS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Daniel A. Mason, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters his appearance as counsel of record for BlackRock Financial Management, Inc. and its affiliates, on behalf of certain client funds and accounts under management, and Contrarian Capital Management, L.L.C., also on behalf of client funds and accounts that it manages, as holders of bonds issued by Petróleos de Venezuela, S.A. (the "Bondholders") and Intervenors in the above-captioned matter, pursuant to the order granted December 12, 2019.  (D.I. 154) .

Dated: Wilmington, Delaware
January 22, 2020

                PAUL, WEISS, RIFKIND,
                 WHARTON & GARRISON LLP

               By: */s/ Daniel A. Mason*
                Daniel A. Mason (#5206)
              500 Delaware Avenue, Suite 200
              Post Office Box 32
              Wilmington, Delaware  19899-0032
              Tel: (302) 655-4410
              Fax: (302) 655-4420
              Email:  dmason@paulweiss.com

              *Attorneys for Intervenor Bondholders*