

HEYMAN ENERIO
GATTUSO & HIRZEL LLP
PRACTICING THE ART OF LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • FAX: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: (302) 472-7315
Email: shirzel@hegh.law

May 21, 2020

**BY ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

   Re: *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela*,
     C.A. No. 1:17-mc-00151-LPS

Dear Chief Judge Stark:

   I write on behalf of Petróleos de Venezuela, S.A. ("PDVSA") in response to the letter submitted by counsel for Crystallex International Corporation ("Crystallex") on Tuesday, May 19, 2020. (D.I. 167). PDVSA joins in the positions set forth in the letter filed by Bolivarian Republic of Venezuela (the "Republic") earlier today (D.I. 168) regarding the appropriate process to move forward in this matter and the related matters.

     Respectfully submitted,

     */s/ Samuel T. Hirzel*

     Samuel T. Hirzel (#4415)
     *Counsel for Petróleos de Venezuela, S.A.*

STH/cmw
cc: All Counsel of Record (via e-filing/e-mail