# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347
(302) 658-9200
(302) 658-3989 FAX

KENNETH J. NACHBAR
(302) 351-9294
(302) 425-3013 FAX
KNachbar@mnat.com

May 21, 2020

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
U.S. District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:    *Crystallex International Corp. v. Petróleos de Venezuela S.A., et al.*, C.A. No. 15-1082-LPS;
*Crystallex International Corp. v. PDV Holding, Inc., et al.*, C.A. No. 16-1007-LPS;
*ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela S.A., et al.*, C.A. No. 17-28-LPS;
*ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela S.A., et al.*, C.A. No. 16-904-LPS;
*OI European Group B.V. v. Bolivarian Republic of Venezuela, et al.*, C.A. No. 19-cv-290-LPS;
*Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17-151-LPS

Dear Chief Judge Stark:

        I write on behalf of CITGO Petroleum Corporation, CITGO Holding, Inc., and PDV Holding, Inc. to support the case management proposal set forth in the letter filed earlier today by the Bolivarian Republic of Venezuela. D.I. 168 in No. 17-151. Specifically, we agree that the parties to the Crystallex Asset Proceeding should meet and confer regarding next steps and a schedule for same, and provide a joint report to the Court by June 1, 2020 (or such other date as the Court deems appropriate), and that a joint status report or reports be filed in the related cases a week thereafter.

The Honorable Leonard P. Stark
May 21, 2020
Page 2

                                                           Respectfully,

                                                           */s/ Kenneth J. Nachbar*

                                                           Kenneth J. Nachbar (#2067)

KJN/dmd

cc: All Counsel of Record (via CM/ECF)