UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL CORP.,

    *Plaintiff,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    *Defendant.*

C.A. No. 17-mc-00151-LPS

### AFFIDAVIT OF FERNANDO VERA

I, Fernando Vera, Corporate Secretary of PDV Holding, Inc. ("PDVH"), of 1293 Eldridge Parkway, Houston, Texas 77077, appeared before the undersigned Notary and, having been duly sworn, state as follows:

1. I swear this Affidavit in my capacity as Corporate Secretary of PDVH, and am authorized to swear this Affidavit on PDVH's behalf.

2. I make this Affidavit in support of the Verified Answer served by PDVH upon counsel for Crystallex International Corporation, as ordered by the Court in relation to its writ of attachment *fieri facias* in the above-captioned matter.

3. As of August 23, 2018, through to present day:

    A. There are 1,000 shares of PDVH stock, which are certificated in a single instrument;

    B. The 1,000-share certificate contains a unique identifying number (2);

    C. According to PDVH's corporate records, all 1,000 shares of PDVH stock are owned by PDVSA;

D. Pursuant to the terms of the certificate, a PDVH share is "transferrable only on the books of the Corporation by the holder hereof in person or by duly-authorized Attorney upon surrender of this Certificate properly endorsed";

E. PDVH does not possess any certificated shares of PDVH stock;

F. PDVH does possess a photocopy of the 1,000-share certificate, which is attached hereto as Exhibit A;

G. There exist no declared, but unpaid, dividends by PDVH to PDVSA; and

H. PDVH does not possess any other assets or rights incident to the shares of its stock owned by PDVSA

PDV HOLDING, INC.

_____
Name: Fernando Vera
Corporate Secretary

**SWORN TO AND SUBSCRIBED** before me on this 4th day of June, 2020.

_____ 6/4/2020
NOTARY PUBLIC

ADAM SIMHA
MY COMMISSION # GG 079255
EXPIRES: March 25, 2021
Bonded Thru Budget Notary Services

# Exhibit A



Number 2

Incorporated under the laws of the State of Delaware

Shares *1,000**

PDV Holding, Inc.

**This Certifies that** _____ is the owner of

1,000 shares of common stock, par value $1.00 fully paid and non-assessable Shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated 1st day of December, 2000

José I. Moreno, Secretary

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations. Additional abbreviations may also be used though not in the list.

TEN COM — as tenants in common  
TEN ENT — as tenants by the entireties  
JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ................Custodian................(Minor)  
under Uniform Gifts to Minors Act..............................(State)

For value received, the undersigned hereby sells, assigns and transfers unto

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

................................................................................................
PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE
................................................................................................
................................................................................................Shares
represented by the within Certificate, and hereby irrevocably constitutes and appoints................
................................................................................Attorney to transfer the said
sh   on the books of the within-named Corporation with full power of substitution in the premises.
Dated,................................

In presence of   ................................................................

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.