# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-mc-00151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## PETRÓLEOS DE VENEZUELA, S.A., PDV HOLDING, INC., AND CITGO PETROLEUM CORPORATION'S MOTION TO QUASH THE WRIT OF ATTACHMENT

Pursuant to Federal Rule of Civil Procedure 69(a) and 8 *Del. C.* § 324, Petróleos de Venezuela, S.A., PDV Holding, Inc., and CITGO Petroleum Corp. respectfully move to quash the Writ of Attachment issued to PDV Holding, Inc. on August 24, 2018. The grounds for this motion are fully set forth in the opening brief filed contemporaneously with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com

*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
Alexandra M. Cumings (#6146)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
KNachbar@mnat.com
ACumings@mnat.com
  *Attorneys for PDV Holding, Inc., and CITGO Petroleum Corp.*

2

                HEYMAN ENERIO GATTUSO & HIRZEL LLP

                */s/ Samuel Taylor Hirzel, II*
                Samuel Taylor Hirzel, II  (#4415)
                300 Delaware Avenue, Suite 200
                Wilmington, DE 19801
                (302) 472-7300
                shirzel@hegh.law
                    *Attorney for Petróleos de Venezuela, S.A.*

June 17, 2020