IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 17-mc-00151-LPS |
| | : | |
| BOLIVARIAN REPUBLIC OF VENEZULA, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAW OF APPEARANCE PURSUANT TO LOCAL RULE 83.7

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Joseph D. Pizzuro, Julia B. Mosse and Kevin A. Meehan of Curtis, Mallett-Prevost, Cole & Mosle LLP hereby withdraw appearances on behalf of Intervenor, Petróleos de Venezuela, S.A. in the above-captioned matter. Heyman Enerio Gattuso & Hirzel LLP shall remain counsel of record for Petróleos de Venezuela, S.A.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Samuel T. Hirzel
Samuel T. Hirzel (# 4415)
Aaron M. Nelson (# 5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law
anelson@hegh.law
*Attorneys for Petróleos de Venezuela, S.A.*

Dated: July 14, 2020