

Travis S. Hunter
Director
302-651-7564
Hunter@rlf.com

July 15, 2020

**VIA CM/ECF & HAND DELIVERY**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela.*,
           **No. 17-151-LPS**

Dear Chief Judge Stark:

    Pursuant to D. Del. LR 7.1.2(b), I write on behalf of the Crystallex International Corp. in the captioned action to submit supplemental authority in response to the Reply in Support of Petróleos de Venezuela, S.A., PDV Holding, Inc. and Citgo Petroleum Corporation's Motion to Quash the Writ of Attachment (the "Reply") filed by Petróleos de Venezuela, S.A., PDV Holding, Inc. and Citgo Petroleum Corporation (D.I. 206).  Briefing was completed on July 13, 2020.

    In response to new facts raised in the Reply, Plaintiff Crystallex International Corp. may refer to *Huntington Nat. Bank v. Entecap Corp.*, 2006 WL 3519346 (S.D. Miss. Dec. 6, 2006) during oral argument.

    We have enclosed a copy of the case with this letter.  Should Your Honor have any questions or concerns, counsel are available at the Court's convenience.

                                            Respectfully,

                                            */s/ Travis S. Hunter*

                                            Travis S. Hunter (#5350)

TXH/tec
Enclosure
cc:    All Counsel of Record (via CM/ECF)