# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:17-mc-00151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) ) ) ) |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that the following demonstratives that were presented at oral argument on July 17, 2020 by PDV Holding, Inc. and CITGO Petroleum Corp. are being filed with the Court pursuant to the Court's order dated July 16, 2020 (D.I. 210).

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Kenneth J. Nachbar*

OF COUNSEL:                     Kenneth J. Nachbar (#2067)
                                      Alexandra M. Cumings (#6146)
Nathan P. Eimer                 1201 North Market Street
Lisa S. Meyer                    Wilmington, DE 19801
EIMER STAHL LLP           (302) 658-9200
224 South Michigan Avenue    KNachbar@mnat.com
Suite 1100                         ACumings@mnat.com
Chicago, IL 60604                   *Attorneys for PDV Holding, Inc., and CITGO*
(312) 660-7600                    *Petroleum Corp.*
NEimer@eimerstahl.com
LMeyer@eimerstahl.com

July 20, 2020