IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 17-mc-151-LPS<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **14th** day of **January, 2021**, **IT IS HEREBY ORDERED** that:

1. Petróleos de Venezuela, S.A., PDV Holding, Inc., and CITGO Petroleum Corporation's Motion to Quash the Writ of Attachment (D.I. 178) is **DENIED**.

2. Bolivarian Republic of Venezuela's Motion for Relief Under Federal Rule of Civil Procedure 60(b) (D.I. 183) is **DENIED**.

3. Crystallex International Corporation's Motion for an Order Approving the Process of Sale of Shares of PDV Holding, Inc. (D.I. 181) is **GRANTED IN PART** and **DENIED IN PART**.

4. With respect to the writ issued to Crystallex by operation of this Court's August 23, 2018 order (D.I. 95), the priority period of three years, established in 10 Del. C. § 5081, has been tolled at all times to date, and it will remain tolled until a further order of this Court permits Crystallex to begin to execute on the attached property.

5. The parties non-parties shall meet and confer and, no later than **January 22, 2021**, submit a joint status report, which shall include their proposal(s) for how the Court should

proceed with respect to determining the specific details of the sales procedures and identifying a special master to oversee the day-to-day and detailed implementation of the sales procedures.

_____
UNITED STATES DISTRICT COURT