IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 17-mc-00151-LPS |
| | : | |
| BOLIVARIAN REPUBLIC OF VENEZULA, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves to admit *pro hac vice* Joseph D. Pizzuro, Julia B. Mosse , Kevin A. Meehan and Juan O. Perla of Curtis, Mallet-Prevost, Cole & Mosle LLP to on behalf of Intervenor, Petróleos de Venezuela, S.A. Pursuant to this Court's Standing Order for District Court Fund, the annual fee of $25.00 will be submitted contemporaneously with the filing of this motion.

                                            HEYMAN ENERIO
                                            GATTUSO & HIRZEL LLP

                                            */s/ Samuel T. Hirzel, II*
                                            Samuel T. Hirzel, II (# 4415)
                                            Aaron M. Nelson (# 5941)
                                            300 Delaware Avenue, Suite 200
                                            Wilmington, DE 19801
                                            (302) 472-7300
                                            shirzel@hegh.law
                                            anelson@hegh.law
                                            *Attorneys for Petróleos de Venezuela, S.A.*

OF COUNSEL:

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
Joseph D. Pizzuro, Esquire
jpizzuro@curtis.com
Julia B. Mosse, Esquire
jmosse@curtis.com
Kevin A. Meehan, Esquire
kmeehan@curtis.com
Juan O. Perla, Esquire
jperla@curtis.com
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000 (main)
(212) 697-1559 (fax)


Dated:  January 19, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 17-mc-00151-LPS |
| | : |
| BOLIVARIAN REPUBLIC OF VENEZULA, | : |
| | : |
| Defendant. | : |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Joseph D. Pizzuro, Julia B. Mosse , Kevin A. Meehan and Juan O. Perla of Curtis, Mallet-Prevost, Cole & Mosle LLP to represent Intervenor, Petróleos de Venezuela, S.A. is granted.

Date:_____                              _____
                                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, District of Columbia, and Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of this motion.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

*/s/ Joseph D. Pizzuro*
Joseph D. Pizzuro, Esquire
jpizzuro@curtis.com
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000 (main)
(212) 697-1559 (fax)

Dated:  January 19, 2021

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of this motion.

                CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

                */s/ Julia B. Mosse*
                Julia B. Mosse, Esquire
                jmosse@curtis.com
                101 Park Avenue
                New York, New York 10178-0061
                (212) 696-6000 (main)
                (212) 697-1559 (fax)

Dated:  January 19, 2021

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of this motion.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

/s/ Kevin A. Meehan
Kevin A. Meehan, Esquire
kmeehan@curtis.com
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000 (main)
(212) 697-1559 (fax)

Dated:  January 19, 2021

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of this motion.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

*/s/ Juan O. Perla*
Juan O. Perla, Esquire
jperla@curtis.com
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000 (main)
(212) 697-1559 (fax)

Dated:  January 19, 2021