# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | |
| *Plaintiff*, | Case No. 1:17-MC-00151-LPS |
| v. | Hon. Leonard P. Stark |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| *Defendant*. | |

## JOINT NOTICE OF APPEAL

Notice is hereby given that Intervenor CITGO Petroleum Corporation ("CITGO") and Garnishee PDV Holding, Inc. ("PDVH") jointly appeal to the United States Court of Appeals for the Third Circuit from an Order of this Court entered in this action on the 14th day of January, 2021 (D.I. 235).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
KNachbar@mnat.com

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
EIMER STAHL LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com

February 12, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants, including:

>Raymond J. DiCamillo
>Jeffrey L. Moyer
>Travis S. Hunter
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE  19801

>*/s/  Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200