# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | : <br> : <br> : <br> : Case No. 1:17-mc-00151-LPS <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor Petróleos de Venezuela, S.A. appeals to the United States Court of Appeals for the Third Circuit from the Opinion (D.I. 234) and Order (D.I. 235) of this Court entered in this action on the 14th day of January, 2021.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Samuel T. Hirzel, II*
Samuel T. Hirzel, II (#4415)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
SHirzel@hegh.law

*Attorney for Intervenor Petróleos de Venezuela, S.A.*

OF COUNSEL:

Joseph D. Pizzurro
Julia B. Mosse
Kevin A. Meehan
Juan O. Perla
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com
jmosse@curtis.com
kmeehan@curtis.com
jperla@curtis.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants, including:

>Raymond J. DiCamillo
>Jeffrey L. Moyer
>Travis S. Hunter
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE  19801

>*/s/ Samuel T. Hirzel, II*
>Samuel T. Hirzel, II (#4415)
>Heyman Enerio Gattuso & Hirzel LLP
>300 Delaware Avenue, Suite 200
>Wilmington, DE  19801
>(302) 472-7300
>SHirzel@heghlaw.com