# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 17-mc-151-LPS<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL

Notice is hereby given that the Bolivarian Republic of Venezuela, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Opinion (D.I. 234) and Order of the District Court entered in this action on January 14, 2021 (D.I. 235).

Respectfully submitted,

OF COUNSEL:

Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Ginger D. Anders
MUNGER, TOLLES & OLSON LLP
1155 F Street NW, 7th Floor
Washington, D.C. 20004
(202) 220-1100

Dated: February 12, 2021

/s/ *Stephen C. Childs*
A. Thompson Bayliss (#4379)
Stephen C. Childs (#6711)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
bayliss@abramsbayliss.com
childs@abramsbayliss.com

*Attorneys for Defendant Bolivarian Republic of Venezuela*