# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF VENEZUELA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | C.A. No. 1:17-mc-00151-LPS |

## **[PROPOSED] ORDER**

This \_\_\_\_ day of _____, 2021, the Bolivarian Republic of Venezuela, Petróleos de Venezuela, S.A., PDV Holding, Inc., and CITGO Petroleum Corporation, having moved to stay further proceedings in this action pending appeal, and the Court having determined that good cause exists for the requested relief;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Stay Pending Appeal is GRANTED.

_____
Honorable Leonard P. Stark