# EXHIBIT B

# CHILMARK PARTNERS

January 2021

875 N. Michigan Avenue
Suite 3460
Chicago, IL  60611
(p) 312.984.9711
www.chilmarkpartners.com

# CHILMARK PARTNERS

Chilmark Partners is an investment bank and financial advisor specializing in distressed situations.  Since 1984, we have provided our clients with advice on solving their most complex financial issues – restructuring, mergers & acquisitions, asset sales, financing, and resolving litigation.

**Each of our partners has broad and deep experience in all of the services we provide, which include:**

- ➢ Advising on financial and operational restructurings
- ➢ Executing mergers and acquisitions
- ➢ Marketing and selling assets
- ➢ Negotiating credit facilities, waivers and amendments

- ➢ Performing valuations of companies and assets
- ➢ Providing expert witness testimony
- ➢ Raising new capital
- ➢ Conducting business due diligence

875 N. Michigan Avenue ● Suite 3460 ● Chicago, IL  60611 ● 312.984.9711 ● www.chilmarkpartners.com



Chilmark Biographies

CHILMARK
PARTNERS

# Chilmark Partners Biographies

## David M. Schulte



(p) 312.984.9711 x114
dschulte@chilmarkpartners.com

David Schulte has over 40 years of restructuring experience.  He founded Chilmark Partners and has been its managing general partner and the head of the firm's restructuring advisory services and principal investing activities since 1984.  David was the managing general partner of Chilmark Fund II and was one of two individuals who acted as the general partner of the Zell/Chilmark Fund when it was formed in 1990.  Prior to founding Chilmark Partners, David created and ran Salomon Brothers Corporate Reorganization Group.

› ADVISORY EXPERIENCE – David recently served as sole independent director and conflicts officer of the IP holding company of Toys "R" Us during its Chapter 11 bankruptcy.  Other restructuring advisory experience includes Global Marine, Zapata, NFLPA, Chrysler, Idearc, USG, Recycled Paper Greetings and Adelphia Communications.

› BOARD OF DIRECTORS EXPERIENCE  - Former Chairman of the Board of Jacor Communications, Inc. and serves or served as a member of the following boards: California Proton Treatment Centers, Broadway Stores, Inc., Fuel Systems Holdings LLC, Midway Airlines Corp., Nutramax Products, Inc., Phillips & Temro Holdings LLC, Revco D.S., Inc., Santa Fe Energy Resources, Inc., Scott Sports Group/ Schwinn Bicycle Company, Sealy Corporation, The Wellbridge Company, among others.

› OPERATING EXPERIENCE - Executive Vice President at Northwest Industries, where he had operating responsibility for four divisions with revenues in excess of $700 million and pre-tax income of approximately $70 million.

› EDUCATION/OTHER: Summa cum laude from Williams College, J.D. from Yale Law School, Editor-in-Chief of The Yale Law Journal, Clerk for U.S. Supreme Court Justice Potter Stewart, Member of the District of Columbia Bar.

CHILMARK
PARTNERS

# Chilmark Partners Biographies

**John C. Haeckel**



(p) 312.984.9711 x133
jhaeckel@chilmarkpartners.com

John Haeckel has more than 25 years of restructuring and principal investing experience.  He joined Chilmark upon its formation in 1984 and became a partner in 1987.

› ADVISORY EXPERIENCE - Select restructuring advisory experience includes Overseas Shipholding Group, Global Marine, Zapata, NFLPA, Adelphia Communications, Act Manufacturing, Tower Records, Genesis Health Ventures, XO Communications, WestPoint Stevens, Interstate Bakeries, Wellman, Chrysler LLC and Seattle Times.

› DISTRESSED INVESTING EXPERIENCE – After leading the acquisitions, served as Chairman of the ContinentalAFA Dispensing Company board of directors and a board member of International Knife & Saw, Inc., Phillips & Temro Holdings LLC, Simonds Industries, Inc., and Nutramax Products, Inc.  Led the acquisition and post-acquisition strategy for Broadway Stores, Inc., Santa Fe Energy Resources, Inc., and Sheffield Steel Corp.

› OPERATING EXPERIENCE - Chief Financial Officer of Broadway Stores, Inc. (a Zell/Chilmark investment), where he was heavily involved in the financial/operational turnaround and sale to Federated Department Stores. Subsequently, he joined CB Richard Ellis (non-Chilmark experience), the world's largest real estate services firm, as Senior Executive Vice President and Chief Financial Officer, where he raised nearly $1 billion of financing to complete 11 acquisitions and was responsible for finance and information technology globally.

› EDUCATION - Rice University with a B.A. and an M.B.A.

CHILMARK PARTNERS

# Chilmark Partners Biographies

## Michael J. Kennedy



(p) 312.984.9711 x120
mkennedy@chilmarkpartners.com

Michael Kennedy has over 20 years of restructuring/financial advisory and principal investing experience.  He joined Chilmark in 1999 and is a partner of the firm.  Prior to Chilmark, Michael was a Senior Consultant in Arthur Andersen's Transaction Advisory Group where he led financial due diligence on numerous acquisitions, and assisted with operations, synergy, and valuation analysis.

› ADVISORY EXPERIENCE - Recent select restructuring advisory experience includes In-Shape, Acosta, Innovative Mattress Solutions, Steel City Media, SuperMedia, USG, JHT Holdings, CMP Susquehanna Radio, Idearc, Ion Media, and Nortel.

› DISTRESSED INVESTING EXPERIENCE – Participated in the sourcing, acquisition, oversight and divestiture of Chilmark's portfolio companies including The Wellbridge Company and Fuel Systems LLC.

› OPERATING EXPERIENCE – served as Interim Chief Financial Officer of the Wellbridge company and provided other supplemental management services including refinancing, M&A analysis and business plan review.

› EDUCATION/OTHER – Honors from the University of Illinois

CHILMARK
PARTNERS

# Chilmark Partners Biographies

**Aaron S. Taylor**



(p) 312.984.9711 x116
ataylor@chilmarkpartners.com

Aaron Taylor has more than 20 years of financial services experience acting as both an investor and a financial advisor, and joined Chilmark in 2009. Prior to Chilmark, Aaron was a Senior Investment Analyst at Allen & Company. In this capacity he helped to manage the firm's small cap equity portfolio, identified investment opportunities and conducted due diligence and valuation analysis of potential portfolio companies. Before joining Allen & Company, he was a Vice President in the Structured Finance division of Lehman Brothers where he worked with numerous international financial institutions to develop proprietary transactions, raise low-cost financing and manage risk within fixed income portfolios.

› ADVISORY EXPERIENCE—Recent select financial advisory experience includes Gulfport Energy Corporation, In-Shape, Acosta, Innovative Mattress Solutions, Steel City Media, Overseas Shipholding Group, SuperMedia, Nortel, Idearc, and ST Paper.

› EDUCATION/OTHER - PhD in Geochemistry from Yale University and graduated magna cum laude from Dartmouth College with a bachelor's degree in Geology and Chemistry. He received his Chartered Financial Analyst charter in 2011.

CHILMARK
PARTNERS

# Chilmark Partners Biographies

**Jamie Ellis**



(p) 312.984.9711 x128
jellis@chilmarkpartners.com

Since joining Chilmark in 2012, Jamie Ellis has been closely involved in many of the firm's restructuring advisory assignments, and has assisted in the preparation of expert testimony.  His advisory activities routinely include financial modeling, review of diligence materials, and extensive interactions with the management teams of client companies.  Prior to joining Chilmark, Jamie worked in Ernst & Young's Financial Services Office, where he provided assurance services to hedge funds and other institutions in the financial services industry.

› ADVISORY EXPERIENCE – Recent select advisory experience includes Gulfport Energy Corporation, In-Shape, Acosta, Steel City Media, Overseas Shipholding Group, and Nortel.  He has also helped prepare testimony in a number of large bankruptcy cases including Sears Holdings, Rural/Metro, Caesars Entertainment, and Lehman Brothers.

› EDUCATION/OTHER -  BA from the University of Notre Dame, Masters of Accounting Science from the University of Illinois, Certified Public Accountant, CFA Chaterholder

CHILMARK
PARTNERS



Select Chilmark Experience

CHILMARK
PARTNERS

# Chilmark's Experience in the Energy Industry

| | | |
|---|---|---|
| **Gulfport** | **Exploration & Production** | Gulfport Energy Corporation is a publicly-traded exploration and production company focused on natural gas plays in the Utica Shale of eastern Ohio and the SCOOP play in Oklahoma.  Chilmark currently serves as the financial advisor to a special committee of the Gulfport board of directors. |
| **CLARK** | **Refining & Downstream Operations** | Clark Oil & Refining operated two refineries and around 1,000 gas stations at the time that Chilmark advised Horsham Corporation in its acquisition of the company from Apex Oil for $545 million. |
| **OSG** | **Energy Transportation** | OSG was the largest tanker company in the world to have both international and U.S. operations.  Chilmark served as OSG's financial advisor during its restructuring process which resolved a significant tax liability and resulted in a full recovery to creditors. |
| **SANTA FE ENERGY GROUP** | **Exploration & Production** | David Schulte served on the Board of Directors of Santa Fe Energy in his capacity as an activist investor, and worked with management to improve the company's capital allocation strategies. |

CHILMARK
PARTNERS

# Chilmark's Experience in the Energy Industry

| | Power Generation | Chilmark advised Covanta on a sale transaction that included 60 core energy projects including 17 international power projects, 15 renewable power projects in the United States, and 25 waste-to-energy facilities. |
|---|---|---|
| | Exploration & Production | Zapata Corporation was a conglomerate with operations including offshore drilling and oil & gas production.  Chilmark acted as financial advisor to the secured lender group of Zapata and advised them on the company's debt-to-equity restructuring transaction and sale of rigs that funded a partial paydown of the secured debt. |
| | Offshore Drilling | Global Marine operated 30 jackup and semisubmersible offshore rigs at the time Chilmark advised the company through its balance sheet restructuring implemented through a chapter 11 proceeding. |

CHILMARK
PARTNERS

# Chilmark's Experience in Litigation

| Industry | Client | Testimony Type |
|---|---|---|
| **Entertainment** | CAESARS ENTERTAINMENT | Retained to provide expert testimony involving various pre-petition transactions and the equity sponsors' conduct in connection with those transactions. |
| | NFL PLAYERS ASSOCIATION | Expert witness testimony involving broadcast contract rights, credit agreement covenants, and damages. |
| | Adelphia | Expert witness testimony in a valuation dispute. |
| **Healthcare** | R/M | Retained to provide expert testimony in a $100 million dispute between a prominent private equity firm and a distressed hedge fund. The case involved the failed buyout and subsequent bankruptcy of ambulance company Rural/Metro. |
| | Genesis Health | Expert witness testimony in valuation dispute at the center of a contested confirmation of a plan of reorganization. |
| | Pfizer | Advisor to the company regarding financial aspects of multi-billion dollar asbestos claims and potential expert witness testimony. |
| **Telecom** | NORTEL | Advised the U.S. debtors' estate on matters related to allocation of asset sale proceeds in a multi-jurisdiction, international dispute, and contested pension claims in the U.S. (PBGC) and United Kingdom (PPF). |
| | XO | Expert witness testimony in connection with the material adverse change clause invoked in a pending acquisition. |
| **Financial Services** | LEHMAN BROTHERS | Expert testimony involving a multi-billion dollar damages claim. |



# Chilmark's Experience in Litigation

| Industry | Client | Testimony Type |
|---|---|---|
| **Manufacturing** | USG | Advisor to the Company regarding the financial aspects of asbestos litigation and a potential legislative resolution of the asbestos problem. Expert testimony in a contested financing transaction. Company representation in court-mandated valuation process. |
| | A\|C\|T | Expert witness testimony to establish diminution of value claim. |
| **Retail** | sears | Expert testimony involving diminution in value claim of a secured creditor. |
| | Bruno's | Expert testimony on enterprise valuation. |
| | **Brooks Fashion Stores** | Expert testimony regarding valuation in confirmation of a contested plan of reorganization. |
| **Media** | idearc | Expert testimony on enterprise valuation and diminution of value. |
| | The Seattle Times | Valuation litigation to force creditor group into consensual restructuring. |
| **Energy** | COVANTA ENERGY | Expert testimony on valuation in support of contested sale and confirmation process. Company representation in mediation between lenders over disputed security interests. |
| | Global Marine Inc. | Advisor to the Company on allocation of value among creditors of 14 entities and expert testimony concerning valuation and allocation of value among constituencies in a contested plan of reorganization. |



# Chilmark's Experience in Litigation

| Industry | Client | Testimony Type |
|---|---|---|
| **Consumer Products** |  | Testimony in support of terms of sale transaction. <br> Lender representation in mediation over avoidance actions. |
| **Paper & Packaging** |  | Advisor to counsel with respect to economic arguments in valuation dispute in cram-down litigation. |
| **Hospitality** |  | Expert testimony on going concern valuation, liquidation value and business plan feasibility. <br> Company representation in mediation over disputed asset pool. |
| **Transportation** |  | Expert for Company regarding enterprise valuation and plan feasibility. |

CHILMARK
PARTNERS

# Selected M&A Transactions

- Chilmark has completed more than 50 merger and acquisition transactions as an advisor and investor.
- As CFO of CB Richard Ellis, John Haeckel performed the due diligence on, acquired, financed and was responsible for integrating the back offices of business operations in 30 countries (U.K., Europe and Asia).
- As an advisor, Chilmark has been involved in distressed M&A transactions for many companies, including:

| | | | | |
|---|---|---|---|---|
| IMS Innovative Mattress Solutions has been acquired by TEMPUR+SEALY in a transaction valued at $25 million. Advisor to Tempur Sealy International, Inc. | Trinity Coal has completed a restructuring of its debt and been acquired by ESSAR in a transaction valued at **$600,000,000** Advisor to Trinity Coal | Wellbridge Fitness•Wellness•Sports•Fun has sold certain health clubs to **Life Time Fitness Town Sports International and Fitness Ventures** in separate transactions Advisor to The Wellbridge Company | Covanta Energy has been acquired by **Danielson Holding Company** in a transaction valued at **$1,400,000,000** Advisor to Covanta Energy | supermedia has renegotiated its debt and consummated a Merger with Dex One The combined company was renamed dex media Advisor to the Board of Directors of SuperMedia and SuperMedia |
| Covanta Energy has sold its geothermal business to **Ormat Industries** for total consideration of **$215,000,000** Advisor to Covanta Energy | Tower Records•Video•Books has sold its Japan operations to **Nikko Principal Investments Japan Ltd.** in a transaction valued at **$140,000,000** Advisor to Tower Records | Recycled Paper Greetings Since 1971 has been acquired by **American Greetings Corporation** in a transaction valued at **$150,000,000** Advisor to Secured Lenders of Recycled Paper Greetings | Fruit of the Loom has been acquired by **Berkshire Hathaway Inc** in a transaction valued at **$970,000,000** Advisor to Secured Lenders | Long John Silver's has been acquired by **Grotech Capital Group, Inc. and A&W Restaurants, Inc.** in a transaction valued at **$220,000,000** Advisor to Secured Lenders |























# Selected Financing Transactions

Chilmark has completed financings totaling more than $25 billion, both for clients and our own companies.  We have raised capital in a number of different forms, including:

- ‣ Debtor-in-Possession Financing
- ‣ Exit Financing
- ‣ Standby Purchase Facilities
- ‣ Equity Rights Offerings
- ‣ High-Yield Notes
- ‣ Sale-Leaseback Financing
- ‣ Convertible Notes
- ‣ Acquisition Bridge Financing
- ‣ Project Financing

| **$14,000,000**<br>DIP Credit Facility<br><br>Advisor to DIP lender<br>Tempur Sealy International | **$1,350,000,000**<br>Exit loan facility<br>**$1,500,000,000**<br>Equity Rights Offering<br><br>Advisor to<br>OSG | **$550,000,000**<br>ABL Facility<br><br>Advisor to<br>USG Corporation | **$25,000,000**<br>DIP Credit Facility<br>**$35,000,000**<br>Exit Credit Facility<br><br>Advisor to<br>JHT Holdings | **$400,000,000**<br>Convert. Senior Notes<br><br>Advisor to<br>USG Corporation | **$360,000,000**<br>Exit Credit Facility<br><br>Advisor to<br>Secured Lenders |
| --- | --- | --- | --- | --- | --- |
| **$215,000,000**<br>Exit Credit Facility<br><br>Advisor to<br>Secured Lenders | **$266,000,000**<br>Exit Credit Facility<br><br>Advisor to<br>Covanta Energy | **$320,000,000**<br>Exit Credit Facility<br><br>Advisor to<br>Lodigan, Inc. | **$197,000,000**<br>Sale-Leaseback<br><br>Investor in<br>The Wellbridge Company | **$400,000,000**<br>Credit Facility<br>**$150,000,000**<br>Senior Notes<br><br>Advisor to<br>ContiGroup Companies | **$2,800,000,000**<br>Exit Credit Facility<br>**$1,800,000,000**<br>Equity Rights Offering<br><br>Advisor to<br>USG Corporation |

CHILMARK PARTNERS

# Selected Restructuring Assignments

| Marketing | Retail | Automotive | Shipping | Telecom |
|---|---|---|---|---|
| **$3,100,000,000** | **$5,265,000,000** | **$6,800,000,000** | **$2,600,000,000** | **$4,500,000,000** |
| Chapter 11 Restructuring | Liquidation | Chapter 11 Sale | Chapter 11 Restructuring | Liquidation |
|  |  |  | |  |
| Advisor to Senior Lenders | Independent Director of Geoffrey Holdings, LLC and Geoffrey, LLC | Advisor to Secured Lenders | Advisor to Overseas Shipholding Group | Advisor to US Debtors |

| Directories | Building Products | Radio Broadcasting | Newspapers | Directories |
|---|---|---|---|---|
| **$3,200,000,000** | **$5,100,000,000** | **$60,000,000** | **$80,000,000** | **$8,700,000,000** |
| Pre-packaged Chapter 11 and Merger | Chapter 11 Restructuring | Debt Restructuring | Out-of-Court Restructuring | Chapter 11 Restructuring |
|  |  |  |  |  |
| Advisor to SuperMedia | Advisor to USG | Advisor to Senior Lenders | Advisor to Seattle Times | Advisor to Secured Lender |

*Amounts shown represent total debt*



# Selected Restructuring Assignments

| Consumer Food | Consumer Apparel | Energy | Relocation & Moving Services | Dairy |
|---|---|---|---|---|
| **$450,000,000** | **$1,200,000,000** | **$4,000,000,000** | **$490,000,000** | **$325,000,000** |
| Chapter 11 Restructuring | Chapter 11 Sale | Chapter 11 Sale | Pre-packaged Chapter 11 | Out-of-Court Restructuring |
| Advisor to Secured Lender | Advisor to Secured Lender | Advisor to Covanta | Advisor to Secured Lender | Advisor to Bettencourt Dairy |

| Energy / Mining | Greeting Cards | Transportation | Hospitality | Transportation |
|---|---|---|---|---|
| **$370,000,000** | **$215,000,000** | **$300,000,000** | **$900,000,000** | **$125,000,000** |
| Debt Restructuring and Sale | Pre-packaged Chapter 11 | Out-of-Court Restructuring | Chapter 11 Restructuring | Chapter 11 Restructuring |
|  |  | | | |
| Advisor to Trinity Coal | Advisor to Secured Lender | Advisor to Secured Lender | Advisor to Lodgian | Advisor to JHT Holdings |

*Amounts shown represent total debt*



# CHILMARK PARTNERS

875 N. Michigan Avenue ● Suite 3460 ● Chicago, IL 60611 ● 312.984.9711 ● www.chilmarkpartners.com