# EXHIBIT C

# ROBERT B. PINCUS
rbpincus@gmail.com
302.562.5232

## EDUCATION

Georgetown University Law Center, Washington, D.C.
LL.M., Securities and Financial Regulation, 1983

American University, The Washington College of Law, Washington, D.C.
J. D., Magna Cum Laude, 1980

College of William and Mary, Williamsburg, Virginia
B.B.A., 1977

## BAR ADMISSIONS

Delaware
Pennsylvania

## EXPERIENCE

1980-1983: **Attorney, Division of Corporation Finance, Securities and Exchange Commission,** Washington, D.C.

1983-1988: **Associate, Skadden, Arps, Slate, Meagher & Flom, LLP**, Wilmington, Delaware

1988-2019: **Partner, Skadden, Arps, Slate, Meagher & Flom, LLP**, Wilmington, Delaware

Led the corporate practice in the firm's Wilmington, Delaware, office and chaired the firm's Partnership Selection Committee for many years.

Represented and advised clients in a wide variety of corporate matters, including mergers and acquisitions, private equity investments, and Delaware law aspects of transactions, fiduciary duties and corporate governance matters.

Selected representations and transactions include:
- BioClinica Inc. in its acquisition by Cinven;
- Builders First Source, Inc. in the acquisition of ProBuild Holdings from Fidelity Investments;
- Corporation Service Company in numerous acquisitions;

- DPx Holdings, Inc. in the acquisition of the minority interest in Patheon Inc. and the concurrent contribution of Royal DSM's pharmaceutical business and in its subsequent sale to Thermo Fisher;
- Hayes Lemmerz International, Inc. in its $725 million acquisition by Iochpe Holdings LLC, the North American subsidiary of Iochpe-Maxion S.A., a Brazilian wheels and chassis maker;
- HealthSouth Corporation in the acquisitions of 11 rehabilitation hospitals from Reliant Health Partners and in the acquisition of Encompass Home Healthcare business;
- Leidos Holdings, Inc. in its acquisition of Lockheed Martin's Information Systems & Global Solutions segment in a Reverse Morris Trust transaction;
- OSI Pharmaceuticals in connection with an unsolicited offer by, and ultimate sale to, Astellas Pharma Inc.;
- Wilmington Trust Corporation in its merger with M&T Bank Corporation;
- Windstream Corporation in its $2.3 billion acquisition of PAETEC Holding Corp. and in the spin-off of certain of its telecommunications network assets into Communications Sales & Leasing, Inc., a publicly traded REIT;
- JLL Partners in connection with numerous acquisitions, dispositions and recapitalizations; and
- Delaware Chancery Court-appointed custodian to oversee the sale of translation services firm TransPerfect Global Inc.

Repeatedly selected for inclusion in Chambers USA: *America's Leading Lawyers for Business* and *The Best Lawyers in America*. Also selected as a 2015 "*BTI Client Service All-Star*" by The BTI Consulting Group for providing outstanding client service.

## **OTHER**

National Board of Directors, American Israel Public Affairs Committee

Board of Directors, SOS Children's Villages USA, Inc.