PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

500 DELAWARE AVENUE, SUITE 200, POST OFFICE BOX 32, WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(302) 655-4425

WRITER'S DIRECT E-MAIL ADDRESS

dmason@paulweiss.com

WRITER'S DIRECT FACSIMILE

(302) 261-7884

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

May 9, 2021

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
Chief United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

*Crystallex International Corp.* v. *Bolivarian Republic of Venezuela*,
No. 1:17-mc-00151-LPS

Dear Chief Judge Stark:

We represent the Intervenor Bondholders,[1] which were permitted to intervene in and made parties to the *Crystallex Asset Proceeding* by this Court's Order dated December 12, 2019. D.I. 154. We respectfully request that the Court defer consideration of the Proposed Order Regarding Special Master filed with the Court earlier this Sunday evening, May 9, 2021 (D.I. 260-1, the "Proposed Order"), to permit the Intervenor Bondholders, the other parties, and the Special Master to meet and confer regarding its contents.

The Proposed Order, in the form submitted to the Court, was not shared with the Intervenor Bondholders before its submission. The Proposed Order reflects substantive changes from the most recent draft shared with the Intervenor Bondholders. In particular, the Proposed Order, in contrast to prior versions, includes a defined term "Parties" that excludes the Intervenor Bondholders. D.I. 260-1, at 2 n.1. That definition, in turn, would exclude the Intervenor Bondholders from the "Parties" to which the Proposed Order grants important rights, including the

---

[1] The "Intervenor Bondholders" are Blackrock Financial Management, Inc. and its affiliates, on behalf of certain client funds and accounts under management, and Contrarian Capital Management, L.L.C., also on behalf of client funds and accounts that it manages, as holders of bonds issued by Petróleos de Venezuela, S.A.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Leonard P. Stark 2
Chief United States District Judge

right to participate in the meet-and-confer process leading to any Sales Procedure Order and the right to file objections before this Court.  *See* D.I. 260-1 ¶¶ 3-6, 8-10, 19.

We have requested a meet and confer with the other parties and the Special Master to address this issue.  In the interim, we respectfully request that Your Honor refrain from entering the Proposed Order that was submitted earlier this evening.

As always, counsel remain available at the convenience of the Court.

Respectfully submitted,

*/s/ Daniel A. Mason*

Daniel A. Mason

cc:  Counsel of Record (Via ECF)