

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial: (302) 472-7315
Email: shirzel@hegh.law

May 21, 2021

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re: *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela*,
C.A. No. 1:17-mc-00151-LPS

Dear Chief Judge Stark:

Pursuant to the Court's May 11, 2021 order, we write on behalf of Petróleos de Venezuela S.A. ("PDVSA") in response to the May 19, 2021 letters to the Court concerning the proposed special master order. PDVSA agrees with the positions taken by PDV Holding, Inc. and CITGO Petroleum Corporation in their letters dated May 19, 2021 (D.I. 267) and May 21, 2021 (D.I. 269).

Respectfully submitted,

*/s/ Samuel T. Hirzel*

Samuel T. Hirzel (#4415)
*Counsel for Petróleos de Venezuela, S.A.*

STH/cmw
cc: All Counsel of Record (via e-filing/e-mail