**ABRAMS & BAYLISS LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Main: 302-778-1000
Fax: 302-778-1001

A. Thompson Bayliss

Direct Dial Number
302-778-1033
Bayliss@AbramsBayliss.com

May 21, 2021

**BY ELECTRONIC FILING**

Chief Judge Leonard P. Stark
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
           **C.A. No. 17-mc-00151-LPS: Proposed Special Master Order**

Dear Chief Judge Stark:

    Pursuant to the Court's May 11, 2021 order, we write on behalf of the Bolivarian Republic of Venezuela (the "Republic") in response to the May 19, 2021 letters to the Court concerning the proposed special master order. The Republic agrees with the positions taken by PDV Holding, Inc. and CITGO Petroleum Corporation in their letters dated May 19, 2021 (D.I. 267) and May 21, 2021 (D.I. 269).

                                   Respectfully

                                   */s/ A. Thompson Bayliss*

                                   A. Thompson Bayliss (#4379)

ATB/scc

cc:    All Counsel of Record (via electronic mail)

{A&B-00738608-}