PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

500 DELAWARE AVENUE, SUITE 200, POST OFFICE BOX 32, WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

WRITER'S DIRECT DIAL NUMBER
(302) 655-4425

WRITER'S DIRECT E-MAIL ADDRESS
dmason@paulweiss.com

WRITER'S DIRECT FACSIMILE
(302) 261-7884

May 23, 2021

Mr. John A. Cerino
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

   *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela, et al.*,
           C.A. No. 17-mc-151-LPS

VIA ELECTRONIC FILING

Dear Mr. Cerino:

   I enclose a corrected version of my May 21, 2021 letter to Chief Judge Stark filed on behalf of the Intervenor Bondholders. This corrected version resolves a formatting issue that reduced the legibility of the version filed with the Court on May 21. D.I. 272. The content of the enclosed letter is unaltered.

            Respectfully submitted,

            */s/ Daniel A. Mason*
            Daniel A. Mason (#5206)

Enclosure
cc: All Counsel of Record