IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION PURSUANT TO 28 U.S.C. § 1746 AND 28 U.S.C. § 455**

I, Robert B. Pincus, declare:

1. I submit this declaration pursuant to Federal Rule of Civil Procedure 53(b)(3), related to my appointment as a special master in the above-captioned case.

2. I have reviewed potential conflicts for the above-captioned case's parties, attorneys of record, and those attorneys' law firms.

3. Based on my review of potential conflicts, I do not believe that there are any grounds for my disqualification as a special master under 28 U.S.C. § 455.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 28, 2021.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert B. Pincus
　　　　　　　　　　　　　　　　　　　　　　Robert B. Pincus