IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

ORDER APPROVING FEES AND EXPENSES
SUBMITTED BY SPECIAL MASTER

Upon consideration of the itemized statement of fees and expenses submitted by the Court-appointed Special Master by letter dated June 9, 2021 (the "Itemized Statement"), and pursuant to the Court's Order Regarding Special Master (D.I. 277),

IT IS HEREBY ORDERED this 14th day of June, 2021, that:

1. The Court, having considered any objections or comments from the Parties and ConocoPhillips, finds the fees and expenses in the Itemized Statement are regular and reasonable, and the Itemized Statement is approved.

2. Each of Crystallex, ConocoPhillips, and the Venezuela Parties shall make payment of one-third of the amount set forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order Regarding Special Master.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE