# ANNEX A

# REMAINDER OF THIS DOCUMENT

# REDACTED IN ITS ENTIRETY