**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**UNDERTAKING ACKNOWLEDGING AND AGREEING
TO BE BOUND BY SPECIAL MASTER CONFIDENTIALITY ORDER**

1.      I have read the Special Master Confidentiality Order issued in the above-captioned action.

2.      I am a person whom the Special Master has determined may possess Confidential Information and/or Highly Confidential Information.

3.      I understand and acknowledge the terms of the Special Master Confidentiality Order and agree to be bound by them.

4.      I agree not to disclose, summarize, describe, characterize, or otherwise communicate or make available, in whole or in part, any Confidential Information, Highly Confidential Information, or Confidential Information Filings (each as defined in the Special Master Confidentiality Order), except (if permitted) to such persons expressly referenced in Paragraph 4 of the Special Master Confidentiality Order, and who also have executed the required undertaking, if required.

5.      I agree not to use Confidential Information, Highly Confidential Information, or Confidential Information Filings for any purpose other than those expressly referenced in

Paragraph 5 of the Special Master Confidentiality Order.  I further agree not to disclose, summarize, describe, characterize, or otherwise communicate or make available, in whole or in part, Confidential Information, Highly Confidential Information, or Confidential Information Filings, except (if permitted) in documents filed confidentially with the Court pursuant to the Special Master Confidentiality Order.

6.      I further agree to abide by the restrictions placed on information designated "Highly Confidential Pursuant to Order of the United States District Court for the District of Delaware, *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*," as set forth in the Special Master Confidentiality Order.

7.      I agree that, in the event of a violation of the Special Master Confidentiality Order, I shall be subject to such sanctions and penalties as the Court deems just and proper.

8.      I agree that the Special Master Confidentiality Order is valid and enforceable against me, and I waive any argument to the contrary.

9.      I agree to personal jurisdiction in the United States District Court for the District of Delaware for all matters relating to the above-captioned action, including, but not limited to, all matters relating in any way to the Special Master Confidentiality Order, any Confidential Information, Highly Confidential Information, and/or any Confidential Information Filings.

10.      I hereby submit to the exclusive and continuing jurisdiction of the United States District Court for the District of Delaware for all matters relating in any way to the Special Master Confidentiality Order, any Confidential Information, Highly Confidential Information, and/or any Confidential Information Filings.

11.      I agree to file this Undertaking Acknowledging and Agreeing to Be Bound by Special Master Confidentiality Order with the Court in the above-captioned action.

Date: <u>July 15, 2021</u>

Signature: <u>*/s/ Ray C. Schrock, P.C.*</u>

Name: <u>Ray C. Schrock, P.C.</u>

Affiliation: <u>Weil, Gotshal & Manges LLP</u>

Title: <u>Partner</u>

Date: July 15, 2021

Signature: /s/ Michael J. Aiello

Name: Michael J. Aiello

Affiliation: Weil, Gotshal & Manges LLP

Title: Partner

Date: _July 15, 2021_____

Signature: _/s/ Jonathan D. Polkes_____

Name: _Jonathan D. Polkes_____

Affiliation: _Weil, Gotshal & Manges LLP_

Title: _Partner_____

Date: July 15, 2021

Signature: /s/ Alexander W. Welch

Name:  Alexander W. Welch

Affiliation: Weil, Gotshal & Manges LLP

Title:  Partner

Date: _July 15, 2021_____

Signature: _/s/ Stacy Nettleton_____

Name: _Stacy Nettleton_____

Affiliation: _Weil, Gotshal & Manges LLP_

Title: _Partner_____

Date: ___July 15, 2021_____          Signature: _*/s/ Renee M. Pristas*_____

                                                Name: __Renee M. Pristas_____

                                                Affiliation: Weil, Gotshal & Manges LLP

                                                Title: __Counsel_____

Date: July 15, 2021

Signature: _/s/ Jason Hufendick_

Name: Jason Hufendick

Affiliation: Weil, Gotshal & Manges LLP

Title: Associate

Date: July 15, 2021

Signature: /s/ Leslie Liberman

Name: Leslie Liberman

Affiliation: Weil, Gotshal & Manges LLP

Title: Associate

Date: _July 15, 2021_____

Signature: _/s/ Jake Schmidt_____

Name: _Jake Schmidt_____

Affiliation: _Weil, Gotshal & Manges LLP_

Title: _Associate_____

Date: _July 15, 2021_____

Signature: _/s/ Nicole E. Prunetti_____

Name: Nicole E. Prunetti_____

Affiliation: _Weil, Gotshal & Manges LLP

Title: _Associate_____

Date:   July 15, 2021                Signature: /s/ Ripley Shiarella

                                     Name: Ripley Shiarella

                                     Affiliation: Weil, Gotshal & Manges LLP

                                     Title: Associate

Date: _July 15, 2021_____

Signature: _/s/ Olivia Walseth_____

Name: _Olivia Walseth_____

Affiliation: _Weil, Gotshal & Manges LLP_

Title: _Associate_____

Date: _July 15, 2021_____

Signature: _/s/ Milana Bretgoltz_____

Name: _Milana Bretgoltz_____

Affiliation: _Weil, Gotshal & Manges LLP_

Title: _Associate_____

Date: July 15, 2021

Signature: _/s/ Brigit Crosbie_

Name: Brigit Crosbie

Affiliation: Weil, Gotshal & Manges LLP

Title: Law Clerk

Date: __July 15, 2021_____   Signature: _/s/ Jake Altman-DeSole_____

Name: _Jake Altman-DeSole_____

Affiliation: _Weil, Gotshal & Manges LLP_

Title: _Law Clerk_____

Date: July 15, 2021

Signature: /s/ Stephen Goldstein

Name: Stephen Goldstein

Affiliation: Evercore Group L.L.C.

Title: Senior Managing Director

Date: _July 15, 2021_____

Signature: ___*/s/ David Ying*_____

Name: _David Ying_____

Affiliation: _Evercore Group L.L.C._____

Title: _Senior Managing Director_____

Date: _July 15, 2021_____     Signature: _/s/ Ray Strong_____

                                        Name: Ray Strong_____

                                        Affiliation: _Evercore Group L.L.C.____

                                        Title: _Senior Managing Director_____

Date: July 15, 2021

Signature: */s/ William Hiltz*

Name: William Hiltz

Affiliation: Evercore Group L.L.C.

Title: Senior Managing Director

Date: July 15, 2021

Signature: /s/ Patrick O'Shea

Name: Patrick O'Shea

Affiliation: Evercore Group L.L.C.

Title: Managing Director

Date: __July 15, 2021_____

Signature: _/s/ Kevin Putnam_____

Name: __Kevin Putman_____

Affiliation: __Evercore Group L.L.C._____

Title: __Vice President_____

Date: _July 15, 2021_____

Signature: _/s/ Michael Winterholler_____

Name: _Michael Winterholler_____

Affiliation: _Evercore Group L.L.C._____

Title: _Associate_____

Date:  July 15, 2021

Signature: */s/ Annabelle Kim*

Name:  Annabelle Kim

Affiliation:  Evercore Group L.L.C.

Title:  Analyst

Date: __July 15, 2021_____          Signature: _*/s/ Jishnu Shah*_____

                                         Name: __Jishnu Shah_____

                                         Affiliation: __Evercore Group L.L.C.__

                                         Title: __Analyst_____

Date: July 15, 2021

Signature: /s/ Andrew Yeh

Name: Andrew Yeh

Affiliation: Evercore Group L.L.C.

Title: Managing Director

Date: _July 15, 2021_____

Signature: _/s/ Daniel Lakhdir_____

Name: _Daniel Lakhdir_____

Affiliation: _Evercore Group L.L.C._____

Title: _Vice President_____

Date: _July 15, 2021_____

Signature: _/s/ Jim Li_____

Name: _Jim Li_____

Affiliation: _Evercore Group L.L.C._____

Title: _Associate_____

Date: July 15, 2021

Signature: /s/ Ryan Douglas

Name: Ryan Douglas

Affiliation: Evercore Group L.L.C.

Title: Analyst

Date: __July 15, 2021_____

Signature: _/s/ Malavika Patel_____

Name: __Malavika Patel_____

Affiliation: __Evercore Group L.L.C._____

Title: __Analyst_____

Date: _July 15, 2021_____

Signature: _/s/ Myron T. Steele_____

Name: _Myron T. Steele_____

Affiliation: _Potter Anderson & Corroon LLP_

Title: _Partner_____

Date: July 15, 2021

Signature: /s/ Matthew F. Davis

Name: Matthew F. Davis

Affiliation: Potter Anderson & Corroon LLP

Title: Partner

Date: July 15, 2021                    Signature: /s/ Alan R. Silverstein

                                       Name:  Alan R. Silverstein

                                       Affiliation: Potter Anderson & Corroon LLP

                                       Title: Counsel

Date: July 15, 2021

Signature: /s/ Abraham Schneider

Name: Abraham Schneider

Affiliation: Potter Anderson & Corroon LLP

Title: Associate

Date: July 15, 2021

Signature: /s/ Rachel K. Alpert

Name: Rachel K. Alpert

Affiliation: Jenner & Block LLP

Title: Partner

Date: July 15, 2021

Signature: /s/ Lee S. Wolosky

Name: Lee S. Wolosky

Affiliation: Jenner & Block LLP

Title: Partner

Date: _July 15, 2021_____     Signature: _/s/ Ariana J. Kanavy_____

                                          Name: _Ariana J. Kanavy_____

                                          Affiliation: _Jenner & Block LLP_____

                                          Title: _Associate_____