# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Misc. No. 17-151-LPS ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) **PUBLIC VERSION** ) |
| Defendant. | ) ) ) |
| _____ | ) |

**SPECIAL MASTER'S MONTHLY REPORT
FOR THE PERIOD ENDING JUNE 30, 2021**

Dated: July 9, 2021
Public version dated: July 16, 2021

ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
108 Rockford Gove Lane
Wilmington, DE 19806

July 9, 2021

**PUBLIC VERSION**
July 16, 2021

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
Chief Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* D. Del. C.A. No. 1:17-mc-00151-LPS; Special Master's Monthly Report for the Period Ended June 30, 2021 (this "*Report*")

Dear Chief Judge Stark:

By order dated April 13, 2021 [D.I. 258], Your Honor appointed me as Special Master in this case to design, oversee, and implement the sale of Petroleos de Venezuela, S.A.'s shares of PDV Holding Inc. On May 27, 2021, Your Honor issued the *Order Regarding Special Master* (D.I. 277) (the "*May 27 Order*")[1] setting forth, among other things, various obligations and duties applicable to the Special Master, the Parties, and ConocoPhillips (each as defined in the May 27 Order), including my obligation to provide the Court with a monthly report concerning my progress and efforts. The last report that I submitted to the Court was for the period ended May 31, 2021 (D.I. 280) (the "*May Report*"). I hereby write to provide this Report for the period since the May Report through June 30, 2021.

**Retention of Advisors**

Since the filing of the May Report, I have entered into an engagement letter with Evercore, Inc. ("*Evercore*") for the limited purpose of getting to a Sale Procedures Order, following consultation with the Parties and ConocoPhillips (the "*Engagement Letter*"). As noted in the May Report, Evercore will serve as my financial advisor and will work alongside my other advisors (collectively, the "*Advisors*"). At this stage, the scope of the Engagement Letter is limited to

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the May 27 Order

The Honorable Leonard P. Stark
July 9, 2021             Public version dated: July 16, 2021
Page 2 of 3

advising me in connection with my specific duties set forth in the May 27 Order as they pertain to designing and obtaining entry of the Proposed Sale Procedures Order.

**Summary of Events Taking Place this Period**

During this period, I have undertaken the following actions in accordance with my duties and obligations set forth in the May 27 Order:

- Maintained ongoing dialogue and consultation with the Parties and ConocoPhillips regarding the performance of my duties and obligations set forth in the May 27 Order.

    o  My Advisors and I have held meetings with advisors to the Parties and ConocoPhillips to discuss the terms of the Proposed Sale Procedures Order.

    o  By letter dated June 15, 2021, I requested that Crystallex and ConocoPhillips provide me with a statement of their outstanding judgments and to provide certain other information and documentation related to their judgments by June 25, 2021:

        - Counsel to ConocoPhillips provided a written response to the information request letter on June 25, 2021.

        - Counsel to Crystallex requested an extension of the time to respond to the information request letter, which extension was granted until three business days following entry of the Protective Order (as defined below).

    o  By letter dated June 24, 2021, I have requested that each Party and ConocoPhillips provide me with a written summary and outline setting forth their position regarding the form of the Sale Procedures Order and any information that they believe I should consider in relation to development of the Proposed Sale Procedures Order.

- Initiated contact with the United States and requested an open dialogue as my Advisors and I develop the Proposed Sale Procedures Order.

    o  On June 6, 2021, my Advisors and I met with representatives from the United States, including representatives from the Department of Justice, Department of State, Department of Treasury, and the Office of Foreign Asset Control.

    o  I have requested two follow-up meetings, which are now scheduled during the week of July 12, 2021.

The Honorable Leonard P. Stark
July 9, 2021          Public version dated: July 16, 2021
Page 3 of 3

- Drafted and filed a proposed protective order (D.I. 283-1) (the "**Protective Order**"), as contemplated in the May 27 Order and revised the Protective Order consistent with the Court's Memorandum Order dated July 6, 2021.

- Drafted and delivered a diligence request list to counsel to PDVH and CITGO on June 8, 2021. PDVH and CITGO have started to produce limited information and responsive documents on a rolling basis in a data room to which my Advisors and I have access. My Advisors and I are working with PDVH and CITGO on a reasonable plan and timeline for production of the remaining information that I have requested in connection with the performance of my duties.

- Commenced my due diligence investigation consistent with the May 27 Order.

- Continued numerous work streams to develop a draft of the Proposed Sale Procedures Order for submission to the Court by July 26, 2021 and started to prepare a draft explanatory report that explains the Proposed Sale Procedures Order to be filed contemporaneously therewith.

**Statement of Fees and Expenses**

Finally, the May 27 Order requires that I submit an Itemized Statement of my fees and expenses on a monthly basis. During the period June 1 through June 30, 2021, I have incurred an aggregate of $[redacted] of fees and expenses in connection with carrying out my duties as Special Master. This amount includes the monthly fees and expenses of counsel and me and the entire fee for Evercore's services in connection with the matters contemplated by the May 27 Order. The Itemized Statement, attached as Annex B hereto, contains a breakdown of such fees and expenses among my Advisors and myself.

I respectfully request that Your Honor determine that such fees and expenses are regular and reasonable. A proposed form of order is enclosed for Your Honor's consideration.

I am available at the convenience of the Court, should Your Honor have any questions.

                                                   Respectfully Yours,

                                                   */s/ Robert B. Pincus*

                                                   Robert B. Pincus, in my capacity as
                                                   Special Master for the United States
                                                   District Court for the District of
                                                   Delaware

Enclosures

cc: Counsel of Record (by CM/ECF and E-Mail)