IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Myron T. Steele, Matthew F. Davis, Alan R. Silverstein and Abraham Schneider of Potter Anderson & Corroon LLP on behalf of Special Master Robert B. Pincus.

POTTER ANDERSON & CORROON LLP

By: */s/ Myron T. Steele*
Myron T. Steele (#0002)
Matthew F. Davis (#4696)
Alan R. Silverstein (#5066)
Abraham Schneider (#6696)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
asilverstein@potteranderson.com
aschneider@potteranderson.com

Dated: August 9, 2021                *Counsel for Special Master Robert B. Pincus*
7318385