IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 17-151-LPS |

**STIPULATION AND [PROPOSED] ORDER PERMITTING
COUNSEL FOR INTERVENOR BONDHOLDERS TO REVIEW
PROPOSED SALE PROCEDURES ORDER AND THE RELATED
SPECIAL MASTER'S REPORT AND RECOMMENDATION**

WHEREAS, on August 9, 2021, the Proposed Sale Procedures Order, D.I. 302, and the Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, D.I. 303, were filed under seal;

WHEREAS, the Court has recognized that the Intervenor Bondholders, should they wish to do so, may file objections to the Proposed Sale Procedures Order, D.I. 290, at 6; D.I. 299; and

WHEREAS, counsel for the Intervenor Bondholders at Paul, Weiss, Rifkind, Wharton & Garrison, LLP ("Paul, Weiss"), have conferred concerning arrangements for access by Paul, Weiss to those filings with counsel for the Special Master and counsel for the undersigned parties and nonparties;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The following documents will be made available to counsel for the Intervenor Bondholders at Paul, Weiss: (a) a copy of the Proposed Sale Procedures Order, D.I. 302, to be provided with no redactions; and (b) a copy of the Special Master's Report and Recommendation

Regarding Proposed Sale Procedures Order, D.I. 303, to be provided with redactions of material containing or derived from information designated "Highly Confidential" by Crystallex and the Venezuela Parties pursuant to the Special Master Confidentiality Order, D.I. 291.

2.      Counsel for the Intervenor Bondholders at Paul, Weiss shall not disclose the contents of the documents described in paragraph 1 hereof to any other person, including the Intervenor Bondholders themselves, in the absence of a further order by this Court permitting such disclosure.

Dated: August 13, 2021

| | |
|---|---|
| */s/ Daniel A. Mason* | */s/ Travis S. Hunter* |
| Daniel A. Mason (#5206) | Raymond J. DiCamillo (#3188) |
| PAUL, WEISS, RIFKIND, | Jeffrey L. Moyer (#3309) |
|   WHARTON & GARRISON LLP | Travis S. Hunter (#5350) |

/s/ Daniel A. Mason
Daniel A. Mason (#5206)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899
302-655-4410
dmason@paulweiss.com

Walter Rieman (*pro hac vice*)
Jonathan Hurwitz (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
wrieman@paulweiss.com
jhurwitz@paulweiss.com

*Attorneys for Intervenor Bondholders*

/s/ Travis S. Hunter
Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
Travis S. Hunter (#5350)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
dicamillo@rlf.com
moyer@rlf.com
hunter@rlf.com

Robert L. Weigel (*pro hac vice*)
Jason W. Myatt (*pro hac vice*)
Rahim Moloo (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
212-351-4000
rweigel@gibsondunn.com
jmyatt@gibsondunn.com
rmoloo@gibsondunn.com

Miguel A. Estrada (*pro hac vice*)
Lucas C. Townsend (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-955-8500
mestrada@gibsondunn.com
ltownsend@gibsondunn.com

*Attorneys for Plaintiff*
*Crystallex International Corporation*

| | |
|---|---|
| */s/ Stephen C. Childs* | */s/ Samuel T. Hirzel, II* |
| A. Thompson Bayliss (#4379) | Samuel T. Hirzel, II (#4415) |
| Stephen C. Childs (#6711) | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| ABRAMS & BAYLISS LLP | 300 Delaware Avenue, Suite 200 |
| 20 Montchanin Road, Suite 200 | Wilmington, DE  19801 |
| Wilmington, Delaware  19807 | (302) 472-7300 |
| 302-778-1000 | shirzel@hegh.law |
| bayliss@abramsbayliss.com | |
| childs@abramsbayliss.com | Joseph D. Pizzurro (*pro hac vice*) |
| | CURTIS, MALLET-PREVOST, |
| Donald B. Verrilli, Jr. (*pro hac vice*) |   COLT & MOSLE LLP |
| MUNGER, TOLLES & OLSON LLP | 101 Park Avenue |
| 601 Massachusetts Avenue NW | New York, NY  10178 |
| Suite 500 E | 212-696-6000 |
| Washington, DC  20001 | jpizzurro@curtis.com |
| 202-220-1100 | |
| donald.verrilli@mto.com | *Attorney for Intervenor* |
| | *Petróleos de Venezuela, S.A.* |
| George M. Garvey (*pro hac vice*) | |
| MUNGER, TOLLES & OLSON LLP | |
| 350 South Grand Avenue, 50th Floor | */s/ Alexandra M. Cumings* |
| Los Angeles, CA  90071 | Kenneth J. Nachbar (#2067) |
| 213-683-9100 | Alexandra M. Cumings (#6146) |
| george.garvey@mto.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | 1201 North Market Street |
| *Attorney for Defendant* | Wilmington, DE  19801 |
| *Bolivarian Republic of Venezuela* | 302-658-9200 |
| | knachbar@mnat.com |
| | acumings@mnat.com |
| | |
| | Nathan P. Eimer |
| | Lisa S. Meyer |
| | EIMER STAHL LLP |
| | 224 South Michigan Avenue |
| | Suite 1100 |
| | Chicago, IL  60604 |
| | 312-660-7600 |
| | neimer@eimerstahl.com |
| | lmeyer@eimerstahl.com |
| | |
| | *Attorney for PDV Holding, Inc.* |
| | *and CITGO Petroleum Corporation* |

*/s/ Garrett B. Moritz*
Garrett B. Moritz (#5646)
ROSS ARONSTAM & MORITZ LLP
100 South West Street, Suite 400
Wilmington, DE  19801
302-576-1600
gmoritz@ramllp.com
asteadman@ramllp.com

Michael S. Kim
Marcus J. Green
Josef M. Klazen
KOBRE & KIM LLP
800 Third Avenue
New York, NY  10022
212-488-1200
michael.kim@kobrekim.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
212-403-1000
rgmason@wlrk.com
arwolf@wlrk.com
mhcassel@wlrk.com

*Attorneys for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.*

 IT IS SO ORDERED this _____ day of _____, 2021.


_____
The Honorable Leonard P. Stark
United States District Judge