

Travis S. Hunter
302-651-7564
hunter@rlf.com

August 17, 2021

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re:  *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.*,
          C.A. No. 17-mc-151-LPS

Dear Chief Judge Stark:

Crystallex writes in response to the proposed order approving the fees of the Special Master [D.I. 304; D.I. 306], and the letters of PDV Holding and CITGO Petroleum [D.I. 308] and ConocoPhillips [D.I. 309] objecting to the Special Master's proposed order and requesting a briefing schedule to address those objections. Crystallex agrees with PDVH, CITGO and ConocoPhillips that it would be more efficient for the parties and the Court if objections to the Special Master's fees and the Proposed Sale Procedures Order are due on the same day, August 25, 2021.

                                            Respectfully submitted,

                                            */s/ Travis S. Hunter*

                                            Travis S. Hunter (#5350)

cc:  All Counsel of Record

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com