# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Misc. No. 17-151-LPS |
| | : | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : | FILED UNDER SEAL |
| | : | |
| | : | UNDER SEAL PURSUANT TO |
| Defendant. | : | ORDER REGARDING SPECIAL |
| | : | MASTER (D.I. 277) |
| | : | |
| | : | |

---------------------------------------------------------------------------------------------------

**PROPOSED ORDER (A) ESTABLISHING SALE AND BIDDING PROCEDURES, (B) APPROVING SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING PROPOSED SALE PROCEDURES ORDER, (C) AFFIRMING RETENTION OF EVERCORE AS INVESTMENT BANKER BY SPECIAL MASTER AND (D) REGARDING RELATED MATTERS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| **CRYSTALLEX INTERNATIONAL CORPORATION,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Misc. No. 17-151-LPS** |
| | : | |
| **BOLIVARIAN REPUBLIC OF VENEZUELA,** | : | |
| | : | |
| Defendant. | : | |

---

**PROPOSED ORDER (A) ESTABLISHING SALE AND BIDDING
PROCEDURES, (B) APPROVING SPECIAL MASTER'S REPORT AND
RECOMMENDATION REGARDING PROPOSED SALE PROCEDURES
ORDER, (C) AFFIRMING RETENTION OF EVERCORE AS INVESTMENT
BANKER BY SPECIAL MASTER AND (D) REGARDING RELATED MATTERS**































































































































































# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Misc. No. 17-151-LPS |
| | : | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : | FILED UNDER SEAL |
| | : | |
| | : | HIGHLY CONFIDENTIAL |
| Defendant. | : | PURSUANT TO SPECIAL |
| | : | MASTER CONFIDENTIALITY |
| | : | ORDER (D.I. 291) |
| | : | |

----------------------------------------------------------------------------------------------------

## SPECIAL MASTER'S REPORT AND RECOMMENDATION
## <u>REGARDING PROPOSED SALE PROCEDURES ORDER</u>









































































































































































