# EXHIBIT B

# Investment Banker Fees in Comparable Transactions

**September 10, 2021**

# M&A Fee Comparables                               *($ in millions)*

## Criteria: Sellside Advisory Fees – Energy / Industrials Transactions Between $5 Billion – $10 Billion[1]

| # | Date | Target Name | Acquiror Name | Transaction Value | Partial Fee Paid at Announcement[2] | Sellside Advisory Fee Total Fees | Fee as % of EV |
|---|---|---|---|---|---|---|---|
| 1 | 8/24/15 | AGL Resources Inc | Southern Co | $7,944 | ✓ | $34.5 | 0.43% |
| 2 | 10/26/15 | Piedmont Natural Gas Co Inc | Duke Energy Corp | 6,595 | ✓ | 24.0 | 0.36% |
| 3 | 2/6/16 | ITC Holdings Corp | Fortis Inc | 7,002 | ✓ | 43.9 | 0.63% |
| 4 | 3/20/16 | Valspar Corp | Sherwin-Williams Co | 9,309 | ✓ | 65.8 | 0.71% |
| 5 | 5/31/16 | Great Plains Energy Inc | Westar Energy Inc | 6,853 | ✓ | 27.6 | 0.40% |
| 6 | 11/17/16 | Western Refining Inc | Tesoro Corp | 5,800 | ✓ | 20.2 | 0.35% |
| 7 | 6/19/17 | Rice Energy | EQT Corp | 8,200 | ✓ | 47.0 | 0.57% |
| 8 | 8/18/17 | Calpine Corp | Calpine Corp SPV | 5,512 | ✓ | 21.6 | 0.39% |
| 9 | 3/26/18 | USG Corp | Gebr Knauf KG | 6,102 | ✓ | 62.0 | 1.02% |
| 10 | 4/23/18 | Vectren Corp | CenterPoint Energy Inc | 5,982 | ✓ | 32.3 | 0.54% |
| 11 | 8/14/18 | Energen Corp | Diamondback Energy Inc | 9,200 | ✓ | 23.8 | 0.26% |
| 12 | 11/1/18 | Newfield Exploration Co | Encana Corp | 7,700 | ✓ | 20.5 | 0.27% |
| 13 | 2/27/19 | Versum Materials Inc | Merck KGaA | 5,801 | ✓ | 28.0 | 0.48% |
| 14 | 9/16/19 | SemGroup Corp | Energy Transfer LP | 5,100 | ✓ | 6.0 | 0.12% |
| 15 | 11/4/19 | Pattern Energy Group Inc | Pacific US Inc | 6,100 | ✓ | 14.5 | 0.24% |
| 16 | 7/20/20 | Noble Energy Inc | Chevron Corp | 5,036 | ✓ | 30.0 | 0.60% |
| 17 | 10/19/20 | Concho Resources Inc | ConocoPhillips | 9,679 | ✓ | 50.0 | 0.52% |

| | | |
|---|---|---|
| Max | $65.8 | 1.02% |
| 75th Percentile | 43.9 | 0.57% |
| Mean | 32.5 | 0.46% |
| Median | 28.0 | 0.43% |
| 25th Percentile | 21.6 | 0.35% |
| Min | 6.0 | 0.12% |

Source: Thomson Reuters as of May 19, 2021
1. Excludes affiliated transactions and one transaction where no fee information is publicly available
2. Includes transactions with a separate fairness opinion fee

# Restructuring Fee Comparables

*($ in millions)*

## Criteria: (i) Industry: Energy; (ii) Filing Date: Since 2019; (iii) Prepetition Debt: >$1,000mm; (iv) Engagement letter contains M&A component

| # | Filing Date | Company | Industry | Prepetition Debt | Financial Advisor | Monthly Fee ($) | Completion Fee | | M&A Fee |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ($) | (%) | |
| 1 | 4/14/19 | Jones Energy | Energy | $1,009 | Evercore | $0.150 | $6.0 | 0.59% - 1.0% of Transaction Value | |
| 2 | 6/18/19 | Legacy Reserves LP | Energy | 1,379 | Perella Weinberg Partners | 0.150 | 11.4 | 0.83% - $8.5mm | |
| 3 | 7/21/19 | Philadelphia Energy Solutions | Energy | 1,750 | PJT | 0.150 | 5.0 | 0.29% - 1.0% of Transaction Value | |
| 4 | 9/15/19 | Sheridan Holding Company II, LLC | Energy | 1,105 | Evercore | 0.150 | 7.7 | 0.70% | - Alternate Sale Fee fee equal to 50% of Restructuring Fee if i) sale of substantially all assets occurs 5 months after Effective Date and ii) no Restructuring is consummated prior to sale and no Restructuring is expected to consummate as part of such sale |

Source: Public Filings

# Restructuring Fee Comparables (Cont'd)                     *($ in millions)*

## Criteria: (i) Industry: Energy; (ii) Filing Date: Since 2019; (iii) Prepetition Debt: >$1,000mm; (iv) Engagement letter contains M&A component

| # | Filing Date | Company | Industry | Prepetition Debt | Financial Advisor | Monthly Fee ($) | Completion Fee ($) | Completion Fee (%) | M&A Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 4/26/20 | Diamond Offshore Drilling, Inc. | Energy | $2,436 | Lazard | $0.165 | $11.0 | 0.45% | - Cap of $11mm; otherwise linear linterpolation based on Aggregate Consideration: 2.50% for $25mm, 2.00% for $100mm, 1.45% for $500mm, 1.15% for $1,000mm, 0.52% for >$5,000mm (actual schedule contains rage of Aggregate Consideration with 15 entries) |
| 6 | 6/25/20 | Sable Permian Resources | Energy | 1,319 | Evercore | 0.250 | 8.5 | 0.64% | - 0.9% of Aggregate Consideration |
| 7 | 6/28/20 | Chesapeake Energy Corp | Energy | 9,169 | Rothschild / Intrepid Financial Partners | 0.250 | 20.0 | 0.22% | - Linear interpolation based on Aggregate Consideration: 3.00% for $100mm, 1.15% for $500mm, 0.8% for $100mm, 0.1444% for $28bn (actual schedule contains range of Aggregate Consideration with 100 entries) |
| 8 | 7/15/20 | California Resources | Energy | 5,235 | Perella Weinberg Partners | 0.300 | 16.0 | 0.31% | - Grid based on Transaction Value: 1.0% for first $500mm; 0.75% for second $500mm; 0.50% of any portion in excess of $1,000mm |

Source: Public Filings

# Restructuring Fee Comparables (Cont'd)                        *($ in millions)*

## Criteria: (i) Industry: Energy; (ii) Filing Date: Since 2019; (iii) Prepetition Debt: >$1,000mm; (iv) Engagement letter contains M&A component

| # | Filing Date | Company | Industry | Prepetition Debt | Financial Advisor | Monthly Fee ($) | Completion Fee ($) | Completion Fee (%) | M&A Fee |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 8/3/20 | Fieldwood Energy | Energy | $1,800 | Houlihan Lokey | $0.175[1] | $8.3 | 0.46% | - 1.0% of Aggregate Gross Consideration |
| 10 | 8/20/20 | Arena Energy, L.P. | Energy | 1,010 | Evercore | 0.400[2] | 5.5 | 0.54% | - Sale Process Milestone Fee of $500,000 payable upon distribution of initial marketing materials; additional $750,000 payable upon initial bid deadline of such sale process (regardless of participation) |
| 11 | 11/13/20 | Gulfport Energy Corporation | Energy | 2,410 | Perella Weinberg Partners | 0.150 | 24.1 | 1.00% | - 1.0% of Transaction Value |

Source: Public Filings
1.    Monthly Fee of $175,000 for the first 3 months and $150,000 thereafter
2.    Monthly Fee of $400,000 for the first 3 months and $175,000 thereafter

# Restructuring Fee Comparables (Cont'd)

*($ in millions)*

## Criteria: (i) Industry: Energy; (ii) Filing Date: Since 2019; (iii) Prepetition Debt: >$1,000mm; (iv) Engagement letter contains M&A component

| # | Filing Date | Company | Industry | Prepetition Debt | Financial Advisor | Monthly Fee ($) | Completion Fee ($) | Completion Fee (%) | M&A Fee |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 12/1/20 | Seadrill Partners | Energy | $2,735 | Evercore | $0.150 | $9.0 | 0.33% | - 0.30% of Aggregate Consideration |
| 13 | 7/12/21 | Limetree Bay Energy | Energy | 1,732 | Jefferies | 0.100 | NA | NA | - Linear interpolation based on Transaction Value; up to $150mm: 1.90%; $200mm: 1.75%; $300mm: 1.65%; $400mm: 1.55%; $500mm: 1.30%; $750mm: 1.10%; 1,000mm: 1.00% (e.g. $180mm: 1.81%) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Maximum** | | | | | | $0.400 | $24.1 | 1.00% | |
| **75th Percentile** | | | | | | 0.250 | 12.6 | 0.66% | |
| **Average** | | | | | | 0.195 | 11.0 | 0.53% | |
| **Median** | | | | | | 0.150 | 8.7 | 0.50% | |
| **25th Percentile** | | | | | | 0.150 | 7.3 | 0.32% | |
| **Minimum** | | | | | | 0.100 | 5.0 | 0.22% | |

Source: Public Filings