

100 S. West Street, Suite 400 • Wilmington, DE
19801 Telephone 302.576.1600 • Facsimile
302.576.1100 www.ramllp.com

Garrett B. Moritz

Direct Dial 302.576.1604
gmoritz@ramllp.com

October 8, 2021

**VIA E-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re:    *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.*,
              C.A. No. 17-mc-151-LPS

Dear Judge Stark:

       We write to clarify one point with respect to the budgeting process in response to the Special Master's letter to the Court dated September 29, 2021 (D.I. 370). We will not burden the Court with a detailed explanation of our somewhat different view of the parties' discussions.

       Specifically, ConocoPhillips did *not* request that a cap be imposed on particular categories of work to which the firms would be held accountable when their fees are reviewed for reasonableness. The Court has made clear that it does not think it appropriate to hold the Special Master to fee caps. Instead, ConocoPhillips' view, as expressed to the Special Master and his advisors, is that the budget procedures would be more useful if they provide a breakdown of the estimated costs of the activities the Special Master intends to engage in and to which he will devote the Sale Process Parties' resources, rather than merely providing a bottom line number for each firm.

       ConocoPhillips appreciates the Court's time and attention to this matter.

                                              Respectfully submitted,

                                              */s/ Garrett B. Moritz*

                                              Garrett B. Moritz (#5646)

The Honorable Leonard P. Stark
October 8, 2021
Page 2

cc: All Counsel of Record
Robert Pincus, Special Master