# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Kenneth J. Nachbar**
(302) 351-9294
(302) 425-3013 FAX
KNachbar@morrisnichols.com

October 8, 2021

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:  *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*, C.A. No. 17-mc-151-LPS

Dear Judge Stark:

      CITGO Petroleum Corporation and PDV Holding, Inc. write to echo the sentiments in the letter submitted by ConocoPhillips today (D.I. 375) regarding the Special Master's Proposed Budget Procedures (D.I. 370).  During consultation with the Special Master and his Counsel regarding the budget procedures, CITGO and PDVH also expressly and repeatedly stated that they did *not* seek "caps."  Instead, CITGO and PDVH concurred with ConocoPhillips' request for dollar estimates for the categories of work listed in the budget, rather than only receiving a bottom line total budget for the entire 60-day period.  Budget totals are arrived at by summing the costs estimated for individual tasks, and thus to understand that total budget, we believe it important to understand the individual components of the bottom-line number. CITGO and PDVH stated and understood that any dollar figures provided alongside the work categories would be estimates and agreed not to object to invoices from the Special Master and his Counsel purely on the basis of deviations from those estimates.

      CITGO and PDVH are also grateful for the Court's time and attention to this matter.

      Respectfully submitted,

      */s/ Kenneth J. Nachbar*

      Kenneth J. Nachbar (#2067)

cc: All Counsel of Record (Via E-Filing)