# ANNEX E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY