

1800 N. State Street, Suite 304
Dover, DE 19901
302 302 984 6035
www.potteranderson.com

**Myron T. Steele**
**Partner**
Attorney at Law
msteele@potteranderson.com
302-984-6030 Direct Phone
302-778-1192 Fax

November 2, 2021

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela,*
           D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

    Pursuant to the Court's October 29, 2021 Oral Order (D.I. 383, the "Oral Order"), on behalf of Special Master Robert B. Pincus, Crystallex, the Venezuela Parties, ConocoPhillips, the Intervenors Blackrock Financial Management, Inc. and Contrarian Capital Management, L.L.C., and OI European Group B.V. (collectively, the "Parties," and each a "Party"), I write in regards to the hearing scheduled for November 8, 2021 (D.I. 337, the "Hearing") in the above referenced matter. [1]

    At this time, it is the understanding of the Parties that neither any Party nor any other party of which they are aware requests to appear and present argument remotely at the Hearing. The Parties have no objection to the Court requiring the set-up of the teleconference lines described in Your Honor's Oral Order.

    The Parties remain available at the Court's convenience should Your Honor have any questions.

                                Respectfully submitted,

                                */s/ Myron T. Steele*

                                Myron T. Steele (#00002)

                                *Counsel for Special Master*
                                *Robert B. Pincus*

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the Court's May 27, 2021 Order Regarding Special Master (D.I. 277).

The Honorable Leonard P. Stark
November 2, 2021
Page 2 of 2

cc:   All Counsel of Record (via CM/ECF)
      Jody Barillare, Morgan Lewis & Bockius LLP, counsel to OI European Group B.V.
      (jody.barillare@morganlewis.com)