

1800 N. State Street, Suite 304
Dover, DE 19901
302 302 984 6035
www.potteranderson.com

**Myron T. Steele**
**Partner**
Attorney at Law
msteele@potteranderson.com
302-984-6030 Direct Phone
302-778-1192 Fax

November 4, 2021

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela,*
              D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      Pursuant to the Court's October 29, 2021 Oral Order (D.I. 383, the "Oral Order"), on behalf of the Special Master, Crystallex, the Venezuela Parties, ConocoPhillips, the intervenors Blackrock Financial Management, Inc. and Contrarian Capital Management, L.L.C. (the "Intervenor Bondholders"), OI European Group, B.V. ("OIEG"), ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. (together "ACL"), and Huntington Ingalls Incorporated ("Huntington Ingalls") (collectively, the "Parties," and each a "Party"), I write in regards to the hearing scheduled for November 8, 2021 (D.I. 337, the "Hearing") in the above referenced matter.[1]

      The Parties met and conferred in response to the Court's Oral Order regarding the Hearing. The Parties propose the following presentations to the Court in the order below:

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the Court's May 27, 2021 Order Regarding Special Master (D.I. 277).

The Honorable Leonard P. Stark
November 4, 2021
Page 2 of 3

| Proposed Order | Party | Counsel | Estimated Time |
|---|---|---|---|
| 1. | Special Master Robert. R Pincus | Ray C. Schrock, P.C., Weil, Gotshal & Manges LLP | 15 minutes |
| 2. | ConocoPhillips | Amy R. Wolf and Richard G. Mason, Wachtell, Lipton, Rosen & Katz | 15 minutes |
| 3. | Venezuela Parties | Nate Eimer, Eimer Stahl LLP<br><br>Michael J. Gottlieb, Willkie Farr & Gallagher LLP | 45 minutes to 60 minutes |
| 4. | Crystallex | Miguel L. Estrada and Robert L Wiegel, Gibson, Dunn & Crutcher LLP | 45 minutes to 60 minutes |
| 5. | OIEG | Christopher L. Carter, Morgan Lewis & Bockius LLP | 10 minutes |
| 6. | Huntington Ingalls | Alexander A. Yanos, Alston & Bird LLP | 5 minutes |
| 7. | ACL | Joshua S. Bolian, Riley Warnock & Jacobson PLC | 10 minutes |
| 8. | Bolivarian Republic of Venezuela | George M. Garvey, Munger, Tolles & Olson LLP | 15 minutes |
| 9. | PDVSA | Julia B. Mosse, Curtis, Mallet-Prevost, Colt & Mosle LLP | 5 to 10 minutes |
| 10. | Intervenor Bondholders | Walter Rieman, Paul, Weiss, Rifkind, Wharton & Garrison LLP | 3 minutes |
| | | **Total Estimated Time:** | 203 minutes (or ~3.5 hours) |

Accordingly, the Parties submit that the total time for the Parties' presentations will be approximately three and a half hours. Each Party requests the opportunity to respond to the other Parties' presentations as appropriate. The time for such responses is not included in the above

The Honorable Leonard P. Stark
November 4, 2021
Page 3 of 3

list but the Parties expect that such responses will be limited, if any.  The Parties also expect to spend time responding to any questions the Court may have.

       The Parties remain available at the Court's convenience should Your Honor have any questions.

       Respectfully submitted,

       */s/ Myron T. Steele*

       Myron T. Steele (#00002)

       *Counsel for Special Master*
       *Robert B. Pincus*

cc:    All Counsel of Record (via CM/ECF)
      Jody Barillare, Morgan Lewis & Bockius LLP, counsel to OI European Group B.V. (jody.barillare@morganlewis.com)
      Peter J. Keane, Pachulski Stang Ziehl & Jones, counsel to Huntington Ingalls (pkeane@pszjlaw.com)
      Marie M. Degnan, Ashby & Geddes, P.A., counsel to ACL (MDegnan@ashbygeddes.com)

7458018