# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF PROPOSED CONSENT ORDER
## REGARDING DISCLOSURE BY ROSNEFT TRADING S.A. AND
## PETRÓLEOS DE VENEZUELA, S.A REGARDING CITGO HOLDING PLEDGE

**PLEASE TAKE NOTICE THAT**, the Special Master, with the consent of each of the Sale Process Parties, hereby files, attached hereto as **Exhibit A**, the *Proposed Consent Order Regarding Disclosure by Rosneft Trading S.A. and Petróleos de Venezuela, S.A. Regarding CITGO Holding Pledge*.[1]

---

[1] Capitalized terms used but not defined herein have the meaning ascribed thereto in the *Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order* (D.I. 303).

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Myron T. Steele* |

| | |
|---|---|
| Ray C. Schrock, P.C. (Admitted *pro hac vice*) | Myron T. Steele (#00002) |
| Alexander W. Welch (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| Jason L. Hufendick (Admitted *pro hac vice*) | Alan R. Silverstein (#5066) |
| WEIL, GOTSHAL & MANGES LLP | Abraham Schneider (#6696) |
| 767 Fifth Avenue | Hercules Plaza, 6th Floor |
| New York, New York 10153 | 1313 North Market Street |
| Telephone: (212) 310-8000 | P.O. Box 951 |
| Facsimile: (212) 310-8007 | Wilmington, DE 19801 |
| Ray.Schrock@weil.com | Telephone: (302) 984-6000 |
| Alexander.Welch@weil.com | Facsimile : (302) 658-1192 |
| Jason.Hufendick@weil.com | msteele@potteranderson.com |
| | mdavis@potteranderson.com |
| | asilverstein@potteranderson.com |
| | aschneider@potteranderson.com |
| Dated: November 7, 2021 | *Counsel for Special Master Robert B. Pincus* |