**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347
(302) 658-9200
(302) 658-3989 FAX

KENNETH J. NACHBAR
(302) 351-9294
(302) 425-3013 FAX
KNachbar@morrisnichols.com

November 10, 2021

**FILED VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*, C.A. No. 17-mc-151-LPS

Dear Judge Stark:

For the Court's, Special Master's, and parties' convenience, and to establish a complete record, the Venezuela Parties submit copies of the visual presentations used in conjunction with their counsel's oral presentations at the hearing held in the above-captioned matter on November 8, 2021. The presentations made by Mr. Gottlieb and Mr. Eimer are attached to this letter as Exhibits A and B, respectively. In addition, the hearing exhibits cited in Mr. Eimer's presentation and provided in hardcopy to the Court on November 8, 2021 correspond to existing documents on the docket as follows:

| Hearing Exhibit Number | D.I. Number |
| --- | --- |
| Hearing Exhibit 1 | D.I. 354.1 |
| Hearing Exhibit 2 | D.I. 355.1 |
| Hearing Exhibit 3 | D.I. 386 |
| Hearing Exhibit 3A | D.I. 386.1 |
| Hearing Exhibit 3B | D.I. 386.2 |
| Hearing Exhibit 3C | D.I. 386.3 |
| Hearing Exhibit 3D | D.I. 386.4 |
| Hearing Exhibit 3E | D.I. 386.5 |
| Hearing Exhibit 3F | D.I. 386.6 |
| Hearing Exhibit 3G | D.I. 386.7 |

Respectfully submitted,

*/s/ Kenneth J. Nachbar*

Kenneth J. Nachbar (#2067)

cc: All Counsel of Record (Via E-Filing)