# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) ) ) |
| _____ | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 10, 2021, upon the following attorneys of record as indicated below:

> CONSENT ORDER REGARDING DISCLOSURE BY ROSNEFT TRADING S.A. AND PETRÓLEOS DE VENEZUELA, S.A. REGARDING CITGO HOLDING PLEDGE (D.I. 396)

**VIA ELECTRONIC MAIL**

| **Petróleos de Venezuela, S.A.** | **Rosneft Trading S.A.** |
|---|---|
| Samuel T. Hirzel, II<br>Jamie L. Brown<br>HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>SHirzel@hegh.law<br>jbrown@hegh.law | Amy E. Evans, Esq.<br>Robert C. Martin, Esq.<br>DLA PIPER LLP<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Amy.Evans@us.dlapiper.com<br>craig.martin@dlapiper.com |
| Joseph D. Pizzurro<br>Julia B. Mosse<br>Kevin A. Meehan<br>Juan O. Perla<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP | Mark T. Oakes, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>mark.oakes@nortonrosefulbright.com |

101 Park Avenue
New York, NY 10178
jpizzurro@curtis.com
jmosse@curtis.com
kmeehan@curtis.com
jperla@curtis.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | */s/ Myron T. Steele* |
| Ray C. Schrock, P.C. (Admitted *pro hac vice*) | Myron T. Steele (#00002) |
| Alexander W. Welch (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| Jason L. Hufendick (Admitted *pro hac vice*) | Abraham Schneider (#6696) |
| WEIL, GOTSHAL & MANGES LLP | Hercules Plaza, 6th Floor |
| 767 Fifth Avenue | 1313 North Market Street |
| New York, New York 10153 | P.O. Box 951 |
| Telephone: (212) 310-8000 | Wilmington, DE 19801 |
| Facsimile: (212) 310-8007 | Telephone: (302) 984-6000 |
| Ray.Schrock@weil.com | Facsimile: (302) 658-1192 |
| Alexander.Welch@weil.com | msteele@potteranderson.com |
| Jason.Hufendick@weil.com | mdavis@potteranderson.com |
|  | aschneider@potteranderson.com |
|  | *Counsel for Special Master Robert B. Pincus* |

Dated: November 10, 2021
7462753/51819