# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOLIVARIAN REPUBLIC OF VENEZUELA, )<br>)<br>Defendant. )<br>)<br>_____ ) | Misc. No. 17-151-LPS |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephanie E. O'Byrne of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19801, as Delaware counsel on behalf of Special Master Robert B. Pincus.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
|  | */s/ Stephanie E. O'Byrne* |
| OF COUNSEL: | Myron T. Steele (#00002) |
|  | Matthew F. Davis (#4696) |
| Ray C. Schrock, P.C. (Admitted *pro hac vice*) | Stephanie E. O'Byrne (#4446) |
| Alexander W. Welch (Admitted *pro hac vice*) | Abraham Schneider (#6696) |
| Jason L. Hufendick (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| WEIL, GOTSHAL & MANGES LLP | 1313 North Market Street |
| 767 Fifth Avenue | P.O. Box 951 |
| New York, New York 10153 | Wilmington, DE 19801 |
| Telephone: (212) 310-8000 | Telephone: (302) 984-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (302) 658-1192 |
| Ray.Schrock@weil.com | msteele@potteranderson.com |
| Alexander.Welch@weil.com | mdavis@potteranderson.com |
| Jason.Hufendick@weil.com | sobyrne@potteranderson.com |
|  | aschneider@potteranderson.com |
| Dated: November 11, 2021 |  |
| 7467048/51819 | *Counsel for Special Master Robert B. Pincus* |