# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Misc. No. 17-151-LPS ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Alan R. Silverstein, formerly of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, DE 19801, hereby withdraws his appearance as counsel for Special Master Robert B. Pincus. All other counsel of record for Special Master Robert B. Pincus remain in this case.

POTTER ANDERSON & CORROON LLP

*/s/ Stephanie E. O'Byrne*

OF COUNSEL:

Ray C. Schrock, P.C. (Admitted *pro hac vice*)
Alexander W. Welch (Admitted *pro hac vice*)
Jason L. Hufendick (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray.Schrock@weil.com
Alexander.Welch@weil.com
Jason.Hufendick@weil.com

Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Stephanie E. O'Byrne (#4446)
Abraham Schneider (#6696)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
sobyrne@potteranderson.com
aschneider@potteranderson.com

Dated: November 11, 2021
7466916/51819

*Counsel for Special Master Robert B. Pincus*