

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz

Direct Dial 302.576.1604
gmoritz@ramllp.com

November 11, 2021

**VIA E-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.,*
C.A. No. 17-mc-151-LPS

Dear Judge Stark:

We write on behalf of ConocoPhillips with regards to Crystallex's November 10, 2021 letter to the Court, D.I. 399. ConocoPhillips was not party to discussions between Crystallex, the Venezuela Parties and counsel to the Special Master as referenced in Crystallex's November 10, 2021 letter. While ConocoPhillips has no issue with the proposed briefing format, and does not intend to file an opening submission on this issue, ConocoPhillips does respectfully request the opportunity to file a responsive brief, not to exceed 10 pages (double-spaced) by December 8 if it deems a response necessary.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Garrett B. Moritz*

Garrett B. Moritz (#5646)

cc: All Counsel of Record
Robert Pincus, Special Master