# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## NOTICE OF THIRD REVISED PROPOSED SALE PROCEDURES ORDER

**PLEASE TAKE NOTICE THAT,** on August 9, 2021, the Special Master filed the *Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 302) and the *Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order* (D.I. 303).

**PLEASE TAKE FURTHER NOTICE THAT,** on September 10, 2021, the Special Master filed the *Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I 341) (the "**First Revised Proposed Sale Procedures Order**").

**PLEASE TAKE FURTHER NOTICE THAT,** on November 7, 2021, the Special Master filed the *Second Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B)*

*Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I 391) (the "**Second Revised Proposed Sale Procedures Order**"), and a change-page only blackline of the Second Revised Proposed Sale Procedures Order to the First Revised Proposed Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Special Master hereby files, attached hereto as **Exhibit A**, the *Third Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (the "**Third Revised Proposed Sale Procedures Order**").

**PLEASE TAKE FURTHER NOTICE THAT,** attached hereto as **Exhibit B** is a change-page-only blackline of the Third Revised Proposed Sale Procedure Order against the Second Revised Proposed Sale Procedure Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Special Master hereby files the chart attached hereto as **Exhibit C**, the "*Summary and Status of Sale Process Parties' Objections to Sale Procedures Order*," to aid the Court and the parties in progressing the issues raised at the November 8, 2021 hearing.

**PLEASE TAKE FURTHER NOTICE THAT,** attached hereto as **Exhibit D** is a change-page-only blackline of the "*Summary and Status of Sale Process Parties' Objections to Sale Procedures Order*" to the previous version of that document, filed at Exhibit 1 to the November 7, 2021 *Notice of Special Master's Summary and Supplemental Status Report Regarding Objections to Proposed Sale Procedures Order* (D.I. 393-1).

|  |  |
|---|---|
| OF COUNSEL:<br><br>Ray C. Schrock, P.C. (Admitted *pro hac vice*)<br>Alexander W. Welch (Admitted *pro hac vice*)<br>Jason L. Hufendick (Admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Ray.Schrock@weil.com<br>Alexander.Welch@weil.com<br>Jason.Hufendick@weil.com | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Myron T. Steele*<br>    Myron T. Steele (#00002)<br>    Matthew F. Davis (#4696)<br>    Stephanie E. O'Byrne (#4446)<br>    Abraham Schneider (#6696)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    Facsimile : (302) 658-1192<br>    msteele@potteranderson.com<br>    mdavis@potteranderson.com<br>    sobyrne@potteranderson.com<br>    aschneider@potteranderson.com<br><br>*Counsel for Special Master Robert B. Pincus* |

Dated:  November 24, 2021
7499743/51819