# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Kenneth J. Nachbar**
(302) 351-9294
(302) 425-3013 FAX
KNachbar@morrisnichols.com

December 13, 2021

***FILED VIA ELECTRONIC FILING***

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:   *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.,*
             No. 1:17-mc-151-LPS

Dear Judge Stark:

      In their supplemental opening brief regarding sanctions issues, D.I. 408 at 6-7, the Venezuela Parties cited three executive orders for overlapping restrictions on transactions related to the sale or purchase of PDV Holding, Inc. shares—Executive Orders 13850, 13835, and 13808. The Venezuela Parties write to address an issue regarding one of these three orders—Executive Order 13808—raised in Crystallex's reply briefing, D.I. 421 at 6-7. Specifically, the Venezuela Parties agree with Crystallex that Section 1(b) of Executive Order 13808 does not include the "related to" language that is included in Section 1(a) of that order. The Venezuela Parties regret having made this error, and hereby withdraw reliance on Executive Order 13808. That error, however, is inconsequential, as the other two cited executive orders serve as authority for the arguments presented at page 7 of their opening brief, D.I. 408 at 7.

                                      Respectfully submitted,

                                      */s/ Kenneth J. Nachbar*

                                      Kenneth J. Nachbar (#2067)

cc:  All Counsel of Record (Via E-Filing)