# **ANNEX G**

**THIS DOCUMENT HAS BEEN
REDACTED IN ITS ENTIRETY**