# **ANNEX H**

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY