UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 21-1276, 21-1277, 21-1289
_____

CRYSTALLEX INTERNATIONAL CORPORATION

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

CITGO PETROLEUM CORPORATION; PDV HOLDING, INC.;
PETROLEOS DE VENEZUELA, S.A.,
(Intervenors in D.C.)

Citgo Petroleum Corporation and PDV Holding, Inc.,
Appellants in No. 21-1276

Petróleos De Venezuela, S.A.,
Appellant in No. 21-1277

Bolivarian Republic of Venezuela
Appellant in No. 21-1289
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 1-17-mc-00151)
District Judge: Honorable Leonard P. Stark
_____

Argued: December 7, 2021

Before: SHWARTZ, PORTER, and FISHER,
*Circuit Judges*.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on December 7, 2021. On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the appeals from the District Court's order dated January 14, 2021, be DISMISSED for lack of jurisdiction. Costs are to be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 18, 2022

Costs taxed in favor of Appellee Crystallex International Corporation as follows:

Brief            $129.00

TOTAL         $129.00

Certified as a true copy and issued in lieu
of a formal mandate on  February 9, 2022

Teste: _Patricia A. Dodszuweit_

**Clerk, U.S. Court of Appeals for the Third Circuit**

2