# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jason L. Hufendick, formerly of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, hereby withdraws his appearance as counsel for Special Master Robert B. Pincus. All other attorneys involved in the case from Weil, Gotshal & Manges LLP and Potter Anderson & Corroon LLP will continue to represent Special Master Robert B. Pincus.

POTTER ANDERSON & CORROON LLP

*/s/ Myron T. Steele*

OF COUNSEL:

Ray C. Schrock, P.C. (Admitted *pro hac vice*)
Alexander W. Welch (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray.Schrock@weil.com
Alexander.Welch@weil.com

Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Abraham Schneider (#6696)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
aschneider@potteranderson.com

Dated: August 5, 2022
10288045/51819

*Counsel for Special Master Robert B. Pincus*