IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No.: 17-mc-00151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZULA, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Julia B. Mosse, formerly of Curtis, Mallet-Prevost, Colt & Mosle LLP, hereby withdraws her appearance as counsel for Intervenor Petroleos de Venezuela, S.A., in the above-captioned action. Heyman Enerio Gattuso & Hirzel LLP and Curtis, Mallet-Prevost, Colt & Mosle LLP will continue to represent Intervenor Petroleos de Venezuela, S.A., in the above-captioned matter.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Samuel T. Hirzel, II*
Samuel T. Hirzel, II (# 4415)
Aaron M. Nelson (# 5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law
anelson@hegh.law
*Attorneys for Intervenor Petróleos de Venezuela, S.A.*

Dated: December 1, 2022