# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Kenneth J. Nachbar**
(302) 351-9294
(302) 425-3013 FAX
KNachbar@morrisnichols.com

January 10, 2023

**<u>FILED VIA ELECTRONIC FILING</u>**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:  *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*, No. 1:17-mc-151-LPS

Dear Judge Stark:

Pursuant to the Court's January 10, 2023 Order setting a telephone conference on January 11, 2023 at 3:30 p.m. (D.I. 500) regarding the Venezuela Parties' Motion for an Order Directing the Special Master to Permit Counsel's Attendance at Meetings with the United States Government (D.I. 499), the dial-in number for the telephone conference is provided below:

The dial-in number for the public (listen only) is:

Dial In: 1-415-655-0001
Passcode 180 877 6452

The dial-in number for the Court and counsel is:

Dial In: 1-646-558-8656
Passcode: 832-5004-1283
Meeting ID: 832 5004 1283
Passcode: 512036

Respectfully,

*/s/ Kenneth J. Nachbar*

Kenneth J. Nachbar (#2067)

cc: All Counsel of Record (Via E-Filing)