# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 17-mc-151-LPS |

**RESPONSE OF NON-PARTIES PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED AND CONOCOPHILLIPS PETROZUATA B.V. WITH RESPECT TO MOTION OF VENEZUELA PARTIES FOR AN ORDER DIRECTING THE SPECIAL MASTER TO PERMIT COUNSEL'S ATTENDANCE AT MEETINGS WITH THE UNITED STATES GOVERNMENT**

Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. ("ConocoPhillips"), pursuant to the Court's order of January 10, 2023 (D.I. 500), respectfully submit this response to the Venezuela Parties' *Motion for an Order Directing the Special Master to Permit Counsel's Attendance at Meetings with the United States Government* (D.I. 499) (the "Motion"), and state as follows:[1]

## RESPONSE

ConocoPhillips does not take a position on the merits of the Motion. ConocoPhillips submits this response solely to state its view that, if the Motion were to be granted, counsel to all of the Sale Process Parties should be afforded an identical opportunity to attend (for purposes of observing but not participating in) any substantive meetings between the Special Master and the United States.

---

[1] Capitalized terms have the same meanings as in the Motion.

*Of Counsel*:

Michael S. Kim
Marcus J. Green
Josef M. Klazen
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200
michael.kim@kobrekim.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com


Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN
 & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
RGMason@wlrk.com
ARWolf@wlrk.com
MHCassel@wlrk.com

January 10, 2023

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ Garrett B. Moritz*
Garrett B. Moritz (Bar No. 5646)
Elizabeth M. Taylor (Bar No. 6468)
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
gmoritz@ramllp.com
etaylor@ramllp.com

*Attorneys for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.*