# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | C.A. No. 17-mc-00151-LPS |

## NOTICE OF APPEAL

Notice is hereby given that proposed intervenor Red Tree Investments, LLC, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Order (D.I. 507) of the District Court entered in this action on January 11, 2023 attached hereto as Exhibit A.

Included herewith is payment of the docketing and filing fee ($505.00) as required by 28 U.S.C. § 1913, the Third Circuit's Miscellaneous Fee Schedule effective December 1, 2020, and Fed. R. App. P. 3(e).

{W0069702.}

Dated: January 19, 2023

| | |
|---|---|
| Steven F. Molo<br>Justin M. Ellis<br>Lauren F. Dayton<br>Mark W. Kelley<br>MOLOLAMKEN LLP<br>430 Park Avenue, 6th Floor<br>New York, NY 10022<br>Tel.: (212) 607-8170<br>smolo@mololamken.com | LANDIS RATH & COBB LLP<br><br>*/s/ Rebecca L. Butcher*<br>Rebecca L. Butcher (No. 3816)<br>Jennifer L. Cree (No. 5919)<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19899<br>Tel.: (302) 467-4400<br>Fax: (302) 467-4450<br>butcher@lcrlaw.com<br>cree@lrclaw.com |

Elizabeth K. Clarke
Pamela Yaacoub
MOLOLAMKEN LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Tel.: (312) 450-6700

*Counsel for Red Tree Investments, LLC*

{W0069702.}