# Exhibit A

**From:** Robert Pincus
**To:** Eimer, Nate
**Subject:** Re: OFAC
**Date:** Friday, December 30, 2022 3:34:41 PM

Nate. Our meeting is currently scheduled for January 12th. Best, Bob

Sent from my iPhone

On Dec 30, 2022, at 4:13 PM, Eimer, Nate <neimer@eimerstahl.com> wrote:

BTW, can you let me know what date the meeting is scheduled?

Thanks again.

Nate

**Nathan P. Eimer**

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7601 Fax: 312-692-1718
neimer@EimerStahl.com


www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

On Dec 30, 2022, at 11:20 PM, Robert Pincus <rbpincus@gmail.com> wrote:

**WARNING: External Email.**

Hi Nate. Happy, healthy new year to you and yours. As directed by the Court, we have set up a meeting with OFAC for early January. All communications thus far have been related to summarizing the status of the case and logistics for the meeting. Best, Bob

Sent from my iPad

On Dec 29, 2022, at 10:32 PM, Eimer, Nate <neimer@eimerstahl.com> wrote:

Hi Bob

Happy New Year.   Best wishes to you and your family for a happy and healthy year.

We noticed from your recent submission of accounts to the parties and the court that there have been some communications with OFAC.  I would appreciate it if you could share them with us.

Best regards

Nate

---

**Nathan P. Eimer**

Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: 312-660-7601 Fax: 312-692-1718
neimer@EimerStahl.com


www.eimerstahl.com

NOTICE: This e-mail message and any attachments transmitted with it may contain legally privileged and confidential information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and all attachments. Legal advice contained in the preceding message is solely for the benefit of the Eimer Stahl LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.