# Exhibit A
To the Declaration of Thomas Paukovitz

| Eimer, Nathan (x7601) | WAN-VPN- | User Activity | Date | Time | In/Out | WG | Secured | Time Stamp | Action | Dialed # | Calling # | Trunk | Duration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 01/03/2023 | 2:02:21 PM | Out-Ext | No | No-No-No | 2:02:23 PM | Originate | +13025625232 | 7601 | AccessOne (34) | 0:00:48 |  |  |
| Total |  | 140 Call(s) |  | 14:42:55 | Total | 0:06:18 | Average |  |  |  |  |  |  |
| Grand Total |  | 140 Call(s) |  | 14:42:55 | Total | 0:06:18 | Average |  |  |  |  |  |  |

Mitel Networks Corp.   Page -1 of 1

# Exhibit B
To the Declaration of Thomas Paukovitz

Company Name: EIMERSTAHL KLEVORN & SOLBERG L
User name: Thomas Paukovitz
Structure name: Default
Position: EIMERSTAHL KLEVORN & SOLBERG L

Report Name: Call detail - wireless number detail

Date from: Dec-22  Date to: Feb-23

Call detail - local calls

| Date | Time | In/Out number | Rate | Usage type | Account authorization code | Origination | Destination | | International call type | Duration | Airtime charges | Long distance/Other charges | Total call detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2023 | 4:26 PM | 3025625232 | Other | Wi-Fi | | Wifi Cl | New Castle | DE | N/A | 10 | 0 | 0 | 0 |

Company Name: EIMERSTAHL KLEVORN & SOLBERG L
User name: Thomas Paukovitz
Structure name: Default
Position: EIMERSTAHL KLEVORN & SOLBERG L

Report Name: Call detail - wireless number detail

Call detail - roaming calls

| Date | Time | In/Out number | Rate | Usage type | Account authorization code | Origination | Destination | International call type | Duration | Airtime charges | Long distance/Other charges | Total call detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roaming Calls Total | | | | | | | | | | 0 | 0 | 0 | 0 |