# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | **PUBLIC VERSION** |
| ) | |
| Defendant. ) | |

---

# SPECIAL MASTER'S MONTHLY REPORT
# FOR THE PERIOD ENDED JANUARY 31, 2023

Dated: February 22, 2023
PUBLIC VERSION
Dated: March 1, 2023

ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

February 22, 2023

**PUBLIC VERSION - March 1, 2023**

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* D. Del. C.A. No. 1:17-mc-00151-LPS; Special Master's Status Report for the Period Ended January 31, 2023 (this "***Report***")

Dear Judge Stark:

By order dated April 13, 2021 [D.I. 258], Your Honor appointed me as Special Master in this case to design, oversee, and implement the sale of Petroleos de Venezuela, S.A.'s ("***PDVSA***") shares of PDV Holding Inc. On May 27, 2021, Your Honor issued the *Order Regarding Special Master* [D.I. 277] (the "***May 27 Order***")[1] setting forth, among other things, various obligations and duties applicable to the Special Master, the Parties, and ConocoPhillips (together with the Parties, the "***Sale Process Parties***"), including my obligation to provide the Court with a periodic status report concerning my progress and efforts. The last report that I submitted to the Court was for the period ended November 30, 2022 [D.I. 495] (the "***November 2022 Report***"). I hereby write to provide this Report for the period since the November 2022 Report through January 31, 2023.

I respectfully request Your Honor to take note of the November 2022 Report's status. By this Report, I request Your Honor's approval for the current period, and incorporate by reference the November 2022 Report and its request for approval of the prior period's fees and expenses.

**Summary of Events Taking Place this Period**

During this period, I have undertaken the following actions, with the assistance of my advisors (collectively, the "***Advisors***"), in accordance with my duties and obligations set forth in the May 27 Order:

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the May 27 Order.

The Honorable Leonard P. Stark
February 22, 2023  Public Version - March 1, 2023
Page 2

- Coordinated and prepared materials for January 12, 2023 meeting with representatives of the Executive Branch.

- Attended January 12, 2023 meeting with representatives of the Executive Branch.

- Discussed and analyzed Red Tree Investments, LLC's Motion to Intervene and to Modify the Sale Procedures Order [D.I. 483] (the "**Red Tree Intervention Motion**") and related pleadings with my Advisors.

- Prepared and filed a letter in response to the Red Tree Intervention Motion [D.I. 493].

- Discussed and analyzed the Venezuela Parties' Motion for an Order Directing the Special Master to Permit Counsel's Attendance at Meetings with the United States Government [D.I. 499] (the "**January 9 Motion**") and related pleadings with my Advisors.

- Prepared and filed a Response to the January 9 Motion [D.I. 503].

- Discussed and analyzed the Venezuela Parties' Motion to Disqualify the Special Master [D.I. 509] (the "**Disqualification Motion**") and related pleadings with my Advisors.

- Prepared and filed an Opposition to the Disqualification Motion [D.I. 512].

- Prepared and filed the November 2022 Report [D.I. 495].

**Statement of Fees and Expenses**

The May 27 Order requires that I submit an Itemized Statement of my fees and expenses to the Court. During the period from December 1, 2022 through January 31, 2023, my Advisors and I have incurred an aggregate of $365,001.18 of fees and expenses in connection with carrying out my duties as Special Master, as shown in the table below.

| | |
|---|---|
| **Special Master** | $22,885.50 |
| **Weil, Gotshal & Manges LLP** | $287,771.09 |
| **Jenner & Block LLP** | $46,341.48 |
| **Potter Anderson & Corroon LLP** | $8,003.11 |
| **Total** | $365,001.18 |

This amount includes the monthly fees and expenses of counsel in connection with the matters described above. The Itemized Statement, attached as Annex M hereto, contains a breakdown of such fees and expenses among my Advisors and myself. I respectfully request that Your Honor determine that such fees and expenses are regular and reasonable. A proposed form of order is enclosed for Your Honor's consideration.

The Honorable Leonard P. Stark
February 22, 2023  Public Version - March 1, 2023
Page 3

I am available at the convenience of the Court, should Your Honor have any questions.

Respectfully Yours,

*/s/ Robert B. Pincus*

Robert B. Pincus, in my capacity as Special Master for the United States District Court for the District of Delaware

Enclosures

cc: All Counsel of Record (via CM/ECF and E-Mail)