# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Alexandra Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

March 24, 2023

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

> Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
> No. 1:17-mc-00151-LPS

Dear Judge Stark:

I write on behalf of PDV Holding, Inc. and CITGO Petroleum Corporation to request permission to set up a public dial-in line for the in-person hearing scheduled for March 30, 2023 at 10:00 a.m. in Wilmington, Delaware so that members of the public can listen to the hearing but not participate. We informed the parties of this request and have received no objection. If the Court is amenable to this request, we will file a letter on the docket with the public dial-in number.

Respectfully submitted,

*/s/ Alexandra M. Cumings*

Alexandra M. Cumings (#6146)

cc:   All Counsel of Record