# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

ALEXANDRA CUMINGS
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

March 28, 2023

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
             No. 1:17-mc-00151-LPS

Dear Judge Stark:

Please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for March 30, 2023 at 10:00 a.m. in Wilmington, Delaware:

    Dial In: 312-626-6799
    Passcode: 700476
    Meeting ID: 893 1872 6595

                              Respectfully submitted,

                              */s/ Alexandra M. Cumings*

                              Alexandra M. Cumings (#6146)

cc:    All Counsel of Record