# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Kenneth J. Nachbar**
(302) 351-9294
(302) 425-3013 FAX
KNachbar@morrisnichols.com

April 13, 2023

**VIA E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:  *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*, No. 1:17-mc-151-LPS

Dear Judge Stark:

     Pursuant to Fed. R. App. P. 21(a)(1), attached as Exhibits A-C, respectively, are copies of a petition for a writ of mandamus, the appendix thereto, and motion for a stay pending resolution of the petition that the Bolivarian Republic of Venezuela, Petróleos de Venezuela, S.A, CITGO Petroleum Corporation, and PDV Holding, Inc. filed with the United States Court of Appeals for the Third Circuit on April 12, 2023.

                                      Respectfully submitted,

                                      */s/ Kenneth J. Nachbar*

                                      Kenneth J. Nachbar (#2067)

cc: All Counsel of Record (Via E-Filing)