# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**ALEXANDRA M. CUMINGS**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

April 27, 2023

**VIA E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*, No. 1:17-mc-151-LPS

Dear Judge Stark:

      Pursuant to Fed. R. App. P. 21(a)(1), attached as Exhibit A is a copy of the Reply in Support of Motion for a Stay Pending Resolution of the Petition for a Writ of Mandamus that the Bolivarian Republic of Venezuela, Petróleos de Venezuela, S.A, PDV Holding, Inc., and CITGO Petroleum Corporation filed with the United States Court of Appeals for the Third Circuit on April 27, 2023.

      Respectfully submitted,

      */s/ Alexandra M. Cumings*

      Alexandra M. Cumings (#6146)

cc: All Counsel of Record (Via E-Filing)