

1800 N. State Street, Suite 304
Dover, DE 19901
302 302 984 6035
www.potteranderson.com

**Myron T. Steele**
**Partner**
Attorney at Law
msteele@potteranderson.com
302-984-6030 Direct Phone
302-778-1192 Fax

May 19, 2023

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela,*
               D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      On behalf of Special Master Robert Pincus ("***Special Master***") and pursuant to the Court's Memorandum Order dated May 10, 2023 (D.I. 559, the "***Order***"), I am filing the enclosed public versions of the itemized billing records filed as Annexes A – M to the Special Master's reports at dockets 280, 292, 304, 353, 377, 410, 424, 435, 448, 464, 475, 495, and 518.

      The Special Master is available at the Court's convenience should Your Honor have any questions.

      Respectfully submitted,

      */s/ Myron T. Steele*

      Myron T. Steele (#00002)

      *Counsel for Special Master*
      *Robert B. Pincus*

MTS:nmt/10819934

cc:    All Counsel of Record (via CM/ECF)

Enclosures