# **EXHIBIT C**

No. 1375812

# THE PEOPLE OF THE STATE OF NEW YORK

## BY THE GRACE OF GOD FREE AND INDEPENDENT

To all to whom these Presents may come, GREETING:

**KNOW YE :** That we have inspected the files and records in the office of the Clerk of the County of New York, at Manhattan, in County, and do find a certain

**JUDGMENT - MONEY**

remaining there on file or on record in the words and figures following, to wit :



No. 1375811

## Certification

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County, do hereby certify that on October 25, 2022 I have compared the document attached hereto,

JUDGMENT - MONEY page(s) 2

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Milton Adair Tingling*
MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
REFINERIA DI KORSOU N.V.,

                                Plaintiff,

-against-

PETROLEOS DE VENEZUELA S.A.,

                                Defendant.
-----------------------------------------------------------------X

Index No. 654058/2020

IAS Part 48
Justice Andrea Masley

**JUDGMENT**

WHEREAS, this action was commenced by plaintiff Refineria Di Korsou N.V. ("Plaintiff") by filing a Summons & Complaint on August 26, 2020 against defendant Petroleos De Venezula S.A. ("Defendant"); and

WHEREAS, Plaintiff having filed proof of service of the Summons & Complaint on January 20, 2021; and

WHEREAS, Plaintiff having filed a motion for default judgment against Defendant on August 23, 2021.; and

WHEREAS, the Court having rendered an Order (Masley, J.) entered on December 8, 2021, denying Plaintiff's motion for a default judgment; and

WHEREAS, a motion to reargue and/or vacate (the "Motion") having been filed by Plaintiff seeking to reargue and/or vacate the prior order of the Court denying the motion for a default judgment against Defendant; and

WHEREAS, Defendant having not filed any opposition to the Motion; and

WHEREAS, the Court (Masley, J.) having rendered a written Decision + Order on the Motion dated July 15, 2022 and entered July 18, 2022 (the "Decision and Order"); granting

Plaintiff's motion to reargue, vacating the Court's prior order, granting Plaintiff's motion for a default judgment against Defendant, and directing the submission of a proposed judgment; and

WHEREAS, the Motion having demonstrated the amount of damages due to Plaintiff; and

WHEREAS, Plaintiff having waived costs and disbursements as taxed by the County Clerk for this action;

NOW, it is

ADJUDGED that Plaintiff Refineria di Korsou N.V. having an address of Ara Hill Top Building, Pletterijweg 1, Willemstad, Curaçao does recover of Defendant Petroleos de Venezuela S.A. having an address of Edf. Petróleos de Venezuela, Urb. La Campiña, Av. Libertador, Torre Este, Piso 10, Caracas 1060-A, Venezuela, the principal sum of $51,285,172.46, together with pre-judgment interest at the Prime Rate plus 500 basis points from the dates on which each invoice specified in the complaint was due through July 31, 2022 amounting to interest in the amount of $11,054,583.12, amounting in all to the total sum of $62,339,755.58, and that Plaintiff have execution on all amounts therefor.

Judgment signed this 27 day of August 2022.

_____
J.S.C
HON. ANDREA MASLEY

**JUDGMENT**

1-1
FILED AND DOCKETED
Aug 30 2022
AT 12:09 P M
N.Y. CO. CLK'S OFFICE

CARTER LEDYARD & MILBURN LLP
28 Liberty St - 41st Floor, New York, NY 10005

(212) 732-3200

FILED
Aug 30 2022
NEW YORK
COUNTY CLERK'S OFFICE

30 th    Aug.    2022

_Milton Adair Tingling_
CLERK

All which we have caused by these presents to be exemplified, and the seal of our said Court for said County to be hereunto affixed.

WITNESS, HON. LAURENCE L. LOVE A Justice of our said Court in and for the First Judicial District of said State, this _____ day of OCT 26 2022 20___

*Milton Adair Tingley*
Clerk.

I, HON. LAURENCE L. LOVE a Justice of the Supreme Court of the State of New York in and for the First Judicial District thereof, do hereby certify, that Milton Adair Tingling, whose name is subscribed to the preceding exemplification, is the Clerk of the County of New York, and Clerk of the Supreme Court in and for said County, and that full faith and credit are due to his official acts.

I FURTHER CERTIFY, that the Seal affixed to said exemplification is the proper Seal of said Court of said County, and that the attestation thereof is in due form of law and by the proper officer.

WITNESS my hand in the Borough of Manhattan, this OCT 26 2022 _____ day of _____ in the year 20___

_____
A Justice of the Supreme Court of the State of New York in and for the First Judicial District.

HON. LAURENCE L. LOVE

STATE OF NEW YORK } ss:
County of New York, }

I, Milton Adair Tingling, Clerk of the County of New York, and also of the Supreme Court of said County in and for the First Judicial District of said State (said Court being a Court of Record), do hereby certify that Hon. HON. LAURENCE L. LOVE whose name is subscribed to the foregoing certificate, is a Justice of the Supreme Court of said State in and for the First Judicial District, duly elected and sworn, and that the signature of said Justice to said Certificate is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said County and Court, this OCT 26 2022 _____ day of _____ in the year 20___

*Milton Adair Tingley*
Clerk.