# EXHIBIT A

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| VALORES MUNDIALES, S.L. et al  )  <br> *Plaintiff* ) <br> v. ) <br> BOLIVARIAN REPUBLIC OF VENEZUELA  ) <br> *Defendant* ) | Civil Action No. 19-cv-00046 (ACR) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* VALORES MUNDIALES, S.L. and CONSORCIO ANDINO, S.L. recover from the defendant *(name)* BOLIVARIAN REPUBLIC OF VENEZUELA the amount of $618,629,303.79, which includes prejudgment interest at a rate of LIBOR + 2%

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:   Post-judgment interest on the total amount, calculated at the rate set forth in 28 U.S.C. § 1961, from the date of this judgment until full payment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ana C. Reyes _____ on motions for:
Defendant's Motion to Set Aside Default; Plaintiffs' Motion for Default Judgment, Defendant's Motion for Summary Judgment, and Plaintiffs' Motion for Summary Judgment.

Date: 05/24/2023

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

**VALORES MUNDIALES, S.L.** and
**CONSORCIO ANDINO, S.L.**

    *Plaintiffs*,

    v.

**BOLIVARIAN REPUBLIC OF VENEZUELA**

    *Defendant*.

No. 1:19-cv-00046-ACR

## ORDER AND FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion dated May 15, 2023 [Dkt. 42], the Court hereby **GRANTS** Defendant's Motion to Set Aside Default, **DENIES** Plaintiffs' Motion for Default Judgment, **DENIES** Defendant's Motion for Summary Judgment, and **GRANTS** Plaintiffs' Motion for Summary Judgment. It is thus **ORDERED** that a Final Judgment is hereby **ENTERED**, and that Plaintiffs are jointly entitled to the sum of:

    i. The principal amount of $430,400,000;

    ii. Compound interest on this amount (item i above) from January 22, 2013 through the date of this judgment at LIBOR + 2% rate ($178,263,237.86), for a total of principal plus pre-judgment interest of $608,663,237.86;

    iii. The awarded costs of the ICSID Arbitration of $5,925,705.14, plus compound interest on this amount from July 25, 2017 through the date of this judgment at LIBOR + 2% rate ($1,506,373. 34), for a total of $7,432,078.48;

    iv. The costs and expenses of the ICSID Annulment of $2,348,033. 79, plus compound interest on this amount from December 21, 2021 through the date of this judgment at LIBOR + 2% rate ($185,953.66), for a total of $2,533,987.45;

    v. Post-judgment interest on the total amount above ($618,629,303.79), calculated at the rate set forth in 28 U.S.C. § 1961, from the date of this judgment until full payment.

The Clerk of the Court shall remove this case from the docket of this Court. This is a final appealable order. FED. R. APP. P. 4(a).

Dated: May 22, 2023

                                                                       ANA C. REYES
                                                                       United States District Court Judge