## CERTIFICATE OF SERVICE

I, Margaret F. England, Esq., hereby certify that on June 14, 2023, I caused a true and correct copy of the *Refineria Di Korsou N.V.'S Reply Brief In Support Of Including Its Judgment As An Additional Judgment* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated: June 14, 2023

*/s/ Margaret F. England*
Margaret F. England (DE 4248)
