# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Alexandra Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

June 22, 2023

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
              No. 1:17-mc-00151-LPS

Dear Judge Stark:

      I write on behalf of PDV Holding, Inc. and CITGO Petroleum Corporation to request permission to set up a public dial-in line for the in-person hearing scheduled for June 26, 2023 at 10:00 a.m. in Wilmington, Delaware so that members of the public can listen to the hearing but not participate.  We informed the parties to the above-captioned action of this request and have received no objection.  If the Court is amenable to this request, we will file a letter on the docket with the public dial-in number.

                                Respectfully submitted,

                                */s/ Alexandra M. Cumings*

                              Alexandra M. Cumings (#6146)

cc:     All Counsel of Record