IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　Defendant. | C.A. No. 17-151-LPS |

**[PROPOSED] ORDER REGARDING CRYSTALLEX INTERNATIONAL CORPORATION'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 <u>STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered Plaintiff Crystallex International Corporation's Motion for Exemption of Persons From the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this __23rd__ day of __June__, 2023 that:

1. The Motion is GRANTED

2. For purposes of the June 26, 2023 hearing in the above-captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Robert Weigel, Counsel for Crystallex International Corporation

- Miguel Estrada, Counsel for Crystallex International Corporation

- Rahim Moloo, Counsel for Crystallex International Corporation

- Jason Myatt, Counsel for Crystallex International Corporation

1

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

*[signature]*
The Honorable Leonard P. Stark