# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Alexandra Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

June 23, 2023


**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
               No. 1:17-mc-00151-LPS

Dear Judge Stark:

      Please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for June 26, 2023 at 10:00 a.m. in Wilmington, Delaware:

      Dial In: 646-931-3860
      Passcode: 081742
      Meeting ID: 862 3339 1437

                            Respectfully submitted,

                            */s/ Alexandra M. Cumings*

                            Alexandra M. Cumings (#6146)

cc:     All Counsel of Record