**Jerry Ching**

639 E. Olive Ave. #6
Burbank, CA 91501
(757) 355-7061
jching88@gmail.com

FILED
AUG 0 1 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 25, 2023

**The Honorable Judge Leonard P. Stark**

844 North King St.
Unit 18
Wilmington, DE 19801-3570

RE: Crystallex International Corporation v. Bolivarian Republic of Venezuela
1:17-mc-00151, (D. Del.)

To the Honorable Judge Stark,

My name is Jerry Ching and I am a long suffering small shareholder of Crystallex International Corporation. Recently, I was blindsided by the fact that my Crystallex shares were sold without my consent or knowledge. Upon reaching out to Ameritrade, I was told that Crystallex itself ordered the removal of the shares. I believe this is illegal with the intent to exclude me from the impending payout from the litigation.

I have attached the screenshots of the share removals from my regular and IRA account along with the message from Ameritrade refusing to reinstate the shares.

I pray that you can help me and the other affected shareholders.

God bless you!


Sincerely,

*[signature]*

**Jerry Ching**

JERRY CHANG
639 E. OLIVE AVE. #6
BURBANK CA 91501

FILED
AUG 01 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SANTA CLARITA CA 913
26 JUL 2023 PM 3 L

US POSTAGE PITNEY BOWES
ZIP 91506
02 7H
0001229343
$ 000.63
JUL 25 2023

U.S.M.S.
X-RAY

HONORABLE JUDGE LEONARD P. STARK
844 NORTH KING ST.
UNIT 18
WILMINGTON, DE 19801-3570

19801-351918