# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Kenneth J. Nachbar**
(302) 351-9294
(302) 425-3013 FAX
knachbar@morrisnichols.com

August 1, 2023

*VIA EFILING*

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

        Re:    *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*,
             No. 1:17-mc-151-LPS

Dear Judge Stark:

      PDV Holding, Inc. ("PDVH") writes to inform Your Honor that, consistent with Your Honor's July 17, 2023 Order (D.I. 644), Petróleos de Venezuela, S.A. ("PDVSA") filed an action in the Delaware Court of Chancery on July 31, 2023, seeking reissuance of the PDVH share certificate, along with a motion to expedite those proceedings.  *See* D.I. 648 (advising the Court of the same).  We have advised PDVSA and the Delaware Court of Chancery that PDVH will not be opposing the motion to expedite proceedings, and will be contacting Chambers jointly with PDVSA to obtain a hearing date once the Delaware Court of Chancery action is assigned to a Chancellor or a Vice Chancellor, which we expect to happen soon.

      We are available should Your Honor have any questions.

                                                          Respectfully,

                                                            */s/ Kenneth J. Nachbar*

                                                            Kenneth J. Nachbar (#2067)

cc: All Counsel of Record (Via E-Filing)