

Mr. David A Pacheco

2365 Makenna Dr.

Reno,Nv. 89521

July 20, 2023

Honorable Leonard P. Stark

United States District Court District of Delaware

844 North King St Unit 18

Wilmington, DE 19801-3570

Crystallex International Corporation v. Bolivarian Republic of Venezuela, 1:17-mc-00151, (D. Del.)

Dear Judge Stark:

My name is David A. Pacheco. I am a retired airman of 33 yrs. who resides in Reno,Nv. I am writing you today out of frustration from the long standing Crystallex bankruptcy case. My main concern for writing this letter to you today your honor is the removal of my Crystallex Intl. common shares 22942F101 deemed worthless by Crystallex as advised by the company to TD Ameritrade's lynn the Corporate Actions representative to book my shares as a loss and not notifying me prior to removal on 7-13-2023 .

Mine and as well as others who have accounts held at TD Ameritrade , E-Trade and possibly others were advised by Crystallex to remove the shares because there wouldn't be any equity remaining  after Crystallex collects the arbitrarial award from Citgo. That your honor still is unknown as the Special Masters auction or a final negotiated amount from Citgo awaits  final payment. Judge Silverstein has already said not one penny leaves her court until she sees all the evidence the shareholders will bring forward once the award is collected of illegal acts by Crystallex.

 In two other instances 3-2021 and 2-2022 my shares were removed in the same manner but placed back in my account after I filed complaints with FINRA. I have filed a complaint to FINRA

1

on the recent actions by TD Ameritrade. Again, timely seeing the case is maturing and close to resolution.

After reading this letter would you please ask Crystallex attorneys if Crystallex/Tenor advised TD Ameritrade , ETrade and other potential brokers to rid us of our shares. Some of our shareholders may have forgotten or passed away and more than likley didn't catch the brokers actions like me and others who follow this case closely. It's very important for many, especially retired shareholders who are counting on the return after such a laborous wait.

Respectully ,

David A. Pacheco

*[signature]*

cc,

Honorable Laurie Selber Silverstein

United States Bankruptcy Court District of Delaware

824 North Market Street

6th Floor

Wilmington, DE 19801

Re; Crystallex International Corporation, 11-14074, (Bankr. D. Del.)

David Pacheco
2365 Makenna Dr
Reno, NV 89521






7021 0350 0001 5203 3042

U.S. POSTAGE PAID
FCM LG ENV
RENO, NV 89502
JUL 20, 2023
19801
$5.94
R2304E106855-3
RDC 99

Honorable Leonard P. Stark
United States District Court
of Delaware
844 North King St. Unit 18
Wilmington, DE 19801-3570

RECEIVED
JUL 27 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE