**EXHIBIT A**

The undersigned hereby certifies to the Special Master that:

1. The information contained in the Attached Judgment Statement is a true and accurate recitation of the initial and outstanding amounts of the judgments held by OIEG; and

2. In the event the initial and outstanding amounts of the judgments described in the Attached Judgment Statement change, for any reason, I shall promptly, and in any event not less than three (3) business days following such change, notify the Special Master of the revised judgment amount.

By: */s/ Christopher L. Carter*
Christopher L. Carter Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston MA 02110
Telephone: 617-341-7700
Facsimile: 617-341-7701
christopher.carter@morganlewis.com

*Counsel to Plaintiff, OI European Group B.V.*