**EXHIBIT B**

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
MAY 21 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| OI EUROPEAN GROUP B.V. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16-CV-1533 (ABJ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* OI EUROPEAN GROUP B.V. recover from the defendant *(name)* BOLIVARIAN REPUBLIC OF VENEZUELA the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: See the Court's Memorandum Opinion (Dkt. #85) and Order (Dkt. #84) issued this date.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Amy Berman Jackson on a motion for

Summary Judgment (Dkt. # 60).

Date: 05/21/2019

ANGELA D. CAESAR, CLERK OF COURT

John T. Haley
*Signature of Clerk or Deputy Clerk*

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 5/21/2019
ANGELA D. CAESAR, CLERK
By: _____

AO 451 (Rev. 01/09; DC 4/10) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

MISC. CASE # 19-290
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| OI European Group B.V. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16-1533-ABJ |
| Bolivarian Republic of Venezuela ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/21/2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 11/4/2019

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

2019 NOV -4 PM 2:47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OI EUROPEAN GROUP B.V., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 16-1533 (ABJ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

MISC. CASE # 19 - 290
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
NOV -4 PM 2:47

## ORDER

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion for summary judgment [Dkt. # 60] is **GRANTED**. It is

**FURTHER ORDERED** that Guaidó government's request for a stay [Dkt. # 71] is **DENIED**. And it is

**FURTHER ORDERED** that the Maduro government's motion for reconsideration [Dkt. # 65] and the Maduro government's motion for substitution or joinder of the third-party in interest [Dkt. # 73] are **DENIED,** and therefore the Guaidó government's motion to strike the motion for reconsideration [Dkt. # 67] will be **DENIED AS MOOT**.

Plaintiff is entitled to the sum of:

- The principal amount: $372,461,982, plus interest on this amount from October 26, 2010 through the of this order, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of accrued interest;

- The costs and expenses of the arbitration: $5,750,000, plus interest on this amount from March 10, 2015 through the date of this order, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of accrued interest;

- The costs and expenses of the annulment: $3,864,811.05, plus interest on this amount from December 6, 2018 through the date of this order, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of accrued interest; and

- Post-judgment interest on the total amount, calculated at the rate set forth in 28 U.S.C. § 1961, from the date of this order until full payment.

This is a final appealable order.

**SO ORDERED.**

*[signature: Amy B Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE: May 21, 2019

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 5/21/2019
ANGELA D. CAESAR, CLERK
By:

# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

MISC. CASE # 19 - 290
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

November 4, 2019

**BY HAND DELIVERY**

John A. Cerino
Clerk of the Court
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Rec # 032668

Re: *OI European Group B.V. v. Bolivarian Republic of Venezuela*;
Registration of Judgment from Another District

Dear Mr. Cerino:

Enclosed please find the following documents issued by the Clerk of the United States District Court for the District of Columbia: (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of the Judgment.

Kindly register this judgment in the District of Delaware.

OI European Group B.V. ("OIEG") previously commenced a separate action in this Court – *OI European Group B.V. v. Bolivarian Republic of Venezuela, et al.*, Case No. 19-290 (D. Del.) (LPS) – and here will seek identical relief that this Court granted in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-151 (D. Del.) (LPS). These other actions are currently assigned to Chief Judge Leonard P. Stark. Accordingly, OIEG respectfully requests that this action be assigned to Chief Judge Stark because it is related to numerous other actions already pending before Chief Judge Stark.

Thank you in advance for your attention to this matter. Please let me know if you need any further information.

Morgan, Lewis & Bockius LLP

The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
United States

+1.302.574.3000
+1.302.574.3001

DB1/ 108857946.3

John A. Cerino
November 4, 2019
Page 2

Sincerely,

*[signature: Jody C. Barillare]*

Jody C. Barillare

JCB

cc: Sabin Willett
Christopher L. Carter