**EXHIBIT C**

## OIEG Judgment - Judgment and Post-Petition Interest Calculations

*All Numbers in USD Actual*

**Initial Judgment Amount**

| Interest Calculation End Date: | 21-May-19 |
|---|---|

| Component | Date Awarded | Principal | Interest | Total (Principal + Interest) |
|---|---|---|---|---|
| Damages Awarded | 26-Oct-10 | $ 372,461,982.00 | $ 199,808,730.03 | $ 572,270,712.03 |
| Original Proceeding Costs | 10-Mar-15 | $ 5,750,000.00 | $ 1,488,565.46 | $ 7,238,565.46 |
| Annulment Proceeding Costs | 6-Dec-18 | $ 3,864,811.05 | $ 125,978.89 | $ 3,990,789.94 |
| Total | | $ 382,076,793.05 | $ 201,423,274.39 | $ 583,500,067.44 |

**Post-Judgment Interest**

**Accrued Claim**

| Judgment Date | 21-May-19 |
|---|---|
| 1-Year Treasury (previous week) | 2.32% |
| Interest Calculation End Date: | 14-Aug-23 |
| Years Compounding | 4 |
| Compounding End date | 21-May-23 |
| Additional Days Interest | 85 |

| | | |
|---|---|---|
| 100.00% | 583,500,067.44 | |
| 109.61% | 639,562,566.25 | |
| 110.20% | 643,017,956.33 | |

| Total Post Judgment Interest | 59,517,888.89 |
|---|---|
| **Total Accrued Claim** | **643,017,956.33** |

**Daily Accrual**

| Accrued Claim as of Compounding End Date | 639,562,566 |
|---|---|
| Daily Interest Until End of Compounding Period | 40,652 |

[1] 1-year constant maturity US Treasury Bill averaged 2.32% during the week ending 17 May 2019
(https://fred.stlouisfed.org/graph/?id=WGS1YR)

[2] Interest calculated on a compound basis with 365-day annual convention.  Rate will reset on 21 May 2024 (if award unpaid).