# Exhibit A

## **Exhibit A**

The undersigned hereby certifies to the Special Master that:

1. the information contained in the Attached Judgment Statement is a true and accurate recitation of the initial and outstanding amounts of the ICSID award, which receives the same full faith and credit as if the award were a final judgment held by Mobil Cerro Negro Holding, LLC., Venezuela Holdings, B.V., and Mobil Cerro Negro, Ltd. ("ExxonMobil"); and

2. in the event the initial and outstanding amounts described in the Attached Judgment Statement change, for any reason, I shall promptly, and in any event not less than three (3) business days following such change, notify the Special Master of the revised amount.

By: _/s/ Eugene J. Silva_

Name: Eugene J. Silva

Title: Senior Counsel, International Disputes Group
       ExxonMobil