Case 1:17-mc-00151-LPS   Document 663-2   Filed 08/14/23   Page 1 of 5 PageID #: 16936

**EXHIBIT B**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOLD RESERVE INC.,<br><br>Petitioner,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Civil Action No. 14-2014 (JEB) |

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Respondent's Motion to Dismiss or in the Alternative to Stay Enforcement is DENIED;

2. Petitioner's Petition to Confirm Arbitration Award is GRANTED;

3. The Award of the Arbitral Tribunal is CONFIRMED; and

4. Judgment for Gold Reserve Inc. is ENTERED in the amount of $713,032,000.00, plus (i) pre-award interest from April 14, 2008, to September 22, 2014 (the date of the Award) at the United States Government Treasury Bill Rate, compounded annually, in the amount of $22,299,576, (ii) post-award interest on the total amount awarded, inclusive of pre-award interest, at a rate of LIBOR plus 2%, compounded annually, from September 22, 2014, until payment in full; and (iii) the $5 million in legal fees and costs awarded by the Tribunal.

1

SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: November 20, 2015

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 11/20/2015
ANGELA D. CAESAR, CLERK
By: /s/ P.B.

AO 451 (Rev. 01/09; DC 4/10) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GOLD RESERVE INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-CV-02104-JEB |
| BOLIVARIAN REPUBLIC OF VENEZUELA ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 11/20/2015.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 9/25/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

womblebonddickinson.com



October 5, 2022

Womble Bond Dickinson (US) LLP

**VIA HAND DELIVERY**

Mr. John A. Cerino
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Matthew P. Ward
Direct Dial: 302-252-4337
E-mail: Matthew.Ward@wbd-us.com

Re:     *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*;
        <u>Registration of Judgment from Another District</u>

Dear Mr. Cerino:

Enclosed please find the following documents issued by the Clerk of Court for the United States District Court for the District of Columbia: (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of the Order entering Judgment for Gold Reserve Inc. ("Gold Reserve") against the Bolivarian Republic of Venezuela.

Kindly register this judgment in the District of Delaware.

In the near future, Gold Reserve intends to seek relief identical to the relief sought in *Crystallex International Corp. v. Bolivarian Republic of Venezuela, et al.*, C.A. No. 17-151 (D. Del.) (LPS) and numerous other cases seeking similar relief. These other actions are currently assigned to Judge Leonard P. Stark, and accordingly, Gold Reserve respectfully requests that this action also be assigned to Judge Stark because it is related to the other actions already pending before Judge Stark.

Thank you for your attention to this matter. Please let me know if you need any further information.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)

cc:     Matthew H. Kirtland, Esquire (to seek admission *pro hac vice*)

Enclosures

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.
WBD (US) 59112680v2