# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP, Plaintiff, | : : : | |
| v. | : : : | Misc.No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | : : : | |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Andrew H. Sauder of Dailey LLP, 1201 North Orange Street, Suite 7300, Wilmington, DE 19801, as counsel for Girard Street Investment Holdings LLC in this action.

| | |
|---|---|
| STEPTOE & JOHNSON LLP | DAILEY LLP |
| Michael J. Baratz<br>Emma Marshak<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>Phone: 202.429.3000<br>mbaratz@steptoe.com<br>emarshak@steptoe.com | /s/ Andrew H. Sauder<br>Andrew H. Sauder (#5560)<br>1201 N. Orange St., Suite 7300<br>Wilmington, DE 19801<br>Phone: 302.468.5007<br>asauder@daileyllp.com |
| Dated: August 14, 2023 | *Attorneys for Girard Street Investment Holdings LLC* |