IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP, <br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Misc.No. 17-151-LPS |

## ATTACHED JUDGMENT STATEMENT

In response to the Court's Oral Order dated August 8, 2023 (D.I. 654) adopting the Special Master's Letter Regarding Attached Judgment Statements (D.I. 652), Girard Street Investment Holdings LLC ("Girard Street"), which is a prospective holder of an Attached Judgment, as described below, provides this Attached Judgment Statement.

In June 2016, PDVSA entered into a Note Agreement with Servicios Halliburton de Venezuela, S.A. ("SHVSA"). Pursuant to the Note Agreement, PDVSA issued a Note to SHVSA (the "Halliburton Note") with a principal value of $200,000,123.50. The Halliburton Note accrued interest at a rate of 6.5% per annum, with quarterly payments due beginning September 29, 2016 and a maturity date of June 29, 2019. On January 14, 2021, SHVSA assigned the Halliburton Note to Girard Street.

PDVSA ceased making the required payments on the Halliburton Note, and on April 17, 2018 SHVSA, the then-Noteholder, delivered written notice to PDVSA that an Event of Default for non-payment had occurred and was continuing. PDVSA has not made any additional payments on the outstanding amount of $175,000,108.08 due on the Halliburton Note, or raised

any defenses to payment, and contractual default interest continues to accrue at the rate of 8.5% for a total amount owed as of the date of this Attached Judgment Statement of $258,707,694.02.

Girard Street provides this Attached Judgment Statement to preserve its rights as a prospective judgment holder.

Respectfully submitted,

*Of Counsel*
STEPTOE & JOHNSON LLP

Michael J. Baratz
Emma Marshak
1330 Connecticut Ave., NW
Washington, DC 20036
Phone: 202.429.3000
mbaratz@steptoe.com
emarshak@steptoe.com

Dated: August 14, 2023

DAILEY LLP

*/s/ Andrew H. Sauder*
Andrew H. Sauder (#5560)
1201 N. Orange St., Suite 7300
Wilmington, DE 19801
Phone: 302.468.5007
asauder@daileyllp.com

*Attorneys for Girard Street Investment Holdings LLC*