IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP, <br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br> Defendant. | : <br> : <br> : <br> :   Misc.No. 17-151-LPS <br> : <br> : <br> : <br> : |

## ATTACHED JUDGMENT STATEMENT

In response to the Court's Oral Order dated August 8, 2023 (D.I. 654) adopting the Special Master's Letter Regarding Attached Judgment Statements (D.I. 652), G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, and G&A Strategic Investments VII LLC (collectively "G&A Strategic Investments"), which is a prospective holder of an Attached Judgment, as described below, provides this Attached Judgment Statement.

In May 2017, Petróleos de Venezuela, S.A. ("PDVSA"), an alter ego of the Bolivarian Republic of Venezuela ("Venezuela"), entered into a Note Agreement with Schlumberger Venezuela, S.A. ("SVSA").  Pursuant to the Note Agreement, PDVSA issued fourteen Notes to SVSA (the "Schlumberger Notes") with a combined total value of $700,000,007.16.  The Notes accrued interest at a rate of 6.5% per annum, with quarterly payments due beginning August 4, 2017 (for interest only) and August 4, 2018 (for interest and principal) and a maturity date of May 4, 2020.  Through a series of Assignments and Acceptances, G&A Strategic Investments became the owners of the Schlumberger Notes on October 29, 2018.

PDVSA has made no principal payments and only one interest payment on the Schlumberger Notes, and on December 14, 2017 the then-Noteholders delivered written notice to PDVSA that an Event of Default for non-payment had occurred and was continuing.  PDVSA has not made any additional payments on the outstanding amount of $825,156,172.82 due on the Schlumberger Notes, or raised any defenses to payment, and contractual default interest continues to accrue at the rate of 8.5% for a total amount owed as of the date of this Attached Judgment Statement of $1,120,614,132.28.

G&A Strategic Investments provides this Attached Judgment Statement to preserve its rights as a prospective judgment holder.

Respectfully submitted,

| | |
|---|---|
| *Of Counsel*<br>STEPTOE & JOHNSON LLP<br><br>Michael J. Baratz<br>Emma Marshak<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>Phone: 202.429.3000<br>mbaratz@steptoe.com<br>emarshak@steptoe.com<br><br>Dated: August 14, 2023 | DAILEY LLP<br><br>*/s/ Andrew H. Sauder*<br>Andrew H. Sauder (#5560)<br>1201 N. Orange St., Suite 7300<br>Wilmington, DE 19801<br>Phone: 302.468.5007<br>asauder@daileyllp.com<br><br>*Attorneys for G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, and G&A Strategic Investments VII LLC* |