IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, § § § | |
| Plaintiff, § § | |
| v. § § | C.A. No. 1:17-mc-00151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, § § § § | |
| Defendant. § | |

**EXHIBITS A THROUGH E TO
BANCO SAN JUAN INTERNACIONAL INC.'S
ATTACHED JUDGMENT STATEMENT**

WINSTON & STRAWN LLP

Paula W. Hinton
M. Imad Khan
Rachael E. Thompson
800 Capitol St., Suite 2400
Houston, TX 77002
Phone: (713) 651-2600
Fax: (713) 651-2700
phinton@winston.com
ikhan@winston.com
rthompson@winston.com

Kelly A. Librera
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Fax: (212) 294-4700
klibrera@winston.com

August 14, 2023

MCCOLLOM D'EMILIO SMITH UEBLER LLC

*/s/ Thomas A. Uebler*
Thomas A. Uebler (#5074)
Adam J. Waskie (#6217)
2751 Centerville Rd., Suite 401
Wilmington, DE 19808
Phone: (302) 468-5960
Fax: (302) 691-6834
tuebler@mdsulaw.com
awaskie@mdsulaw.com

*Attorneys for Banco San Juan Internacional Inc.*

MDSU W0392185.v1