IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                    Defendant. | C.A. No. 17-151-LPS |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Sarah E. Delia, Esq. of McCarter & English, LLP as counsel for Plaintiffs Tidewater Investment SRL and Tidewater Caribe S.A.

| | |
|---|---|
| Dated: August 14, 2023 | MCCARTER & ENGLISH, LLP |
| *Of Counsel*: | */s/ Sarah E. Delia*<br>Andrew S. Dupre (#4621) |
| COVINGTON & BURLING LLP<br>Miguel López Forastier<br>One City Center<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Tel: 202-662-5185 | Sarah E. Delia (#5833)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6300<br>adupre@mccarter.com<br>sdelia@mccarter.com |
| | *Counsel for Tidewater Investment SRL and Tidewater Caribe S.A..* |

ME1 45746965v.1