Greg Warren

3285 S Sand Stone Drive

Hurricane, UT 84737

August 10, 2023

FILED
AUG 21 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Leonard P Stark

United States District Court District of Delaware

844 N King Street Unit 18

Wilmington, DE 19801-3570

Crystallex International Corporation v. Bolivarian Republic of Venezuela

Dear Judge Stark,

Recently you have received letters from other Crystallex investors that our shares have been removed from our accounts as of July 13, 2023. I started a private message board called Crystallex Arbitration when the bankruptcy was filed many years ago, so that investors would have a place to discuss the issues without Robert Fung and Tenor having the ability to read our communications. This is how I know so many investors on my message board have been injured. The Reorganization Dept at Ameritrade told me that the Security, Crystallex, made a request for them to sell and remove our shares and Ameritrade complied. We as Ameritrade investors have tried with no success to get our shares reinstated, although they did this two times before and reinstated the shares of all their investors in that security. Charles Schwab, Inc. is in the process of absorbing all the accounts of Ameritrade since Schwab bought Ameritrade. All the accounts before 7-13-2013 with Crystallex shares moved to Schwab intact. All of us after that date will have accounts moved with no Crystallex shares listed. We are upset and afraid at this point wondering how we will collect our share of the award. Maybe this is the way it works as corporate officers and financiers attempt to take the entire award leaving investors penniless. I hope this does not happen to Crystallex shareholders. Thank you for your time in this matter.

Respectfully,

Greg Warren

Mr Greg Warren
3285 S Sand Stone Dr
Hurricane, UT 84737

SALT LAKE CITY UT 840

14 AUG 2023 PM 2 L

FILED
AUG 21 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HONORABLE LEONARD P STARK

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 KING STREET, UNIT 18
WILMINGTON, DE 19801-3570

U.S.M.J.
X-RAY