Kurt E. Springmann
8903 Sundance Rdg
Texarkana, Texas 75503

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re: Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.,
C.A. No. 17-mc-151-LPS

Dear Judge Stark,

I am a small shareholder of Crystallex who has also been battling to keep my shares in my account. I believe that the statement by Mr. Hunter, in his letter to the Court of August 11, 2023, that the removal of shares from shareholder accounts has **"nothing to do with Crystallex's management or corporate actions"** to be disingenuous at a minimum.

Crystallex has intentionally failed to maintain a transfer agent for the common shares for many years, probably beginning around 2011-12. A stock without a transfer agent for at least 6 years can be removed by a procedure known as a PREM removal *at the discretion of the brokerage*. Maintenance of shares at a brokerage has nothing to do with any exchange listing, but rather, only requires a transfer agent.

A PREM removal is not a mandatory removal and I have successfully reversed such removals in the past, however, this summer ETrade refused to stop a PREM removal even though I offered to pay any necessary fees to maintain the shares in my accounts.

Without the direct action of Crystallex in failing to maintain its common stock transfer agent, formerly CIBC Mellon Trust Company, no shareholders could have shares removed under this process. Moreover, the DTC cannot remedy the situation without a transfer agent, which I would hope that Mr. Hunter would already know.

I ask the Court to obtain an explanation from Mr. Hunter of how Crystallex had nothing to do with the removal when their abandonment of a transfer agent directly led to this situation, which seems to be yet another failed fiduciary responsibility.

Sincerely,

Kurt E. Springmann

Please see attachment

cc: Judge Laurie Selber Silverstein

**Subject:** Non-transferable security notification
**From:** "E*TRADE Securities LLC"
<etrade_prem_mbox@statement.etradefinancial.com>
**Date:** 5/1/2023, 22:07
**To:** KURTSPRINGMANN@OUTLOOK.COM


from Morgan Stanley

Log on

## You have a non-transferable security

Dear KURT EMIL

E*TRADE from Morgan Stanley values you as a client and is committed to providing you with important information about your account(s).

### What you need to know

Our records indicate that you hold the below-referenced security, which the Depository Trust Company (DTC) has classified as non-transferable.* As a result, effective 30 days from the date of this letter, your positions will be removed from your account.

**Account: XXXX- 9483**
**Security: ***CRYSTALLEX INTERNATIONAL CORPORATION**
**Quantity: 217000.00000**

### Additional information

- The removal of the security will be displayed as "PREM Removal" under the Transaction History in your account statement. Please consult a tax advisor regarding any tax consequences.

- Since there is no transfer agent for this security, we are unable to register and deliver a physical stock certificate to you. If your account remains open and we become aware of active transfer agent services for this security in the future, we will attempt to reinstate your position. If your account is closed, we will attempt to contact you at your last known



address.

- Please retain a copy of this notification for your records.

*Non-transferable securities are securities of issuers that have not employed the services of a transfer agent for six years or longer, often due to inactivity or insolvency, which the DTC has deemed eligible for its Position Removal Program (PREM). As outlined in the E*TRADE Customer Agreement, E*TRADE reserves the right to remove shares of non-transferable securities from your account, or charge a servicing fee to carry such positions on your behalf, at its discretion.

**E*TRADE does not provide legal, accounting, or tax advice. Always consult your own legal, accounting, and tax advisors.**

Securities products and services are offered by E*TRADE Securities LLC, Member SIPC, a subsidiary of Morgan Stanley.

© 2023 E*TRADE from Morgan Stanley. All rights reserved.

Kurt E. Springmann
8903 Sundance Rdg
Texarkana, Texas 75503

SHREVEPORT LA 710

14 AUG 2023 PM 2 L



**RECEIVED**

AUG 22 2023

United States Court of Appeals
For the Federal Circuit

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

20439-