IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 1:17-MC-151-LPS |

## ENTRY OF APPEARANCE

Christopher M. Winter of Duane Morris LLP hereby respectfully enters his appearance on behalf of Interested Creditors Rudi Lovati and Alessandro Lucibello Piani in the above-captioned matter.

Dated: August 25, 2023
Wilmington, Delaware

**OF COUNSEL:**
David T. McTaggart, Esq.
Anthony J. Costantini, Esq.
Stephanie Lamerce, Esq.
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1006
Facsimile: (212) 202-4486
Email:   DTMcTaggart@dueanemorris.com
      AJCostantini@duanemorris.com
      SLamerce@duanemorris.com
(to be admitted *pro hac vice*)

Rudolph J. DiMassa, Jr., Esq.
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1506
Facsimile: (215) 689-2138
Email:   DiMassa@duanemorris.com
(to be admitted *pro hac vice*)

**DUANE MORRIS LLP**

 /s/ Christopher M. Winter
Christopher M. Winter (DE 4163)
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: cmwinter@duanemorris.com

*Attorneys for Interested Creditors Rudi Lovati and Alessandro Lucibello Piani*