

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial:  (302) 472-7315
Email:  shirzel@hegh.law

August 28, 2023

**BY ELECTRONIC FILING &
FEDERAL EXPRESS**
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela*,
      C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

  I write on behalf of Petróleos de Venezuela, S.A. ("PDVSA").  Pursuant to this Court's July 17, 2023 Memorandum Order (D.I. 644), attached are recent filings in Delaware Court of Chancery case captioned *Petróleos de Venezuela, S.A. v. PDV Holding, Inc.* C.A. No. 2023-0778.  Courtesy copies are scheduled to be delivered to Your Honor's chambers.

           Respectfully submitted,

           */s/ Samuel T. Hirzel*

           Samuel T. Hirzel (#4415)
           *Counsel for Petróleos de Venezuela, S.A.*

STH/cmw
cc: All Counsel of Record (via e-filing/e-mail)