

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware, 19801
www.dlapiper.com

R. Craig Martin
craig.martin@dlapiper.com
T  302.468.5655
F  302.778.7834

September 5, 2023

<u>**VIA ECF**</u>

The Honorable Leonard P. Stark
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, 17-mc-00151-LPS (D. Del.)

Dear Judge Stark:

  We write on behalf of Rusoro Mining Limited ("Rusoro") in the above-captioned matter to respectfully request that Rusoro's undersigned Delaware counsel be permitted to appear telephonically at the status conference on September 8, 2023 through the public dial-in that has been requested by counsel for PDV Holding, Inc. and CITGO Petroleum Corporation (D.I. 700).

  Rusoro's Delaware counsel will be in Japan on a previously scheduled trip to participate as a lecturer in an international course on cross-border insolvency, and is unable to attend the status conference in person. James Berger of DLA Piper LLP, who has been admitted *pro hac vice* in *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, 21-mc-00481-LPS (D. Del.), will be attending in person and will be available to address the Court.

        Respectfully submitted,

        <u>/s/ R. Craig Martin</u>
        R. Craig Martin

cc: All counsel of record