# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## NOTICE OF AUGUST 31, 2023
## *EX PARTE* MEETING OF THE COURT AND THE SPECIAL MASTER

OF COUNSEL:

Ray C. Schrock (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
Luna N. Barrington (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray.Schrock@weil.com
Alexander.Welch@weil.com
Chase.Bentley@weil.com
Luna.Barrington@weil.com

Myron T. Steele (#000002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Abraham Schneider (#6696)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
aschneider@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

Dated: September 6, 2023
11036732/21202.00001

**PLEASE TAKE NOTICE THAT**, that on August 31, 2023, at 9:00 a.m. (ET), the Court conducted an *ex parte* meeting by Zoom conference with the Special Master and his advisors in accordance with the Court's May 10, 2023 *Memorandum Order* [D.I. 559] and July 17, 2023 *Memorandum Order* [D.I. 643].  A court reporter was present and a transcript of the *ex parte* meeting will be retained by the Special Master under seal.

/s/ Robert B. Pincus
Robert B. Pincus
Special Master for the United States District Court
for the District of Delaware

September 6, 2023