

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: (302) 472-7315
Email: shirzel@hegh.law

September 13, 2023

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela*,
              C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      I write on behalf of Petróleos de Venezuela, S.A. ("PDVSA"). Pursuant to this Court's July 17, 2023 Memorandum Order. D.I. 644. On September 12, 2023, PDVSA filed an Answering Brief in Response to Order to Show Cause Why a Replacement Share Certificate Must be Issued (the "Answering Brief") in the action styled *Petróleos de Venezuela, S.A. v. PDV Holding, Inc.*, C.A. No. 2023-0778-PAF (Del. Ch.).

      Courtesy copies are scheduled to be delivered to Your Honor via Federal Express on September 14, 2023.

                                  Respectfully submitted,

                                  */s/ Samuel T. Hirzel*

                                  Samuel T. Hirzel (#4415)
                                  *Counsel for Petróleos de Venezuela, S.A.*

STH/cmw
cc:   All Counsel of Record (via e-filing/e-mail)