**ADELSO A. ADRIANZA**

4 Repton Cir. Unit 4210, Watertown, MA 02472
M: (859) 803-2279 | aaadrianza@gmail.com

September 8, 2023

The Honorable
Judge Leonard Stark
U.S. Judge For The Third Circuit Court of Appeals
c/o Office of the Clerk
United States District Court
844 North King St., 4th. Floor
Wilmington, DE 19801-3570

Dear Judge Stark,

    This letter is in reference to Crystallex International Corporation, Case 1:17-mc-00151-LPS, and regarding the pending execution of its collection judgment against Venezuela and in regards to the communication by the undersigned dated September 6, 2023.

    In the above-mentioned letter I referred to the inquiry by the Second Circuit Court of Appeals requesting the views of the U.S. Government on the scope and reach of the arbitration treaties as "the only known instance in the public record where a federal court has asked the U.S. Government for its view on the scope and reach of an U.S. arbitration treaty". After sending it, the undersigned continued researching the subject matter and came across a reference to an invitation by the U.S. Supreme Court to the U.S. Solicitor General to file a brief on a petition for certiorari involving the Federal Arbitration Act (FAA).

    The case, *Louisiana Safety Association Of Timbermen — Self Insurers Fund, Petitioner V. Certain Underwriters At Lloyd's, London, et al.*, involved a petition for a writ of certiorari to the United States Court of Appeals for the Fifth Circuit at the merits review stage, which the Court subsequently denied. Given its relevance to the question of the reach and scope of the FFA, the undersigned believes that the enclosed brief (Exhibit 1.) by the Solicitor General provides an indispensable view on the subject matter.

I thank Your Honor for your time and consideration.

Respectfully,

*[signature]*

Adelso A. Adrianza

Enclosures: 1

cc: The Honorable Chief Judge Laurie Selber Silverstein.
    Mr. Robert B. Pincus, Special Master.
    Mr. Myron T. Steele, Potter Anderson & Corroon, LLP
    Mr. Jeffrey L. Moyer, Richards, Layton & Finger, P.A.
    Mr. Matthew B. Lunn, Richards, Layton & Finger, P.A.