

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial:  (302) 472-7315
Email:   shirzel@hegh.law

September 21, 2023

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:   *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela*,
         C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

I write on behalf of Petróleos de Venezuela, S.A. ("PDVSA"). Pursuant to this Court's July 17, 2023 Memorandum Order. D.I. 644 attached are the most recent filings in the action styled *Petróleos de Venezuela, S.A. v. PDV Holding, Inc.*, C.A. No. 2023-0778-PAF (Del. Ch.).

Courtesy copies are scheduled to be delivered to Your Honor via Federal Express on September 22, 2023.

Respectfully submitted,

*/s/ Samuel T. Hirzel*

Samuel T. Hirzel (#4415)
*Counsel for Petróleos de Venezuela, S.A.*

STH/cmw
cc:   All Counsel of Record (via e-filing/e-mail)