# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347
(302) 658-9200
(302) 658-3989 FAX

**ALEXANDRA M. CUMINGS**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

September 29, 2023

*VIA EFILING AND HAND DELIVERY*

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.*,
            No. 1:17-mc-151-LPS

Dear Judge Stark:

      On behalf of PDV Holding, Inc. ("PDVH"), please find enclosed a copy of the transcript of the September 22, 2023 hearing in the action captioned, *Petróleos de Venezuela, S.A v. PDV Holding, Inc.*, C.A. No. 2023-0778-PAF (Del. Ch.).

      We are available should Your Honor have any questions.

                          Respectfully,

                          */s/ Alexandra M. Cumings*

                          Alexandra M. Cumings (#6146)

Enclosure
cc: All Counsel of Record (Via E-Filing, w/o enclosure)