# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Misc. No. 17-151-LPS |
| : | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, : | |
| : | |
| Defendant. : | |

## ORDER

On October 12 and October 16, 2023, the Court received from the plaintiffs in C.A. No. 23-989-MN (D. Del.) ("23-cv-989 plaintiffs"), who proceed pro se, documents titled "Letter of Attached Judgment Statement and Related Issues" and "Comments on Letter to Register Claim and Related Issues Addressed to This Court on October 12, 2023." These letters appear to be in response to the Court's Oral Order dated August 8, 2023 (D.I. 654) adopting the proposed procedures set forth in the Special Master's letter regarding Attached Judgment Statements (D.I. 652). On October 16, the Court also received a document from the 23-cv-989 plaintiffs requesting electronic filing privileges in Misc. No. 17-151-LPS. Because they were filed under seal, the Court has docketed these documents under seal.

**IT IS HEREBY ORDERED** that:

1. No later than twenty-one (21) days from the issuance of this Order, the 23-cv-989 plaintiffs **SHALL** submit to the Court: (1) a memorandum detailing how, under applicable law, the Court may approve the continued sealing of any or all of the documents they have submitted in this case; and (2) a redacted version of any or all of the documents that the 23-cv-989 plaintiffs seek to remain under seal, in whole or in part. Absent such submissions, the Court will

unseal these documents.

2. The 23-cv-989 plaintiffs' request for electronic filing privileges in Misc. No. 17-151-LPS is **DENIED**. It appears that these parties have filed a complaint but have not secured a judgment in C.A. No. 23-989-MN. Nor do they indicate that they have obtained any form of enforceable judgment in any forum against any Venezuela Party. Thus, it does not appear that the 23-cv-989 plaintiffs have any interest in the instant action that would warrant providing electronic filing privileges.

October 17, 2023
Wilmington, Delaware

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT