

# DECKER PETROLEUM AND MARKETING CO. LTD.

LP # 905 Southern Main Road, Point Lisas, Trinidad, West Indies
Postal Address: P.O. Box 5226 Point Lisas
Tel: 1 (868) 387 1279 / 1281
Email: deckerpetroleum01@gmail.com

**October 25th, 2023**

**To: U.S District Court Clerk's Office**
844 N Kings Street
Wilmington, Delaware 19801
**United States**

Dear Sir/ Madam,

### RE:  Expression of Interest to Purchase Citgo Asphalt Assets

Decker Petroleum and Marketing Company Limited, headquartered in Trinidad and Tobago, is involved in asphalt production and distribution across the Caribbean and South American regions. We are also engaged in exploration in Suriname, and participated in the bidding for onshore blocks in Trinidad. In addition, we are actively exploring opportunities in Uruguay and Jamaica for potential onshore blocks.

Our organization is also monitoring the ongoing sales process related to Citgo's assets in North America, a matter associated with the Crystallex International Corp v. Bolivarian Republic of Venezuela (Case 1:17-mc-00151-LPS). **"In light of this, we wish to formally express our interest in potentially participating as a bidder for Citgo's assets".**

To provide you with a comprehensive understanding of our company and its capabilities, we have attached our company's information brochure for your review and perusal.

Your assistance in this process would be greatly appreciated as we look forward to your response.

Thank you for your time and corporation.

Yours respectfully,

Esther Paul - Ali
Corporate Secretary



# MISSION STATEMENT



TO PROVIDE A "TOTAL SOLUTIONS CONCEPT" DELIVERING PRODUCTS AND SERVICES, OFFERING ASSURANCE AND MAINTAINING QUALITY, WHILE BECOMING ENVIRONMENTALLY CONSCIOUS, AS WE STRIVE TO ENRICH THE QUALITY OF COMMUNITY LIFE BY PROMOTING ENERGY EFFICIENCY AND ENERGY SECURITY.

# HISTORY

- Decker Petroleum And Marketing Company Limited (DPMCL) established in 1996 and located at LP #905 Southern Main Road Point Lisas (formerly Decker Construction Marketing Limited; founded in 1990) is a privately owned Company based in Trinidad and Tobago.
- The Company's core business activity is the manufacturing and marketing of asphalt and asphalt-related products for a local, regional and international clientele

- In 1990 we commissioned our Asphalt Emulsion Plant having the capability of producing all grades of Anionic & Cationic Asphalt Emulsion.

- Our solvent blending facility which serves our cut back asphalt plant is capable of blending approximately 40 tonnes of solvent in 24 hours.
- Decker's affiliated company Ragoonath General Contracting Ltd has completed the construction and installation of its 50 tph Asphalt Hot Mix Plant.

In 2013 we purchased our first asphalt tanker MV Power One having the capacity of 12,000 bbl's per shipment and is used for transportation of raw material and finished products.

# SHAREHOLDERS







**Mrs. Rose-Marie Paul- Ragoonath**

Co-founder/ Director

Majority Shareholder (90%)

Mrs. Ragoonath was in the medical field but left twenty (20) years ago to join the company full-time.

**Mr. Mahase Ragoonath**

Co-founder/ Chairman/ Managing Director

Shareholder (10%)

Mr. Ragoonath manages the daily business activities.

Started with Decker Construction and transition to Decker Petroleum 27 years ago.

He has accumulated a wealth of experience in the oil industry and continue to forge ahead with the new business model for exploration and production of hydrocarbon

# COMPANY VERIFICATION



# COMPANY'S REGISTRY



FOR VIEWING PURPOSES ONLY

REPUBLIC OF TRINIDAD AND TOBAGO

FEB 12 1996

Certificate of the
Incorporation of a Company

I hereby Certify that

is this day incorporated under the Companies Ordinance,
Ch. 31. No. 1, and that the Company is Limited.

Given under my hand at Port-of-Spain

this ........ day of ........
one thousand nine hundred and
ninety-six.

Registrar of Companies

Registration Fees    $ .......
Stamp Duty           $ .......

Certificate received by ........

Date ........

Government Printery



**Certificate Of Continuance**

FOR VIEWING PURPOSES ONLY

VAT 3

REPUBLIC OF TRINIDAD AND TOBAGO

## VALUE ADDED TAX
### CERTIFICATE OF REGISTRATION

VAT Reg. No.

*This is to certify that*

DECKER PETROLEUM AND MARKETING COMPANY LIMITED
L P #005
SOUTHERN MAIN ROAD
POINT LISAS

125773

*has been registered under the provisions of the*
*VALUE ADDED TAX ACT 1989, with effect from*

14-NOV-1997

Trading as: DECKER PET & MARKETING CO. LTD

COMMISSIONER
Board of Inland Revenue

**Value Added Tax Certificate Of Registration**



# KEY PERSONNEL

| NAME | POSITION | PHONE | EMAIL |
|------|----------|-------|-------|
| Mr. Mahase Ragoonath | Chairman/ Managing Director | +1868 -376-3933 | deckerpetroleum01@gmail.com |
| Mrs. Rose –Marie Paul Ragoonath | Director | +1868 -369-5515 | deckerpetroleum01@gmail.com |
| Mrs. Esther Paul –Ali | Corporate Secretary | +1868 -387-1281 | deckerpetroleum01@gmail.com |
| | | | |

# BUSINESS INFORMATION

| Title | Details |
|---|---|
| Business name: | Decker Petroleum And Marketing Company Limited |
| Business structure: | Private Company |
| Date established: | February 12th, 1996 |
| Registered Address / Business Address: | LP 905 Southern Main Road, Point Lisas, Trinidad & Tobago W.I. |
| Postal Address: | P.O. 5226 Point Lisas, Trinidad & Tobago W.I. |
| VAT Registration Number: | 115773 |
| BIR File Number: | B 115695 3 |
| NIB File Number: | 105976 |
| Fax Number: | - |
| Phone Number: | (868) 387-1281/1279 |
| Email | deckerpetroleum01@gmail.com ; ragoonath01@gmail.com |
| Contact: | Mahase Ragoonath  1 868 376 3933 |
| | Esther Paul—Ali   1 868 387 1281 (direct line) 389 5668 (mobile) |
| Company Bankers | Republic Bank Limited, Harris Promenade, San Fernando |
| | First Citizens Bank Limited, 2 Goodrich Bay Road Point Lisas |
| | Citibank, N.A. 201 S Biscayne Blvd, Suite 100, Miami, FL 33131 |

# MANAGEMENT



**Mahase Ragoonath**
**Managing Director**

**Mr. Ragoonath** –Manages the daily business activities, including manufacturing, marketing, pricing, monitoring and controlling the Company's performance and finances in accordance with the budgets approved by the Board of Directors. Over the past twenty-five (25) years, Mr Ragoonath began training the office and production staff in plant economics, marketing, pricing and logistics.

Mr. Ragoonath, the Manufacturing/Marketing Coordinator of DPMCL, has acquired a wealth of knowledge and skills accredited to thirty-five (35) years of study and experience in the asphalt industry.



**Rose –Marie Paul -Ragoonath**
**Director**

**Mrs. Paul-Ragoonath** - Manages the daily financial activities of the organization which includes accounting, purchasing of raw materials, processing of delivery orders, corresponding with banks, shipping agents and other such institutions, supervises all data entry e.g. production, sales etc. and prepares payroll. She has eighteen (18) years' of experience in managing the Company's finances.

**Esther Paul -Ali**
**Cooperate Secretary**



**Mrs. Paul-Ali** -has been employed with Decker Petroleum since its inception. Her major responsibility is in the accounts department.

**Ruth Santokie**
**Logistics Manager**



**Ms. Santokie** –has thirteen (13 ) experience in logistics. She is directly responsible for all imports from various suppliers and export of products to clientele in South America.



**Basdeo Rampersad**

**Mr. Rampersad** has twenty-five (28) years experience in the Asphalt Industry spanning from plant construction to operations. He's responsible for production of all grades of emulsion (CRS ,CSS,CMS )etc.



**Vishal Ramlogan**

**Mr. Ramlogan** has over twenty years (23) experience in the production of RC 250 and other cutback asphalt (MC 3000, MC 800, MC 70).



**Rachael Paul –Mathura**
**Cooperate Social**
**Responsibility  /HSE**
**Understudy**

**Mrs. Paul –Mathura** is responsible for the Cooperate Social Responsibility our Environmental Health and Safety Department.

# ACHIEVEMENTS

DPMCL has been manufacturing and marketing asphalt products for several years. The company has successfully progressed in these fields and attained an enviable reputation for itself, in terms of the superior customer service, the high quality products it manufactures and competitive pricing. As set out in our then Business Plan the Company has accomplished its proposed objectives in 1996 and today has continued to expand. The following has been attained since 1996:

**Products Manufactured & Distributed:**

➢ Cationic and Anionic Asphalt Emulsions— RS1, RS2, MS1, MS2, SS1, SS1H, CRS1, CRS2,    CMS1, CMS2, CSS1, CSS1H

➢  Cutback Asphalt: RC 250, MC 300, MC 3000, MC 70, MC 800

➢  PG 64-22, 60/70 Bitumen, AC 20

**Our raw material suppliers are located in:**

➢ South America

➢ The Caribbean

➢ Netherlands

➢ Florida

➢ Columbia

## Products are Manufactured as to the following ASTM Specifications:

- ➤ ASTM 2028
- ➤ ASTM D946
- ➤ ASTM D 2397-94

## Independent Testing of Products are also performed by:

- ➤ Analytical Technologies Limited    - Trinidad & Tobago
- ➤ Asphalt Technologies Limited    -  Florida, USA
- ➤ PRI Asphalt Technologies, Inc.    - Tampa ,Florida

**OTHER PRODUCTS THAT ARE MANUFACTURES ,SOLD AND DISTRIBUTED**



➤ **Asphalt Emulsion Sprayer Unit:**

We manufacture and distribute mobile asphalt spray units from 100 L to 500



➤ **Bitumen Storage Tanks:**
Supplies and installs bitumen storage tanks with electrical heating element and diesel fire burners capacity 5000 gallons to 40,000 gallons mobile, 40,000 gallons and above stationery.



*15 tons / hr Asphalt Emulsification Unit*



*Bitumen Pump*

We design, construct and commission asphalt emulsion plants ranging from 5 tph to 30 tph, this is inclusive of bitumen storage tanks, emulsion storage tanks, water treatment and storage tanks, emulsification units, heating systems, bitumen pumps and piping.

Supply of calcium chloride, hydraulic acid, emulsifiers.



# MV Power One

IMO #: 7931129

MV Power One was purchased in 2013 to transport our raw materials; having the capacity of 12,000 bbl.'s

## IMPORT

 

- Tank Containers used for the importing of our raw materials, and local product distribution

# CutBack Blending Facility

  



**SOLVENT BLENDING FACILITY**



**HOT MIX ASPHALT PLANT**

# EMULSION STORAGE FACILITY



# Raw Material Bulk Storage Facility





# EXPORT



**Recycling Used Drums**





**Drums Loaded in dry Box for Export**



CURRENT ACTIVITIES

# EXPLORATION- SURINAME



The Production Sharing Agreement was finalized between Decker Petroleum and the Staatsolie Hydrocarbon Institute (formerly known as Staatsolie Maatschappij Suriname N.V.) in May 2019. (Exploration -8 years, Production -30 years).

Decker received a license for the Onshore Nickerie Block in Suriname. Our Contractual Year commenced on October 1st, 2019.The Company  have an obligation to drill eight (8) exploration wells.

Our first well **JJDP-1** was completed on 23RD June 2023.

The second well **JJDP-3** is schedule to drill in December 2023.

**Managing Director of Decker Petroleum Mr. Mahase Ragoonath and Staatsolie's Managing Director  Rudolf Elis.**

  



# EXPLORATION- SURINAME









Government of the Republic of Trinidad and Tobago
MINISTRY OF ENERGY AND ENERGY AFFAIRS

# TRINIDAD



- The Trinidad and Tobago Ministry of Energy, invited Decker to bid on the Jubilee Field, located offshore on the South-West coast of Trinidad.
- We declined and opted for an available Onshore block

- Early 2021, the Ministry of Energy and Energy Industries announced the opening of the Trinidad's 2021 Onshore Competitive Bid Round, along with the list of the available onshore blocks.
- Decker expressed its interest for the available onshore blocks.

- The open bid round began on September 27th – November 5th 2021;where we submitted a nomination letter and it was accepted .

- July 8th 2022-January 9th 2023 were the prequalification stage. Decker analyzed the data,submitted a bid for the St.Marys block and awaiting on results

- In addition we were invited to bid for an off shore block.

# FUTURE TARGETS for EXPLORATION

**It is our intent to explore for Hydrocarbons in the following country's**:



Jamaica



Uruguay



 **PETROLEUM CORPORATION OF JAMAICA**

# JAMAICA



- Decker Petroleum had expressed and interest to Corporation of Jamaica *(PCJ-a state owned company in Jamaica)*, in 2019 to discuss the possibility of onshore exploration.

- This has led to the conduction of preliminary studies via our Geophysicist and Geologist.

- We were eligible to bid for the Santa Cruz block.



# URUGUAY



- After presenting Decker to ANCAP, we were granted access to their <u>Virtual Data Room</u> to study seismic data for the period of November 8th -13th 2021.

- Decker is in the 2nd phase of qualification and our bid application for an Exploratory Sub-Period with one (1) well or more of available Onshore blocks was submitted in April 2022.

- We will later exercise the a bid



# RENEWABLE ENERGY

- Decker's policy on Renewable Energy, as driven by Mr. Ragoonath, is to move the company to achieve at least 15% of its revenue stream from Renewable Energy (RE).

- Our RE projects are in the development stage and will serve as an additional revenue by producing, clean energy from natural sources.

# PLANTING COCONUT TREES

- Planting coconut trees along the entire perimeter of our facility acts as carbon sinks to reduce the number of greenhouse gases in the atmosphere and supply oxygen through photosynthesis.

- The coconut trees act as efficient carbon sinks since each tree has approximately 12 branches that are 20 feet in length and 5 feet in width. Studies have shown that coconut trees in tropical climates will sequester atmospheric carbon dioxide at an average amount of 50 pounds of carbon dioxide per tree per year (Medina 2023).

- Studies have also shown that these trees can release approximately 126 pounds of oxygen per tree per year (Arbon Day Foundation 2023).



# RECYCLING



Decker recycle used drums to package our Cationic and Anionic asphalt emulsion and cutback asphalt products





Collection and Recycling of spilled raw materials to produce asphalt product

 

- Replacement of diesel burners with electrical heating elements to heat raw materials

# RAINWATER HARVESTING



Utilize rainwater instead of traditional mains water supplies which has reduced our water bill by approximately TTD 12,000.





Utilize water filtration system to purify rain water for consumption. This eliminates the costs of purchase bottled water.

# SOLAR POWERED LIGHTENING SYSTEM



Installation of solar-powered lights in and around the Power One vessel. These lights are powered by renewable energy which significantly reduces their carbon footprint and make them a cost-effective and sustainable solution





Installation of solar powered security camera system around the facility. These surveillance cameras are powered by renewable energy which helps reduce our carbon footprint by reducing the overall power consumption of our facility

- There is a RE project in Trinidad by a consortium of two major oil and gas holders and Decker is seeking interest to participate.

- These projects will be implemented with the use of solar panels and a fuel-less generator. Our Project Management team is currently in the process of conducting a detailed study for the project's development and implementation.

- Our Target: to have 6% of our revenue stream generated from these RE projects by 2030, and 10% by 2035, with the aim to reach 15% overall.



# PLASTIC INTO TREASURE (P.I.T )PROJECT

- Decker aims to develop and construct a form of technology that will have the potential to convert plastic waste into a solvent that can then be blended with bitumen to manufacture cutback asphalt.

- Approximately five years ago, the Managing Director Mr. Mahase Ragoonath conducted a small-scale pyrolysis experiment and it was successful.

- Grant was given us to conduct the research stage of this project.



**Collection of Plastic Wastes**





# WHEAT AND CORN FARM

The United Nation's Sustainable Development Goal (SDG) number 2 entails ending hunger, achieving food security, improving nutrition, and promoting sustainable agriculture.

With parallel interest to the UN's goal, Decker Petroleum, and Marketing Company Ltd. aims at creating a sustainable food future for Trinidad and Tobago as the Company has taken a vested interest in wheat and corn. Presently, the Company is conducting research and analysis in cultivating and harvesting these grains to export to Trinidad and Tobago and then for manufacturing.

According to the Food and Agriculture Organization (FAO) by 2050, it is estimated that we will need to produce 60 percent more food to feed a world population of 9.3 billion. It is our objective to bring awareness and aspire local and foreign small-scale farmers around the world into improving agricultural productivity by utilizing sustainable practices to eradicate World Hunger and maximize and promote food security.

# CATTLE AND SHEEP FARM

Decker Petroleum is concerned with improving food security. We have recognized that we can achieve this objective by increasing food production. As a result, our company is geared towards investing in agricultural projects both locally and internationally.

Currently, we are in the research phase of establishing livestock farms (Cattle and Sheep) in both Argentina and New Zealand for the purpose of increasing the exportation of meat products.





# SURINAME RICE PROJECT

- The project aims to help a small rice farmer in Nickerie Suriname, to achieve and maintain self-sufficiency in rice production and to establish a steady export chain to Trinidad.
  Decker Petroleum and Marketing Co. Ltd, has ongoing exploration activities in Nickerie, Suriname and in an effort to support the furtherdevelopment of the Nickerie district, our Company aims to implement its Suriname Rice Project under our Local Content portfolio. The Company will engage two (2) rice farmers local to Nickerie, Suriname, and work closely with them to implement our "RooseNerie"   Rice Project.

- Decker wants to improve food security within Trinidad and Tobago. The country currently relies on the government for the provision of staples such as rice. Should the government not be able to provide these staples, the country's supplies will be depleted.

- It is our aim to set an example for other company's within the private sector, to show that it is possible to create a food supply chain between other countries and Trinidad and Tobago, without the direct involvement of the government. In addition to Trinidad's Ministry of Agriculture, Land and Fisheries initiative to revive Trinidad's rice industry, by distributing rice seeds purchased from the Republic of Guyana, to thirty (30) farmers; Decker will establish a rice production and importation chain from Suriname to Trinidad, as our contribution to the further development of food security from the private sector.





**THANK YOU**

**Decker Petroleum And Marketing Company Limited** _thanks you_ for this opportunity to present WHO ARE WE as company

