# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 1:17-mc-00151-LPS |

## SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE'S
## SUPPLEMENTAL ADDITIONAL JUDGMENT CREDITOR STATEMENT

DATED: November 3, 2023

OF COUNSEL:
Alexander A. Yanos *pro hac vice*
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400
alex.yanos@alston.com

Robert Poole *pro hac vice*
ALSTON & BIRD, LLP
1201 W. Peachtree St. NE, Suite 4900
Atlanta, GA 30309
404-881-4547
robert.poole@alston.com

Respectfully submitted:

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

*Attorneys for Saint-Gobain Performance Plastics Europe*

Plaintiff and judgment creditor Saint-Gobain Performance Plastics Europe ("Saint-Gobain") submits this supplemental statement pursuant to the Court's October 11, 2023 Order to update its summary of the dates of all Steps it has completed, as outlined in the Court's July 27 Memorandum Order, D.I. 646. *See* D.I. 738. As set out below and supported by the documentation exhibited to this submission, Saint-Gobain has completed Steps 1 through 5 as of the date of this filing.

- **Step 1: Creditor Proves it is Owed Some Debt by a Venezuela Party.**

    o On November 3, 2017, an international arbitration tribunal issued an award ("Award") against the Bolivarian Republic of Venezuela and in favor of Saint-Gobain in the amount of $29.6 million, plus costs and interest. *See* Ex. A (Award).[1]

- **Step 2: Creditor Enforces its Award in a U.S. Court and Receives a Judgment.**

    o On August 2, 2023, the United States District Court for the District of Columbia entered a judgment ("Judgment") enforcing the Award pursuant to 22 U.S.C. § 1650a and ordering post-judgment interest pursuant to 28 U.S.C. § 1961. *See* Ex. B, at pp. 1-4 (Judgment).

- **Step 3: Creditor Registers its Judgment in the District of Delaware.**

    o On September 1, 2023, Saint-Gobain registered the Judgment in the District of Delaware in *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, 1:23-mc-00397-LPS. *See* Ex. B, at pp. 7-8 (Letter Registering in the District of Delaware).

- **Step 4: Creditor Moves in Delaware for a Writ of Attachment *Fieri Facias*.**

    o On September 5, 2023, Saint-Gobain filed its Motion for Writ of Attachment *Fieri Facias*. *See* Ex. C (Motion for Writ of Attachment).

- **Step 5: Creditor Obtains a Writ of Attachment *Fieri Facias* which May be Conditioned on Subsequent Events.**

    o On October 16, 2023, Saint-Gobain, Venezuela, and PDVSA entered into a Stipulation to Obviate the Need for Further Briefing ("Stipulation"). In pertinent part, the parties agreed to apply the Court's decision on the pending Motion for Writ of Attachment *Fieri Facias* and motion to dismiss in *Pharo Gaia Fund, Ltd., et al. v. Bolivarian Republic of Venezuela*, Case No. 23-mc-360-LPS, to the pending

---

[1] On March 12, 2018, Venezuela initiated annulment proceedings that were later discontinued with prejudice. *See Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/12/13, https://icsid.worldbank.org/cases/case-database/case-detail?CaseNo=ARB/12/13.

1

   Motion for Writ of Attachment *Fieri Facias* and motion to dismiss in Saint-Gobain's attachment proceedings.  *See* Ex. D (Stipulation).

- o   On <u>October 25, 2023</u>, the Court granted the Stipulation.

- o   On <u>November 1, 2023</u>, the Court issued an order conditionally granting Saint-Gobain's Motion for Writ of Attachment *Fieri Facias*.  *See* Ex. E. (Memorandum Opinion), Ex. F (Order).  As a result, Saint-Gobain completed Step 5 on this date.

In accordance with the Court's October 11, 2023 Order, Saint-Gobain will make further filings within three business days of completing any additional Steps.

DATED: November 3, 2023      Respectfully submitted:

                    */s/ Peter J. Keane*

OF COUNSEL:        Laura Davis Jones (DE Bar No. 2436)
Alexander A. Yanos *pro hac vice*   Peter J. Keane (DE Bar No. 5503)
ALSTON & BIRD, LLP      Pachulski Stang Ziehl & Jones LLP
90 Park Avenue, 15th Floor     919 North Market Street, Suite 1700
New York, NY 10016-1387     P.O. Box 8705
212-210-9400         Wilmington, DE 19899-8705
alex.yanos@alston.com      (302) 652-4100
                ljones@pszjlaw.com
Robert Poole *pro hac vice*     pkeane@pszjlaw.com
ALSTON & BIRD, LLP
1201 W. Peachtree St. NE, Suite 4900 *Attorneys for Saint-Gobain Performance*
Atlanta, GA 30309       *Plastics Europe*
404-881-4547
robert.poole@alston.com