# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 1:17-mc-00151-LPS |
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE S.A.<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 1:19-mc-00079-LPS |

**PLAINTIFFS TIDEWATER INVESTMENT SRL AND TIDEWATER CARIBE S.A.'S STATUS REPORT PURSUANT TO THE COURT'S OCTOBER 11, 2023 <u>MEMORANDUM ORDER</u>**

Pursuant to this Court's October 11, 2023 Memorandum Order, D.I. 738, Plaintiffs and judgment creditors Tidewater Investment SRL and Tidewater Caribe S.A. (together, "Tidewater") submit this status report, informing this Court that they have obtained a conditional writ of attachment *fieri facias*, thereby completing Step 5 of this Court's July 27, 2023 Order, D.I. 646. *See* Order Conditionally Granting Writ *Fieri Facias*, *Tidewater Investment SRL. v. Bolivarian Republic of Venezuela*, 1:19-mc-00079-LPS, (D. Del. Nov. 1, 2023), D.I. 85, attached as Exhibit A; Memorandum Opinion, *Tidewater Investment SRL. v. Bolivarian Republic of*

ME1 46612519v.1

- 2 -

*Venezuela*, 1:19-mc-00079-LPS, (D. Del. Nov. 1, 2023), D.I. 84, attached as Exhibit B. This submission supplements the summary filed on October 16, 2023 (D.I. 751 on the *Crystallex* docket) to advise the Court of additional steps completed as of that date.

Respectfully submitted,

Dated: November 6, 2023

*Of Counsel*:

Miguel López Forastier (admitted *pro hac vice*)
Mark Herman (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: 202-662-5185
mlopezforastier@cov.com
mherman@cov.com

MCCARTER & ENGLISH, LLP

*/s/ Andrew S. Dupre*
Andrew S. Dupre (#4621)
Sarah E. Delia (#5833)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6300
adupre@mccarter.com
sdelia@mccarter.com

*Attorneys for Plaintiffs Tidewater Investment SRL & Tidewater Caribe S.A.*