

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial: (302) 472-7315
Email: shirzel@hegh.law

November 27, 2023

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, et al.,
No. 1:17-mc-151-LPS

Dear Judge Stark:

Petróleos de Venezuela, S.A. ("PDVSA) writes to inform the Court, consistent with this Court's July 17, 2023 Memorandum Order (D.I. 644), that a hearing was held on November 21, 2023, in *Petróleos de Venezuela, S.A. v. PDV Holding, Inc.*, C.A. No. 2023-0778-PAF (Del. Ch.). In the hearing, the Chancery Court confirmed that PDV Holding, Inc. ("PDVH") had complied with the Chancery Court's Order by publishing notices to notify potential third parties who claim an interest in the shares of PDVH that their claimed interest in the share may be affected by the outcome of the Chancery proceeding. Further, the Chancery Court noted that no third parties appeared at the hearing to claim an interest in the PDVH shares or filed any such claims with the Chancery Court. The Chancery Court took the matter under advisement.

Respectfully submitted,

/s/ Samuel T. Hirzel, II

Samuel T. Hirzel, II (#4415)
*Counsel for Petróleos de Venezuela, S.A.*

cc: All Counsel of Record (via e-filing/e-mail)