**RICHARDS LAYTON & FINGER**

Travis S. Hunter
302-651-7564
hunter@rlf.com

December 1, 2023

**VIA ECF**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:  *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.*,
           C.A. No. 17-mc-151-LPS

Dear Judge Stark:

On November 28, 2023, Vice Chancellor Fioravanti rendered a judgment and issued an opinion and order in the matter of *Petróleos de Venezuela, S.A. v. PDV Holding, Inc.,* C.A. No. 2023-0778-PAF in the Delaware Court of Chancery. Copies of the Chancery Court's judgment, opinion, and order are attached for the Court's convenience.

                              Respectfully submitted,

                              */s/ Travis S. Hunter*

                              Travis S. Hunter (#5350)

CC: All counsel of record