EFiled: Nov 28 2023 04:08PM EST
Transaction ID 71496374
Case No. 2023-0778-PAF

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 2023-0778-PAF ) |
| PDV HOLDING, INC., | ) ) ) |
| Defendant. | ) |

## FINAL ORDER AND JUDGMENT

WHEREAS, on July 31, 2023, plaintiff Petróleos de Venezuela, S.A. ("PDVSA") filed a complaint pursuant to 8 *Del. C.* § 168 seeking the issuance of a replacement certificate for a total of 1,000 shares of common stock of PDV Holding, Inc., formerly represented by stock certificate No. 2 (the "Certificate"); and

WHEREAS, the Court has considered the complaint and the response thereto;

IT IS HEREBY ORDERED, this day 28th day of November 2023, for the reasons stated in the Court's Opinion of even date that:

1. PDV Holding, Inc. shall issue a replacement stock certificate representing PDVSA's ownership of 1,000 shares of PDV Holding, Inc. common stock.

2. PDV Holding, Inc.'s compliance with paragraph 1 is conditioned upon PDVSA posting an unsecured indemnity bond in the amount of $10,000 within seven business days of this Order.

3. Pursuant to 8 *Del. C.* § 168(b), PDV Holding, Inc. shall not be liable in any amount in excess of the amount specified in the bond for any claim in connection with the shares represented by the certificate.

_____
Vice Chancellor Paul A. Fioravanti, Jr.