**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

**SPECIAL MASTER'S MOTION FOR AUTHORIZATION
TO NOTIFY THE COURT REGARDING SALE DEADLINES**

Special Master Robert B. Pincus (the "Special Master") respectfully requests entry of an Order authorizing him to notify the Court in advance of deadlines related to the Sale Transaction.[1]

In support of the requested relief, the Special Master states as follows:

1. The Court appointed the Special Master to, *inter alia*, "oversee the day-to-day and detailed implementation of the sales procedures." D.I. 234 at 34. Pursuant to that directive, the Court ordered in the Sale Procedures Order that "the Special Master is authorized to take all reasonable steps necessary or appropriate to carry out this Order." Sale Procedures Order ¶ 54.

2. The Sale Procedures, as outlined in the Sale Procedures Order, involve an array of deadlines, actions, and hearings that require the Court's attention in the form of review, status updates, or orders, whether in response to motions filed by parties-in-interest or with regard to decisions contemplated by the Sale Procedures Order itself. The Special Master, due to his oversight of and authority to implement the Sale Procedures, is well-positioned to track the various

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (the "Sale Procedures Order") [D.I. 481].

deadlines associated with the Sale Procedures Order, particularly with regard to those deadlines requiring affirmative action by the Court.

3. The Court requested during its *ex parte* meeting with the Special Master on November 7, 2023[2] that the Special Master file a motion seeking the Court's authority, through entry of an administrative order, to file public notices regarding upcoming items requiring the Court's attention or action (the "Notifications").

4. The Special Master expects the Notifications will relate to matters including, but not limited to, the following:

   a. Deadlines for orders related to Additional Judgment Creditors.  D.I. 481 ¶ 5;

   b. Setting a briefing schedule and hearing related to any modifications of the Bidding Procedures if necessary.  D.I. 481 ¶ 10;

   c. Scheduling a hearing regarding the calculation of any Attached Judgment. D.I. 481 ¶ 31; and

   d. Scheduling the Sale Hearing.  D.I. 481 ¶¶ 16, 19.

5. The Special Master will file the Notifications on the docket a reasonable amount of time in advance of the deadline requiring the Court's attention or action.

## **CONCLUSION**

For the reasons articulated above, the Special Master requests the Court enter an Order authorizing the Special Master to provide notice in advance of deadlines confirmed in the Sale Procedures Order requiring the Court's attention or affirmative action.

---

[2] *See Notice of November 7, 2023 Ex Parte Meeting of the Court and the Special Master* [D.I. 787].

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | */s/ Myron T. Steele*<br>Myron T. Steele (#00002)<br>Matthew F. Davis (#4696) |
| Ray C. Schrock (Admitted *pro hac vice*)<br>Alexander W. Welch (Admitted *pro hac vice*)<br>Chase A. Bentley (Admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Ray.Schrock@weil.com<br>Alexander.Welch@weil.com<br>Chase.Bentley@weil.com | Bindu A. Palapura (#5370)<br>Abraham Schneider (#6696)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>msteele@potteranderson.com<br>mdavis@potteranderson.com<br>bpalapura@potteranderson.com<br>aschneider@potteranderson.com |
| Dated: December 14, 2023<br>11171542 | *Counsel for Special Master Robert B. Pincus* |