**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.,          )<br>                                                                      )<br>                         Plaintiff,                      )<br>                                                                      )<br>           v.                                                     )   Misc. No. 17-151-LPS<br>                                                                      )<br>BOLIVARIAN REPUBLIC OF VENEZUELA,  )<br>                                                                      )<br>                         Defendant.                   ) | |

## [PROPOSED] ORDER

WHEREAS, the Special Master filed his Motion for Authorization to Notify the Court Regarding Sale Deadlines on December 14, 2023 (the "Motion");

IT IS HEREBY ORDERED this ____ day of December 2023 that the Special Master's Motion is GRANTED:

1. The Special Master is permitted to file Notifications regarding any item or event relating to the Sale Procedures that requires the Court's attention or action.

2. Such Notifications may include, but are not limited to, the items identified in the Motion.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT