# EXHIBIT A

EFiled: Dec 07 2023 03:05PM EST
Transaction ID 71572005
Case No. 2023-0778-PAF

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 2023-0778-PAF |
| PDV HOLDING, INC., | : | |
| Defendant. | : | |

## NOTICE OF UNSECURED INDEMNITY BOND

PLEASE TAKE NOTICE that plaintiff, Petróleos de Venezuela, S.A., agrees to a unsecured indemnity bond in accordance with the Court's Order entered on November 28, 2023. Parties have conferred and agree that the following indemnity bond is a sufficient security under 8 Del. C. § 168(b) and the Court's Order.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Samuel T. Hirzel, II*
Samuel T. Hirzel, II (# 4415)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
*Attorneys for Plaintiff*

December 7, 2023

# CERTIFICATE OF SERVICE

I, Samuel T. Hirzel, II, hereby certify that, on December 7, 2023, the foregoing *Notice of Unsecured Indemnity Bond* were served electronically upon the following counsel:

Kenneth J. Nachbar, Esq.
Susan W. Waesco, Esq.
Alexandra Cumings, Esq.
MORRIS NICHOLS
ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Jeffrey L. Moyer, Esq.
Travis S. Hunter, Esq.
Tyler E. Cragg, Esq.
RICHARDS, LAYTON
& FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Rebecca L. Butcher, Esq.
Jennifer L. Cree, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Ste 1800
Wilmington, DE 19899

Marie M. Degnan, Esq.
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Jody C. Barillare, Esq.
Brian Loughnane, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
PACHULSKI STANG
ZIEHL & JONES LLP
919 North Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705

R. Craig Martin
DLA PIPER LLP
1201 North Market St., Ste 2100
Wilmington, DE 19801

Kevin J. Mangan, Esq.
WOMBLE BOND DICKINSON LLP
1313 N. Market St., Suite 1200
Wilmington, DE 19801

Nathan P. Eimer, Esquire Esq.
Daniel D. Birk, Esquire Esq.
Greg Schweizer, Esquire Esq
Emily Sullivan, Esquire Esq.
EIMER STAHL LLP
224 S. Michigan Ave. Ste 1100
Chicago, IL 60604

*/s/ Samuel T. Hirzel, II*
Samuel T. Hirzel, II (# 4415)

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 2023-0778-PAF |
| PDV HOLDING, INC., | : | |
| Defendant. | : | |

**UNSECURED INDEMNITY BOND**
**FOR ISSUANCE OF STOCK CERTIFICATE**

In accordance with the Court's Order that defendant PDV Holding, Inc. ("PDVH") issues a replacement stock certificate for Certificate No. 2, this indenture witnesses that plaintiff Petróleos de Venezuela ("PDVSA") hereby indemnifies PDVH up to $10,000, the amount the Court found to be sufficient under 8 Del. C. § 168(b), in the event that PDVH is held liable to a third party claiming any interest in the above-referenced stock certificate.

IN WITNESS WHEREOF, PDVSA, pursuant to the Court's Order dated November 28, 2023, has set its hand this 7th day of December, 2023.

_____
Witness

Petróleos de Venezuela

_____
By: Samuel T. Hirzel, II
Its: Attorney