ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

December 18, 2023

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

RE:  *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* D. Del. C.A. No. 1:17-mc-00151-LPS; Special Master's Steps Chart regarding Additional Judgment Creditors

Dear Judge Stark:

Pursuant to the *Memorandum Order* entered on October 11, 2023 [D.I. 738] ("**October 11 Order**")[1]:

> [t]he Special Master **SHALL** maintain a chart ("Steps Chart") tracking the progress of each party seeking to become an Additional Judgment Creditor and shall submit the Steps Chart to the Court by filing on the docket of the *Crystallex* case (Misc. No. 17-151-LPS) on no less than a monthly basis.

October 11 Order at 7 (emphasis in original)

Since the filing of the Steps Chart (as defined in the October 11 Order) on November 15, 2023 [D.I. 789], my Advisors and I have continued to monitor the docket and track the respective progress of the parties seeking to become an Additional Judgment Creditor. I confirm no party previously listed on the Steps Chart has filed an updated progress report; however, the following parties have filed initial requests to become an Additional Judgment Creditor:

1. Unnamed plaintiffs (the "Unnamed Plaintiffs"), letter entered on October 12, 2023 [D.I. 786]; and

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "**Sale Procedures Order**") or the *Memorandum Order* entered on July 27, 2023 [D.I. 646] (the "**July 27 Order**"), as applicable.

The Honorable Leonard P. Stark
December 18, 2023
Page 2

2. Union Glory Limited, UML Blandford Limited, Clion Limited, and Ostrider Limited (collectively, the "UK Arbitration Creditors"), judgment statement filed on December 12, 2023 [D.I. 794, 795, 796, 797 & 798].

Having reviewed the submissions made to date by each party seeking to become an Additional Judgment Creditor and determined, after consultation with my Advisors, no changes to the Steps Chart are necessary at this time, I respectfully submit the updated Steps Chart attached hereto as Exhibit A.

The Unnamed Plaintiffs have not provided sufficient information to be considered as a potential Additional Judgment Creditor, nor have they complied with the procedures set forth in the Special Master's letter dated August 7, 2023 [D.I. 652] (the "Judgment Statement Letter"). Therefore, at this time, I have not included the Unnamed Plaintiffs in the Steps Chart.

The UK Arbitration Creditors first received arbitration awards on April 13, 2023 and did not file their respective judgment statements until December 12, 2023—approximately four (4) months after the deadline set in the Judgment Statement Letter and over one (1) month after the Additional Judgment Deadline. Therefore, at this time, I have not included the UK Arbitration Creditors in the Steps Chart.

I note that the Steps Chart continues to be an organization of each party's asserted claim amount and the date(s) on which such party claims to have completed the applicable step(s) prescribed by the Court in the July 27 Order. Until the Special Master's final submission of the Steps Chart in advance of the Step 5 (Writ) Deadline, the contents of the Steps Chart shall in no circumstances be interpreted as the Special Master's endorsement or validation of any party's claim amount or completion of any step, or the date on which such step was completed, and is solely predicated upon information provided by each of the parties seeking to become an Additional Judgment Creditor.

I hereby reserve all rights to add or remove any party on the Steps Chart and to otherwise amend or modify any information contained therein until my final submission of the Steps Chart. To the extent any party disputes the information displayed on the Steps Chart, such party should contact the Special Master's Advisors.

Respectfully Yours,

*/s/ Robert B. Pincus*

Robert B. Pincus, in my capacity as
Special Master for the United States District Court
for the District of Delaware

Enclosures
cc:   Clerk of Court (via Hand Delivery)
      Counsel of Record (via CM/ECF and E-Mail)