| Attached Judgment Statement (Docket No.) | Status Report (Docket No.) | Judgment Holder (applicable judgment) | Asserted Judgment Amount[1] | Step 1 | Step 2 | Step 3 | Step 4[2] | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| 680 | | **Crystallex Corporation** | $990,144,701.47 | 4/16/2016 | 4/7/2017 | 6/9/2017 | 8/14/2017 | 8/9/2018 | N/A | 8/24/2018 |
| 684 | 751, 781 | **Tidewater Caribe S.A., Tidewater Investment SRL.** | $72,151,974.17 | 3/13/2015 | 1/25/2019 | 4/3/2019 | 11/15/2019 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 676, 677 | 765 | **ConocoPhillips (Petrozuata/Hamaca) (19-mc-00342)** | $1,331,585,891.61 | 4/24/2018 | 8/23/2018 | 11/26/2019 | 11/26/2019 | 3/2/2022 | Not Yet Complete | Not Yet Complete |
| 657 | 748 | **OI European Group B.V.** | $643,017,956.33 | 3/10/2015 | 5/21/2019 (D.D.C) | 11/4/2019 | 2/19/2021 | 3/23/2023 | Not Yet Complete | Not Yet Complete |
| 661 | 743 | **Northrop Grumman Ship Systems, Inc.** | $138,771,020.00 | 2/19/2018 | 6/4/2020 (S.D. Miss.) | 7/31/2020 | 2/19/2021 | 3/23/2023 | Not Yet Complete | Not Yet Complete |
| 658 | 744 | **ACL1 Investments Ltd., ACL2 Investments Ltd., LDO (Cayman) XVIII Ltd..** | $118,532,587.16 | 12/7/2020 | 12/7/2020 (S.D.N.Y) | 2/5/2021 | 11/22/2021 | 3/23/2023 | Not Yet Complete | Not Yet Complete |
| 666 | 758 | **Red Tree Investments, LLC (19-cv-2519)** | $179,456,860.70 | 12/22/2021 | 1/6/2022 | 2/8/2022 | 2/8/2022 | 4/28/2022 | Not Yet Complete | Not Yet Complete |
| 666 | 758 | **Red Tree Investments, LLC (19-cv-2523)** | $101,861,405.11 | 12/22/2021 | 1/6/2022 | 2/8/2022 | 2/8/2022 | 4/28/2022 | Not Yet Complete | Not Yet Complete |
| 666 | 758 | **Red Tree Fee Judgment** | $2,499,408.65 | N/A | 3/9/2023 | 2/8/2022 | 2/8/2022 | 4/28/2022 | Not Yet Complete | Not Yet Complete |
| 671 | 757 | **Rusoro Mining Limited** | $1,480,861,982.23 | 8/22/2016 | 3/2/2018 | 11/4/2021 | 2/9/2022 | 3/23/2023 | Not Yet Complete | Not Yet Complete |
| 676, 677 | 765 | **ConocoPhillips (Corocoro) (22-mc-00264)** | $48,147,871.58 | 7/29/2019 | 12/3/2020 | 6/15/2022 | 6/15/2022 | 10/24/2022 | Not Yet Complete | Not Yet Complete |
| 664 | 756 | **Koch Minerals Sarl and Koch Nitrogen International** | $456,539,997.52 | 10/30/2017 | 2/22/2022 | 3/31/2022 | 10/7/2022 | 3/30/2023 | Not Yet Complete | Not Yet Complete |
| 663 | 754 | **Gold Reserve Inc.** | $1,024,940,642.66 | 9/22/2014 | 11/20/2015 | 10/5/2022 | 10/20/2022 | 3/30/2023 | Not Yet Complete | Not Yet Complete |
| 673 | 750 | **Siemens Energy Inc.** | $193,770,896.48 | 12/9/2021 | 12/9/2021 | 8/16/2022 | 10/31/2022 | 12/12/2022 | Not Yet Complete | Not Yet Complete |
| 665 | 761, 780 | **Contrarian Capital Management, L.L.C. (October 2020 Judgment)** | $290,176,597.88 | 10/1/2020 | 10/16/2020 | 1/21/2021 | 4/26/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 665 | 761, 780 | **Contrarian Capital Management, L.L.C. (May 2021 Judgment)** | $60,113,668.40 | 10/1/2020 | 5/24/2021 | 3/18/2022 | 4/26/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 665 | 761, 780 | **Contrarian Capital Management, L.L.C. (October 2021 Judgment)** | $44,310,827.35 | 10/1/2020 | 10/27/2021 | 6/10/2022 | 4/26/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 668 | 753, 782 | **Consorcio Andino, S.L., Valores Mundiales, S.L.** | $625,619,645.44 | 7/25/2017 | 5/22/2023 | 6/7/2023 | 6/29/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 676, 677 | 765 | **ConocoPhilips (ICSID) (19-cv-00464)** | $10,473,194,297.00 | 3/8/2019 | 8/26/2022 | 10/12/2022 | 8/1/2023 | Not Yet Complete | Not Yet Complete | Not Yet Complete |
| 679 | 746, 778 | **Pharo Gaia Fund Ltd., Pharo Macro Fund Ltd., Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., Pharo Trading Fund, Ltd. (20-cv-8497 (S.D.N.Y.))** | $1,396,434,079.98 | 10/25/2021 | 10/25/2021 | 8/2/2023 | 8/2/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 679 | 745, 777 | **Pharo Gaia Fund Ltd., Pharo Macro Fund Ltd., Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., Pharo Trading Fund, Ltd. (19-cv-3123 (S.D.N.Y.))** | $389,089,012.30 | 10/16/2020 | 10/16/2020 | 8/2/2023 | 8/2/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 695 | 747, 775 | **Rudi Lovati and Alessandro Lucibello Piani** | $160,709,105.28 | N/A | 6/9/2023 | 7/13/2023 | 8/2/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 656 | 752, 783 | **Gramercy Distressed Opportunity Fund LLC (18-1371-CRC )** | $256,375,009.12 | 1/29/2016 | 7/17/2020 | 8/17/2023 | 8/17/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 656 | 752, 783 | **Gramercy Distressed Opportunity Fund LLC (18-1373-CJN)** | $280,667,040.00 | 12/12/2016 | 8/24/2021 | 8/17/2023 | 8/17/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 667 | 763, 779 | **Saint-Gobain Performance Plastics Europe** | $49,368,058.36 | 11/3/2017 | 8/2/2023 | 9/1/2023 | 9/5/2023 | 11/1/2023 | Not Yet Complete | Not Yet Complete |
| 660 | 762 | **Mobil Cerro Negro Holding, LLC, Venezuela Holdings, B.V., Mobil Cerro Negro, Ltd.** | $1,650,887,201.29 | 7/10/2023 | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete |
| 662, 726 | 749 | **Refineria Di Korsou N.V.** | $62,339,755.58 | 8/27/2022 | 8/27/2022 | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete |
| 672 | 760 | **Girard Street Investment Holdings LLC** | $258,707,694.02 | 1/14/2021 | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete |
| 675 | 759 | **G&A Strategic Investments** | $1,120,614,132.28 | 10/29/2018 | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not yet Complete |
| 678, 685, 687 | 764 | **Banco San Juan Internacional, Inc. (2020 EWHC 2937 (Comm))** | $102,628,257.96 | 12/3/2020 | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not yet Complete |
| 678, 685, 687 | 764 | **Banco San Juan Internacional, Inc. (2021 EWHC 1949 (Comm))** | $46,433,206.76 | 11/4/2020 | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not Yet Complete | Not yet Complete |
| | | **Total / Total Completed** | **$24,049,950,784.64** | **$24,049,950,784.64** | **$20,870,680,292.33** | **$20,808,340,536.75** | **$20,808,340,536.75** | **$10,054,479,199.75** | **$990,144,701.47** | **$990,144,701.47** |

[1] Asserted Judgment Amounts are based solely on dollar values provided in the applicable Attached Judgment Statement and any accompanying documentation, and does not necessarily include all amounts owed, including accrued or accruing interest.

[2] Judgments on this Steps Chart are listed according to the priority set by the Court in the October 11 Order, which is based on the date a judgment holder moved for a writ of attachment that was eventually issued (i.e., Step 4).