

1313 North Market Street, Suite 1001 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz     Direct Dial 302.576.1604
     gmoritz@ramllp.com

December 19, 2023

**VIA E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

   Re:   *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela,*
         CA No. 1:17-mc-00151-LPS

Dear Judge Stark:

   We write on behalf of ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V., Plaintiffs in Case No. 22-mc-00464-LPS (collectively, "ConocoPhillips") pursuant to the Court's oral order of October 11, 2023 (D.I. 738) to inform the Court that ConocoPhillips has completed Step 5 of the steps required for participation in a sale in this case.[1]

   ConocoPhillips completed Step 5 on December 14, 2023 when the Court granted its request for a conditional writ of attachment in Case No. 22-mc-00464-LPS.  *See* Case No.22-mc-00464-LPS, D.I. 39 ("December 14 Order").  We attach an excerpt of the Case. No. 22-mc-00464-LPS docket showing the December 14 Order as Exhibit A hereto and the transcript containing the Court's bench ruling referred to therein as Exhibit B hereto as supporting documentation for the completion of Step 5.

   As always, we appreciate the Court's consideration of this matter.

---

[1] The Court ordered that any party seeking to become an Additional Judgment Creditor inform the Court of any additional Step completed no later than three business days following the completion of such additional step.  D.I. 738 at 6.  On October 16, 2023, ConocoPhillips informed this Court that it had completed Steps 1 through 4 of the steps required for participation in a sale, in relation to Case No. 22-mc-00464-LPS.  *See* D.I. 765 at 2.

The Honorable Leonard P. Stark
December 19, 2023
Page 2

                                                    Respectfully submitted,

                                                    */s/ Garrett B. Moritz*

                                                    Garrett B. Moritz (Bar No. 5646)

Cc:     All Counsel of Record

4873-8383-5032, v. 2