ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

December 20, 2023

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

RE:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* D. Del. C.A. No. 1:17-mc-00151-LPS; Special Master's Receipt of PDVH Share Certificate

Dear Judge Stark:

    I write to inform the Court that on December 18, 2023, PDVH hand delivered to me, through my counsel, the stock certificate numbered Certificate No. 3, representing 1,000 shares of common stock of PDVH owned by PDVSA.[1] As ordered by the Court, I will hold and keep safe the share certificate until further order of the Court. *See* Mem. Order [D.I. 644] (July 17, 2023) ("***PDVSA SHALL PROVIDE AND DEPOSIT WITH THE SPECIAL MASTER THE SHARE CERTIFICATE*** demonstrating PDVSA's ownership of 100% of the shares of PDVH, which the Special Master shall hold and keep safe until further order of the Court." (emphasis in original)).

    Sincerely,

    */s/ Robert B. Pincus*

    Robert B. Pincus, in my capacity as
    Special Master for the United States District Court
    for the District of Delaware

cc:   Clerk of Court (via Hand Delivery)
      Counsel of Record (via CM/ECF and E-Mail)

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "**Sale Procedures Order**") or the *Memorandum Order* entered on July 27, 2023 [D.I. 646] (the "**July 27 Order**"), as applicable.