# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 1:17-mc-00151-LPS |
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN, <br><br> Plaintiffs, <br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 1:23-mc-00608-LPS |

## STIPULATION AND ORDER FOR EXTENSION TO FILE OPPOSITION

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, subject to the approval of the Court, that the time for Defendants Bolivarian Republic of Venezuela, PDV Holding, Inc. and CITGO Petroleum Corporation to respond to Altana's Motion for Extension of Deadlines for Submission of attached Judgment Statement and Status Summary and Altana's Motion for an Order Authorizing a Writ of Attachment *Fieri Facias* is extended from January 4, 2024 to January 5, 2024.

| | |
|---|---|
| */s/ Sarah T. Andrade* | */s/ Christopher Fitzpatrick Cannataro* |
| Stephen B. Brauerman (#4952) | A. Thompson Bayliss (#4379) |
| Sarah T. Andrade (#6157) | Christopher Fitzpatrick Cannataro (#6621) |
| BAYARD, P.A. | ABRAMS & BAYLISS LLP |
| 600 N. King Street, Suite 400 | 20 Montchanin Rd., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19807 |
| (302) 655-5000 | (302) 778-1000 |
| sbrauerman@bayardlaw.com | bayliss@abramsbayliss.com |
| sandrade@bayardlaw.com | cannataro@abramsbayliss.com |

*Attorneys for Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman*

*Attorneys for Bolivarian Republic of Venezuela*

*/s/ Alexandra M. Cumings*
Kenneth J. Nachbar (#2067)
Susan W. Waesco (#4476)
Alexandra M. Cumings (#6146)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
KNachbar@morrisnichols.com
SWaesco@morrisnichols.com
ACumings@morrisnichols.com

*Attorneys for PDV Holding, Inc., and CITGO Petroleum Corporation in the* Crystallex *Action*

Dated:  January 4, 2024

        SO ORDERED this _____ day of _____, 2024.

                                      _____
                                      Judge Leonard P. Stark