IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　Defendant. | Case No. 17-mc-151-LPS |

## STATUS REPORT REGARDING THE COURT'S
## JANUARY 8, 2024 MEMORANDUM ORDER

Counsel for Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls") and Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI," and, together with KOMSA, the "Koch Parties") hereby submits this status report to inform the Court that, on January 10, 2024, counsel for the relevant creditors, the Special Master, and the Sale Process Parties met and conferred pursuant to the Court's January 8, 2024 Memorandum Order.[1]  All parties were in agreement that no additional order is necessary to clearly and fully implement the relief provided by the Court's Memorandum Order.

　　Counsel are available if the Court has any questions.

---

[1] "The Special Master, the Sale Process Parties, the Six Creditors, the Four More Creditors, and any other creditors hereby designated as Additional Judgment Creditors **SHALL** meet and confer and, by no later than **January 12, 2024**, submit any additional proposed order(s) they believe are necessary to clearly and fully implement the relief provided by this Memorandum Order."  (D.I. 838.)

Dated: January 12, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *Peter J. Keane*
Laura Davis Jones (#2436)
Peter J. Keane (#5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

**ALSTON & BIRD LLP**
Alexander A. Yanos (*pro hac vice*)
Robert Poole (*pro hac vice*)
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: 212-210-9400
alex.yanos@alston.com
robert.poole@alston.com

*Attorneys for: (i) Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc. and now known as Huntington Ingalls Incorporated, and (ii) Koch Minerals Sàrl and Koch Nitrogen International Sàrl*