ABRAMS & BAYLISS LLP
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
MAIN: 302-778-1000
FAX: 302-778-1001

CHRISTOPHER FITZPATRICK CANNATARO

DIRECT DIAL NUMBER
(302) 778-9367
CANNATARO@ABRAMSBAYLISS.COM

January 17, 2024

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    January 22 Oral Argument Teleconference in Misc. Nos. 17-151, 23-608, & 23-609

Dear Judge Stark:

    I represent the Bolivarian Republic of Venezuela (the "Republic") in the above-referenced actions. Under the Court's January 5, 2024 Oral Order (Misc. No. 17-151, D.I. 834; Misc. No. 23-608, D.I. 14; Misc. No. 23-609, D.I. 10), please see the below dial-in for the telephonic oral argument scheduled for January 22, 2024 at 2:30 p.m. (ET):

    Dial-In Number: 312.626.6799
    Meeting ID:  852 0513 8204
    Passcode: 779242

    Members of the public interested in listening to the argument should mute themselves immediately upon entry into the telephonic argument.

    As always, I am available should the Court have any questions.

                                          Respectfully,

                                          */s/ Christopher Fitzpatrick Cannataro*

                                          Christopher Fitzpatrick Cannataro (#6621)

CFC/
Cc:  All Counsel of Record (via CM/ECF)