ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

January 19, 2024

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, D. Del. C.A. No. 1:17-mc-00151-LPS; Status Conference

Dear Judge Stark:

Pursuant to the authority granted to me in my capacity as the Special Master by the Sale Procedures Order,[1] I hereby respectfully request the Court schedule a status conference for the purpose of updating the Court and other parties-in-interest regarding the progress of the Marketing Process and other matters related to the priority arrangement procedures approved by the Court pursuant to its Memorandum Order dated October 11, 2023.

After conferring with the Court and the Sale Process Parties regarding each party's availability, I propose the status conference be scheduled on February 14, 2024, or on such other date as the Court may so direct.

Sincerely,

*/s/ Robert B. Pincus*

Robert B. Pincus, in my capacity as Special Master for the United States District Court for the District of Delaware

cc: Clerk of Court (via hand delivery)
Counsel of Record (via CM/ECF and E-Mail)

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "**Sale Procedures Order**").