**ABRAMS & BAYLISS LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Main: 302-778-1000
Fax: 302-778-1001

Christopher Fitzpatrick Cannataro

Direct Dial Number
(302) 778-9367
Cannataro@AbramsBayliss.com

January 22, 2024

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: January 24 Teleconference in Misc. Nos. 17-151, 23-608, & 23-609

Dear Judge Stark:

  I represent the Bolivarian Republic of Venezuela in the above-referenced actions. Pursuant to the Court's guidance during today's oral argument in the above-referenced actions, please see the below dial-in for the teleconference scheduled for Wednesday, January 24, 2024 at 10:00 a.m. (ET):

  Dial-In Number: 312.626.6799
  Meeting ID:  852 7954 7177
  Passcode: 901564

  Members of the public interested in listening to the argument should mute themselves immediately upon entry into the telephonic argument.

  As always, I am available should the Court have any questions.

         Respectfully,

         */s/ Christopher Fitzpatrick Cannataro*

         Christopher Fitzpatrick Cannataro (#6621)

CFC/
Cc:  All Counsel of Record (via CM/ECF)