# LANDIS RATH & COBB LLP

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Jennifer L. Cree                                                    Telephone: 302.467.4400
Direct Dial:  302.467.4437                                          Facsimile: 302.467.4450
Email:  cree@lrclaw.com

January 29, 2024

VIA CM/ECF
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C.  20439

> Re:   *Crystallex Int'l Corporation v. Bolivarian Republic of Venezuela*, 17-mc-151,
>        Proposed Briefing Schedule for Motion Regarding Priority

Dear Judge Stark:

We represent the Contrarian Parties.  We write to propose a briefing schedule for the Motion for Miscellaneous Relief in Connection with the Sale Procedures Order filed by Gramercy Distressed Opportunity Fund, LLC, Rudi Lovati, and Alessandro Lucibello Piani (the "Movants") filed on January 26, 2024 (the "Motion").  Dkt. 893.

The Motion is an untimely and transparent attempt to relitigate the issue of priority to secure more favorable status for the Movants.  Moreover, given the advanced stage of the sale process, the Motion also risks disrupting the timely issuance of creditors' writs of attachment.[1]

The Motion should be summarily denied.  However, if the Court would like briefing on the Motion, the Contrarian Parties propose the Court order the following expedited briefing schedule to avoid disruption of the sale process, including delaying service of the writs:

- Opposition briefs due Wednesday, February 7;
- Reply brief due Monday, February 12; and
- Oral argument, if any, on February 14 following the 10:00 a.m. status conference.

---

[1] Because the Motion does not affect the 2017–2022 Judgment Creditors, the Contrarian Parties expect that service of those parties' writs may proceed on schedule.

*The Honorable Leonard P. Stark*
*January 29, 2024*
*Page 2*

The Contrarian Parties informed the Movants and the Special Master of their intent to request this briefing schedule.  The Movants and the Special Master consent to the proposed briefing schedule.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jennifer L. Cree*

Jennifer L. Cree

JLC/lmr

cc: All Counsel of Record via CM/ECF