# Stevens & Lee

919 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-5180
www.stevenslee.com

T: (302) 425-2608
F: (610) 988-0838
melissa.donimirski@stevenslee.com

February 1, 2024

**VIA CM/ECF**

The Honorable Leonard P. Stark
United Stated Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

   Re: *Status Report re: Cimontubo Meet and Confer*
     Case Nos. 17-mc-00151 & 24-mc-00018

Dear Judge Stark:

  We represent Cimontubo – Tubagens e Soldadura, LDA ("Cimontubo") in the above-captioned actions. On January 31, 3024, Cimontubo, counsel for Petróleos de Venezuela, S.A. ("PDVSA"), PDVSA Petróleo, S.A., and counsel for the Special Master (together, the "Participants") met and conferred as directed by the Court pursuant to the Oral Order dated January 25, 2024, D.I. 890.

  Counsel for the Participants agreed on the following schedule for briefing related to Cimontubo's renewed motion for a writ of attachment and extension of the relevant deadlines (Cimontubo's "Renewed Motion"):

- Cimontubo's Renewed Motion and any brief in support thereof shall be filed on or before February 5, 2024; and

- Any opposition to the Renewed Motion shall be filed on or before February 9, 2024, at 12:00 p.m. EST; and

- Any reply in support of the Renewed Motion shall be filed on or before February 12, 2024.

Allentown • Bergen County • Bala Cynwyd • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

# Stevens & Lee

Judge Stark
February 1, 2024
Page 2

      Accordingly, a proposed Order governing Briefing on Cimontubo's Renewed Motion is filed herewith for the Court's consideration.

      Counsel are available should the Court have any questions.

      Respectfully,

      */s/ Melissa N. Donimirski*

      Melissa N. Donimirski (# 4701)

cc: All Counsel of Record (via CM/ECF)