

Andrew S. Dupre
Partner
T. 302-984-6328
F. 302-984-6399
adupre@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 8, 2024

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:  *Crystallex International Corp. v Bolivarian Republic of Venezuela*,
            Misc. No. 17-151-LPS

Dear Judge Stark:

    Plaintiffs and Additional Judgment Creditors Tidewater Investment SRL and Tidewater Caribe, S.A. ("Tidewater") and Valores Mundiales, S.L. and Consorcio Andino, S.L. ("Valores") submit this statement in response to the Special Master's motion of February 5, 2024 requesting amendment of certain priority arrangement procedures (D.I. 928). Tidewater and Valores respectfully ask the Court to adopt the Special Master's alternative proposed approach according to which all Additional Judgment Creditors deliver the Required Materials to the U.S. Marshal on the same day, in the final Priority Order.[1] D.I. 928, ¶ 12.

Respectfully submitted,

/s/ *Andrew S. Dupre*

Andrew S. Dupre (#4621

cc: Counsel of Record (via CM/ECF & Electronic Mail)

---

[1] Undefined terms have the meaning given to them in the Special Master's Motion (D.I. 928).

ME1 47598611v.1