
# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 17-mc-151-LPS |
| GRAMERCY DISTRESSED OPPORTUNITY FUND LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 23-mc-378-LPS <br> C.A. No. 23-mc-379-LPS |
| RUDI LOVATI AND ALESSANDRO LUCIBELLO PIANI, <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 23-mc-340-LPS |
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN, <br><br> Plaintiffs, <br><br> v. | C.A. No. 23-mc-608-LPS |

| BOLIVARIAN REPUBLIC OF VENEZUELA, |
| Defendant. |

**RESPONSE TO THE MOTION FOR MISCELLANEOUS RELIEF IN CONNECTION WITH THE SALE PROCEDURES ORDER**

Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman (together, "Altana") submit the following Response to the Motion for Miscellaneous Relief in Connection with the Sale Procedures Order (the "Motion"), filed by Gramercy Distressed Opportunity Fund, LLC and Rudi Lovati and Alessandro Lucibello Piani (the, "Movants"), filed on January 26, 2024, in three separate actions, including the *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, C.A. No. 17-mc-151-LPS matter (the "*Crystallex* Matter"). (*Crystallex* Matter, D.I. 893.)

While Altana does not take a position on the Motion, footnote 5 requests a response from Altana, stating:

> Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP Altana Funds Ltd. Cayman ("Altana"), who was granted a writ of attachment on January 24, 2024, only moved for a writ of attachment on December 21, 2023 and is not in a position similar to the 2023 Additional Judgment Creditors, who filed their motions in the span of nine weeks in the summer of 2023. However, Movants would not oppose a request by Altana to be considered a 2023 Additional Judgment Creditor so that the relief requested herein would also apply to it.

(Motion at 8 n.5.) To the extent the Court grants the Motion, Altana accepts the Motion's invitation in Footnote 5, and requests that Altana be treated as an Additional Judgment Creditor consistent with the Court's finding that Altana's filing of its motion for writ of attachment on December 21, 2023, was "meaningfully in advance" of the Step 5 deadline of January 12th.

2

Dated: February 8, 2024

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sarah T. Andrade (#6157)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sandrade@bayardlaw.com

*Counsel for Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman*