**ABRAMS & BAYLISS LLP**
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
MAIN: 302-778-1000
FAX: 302-778-1001

G. MASON THOMSON

DIRECT DIAL NUMBER
(302) 778-3410
THOMSON@ABRAMSBAYLISS.COM

February 9, 2024

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Court
717 Madison Place, NW
Washington, D.C. 20439

      Re:    February 14, 2024, Status Conference in *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, Case No. 17-151-LPS

Dear Judge Stark:

      I write on behalf of Bolivarian Republic of Venezuela (the "Republic") in the above-referenced action. The Republic requests permission to establish a public dial-in line for the in-person status conference scheduled for February 14, 2024, at 10:00 a.m. (EDT) in Wilmington, Delaware. The Republic's request will facilitate members of the public listening to the status conference but not participating. The Republic informed the parties in the above-referenced action and has received no objection. If the Court is amenable to this request, the Republic will promptly file a letter on the docket with the public dial-in number.

      As always, I am available should the Court have any questions.

      Respectfully,

      */s/ G. Mason Thomson*

      G. Mason Thomson (#7006)

GMT/ab
cc:    All Counsel of Record (via CM/ECF)