IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.<br><br>Plaintiff,<br><br>vs.<br><br>BOLIVARIAN REPUBLIC OF<br><br>VENEZUELA, a foreign state,<br><br>Defendant. | Misc. No. 17-151-LPS |
| RICARDO DEVENGOECHEA,<br><br>Plaintiff,<br><br>vs.<br><br>BOLIVARIAN REPUBLIC OF<br><br>VENEZUELA, a foreign state,<br><br>Defendant. | Misc. No. 23-609-LPS |

**[PROPOSED] ORDER REGARDING PLAINTIFF-JUDGMENT-CREDITOR RICARDO DEVENGOECHEA'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff and Judgment Creditor Ricardo Devengoechea's Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this __12th__ day of __February__, 2024 that:

1. The Motion is GRANTED

2. For purposes of the February 14, 2024 status conference and motion hearing in the above-captioned case, the following person is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use his personal electronic devices:

        Dennis A. Grossman, Attorney for Plaintiff Ricardo Devengoechea

3. Such person listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____

The Honorable Leonard P. Stark