Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

---

**NOTICE OF PROPOSED AGENDA FOR STATUS
CONFERENCE SCHEDULED ON FEBRUARY 14, 2024 AT 10:00 A.M.
(PREVAILING EASTERN TIME), BEFORE THE HONORABLE LEONARD P. STARK
AT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

> **PLEASE TAKE NOTICE, THE STATUS CONFERENCE SCHEDULED FOR FEBRUARY 14, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME) IN THE ABOVE-CAPTIONED CASE WILL BE CONDUCTED IN COURTROOM 4A OF THE J. CALEB BOGGS FEDERAL BUILDING IN WILMINGTON, DELAWARE.**

I. **STATUS CONFERENCE MATTERS:**

1. Special Master's Marketing Process Update

2. Special Master's Update on Process for Final Determination of Attached Judgment Amounts

3. Special Master's Motion Requesting Amendment of Certain Priority Arrangement Procedures [Docket No. 928 – filed February 5, 2024]

   Objection/Response Deadline:  February 8, 2024 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Tidewater and Valores' Statement in Response to the Special Master's Motion [Docket No. 943 – filed February 8, 2024]

   B. Six Creditors' Response to the Special Master's Motion Requesting Amendment of Certain Priority Arrangement Procedures [Docket No. 945 – filed February 8, 2024]

<u>Reply</u>:

A. Special Master's Reply in Support of His Motion Requesting Amendment of Certain Priority Arrangement Procedures [Docket No. 959 – filed February 12, 2024]

<u>Related Documents</u>:

i. Memorandum Order [Docket No. 646 – filed July 27, 2023]

ii. Memorandum Order [Docket No. 738 – filed October 11, 2023]

<u>Status</u>: This motion is being heard on an uncontested basis.

Dated: February 12, 2024

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Ray C. Schrock (Admitted *pro hac vice*)
Alexander W. Welch (Admitted *pro hac vice*)
Luna Barrington (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
Sarah M. Sternlieb (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray.Schrock@weil.com
Alexander.Welch@weil.com
Luna.Barrington@weil.com
Chase.Bentley@weil.com
Sarah.Sternlieb@weil.com

*/s/ Myron T. Steele*
Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Abraham Schneider (#6696)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
aschneider@potteranderson.com

*Counsel for Special Master Robert B. Pincus*