**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Senior Counsel
msteele@potteranderson.com
Direct  302.984.6030

February 20, 2024

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
               D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      Pursuant to the Court's February 13, 2024 Oral Order [D.I. 962], the Special Master[1] conferred with the Sale Process Parties and other interested parties regarding the scheduling of matters before the Court on February 27, 2024. The motions of Ricardo Devengoechea [D.I. 922] and Gramercy Distressed Opportunity Fund, LLC and Rudi Lovati and Alessandro Lucibello Piani [D.I. 893] having been resolved by the Court pursuant to the orders at [D.I. 963 & 964], I respectfully request on behalf of the Special Master the Status Conference be scheduled for 10:00 a.m. (ET) on February 27, 2024.

      Respectfully,

      */s/ Myron T. Steele*

      Myron T. Steele (#00002)

      *Counsel for Special Master*
      *Robert B. Pincus*

cc:   All Counsel (via CM/ECF)

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters [D.I. 481] (the "**Sale Procedures Order**").