**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Senior Counsel
msteele@potteranderson.com
Direct  302.984.6030

February 23, 2024

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:  *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
        D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

Pursuant to the Court's February 15, 2024 Oral Order [D.I. 965], on February 23, 2024, the Special Master spoke with the U.S. Marshals Service regarding the two alternative proposals presented in the Special Master's Motion Requesting Amendment of Certain Priority Arrangement Procedures [D.I. 928].

The U.S. Marshals Service expressed that they have no preference as to which of the alternative procedures is implemented, so long as whichever option is chosen occurs in an orderly manner. The U.S. Marshals Service also stated that they would take direction from the Court and will implement the appropriate logistics for whichever option the Court chooses.

The U.S. Marshals Service represented that they will be present and available to discuss further at the Status Conference on February 27, 2024.

Respectfully,

*/s/ Myron T. Steele*

Myron T. Steele

*Counsel for Special Master
Robert B. Pincus*

11349313/21202.00001
cc:      All Counsel (via CM/ECF)