ABRAMS & BAYLISS LLP
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
MAIN: 302-778-1000
FAX: 302-778-1001

G. MASON THOMSON

DIRECT DIAL NUMBER
(302) 778-3410
THOMSON@ABRAMSBAYLISS.COM

February 26, 2024

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Court
717 Madison Place, NW
Washington, D.C. 20439

Re: February 27, 2024, Status Conference in *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, Case No. 17-151-LPS

Dear Judge Stark:

I represent the Bolivarian Republic of Venezuela in the above-referenced action, and I am writing to provide the Court and counsel with the public dial-in information for the status conference scheduled for Tuesday, February 27, 2024 at 10:00 a.m. (ET):

Dial-In Number: 309-205-3325
Meeting ID: 893 5304 9983
Passcode: 289570

All telephone conference participants will be muted upon entry. Members of the public interested in listening to the status conference should remain muted after entry.

As always, I am available should the Court have any questions.

Respectfully,

*/s/ G. Mason Thomson*

G. Mason Thomson (#7006)

GMT/ab
Cc: All Counsel of Record (via CM/ECF)