# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| Defendant. | ) | |
| | | |
| RED TREE INVESTMENTS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Misc. Nos. 22-68-LPS & 22-69-LPS |
| PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A., | ) | |
| Defendants. | ) | |
| | | |
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., et al., | ) | |
| Plaintiffs, | ) | Misc. Nos. 21-18-LPS, 22-131-LPS & 22-263-LPS |
| v. | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| Defendant. | ) | |
| | | |
| OI EUROPEAN GROUP B.V., | ) | |
| Plaintiff, | ) | |
| v. | ) | Misc. No. 19-290-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Misc. No. 21-46-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| RUSORO MINING LIMITED, | ) | |
| Plaintiff, | ) | |
| v. | ) | Misc. No. 21-481-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE S.A., | ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Misc. No. 19-79-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Misc. No. 19-342-LPS |
| PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| NORTHROP GRUMMAN SHIP SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 20-257-LPS |
| THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, | ) ) |
| Defendant. | ) |

| | |
|---|---|
| CONOCOPHILLIPS GULP OF PARIA B.V., | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 22-264-LPS |
| CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A., | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| KOCH MINERALS SÀRL and KOCH NITROGEN INTERNATIONAL SÀRL, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Misc. No. 22-156-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| Defendant. | ) |

| | |
|---|---|
| GOLD RESERVE INC., | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 22-453-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| Defendant. | ) |

```
------------------------------------------------
SIEMENS ENERGY, INC.,                    )
                                         )
             Plaintiff,                  )
                                         )
     v.                                  )   Misc. No. 22-347-LPS
                                         )
PETROLEOS DE VENEZUELA, S.A.             )
                                         )
             Defendant.                  )
------------------------------------------------
VALORES MUNDIALES, S.L. and              )
CONSORCIO ANDINO, S.L.,                  )
                                         )
             Plaintiffs,                 )
                                         )
     v.                                  )   Misc. No. 23-298-LPS
                                         )
BOLIVARIAN REPUBLIC OF VENEZUELA,        )
                                         )
             Defendant.                  )
------------------------------------------------
CONOCOPHILLIPS PETROZUATA B.V.,          )
CONOCOPHILLIPS HAMACA B.V.,              )
CONOCOPHILLIPS GULF OF PARIA B.V.,       )
and CONOCOPHILLIPS COMPANY,              )
                                         )
             Plaintiffs,                 )
                                         )
     v.                                  )   Misc. No. 22-464-LPS
                                         )
BOLIVARIAN REPUBLIC OF VENEZUELA,        )
                                         )
             Defendant.                  )
------------------------------------------------
PHARO GAIA FUND LTD. and PHARO           )
MACRO FUND LTD.,                         )
                                         )
             Plaintiffs,                 )
                                         )
     v.                                  )   Misc. No. 23-360-LPS
                                         )
BOLIVARIAN REPUBLIC OF VENEZUELA,        )
                                         )
             Defendant.                  )
```

```
------------------------------------------------------------
PHARO GAIA FUND LTD., PHARO MACRO  )
FUND LTD., and PHARO TRADING FUND, )
LTD.,                              )
                                   )
              Plaintiffs,          )
                                   )
       v.                          )   Misc. No. 23-361-LPS
                                   )
BOLIVARIAN REPUBLIC OF VENEZUELA,  )
                                   )
              Defendant.           )
------------------------------------------------------------
RUDI LOVATI and ALESSANDRO         )
LUCIBELLO PIANI,                   )
                                   )
              Plaintiffs,          )
                                   )
       v.                          )   Misc. No. 23-340-LPS
                                   )
BOLIVARIAN REPUBLIC OF VENEZUELA,  )
                                   )
              Defendant.           )
------------------------------------------------------------
GRAMERCY DISTRESSED OPPORTUNITY    )
FUND LLC,                          )
                                   )
              Plaintiff,           )
                                   )
       v.                          )   Misc. Nos. 23-378-LPS & 23-379-LPS
                                   )
BOLIVARIAN REPUBLIC OF VENEZUELA,  )
                                   )
              Defendant.           )
------------------------------------------------------------
SAINT-GOBAIN PERFORMANCE           )
PLASTICS EUROPE,                   )
                                   )
              Plaintiff,           )
                                   )
       v.                          )   Misc. No. 23-397-LPS
                                   )
BOLIVARIAN REPUBLIC OF VENEZUELA,  )
                                   )
              Defendant.           )
```

```
----------------------------------------------
ALTANA CREDIT OPPORTUNITIES FUND    )
SPC, ALTANA CREDIT OPPORTUNITIES    )
FUND 1 SP, and ALTANA FUNDS LTD.    )
CAYMAN,                             )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )    Misc. No. 23-608-LPS
                                    )
BOLIVARIAN REPUBLIC OF VENEZUELA,   )
                                    )
            Defendant.              )
----------------------------------------------
```

## PRIORITY ORDER

WHEREAS, on July 27, 2023, the Court issued a *Memorandum Order* (the "July 27 Order") (Misc. No. 17-151 D.I. 646) outlining the steps that judgment holders must complete in order to participate in the Marketing Process;

WHEREAS, in the July 27 Order, the Court held that priority of the Attached Judgments will be determined based on the date an Additional Judgment Creditor moved for a writ of attachment (*i.e.*, the "Step 4 Date") that was eventually granted (*see id.* at 23);

WHEREAS, on October 11, 2023, the Court issued a *Memorandum Order* (*id.* D.I. 738) adopting the Special Master's recommendations for procedures implementing the priority arrangement (the "Priority Arrangement Procedures") as set forth in the *Joint Status Report*, dated August 24, 2023 (*id.* D.I. 693) (the "August 24 Status Report");

WHEREAS, on February 27, 2024, the Court issued an *Order* (*id.* D.I. 990), granting the Special Master's *Motion Requesting Amendment of Certain Priority Arrangement Procedures* (*id.* D.I. 928) (the "Procedures Motion") and adopting the Special Master's proposed amendments to the Priority Arrangement Procedures therein (the "Amended Priority Arrangement Procedures");

1

WHEREAS, the Amended Priority Arrangement Procedures provide that, after receipt of an Updated Steps Chart (as defined in the Procedures Motion) from the Special Master, the Court will issue an order (the "Priority Order") stating the relative priority of judgments held by Crystallex Corporation ("Crystallex") and each Additional Judgment Creditor;

WHEREAS, the Special Master submitted a Steps Chart (*id.* D.I. 994) on February 29, 2024 (the "February Steps Chart") setting out the order of priority for each Attached Judgment based on the date the applicable judgment holder moved for a writ of attachment that was eventually granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that

1. The order of priority of the judgment held by Crystallex and the Additional Judgment Creditors shall accord with the order in which such judgment holders moved for a writ of attachment that was eventually issued, as set forth below:

| Priority | Judgment Holder (Applicable Judgment) | Case Reference | Attached Judgment Statement (Docket No.) | Step 4 Date |
|---|---|---|---|---|
| 1 | Crystallex Corporation | 17-mc-00151 | 680 | 8/14/2017 |
| 2 | Tidewater Caribe S.A., Tidewater Investment SRL. | 19-mc-00079 | 684 | 11/15/2019 |
| 3 | Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. (Petrozuata/Hamaca Judgment) | 19-mc-00342 | 676, 677 | 11/26/2019 |
| 4 | OI European Group B.V. | 19-mc-00290 | 657 | 02/19/2021 |
| 4 | Huntington Ingalls Incorporated | 20-mc-00257 | 661 | 02/19/2021 |
| 5 | ACL1 Investments Ltd., ACL2 Investments Ltd., LDO (Cayman) XVIII Ltd. | 21-mc-00046 | 658 | 11/22/2021 |
| 6 | Red Tree Investments, LLC (19-cv-2519 (S.D.N.Y.)) | 22-mc-00069 | 666 | 2/8/2022 |
| 6 | Red Tree Investments, LLC (19-cv-2523 (S.D.N.Y.)) | 22-mc-00068 | 666 | 2/8/2022 |
| 6 | Red Tree Investments, LLC (Fee Judgment) | 22-mc-00068; 22-mc-00069 | 666 | 2/8/2022 |
| 7 | Rusoro Mining Limited | 21-mc-00481 | 671 | 2/9/2022 |

| Priority | Judgment Holder (Applicable Judgment) | Case Reference | Attached Judgment Statement (Docket No.) | Step 4 Date |
|---|---|---|---|---|
| 8 | ConocoPhillips Gulf of Paria B.V. (Corocoro Judgment) | 22-mc-00264 | 676, 677 | 6/15/2022 |
| 9 | Koch Minerals Sarl and Koch Nitrogen International | 22-mc-00156 | 664 | 10/7/2022 |
| 10 | Gold Reserve Inc. | 22-mc-00453 | 663 | 10/20/2022 |
| 11 | Siemens Energy Inc. | 22-mc-00347 | 673 | 10/31/2022 |
| 12 | Consorcio Andino, S.L., Valores Mundiales, S.L. | 23-mc-00298 | 668 | 6/29/2023 |
| 13 | Contrarian Capital Management, L.L.C. (October 2020 Judgment) | 21-mc-00018 | 665 | 7/21/2023 |
| 13 | Contrarian Capital Management, L.L.C. (May 2021 Judgment) | 22-mc-00131 | 665 | 7/21/2023 |
| 13 | Contrarian Capital Management, L.L.C. (October 2021 Judgment) | 22-mc-00263 | 665 | 7/21/2023 |
| 14 | ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (ICSID Judgment) | 22-mc-00464 | 676, 677 | 8/1/2023 |
| 15 | Pharo Gaia Fund Ltd., Pharo Macro Fund Ltd., Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., Pharo Trading Fund, Ltd. (20-cv-8497 (S.D.N.Y.)) | 23-mc-00361 | 679 | 8/2/2023 |
| 15 | Pharo Gaia Fund Ltd., Pharo Macro Fund Ltd., Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., Pharo Trading Fund, Ltd. (19-cv-3123 (S.D.N.Y.)) | 23-mc-00360 | 679 | 8/2/2023 |
| 15 | Rudi Lovati and Alessandro Lucibello Piani | 23-mc-00340 | 695 | 8/2/2023 |
| 16 | Gramercy Distressed Opportunity Fund LLC (18-1371-CRC (D.D.C.)) | 23-mc-00378 | 656 | 8/17/2023 |
| 16 | Gramercy Distressed Opportunity Fund LLC (18-1373-CJN (D.D.C.)) | 23-mc-00379 | 656 | 8/17/2023 |
| 17 | Saint-Gobain Performance Plastics Europe | 23-mc-00397 | 667 | 9/5/2023 |
| 18 | Altana Credit Opportunities Fund SPC, Altana Credit | 23-mc-00608 | 812 | 12/21/2023 |

| Priority | Judgment Holder (Applicable Judgment) | Case Reference | Attached Judgment Statement (Docket No.) | Step 4 Date |
|---|---|---|---|---|
| | Opportunities Fund 1 SP, and Altana Funds LTD. Cayman | | | |

2. Within two (2) business days of the issuance of this Priority Order, Crystallex and each Additional Judgment Creditor shall submit to the Clerk of the Court (the "Clerk") two (2) copies of the following: (a) praecipe addressed to the Clerk requesting the Clerk to issue a writ for the applicable Attached Judgment to the U.S. Marshal, (b) the proposed form of writ, and (c) this Priority Order (items (a)-(c), collectively, the "Proposed Writ Package"); and

3. Within one (1) business day after submission of the Proposed Writ Package, Crystallex and each Additional Judgment Creditor shall file on the *Crystallex* case docket (Misc. No. 17-151) an affidavit attesting to delivery of the Proposed Writ Package to the Clerk providing (a) a description of the documents delivered, including the number of copies of each, (b) the date, time, and location of delivery, and (c) the name of the individual accepting delivery.

IT IS SO ORDERED this 1st day of March, 2024.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT

4