# Exhibit 6

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　Defendant. | Case No. 21-mc-00481-LPS |

## WRIT OF ATTACHMENT *FIERI FACIAS*

**TO THE U.S. MARSHALS SERVICE, YOU ARE COMMANDED:**

To serve this writ of attachment *fieri facias* on (1) **PDV Holding, Inc., care of its registered agent, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**; and (2) **Robert Pincus, in his capacity as Special Master in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del.), c/o his counsel, Myron T. Steele, Potter Anderson Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801**, to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to **Petróleos de Venezuela, S.A.** ("PDVSA"), alter ego of Defendant and judgment debtor Bolivarian Republic of Venezuela ("Venezuela"), to satisfy the judgment owed to the above named Plaintiff and judgment creditor Rusoro Mining Limited ("Rusoro") by Venezuela in the amount of $967,777,002.00, plus (i) post-award interest accrued between September 16, 2011 and March 2, 2018, calculated at an interest rate per annum equal to USD LIBOR for one year deposits, plus a margin of 4%, with a minimum of 4% per annum, to be compounded annually; (ii) post-judgment interest, pursuant to 28 U.S.C. § 1961, accruing from March 2, 2018 through the date of payment; and (iii) costs as provided by the arbitral tribunal, in the amount of $3,302,500.00, according to the judgment of the United States District Court for the District of Columbia in the case captioned *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, 16-cv-2020, which has been registered by the United States District Court for the District of Delaware in this proceeding.

　　　**To the defendant's garnishee who is served this paper:**

The United States District Court for the District of Delaware requires, within 20 days after service of this process, that you serve upon **R. Craig Martin of DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801, (302) 468-5655**, a verified answer, which shall specify what shares of stock and other assets or rights incident to that stock ownership belonging to or owing to PDVSA, as alter ego of Defendant and judgment debtor Venezuela, you currently possess. **You must do this within 20 days after service of this writ upon you, not counting the day that you receive this writ.** Your failure to respond may result in a default

judgment against you in an amount equal to the value of the property subject to the attachment, or the amount of the judgment, whichever is less, with interest and costs. As the Garnishee, you are to retain the items stated by you in your answer. You are to hold these items until another order of this Court releases you from this obligation.

The amount of the judgment owed by Venezuela, including post-judgment interest, calculated at the rate set forth in 28 U.S.C. § 1961, as of February 20, 2024, is:

| Judgment (inclusive of award, pre-award interest, costs, and fees) | $1,327,783,315.53 |
|---|---|
| Post-Judgment Interest Rate | 2.02% |
| Post-Judgment Interest from March 2, 2018 Through February 20, 2024 | $168,545,672.62 |
| Total | $1,496,328,988.15 |

The amount of the judgment owed by Venezuela, including post-judgment interest, calculated at the rate set forth in 28 U.S.C. § 1961, as of December 31, 2024, is:

| Judgment (inclusive of award, pre-award interest, costs, and fees) | $1,327,783,315.53 |
|---|---|
| Post-Judgment Interest Rate | 2.02% |
| Post-Judgment Interest from March 2, 2018 Through December 31, 2024 | $194,559,646.31 |
| Total | $1,522,342,961.84 |

*Randall Lohan*
Clerk of Court

Issued: MAR 08 2024

per Deputy: *Nicole [signature]*

*By Attorney: R. Craig Martin (#5032) and Angela Whitesell (#5547) of DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801, (302) 468-5655*