# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 19-mc-290 (LPS) |

## WRIT OF ATTACHMENT *FIERI FACIAS*

TO THE U.S. MARSHALS SERVICE, YOU ARE COMMANDED:

To serve this writ of attachment *fieri facias* on (1) **PDV Holding, Inc., care of its registered agent, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**; and (2) **Robert Pincus, in his capacity as Special Master in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del.), c/o his counsel, Myron T. Steele, Potter Anderson Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801**, to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to **Petróleos de Venezuela, S.A.** ("PDVSA"), alter ego of Defendant and judgment debtor Bolivarian Republic of Venezuela ("Venezuela"), to satisfy the judgment owed to the above named Plaintiff and judgment creditor OI European Group B.V. ("OIEG") by Venezuela in the amount of (1) $372,461,982, plus interest on this amount from October 26, 2010 through May 21, 2019, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of interest; (2) $5,750,000, plus interest on this amount from March 10, 2015 through May 21, 2019, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of interest; (3) $3,864,811.05, plus interest on this amount from December 6, 2018 through May 21, 2019, calculated at a LIBOR interest rate for one-year deposits in U.S. dollars, plus a margin of 4%, with annual compounding of interest; and (4) post-judgment interest on items (1)-(3), calculated at the rate set forth in 28 U.S.C. § 1961, from May 21, 2019, until full payment, according to the judgment of the United States District Court for the District of Columbia, C.A. No. 16-1533 (ABJ), which has been registered by the United States District Court for the District of Delaware in this proceeding.

**To the defendant's garnishee who is served this paper:**

The United States District Court for the District of Delaware requires, within 20 days after service of this process, that you serve upon **Jody C. Barillare of Morgan, Lewis & Bockius LLP, 1201 N. Market St., Suite 2201, Wilmington, DE 19801, telephone 302-574-3000**, a verified answer,

DB1/ 143663053.5

which shall specify what shares of stock and other assets or rights incident to that stock ownership belonging to or owing to PDVSA, as alter ego of Defendant and judgment debtor Venezuela, you currently possess. **You must do this within 20 days after service of this writ upon you, not counting the day that you receive this writ.** Your failure to respond may result in a default judgment against you in an amount equal to the value of the property subject to the attachment, or the amount of the judgment, whichever is less, with interest and costs. As the Garnishee, you are to retain the items stated by you in your answer. You are to hold these items until another order of this Court releases you from this obligation.

The amount of the judgment owed by Venezuela, including post judgment interest under 28 U.S.C. § 1961, as of February 20, 2024, is:

| Judgment (inclusive of award, pre-award interest, costs, and fees) | $583,500,067.44 |
|---|---|
| Post-Judgment Interest Rate | 2.320% |
| Post-Judgment Interest from May 21, 2019 Through February 20, 2024 | $67,282,231.83 |
| Total | $650,782,299.27 |

The amount of the judgment owed by Venezuela, including post judgment interest under 28 U.S.C. § 1961, as of December 31, 2024, will amount to:

| Judgment (inclusive of award, pre-award interest, costs, and fees) | $583,500,067.44 |
|---|---|
| Post-Judgment Interest Rate | 2.320% |
| Post-Judgment Interest from May 21, 2019 Through December 31, 2024 | $80,274,688.91 |
| Total | $663,774,756.35 |

_Randall Lohan_
Clerk of Court

_Nicole Jaw_
per Deputy:

Issued: **MAR 08 2024**

*By Attorney: Jody C. Barillare (#5107), Morgan, Lewis & Bockius LLP, 1201 N. Market Street, Suite 2201, Wilmington, DE 19801, 302-574-3000.*

DB1/ 143663053.5