**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., )<br>)<br>Plaintiff,    )<br>)<br>v.                 )<br>)<br>BOLIVARIAN REPUBLIC OF VENEZUELA, )<br>)<br>Defendant.  ) | Misc. No. 17-151-LPS |

**SPECIAL MASTER ROBERT B. PINCUS' MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Special Master Robert B. Pincus ("Special Master") respectfully requests an exemption at the March 27, 2024 service of writs (*see* D.I. 1036) for his counsel, Alexander Welch, Luna Ngan Barrington, Chase A. Bentley, and Rebecca Jaeger ("Counsel") from the Court's Standing Order, effective May 15, 2023, titled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States* ("Standing Order"). Pursuant to paragraph 2 of the Standing Order, all cell phones and personal electronic devices are required to be off and placed in a locked pouch while visitors are in the courthouse. Paragraph 4 of the Standing Order exempts attorneys with a valid bar card.

Counsel are in good standing, with at least one State bar admission in the United States. However, Counsel do not meet the exemptions listed in Paragraph 4 of the Standing Order, as they do not have issued attorney bar identification cards. As such, the Special Master requests an exemption for Counsel from the Standing Order identical to attorneys that possess a valid bar identification card. Counsel will continue to be bound by Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Ray C. Schrock, P.C. (Admitted *pro hac vice*)<br>Alexander W. Welch (Admitted *pro hac vice*)<br>Chase A. Bentley (Admitted *pro hac vice*)<br>Luna Ngan Barrington (Admitted *pro hac vice*)<br>Sarah M. Sternlieb (Admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Ray.Schrock@weil.com<br>Alexander.Welch@weil.com<br>Chase.Bentley@weil.com<br>Luna.Barrington@weil.com<br>Sarah.Sternlieb@weil.com | POTTER ANDERSON & CORROON LLP<br><br>*/s/ Myron T. Steele*<br>Myron T. Steele (#00002)<br>Matthew F. Davis (#4696)<br>Bindu A. Palapura (#5370)<br>Abraham Schneider (#6696)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>msteele@potteranderson.com<br>mdavis@potteranderson.com<br>bpalapura@potteranderson.com<br>aschneider@potteranderson.com<br><br>*Counsel for Special Master Robert B. Pincus* |

Dated:  March 26, 2024
11402422 / 21202.00001

IT IS SO ORDERED this __26th__ day of __March__, 2024.

_____
The Honorable Leonard P. Stark