IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>               Defendant. | C.A. No. 17-mc-151-LPS |

### AFFIDAVIT OF DELIVERY TO U.S. MARSHAL

STATE OF DELAWARE    )
                                   ) ss.
NEW CASTLE COUNTY  )

I, Jeffrey L. Moyer, being duly sworn, deposes and says:

1. I am a Director with the law firm of Richards, Layton & Finger, P.A. and a member in good standing of the Delaware Bar and the United States District Court for the District of Delaware.

2. I represent Plaintiff Crystallex International Corporation ("Crystallex") in the above-captioned action. I am authorized to make this affidavit on behalf of Crystallex.

3. On August 23, 2018, the Clerk of this Court issued, and Crystallex delivered to the U.S. Marshals Service a writ of attachment *fieri facias*, which was served on PDV Holding, Inc. on August 24, 2018.

4. As directed by the Court, Crystallex subsequently requested the issuance of a further writ of attachment, which the Clerk of Court signed and issued on March 8, 2024.

5. On March 7, 2024, this Court issued the Writ Order stating the procedure by which Crystallex and all Additional Judgement Creditors would deliver their respective writs of attachment and associated Service Packages to the U.S. Marshal. D.I. 1036. The Writ Order further ordered Crystallex and each Additional Judgment Creditor to submit an affidavit attesting to delivery of the Service Packages and payment to the U.S. Marshal. D.I. 1036 at ¶ 4.

6. On March 27, 2024, at approximately 10:49 a.m., I delivered the following to J. Dungee of the U.S. Marshals Service for the District of Delaware in Courtroom 4A in the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware, 19801-3570, in accordance with the order set forth in the Priority Order: a certified check for $130 addressed to the U.S. Marshal for the District of Delaware and two (2) complete Service Packages, each containing two (2) certified copies of the Writ of Attachment *Fieri Facias*; one (1) copy of the Priority Order (D.I. 996); one (1) copy of the Writ Order (D.I. 1036); one (1) copy of the applicable judgment; and three (3) copies of Form USM-285. A time-stamped copy of the Form USM-285 for service on the Special Master is attached as Exhibit 1. A time-stamped copy of the Form USM-285 for service on PDV Holding, Inc. is attached as Exhibit 2.

7. The foregoing statements are true and correct, and they are based upon my own personal knowledge.

Jeffrey L. Moyer (#3309)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
moyer@rlf.com

*Attorney for Plaintiff Crystallex International Corporation*

SWORN TO AND SUBSCRIBED before me this 28th day of March, 2024.

_____
Notary Public

My Commission Expires: 3/23/25

[Notary Seal: PATRICIANNE STEWART, MY COMMISSION EXPIRES MARCH 23, 2025, NOTARY PUBLIC, STATE OF DELAWARE]