IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>        Defendant. | Case No. 17-mc-151-LPS |
| NORTHROP GRUMMAN SHIP SYSTEMS, INC.,<br><br>        Plaintiff.,<br><br>v.<br><br>THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA,<br><br>        Defendant. | Case No. 20-mc-257-LPS |

### AFFIDAVIT OF DELIVERY TO U.S. MARSHAL

STATE OF DELAWARE        :
                                        : SS:
COUNTY OF NEW CASTLE    :

        I, Peter J. Keane, being duly sworn according to law, hereby depose and state the following:

        1.     I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP and am a member in good standing of the bar of the State of Delaware and the United States District Court for the District of Delaware.

2. I represent Plaintiff, judgment creditor, and writ holder Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls") in the above-captioned action.

3. I am authorized to make this affidavit on behalf of Huntington Ingalls and I have personal knowledge of all matters set forth herein.

4. I file this Affidavit pursuant to (i) that certain August 24, 2023 Joint Status Report filed by the Special Master [D.I. 693], as adopted by the Court's October 11, 2023 Memorandum Order [D.I. 738] and (ii) that certain Priority Order dated March 1, 2024 [D.I. 996] (the "Priority Order"), and (iii) that certain Writ Order dated March 7, 2024 [D.I. 1036] (the "Writ Order").

5. On March 27, 2024, at 11:17 A.M., I caused to be delivered to the United States Marshal for the District of Delaware at the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, DE 19801-3519, Courtroom 4A, two complete "Service Packages" consisting of the following: (i) two certified copies of the completed *Writ Of Attachment Fieri Facias* for Huntington Ingalls; (ii) a copy of the Priority Order; (iii) a copy of the Writ Order; (iv) a copy of the judgment registered in this District in favor of Huntington Ingalls and against the Ministry of Defense of the Republic of Venezuela (i.e., the Bolivarian Republic of Venezuela); and (v) three copies of the completed Form USM-285. I also delivered to the United States Marshal a bank check for $130 payable to the U.S. Marshal for the District of Delaware pursuant to 28 CFR § 0.114.

6. One Service Package was directed for service upon PDV Holding, Inc., c/o its Registered Agent, Corporation Trust Company. The other Service Package was directed for service upon Robert Pincus, in his capacity as Special Master, c/o his counsel, Myron T. Steele, Potter Anderson Corroon.

7.      J. Dungee accepted delivery of the aforementioned documents on behalf of the U.S. Marshals Service.

8.      The foregoing statements are true and correct, and they are based upon my own personal knowledge.

Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
pkeane@pszjlaw.com

Sworn to and subscribed before me this ___ day of March, 2024.

_____
Notary Public

INEZ ROBIN LEVY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 10-31-2025

4885-0058-2834.1 61134.001