Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com




Myron T. Steele
msteele@potteranderson.com
Direct 302.984.6030

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, D. Del. C.A. No. 1:17-mc-00151-LPS; Special Master's Status Report Confirming Receipt of Service of Writs of Attachment *Fieri Facias* (the "Status Report")

Dear Judge Stark:

Pursuant to the Court's February 27, 2024, *Order Granting Amendment of Certain Priority Arrangement Procedures* [Docket No. 990] (the "Priority Procedures Order"):

> [a]fter the Special Master receives the writs from the U.S. Marshal, the Special Master will file a Status Report confirming that the writs have been received in the order deemed by the Court.

Priority Procedures Order at 3.[1]

In accordance with the Priority Procedures Order, the Special Master submits this Status Report confirming that on April 5, 2024, the U.S. Marshals Service served all received writs of attachment *fieri facias* of the Additional Judgment Creditors on the Special Master in accordance with the order of Final Priority stated in the *Final Priority Order* [D.I. 1102].

Respectfully,

*/s/ Myron T. Steele*

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "Sale Procedures Order") and the Priority Procedures Order.

Myron T. Steele (#00002)

*Counsel for Special Master*
*Robert B. Pincus*

cc: All Counsel (via CM/ECF)