**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Crystallex International Corporation | 17-mc-00151-LPS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Bolivarian Republic of Venezuela | Writ of Attachment Fieri Facias |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert Pincus, Special Master and Custodian, c/o Potter Anderson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Hercules Plaza, 1313 Market Street, 6th Floor, Wilmington, Delaware 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffrey L. Moyer
Richards, Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19801

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED
APR 08 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 302-651-7525
DATE: 03/27/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 2
District of Origin No.: 015
District to Serve No.: 015
Signature of Authorized USMS Deputy or Clerk: J. Dungee
Date: 3/27/24

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Robert Pincus, Special Master
Date: 4/5/2024
Time: 9:57 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy

$165.00 Costs shown on attached USMS Cost Sheet >>

RECEIVED 2024 MAR 27 10:49 AM U.S. MARSHALS SERVICE WILMINGTON, DELAWARE

REMARKS: 03/27/2024 - Check #400948815 for $130 rec'd by USMS, mcm

Form USM-285
Rev. 03/21



**U.S. Department of Justice**
United States Marshals Service

**Process 015-1:2017-MC-00151-1 | Cost Worksheet**
Printed on: 04/05/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| MC | D/DE - WILMINGTON | D/DE - WILMINGTON | Crystallex International Corporation v. Bolivarian Republic Of Venezuela |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | WritAttachment | Special Master Robert Pincus |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 03/27/2024 14:22 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 04/05/2024 14:17 EDT | Fees Collected | | $130.00 | $0.00 |
| 04/05/2024 14:30 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$130.00** | **$65.00** |

| Remaining Balance | $0.00 |
|---|---|
| **Amount Owed** | **$0.00** |
| Remaining Process to Serve: | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY