**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Crystallex International Corporation | 17-mc-00151-LPS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Bolivarian Republic of Venezuela | Writ of Attachment Fieri Facias |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PDV Holding, Inc. c/o Corporation Trust Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Jeffrey L. Moyer
Richards, Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19801

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED APR 08 2024 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302-651-7525
DATE: 03/27/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 015 | District to Serve No. 015 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 015 | 015 | Dunge | 3/27/24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Nadia Bellamy, Intake Specialist

Date: 4/5/2024   Time: 10:31 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

$65.00 Costs shown on attached USMS Cost Sheet >>

REMARKS:
03/27/2024 - Check # 400948815 for $130.00 rec'd by USMS, mem

2024 MAR 27 10:49 AM RECEIVED U.S. MARSHALS SERVICE WILMINGTON, DELAWARE

Form USM-285
Rev. 03/21

CONTROLLED//CHRI



**U.S. Department of Justice**
United States Marshals Service

Process 015-1:2017-MC-00151-2 | **Cost Worksheet**
Printed on: 04/05/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| MC | D/DE - WILMINGTON | D/DE - WILMINGTON | Crystallex International Corporation v. Bolivarian Republic Of Venezuela |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | WritAttachment | PVD Holding |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 03/27/2024 14:27 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 04/05/2024 14:17 EDT | Fees Collected | | $130.00 | $0.00 |
| 04/05/2024 14:32 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$130.00** | **$65.00** |

| Remaining Balance | $0.00 |
|---|---|
| **Amount Owed** | **$0.00** |

**Remaining Process to Serve:**

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY