# EXHIBIT A

**CONFIDENTIAL**

| Additional Judgment Creditor | Judgment Principal Inclusive of Pre-Judgment Interest | Post-Judgment Interest Rate | Source of Interest Rate | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 2/20/2024 | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 12/31/2024 |
|---|---|---|---|---|---|
| ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. | $118,183,218.38 | 0.110% | 28 U.S.C. § 1961 | $118,600,453.06 | $118,713,002.81 |
| Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman | $533,755,544.64 | 5.360% | 28 U.S.C. § 1961 | $550,764,359.68 | $576,114,340.28 |
| ConocoPhillips Phillips Petroleum Company Venezuela Ltd., ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (together, "ConocoPhillips") (ICSID) | $10,145,288,386.17 | 3.28% | 28 U.S.C. § 1961 | $10,650,507,095 | $10,951,111,592 |
| ConocoPhillips (Corocoro) | $48,008,707 | 0.108% | 28 U.S.C. § 1961 | $48,174,789.22 | $48,219,448.99 |
| ConocoPhillips (Petrozuata/Hamaca) | $1,949,027,867 | 2.44% | 28 U.S.C. § 1961 | Nominal Payment Received: $777,123,145 | Nominal Payment Received: $777,123,145 |

| Additional Judgment Creditor | Judgment Principal Inclusive of Pre-Judgment Interest | Post-Judgment Interest Rate | Source of Interest Rate | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 2/20/2024 | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 12/31/2024 |
|---|---|---|---|---|---|
| | | | | Payment Received: $88,793,671  Total: $1,348,389,518.26 | Payment Received: $118,141,747  Total: $1,376,716,653.64 |
| Contrarian Capital Management, LLC, Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, L.P., Contrarian Capital Senior Secured, L.P., Contrarian EM II, L.P., Contrarian Emerging Markets, L.P., Boston Patriot Summer St LLC, Polonius Holdings, LLC, Emma I Master Fund, L.P., Contrarian Funds, LLC, and E1 SP, a Segregated Account of EMAP SPC (together, "Contrarian") (October 2020) | $289,112,667.91 | 0.130% | 28 U.S.C. § 1961 | $290,372,958.41 | $290,698,473.19 |
| Contrarian (May 2021) | $60,046,856.10 | 0.050% | 28 U.S.C. § 1961 | $60,129,396.30 | $60,155,292.26 |
| Contrarian (October 2021) | $44,223,360.04 | 0.110% | 28 U.S.C. § 1961 | $44,336,332.44 | $44,378,392.71 |

| Additional Judgment Creditor | Judgment Principal Inclusive of Pre-Judgment Interest | Post-Judgment Interest Rate | Source of Interest Rate | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 2/20/2024 | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 12/31/2024 |
|---|---|---|---|---|---|
| Gold Reserve, Inc. | $740,331,576 Amount Recovered: $13,811,558 ($5 million applied to judgment principal and $8,811,558 applied to interest) | LIBOR plus 2% compounded annually. | Court Order | $1,068,262,433.37 | $1,138,508,078.61 |
| Tenaris S.A., Talta-Trading e Marketing Sociedade Unipessoal Lda., and Gramercy Distressed Opportunity Fund LLC (together, "Gramercy") (18-1371) | $256,375,009.12 | 0.152% | 28 U.S.C. § 1961 | $257,779,666.35 | $258,117,292.94 |
| Gramercy (18-1373) | $280,667,040 | 0.068% | 28 U.S.C. § 1961 | $281,143,648 | $281,308,443.03 |
| Koch Minerals Sárl and Koch Nitrogen International Sárl | $449,361,733.45 | 1.080% | 28 U.S.C. § 1961 | $459,106,919.87 | $463,374,390.11 |
| Lovati and Piani | $160,709,105.28 | 5.183% | 28 U.S.C. § 1961 | $166,573,457.58 | $173,991,590.42 |
| Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Inc. | $137,977,646.43 | 0.170% | 28 U.S.C. § 1961 | $138,893,098.84 | $139,096,379.86 |
| OI European Group B.V. | $583,500,067.44 | 2.320% | 28 U.S.C. § 1961 | $650,782,299.27 | $663,774,756.35 |
| Pharo Gaia Fund Ltd., Pharo Macro Fund, Ltd., | $387,337,037.00 | 0.130% | 28 U.S.C. § 1961 | $389,025,503.96 | $389,461,610.52 |

3

| Additional Judgment Creditor | Judgment Principal Inclusive of Pre-Judgment Interest | Post-Judgment Interest Rate | Source of Interest Rate | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 2/20/2024 | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 12/31/2024 |
|---|---|---|---|---|---|
| and Pharo Trading Fund, Ltd. (together, "Pharo") (3123) | | | | | |
| Pharo (8497) | $1,393,664,997.00 | 0.110% | 28 U.S.C. § 1961 | $1,397,233,653.65 | $1,398,559,136.75 |
| Red Tree Investments, LLC ("Red Tree") (2519) | $157,940,211.36 | 8.50% | Contractual | $186,481,954.76 | $198,067,842.87 |
| Red Tree (2523) | $88,401,385.88 | 9.50% | Contractual | $106,256,043.87 | $113,503,746.54 |
| Red Tree (Fees) | $2,446,043.36 | 5.04% | 28 U.S.C. § 1961 | $2,563,919.86 | $2,675,108.22 |
| Rusoro Mining Ltd. | $1,327,783,315.53 | 2.02% | 28 U.S.C. § 1961 | $1,496,328,988.15 | $1,522,342,961.84 |
| Saint-Gobain Performance Plastics Europe | $49,280,891.94 | 5.380% | 28 U.S.C. § 1961 | $50,755,457.24 | $53,099,750.41 |
| Siemens Energy, Inc. | $167,686,977.83 | 8.5% | Contractual | $199,083,493.08 | $211,384,366.59 |
| Tidewater Investment SRL and Tidewater Caribe S.A. | Judgment: $36,397,000 Fees: $2,377,931 | Judgment: 4.50% Fees: 2.576% | Judgment: Court Order Fees: 28 U.S.C. § 1961 | Judgment: $70,576,415.09 Fees: $2,705,527.39 | Judgment: $73,357,133.96 Fees: $2,765,400.70 Total: $76,122,534.66 |
| Valores Mundiales, S.L. and Consorcio Andino, S.L. | $618,629,303.79 | 4.910% | 28 U.S.C. § 1961 | $641,514,350.84 | $668,591,100.22 |

4

| | Judgment Principal Inclusive of Pre-Judgment Interest | Post-Judgment Interest Rate | Source of Interest Rate | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 2/20/2024 | Illustrative Example of Total Judgment Amount Inclusive of Post-Judgment Interest as of 12/31/2024 |
|---|---|---|---|---|---|
| Crystallex | $1,420,677,340.95 Amount Recovered: $500,078,632.15 | 1.026% | 28 U.S.C. § 1961 | $995,419,946.62 | $1,004,227,743.02 |

5