IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-mc-00151-LPS<br>) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | )<br>)<br>) |
| Defendant. | )<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of Stephen M. Elliott as counsel of record for the United States in the above-captioned case.

Dated: May 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-0889  Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for the United States*