IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>               Defendant. | Case No. 1:17-mc-00151-LPS |

**[PROPOSED] ORDER GRANTING CONOCOPHILLIPS' UNOPPOSED MOTION FOR EXEMPTION OF PERSON FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Motion for Exemption of Person From the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion") filed by ConocoPhillips,

IT IS SO ORDERED this ___16th___ day of ___May___, 2024 that:

1. The Motion is GRANTED

2. For purposes of the May 17, 2024 hearing in the above-captioned case, the following person is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- **Marcus J. Green**, Counsel for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.

3. The person listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
The Honorable Leonard P. Stark

1