# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

(302) 658-9200
(302) 658-3989 FAX

ALEXANDRA CUMINGS
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

June 26, 2024

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

    Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
       No. 1:17-mc-00151-LPS

Dear Judge Stark:

  I write on behalf of PDV Holding, Inc. and CITGO Petroleum Corporation to request permission to set up a public dial-in line for the in-person status conference scheduled for July 2, 2024 at 3:30 p.m. in Wilmington, Delaware so that members of the public can listen to the hearing but not participate.  We informed the parties to the above-captioned action of this request and have received no objection.  If the Court is amenable to this request, we will file a letter on the docket with the public dial-in number.

            Respectfully submitted,

            */s/ Alexandra M. Cumings*

            Alexandra M. Cumings (#6146)

cc:  All Counsel of Record