# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Alexandra Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

June 26, 2024

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

        Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
                  No. 1:17-mc-00151-LPS

Dear Judge Stark:

        Please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for July 2, 2024 at 3:30 p.m. in Wilmington, Delaware:

        Dial In: 301-715-8592
        Passcode: 969060
        Meeting ID: 814 0597 2504

                                  Respectfully submitted,

                                  */s/ Alexandra M. Cumings*

                                  Alexandra M. Cumings (#6146)

cc:    All Counsel of Record