# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------
CRYSTALLEX INTERNATIONAL CORP.,   )
                                  )
      Plaintiff,              )
                                  )
v.                                )    Misc. No. 17-151-LPS
                                  )
BOLIVARIAN REPUBLIC OF VENEZUELA, )
                                  )
      Defendant.              )
---------------------------------------------------------------

**NOTICE OF PROPOSED AGENDA FOR STATUS
CONFERENCE SCHEDULED ON JULY 2, 2024 AT 3:30 P.M.
(PREVAILING EASTERN TIME), BEFORE THE HONORABLE LEONARD P. STARK
AT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**PLEASE TAKE NOTICE, THE STATUS CONFERENCE SCHEDULED FOR JULY 2, 2024, AT 3:30 P.M. (PREVAILING EASTERN TIME) IN THE ABOVE-CAPTIONED CASE WILL BE CONDUCTED IN COURTROOM TO BE DETERMINED IN THE J. CALEB BOGGS FEDERAL BUILDING IN WILMINGTON, DELAWARE.**

**I.      STATUS CONFERENCE MATTERS:**

1. Special Master's Marketing Process Update

Dated:  June 27, 2024

OF COUNSEL:

Ray C. Schrock (Admitted *pro hac vice*)
Alexander W. Welch (Admitted *pro hac vice*)
Luna Barrington (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray.Schrock@weil.com
Alexander.Welch@weil.com
Luna.Barrington@weil.com
Chase.Bentley@weil.com

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

*/s/ Myron T. Steele*
Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Special Master Robert B. Pincus*