

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
www.dlapiper.com

R. Craig Martin
craig.martin@dlapiper.com
T 302.468.5655
F 302.778.7834

July 2, 2024

**Via ECF**

The Honorable Leonard P. Stark
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

    Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, 17-mc-00151-LPS (D. Del.)

Dear Judge Stark:

    We write on behalf of Rusoro Mining Limited ("Rusoro") in the above-captioned matter to respectfully request that Rusoro's undersigned Delaware counsel, as well as James Berger of DLA Piper LLP, who has been admitted *pro hac vice* in *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, 21-mc-00481-LPS (D. Del.), be permitted to appear telephonically at the status conference on July 2, 2024 through the public dial-in that has been circulated by counsel for PDV Holding, Inc. and CITGO Petroleum Corporation (D.I. 1195), as counsel for Rusoro are unable to attend the status conference in person.

                                    Respectfully submitted,

                                      */s/ R. Craig Martin*
                                      R. Craig Martin

cc: All counsel of record