

**Theodore A. Kittila**
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email:  tk@hfk.law

September 9, 2024

**BY ECF**

The Honorable Leonard P. Stark
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801-3570

    Re:  *Crystallex International Corporation v. Bolivarian Republic of Venezuela*,
          D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

     I write on behalf of my client Gramercy Distressed Opportunity Fund LLC ("Gramercy") in response to the Special Master's Motion to Expedite Briefing and Consideration of the Special Master's Motion to Enjoin the Alter Ego Claimants from Enforcing Claims Against the Republic or PDVSA by Recovering from PDVSA or Its Subsidiaries in Other Forums (D.I. 1251) (the "Motion to Expedite").  Gramercy will be opposing the Motion to Expedite and is planning to submit its opposition briefing tomorrow, September 10, 2024.

                              Respectfully submitted,

                              */s/ Theodore A. Kittila* (DE Bar No. 3963)

                              Theodore A. Kittila, Attorney at Law
                              Halloran Farkas + Kittila LLP

                              *Counsel for Gramercy Distressed Opportunity Fund LLC*

cc:    Counsel of Record (By ECF)