

Travis S. Hunter
302-651-7564
hunter@rlf.com

September 11, 2024

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:  *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.*,
           C.A. No. 17-mc-151-LPS

Dear Judge Stark:

Pursuant to the Court's September 10, 2024 Oral Order (D.I. 1253), I write to inform Your Honor that Crystallex wishes to participate in briefing in support of the Special Master's Motion to Enjoin (D.I. 1248). Additionally, Crystallex does not oppose the Special Master's Motion to Expedite Briefing and Consideration of the Special Master's Motion to Enjoin (D.I. 1251).

                                    Respectfully submitted,

                                      */s/ Travis S. Hunter*

                                    Travis S. Hunter (#5350)

cc: All counsel of record