# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:17-mc-00151-LPS |

## TRANSMITTAL AFFIDAVIT OF CHRISTOPHER FITZPATRICK CANNATARO, ESQ. IN SUPPORT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA AND PDVSA'S MOTION FOR A SHORT PAUSE IN THE SALE PROCESS

I, Christopher Fitzpatrick Cannataro, Esq., being duly sworn depose and say as follows:

1. I am an attorney admitted to the Bar of the State of Delaware and this Court and an associate at the law firm of Abrams & Bayliss LLP. I represent Defendant Bolivarian Republic of Venezuela ("Republic") in the above-captioned actions and have personal knowledge of the facts set forth below.

2. I submit this transmittal affidavit in support of the Bolivarian Republic of Venezuela and PDVSA's Motion for a Short Pause in the Sale Process.

3. Attached as Exhibit A to this transmittal affidavit is a true and correct copy of Office of the Special Attorney General of the Bolivarian Republic of Venezuela's Guidelines for the Renegotiation of the Chavez/Maduro Era Legacy Public External Debt, dated July 1, 2019.

4. Attached as Exhibit B to this transmittal affidavit is a true and correct copy of the Letter from Diane Kelleher, Assistant Director, U.S. Department of Justice, to Special Master Robert B. Pincus, dated July 1, 2024.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 17th day of September, 2024, in Wilmington, Delaware.

*/s/ Christopher Fitzpatrick Cannataro*

Christopher Fitzpatrick Cannataro (#6621)
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
Cannataro@AbramsBayliss.com

*Attorneys for the Bolivarian Republic of Venezuela*

SWORN AND SUBSCRIBED before me this 17th day of September, 2024.

*/s/ Annette Bosco*
Notary Public

ANNETTE BOSCO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 13, 2026