# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---

CRYSTALLEX INTERNATIONAL CORP.,        )
                                        )
       Plaintiff,                    )
                                        )
v.                                      )   Misc. No. 17-151-LPS
                                        )
BOLIVARIAN REPUBLIC OF VENEZUELA,       )
                                        )
       Defendant.                    )

---

## SPECIAL MASTER'S RESPONSE TO THE BOLIVARIAN REPUBLIC OF VENEZUELA AND PDVSA'S MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION FOR A SHORT PAUSE IN THE SALE PROCESS

Robert B. Pincus, in his capacity as special master (the "Special Master") in the above-captioned case, respectfully responds to the Bolivarian Republic of Venezuela and Petróleos de Venezuela, S.A.'s (collectively "the Venezuela Parties") *Motion for Expedited Consideration of their Motion for a Short Pause in the Sale Process* (the "Motion to Expedite"). *See* D.I. 1275. Although the Venezuela Parties did not mention any plans to propose an expedited briefing schedule during their meet and confers with the Special Master's counsel on September 13 and 17, 2024, the Special Master does not oppose their Motion to Expedite. However, the Special Master opposes and intends to object to the Venezuela Parties' *Motion for a Short Pause in the Sale Process* on whatever date the Court sets for responses to that motion. *See* D.I. 1272.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | */s/ Myron T. Steele* |
| Ray C. Schrock (Admitted *pro hac vice*) | Myron T. Steele (#00002) |
| David Lender (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| Alexander W. Welch (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Chase A. Bentley (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| WEIL, GOTSHAL & MANGES LLP | 1313 North Market Street |
| 767 Fifth Avenue | P.O. Box 951 |
| New York, New York 10153 | Wilmington, DE 19801 |
| Telephone: (212) 310-8000 | Telephone: (302) 984-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (302) 658-1192 |
| Ray.Schrock@weil.com | msteele@potteranderson.com |
| David.Lender@weil.com | mdavis@potteranderson.com |
| Alexander.Welch@weil.com | bpalapura@potteranderson.com |
| Chase.Bentley@weil.com | |
| | *Counsel for Special Master Robert B. Pincus* |
| Dated: September 18, 2024 | |
| 11743292 | |