# Crystallex v. Bolivarian Republic of Venezuela
## Special Master Ex Parte Meeting Discussion Materials

August 29, 2024

Weil

EVERCORE

Privileged and Confidential
Highly Confidential Communication
For Discussion Purposes Only

# Agenda

**3** Alter Ego Motion



Weil EVERCORE

*Privileged and Confidential*
*Highly Confidential Communication*
*For Discussion Purposes Only*





# Alter Ego Motion

## Background

- Three lawsuits brought in other courts by Girard Street, G&A Strategic Investments, and Gramercy pose a threat to this sale process.
- These parties are seeking to hold PDVH liable for their judgments against PDVSA and the Republic on an alter-ego theory.
- If successful, this may permit the claimants to attach the assets of PDVH (the CITGO Holding shares) to satisfy those judgments.
- All three claimants already appeared before this Court seeking recovery for these same judgments, which shows that the alter ego lawsuits are a clear attempt to circumvent the Special Master's sale process.
  - Gramercy is an Additional Judgment Creditor, while Girard Street and G&A Strategic both sought to become Additional Judgment Creditors but did not meet the Step 5 (Writ) Deadline.

## Injunction is Necessary

- The Special Master believes it is necessary to enjoin the Alter Ego Claimants from attempting to collect against PDVH or its subsidiaries to protect the sale process.
- The Court has authority to enjoin parties from interfering with or frustrating its orders.
- The Special Master intends to file a motion in this Court seeking an injunction.
- The Special Master then intends to send letters to the Texas and New York courts hearing the Alter Ego Actions.

Privileged and Confidential
Highly Confidential Communication
For Discussion Purposes Only

Weil  EVERCORE

4