Page 1

```
 1              * * * HIGHLY CONFIDENTIAL * * *
 2          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
 3
 4   CRYSTALLEX                )
     INTERNATIONAL             )
 5   CORPORATION,              )
              Plaintiff,       )
 6   v.                        )     Misc. No. 17-151-LPS
                               )
 7   BOLIVARIAN REPUBLIC       )
     OF VENEZUELA,             )
 8          Defendant.         )
     ---------------------     )
 9
10
11                  HIGHLY CONFIDENTIAL
12
                Transcript of Ex Parte Meeting
13                  August 29, 2024
                       4:00 PM
14
15
16   B E F O R E:        Honorable Leonard R. Stark
17
18
19
20
21
22
23
24
25
```

```
 1              * * * HIGHLY CONFIDENTIAL * * *
 2   APPEARANCES:
 3
 4   Robert B. Pincus, Special Master
 5
 6   WEIL, GOTSHAL & MANGES LLP
     767 Fifth Avenue
 7   New York, New York 10153
     Ray C. Schrock, Esq.
 8   Alexander W. Welch, Esq
     Eoghan Keenan, Esq.
 9   Chase A. Bentley, Esq.
     David Lender, Esq.
10   Aaron J. Curtis, Esq.
     Maggie Burrus, Esq.
11   Jared Friedmann, Esq.
12   Evercore
     2 Houston Center
13   909 Fannin Street
     Houston, Texas 77010
14   Ray Strong, Senior Managing Director,
15                and
16   Evercore
     55 East 52nd Street
17   New York, New York 10055
     William Hiltz, Senior Managing   Director
18   David Ying, Senior Managing Director
     Daniel Lakhdhir, Vice President
19   Michael Winterholler
20
21
22
23
24
25
```

Page 3

1              * * * HIGHLY CONFIDENTIAL * * *

2              MR. SCHROCK:   Good afternoon, Your

3    Honor.   Ray Schrock on behalf of the Special

4    Master.   Thanks for meeting with us today.

5              In terms of meeting topics we have

6    ███████████████████████   and then we just

7    wanted to discuss, preview one issue related

8    to the alter ego matters that are pending in

9    different courts and some thoughts about how

10   to deal with that because, as we'll talk

11   about, there are some issues for all the

12   bidders I think they see those pending matters

13   and they are asking for some clarity around

14   how that's going to affect, if at all, the

15   sale process.   But perhaps we can put up the

16   slides.

17              Thanks, Chase.



Page 4

* * * HIGHLY CONFIDENTIAL * * *



Page 5

1        * * * HIGHLY CONFIDENTIAL * * *



Page 6

1                   * * * HIGHLY CONFIDENTIAL * * *



Page 7

1          * * * HIGHLY CONFIDENTIAL * * *



Page 8

* * * HIGHLY CONFIDENTIAL * * *



Page 9



* * * HIGHLY CONFIDENTIAL * * *

Page 10



16    MR. SCHROCK:  ███████████  So why

17    don't we go ahead and flip the slide, guys,

18    and I'm going to turn over to my partner David

19    Lender to talk to you a little bit about the

20    alter ego and some potential thoughts we had

21    around this.  This is a preview.

22         MR. LENDER:  Good afternoon, Your

23    Honor.  It's David Lender from Weil.

24         This is another issue that each of the

25    bidders has raised as something we need to

Page 11

1          * * * HIGHLY CONFIDENTIAL * * *

2      come up with a resolution for.  There are

3      three lawsuits that are out there in Texas and

4      in Southern District that were brought by

5      three creditors who actually appeared before

6      Your Honor.  They appeared in the sense they

7      went through certain stages of the multi-step

8      process.  One went all the way through and is

9      in fact an additional judgement creditor, and

10     two, started the process but didn't make it

11     all the way through.  They have filed lawsuits

12     in these other jurisdictions in Texas and New

13     York where the claim that they've asserted is

14     they are seeking to hold PDVH (phonetic)

15     liable for their judgements against PDVSA and

16     then what they are trying to do if they can

17     under alter ego theory and what they are

18     asking for is to attach the assets of PDVH

19     which are the CITGO shares, the same assets

20     that we're trying to sell before Your Honor.

21     And so we feel like we -- not we but also the

22     bidders, including the bidder we are talking

23     about, feels it's necessary that we have to

24     address these issues because obviously they

25     are concerned about effectively buying assets

Page 12

1              * * * HIGHLY CONFIDENTIAL * * *
2       and then somebody trying to grab them
3       elsewhere.  So we wanted to give you the heads
4       up that we're intending to file a motion
5       before Your Honor seeking an injunction to
6       prevent them from continuing to do that and we
7       would also inform those three courts that
8       we've done that.  We wanted to give you the
9       heads up on this obviously before we filed a
10      motion before you so you can understand why
11      we're doing and why we feel we need to do
12      this.
13              JUDGE STARK:  I appreciate the heads
14      up.  And I'm not trying to commit you to
15      timing or anything but is there anything you
16      can say about whether you anticipate filing
17      this as a joint motion between the Special
18      Master and perhaps this exclusive bidder, or
19      might I expect to see it in advance of those
20      September dates that Mr. Schrock mentioned?
21              MR. LENDER:  We were anticipating
22      filing this imminently, like maybe as early as
23      tomorrow or early next week.  If we do it that
24      way, which is what our current thinking is, it
25      would be brought on behalf of the Special

1         * * * HIGHLY CONFIDENTIAL * * *

2     Master and in facilitation of his mandate.

3         JUDGE STARK:  I would just encourage,

4     and you may have an obligation under the rules

5     anyway, but to confer with any other entities

6     you think may have a view as to whether they

7     are going to oppose it or not but if and when

8     you file the motion I'll deal with it.

9         MR. LENDER:  Thank you, Your Honor.



Page 14



20          JUDGE STARK:  Anything else you wanted

21     to raise?

22          All right.  You know how to reach her

23     and to reach me if and when you want to have

24     another call like this but I know we've got

25     some deadlines there, like the deadlines

Page 15

```
 1              * * * HIGHLY CONFIDENTIAL * * *
 2        coming up, and we will all proceed
 3        accordingly.
 4              MR. PINCUS:  Thank you for your time,
 5        again.  We much appreciate it.  Have a good
 6        Labor Day weekend.
 7              JUDGE STARK:  Thank you all as well.
 8        Thank you so much.
 9              (Time noted 4:15 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2                          CERTIFICATE

3

4    STATE OF NEW YORK   )

                                   :   SS.:

5    COUNTY OF ORANGE   )

6

7         I, SANDRA NOEL BARTELS, a Notary Public for

8    and within the State of New York, do hereby

9    certify:

10        That the statements as herein set forth is a

11   true record of the statements given.

12        I further certify that I am not related to

13   any of the parties to this action by blood or

14   marriage, and that I am in no way interested in

15   the outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set my

17   hand this 30th day of August 2024.

18

19                    *Sandra Noel Bartels*

20                    SANDRA NOEL BARTELS

21              *       *       *

22

23

24

25













Page 7

