# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| Defendant. | ) |

---

## SPECIAL MASTER'S NOTICE OF SUBMISSION OF LETTERS TO COURTS IN ALTER EGO ACTIONS

**PLEASE TAKE NOTICE THAT**, on September 10, 2024, the Special Master sent letters via electronic mail to each of the courts hearing the Alter Ego Actions,[1] informing them of the Special Master's *Motion to Enjoin the Alter Ego Claimants From Enforcing Claims Against the Republic or PDVSA by Collecting from PDVH or Its Subsidiaries in Other Forums* (D.I. 1248) (the "**Motion**"), and providing them with copies of the Motion. The letters and accompanying copies of the Motion are attached hereto as Exhibits A, B, and C.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Special Master's Opening Brief in Support of His Motion to Enjoin the Alter Ego Claimants from Enforcing Claims Against the Republic or PDVSA by Recovering from PDVH or Its Subsidiaries in Other Forums* (D.I. 1249).

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br>POTTER ANDERSON & CORROON LLP<br><br>*/s/ Myron T. Steele* |
| Ray C. Schrock (Admitted *pro hac vice*) | Myron T. Steele (#00002) |
| David Lender (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| Alexander W. Welch (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Chase A. Bentley (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| WEIL, GOTSHAL & MANGES LLP | 1313 North Market Street |
| 767 Fifth Avenue | P.O. Box 951 |
| New York, New York 10153 | Wilmington, DE 19801 |
| Telephone: (212) 310-8000 | Telephone: (302) 984-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (302) 658-1192 |
| Ray.Schrock@weil.com | msteele@potteranderson.com |
| David.Lender@weil.com | mdavis@potteranderson.com |
| Alexander.Welch@weil.com | bpalapura@potteranderson.com |
| Chase.Bentley@weil.com | |
| | *Counsel for Special Master Robert B. Pincus* |

Dated: September 24, 2024
11752939