# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 1:17-mc-00151-LPS |

## CONOCOPHILLIPS' JOINDER IN SPECIAL MASTER'S BRIEF IN OPPOSITION TO THE REPUBLIC AND PDVSA'S MOTION FOR A SHORT PAUSE IN THE SALE PROCESS

Sale Process Parties Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V. (Plaintiffs in Cases No. 19-mc-00342-LPS, No. 22-mc-00264-LPS, and No. 22-mc-00464-LPS) ("ConocoPhillips") respectfully submit this joinder in support of the *Special Master's Brief in Opposition to the Republic and PDVSA's Motion for a Short Pause in the Sale Process* (D.I. 1308) (**Special Master's Opposition**[1]):

## JOINDER

For substantially the reasons set forth in the Special Master's Opposition, the Motion for a Short Pause is clearly without merit. ConocoPhillips therefore joins in the arguments in the Special Master's Opposition, and requests the Court reject the Republic and PDVSA's latest attempt "to delay, hinder, and prevent their creditors from receiving payment on their judgments at every possible turn." *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 2024 WL 2804668, at *3-4 (D. Del. May 31, 2024).

## CONCLUSION

The Motion should be denied.

---

[1] Capitalized terms not otherwise defined have the same meanings as in the Special Master's Opposition.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Elizabeth M. Taylor* |
|  | Garrett B. Moritz (Bar No. 5646) |
| Michael S. Kim | Elizabeth M. Taylor (Bar No. 6468) |
| Marcus J. Green | 1313 North Market Street, Suite 1001 |
| Josef M. Klazen | Wilmington, Delaware 19801 |
| Lydia L. Halpern | (302) 576-1600 |
| KOBRE & KIM LLP | gmoritz@ramllp.com |
| 800 Third Avenue | etaylor@ramllp.com |
| New York, New York 10022 |  |
| (212) 488-1200 | *Attorneys for Phillips Petroleum Company* |
| michael.kim@kobrekim.com | *Venezuela Limited, ConocoPhillips* |
| marcus.green@kobrekim.com | *Petrozuata B.V., ConocoPhillips Gulf of* |
| jef.klazen@kobrekim.com | *Paria B.V., and ConocoPhillips Hamaca B.V.* |
| lydia.halpern@kobrekim.com |  |

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN
 & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
RGMason@wlrk.com
ARWolf@wlrk.com
MHCassel@wlrk.com

Dated: September 24, 2024

2