# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------
CRYSTALLEX INTERNATIONAL CORP.,        )
                                       )
            Plaintiff,                 )
                                       )
        v.                             )      Misc. No. 17-151-LPS
                                       )
BOLIVARIAN REPUBLIC OF VENEZUELA,      )
                                       )
            Defendant.                 )
-----------------------------------------------------------------
```

## SPECIAL MASTER'S STATUS REPORT

Dated: September 27, 2024

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:     *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
        D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

I, Robert B. Pincus, solely in my capacity as special master for the United States District Court for the District of Delaware in Crystallex International Corp. v. Bolivarian Republic of Venezuela (D. Del. Case. No. 17-151-LPS), hereby submit this status report in connection with my disclosure obligations pursuant to confidentiality agreements executed with certain holders of 8.5% Senior Notes due 2020 (the "2020 Notes") issued under that certain Indenture, dated October 27, 2016 among, inter alios, Petróleos de Venezuela, S.A., as issuer, GLAS Americas LLC, as Collateral Agent, and MUFG Union Bank, N.A., as Trustee.

As previously disclosed, I have engaged in discussions with holders of 2020 Notes related to the pledge of CITGO Holding, Inc. equity and the Marketing Process for the PDVH Shares. See D.I. 1155. As of the date hereof, those discussions have not resulted in an agreement and the discussions are no longer active. In connection with the discussions, I did not provide the holders of 2020 Notes with any confidential information.

Notwithstanding the disclosure herein, I reserve all rights to re-engage in discussions with holders of the 2020 Notes.

Respectfully,

*/s/ Robert B. Pincus*

Robert B. Pincus
*Special Master*

cc:     All Counsel of Record (via CM/ECF)