# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Alexandra Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

September 30, 2024

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
                No. 1:17-mc-00151-LPS

Dear Judge Stark:

Please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for October 1, 2024 at 2:00 p.m.:

      Dial In: 309-205-3325
      Passcode: 535096
      Meeting ID: 821 1855 6274

                                Respectfully submitted,

                                */s/ Alexandra M. Cumings*

                                Alexandra M. Cumings (#6146)

cc:    All Counsel of Record