# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 30, 2024

<u>Via Electronic Filing</u>
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*,
     Misc. No. 17-151-LPS (D. Del.)

Dear Judge Stark:

  We represent ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. (together, "ACL"),[1] and write in connection with the hearing in this matter scheduled for tomorrow, October 1, 2024. Pursuant to Your Honor's Memorandum Order dated September 11, 2024 (Dkt. 1259), the hearing will be held at the National Courts Building in Washington, DC. Unfortunately, I have another hearing in Delaware earlier in the day, although my co-counsel Josh Bolian from Riley & Jacobson, PLC anticipates attending in person. Thus, I respectfully request the Court's permission to appear telephonically, using the dial-in provided in the letter filed this morning (Dkt. 1330).

  Please do not hesitate to let us know if you have any questions.

               Respectfully,

               */s/ F. Troupe Mickler IV*

               F. Troupe Mickler IV (#5361)

cc: All Counsel of Record (via e-filing)

---

[1] *See ACL1 Invs. Ltd. v. Bolivarian Republic of Venezuela*, Misc. No. 21-46-LPS (D. Del.).