

DLA Piper LLP (US)
1201 N Market St
Ste 2100
Wilmington, DE 19801
www.dlapiper.com

Craig Martin
Craig.martin@us.dlapiper.com
T   302 468 5655
F   302 778 7834

September 30, 2024

Via Electronic Filing
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re: *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Misc. No. 17-151-LPS (D. Del.)

Dear Judge Stark:

      We represent Rusoro Mining Limited ("Rusoro"),[1] and write in connection with the hearing in this matter scheduled for tomorrow, October 1, 2024. Pursuant to Your Honor's Memorandum Order, dated September 11, 2024 (Dkt. 1259), the hearing will be held at the National Courts Building in Washington, DC.  Unfortunately, I am currently in Dublin, Ireland, and will not be able to attend the hearing in person. In light of the Court's Oral Order this morning (Dkt. 1332) allowing non-Delaware counsel for ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. to appear in person without Delaware counsel, I respectfully request the Court's permission to allow my colleague, James E. Berger from DLA Piper LLP US (who has been admitted *pro hac vice* in connection with the *Rusoro Mining* matter), to attend in person on behalf of Rusoro without Delaware counsel present.

      Please do not hesitate to let us know if you have any questions.

Respectfully,


/s/ Craig Martin
Partner



Cc:    All Counsel of Record (via e-filing)

---

[1] *See Rusoro Mining Limited V. Bolivarian Republic of Venezuela*, No. 1:21mc481 (D. Del.)