womblebonddickinson.com



September 30, 2024

The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* **Case No. 17-mc-151**

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Kevin J. Mangan
Partner
Direct Dial: 302.252.4361
Direct Fax: 302-661-7729
E-mail: Kevin.Mangan@wbd-us.com

Dear Judge Stark:

We represent Gold Reserve Inc. ("Gold Reserve"), an Additional Judgment Creditor and Potential Bidder in these proceedings.

We write with respect to the *Notice of Special Master's Recommendation* (D.I. 1325) filed on September 27, 2024. Therein, the Special Master *inter alia* recommends to the Court a revised "briefing schedule and process related to the Proposed Sale Transaction." *Id.* at 3. These recommendations are substantive and could have a material impact on the Sale Process. Specifically, they go directly to the schedule and process for "Topping Period," i.e., the period of time in which Potential Bidders may submit alternative proposals ("Topping Bids") after the Notice of Final Recommendation is filed.

Given that a robust, competitive Topping Period is a critical element in achieving the value-maximizing Sale Transaction that is the objective of the Sale Process, Gold Reserve respectfully requests that the Court set a briefing schedule for any interested parties to submit their position on the Special Master's recommendations before a ruling is issued. In the circumstances, Gold Reserve submits that expedited briefing as follows would be appropriate:

- Responses to *Notice of Special Master's Recommendation* (D.I. 1325) by any interested parties within ten days of its filing – by Monday, October 7, 2024

- Replies by Special Master within four days thereafter – by Friday, October 11, 2024

Gold Reserve also respectfully submits that a hearing likely should be held on these issues given their significance, but defers to the Court's view as to whether such a hearing would be helpful.

Counsel for Gold Reserve provided a draft of this letter to counsel for the Special Master earlier today, before filing it with the Court, but the Special Master has not yet commented on this request.

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

We appreciate the Court's consideration.

    Kind regards,

    **Womble Bond Dickinson (US) LLP**

    */s/ Kevin J. Mangan*
    Kevin J. Mangan

    Matthew H. Kirtland (admitted *pro hac vice*)
    **NORTON ROSE FULBRIGHT US LLP**
    799 9th Street NW, Suite 1000
    Washington, DC 20001
    Telephone: 202-662-0200
    matthew.kirtland@nortonrosefulbright.com

cc: Counsel of Record (via ECF)