# Exhibit 3

# D.I. 1311-3 Withheld

# Confidential Information Pursuant to Confidentiality Order D.I. 291