# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>    Defendant. | C.A. No. 17-mc-00151-LPS<br><br>Re: D.I. 1315 & 1343 |

## GOLD RESERVE'S NOTICE OF FILING UNREDACTED LETTER TO THE COURT

**PLEASE TAKE NOTICE** that Gold Reserve Inc., by and through its undersigned counsel, files the unredacted letter to the Court (the "Letter" attached hereto as **Exhibit A**) originally filed under seal at D.I. 1315 and subsequently in a redacted version at D.I. 1343, pursuant to the Court's Oral Order (D.I. 1355).

The Letter was originally filed under seal and in a redacted version because, in Gold Reserve's view, it included Confidential Information under the Non-Disclosure Agreement entered between Gold Reserve and the Special Master. The Special Master has now stated that, although he does not agree with all of the statements and characterizations made in Gold Reserve's letter, he has no opposition to it being filed on the docket in unredacted form.

Dated: October 10, 2024

OF COUNSEL:

Matthew H. Kirtland
(*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
Tel: (202) 662-0200

Respectfully submitted,

*/s/ Kevin J. Mangan*
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 252-4320
kevin.mangan@wbd-us.com

2

| | |
|---|---|
| matthew.kirtland@nortonrosefulbright.com | matthew.ward@wbd-us.com |
| Katherine G. Connolly<br>(*pro hac vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>555 California Street, Suite 3300<br>San Francisco, CA 94104<br>Tel: (628) 231-6816<br>katie.connolly@nortonrosefulbright.com | *Attorneys for Plaintiff Gold Reserve Inc.* |
| Taylor LeMay<br>(*pro hac vice*)<br>NORTON ROSE FULBRIGHT US LLP<br>1550 Lamar Street, Suite 2000<br>Houston, TX 77010<br>Telephone:  (713) 651-3578<br>Email: taylor.lemay@nortonrosefulbright.com | |