# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF ) <br> VENEZUELA, ) <br> ) <br> Defendant. ) | Misc. No. 17-151-LPS |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for proposed amicus Amber Energy Inc.  This entry of appearance is made without waiver of, and Amber Energy Inc. expressly preserves, all arguments, objections, and defenses in the above-captioned action.

Dated:  October 18, 2024

/s/  Michael A. Barlow
Michael A. Barlow (No. 3928)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

*Attorney for Amber Energy Inc.*