# EXHIBIT A

## **Exhibit A**

| Proposed Timeline | |
|---|---|
| Proposed Status Conference, subject to Court's availability | October 25, 2024 |
| Special Master files the Bidder Protection Motion (including unredacted SPA) | November 1, 2024 |
| Objection deadline for Bidder Protection Motion (14 days) | November 15, 2024 |
| Special Master reply deadline for Pro Bidder Protection Motion (7 days) | November 22, 2024 |
| Hearing on Bidder Protection Motion | December 2, 2024 |
| Topping Period (45 days) | December 9, 2024 to January 23, 2025 |
| Special Master files Final Recommendation | January 31, 2025 |
| Objection deadline for Final Recommendation (21 days) | February 21, 2025 |
| Special Master's reply deadline for Final Recommendation (14 days) | March 7, 2025 |
| Parties' deadline to file reply in support of objections to Final Recommendation (3 business days) | March 12, 2025 |
| Commencement of Tentative Sale Hearing | March 24, 2025 |