# EXHIBIT B-6

**Exhibit B-6**

**Huntington Ingalls Incorporated**

Huntington Ingalls Incorporated joins in the positions expressed by Crystallex and ConocoPhillips in relation to each of the above questions.