# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Alexandra Cumings
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

October 22, 2024

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

        Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
            No. 1:17-mc-00151-LPS

Dear Judge Stark:

      I write on behalf of CITGO Petroleum Corporation ("CITGO"), PDV Holding, Inc. ("PDVH" and together with CITGO, the "CITGO Parties"), the Bolivarian Republic of Venezuela (the "Republic"), and Petróleos de Venezuela, S.A. ("PDVSA") regarding the Court's Orders of October 2, 2024 (D.I. 1340) and October 9, 2024 (D.I. 1358) setting and modifying a schedule for the Special Master to submit "his position on whether (and, if so, how) to conduct proceedings regarding a determination as to whether PDVH is the alter ego of PDVSA" in connection with the Court's consideration of the Special Master's injunction motion.

      The Special Master's proposal in his October 18, 2024 letter that "the Court should conduct proceedings to determine whether PDVH and/or any of its subsidiaries are alter egos of PDVSA and/or the Republic" and to consolidate and expedite the ConocoPhillips, OI European Group, and other future-filed alter ego actions (D.I. 1374 at 2) implicates the interests of the Republic, PDVSA, and the CITGO Parties and requires a response from them.

      Accordingly, the Republic, PDVSA, and the CITGO Parties intend to submit a letter stating their position on the Special Master's filing by Friday, November 1, 2024, the same date by which the plaintiffs in the alter ego actions are to provide their positions.

The Honorable Leonard P. Stark
October 22, 2024
Page 2

                                  Respectfully submitted,

                                  /s/  *Alexandra M. Cumings*

                                  Alexandra M. Cumings (#6146)

cc:     All Counsel of Record