IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) <br> ) <br> *Plaintiff*, ) <br> ) No. 1:17-mc-00151-LPS <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF VENEZUELA, ) <br> ) <br> *Defendant*. ) <br> ) <br> ) | |

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, PDV Holding, Inc. and CITGO Petroleum Corporation intend to serve Subpoenas *Duces Tecum* on (1) Amber Energy Inc. and (2) Elliott Investment Management L.P. on October 25, 2024, or as soon thereafter as service may be effectuated.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Nathan P. Eimer<br>Lisa S. Meyer<br>Daniel D. Birk<br>Gregory M. Schweizer<br>Hannah Bucher<br>EIMER STAHL LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>NEimer@eimerstahl.com<br>LMeyer@eimerstahl.com<br>DBirk@eimerstahl.com<br>GSchweizer@eimerstahl.com<br>HBucher@eimerstahl.com<br><br>October 25, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Alexandra M. Cumings*<br>Kenneth J. Nachbar (#2067)<br>Susan W. Waesco (#4476)<br>Alexandra M. Cumings (#6146)<br>Kirk Andersen (#7156)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>KNachbar@mnat.com<br>SWaesco@morrisnichols.com<br>ACumings@mnat.com<br>KAndersen@morrisnichols.com<br><br>*Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation* |