Katy October 21, 2024

**Leonard P. Stark, Judge**
CRYSTALLEX INTERNATIONAL CORP.,
v. BOLIVARIAN REPUBLIC OF VENEZUELA
Case:17- 151-LPS.
**Office of the Clerk**
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570.

RE: In re: Leroy Garrett
Case Number: 24-2862
District Court Case Number:
1-17-mc-00151.

Honorable Judge Stark,

Pursuant Fed. R. App. P. 21(a)(1), which comport the Petitioner's obligation to serve the enclosed action of Writ of Mandamus, on your condition as Nominal Respondent to the proceeding in the trial court under the above-described docket numbers.

Note that other documents, are at public disposal at the United States Court of Appeals of the Third Circuit docket, under the numbering already described.

Important to remark that in furtherance to fulfill the scope of service required byFed. R. App. P. 21, 25., in this case by the United States Court of Appeals of the Third Circuit, specifically the Office of the Clerk, the latter officer will receive a copy of this service made, in specific,a copy of this notice along with the way bill tracking number of the courier chosen to mail to you this service document under the timeframe prescribed by the law.

Do not hesitate to contact the sender if there is any assistance required from my end.

With Regards.,

*[signature]*
Leroy A. Garrett
Attorney-In-Fact
Petroamigos Venezuela.

FILED
OCT 2 8 2024
US DISTRICT COURT
DISTRICT OF DELAWARE