IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 1:17-mc-00151-LPS |

**THE BOLIVARIAN REPUBLIC OF VENEZUELA'S MOTION TO ENFORCE ACCESS TO STOCK PURCHASE AGREEMENT AND SERVICE OF PAPERS**

The Bolivarian Republic of Venezuela (the "Republic") respectfully files this Motion to Enforce Access to Stock Purchase Agreement and Service Papers (the "Motion"). The reasons for and arguments in support of the Motion are set forth in the Opening Brief filed contemporaneously herewith. The Republic, the Special Master, and the Sales Process parties met and conferred under Local Rule 7.1.1, and they did not reach agreement to resolve the issues raised in the Motion.

|  |  |
|---|---|
| Dated:  November 1, 2024 | Respectfully submitted, |
|  | */s/ Christopher Fitzpatrick Cannataro* |
| OF COUNSEL: | A. Thompson Bayliss (#4379) |
|  | Christopher Fitzpatrick Cannataro (#6621) |
| Donald B. Verrilli, Jr. | ABRAMS & BAYLISS LLP |
| Elaine J. Goldenberg | 20 Montchanin Road, Suite 200 |
| Ginger D. Anders | Wilmington, DE  19807 |
| MUNGER, TOLLES & OLSON LLP | (302) 778-1000 |
| 601 Massachusetts Avenue NW | bayliss@abramsbayliss.com |
| Suite 500 E | cannataro@abramsbayliss.com |
| Washington, D.C. 20001 |  |
| (202) 220-1100 | *Attorneys for Bolivarian Republic* |
| Donald.Verrilli@mto.com | *of Venezuela* |
| Elaine.Goldenberg@mto.com |  |
| Ginger.Anders@mto.com |  |

George M. Garvey
Adeel Mohammadi
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
George.Garvey@mto.com
Adeel.Mohammadi@mto.com