# EXHIBIT A

| PROPOSED SALE PROCESS SCHEDULE ||
|---|---|
| **Special Master Re-Opens Virtual Data Room** to interested bidders who agree to Special Master's confidentiality agreement | Immediately, December 3, 2024 |
| **Status Conference** | Friday, December 13, 2024 |
| **Special Master Files Proposed Bid Protections ("BPs") Order**, taking into account the Court's remarks at the Status Conference | Monday, December 16, 2024 |
| **Court Reviews Proposal and Issues Appropriate BPs Order** | Week of December 16, 2024 |
| **Deadline to Submit Initial Bids** (proposed SPA and evidence of financial wherewithal), to the extent any bidder seeks to be initial lead bidder eligible for BPs | Monday, January 13, 2025<br><br>(41 days following opening of virtual data room) |
| **Initial Lead Bidder Selected**, if any (at Special Master's discretion), and definitive documents publicly filed by Special Master; good-faith deposit due; initial lead bidder earns BPs | Wednesday, January 15, 2025 |
| **Expiration of Topping Period** if initial lead bidder was selected<br>-OR-<br>**Deadline for All Bids** if no initial lead bidder was selected | Saturday, March 1, 2025<br><br>(45 days from Stalking Horse announcement; 88 days following opening of virtual data room) |
| **Auction**, if necessary, among qualifying bids received<br>-OR-<br>**Filing of Final Lead Bid** with notice of cancellation of auction | Wednesday, March 5, 2025<br><br>(92 days following opening of virtual data room) |
| **If Auction is held, announcement of Final Lead Bid** | Saturday, March 8, 2025<br><br>(95 days following opening of virtual data room) |
| **Deadline to Object** to Final Lead Bid | Tuesday, March 25, 2025 |
| **Deadline to Respond** to Objections | Tuesday, April 1, 2025 |
| **Sale Hearing** | Tuesday, April 8, 2025 |