# Exhibit A

**Exhibit A – CITGO's Proposed Schedule**

| EVENT | DATE |
|---|---|
| Status Hearing | December 13, 2024 |
| Launch of marketing and solicitation period and opening of data room | January 6, 2025 (Launch) |
| Close of marketing and solicitation period | February 5, 2025 (Launch + 30 days) |
| Final Bids due | June 6, 2025 (Launch + 151 days) |
| Deadline to notify bidders of status as Qualified Bidder and designate a Base Bid | June 20, 2025 (Launch + 165 days) |
| Auction | July 11, 2025 (Launch + 186 days) |
| Special Master selects Successful Bid and files Final Recommendation | July 18, 2025 (Launch + 193 days) |
| Document productions and depositions to begin | July 21, 2025 (Launch + 196 days) |
| Close of discovery | September 19, 2025 (Launch + 256 days) |
| Deadline for objections to Special Master's Final Recommendation | October 3, 2025 (Launch + 270 days) |
| Deadline for Special Master's response to objections | October 17, 2025 (Launch + 284 days) |
| Deadline for replies in support of objections | October 24, 2025 (Launch + 291 days) |
| Sale Hearing | November 10–12, 2025 (Launch + 308 days) |