# Exhibit B

# Exhibit B
## Schedule of Pending PDVH Alter Ego Proceedings and 2020 Bondholder Litigation

| *Girard Street Investment Holdings LLC v. PDV Holding, Inc.* (S.D.N.Y. 1:24-cv-04448) (Rakoff, J.)—Breach of contract action against PDVSA and alter ego judgment enforcement action against PDVH ||
|---|---|
| Date | Event |
| November 11, 2024 | PDVH's motion to dismiss amended complaint fully briefed |
| December 5, 2024 | Deadline for filing amended pleadings |
| January 24, 2025 | Deadline for fact and expert witnesses; close of discovery |
| February 7, 2025 | Deadline for filing dispositive motions (briefing complete Feb. 28) |
| March 10, 2025 | Final pre-trial conference |
| March 31, 2025 | Trial (at least 21 days after the final pre-trial conference) |

| *Gramercy Distressed Opportunity Fund, LLC v. PDV Holding, Inc.* (S.D. Tex. 4:24-cv-02981) (Ellison, J.)—Alter ego judgment enforcement action against PDVH ||
|---|---|
| Date | Event |
| January 31, 2025 | Deadline to add new parties |
| July 15, 2025 | Deadline for filing amended pleadings |
| September 1, 2025 | Close of discovery |
| September 15, 2025 | Deadline for filing dispositive motions |
| December 8, 2025 | Final pre-trial conference |
| December 15, 2025 | Trial |

| *G&A Strategic Investments I LLC et al. v. PDV Holding, Inc. et al.* (S.D. Tex. 4:24-cv-02774) (Hanen, J.) —Alter ego judgment enforcement action against PDVH ||
|---|---|
| Date | Event |
| N/A | Stayed pending resolution of underlying breach of contract proceeding in S.D.N.Y. |

1

**G&A Strategic Investments I LLC, et al. v. PDV Holding, Inc., et al.** (S.D.N.Y. 1:23-cv-10766) (Rakoff, J.)—Breach of contract action against PDVSA and alter ego judgment enforcement action against PDVH

| Date | Event |
| --- | --- |
| November 21, 2024 | Plaintiff amended complaint in breach of contract action against PDVSA to assert alter ego claim against PDVH |
| December 13, 2024 | Deadline to respond to Plaintiff's amended complaint |

**Siemens Energy, Inc. v. PDV Holding, Inc.** (Harris Cnty. Tex. – Business Court Division 24-BC11B-0010) (Dorfman, J.)—Alter ego judgment enforcement action against PDVH

| Date | Event |
| --- | --- |
| December 2, 2024 | Deadline for filing scheduling order |

**PDVSA v. MUFG Union Bank N.A., et al.** (S.D.N.Y. 1:19-cv-10023) (Failla, J.)—2020 Bondholder Litigation

| Date | Event |
| --- | --- |
| January 17, 2025 | Deadline for parties to file opening supplemental briefs and expert declarations on Venezuelan law and the act of state doctrine |
| March 18, 2025 | Deadline for parties to file supplemental response briefs |