# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Alexandra Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

December 9, 2024

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
No. 1:17-mc-00151-LPS

Dear Judge Stark:

Please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for December 13, 2024, at 10:00 a.m. in Wilmington, Delaware:

Dial In:       646-931-3860
Passcode:      302709
Meeting ID:    853 1645 0041

Respectfully submitted,

*/s/ Alexandra M. Cumings*

Alexandra M. Cumings (#6146)

cc: All Counsel of Record