## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL
CORPORATION,

        Plaintiff,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        Defendant.

Case No. 17-mc-151-LPS

**KOCH PARTIES', HUNTINGTON INGALLS INCORPORATED'S, AND SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE'S REPLY TO OBJECTIONS TO THE FEES SET OUT IN THE SPECIAL MASTER'S SEPTEMBER 2024 STATUS REPORT**

Koch Minerals Sàrl and Koch Nitrogen International Sàrl (together, the *Koch Parties*); Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated (*HII*); and Saint-Gobain Performance Plastics Europe (*Saint-Gobain*) (collectively, **Objectors**) respectfully submit this reply to the Special Master's Omnibus Response to Objections to Special Master's Monthly Report for the Period Ended September 30, 2024 (the **Special Master's Response**) (D.I. 1489).

In their prior submission (D.I. 1479), the Objectors expressed that a new mechanism for the Transaction Expenses is necessary and appropriate, given the significant fees incurred by the Special Master and his advisors that have failed to result in a viable sale, as well as the unforeseen and unduly burdensome situation that Additional Judgment Creditors presently face in having to pay substantial sums on a monthly basis with no sight of any potential reimbursement. Accordingly, the Objectors proposed a reasonable solution that aims to better align the work of the Special Master and his advisors and the needs of all interested parties:  going forward, all fees of the Special Master and his advisors should be made contingent on consummation of a sale and should be disbursed from the proceeds of that sale.  D.I. 1479, at 2.

The Special Master acknowledges the Objectors' submission (D.I. 1489, at 1 n.2), yet has ignored their position in his Response.  The Special Master's omission to address the Objectors' proposal for deferred payment of fees is perhaps unsurprising, but the Objectors reiterate that their proposal is both reasonable under the current circumstances of the Sale Process and broadly consistent with the existing compensation structure for the Special Master's advisor, Evercore.

The Objectors appreciate the Court's consideration of their proposal, and their undersigned counsel is available to make further submissions at the December 13 status conference if it would assist the Court.

Dated: December 11, 2024

**PACHULSKI STANG ZIEHL & JONES, LLP**

By: */s/ Peter J. Keane*
Laura Davis Jones (#2436)
Peter J. Keane (#5503)
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

**ALSTON & BIRD LLP**
Alexander A. Yanos (*pro hac vice*)
Robert Poole (*pro hac vice*)
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: 212-210-9400
alex.yanos@alston.com
robert.poole@alston.com

*Attorneys for Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc. and now known as Huntington Ingalls Incorporated; Koch Minerals Sàrl and Koch Nitrogen International Sàrl; and Saint-Gobain Performance Plastics Europe.*