IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-mc-00151-LPS ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that due to his upcoming retirement, the appearance of Kenneth J. Nachbar of Morris, Nichols, Arsht & Tunnell LLP is hereby withdrawn as counsel for PDV Holding, Inc. ("PDVH") and CITGO Petroleum Corporation ("CITGO"). PDVH and CITGO will continue to be represented by all other counsel of record

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
Daniel D. Birk
Gregory M. Schweizer
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Alexandra M. Cumings
Susan W. Waesco (#4476)
Alexandra M. Cumings (#6146)
Kirk C. Andersen (#7156)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 351-9284
swaesco@morrisnichols.com
acumings@morrisnichols.com
kandersen@morrisnichols.com
  *Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation*

January 2, 2025