IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 17-mc-151-LPS |

**CRYSTALLEX INTERNATIONAL CORPORATION'S
ANSWERING BRIEF ON OPEN MATTERS REGARDING THE SALE PROCESS**

OF COUNSEL:

Robert L. Weigel
Jason W. Myatt
Rahim Moloo
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Tel:  (202) 955-8500
Fax:  (202) 467-0539

Dated:  January 14, 2025

Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
Travis S. Hunter (#5350)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Tel:  (302) 651-7700
Fax:  (302) 651-7701

*Attorneys for Plaintiff*

Pursuant to the Court's Order, D.I. 1518, Crystallex submits this answering brief in response to the Venezuela Parties' submission regarding the appropriate price to be achieved as a result of the sale of the PDVH shares, D.I. 1524.

The Venezuela Parties' opening brief makes clear their intent to conduct wide-ranging discovery into every aspect of the sale process, including supposed "procedural defects" that have not arisen and may never occur. *Id.*, at 4. Such broad and unnecessary fishing expeditions could put at risk the Court's sale timetable, D.I. 1517, ¶¶ 3-21, and would undermine the Court's Order permitting only "limited discovery" "relevant to whether the Court should approve the [recommended] bid," *id.*, ¶ 29.

In light of the Venezuela Parties' position that the issue of the scope of discovery is not yet ripe, D.I. 1524, at 4, and this Court's admonition to avoid unnecessary briefing, D.I. 1518, rather than litigate the issue now, Crystallex reserves its rights to contest discovery requests that would unduly delay the sale process, including the overly broad discovery the Venezuela Parties suggest they intend to conduct in their opening brief, and to address the appropriate standard by which to judge any such requests that exceed the scope of the "limited discovery" permitted by this Court in its December 31, 2024 Order, D.I. 1517, ¶ 29.[1]

---

[1] To the extent that the Court elects to engage with the Venezuela Parties' placeholder argument on unconscionability, Crystallex respectfully directs the Court to its response to Point III in its Opening Brief. D.I. 1521, at 2-4.

| | |
|---|---|
| OF COUNSEL:<br><br>Robert L. Weigel<br>Jason W. Myatt<br>Rahim Moloo<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York  10166<br>(212) 351-4000<br><br>Miguel A. Estrada<br>Lucas C. Townsend<br>Adam M. Smith<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C.  20036<br>Tel:  (202) 955-8500<br>Fax:  (202) 467-0539<br><br><br>Dated:  January 14, 2025 | /s/ Travis S. Hunter<br>Raymond J. DiCamillo (#3188)<br>Jeffrey L. Moyer (#3309)<br>Travis S. Hunter (#5350)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware  19801<br>(302) 651-7700<br>dicamillo@rlf.com<br>moyer@rlf.com<br>hunter@rlf.com<br><br>*Attorneys for Plaintiff* |