## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) |

### NOTICE REGARDING STALKING HORSE BID DEADLINE

**PLEASE TAKE NOTICE THAT**, pursuant to the Court's December 31, 2024 *Memorandum Order Regarding Sale Process and Litigation* (the "**December Order**") (D.I. 1517), the Special Master, through his advisors, (i) reached out to all parties who previously received a "teaser" or other marketing materials following the launch of the Marketing Process to gauge their interest in participating in the remaining rounds of the Marketing Process, and (ii) following a good-faith review by Evercore, reached out to an additional 30 parties who had not previously been directly contacted by the Special Master. *See* December Order ¶ 1. The Special Master hereby advises the Court that while there are parties that have signed a non-disclosure agreement ("**NDA**") as a potential bidder or potential financing source following the most recent round of marketing, those parties were contacted in 2024 as part of the initial launch of the Market Process, and thus were given the opportunity to engage but declined to do so. None of the new NDAs were entered into with parties referenced in clause (ii) above. Further, as of the submission of this notice, the Special Master has not received any requests to extend the March 7, 2025 Stalking Horse bid deadline from potential bidders currently engaged in diligence, even those under new NDAs. In light of the foregoing, the Special Master sees no current reason to extend the deadline previously set by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Myron T. Steele* |
|  | Myron T. Steele (#0002) |
| Matthew S. Barr (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| David Lender (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Jared R. Friedmann (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| Chase A. Bentley (Admitted *pro hac vice*) | 1313 North Market Street |
| WEIL, GOTSHAL & MANGES LLP | P.O. Box 951 |
| 767 Fifth Avenue | Wilmington, DE 19801 |
| New York, New York 10153 | Telephone: (302) 984-6000 |
| Telephone: (212) 310-8000 | Facsimile: (302) 658-1192 |
| Facsimile: (212) 310-8007 | msteele@potteranderson.com |
| Matt.Barr@weil.com | mdavis@potteranderson.com |
| David.Lender@weil.com | bpalapura@potteranderson.com |
| Jared.Friedmann@weil.com |  |
| Chase.Bentley@weil.com | *Counsel for Special Master Robert B. Pincus* |

Dated:  February 14, 2025
12050399 / 21202.00001