

**JOMODE ELIE GETTY**
CEO & Founder Murzuq Oil
ceo@murzuqoil.us

**Murzuq Oil**
615 South College St
9 Floor
Charlotte, NC 28202

Wednesday, March 5, 2025

**Honorable Federal Judge Leonard P. Stark**
**United States District Court**
**District of Delaware**

**Subject: Expression of Interest in Acquiring CITGO—Extension Request Deadline March 7, 2025 to a four-month. Case #: 1:17-mc-00151**

Your Honor,

I am writing to formally express Murzuq Oil's strong interest in acquiring CITGO as part of our strategic vision. As CEO and Founder, I have led our company's efforts to develop refining infrastructure globally, and CITGO presents a key opportunity to expand our footprint in the U.S. energy sector.

Since 2012, Murzuq Oil has pursued refinery acquisitions in developed markets, including a prior attempt to acquire Petroplus Holdings in France (2012-2014). Currently, we are engaged in negotiations across 16 African nations, including a 150k

www.murzuqoilandgas.com | www.murzuqoil.africa | www.murzuqoil.us



BPD refinery project in Niger and discussions on oil and gas infrastructure with the Nigerien government. Given our long-standing interest in acquiring a U.S. refinery, CITGO aligns perfectly with our strategic objectives.

Despite multiple formal requests, I have been unable to access CITGO's data room. Evercore doesn't collaborate with us, and my attempts to arrange access and complete the necessary documentation have gone unanswered, with phone calls abruptly terminated. I am concerned that this lack of transparency may impede fair participation in the process.

I respectfully request a deadline of March 7, 2025, to a four-month extension to ensure we can fully evaluate and prepare an informed acquisition proposal. This period will allow Murzuq Oil to finalize our financial and operational arrangements, complete necessary documentation, and work with U.S. Ambassadors to facilitate transparency; given that some of our filings require certified translations, we propose a bid for 12 billion USD to buy the whole of CITGO.

Murzuq Oil is a dynamic and financially capable enterprise. While we do not yet own a refinery, we have secured contracts to construct refineries in four African nations. Our proposed acquisition of CITGO is backed by a robust financial plan, with an estimated valuation exceeding $80 billion and a commitment to ensuring that all creditor obligations are met within five years.

Murzuq Oil is well-positioned to revitalize CITGO, strengthen the U.S. energy sector, and create additional jobs. I welcome the opportunity to discuss our financial credentials



and acquisition strategy in further detail. Please let me know a convenient time for further discussions.

I respectfully request that any creditor not be authorized to bid to purchase CITGO because the creditor wants CITGO to be cut into pieces; CITGO is a strategic company.

I appreciate your time and consideration and look forward to your response.

Sincerely,

March 5, 2025

JOMODE ELIE GETTY

CEO & Founder Murzuq Oil

www.murzuqoilandgas.com | www.murzuqoil.africa | www.murzuqoil.us