# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
CRYSTALLEX INTERNATIONAL CORP.,  )
                                 )
         Plaintiff,              )
                                 )
    v.                           )   Misc. No. 17-151-LPS
                                 )
BOLIVARIAN REPUBLIC OF VENEZUELA,)
                                 )
         Defendant.              )
---------------------------------------------------------------

## NOTICE OF SPECIAL MASTER'S
## FORTHCOMING RECOMMENDATION

Robert B. Pincus, in his capacity as special master (the "**Special Master**") for the United States District Court for the District of Delaware (the "**Court**") in *Crystallex International Corp. v. Bolivarian Republic of Venezuela* (D. Del. Case. No. 17-151-LPS), with the assistance of his advisors, and in consultation with the Sale Process Parties, has selected his recommended bid, pursuant to the *Memorandum Order Regarding Sale Process and Litigation* dated December 31, 2024 (D.I. 1517).

Given the numerous documents that need to be finalized and filed in connection with the recommendation, including the long-form recommendation, the Special Master will not be in a position to finalize and publicly file all of those documents tonight.  Accordingly, the Special Master respectfully requests the Court's permission to file his recommendation along with all of the associated filings, including the executed Stock Purchase Agreement ("**SPA**"), as soon as practicable tomorrow (i.e., Friday, March 21, 2025).

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Matthew S. Barr (Admitted *pro hac vice*)<br>David Lender (Admitted *pro hac vice*)<br>Jared R. Friedmann (Admitted *pro hac vice*)<br>Chase A. Bentley (Admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Matt.Barr@weil.com<br>David.Lender@weil.com<br>Jared.Friedmann@weil.com<br>Chase.Bentley@weil.com | By: */s/ Myron T. Steele*<br>    Myron T. Steele (#0002)<br>    Matthew F. Davis (#4696)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    Facsimile: (302) 658-1192<br>    msteele@potteranderson.com<br>    mdavis@potteranderson.com<br>    bpalapura@potteranderson.com |
| Dated: March 20, 2025<br>12126354/ 21202.00001 | *Counsel for Special Master Robert B. Pincus* |