# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF ) <br> VENEZUELA, ) <br> ) <br> Defendant. ) | Misc. No. 17-151-LPS |

## NOTICE OF FILING OF
## STALKING HORSE BID MATERIALS RECEIVED BY SPECIAL MASTER

**PLEASE TAKE NOTICE THAT**, pursuant to the *Memorandum Order Regarding Sale Process and Litigation* dated December 31, 2024 (D.I. 1517) (the "**December 2024 Order**"), the Special Master hereby files the stalking horse bid materials submitted by the three (3) bidders not recommended as the stalking horse by the Special Master (the "**Other Bid Materials**").[1] *See* D.I. 1517 ¶ 23. The Special Master separately filed the bid letter submitted by the recommended stalking horse as an exhibit to the *Notice of Special Master's Recommendation of Stalking Horse* (D.I. 1596). The Other Bid Materials attached hereto contain minimal redactions intended to preserve the confidentiality of the bidder's identity and any other sensitive information. *See id*. The Other Bid Materials submitted by: (i) bidder A are attached hereto as **Exhibit A**; (ii) bidder B are attached hereto as **Exhibit B**; and (iii) bidder C are attached hereto as **Exhibit C**.

---

[1] The Other Bid Materials attached hereto do not include the financing commitment letters submitted by the applicable bidders, if any.

|  | Respectfully submitted, |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Myron T. Steele* |
|  | Myron T. Steele (#0002) |
| Matthew S. Barr (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| David Lender (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Jared R. Friedmann (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| Chase A. Bentley (Admitted *pro hac vice*) | 1313 North Market Street |
| WEIL, GOTSHAL & MANGES LLP | P.O. Box 951 |
| 767 Fifth Avenue | Wilmington, DE 19801 |
| New York, New York 10153 | Telephone: (302) 984-6000 |
| Telephone: (212) 310-8000 | Facsimile: (302) 658-1192 |
| Facsimile: (212) 310-8007 | msteele@potteranderson.com |
| Matt.Barr@weil.com | mdavis@potteranderson.com |
| David.Lender@weil.com | bpalapura@potteranderson.com |
| Jared.Friedmann@weil.com |  |
| Chase.Bentley@weil.com | *Counsel for Special Master Robert B. Pincus* |

Dated: March 21, 2025
12126207 / 21202.00001