## Exhibit A

**PUBLIC VERSION**

Case 1:17-mc-00151-LPS   Document 1618-1   Filed 03/25/25   Page 2 of 2 PageID #: 39174

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**