# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF ) <br> VENEZUELA, ) <br> ) <br> Defendant. ) | Misc. No. 17-151-LPS |

## NOTICE OF FILING OF
## TRANSACTION SUPPORT AGREEMENT

**PLEASE TAKE NOTICE THAT**, pursuant to the *Memorandum Order* dated March 26, 2025 (D.I. 1625) (the "**March 26 Order**"), the Special Master[1] hereby files that certain Amended and Restated Transaction Support Agreement[2] dated March 21, 2025 (the "**TSA**"), attached hereto as **Exhibit A**. *See* D.I. 1625 at 1–2.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 481) (the "**Sale Procedures Order**").

[2] Pursuant to the March 26 Order, redactions to the TSA include only "personal contact information in the TSA's notice clause [and] the proposed direction and indemnity agreement." *See* D.I. 1625 at 2 (citing D.I. 1613 at 1).

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ Myron T. Steele* |
| Matthew S. Barr (Admitted *pro hac vice*) | Myron T. Steele (#0002) |
| David Lender (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| Jared R. Friedmann (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Chase A. Bentley (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| WEIL, GOTSHAL & MANGES LLP | 1313 North Market Street |
| 767 Fifth Avenue | P.O. Box 951 |
| New York, New York 10153 | Wilmington, DE 19801 |
| Telephone: (212) 310-8000 | Telephone: (302) 984-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (302) 658-1192 |
| Matt.Barr@weil.com | msteele@potteranderson.com |
| David.Lender@weil.com | mdavis@potteranderson.com |
| Jared.Friedmann@weil.com | bpalapura@potteranderson.com |
| Chase.Bentley@weil.com | |
| | *Counsel for Special Master Robert B. Pincus* |

Dated: March 27, 2025
12141047 / 21202.00001