IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| *Plaintiff*, | ) ) ) No. 1:17-mc-00151-LPS |
| v. | ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) |
| *Defendant*. | ) ) ) |

**THE VENEZUELA PARTIES' RESPONSE TO ORDER REGARDING REDACTIONS**

In conformity with this Court's April 1, 2025 Order, D.I. 1648, the Bolivarian Republic of Venezuela (the "Republic"), Petróleos de Venezuela, S.A. ("PDVSA"), PDV Holding, Inc. ("PDVH"), and CITGO Petroleum Corporation ("CITGO") (together with the Republic, PDVSA, and PDVH, the "Venezuela Parties") respectfully submit this response regarding their proposed redactions to portions of the Venezuela Parties' Objection to the Special Master's Recommendation of Stalking Horse ("Objection"), D.I. 1639, and Motion for a Short Stay of the Sale Process ("Motion to Stay"), D.I. 1642.

As explained in the Venezuela Parties' letter in support of their proposed redactions, D.I. 1646, the Venezuela Parties sealed narrow portions of both the Objection and the Motion to Stay pursuant to this Court's Confidentiality Order, D.I. 291, because they referred to information that was disclosed to the Sale Process Parties by the Special Master about his negotiations with bidders during the stalking horse round. D.I. 1646 at 1–2. The Special Master has repeatedly told the Venezuela Parties that he considers such information confidential under the Confidentiality Order and has instructed the Venezuela Parties not to disclose it in public filings. *See e.g.*, D.I. 1376 at 2

(CITGO, PDVH, and PDVSA's motion for leave to file confidential information under seal based on the Special Master's instruction to do so); D.I. 291 ¶ 1; *id.* ¶¶ 4, 8 (prohibiting parties from disclosing, summarizing, describing, or characterizing "non-public, confidential, proprietary, or commercially sensitive information" to anyone other than the Court, the Sale Process Parties, or "other persons whom the Special Master agrees may possess Confidential Information").

The Venezuela Parties take no position on whether the information should remain under seal. Counsel for the Venezuela Parties contacted the Special Master's counsel and Gold Reserve, Inc.'s counsel for their positions regarding keeping this information redacted. Gold Reserve has no objection to unsealing this information, and the Special Master does not request that the information remain under seal or take a position on whether it should remain under seal.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Alexandra M. Cumings* |
| OF COUNSEL: | Susan W. Waesco (#4476) |
| Nathan P. Eimer | Alexandra M. Cumings (#6146) |
| Lisa S. Meyer | Kirk Andersen (#7156) |
| Daniel D. Birk | 1201 North Market Street |
| Gregory M. Schweizer | Wilmington, DE 19801 |
| Hannah Bucher | (302) 658-9200 |
| EIMER STAHL LLP | SWaesco@morrisnichols.com |
| 224 South Michigan Avenue | ACumings@morrisnichols.com |
| Suite 1100 | KAndersen@morrisnichols.com |
| Chicago, IL 60604 | |
| (312) 660-7600 | *Attorneys for PDV Holding, Inc. and* |
| NEimer@eimerstahl.com | *CITGO Petroleum Corporation* |
| LMeyer@eimerstahl.com | |
| DBirk@eimerstahl.com | |
| GSchweizer@eimerstahl.com | |
| HBucher@eimerstahl.com | |

| | |
|---|---|
| OF COUNSEL:<br>Joseph D. Pizzurro<br>Kevin A. Meehan<br>Juan O. Perla<br>David V. Holmes<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue New York, NY 10178<br>(212) 696-6000<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>jperla@curtis.com<br>dholmes@curtis.com | HEYMAN ENERIO GATTUSO & HIRZEL LLP<br><br>*/s/ Brendan Patrick McDonnell*<br>Samuel Taylor Hirzel, II (#4415)<br>Brendan Patrick McDonnell (#7086)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>shirzel@hegh.law<br>bmcdonnell@hegh.law<br><br>*Attorneys for Petróleos de Venezuela, S.A.* |
| OF COUNSEL:<br>Donald B. Verrilli, Jr.<br>Elaine J. Goldenberg<br>Ginger D. Anders<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW<br>Suite 500 E<br>Washington, D.C. 20001<br>(202) 220-1100<br>Donald.Verrilli@mto.com<br>Elaine.Goldenberg@mto.com<br>Ginger.Anders@mto.com<br><br>George M. Garvey<br>Adeel Mohammadi<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100<br>George.Garvey@mto.com<br>Adeel.Mohammadi@mto.com<br><br>April 2, 2025 | ABRAMS & BAYLISS LLP<br><br>*/s/ Christopher Fitzpatrick Cannataro*<br>A. Thompson Bayliss (#4379)<br>Christopher Fitzpatrick Cannataro (#6621)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>(302) 778-1000<br>bayliss@abramsbayliss.com<br>cannataro@abramsbayliss.com<br><br>*Attorneys for Bolivarian Republic of Venezuela* |

3