IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> - against - <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Civil Action No. 17-mc-00151-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Tyler Myers of Paul, Weiss, Rifkind, Wharton & Garrison LLP, to represent BlackRock Financial Management, Inc. and its affiliates, on behalf of certain client funds and accounts under management, and Contrarian Capital Management, L.L.C., also on behalf of client funds and accounts that it manages, as holders of bonds issued by Petróleos de Venezuela, S.A. (the "Bondholders") and Intervenors in this matter, pursuant to the order granted December 12, 2019. (D.I. 154).

Dated: Wilmington, Delaware
April 8, 2025

                                             PAUL, WEISS, RIFKIND,
                                                WHARTON & GARRISON LLP

                                             By:   */s/ Daniel A. Mason*
                                                    Daniel A. Mason (#5206)
                                            1313 North Market Street, Suite 806
                                            Post Office Box 32
                                            Wilmington, Delaware  19801-6101
                                            Tel:    (302) 655-4410
                                            Fax:   (302) 655-4420
                                            Email:  dmason@paulweiss.com

                                            *Attorneys for Intervenor Bondholders*

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                           United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the *Revised Standing Order for District Court Fund* effective January 1, 2024, I further certify that the fee of $50.00 will be paid to the Clerk's office upon the filing of this motion.

Dated: April 8, 2025

/s/ Tyler B. Myers
Tyler B. Myers
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email: tmyers@paulweiss.com