IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| Defendant. | ) |

**SPECIAL MASTER'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Special Master Robert B. Pincus respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys may bring their personal electronic devices to the April 17, 2025 hearing regarding argument on Objections to the Special Master's Recommendation in this matter: Matthew S. Barr, Aaron Curtis, Jared R. Friedmann, Chase A. Bentley and Catherine Balido (collectively "Lead Counsel").

Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

<table>
<tr><td>

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Dated: April 11, 2025
12165889 / 21202.00001

</td><td>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Myron T. Steele*
    Myron T. Steele (#0002)
    Matthew F. Davis (#4696)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile: (302) 658-1192
    msteele@potteranderson.com
    mdavis@potteranderson.com
    bpalapura@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

</td></tr>
</table>

IT IS SO ORDERED this ___ day of _____, 2025.

_____
The Honorable Leonard P. Stark
Circuit Judge, United States Court of Appeals
for the Federal Circuit