IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:17-mc-00151-LPS |

**ORDER GRANTING CONOCOPHILLIPS'
MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF
DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Motion for Exemption of Persons From the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion") filed by ConocoPhillips,

IT IS SO ORDERED this 14th day of April, 2025 that:

1. The Motion is GRANTED

2. For purposes of the April 17, 2025 hearing in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

   i. **Marcus J. Green**, Counsel for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.;

   ii. **Richard G. Mason**, Counsel for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.;

   iii. **Michael H. Cassel**, Counsel for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.;

   iv. **Lindsey Raspino**, Counsel for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.

2

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

*Leonard P. Stark* (signature)

The Honorable Leonard P. Stark