# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Alexandra Cumings
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

April 15, 2025

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

   Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
     No. 1:17-mc-00151-LPS

Dear Judge Stark:

Pursuant to the Court's April 14, 2025 Order (D.I. 1713), please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for April 17, 2025, at 10:00 a.m. in Wilmington, Delaware:

   Dial In:  305-224-1968
   Passcode: 864068
   Meeting ID: 854 0482 1256

           Respectfully submitted,

           */s/ Alexandra M. Cumings*

           Alexandra M. Cumings (#6146)

cc: All Counsel of Record