Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

April 24, 2025.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Subject: Questionnaire presented to Special Master Robert Pincus by Leroy Garrett Member of Petroamigos de Venezuela.
Case: 1:17-mc-00151-LPS.

Dear Mr. Lohan,

I am writing to formally request that the attached questionnaire be docketed in the above-described case. The questionnaire, addressed to the Special Master Robert Pincus for his responses pertains to the same mentioned case CRYSTALLEX INTERNATIONAL CORP versus BOLIVARIAN REPUBLIC OF VENEZUELA.

Thank you for your attention to this matter. I appreciate your assistance and look forward to your confirmation of receipt and docketing.

Sincerely,

*[signature]*

Dr. Leroy A. Garrett