# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Case No. 1:17-mc-151-LPS |

## NOTICE OF WITHDRAWAL

Please take notice that Cody T. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws his appearance in this case as counsel of record for the United States, due to his impending departure from the Department. The United States will continue to be represented in this case by the other attorneys from the Department of Justice who have entered appearances.

Dated: May 9, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Cody T. Knapp*
CODY T. KNAPP
Trial Attorney (NY #5715438)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 514-1318
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

- 2 -

*Counsel for the United States*