IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

CRYSTALLEX INTERNATIONAL CORP., )
)
      Plaintiff, )
)
v. )   Misc. No. 17-151-LPS
)
BOLIVARIAN REPUBLIC OF VENEZUELA, )
)
      Defendant. )

---

**ORDER APPROVING FEES AND EXPENSES
SUBMITTED BY SPECIAL MASTER**

Upon consideration of the itemized statement of fees and expenses submitted by the Court-appointed Special Master by letter dated April 24, 2025 (the "***Itemized Statement***"), and pursuant to the Court's Order Regarding Special Master [D.I. 277], and it appearing that no Party or Sales Process Party has filed timely objections to the Itemized Statement;

IT IS HEREBY ORDERED this 15th day of May, 2025, that:

1.    The Court finds the fees and expenses in the Itemized Statement are regular and reasonable, and the Itemized Statement is approved.

2.    The Court hereby approves fees and expenses in the amount of $1,765,602.94 for the period of January 1, 2025 to January 31, 2025.

3.    Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order Regarding Special Master.

_____
The Honorable Leonard P. Stark
United States District Judge