## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                Defendant. | Case No. 17-mc-151-LPS |
| GOLD RESERVE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                Defendant. | Case No. 22-mc-453-LPS |

## GOLD RESERVE'S RESPONSE TO THE VENEZUELA PARTIES' MOTION FOR AN EXTENSION

In response to the Venezuela Parties' Motion for an Extension of the Topping Period (D.I. 1757), Gold Reserve Inc. n/k/a Gold Reserve Ltd. ("Gold Reserve") confirms that it supports the Venezuela Parties' request.  Gold Reserve, like Rusoro (D.I. 1765), believes that an extension is likely to be consistent with the Court's objective of achieving a value maximizing transaction.

Dated: May 26, 2025

Respectfully submitted,

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP**<br><br>By:  */s/ Kevin J. Mangan*<br>_____<br>Kevin J. Mangan (#3810) | |

1

Matthew P. Ward (#4471)
Stephanie S. Riley (#5803)
1313 N. Market St., Suite 1200
Wilmington, DE 19801
Telephone: 302-252-4320
Kevin.mangan@wbd-us.com
Matthew.ward@wbd-us.com
Stephanie.riley@wbd-us.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Matthew H. Kirtland (*pro hac vice*)
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: 202-662-0200
Matthew.kirtland@nortonrosefulbright.com

- and -

Katherine G. Connolly (*pro hac vice*)
555 California Street, Suite 3300
San Francisco, CA 94101
Telephone: 628-231-6816
Katie.connolly@nortonrosefulbright.com

*Attorneys for Gold Reserve*