**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:17-mc-00151-LPS |
| | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**CITGO PETROLEUM CORPORATION AND PDV HOLDING, INC.'S**
**RESPONSE TO RED TREE INVESTMENTS LLC'S MOTION**
**FOR AN ORDER ENTERING A DISCOVERY SCHEDULE**

CITGO Petroleum Corporation and PDV Holding, Inc. (the "CITGO Parties") generally

support Red Tree Investments LLC ("Red Tree")'s Motion for an Order Entering a Discovery

Schedule but write to make one clarification and one objection to the proposed schedule.[1]

First, the CITGO Parties have served three sets of Requests for Production on the Special

Master (October 16, 2024; March 25, 2025; May 8, 2025) and one set each on Red Tree and the

2020 Bondholders (May 8, 2025). The CITGO Parties served these requests well in advance of the

Special Master's deadline to make a Final Recommendation, and well in advance of the deadlines

in Red Tree's proposed schedule, in keeping with the Court's orders urging the parties to undertake

discovery as soon as possible. D.I. 1517 ¶ 19; D.I. 1554 at 3–4. As noted in the preface to Red

Tree's proposed schedule (D.I. 1756-1), the Red Tree schedule does not supersede the Court's

---

[1] CITGO further submits this response with the understanding that the dates in Red Tree's proposed schedule may be adjusted to reflect any change in the existing sale process schedule made as a result of the Court's initial extension of the topping period to June 2, 2025, D.I. 1769, and the Special Master's assent to a further 21-day extension of the topping period, *see* D.I. 1770 at 2, as proposed in the Venezuela Parties' Motion for an Extension of the Topping Period (D.I. 1757).

prior orders regarding discovery nor excuse the parties from whom the CITGO Parties have sought discovery from responding as quickly as possible. The Red Tree schedule applies principally to discovery requests made after, and in response to, the Final Recommendation. The June 20, 2025 deadline to complete productions in response to previously-served discovery requests must be understood as a backstop only – *i.e.*, it does not entitle parties from whom the CITGO Parties have sought discovery to delay responses until June 20 if their productions can be made sooner. With that understanding, and subject to the objection described below, the CITGO Parties do not oppose Red Tree's schedule.

Second, and relatedly, footnote 1 to Red Tree's proposal says that June 20 is a "targeted" deadline with respect to the Special Master. D.I. 1756-1 at 3, n. 1. The CITGO Parties believe this should be a firm deadline. The principal requests this issue relates to are the CITGO Parties' requests to the Special Master seeking his communications with bidders and evaluation of bids. Those documents will be generated throughout the topping period and until the Special Master makes his Final Recommendation on June 11. To avoid prejudice to the CITGO Parties in responding to the Final Recommendation, this production needs to happen very soon after June 11, given the July 22 hearing date. The Special Master's production of topping period bidder communications and bid evaluation documents should begin immediately after June 11 and be completed *on or before* June 20. The CITGO Parties understand the demands this places on the Special Master's counsel, but to receive the Special Master's document production any later would prejudice the CITGO Parties in preparing for the hearing. Therefore, the June 20 deadline in Red Tree's proposed schedule must be a firm deadline for the Special Master, not merely a "targeted" one.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Alexandra M. Cumings*
OF COUNSEL:                             Susan W. Waesco (#4476)
Nathan P. Eimer                         Alexandra M. Cumings (#6146)
Lisa S. Meyer                           Kirk Andersen (#7156)
Daniel D. Birk                          1201 North Market Street
Gregory M. Schweizer                    Wilmington, DE 19801
Hannah Bucher                           (302) 658-9200
EIMER STAHL LLP                         SWaesco@morrisnichols.com
224 South Michigan Avenue               ACumings@morrisnichols.com
Suite 1100                              KAndersen@morrisnichols.com
Chicago, IL 60604
(312) 660-7600                          *Attorneys for PDV Holding, Inc. and*
NEimer@eimerstahl.com                   *CITGO Petroleum Corporation*
LMeyer@eimerstahl.com
DBirk@eimerstahl.com
GSchweizer@eimerstahl.com
HBucher@eimerstahl.com


May 28, 2025

3