IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 17-mc-151-LPS |
| RUSORO MINING LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 21-mc-481-LPS |
| GOLD RESERVE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 22-mc-453-LPS |

**FURTHER SUBMISSION OF GOLD RESERVE AND RUSORO IN SUPPORT OF THE VENEZUELA PARTIES' MOTION FOR AN EXTENSION**

Pursuant to the Court's Oral Order (D.I. 1769), and having reviewed the submission of the Special Master (D.I. 1770) in support of the Venezuela Parties' Motion for an Extension of the Topping Period (D.I. 1757), Gold Reserve Inc. n/k/a Gold Reserve Ltd. and Rusoro Mining Ltd. reiterate their-previously-stated support for the Venezuela Parties' motion.

Dated: May 28, 2025

Respectfully submitted,

| **WOMBLE BOND DICKINSON (US) LLP**<br><br>By: /s/ *Kevin J. Mangan*<br>Kevin J. Mangan (#3810)<br>Matthew P. Ward (#4471)<br>Stephanie S. Riley (#5803)<br>1313 N. Market St., Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-252-4320<br>kevin.mangan@wbd-us.com<br>matthew.ward@wbd-us.com<br>stephanie.riley@wbd-us.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Matthew H. Kirtland (*pro hac vice*)<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001<br>Telephone: 202-662-0200<br>matthew.kirtland@nortonrosefulbright.com<br><br>Katherine G. Connolly (*pro hac vice*)<br>One Embarcadero Center, Suite 1050<br>San Francisco, CA 94111<br>Telephone: 628-231-6816<br>katie.connolly@nortonrosefulbright.com<br><br>- and -<br><br>Taylor LeMay (*pro hac vice*)<br>1550 Lamar Street, Suite 2000<br>Houston, TX 77010<br>Telephone: 713-651-5151<br>taylor.LeMay@nortonrosefulbright.com<br><br>*Attorneys for Gold Reserve Ltd.* | **DLA Piper LLP (US)**<br><br>By: /s/ *R. Craig Martin*<br>R. Craig Martin (#005032)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801<br>Telephone: 302-468-5655<br>Fax: 302-778-7834<br>craig.martin@us.dlapiper.com<br><br>- and -<br><br>James E. Berger (*pro hac vice*)<br>Charlene C. Sun (*pro hac vice*)<br>Joshua S. Wan (*pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-335-4715<br>Fax: 212-884-8715<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com<br>joshua.wan@us.dlapiper.com<br><br>*Attorneys for Rusoro Mining Ltd.* |