# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| Plaintiff, | : |
| v. | : Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : |
| Defendant. | : |

## ORDER

Having reviewed the Venezuela Parties' Motion to Extend the Topping Period (D.I. 1757), and having considered the additional briefs received in connection with the Motion (D.I. 1759-65, 1767-68, 1770, 1773-74, 1777), and it appearing that recent events have caused new groups of bidders to become interested in participating in the Marketing Process, and that the Special Master now believes a 21 day extension of the Topping Period "may lead to a more robust bidding process through the submission of new and improved topping bids" (D.I. 1770 at 2), and that a brief extension may support the ultimate goal of achieving maximum value for the PDVH Shares,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The following dates and deadlines shall apply for the remainder of the Marketing Process:

| Event | Date |
|---|---|
| Topping Period Launch | **April 28, 2025** |
| Conclusion of Topping Period | **June 18, 2025** |
| Deadline for Special Master to submit his Final Recommendation | **June 27, 2025** |
| Deadline for the filing of any objections to the Special Master's Final Recommendation | **July 3, 2025** |
| Deadline for the filing of responses to objections to the Special Master's Final Recommendation | **July 11, 2025** |
| Deadline for the filing of replies regarding any objections to the Special Master's Final Recommendation | **July 16, 2025** |
| Deadline for Special Master to submit Joint Status Report | **July 16, 2025** |
| Conclusion of the discovery period | **July 18, 2025** |
| Commencement of the Sale Hearing | **July 22, 2025** |

May 30, 2025  
Wilmington, Delaware

_____  
HONORABLE LEONARD P. STARK  
UNITED STATES DISTRICT COURT