# EXHIBIT A

## VENEZUELA PARTIES' PROPOSED ALTERNATIVE SCHEDULE

| Event | Special Master's Proposed Deadline | VPs Alternative Deadline |
|---|---|---|
| Deadline for the Special Master to submit his Final Recommendation | Wednesday, July 2 ("**Rec**") | Wednesday, July 2 [with any SM witness declarations] |
| Deadline to serve written discovery on the party (or parties) whose bid is selected as the Final Recommendation | Monday, July 7 (Rec + 5 days) | Monday, July 7 |
| Opening expert reports due | Monday, July 7 (Rec + 5 days) | Monday, July 7 |
| Deadline for the filing of any notice and brief description of objections to the Special Master's Final Recommendation | | Monday, July 7 |
| ~~Deadline for the filing of any objections to the Special Master's Final Recommendation~~ | ~~Wednesday, July 9 (Rec + 7 days)~~ | |
| Deadline for any Competing Objector to disclose its own bid materials (such materials to be commensurate with those disclosed by the Special Master of the recommended bid)[1] | Wednesday, July 9 (Rec + 7 days) | Monday, July 7 |
| Deadline to serve written discovery on a Competing Objector | Friday, July 11 (Rec + 9 days) | Wednesday, July 9 |
| Deadline to serve responses and objections for discovery requests served after the Final Recommendation | Tuesday, July 15 (Rec + 13 days) | Friday, July 11 |
| Deadline to meet and confer regarding the scope of discovery to be produced in response to discovery requests served after submission of the Final Recommendation | Wednesday, July 16 (Rec + 14 days) | Monday, July 14 |

---

[1] A Competing Objector is any party objecting to the Final Recommendation on the basis that its bid should have been selected as the Final Recommendation instead.

| Event | Special Master's Proposed Deadline | VPs Alternative Deadline |
|---|---|---|
| Deadline to serve witness disclosures pursuant to FRCP 26(a)(3) | Friday, July 18 (Rec + 16 days) | Monday, July 14 |
| Deadline to notice witness depositions | Monday, July 21 (Rec + 19 days) | Tuesday, July 15 |
| Deadline to complete document productions in response to discovery requests served before the submission of the Final Recommendation | | Tuesday, July 15 |
| Deadline to serve responsive expert reports | Monday, July 21 (Rec + 19 days) | Thursday, July 17 |
| ~~Deadline to complete document productions in response to discovery requests served before the submission of the Final Recommendation and substantially complete document productions in response to discovery requests served after the submission of the Final Recommendation~~ | ~~Tuesday, July 22 (Rec + 20 days)~~ | [split into separate deadlines] |
| Deadline to complete document productions in response to discovery requests served after the submission of the Final Recommendation | | Friday, July 18 |
| Deadline to serve reply expert reports, if any | Friday, July 25 (Rec + 23 days) | Monday, July 21 |
| Conclusion of the discovery period | Thursday, July 31 (Rec + 29 days) | Monday, July 23 |
| Deadline for the filing of any objections to the Special Master's Final Recommendation, with exhibits objecting party proposes to introduce into evidence | | Tuesday, July 28 |
| Deadline for the filing of responses to objections to the Special Master's Final Recommendation, with exhibits responding party proposes to introduce into evidence | Friday, August 1 (Rec + 30 days) | Wednesday, August 6 |

| Event | Special Master's Proposed Deadline | VPs Alternative Deadline |
|---|---|---|
| and objections to exhibits of objecting party | | |
| Deadline for the filing of replies regarding any objections to the Special Master's Final Recommendation, with objections to responding party's exhibits | Friday, August 8 (Rec + 37 days) | Wednesday, August 13 |
| ~~Deadline for the filing of sur-replies to replies regarding any objections to the Special Master's Final Recommendation (only to the extent new arguments are raised in reply briefing)~~ | ~~Tuesday, August 12 (Rec + 41 days)~~ | |
| Deadline for the Special Master to submit Joint Status Report[2] | Tuesday, August 12 (Rec + 41 days) | Thursday, August 14 |
| ~~Deadline to disclose exhibits pursuant to FRCP 26(a)(3)~~ | ~~Tuesday, August 12 (Rec + 41 days)~~ | [combined with substantive briefs] |
| ~~Deadline to serve objections to FRCP 26(a)(3) exhibit disclosures~~ | ~~Thursday, August 14 (Rec + 43 days)~~ | [combined with substantive briefs] |
| Commencement of the Sale Hearing | Monday, August 18 (Rec + 47 days) | Monday, August 18 |

---

[2] The Court previously ordered that the Special Master's Joint Status Report should include a witness list and allocation of time across parties. D.I. 1741 ¶ 3.