# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPROVING FEES AND EXPENSES
## SUBMITTED BY SPECIAL MASTER

Upon consideration of the itemized statement of fees and expenses submitted by the Court-appointed Special Master by letter dated June 11, 2025 (the "*Itemized Statement*"), and pursuant to the Court's Order Regarding Special Master [D.I. 277],

IT IS HEREBY ORDERED this 13th day of June, 2025, that:

1. The Court, having considered any objections or comments from the Sale Process Parties, finds the fees and expenses in the Itemized Statement are regular and reasonable, and the Itemized Statement is approved.

2. The Court hereby approves fees and expenses in the amount of $1,911,055.09 for the period of February 1, 2025 to February 28, 2025.

3. Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order Regarding Special Master.

_____
The Honorable Leonard P. Stark
United States District Judge