## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 17-mc-151-LPS |

### [PROPOSED] ORDER

Having reviewed Gold Reserve's Letter Motion for Emergency Relief (D.I. 1816), and consistent with this Court's standing invitation for the Executive Branch of the United States Government to provide input at any and all stages of this action (D.I. 154 at 23),

**IT IS HEREBY ORDERED** that:

1. The Letter Motion for Emergency Relief is GRANTED.

2. The Court invites OFAC to clarify and/or confirm whether it intends to continue to suspend GL-5 beyond the date of the expected Closing of the Sale Transaction, which information OFAC can provide to the Court via a letter filing.

3. Counsel for Gold Reserve is directed to deliver a copy of this Order to OFAC on today's date, with a copy to counsel for the Special Master.

The Court respectfully requests that OFAC provide any such information to the Court as soon as is practicable and, if possible, given the existing schedule in the Sale Process, within three (3) days of the date of this Order.

June ___, 2025  
Wilmington, Delaware

                                                                                                                                                                   _____  
                                                                                                                                                                    HONORABLE LEONARD P. STARK  
                                                                                                                                                                    UNITED STATES DISTRICT COURT