**Exhibit A: Follow-Up Communication (D.I. 1751, filed May 14, 2025).**

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., Plaintiff, | ) ) ) |
| v. | ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | ) No. 1:17-mc-00151-LPS ) ) ) ) ) |

## INQUIRY IN SEEKING DUE RESPONSES TO QUESTIONNAIRE PRESENTED TO SPECIAL MASTER ROBERT PINCUS

### BY LEROY GARRETT MEMBER OF PETROAMIGOS DE VENEZUELA

I respectfully request expedited attention to this matter consider by the undersigned important on behalf of the ongoing sale process, the Special Master's responses to the below-described questions. The answers sought is crucial for legal, and statutory compliance concerning the current proceedings, ensuring procedural fairness, and memorialization of the ongoing court events.

Pursuant FRCP 53(f), which govern special masters, such rule requires them to act with "reasonable diligence" in performing duties, such as responding to inquiries or managing the sale process. Our inquiry expects such reasonable diligence from the Special Master for the sake of an entirely lawful, trusted and attainable sale process.

It has been understood by all parties participating in these proceedings that Special Master Pincus's mandate (per court order) includes evaluating bids, managing the data room (reopened December 18, 2024), and addressing stakeholder inquiries. For simple inquiries (e.g., clarifications on bidding procedures or FCSC transfer feasibility), a 14-day response is reasonable, aligning with Master Pincus's need to maintain an efficient sale process. Such timeframe has expired for our questionnaire, which is due for responses now.

The Delaware District Court Local Rules, specifically Rule 7.1.3, establishes a 14-day norm for timely responses in the Delaware court, influencing all timeframe expectations for submissions.

Unquestionably, we know for certain that Special Master Pincus, as a court-appointed officer, aligns with this standard for efficiency, especially for inquiries from recognized parties like the undersigned, to avoid unlawful imperfections impacting the sale process.

WHEREFORE, Pro se attorney respectfully requests that based on the public interest of the current sale to expedite the expected answers, which without reservations the undersigned consider of capital importance benefiting these proceedings.

*[signature]*

Dr. Leroy A. Garrett
Pro Se Attorney
Member of Petroamigos de Venezuela (ONG)
6725 S Fry Road Ste. 700-338
Katy Texas 77494
Tel.: (832) 652-7912
E-Mail: lry_garrett@yahoo.com