IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL
CORPORATION,

        Plaintiff,

  v.

BOLIVARIAN REPUBLIC
OF VENEZUELA,

        Defendant.

C.A. No. 17-mc-151-LPS

**CRYSTALLEX INTERNATIONAL CORPORATION'S OPPOSITION TO
DR. LEROY A. GARRETT'S MOTION TO COMPEL SPECIAL MASTER RESPONSE**

OF COUNSEL:

Robert L. Weigel
Jason W. Myatt
Rahim Moloo
Zachary Kady
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Tel:  (202) 955-8500
Fax:  (202) 467-0539

Dated:  June 30, 2025

Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
Travis S. Hunter (#5350)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Tel:  (302) 651-7700
Fax:  (302) 651-7701

*Attorneys for Plaintiff*

Crystallex respectfully submits this brief response to Dr. Leroy Garrett's self-styled "motion" to compel the Special Master to respond to his "questionnaires." D.I. 1817.

For the reasons stated in Crystallex's opposition to Dr. Garrett's motion for Rule 60 relief and intervention, the Court should deny Dr. Garrett's motion to intervene as untimely and unmeritorious. D.I. 1794. Then, the Court may simply deny Dr. Garrett's other pending motions as moot, or direct the Clerk to re-docket them as correspondence. These include his motion for Rule 60 relief, D.I. 1771, his "Motion for Preliminary Injunction or Stay of CITGO Sale," D.I. 1812, the instant "Motion to Compel Special Master Response," D.I. 1817, and any related submissions styled as motions or requests for substantive relief. Dr. Garrett is not a party in these proceedings, and he therefore cannot file motions seeking substantive relief. *See* D.I. 1226 ("[as] a non-party who has neither appeared nor moved to intervene, Mr. Freites cannot file motions seeking substantive relief in this case").

As the Court has done before when pro se nonparties have sought to interfere with the sale process, the Court should direct the Clerk not to docket any future submissions from Dr. Garrett as "motions" that require a response from the parties in these proceedings without leave of Court. Any further submissions from Dr. Garrett—or any other nonparty seeking to interfere with this Court's sale process at this late stage—should be docketed (if at all) only as correspondence. *See* D.I. 1226 ("[T]he Court agrees with Crystallex that Mr. Freites' letters are correspondence to the Court, and not motions, and should (and in the future will) be docketed accordingly."). This Court has repeatedly rejected similar attempts by pro se nonparties to interfere with these proceedings, and the Third Circuit summarily affirmed an oral order rejecting one of those prior attempts. *See, e.g.*, D.I. 426 (oral order denying Adelso Adrianza's motion to intervene); Dkt. 19-1, *Crystallex*

1

*Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 24-2801 (3d Cir. Nov. 21, 2024) (order granting Crystallex's motion to summarily affirm order denying Adrianza's motion to intervene).

For these reasons, Crystallex respectfully submits that Dr. Garrett's motion to intervene should be denied, all other pending "motions" should be denied as moot or re-docketed as correspondence, and any further submissions from Dr. Garrett should be docketed only as correspondence.

| | |
|---|---|
| | _/s/ Travis S. Hunter_ |
| OF COUNSEL: | Raymond J. DiCamillo (#3188) |
| | Jeffrey L. Moyer (#3309) |
| Robert L. Weigel | Travis S. Hunter (#5350) |
| Jason W. Myatt | RICHARDS, LAYTON & FINGER, P.A. |
| Rahim Moloo | One Rodney Square |
| Zachary Kady | 920 North King Street |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, Delaware  19801 |
| 200 Park Avenue | (302) 651-7700 |
| New York, New York  10166 | dicamillo@rlf.com |
| (212) 351-4000 | moyer@rlf.com |
| | hunter@rlf.com |
| Miguel A. Estrada | |
| Lucas C. Townsend | _Attorneys for Plaintiff_ |
| Adam M. Smith | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1700 M Street, N.W. | |
| Washington, D.C.  20036 | |
| Tel:  (202) 955-8500 | |
| Fax:  (202) 467-0539 | |

Dated: June 30, 2025

3