# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
|   *Plaintiff*, ) | |
| ) | No. 1:17-mc-00151-LPS |
|   v. ) | |
| ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, ) | |
| ) | |
|   *Defendant*. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Citgo Petroleum Corporation and PDV Holdings, Inc.'s Objections and Responses to Red Tree Investments, LLC's First Set of Requests for Production was caused to be served on June 30, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Samuel T. Hirzel, II<br>Jamie L. Brown<br>Aaron M. Nelson<br>Gillian L. Andrews<br>Brendan Patrick McDonnell<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue,<br>Suite 200<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Laura Davis Jones<br>Peter J. Keane<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, Suite 1700<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | *VIA ELECTRONIC MAIL* |

Jody C. Barillare  
Brian Loughnane  
MORGAN, LEWIS & BOCKIUS LLP  
1201 N. Market Street, Suite 2201  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL*

Rebecca L. Butcher  
Jennifer L. Cree  
LANDIS RATH & COBB LLP  
919 Market Street, Suite 1800  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL*

Kevin J. Mangan  
WOMBLE BOND DICKINSON (US) LLP  
1313 N. Market St., Suite 1200  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL*

R. Craig Martin  
DLA PIPER LLP (US)  
1201 North Market Street  
Suite 2100  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL*

Marie M. Degnan  
ASHBY & GEDDES  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE  19899  

*VIA ELECTRONIC MAIL*

Travis S. Hunter  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Phillip Reytan* <br> Susan W. Waesco (#4476) <br> Alexandra M. Cumings (#6146) <br> Phillip Reytan (#7255) <br> 1201 North Market Street <br> Wilmington, DE 19801 <br> (302) 658-9200 <br> SWaesco@morrisnichols.com <br> ACumings@morrisnichols.com <br> Preytan@morrisnichols.com <br><br> *Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation* |
| Nathan P. Eimer <br> Lisa S. Meyer <br> Daniel D. Birk <br> Gregory M. Schweizer <br> Hannah Bucher <br> EIMER STAHL LLP <br> 224 South Michigan Avenue <br> Suite 1100 <br> Chicago, IL 60604 <br> (312) 660-7600 <br> NEimer@eimerstahl.com <br> LMeyer@eimerstahl.com <br> DBirk@eimerstahl.com <br> GSchweizer@eimerstahl.com <br> HBucher@eimerstahl.com | |

July 1, 2025