Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

June 1, 2025.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Subject; Notice of Conferral
by Leroy Garrett Member of Petroamigos de Venezuela.
**Case**: 1:17-mc-00151-LPS.

Dear Mr. Lohan,

I am writing to formally request that the attached UNIFIED RESPONSE TO CRYSTALLEX INTERNATIONAL CORPORATION'S OPPOSITION (D.I. 1829) AND SPECIAL MASTER ROBERT B. PINCUS'S OPPOSITION (D.I. 1831) to be docketed in the above-described case. Such notice, addressed to Crystallex International Corporation attorneys pertains to the same mentioned case CRYSTALLEX INTERNATIONAL CORP versus BOLIVARIAN REPUBLIC OF VENEZUELA.

I am also I appreciate your assistance to have docketed the documents carried by UPS to the attention to the court (# 1ZX156260393345925) received on July 1st, 2025. The latter ones came without cover letter and I am taking the opportunity to apologize for any inconvenience, such omission won't happen againg.

Thank you for your attention to this matter. I appreciate your assistance and look forward to your confirmation of receipt and docketing.

Sincerely,

*[signature]*

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Member of Petroamigos de Venezuela (ONG)