# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING OF
## TOPPING PERIOD BID MATERIALS RECEIVED BY SPECIAL MASTER

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Myron T. Steele (#0002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
*Counsel for Special Master Robert B. Pincus*

Dated: July 2, 2025
12341371 / 21202.00001

**PLEASE TAKE NOTICE THAT** the Special Master[1] hereby files the topping bid proposal letters and proposed SPAs (where applicable)[2] (the "**Bid Materials**") submitted by the four (4) bidders not recommended as the Recommended Bidder by the Special Master (the "**Bid Materials**").[3] The Special Master separately filed the final bid letter and other bid materials submitted by the Recommended Bidder as exhibits to the *Special Master's Final Recommendation* (D.I. 1837, Ex. B, Ex. E–H). The Bid Materials submitted by: (i) Red Tree Investments, LLC ("**Red Tree**") in connection with its Revised Stalking Horse Bid are attached hereto as **Exhibit A**; (ii) Bidder A are attached hereto as **Exhibit B**; (iii) Bidder B are attached hereto as **Exhibit C**; and (iv) Black Lion are attached hereto as **Exhibit D**. The Bid Materials attached hereto contain minimal redactions intended to preserve the confidentiality of Bidder A and Bidder B's identity and any other sensitive information.[4] *See Memorandum Order Regarding Sale Process and Litigation* dated December 31, 2024 (D.I. 1517) ¶ 23.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 481) (the "**Sale Procedures Order**") and in the *Special Master's Final Recommendation* (D.I. 1837) (the "**Final Recommendation**").

[2] Black Lion Capital Advisors, LLC ("**Black Lion**") did not submit a proposed SPA together with its topping bid proposal letter.

[3] The Bid Materials attached hereto do not include the financing commitment letters submitted by the applicable bidders, if any.

[4] The identity of Red Tree is public in connection with its Stalking Horse Bid and the identity of Black Lion is public as its bid letter was docketed by the Court on June 23, 2025. *See* D.I. 1822.

                                  Respectfully submitted,

                                  POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ Myron T. Steele* |
|---|---|
| | Myron T. Steele (#0002) |
| Matthew S. Barr (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| David Lender (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Jared R. Friedmann (Admitted *pro hac vice*) | Malisa C. Dang (#7187) |
| Chase A. Bentley (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| WEIL, GOTSHAL & MANGES LLP | 1313 North Market Street |
| 767 Fifth Avenue | P.O. Box 951 |
| New York, New York 10153 | Wilmington, DE 19801 |
| Telephone: (212) 310-8000 | Telephone: (302) 984-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (302) 658-1192 |
| Matt.Barr@weil.com | msteele@potteranderson.com |
| David.Lender@weil.com | mdavis@potteranderson.com |
| Jared.Friedmann@weil.com | bpalapura@potteranderson.com |
| Chase.Bentley@weil.com | mdang@potteranderson.com |
| | |
| Dated: July 2, 2025 | *Counsel for Special Master Robert B. Pincus* |
| 12341371 / 21202.00001 | |