<u>**Exhibit A**</u>

**Transcript of June 24, 2025 *Ex Parte* Meeting of the Court and the Special Master**

HIGHLY CONFIDENTIAL

Page 1

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2    IN THE DISTRICT COURT

3    FOR THE DISTRICT OF DELAWARE

4    ----------------------------------------x

5    CRYSTALLEX INTERNATIONAL

     CORPORATION,

6                    Plaintiff,

7    V.

8    BOLIVARIAN REPUBLIC OF VENEZUELA,

9                    Defendant.

10                      Case No.

11                      Misc. No. 17-151-LPS

12   ----------------------------------------x

13                    4:35 p.m.

                      June 24, 2025

14

15          * HIGHLY CONFIDENTIAL *

16

17          SPECIAL MASTER EX PARTE MEETING

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

```
                                          Page 2

 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2   A P P E A R A N C E S:
 3           JUDGE STARK
 4
 5           WEIL GOTSHAL & MANGES
 6                   Attorneys for Special Master
 7                   767 Fifth Avenue
 8                   New York, New York
 9           BY:     EOGHAN KEENAN, ESQ.
10                   - and -
11                   CHASE A. BENTLEY, ESQ.
12                   - and -
13                   MATT BARR, ESQ.
14                   - and -
15                   JARED FRIEDMANN, ESQ.
16
17   ALSO PRESENT:
18
19           ROBERT PINCUS, SPECIAL MASTER
20           DAVID YING, Evercore
21           LISA DANG, Potter Anderson
22           WILLIAM O. HILTZ, Evercore
23           DANIEL LAKHDIR, Evercore
24
25
```

HIGHLY CONFIDENTIAL

```
                                        Page 3
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                P R O C E E D I N G S
 3
 4             MR. BENTLEY:  Chase Bentley,
 5        Matt Barr, Jared Friedmann, all from
 6        Weil.
 7             Lisa Dang is from Potter
 8        Anderson.
 9             We are each counsel to the
10        Special Master.  Bob Pincus is the
11        Special Master, and then David Ying
12        is from Evercore, investment banker
13        to the Special Master, and then
14        Eoghan Keenan, who also joined, is
15        from Weil, Gotshal.
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

                                      Page 4

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2                  P R O C E E D I N G S
3

4              JUDGE STARK:  Good afternoon,
5       now you can hear me.  I walked all the
6       way from one office to the other.  We
7       won't try to figure out my computer.
8              Good to see everyone.  We do
9       have a court reporter on the line,
10      right?
11             MR. BENTLEY:  Yes, that's
12      right.  We have Steve from Veritext.
13      So he will be taking the transcript
14      for today.
15             And just like in the past, it
16      will remain sealed, we will file a
17      notice after the fact, and then the
18      parties can seek to unseal it if
19      they want to.
20             JUDGE STARK:  That all works
21      for me.  And Michael is here, he's
22      just not on camera.  I did not get rid
23      of him.
24             And I know, Chase, you've
25      been working with Michael, but, you

HIGHLY CONFIDENTIAL

Page 5

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2            know, to the rest of you, things
3            have been going on long enough that
4            I've been through several law clerks
5            since we last met ex parte and
6            Michael is here for some time, and
7            we will see how far we get with
8            Michael.
9                    MR. BENTLEY:  Well, we hope
10           that Michael sees the end of this one.
11                   JUDGE STARK:  Yes, we all hope.
12                   So, well, you asked for the
13           call.  I'm at your disposal.
14                   MR. BENTLEY:  Yes.  Well, first
15           of all, thank you very much for being
16           so responsive and agreeing to meet
17           with us on short notice, so we do
18           appreciate that.
19                   Maybe just for the court
20           reporter, so that we will start on
21           the record now, and I'll just note
22           that again, I'm Chase Bentley of
23           Weil, Gotshal, counsel to the
24           Special Master.
25                   Bob Pincus, Special Master,

HIGHLY CONFIDENTIAL

Page 6

```
 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            is also on.  I have a few colleagues
 3            from Weil, Gotshal as well, and also
 4            from Evercore, the investment banker
 5            to the Special Master.
 6                    So, Your Honor, as I noted in
 7            my e-mail to Michael earlier today,
 8            we requested the ex parte meeting
 9            because we thought it would be
10            helpful both to the court and the
11            Special Master for us to give some
12            background on the letter that Gold
13            Reserve filed last night at docket
14            1816.
15                    And also the Special Master's
16            lack of position that was reflected
17            in the letter.
18                    Gold Reserve did consult with
19            us last night before filing it, and
20            we did authorize them to reflect
21            that the Special Master had no
22            position.
23                    But for the background for
24            Your Honor, the no position is not
25            that the Special Master doesn't
```

HIGHLY CONFIDENTIAL

Page 7

CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

1       think that it would be helpful to

2       have guidance from OFAC on the

3       duration or the plan with respect to

4       extending the stay of effectiveness

5       of general license 5 that applies to

6       the 2020 bonds.

7             But rather that the Special

8       Master has already requested that

9       guidance from OFAC earlier in the

10      topping period, and OFAC declined to

11      provide it.

12            We have not, just to be

13      clear, we have not talked with OFAC

14      since GL5 was extended on Friday

15      morning.

16            But we did ask again at the

17      beginning of the topping period,

18      after the hearing that we had, I

19      believe, in April it was, where the

20      duration of GL5 and its impacts on

21      the 2020's ability to get in the way

22      of a transaction, more specifically,

23      the type of transaction that Gold

24      Reserve was proposing in the prior

HIGHLY CONFIDENTIAL

Page 8

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            round.
 3                   We talked to them about that.
 4            They were aware of it being an issue
 5            at the hearing, and we sought their
 6            guidance and feedback on whether
 7            they were willing to discuss with
 8            the Special Master why they had been
 9            extending for three to five to 12
10            month periods over the course of the
11            last few years, whether they
12            intended to change the course of
13            their action, and if there was
14            anything that we could glean from
15            these sort of repeated short term
16            extensions.
17                   And then, likewise, if they
18            had an intention to extend the
19            license through any closing of a
20            transaction.
21                   Rather unsurprisingly, they
22            declined to give us that guidance.
23            And their response, to sort of
24            paraphrase, although we don't have
25            it verbatim, we don't have a
```

HIGHLY CONFIDENTIAL

Page 9

1     CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2         transcript of that call.
3              But from my recollection of
4         the call, I was on it, their answer
5         was that they evaluate whether they
6         want to extend the license whenever
7         each deadline comes up.
8              So from that, I think we can
9         surmise that they will probably
10        continue to extend a couple of
11        months at a time.
12             But we don't know how that
13        will play with where we are in the
14        current status of the sale process.
15             From our view, the extension
16        on Friday, and we have heard from
17        parties, including Gold Reserve, and
18        actually, I will say that the
19        parties that have reached out with
20        this position are Gold Reserve and
21        Venezuela, just to be more specific.
22             Those parties thought that
23        the two different things, one, on
24        the timing of when OFAC actually
25        extended, and two, on the duration

HIGHLY CONFIDENTIAL

Page 10

```
 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           of the extension.
 3                    First, on the timing, they
 4           note that this extension comes
 5           approximately a week and a half
 6           prior to when GL5 was set to expire
 7           in the first week of July.
 8                    And from the Special Master's
 9           perspective, there really is not
10           much import to that.
11                    It could just be because they
12           don't want to be sitting there the
13           week of July 4th having to extend
14           something that they already know
15           they are going to extend, because
16           the Special Master's recommendation
17           will be in July 2nd.
18                    But there certainly will be
19           no resolution of the sale process
20           until after the sale hearing, which
21           is on August 18th.
22                    So to us, the timing of the
23           extension, it didn't signal anything
24           material.
25                    And then, in terms of the
```

HIGHLY CONFIDENTIAL

Page 11

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2           duration of the extension, you know,

3           this time extending for, I believe,

4           approximately five months, instead

5           of the more recent three or four

6           month extensions, on its face we

7           don't think that extension is that

8           much more material than others.

9                   And again, this is

10          conjecture, and this is just the

11          Special Master's view of why they,

12          OFAC, might have picked December.

13                  It could just be because a

14          three month extension doesn't

15          necessarily get past when Your Honor

16          might make a decision on a

17          recommended transaction and actually

18          enter a sale order.

19                  And then, if it didn't do so,

20          then they would just have to extend

21          it again, and you are getting into

22          the holiday season.

23                  So December 20th, it looked

24          to us like maybe they are picking it

25          based on holidays and vacations as

HIGHLY CONFIDENTIAL

Page 12

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2          well.
 3                  So, overall, I think the
 4          Special Master's perspective is that
 5          while actual guidance from OFAC and
 6          an answer from OFAC would certainly
 7          be helpful, you know, more
 8          information is better, we just don't
 9          think at this juncture in the sale
10          process that guidance is likely.
11                  And I think importantly, it's
12          important to consider in the context
13          of when Gold Reserve has made this
14          request and the upcoming deadlines.
15                  So, the deadline, the
16          important deadline, I should say, is
17          not necessarily the July 2nd
18          deadline, but rather the no
19          solicitation period under the
20          stalking horse SPA, which itself is
21          keyed off of Your Honor's January
22          order, which said that the Special
23          Master had five business days in
24          which to request revised bids from
25          bidders after the June 18th topping
```

HIGHLY CONFIDENTIAL

Page 13

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           period deadline.
 3                   What that means, effectively,
 4           is that by tomorrow, the Special
 5           Master needs to make a decision as
 6           to whether to terminate the Red Tree
 7           stalking horse SPA and essentially
 8           pick a new recommended bidder.
 9                   Now, we don't technically
10           have to sign an SPA with the new
11           recommended bidder tomorrow, but it
12           would be good practice to be in a
13           position with somebody to sign it
14           tomorrow, because we wouldn't want
15           to terminate the Red Tree SPA and
16           not have something to pivot to.
17                   So, from a practical
18           perspective, tomorrow is really the
19           important deadline.
20                   So even if Your Honor were
21           inclined to grant the order
22           requested by Gold Reserve or request
23           briefing on it, presumably there is
24           no way that OFAC can submit guidance
25           based on the current timeline that
```

HIGHLY CONFIDENTIAL

Page 14

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2             could actually be factored into the
 3             Special Master's consideration of
 4             his recommendation and picking of a
 5             recommended bidder unless the
 6             deadline were extended.
 7                  And again, in light of our
 8             conversations with OFAC in the
 9             recent past, we don't think that
10             it's worth extending the deadline in
11             order to request the guidance.
12                  So I will pause there.  If
13             you have any questions, we are happy
14             to answer it.
15                  We have got a couple of other
16             things that we would like to
17             address.
18                  JUDGE STARK:  I think from what
19             you're saying, it might be preferable,
20             given that tomorrow is a sensitive
21             date, if you just -- if there were a
22             letter on the record that says, you
23             know, Gold Reserve notes we have no
24             position, we have no position.
25                  But you should understand
```

HIGHLY CONFIDENTIAL

Page 15

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           that if deadlines are pending,
 3           including tomorrow and the 2nd and
 4           any, even expedited briefing
 5           schedule, if you would order this is
 6           not going to yield anything
 7           meaningful from OFAC in time to help
 8           the Special Master.
 9                    MR. BENTLEY:  Yes, of course,
10           we are happy to do that, and we can
11           pull that together very quickly and
12           get it off.
13                    JUDGE STARK:  Yeah, I think, I
14           mean, that's substantively what I just
15           heard you tell me.
16                    MR. BENTLEY:  Yes.
17                    JUDGE STARK:  And it is
18           informing my thoughts about how to
19           proceed or not proceed.
20                    And if it's not going to
21           cause any heartache to the process
22           that you're in the middle of, then I
23           think a letter to that effect would
24           be very helpful.
25                    MR. BENTLEY:  No, we can
```

HIGHLY CONFIDENTIAL

Page 16

1      CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2          absolutely pull that together quickly.
3                  And just to be clear, and we
4          are happy to reflect it in a letter,
5          we certainly don't want to stand in
6          the way of a party requesting, as
7          Gold Reserve did, something from
8          Your Honor, which is why we didn't
9          oppose the letter.
10                 JUDGE STARK:  Right.
11                 MR. BENTLEY:  We are happy to
12         put our position in a letter and file
13         that.
14                 JUDGE STARK:  Okay, I think
15         that would be helpful.
16                 Were you looking for anything
17         further from me on this issue, the
18         whole OFAC Gold Reserve letter
19         issue, or was that it on that?
20                 MR. BENTLEY:  That's it on
21         that.
22                 I would say the only thing,
23         not that we are looking for
24         something else from you on this
25         issue, on the OFAC issue, we are

HIGHLY CONFIDENTIAL

Page 17

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           happy to, if Your Honor would like
 3           us to go into it, we are happy to
 4           give you the Special Master's
 5           perspective based on conversations
 6           with Gold Reserve over the last
 7           couple of weeks, why we think they
 8           are requesting the letter.
 9                    That would lead us into the
10           status of bids.  We are happy to
11           give you an overview of where we are
12           with bids.
13                    We wouldn't divulge the
14           identity of any bidders that haven't
15           already made themselves known, but
16           we can give you a high level
17           overview of the bids, if Your Honor
18           would like.
19                    But we don't want to go into
20           something that you don't want to get
21           into.
22                    JUDGE STARK:  If I may out
23           loud, in front of you, let me say
24           this.
25                    The record of when we have
```

HIGHLY CONFIDENTIAL

Page 18

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2            had these ex partes and not it will

3            be very clear.

4                    I didn't go back and study,

5            it, but I don't think we have had

6            them for a while, and I think that's

7            been fine.

8                    But I always assumed that you

9            understood if and when it came time

10           that you thought you really needed

11           one, which is a point that I think

12           you have reached today, that you

13           would reach out, and then I would

14           make myself available to have one.

15                   So, I appreciate that you

16           have maybe not done that before,

17           because maybe you didn't have to,

18           and I hope you know I'm here if you

19           feel you need to do it.

20                   So that's all good.

21                   I am interested in the things

22           that you say you can tell me about,

23           but I also am highly confident that

24           there is going to be further

25           litigation, unless you're prepared

HIGHLY CONFIDENTIAL

Page 19

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2          to tell me you have an understanding
 3          that everybody has suddenly agreed
 4          on what's going to happen next.
 5                  MR. BENTLEY:  I really wish
 6          that were the case.
 7                  JUDGE STARK:  Yes, I figured
 8          you were not here to tell me that.
 9          Otherwise that would have presumably
10          been the headline of the call.
11                  So my instinct, but I truly
12          am going to say this subject to your
13          further thoughts, because you all
14          are dealing with this day-to-day, I
15          actually have been doing other
16          things when I am not dealing with
17          you guys, I'm dealing with other
18          things, and trying not to think
19          about this.
20                  My instinctive thought is
21          having made it this far with no
22          insight into what you're doing
23          day-to-day, and what the status of
24          the bids are, and knowing that you
25          all are going to have to make a
```

HIGHLY CONFIDENTIAL

```
                                              Page 20

 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            formal filing sometime in the near
 3            future, and then I am undoubtedly
 4            going to have objections, and we are
 5            going to have a trial, my instinct
 6            is that I should just remain,
 7            curious, but not have you fill me in
 8            on anything.
 9                  That said, if you think it
10            would be helpful to the process to
11            talk about anything, keeping in mind
12            that there is going to be formal
13            litigation and you are going to have
14            to defend what you do and I'm going
15            to have to do whatever I think is
16            right, based on the facts and the
17            law, I am happy to hear you push
18            back if you think my instinct is,
19            I'm not going to ask you to tell me
20            I'm wrong, but if you think I should
21            re-evaluate.
22                  MR. BENTLEY:  Let me frame just
23            a quick cleanup, follow-up, and it may
24            make your inclination or your decision
25            on that a little bit easier.
```

HIGHLY CONFIDENTIAL

Page 21

1       CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2               I think that from the Special

3           Master's perspective, we of course

4           are weighing bids that have some

5           have terms similar to the stalking

6           horse and some have terms similar to

7           Gold Reserve.

8               And so the only reason I

9           think from the Special Master's

10          perspective, and to help the Special

11          Master in coming to a

12          recommendation, to continue the

13          conversation and give you an

14          overview of the bids, if you think

15          that you would be in a position,

16          after receiving the overview of the

17          bids, to give us some guidance on

18          how to weigh some of the terms or

19          the factors.

20              Now, if Your Honor is not

21          comfortable giving that kind of

22          guidance in light of the inevitable

23          litigation that always seems to come

24          in this matter, then we probably

25          don't need to go about giving you an

HIGHLY CONFIDENTIAL

Page 22

1           CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2              overview of the bids.

3                      Because again, it would be,

4              the guidance would be for the

5              Special Master's benefit as he is

6              mulling the bids and the terms over

7              the course of the next 24 hours or

8              so.

9                      But if you are not in a

10             position or would not like to do

11             that, then he of course understands,

12             we understand, and will make the

13             decision based on the guidance that

14             you have already put out.

15                     JUDGE STARK:  Well, I see the

16             Special Master right there.

17                     Is there anything, do you

18             want to say anything as to whether

19             you -- I mean, you all I'm sure have

20             thought through the risks.

21                     I am prepared to listen and

22             maybe even prepared to speak,

23             depending on what you say to me.

24                     But I am also prepared to

25             just go on as we have gone on, and

HIGHLY CONFIDENTIAL

Page 23

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            you do your best, and I will deal
 3            with whatever the fallout is.
 4                    But any thoughts?
 5                    SPECIAL MASTER PINCUS:  Well,
 6            we can certainly do that.
 7                    I think it would be helpful
 8            to, if you are so inclined, to give
 9            us a little bit of inclinations on
10            some issues that we are having,
11            which are the same we have had
12            before, you know, basically
13            certainty versus value.
14                    And we can't escape that
15            doldrum, if you will, and to sort of
16            give you a little bit more of out
17            thoughts here may be helpful.
18                    But that's up to you.
19                    JUDGE STARK:  All right.  How
20            about, can you give me about 15
21            minutes?
22                    Can we get back on the call
23            at 5:15 and just let me think about
24            this, and I will let you know when
25            we get back on one way or the other?
```

HIGHLY CONFIDENTIAL

```
                                              Page 24

  1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
  2                SPECIAL MASTER PINCUS:  Sure.
  3                MR. BENTLEY:  We can use the
  4        same link to jump back on.
  5                JUDGE STARK:  We will exit,
  6        then we will log back in at 5:15.
  7                (At this point in the proceedings
  8        there was a recess, after which the
  9        conference continued as follows:)
 10                JUDGE STARK:  So, here is my
 11        thought, is you can for sure go ahead
 12        and share whatever you want to share,
 13        and I will listen, and I would likely
 14        but not necessarily give you a
 15        response.
 16                Assuming I do give you a
 17        response, it's possible that I will
 18        tell you either immediately, or more
 19        likely, after you have a chance to
 20        consider the response, that we may
 21        have to disclose that to the
 22        parties, perhaps in connection with
 23        your recommendation.  We will see.
 24                That's one reason all this is
 25        being taken down, so just, for
```

HIGHLY CONFIDENTIAL

Page 25

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2              example, if it turns out you tell me
3              something, I have a strong reaction
4              to it, and then that impacts what
5              you ultimately recommend to me, if
6              that's clear to me or to you, then I
7              am probably going to feel well, we
8              should make that all clear on the
9              record for purposes of whatever
10             litigation there is going to be.
11                  So, I imagine that's nothing
12             that hasn't occurred to you, and so
13             with that understanding, I am
14             prepared to hear whatever you want
15             to say.
16                  And you can even ask me
17             whatever you want to ask me, and I
18             may well give you responses subject
19             to what I have said.
20                  Any questions or thoughts
21             about that?
22                  MR. BENTLEY:  Yeah, I think
23             that on that basis, we still would
24             like to proceed, and we think it would
25             be helpful in the event that you are

HIGHLY CONFIDENTIAL

Page 26

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2          comfortable, after hearing the laying
 3          out of facts, or at least high level
 4          facts of some of the bids, that if the
 5          Special Master can have some of that
 6          guidance, it would be helpful to him
 7          in his recommendation.
 8                 Obviously we are hearing this
 9          live, so Bob, if you have a
10          different perspective than what I
11          just lined out, chime in.
12                 SPECIAL MASTER PINCUS:  Folks,
13          I am good with that.  Thank you.
14                 JUDGE STARK:  Would you just --
15          before we jump into it, two things.
16                 One, just that I meant to
17          tell you, the Clerk's Office sent us
18          this letter from a Black Lion
19          Capital Advisors dated June 17th.
20                 Is this something you all are
21          aware of?
22                 MR. BENTLEY:  Yes, we just got
23          it, I think, about 24 hours ago, maybe
24          just over 24 hours ago.
25                 JUDGE STARK:  Okay.
```

HIGHLY CONFIDENTIAL

```
                                            Page 27
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                  MR. BENTLEY:  So we are in the
 3          course of responding to them.
 4                  JUDGE STARK:  Okay.
 5                  And I see actually there is,
 6          maybe, so that was dated June 17.
 7          There is June 10th, Quasar
 8          Investment, it may be the same
 9          folks.
10                  Anyway, I was thinking I
11          should probably put these letters on
12          the docket.
13                  Do you have any objection to
14          that, would that create any concerns
15          for your process?
16                  MR. BENTLEY:  I'm not sure we
17          are aware of the June 10th Quasar bid,
18          but I don't think that we have any
19          objection to them being filed.
20                  Again, Bob, we are hearing
21          this live.
22                  SPECIAL MASTER PINCUS:  I think
23          they are part of the same group, as
24          far as I remember.  Isn't that right,
25          David?
```

HIGHLY CONFIDENTIAL

```
                                              Page 28
 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                    MR. YING:  Yes.
 3                    SPECIAL MASTER PINCUS:  And
 4         Will?
 5                    WILL:  I think so.
 6                    It says, I see the first
 7         sentence on the June 10th, "This
 8         serves as a nonbinding expression of
 9         intent from our firm, Quasar
10         Investment, to join and collaborate
11         with Black Lion Capital Investors.
12                    So, they are probably the
13         same thing.
14                    JUDGE STARK:  Okay, we will put
15         those on the docket.
16                    And then, could you just
17         explain to me again why tomorrow is
18         an important date as opposed to or
19         in addition to July 2nd?
20                    And then I am happy to have
21         you proceed however you want.
22                    MR. BENTLEY:  Of course.
23                    So, the topping period
24         deadline was June 18th.
25                    And in Your Honor's January,
```

HIGHLY CONFIDENTIAL

Page 29

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            I don't recall the exact date,
 3            January 27th my team is telling me,
 4            January 27th order, you set a five
 5            business day period during which the
 6            Special Master could request revised
 7            bids from the bidders that submitted
 8            a bid a topping bid on June 18th.
 9                So that five business days is
10            up at the end of tomorrow,
11            reflecting that five business day
12            period that was in your January
13            order.
14                The stalking horse stock
15            purchase agreement with Red Tree
16            reflects essentially a go shop
17            period, during which we can request
18            those revised bids.
19                And then, starting after that
20            five business day period, which for
21            us will be starting the morning, the
22            12:01 a.m. on Thursday, June 26th,
23            there is a no solicitation period.
24                Meaning the Special Master
25            can no longer go and solicit and
```

HIGHLY CONFIDENTIAL

Page 30

```
 1       CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           request bids or revised bids from
 3           other parties.
 4                 So, practically speaking,
 5           tomorrow, the fifth business day,
 6           the Special Master needs to be in a
 7           position to be, if he is going to
 8           terminate the stalking horse
 9           purchase agreement, needs to
10           terminate it tomorrow.
11                 And because we would not want
12           to terminate the stalking horse
13           purchase agreement unless there is a
14           viable better bid that we are
15           confident can be virtually
16           immediately executable, we need to
17           have that other bid ready.
18                 Which essentially means that
19           we need to be ready to sign the
20           recommended SPA by the end of the
21           day tomorrow.
22                 Now, theoretically, it could
23           probably slip to the wee hours of
24           the morning on Thursday, but we
25           can't be soliciting a revised bid
```

HIGHLY CONFIDENTIAL

Page 31

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2              and continuing to go back and forth
3              with bidders.
4                      For example, if there were
5              two better bids than the stalking
6              horse bid, we couldn't continue to
7              work them back and forth on the
8              26th.
9                      That would be in violation of
10             the stalking horse purchase
11             agreement.
12                     So the recommendation itself,
13             right, which is a filing that we
14             make on the docket, that is due on
15             July 2nd.
16                     But what we envision the
17             timeline being from now until then
18             is tomorrow we get our final revised
19             bids, we also execute the
20             recommended SPA with the recommended
21             bidder, we terminate the Red Tree
22             SPA, and then, between tomorrow at
23             midnight and July 2nd, we are
24             finishing the drafting of our
25             recommendation.

HIGHLY CONFIDENTIAL

Page 32

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2                    JUDGE STARK:  Got it, okay.
3          Thank you, that's helpful.
4                    All right, the floor is
5          yours.
6                    MR. BENTLEY:  We will get into
7          the bids now.
8                    So, right now, the only bids
9          that came in on the 18th, the
10         topping period deadline that were
11         actually completely done, were the
12         stalking horse bid, which like,
13         technically speaking, they didn't
14         resubmit their own bid, but their
15         bid existed.
16                   And a Gold Reserve bid, which
17         they disclosed publicly, right, they
18         filed a press release.  I believe
19         they might have filed it on the
20         docket as well.
21                   But it was essentially the
22         same bid that they submitted in the
23         prior, that was as of June 18th.
24                   We did get another bid from
25         another party.

HIGHLY CONFIDENTIAL

```
                                          Page 33

 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                  The structure of that bid
 3            looked very similar to the Red Tree
 4            stalking horse bid.
 5                  However, the proposed
 6            distribution of proceeds to the
 7            judgment holders was materially
 8            higher.
 9                  But similar to the Red Tree
10            bid, it had a 2020 settlement baked
11            into it, so materially higher in
12            terms of price.
13                  It had a 2020 settlement,
14            although that 2020 settlement on
15            June 18th was not executed and still
16            today is not executed.
17                  We understand that they are
18            close, but they aren't actually
19            there.
20                  They likewise need to
21            finalize documentation of the
22            consent to receive non-cash
23            consideration from the judgment --
24            from certain judgment holders at the
25            bottom of the stack, we will say.
```

HIGHLY CONFIDENTIAL

                                                    **Page 34**

1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2                    We understand, again, that
3              that is virtually there, should be
4              there by tomorrow.
5                    So, the bids that are on the
6              table are stalking horse, the same
7              Gold Reserve bid as before, and then
8              this third-party bid.
9                    Now, there is a provision in
10             the Red Tree stalking horse SPA that
11             says that the Special Master will
12             give notice to Red Tree if, in his
13             good faith determination, he's
14             determined that he's received a
15             superior proposal.
16                   In the light of Your Honor's
17             guidance in the stalking horse order
18             and in the hearing and the briefing
19             related thereto, the Special Master
20             determined that the Gold Reserve
21             bid, which again, hadn't changed,
22             was a superior proposal to that of
23             the stalking horse Red Tree bid,
24             based on price, based on the fact
25             that the issues that you identified

HIGHLY CONFIDENTIAL

```
                                        Page 35

 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            in Red Tree's settlement with the
 3            2020s.
 4                   So, we delivered a notice to
 5            Red Tree under the SPA that notified
 6            them that a superior proposal or,
 7            excuse me, the Special Master
 8            determined that he received a
 9            superior proposal.
10                   Importantly, that has -- an
11            SPA related to that has not been
12            signed.
13                   That's a separate
14            notification under the SPA.  It
15            would require terminating the Red
16            Tree SPA and entering into the
17            replacement SPA with the other party
18            thereafter.
19                   So that notice has been
20            delivered.
21                   So if theoretically our five
22            business day period in which we
23            could work bidders back and forth
24            were to be over right now, then the
25            Special Master would likely be
```

HIGHLY CONFIDENTIAL

```
                                            Page 36
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           signing an SPA with Gold Reserve
 3           based on that $7.1 billion bid that
 4           they submitted in the prior round.
 5                   Now, we understand from
 6           countless conversations with various
 7           parties, Gold Reserve, the 2020s,
 8           various other judgment creditors
 9           that are involved in the process,
10           Gold Reserve has been negotiating to
11           try and improve its bid in a couple
12           of different ways.
13                   One, they think that they
14           could have a path to incorporating
15           more junior creditors, so junior to
16           Gold Reserve, down the waterfall.
17                   And those deals have not
18           fully been struck yet, meaning they
19           are close, they expect to be there
20           by tomorrow, but they are not quite
21           there yet in terms of actually
22           signing.
23                   They have also been in
24           discussions with the 2020s.
25                   And they likewise are
```

HIGHLY CONFIDENTIAL

Page 37

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2             supposedly on the doorstep of a

3             settlement with 2020s.

4                   But part of what we

5             understand, part of what they have

6             left to do is to sort out how the

7             economics of the 2020s deal would

8             impact their deals with their

9             existing consortium.

10                  So, as Your Honor knows, in

11            order to pay a more senior creditor

12            non-cash consideration, they would

13            have to get consent to do so.

14                  So that's the consent that we

15            are talking about, to say that a

16            2020 settlement would just cause

17            them to have to potentially recut

18            the agreements that they have with

19            the other members of their

20            consortium in terms of non-cash

21            consideration they are receiving.

22                  So Gold Reserve seems to have

23            potentially two different options.

24                  They are not there yet on

25            either one, but maybe by tomorrow.

HIGHLY CONFIDENTIAL

Page 38

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2                    The way that we think that

3              that ties into the letter that Gold

4              Reserve submitted last night is we

5              believe that Gold Reserve does not

6              want to enter into a settlement with

7              the 2020s if they don't have to,

8              because, for example, if OFAC were

9              to give guidance that says -- that

10             says that they are just going to

11             keep extending GL5 through any

12             closing, then the risk that the

13             2020s pose to the Gold Reserve bid

14             would presumably be reduced,

15             although there still exists the risk

16             of an injunction, which is separate

17             from the extension of the GL5

18             license.

19                    So, that's the situation with

20             Gold Reserve.

21                    Now, in both of the other

22             bids -- so I mentioned we have given

23             Red Tree the notice under the SPA

24             that their stalking horse bid has

25             essentially been topped, we haven't

HIGHLY CONFIDENTIAL

Page 39

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2             signed a deal, but it's been topped.
3                     And during the course of the
4             topping period, we went to Red Tree
5             and requested that they discuss or
6             negotiate with the 2020s an
7             amendment to their PSA that is in
8             line with the guidance that Your
9             Honor provided in the stalking horse
10            order, which is that Red Tree either
11            get a termination right if the 2020s
12            go on to lose an S.D.N.Y. prior to a
13            closing.
14                    Or there be some other sort
15            of ratcheting down of the
16            compensation provided to the 2020s
17            in the case they lose before that
18            closing.
19                    Red Tree was not able to get
20            that from the 2020s.
21                    The 2020s were not willing to
22            amend the TSA or to incorporate
23            that, those terms, at least to date.
24                    We have, we have noted both
25            to Red Tree, we have noted to the

HIGHLY CONFIDENTIAL

Page 40

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2          counsel to the 2020s, the clear
 3          importance of that, but, to date,
 4          that has not been changed.
 5                  We made the same points to
 6          other bidders, to Gold Reserve, to
 7          this other third-party bidder that
 8          is supposedly on the doorstep of a
 9          settlement with the 2020s.
10                  And we said that this
11          third-party bidder, you should seek
12          to have those terms or some flavor
13          of those terms incorporated into
14          your settlement with the 2020s.
15                  Now, we have not seen the TSA
16          between those two parties.  From
17          what I understand it's not executed,
18          so there of course is a chance that
19          it will end up in there, but as far
20          as we know right now, that's not the
21          case, and it won't be.
22                  So, that is, generally
23          speaking, the landscape of the bids.
24                  So, as you can tell, in some
25          way, shape or form we will likely be
```

HIGHLY CONFIDENTIAL

Page 41

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           faced with a similar question, how
 3           do you place weight on price versus
 4           certainty?
 5                   Now, it may be the same exact
 6           price as the prior round.  We think
 7           that's unlikely, meaning we think
 8           that the stalking horse bid is
 9           likely to improve in some manner, or
10           the third-party bid, which has a
11           structure similar to the stalking
12           horse bid, is likely to improve upon
13           the stalking horse bid.
14                   So it won't be the same exact
15           calculus in terms of the price that,
16           we will call it the 2020 settlement
17           deals, have.
18                   And again, there is a chance
19           that Gold Reserve comes in with its
20           own different price.
21                   But, ultimately we expect
22           there to be, we expect there to be
23           some sort of comparison again, and
24           how do you put weight on price
25           versus certainty?
```

HIGHLY CONFIDENTIAL

Page 42

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2                    And in the same vein, Gold

3            Reserve has come to the Special

4            Master to ask, we think we can do

5            either one of these transactions,

6            either our existing $7.1 billion

7            with the deal with the 2020s tacked

8            on top of it.

9                    Or we can increase our $7.1

10           billion, add more judgment creditors

11           and not have a deal with the 2020s.

12                   Which one do you want us to

13           do, Special Master?

14                   And our response to them is

15           we think that you have seen the

16           judge's guidance and you should put

17           your best foot forward.

18                   The Special Master's job is

19           to respond to bids that have been

20           submitted and he will do that.

21                   So we are conscious of

22           telling a bidder what to do.

23                   I will stop there.  Other

24           members of Weil, Bob, if I missed

25           something, please flag it.

HIGHLY CONFIDENTIAL

```
                                          Page 43

 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                   Your Honor, we completely
 3          understand that you have not been
 4          living this the 24/7/365, as we
 5          have, and they are very complicated
 6          bids, they are very complicated
 7          situations.
 8                   I hope that I did an okay job
 9          of explaining it.
10                   JUDGE STARK:  Well, certainly
11          we will pause and see if anybody on
12          your side has anything more they want
13          to say.
14                   MR. YING:  I think we said
15          enough at the moment.
16                   JUDGE STARK:  Well, then, I'll
17          go to my next move, which is to ask
18          you just a few questions, Chase.
19                   So, when you say notice has
20          been given to the Red Tree group
21          that you have received a superior
22          bid, do they know the contours of
23          that superior bid?
24                   Does telling them that you
25          have received a superior bid
```

HIGHLY CONFIDENTIAL

Page 44

1      CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2          necessarily mean or at least imply
3          that they are not currently ahead,
4          and therefore not currently likely
5          to be recommended as the final
6          bidder?
7              Help me understand that.
8              MR. BENTLEY:  Yes.  So when we
9          delivered the notice, we told them,
10         they already knew that the Gold
11         Reserve bid, the same Gold Reserve bid
12         that was available in the prior round
13         is on the table in this round, because
14         Gold Reserve again filed a public
15         press release about it.
16             And so when we delivered that
17         notice to Red Tree, we said we are
18         delivering you this notice, and the
19         superior proposal referenced in the
20         notice is the Gold Reserve bid that
21         you know about publicly.
22             So, their question to us, of
23         course, was you know, how do we
24         improve our bid?
25             And we said that well, you

HIGHLY CONFIDENTIAL

Page 45

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2             saw the judge's order, clearly the
 3             judge wants you to place more of an
 4             emphasis on price.
 5                  And so you should focus on
 6             narrowing the gap between your
 7             proceeds available to the waterfall
 8             and Gold Reserve's proceeds
 9             available to the waterfall.
10                  JUDGE STARK:  And do you expect
11             that anything you're going to hear
12             further from the Red Tree, the Gold
13             Reserve or the third-party group,
14             you're going to hear in the next 24
15             hours, or actually less?
16                  Because you have to make a
17             decision in approximately, if I am
18             following correctly, about 30 hours?
19                  MR. BENTLEY:  Yes, that's what
20             we told them.
21                  So what we have guided them
22             to is we would like revised and
23             final bids at approximately 9:00
24             a.m. tomorrow, because then the
25             Special Master and his advisors need
```

HIGHLY CONFIDENTIAL

Page 46

1              CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2                  to talk about those bids if there
3                  are any clarifications needed.
4                          Go back to the bidders, work
5                  the bidders against each other to
6                  the extent we think that it will be
7                  useful and good for the process.
8                          Do that during the course of
9                  the day tomorrow, and then sign a
10                 purchase agreement with the
11                 recommended bidder, again, before
12                 midnight tomorrow.
13                         So, we are going to be busy.
14                         JUDGE STARK:  Okay.  I mean, I
15                 think I'm prepared to say some things,
16                 but it might be helpful if you ask me
17                 a specific question.
18                         I am not exactly sure what
19                 you're looking for from me, but I am
20                 willing to try.
21                         MR. BENTLEY:  Of course.
22                         So, I think that the specific
23                 questions, and there are two that
24                 come to my mind.
25                         And after I ask them, of

HIGHLY CONFIDENTIAL

Page 47

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            course, Special Master can weigh in,
 3            Bob can weigh in if he has something
 4            else that he wants answered.
 5                    One is, as I explained, as
 6            far as we are aware, none of the
 7            deals with the 2020s, whether it's
 8            the Red Tree stalking horse deal
 9            with the 2020s or with the deals
10            that are likely to come in or we
11            hope are going to come in tomorrow,
12            will have that ability for the
13            bidder to either walk away or to
14            ratchet down the consideration to
15            the 20s if the 2020s go on to lose
16            in S.D.N.Y. prior to a closing.
17                    And Your Honor referenced
18            this scenario in the April stalking
19            horse order.
20                    And I think that if you have
21            any further guidance on whether you
22            would be willing to approve a
23            transaction that didn't improve upon
24            the 2020s deal, I will describe it
25            that way, meaning make it less
```

HIGHLY CONFIDENTIAL

Page 48

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           advantageous or less beneficial to
 3           the 2020s and more beneficial to the
 4           bidder, which by extension would
 5           make it more beneficial to the
 6           judgment creditors.
 7                   JUDGE STARK:  So, I mean, I
 8           think -- I don't think anything I'm
 9           saying will be at all inconsistent
10           with things I said when we were in
11           court and in the opinions, but the
12           2020s are not in my litigation.
13                   The 2020s are not judgment
14           creditors.  They have whatever
15           rights they have.  They are
16           litigating them in another court.
17                   Perhaps, as they have
18           indicated, they may try to use those
19           rights, whatever they are, to
20           litigate whatever recommendation you
21           may make to me.
22                   I think we are all, at least
23           I am prepared for that to happen, if
24           it does.
25                   So, I don't -- I don't see
```

HIGHLY CONFIDENTIAL

Page 49

1    CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2         that I have set up a process that is
3         in any way intended to benefit the
4         2020 bondholders.
5              I understand that I cannot
6         intentionally take actions to
7         interfere with or deprive them of
8         whatever rights they have.
9              But my process, and the
10        obligation I think I have under the
11        Third Circuit rulings is to maximize
12        value for the judgment creditors
13        that are in my case.
14             So, I would say at minimum,
15        and again, I think this is all clear
16        from what you already understand
17        from things I have ordered, it is
18        certainly a detriment to any deal if
19        it's one that allows for the
20        scenario whereby the 2020s walk away
21        with a lot of money that they may
22        not even be entitled to in the
23        litigation that they are involved in
24        to try and force their own rights,
25        suggests or develops in a way that

HIGHLY CONFIDENTIAL

Page 50

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2              suggests they weren't going to get
3              that money out of that litigation
4              standing up for themselves.
5                      So, again, if what you're
6              telling me is all three offers carry
7              the same degree of risk that the
8              2020s may get more out of my process
9              than they, than they would be clear
10             they could get out of possibly their
11             own litigation, between the time
12             delay between what you recommend to
13             me and when we go to closing, then
14             all three have the same problem.
15                     But if one or two don't have
16             that problem, then they are in that
17             respect materially better than the
18             one that does carry that risk.
19                     I don't know if that's
20             answering your question, I don't
21             know if it's helpful.
22                     Because I feel like it's
23             nothing new that I am saying.
24                     MR. BENTLEY:  I do think that
25             it's helpful, and obviously, Bob, you

HIGHLY CONFIDENTIAL

Page 51

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2              should weigh in with your, opinion,
3              but I think that it was helpful with
4              at least some elaboration and
5              clarification on your prior orders.
6                      SPECIAL MASTER PINCUS:  No, I
7              agree, I agree with Chase.
8                      You know, it's just a matter
9              of the, you know, the risk back here
10             that you don't have a deal, or you
11             haven't done anything else to
12             protect that risk, because then
13             there may not be any deal and we may
14             be back into this a year from now.
15                     MR. BENTLEY:  That's actually
16             where I was going to go next.  The
17             next question, I think Bob kind of
18             laid out a good segue to it.
19                     So, in your stalking horse
20             order in April, you also, you spoke
21             a bit about the existing Gold
22             Reserve consortium transaction, and
23             encouraged them to both increase
24             their price but also increase the
25             certainty, including with respect to

HIGHLY CONFIDENTIAL

Page 52

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           their 2020s risk, and engage with
 3           the Special Master to explain how
 4           they were addressing that risk.
 5                  They did share a memo with
 6           us.  I think that it had limited
 7           value, there was not much legal
 8           analysis in it.
 9                  It was mostly conclusory and
10           frankly, arbitrary.
11                  So, their memo itself did not
12           move the needle for the Special
13           Master's analysis of the 2020s risk.
14                  That does not mean that by
15           definition, because it wasn't
16           helpful, therefore the Special
17           Master believes that it's more
18           likely than not that the 2020s would
19           succeed in getting an injunction.
20                  It just means that what Gold
21           Reserve provided was not helpful.
22                  And the bid that they have
23           executed and on the table right now,
24           which again is just a reiteration of
25           their $7.1 billion bid from the
```

HIGHLY CONFIDENTIAL

Page 53

1      CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2          prior round, makes no improvement
3          whatsoever on -- from what we can
4          tell -- on addressing the 2020s'
5          risk.
6              It seems that their method of
7          addressing the risk, as you had
8          directed they would to, or
9          encouraged them to, at least in your
10         order, was purely to give the legal
11         analysis, their minimum owed to the
12         Special Master.
13             So, they -- the structure of
14         their financing has not changed.
15         Their risk, vis-a-vis the 2020s and
16         their existing $7.1 billion bid has
17         not changed.
18             So, we are potentially facing
19         a recommendation that would, if Bob
20         were to be in a place to recommend
21         that $7.1 billion bid from Gold
22         Reserve, clearly would be placing
23         more emphasis on price, instead of
24         certainty, which Your Honor, I
25         think, was pretty clear about in

HIGHLY CONFIDENTIAL

Page 54

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2            your order.
 3                      But at the same time Gold
 4            Reserve did not move on its bid.
 5                      We hope that by tomorrow they
 6            will, but based on what's on the
 7            table right now, they have not.
 8                      And so -- but I still think
 9            nonetheless, if that is the bid to
10            compare to no change in the stalking
11            horse bid, I think that the Special
12            Master is pretty confident in what
13            his recommendation would be.
14                      But there is a substantial
15            likelihood that the gap is closed
16            not entirely, but a material amount
17            of the gap is closed.
18                      So he could be faced with a
19            transaction that pays materially
20            more to the judgment creditors than
21            the stalking horse bid, but still
22            less than the Gold Reserve bid.
23                      And that other bid, I will
24            call it, would have the certainty of
25            having settlement with the 2020s.
```

HIGHLY CONFIDENTIAL

Page 55

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2                    But again, doesn't provide
3          the same amount of proceeds to the
4          waterfall as the Gold Reserve bid
5          does.
6                    And so the risk in
7          recommending the Gold Reserve bid
8          over that one would be that it's not
9          able to close because the 2020s are
10         successful.
11                   And then we find ourselves
12         back in the situation, presumably,
13         where we have to resolicit bids.
14                   And we don't know if the
15         value of those bids will be at the
16         time, because we don't know the
17         performance of the company at the
18         time, and we will have incurred
19         substantial fees in the interim
20         pursuing a deal that broke.
21                   That, to us, is what the risk
22         is of the Gold Reserve bid.
23                   So I guess the question --
24         coming out of that is none of that
25         was actually a question.

HIGHLY CONFIDENTIAL

Page 56

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2              Is in the event -- in the
 3        event Bob is faced with a scenario
 4        like that where the gap is tighter,
 5        but nevertheless still is not
 6        closed, in Your Honor's view it
 7        sounded like what you said earlier,
 8        albeit in a different context, was
 9        the mandate here is to get as much
10        value for the creditors, additional
11        judgment creditors as possible.
12              And so even if Gold Reserve
13        has not improved its bid, it would
14        still provide more value to the
15        judgment creditors in the event they
16        can close.
17              And I just want to make sure
18        that we are not misinterpreting your
19        guidance on the prior, if your
20        guidance on the prior question does
21        not apply to this scenario that I
22        proposed, I think it would also be
23        helpful to know that.
24              JUDGE STARK:  No, I think what
25        you're saying accurately reflects my
```

HIGHLY CONFIDENTIAL

Page 57

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2          thoughts, as expressed previously, and
 3          as they seem to be based on what
 4          you're telling me now.
 5                  So, to be maybe a little
 6          clearer, the risk of the 2020s is
 7          not one that, just to colloquially
 8          speak, you all are the financial
 9          people, I don't think it's worth
10          anywhere near $4 billion.
11                  I don't know how much it's
12          worth, but I think in general it's a
13          risk that I may be persuaded I
14          should be very comfortable taking
15          unless the gap between a deal that
16          takes that risk off the table and
17          one that means we have to live with
18          that risk is pretty small.
19                  To be concrete, and maybe
20          this is a question to you, I had
21          thought you said with Gold Reserve
22          that you were encouraged, that may
23          not have been your word, that they
24          were working on improving their $7.1
25          billion deal, and that they had
```

HIGHLY CONFIDENTIAL

Page 58

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2              maybe asked you for guidance on
3              whether they should focus on
4              improving by raising their bid
5              and/or by trying to resolve the risk
6              with the 2020s.
7                   And that they may be pursuing
8              both, but maybe at some point asked
9              you if they could only do one or the
10             other, which they should do?
11                  Did I misunderstand that?
12                  MR. BENTLEY:  No, you didn't.
13                  I think that if they had told
14             us, and if we thought that it was a
15             real possibility that they could do
16             both of those, meaning have a deal
17             with the 2020s and improve their bid
18             substantially in terms of proceeds
19             distribution, then have at it.
20                  And we told them that is
21             correct, we said that would be a
22             home run.
23                  So if you can do that, that's
24             great.
25                  But they essentially wanted

HIGHLY CONFIDENTIAL

Page 59

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2              us to pick one or the other, and I

3              think that just given the course of

4              engagement, we are a little hesitant

5              to tell them one way or the other.

6                   Because we assume that if all

7              does not go as they want, it will

8              show up in pleadings,

9              notwithstanding us making a

10             recommendation -- in a

11             recommendation, some guidance that

12             was in the best interests of the

13             process.

14                  But yes, they have requested

15             that guidance, and our response to

16             them was, you know, neither of these

17             deals appear to be, you know, done,

18             they both seem to be hypothetical.

19                  And the Special Master thinks

20             that you should put your best foot

21             forward based on the court's

22             guidance available today, and then

23             the Special Master will evaluate

24             that deal.

25                  JUDGE STARK:  Right, and I'm

HIGHLY CONFIDENTIAL

Page 60

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2             certainly not asking, I'm not
 3             directing you on how to interact with
 4             anybody.
 5                     But if I -- if what you are
 6             asking me right now is, let's just
 7             say we may, in the context of
 8             evaluating bids, have to answer a
 9             question such as was better -- an
10             increase in the purchase price, you
11             know, of, pick a number for argument
12             $1 billion, versus a settlement with
13             the 2020 creditors?
14                     Again, I don't know exactly
15             what the 2020 creditors' settlement
16             is worth, but offhand I'm thinking,
17             you know, the $1 billion sounds like
18             it might be better.
19                     Certainly, you know, the
20             bigger the gap, the easier it is to
21             say, you know, we will take the risk
22             on the 2020s.
23                     But I think the Gold Reserve
24             bid -- it's certainly, I would think
25             that you all would view it as a
```

HIGHLY CONFIDENTIAL

```
                                            Page 61
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2           particularly attractive bid if they
 3           could do either of the things that
 4           they have suggested, maybe they are
 5           considering.
 6                   Certainly taking the 2020
 7           risk off the table, great, that's a
 8           material improvement on what they
 9           had offered at the stalking horse
10           round.
11                   But I think it was -- I think
12           I was clear in court in the rulings,
13           and I am while keeping an open mind,
14           because I don't know what's coming,
15           as I sit here, you know, whatever
16           risk the 2020s are is the risk the
17           20s are.
18                   And if they are going to, you
19           know, try to get an injunction from
20           me or from the Southern District or
21           some other court, that may be a
22           litigation that has to happen.
23                   That is not a deal breaker in
24           my mind, it's a risk we would rather
25           not have.
```

HIGHLY CONFIDENTIAL

Page 62

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                    And if you all, exercising
 3            your judgment, decide it's too big a
 4            risk, you know, obviously you're
 5            going to get litigation over that,
 6            and I'll have to do whatever I think
 7            is right after I hear from
 8            everybody.
 9                    But I'm hopeful that the
10            process yields, at least if it's
11            Gold Reserve, that their bid is
12            better than the one that they had in
13            one or both of those respects.
14                    I don't know if that's
15            helpful.
16                    SPECIAL MASTER PINCUS:  It's
17            very helpful to hear you.
18                    MR. YING:  Chase, does it
19            help if we put a few numbers around
20            this weighing of the two, or do you
21            feel comfortable where we are?
22                    MR. BENTLEY:  I mean, I think
23            that we have -- I think that we have
24            guidance likely on --
25                    SPECIAL MASTER PINCUS:  Agreed.
```

HIGHLY CONFIDENTIAL

```
                                        Page 63
 1           CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2                   MR. BENTLEY:  Based on that --
 3                   SPECIAL MASTER PINCUS:  We are
 4           ready to go.
 5                   MR. BENTLEY:  So thank you.
 6           Just to say it, thank you very much.
 7           I think that we are glad that we
 8           reached out for the ex parte meeting
 9           and we think it was very helpful.
10                   MR. FRIEDMANN:  If I may, this
11           is Jared Friedmann, for the record,
12           from Weil.
13                   One other question we have
14           been thinking through, and had we
15           had these ex parte meetings with
16           regular cadence we would have raised
17           it earlier.
18                   And we wouldn't have raised
19           it just for this issue, but since we
20           have you, is one of the things we
21           want to make sure in putting
22           together a recommendation is that we
23           provide a sufficient evidentiary
24           record for you in this process.
25                   It's a bit of an awkward
```

HIGHLY CONFIDENTIAL

Page 64

1      CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2          situation for us, because we are not
3          a litigant, we are an arm of the
4          court, right?
5               And so certainly, for
6          example, a declaration from the
7          Special Master would not be
8          appropriate, it's not putting in
9          evidence, he's going to put in a
10         recommendation, and certainly him
11         being deposed as to his thinking
12         would not be appropriate.
13              The question really is, is
14         whether, from your perspective, in
15         terms of what we provide you with,
16         in making sure that what we provide
17         you with is what you need, what
18         you're looking for, is it a
19         recommendation from the Special
20         Master that goes through his
21         selection plus his reasoning, or do
22         you also think you will need from us
23         some type of an evidentiary
24         submission from, say, for example,
25         Evercore, laying out what the

HIGHLY CONFIDENTIAL

Page 65

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2              process was that led us to this

3              spot?

4                      JUDGE STARK:  So, I mean, I

5              will give you a tentative answer.

6                      I would be surprised if you

7              didn't need to make an evidentiary

8              showing.

9                      Of course that's partly going

10             to be subject to what the objections

11             are.

12                     But I think we have seen

13             throughout the process among the

14             objections that we get are there is

15             not an adequate evidentiary basis

16             for certain things that are

17             represented.

18                     And so I scheduled I think

19             three days for the in court

20             proceeding.

21                     Obviously I imagine there

22             will be a lot of argument and

23             questions that I have.

24                     But I did envision that one

25             or more entities will want to make

HIGHLY CONFIDENTIAL

Page 66

1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2              an evidentiary showing, and I

3              probably assumed that the Special

4              Master would at least be prepared

5              to.

6                      You know, if upon review of

7              the objections, it turns out

8              everything is undisputed, it's just

9              they don't like -- I don't know,

10             there are just legal objections,

11             then maybe, you know, we won't need

12             to have a whole bunch of live

13             testimony from your side.

14                     But anyway, my assumption

15             would have been that you would have

16             to make some sort of evidentiary

17             showing, which may have to include

18             live testimony from your side,

19             depending on what kind of objections

20             you draw.

21                     MR. FRIEDMANN:  Okay, that's

22             very helpful.  Thank you.

23                     JUDGE STARK:  Okay, thank you

24             for asking.

25                     Are there other questions

HIGHLY CONFIDENTIAL

Page 67

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2           while we are together?
3                    SPECIAL MASTER PINCUS:  I think
4           that's it.  Thanks for your time, very
5           much.
6                    JUDGE STARK:  Sure.
7                    SPECIAL MASTER PINCUS:  As
8           always.
9                    JUDGE STARK:  Thank you for
10          your time and for your next 30 plus
11          hours.
12                   Anything else?
13                   No?  So as I indicated to
14          Chase, I do think it's possible, and
15          I would ask you all to reflect, you
16          particularly, Chase, to reflect on
17          this, and I will be as well.
18                   I'm not at the moment, and
19          certainly in the next 30 hours, I'm
20          not asking you to, you know, reach
21          out and share the pages of
22          transcript of our discussion with
23          everybody.
24                   But I may at some point
25          realize that I need you to do that,

HIGHLY CONFIDENTIAL

Page 68

```
 1          CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2             and I would ask you to reflect on,
 3             especially as the Special Master
 4             makes his recommendation, to the
 5             extent our discussion has influenced
 6             things, it may well be that I have
 7             an obligation to share some of what
 8             we have just discussed with folks.
 9                    But I'm not ordering anything
10             right now.  Understood, Chase?
11                    MR. BENTLEY:  Yes, understood.
12                    JUDGE STARK:  Okay, well, good
13             luck, nice to see you all, thank you
14             for your continuing efforts, and if
15             you need me, you know how to find me.
16                    Otherwise we will see each
17             other soon, I know, anyway.
18                    MR. BENTLEY:  Thank you, Your
19             Honor.
20                    JUDGE STARK:  Thank you.
21                    (Time noted 6:05 p.m.)
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 69

1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.

2

3                C E R T I F I C A T E

4

5

6            I, STEPHEN J. MOORE, a Shorthand

7        Reporter and Notary Public of the State of

8        New York, do hereby certify:

9

10           That the Proceedings as

11       hereinbefore set forth, is a true  and

12       accurate record of said hearing.

13

14           I further certify that I am

15       not  related to any of the parties to this

16       action by blood or marriage; and that I am

17       in no way interested in the outcome of

18       this matter.

19

20

21

22

23

24        STEPHEN J. MOORE, RPR, CRR

25

HIGHLY CONFIDENTIAL

**[& - anybody]**

| **&** |
| --- |

**&** 2:5

| **1** |
| --- |

**1** 60:12,17
**10th** 27:7,17
 28:7
**12** 8:9
**12:01** 29:22
**15** 23:20
**17** 27:6
**17-151** 1:11
**17th** 26:19
**1816** 6:14
**18th** 10:21
 12:25 28:24
 29:8 32:9,23
 33:15

| **2** |
| --- |

**2020** 7:7 33:10
 33:13,14 37:16
 41:16 49:4
 60:13,15 61:6
**2020's** 7:22
**2020s** 35:3 36:7
 36:24 37:3,7
 38:7,13 39:6,11
 39:16,20,21
 40:2,9,14 42:7
 42:11 47:7,9,15
 47:24 48:3,12
 48:13 49:20
 50:8 52:2,13,18

53:4,15 54:25
55:9 57:6 58:6
58:17 60:22
61:16
**2025** 1:13
**20932** 69:23
**20s** 47:15 61:17
**20th** 11:23
**24** 1:13 22:7
 26:23,24 45:14
**24/7/365** 43:4
**26th** 29:22 31:8
**27th** 29:3,4
**2nd** 10:17
 12:17 15:3
 28:19 31:15,23

| **3** |
| --- |

**30** 45:18 67:10
 67:19

| **4** |
| --- |

**4** 57:10
**4:35** 1:13
**4th** 10:13

| **5** |
| --- |

**5** 7:6
**5:15** 23:23 24:6

| **6** |
| --- |

**6:05** 68:21

| **7** |
| --- |

**7.1** 36:3 42:6,9
 52:25 53:16,21
 57:24

**767** 2:7

| **a** |
| --- |

**a.m.** 29:22
 45:24
**ability** 7:22
 47:12
**able** 39:19 55:9
**absolutely** 16:2
**accurate** 69:12
**accurately**
 56:25
**action** 8:13
 69:16
**actions** 49:6
**actual** 12:5
**actually** 9:18
 9:24 11:17
 14:2 19:15
 27:5 32:11
 33:18 36:21
 45:15 51:15
 55:25
**add** 42:10
**addition** 28:19
**additional**
 56:10
**address** 14:17
**addressing**
 52:4 53:4,7
**adequate** 65:15
**advantageous**
 48:2

**advisors** 26:19
 45:25
**afternoon** 4:4
**ago** 26:23,24
**agree** 51:7,7
**agreed** 19:3
 62:25
**agreeing** 5:16
**agreement**
 29:15 30:9,13
 31:11 46:10
**agreements**
 37:18
**ahead** 24:11
 44:3
**albeit** 56:8
**allows** 49:19
**amend** 39:22
**amendment**
 39:7
**amount** 54:16
 55:3
**analysis** 52:8
 52:13 53:11
**anderson** 2:21
 3:8
**answer** 9:4
 12:6 14:14
 60:8 65:5
**answered** 47:4
**answering**
 50:20
**anybody** 43:11
 60:4

HIGHLY CONFIDENTIAL

**[anyway - billion]**                                                Page 2

**anyway** 27:10
  66:14 68:17
**appear** 59:17
**applies** 7:6
**apply** 56:21
**appreciate** 5:18
  18:15
**appropriate**
  64:8,12
**approve** 47:22
**approximately**
  10:5 11:4
  45:17,23
**april** 7:20
  47:18 51:20
**arbitrary** 52:10
**argument**
  60:11 65:22
**arm** 64:3
**asked** 5:12 58:2
  58:8
**asking** 60:2,6
  66:24 67:20
**assume** 59:6
**assumed** 18:8
  66:3
**assuming** 24:16
**assumption**
  66:14
**attorneys** 2:6
**attractive** 61:2
**august** 10:21
**authorize** 6:20

**available** 18:14
  44:12 45:7,9
  59:22
**avenue** 2:7
**aware** 8:4
  26:21 27:17
  47:6
**awkward** 63:25

**b**

**back** 18:4
  20:18 23:22,25
  24:4,6 31:2,7
  35:23 46:4
  51:9,14 55:12
**background**
  6:12,23
**baked** 33:10
**banker** 3:12
  6:4
**barr** 2:13 3:5
**based** 11:25
  13:25 17:5
  20:16 22:13
  34:24,24 36:3
  54:6 57:3
  59:21 63:2
**basically** 23:12
**basis** 25:23
  65:15
**beginning** 7:18
**believe** 7:20
  11:3 32:18
  38:5

**believes** 52:17
**beneficial** 48:2
  48:3,5
**benefit** 22:5
  49:3
**bentley** 2:11
  3:4,4 4:11 5:9
  5:14,22 15:9,16
  15:25 16:11,20
  19:5 20:22
  24:3 25:22
  26:22 27:2,16
  28:22 32:6
  44:8 45:19
  46:21 50:24
  51:15 58:12
  62:22 63:2,5
  68:11,18
**best** 23:2 42:17
  59:12,20
**better** 12:8
  30:14 31:5
  50:17 60:9,18
  62:12
**bid** 27:17 29:8
  29:8 30:14,17
  30:25 31:6
  32:12,14,15,16
  32:22,24 33:2,4
  33:10 34:7,8,21
  34:23 36:3,11
  38:13,24 41:8
  41:10,12,13
  43:22,23,25

**44:11,11,20,24**
  52:22,25 53:16
  53:21 54:4,9,11
  54:21,22,23
  55:4,7,22 56:13
  58:4,17 60:24
  61:2 62:11
**bidder** 13:8,11
  14:5 31:21
  40:7,11 42:22
  44:6 46:11
  47:13 48:4
**bidders** 12:25
  17:14 29:7
  31:3 35:23
  40:6 46:4,5
**bids** 12:24
  17:10,12,17
  19:24 21:4,14
  21:17 22:2,6
  26:4 29:7,18
  30:2,2 31:5,19
  32:7,8 34:5
  38:22 40:23
  42:19 43:6
  45:23 46:2
  55:13,15 60:8
**big** 62:3
**bigger** 60:20
**billion** 36:3
  42:6,10 52:25
  53:16,21 57:10
  57:25 60:12,17

HIGHLY CONFIDENTIAL

**[bit - conf]**

| | | | |
|---|---|---|---|
| **bit** 20:25 23:9 23:16 51:21 63:25 | **camera** 4:22 | **chime** 26:11 | **comes** 9:7 10:4 41:19 |
| **black** 26:18 28:11 | **capital** 26:19 28:11 | **circuit** 49:11 | **comfortable** 21:21 26:2 57:14 62:21 |
| **blood** 69:16 | **carry** 50:6,18 | **clarification** 51:5 | **coming** 21:11 55:24 61:14 |
| **bob** 3:10 5:25 26:9 27:20 42:24 47:3 50:25 51:17 53:19 56:3 | **case** 1:10 19:6 39:17 40:21 49:13 | **clarifications** 46:3 | **company** 55:17 |
| **bolivarian** 1:8 | **cash** 33:22 37:12,20 | **cleanup** 20:23 | **compare** 54:10 |
| **bondholders** 49:4 | **cause** 15:21 37:16 | **clear** 7:14 16:3 18:3 25:6,8 40:2 49:15 50:9 53:25 61:12 | **comparison** 41:23 |
| **bonds** 7:7 | **certain** 33:24 65:16 | **clearer** 57:6 | **compensation** 39:16 |
| **bottom** 33:25 | **certainly** 10:18 12:6 16:5 23:6 43:10 49:18 60:2,19,24 61:6 64:5,10 67:19 | **clearly** 45:2 53:22 | **completely** 32:11 43:2 |
| **breaker** 61:23 | | **clerk's** 26:17 | **complicated** 43:5,6 |
| **briefing** 13:23 15:4 34:18 | **certainty** 23:13 41:4,25 51:25 53:24 54:24 | **clerks** 5:4 | **computer** 4:7 |
| **broke** 55:20 | **certify** 69:8,14 | **close** 33:18 36:19 55:9 56:16 | **concerns** 27:14 |
| **bunch** 66:12 | **chance** 24:19 40:18 41:18 | **closed** 54:15,17 56:6 | **conclusory** 52:9 |
| **business** 12:23 29:5,9,11,20 30:5 35:22 | **change** 8:12 54:10 | **closing** 8:19 38:12 39:13,18 47:16 50:13 | **concrete** 57:19 |
| **busy** 46:13 | **changed** 34:21 40:4 53:14,17 | **collaborate** 28:10 | **conf** 1:1 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 |
| **c** | **chase** 2:11 3:4 4:24 5:22 43:18 51:7 62:18 67:14,16 68:10 | **colleagues** 6:2 | |
| **c** 2:2 3:2 4:2 69:3,3 | | **colloquially** 57:7 | |
| **cadence** 63:16 | | **come** 21:23 42:3 46:24 47:10,11 | |
| **calculus** 41:15 | | | |
| **call** 5:13 9:2,4 19:10 23:22 41:16 54:24 | | | |

HIGHLY CONFIDENTIAL

**[conf - deal]**                                                                 Page 4

| | | | |
|---|---|---|---|
| 38:1 39:1 40:1 | consult 6:18 | court's 59:21 | current 9:14 |
| 41:1 42:1 43:1 | context 12:12 | create 27:14 | 13:25 |
| 44:1 45:1 46:1 | 56:8 60:7 | creditor 37:11 | currently 44:3 |
| 47:1 48:1 49:1 | continue 9:10 | creditors 36:8 | 44:4 |

**d**

d 3:2 4:2
dang 2:21 3:7
daniel 2:23
date 14:21 28:18 29:2 39:23 40:3
dated 26:19 27:6
david 2:20 3:11 27:25
day 19:14,14 19:23,23 29:5 29:11,20 30:5 30:21 35:22 46:9
days 12:23 29:9 65:19
deadline 9:7 12:15,16,18 13:2,19 14:6,10 28:24 32:10
deadlines 12:14 15:2
deal 23:2 37:7 39:2 42:7,11 47:8,24 49:18 51:10,13 55:20 57:15,25 58:16

50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1
**conference** 24:9
**confident** 18:23 30:15 54:12
**confidential** 1:15
**conjecture** 11:10
**connection** 24:22
**conscious** 42:21
**consent** 33:22 37:13,14
**consider** 12:12 24:20
**consideration** 14:3 33:23 37:12,21 47:14
**considering** 61:5
**consortium** 37:9,20 51:22

21:12 31:6
**continued** 24:9
**continuing** 31:2 68:14
**contours** 43:22
**conversation** 21:13
**conversations** 14:8 17:5 36:6
**corporation** 1:5
**correct** 58:21
**correctly** 45:18
**counsel** 3:9 5:23 40:2
**countless** 36:6
**couple** 9:10 14:15 17:7 36:11
**course** 8:10,12 15:9 21:3 22:7 22:11 27:3 28:22 39:3 40:18 44:23 46:8,21 47:2 59:3 65:9
**court** 1:2 4:9 5:19 6:10 48:11,16 61:12 61:21 64:4 65:19

36:15 42:10
48:6,14 49:12
54:20 56:10,11
56:15 60:13,15
**crr** 69:24
**crystallex** 1:1,5
2:1 3:1 4:1 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
**curious** 20:7

HIGHLY CONFIDENTIAL

**[deal - ex]**                                                                 Page 5

59:24 61:23
**dealing**  19:14
   19:16,17
**deals**  36:17
   37:8 41:17
   47:7,9 59:17
**december**
   11:12,23
**decide**  62:3
**decision**  11:16
   13:5 20:24
   22:13 45:17
**declaration**
   64:6
**declined**  7:11
   8:22
**defend**  20:14
**defendant**  1:9
**definition**
   52:15
**degree**  50:7
**delaware**  1:3
**delay**  50:12
**delivered**  35:4
   35:20 44:9,16
**delivering**
   44:18
**depending**
   22:23 66:19
**deposed**  64:11
**deprive**  49:7
**describe**  47:24
**determination**
   34:13

**determined**
   34:14,20 35:8
**detriment**
   49:18
**develops**  49:25
**different**  9:23
   26:10 36:12
   37:23 41:20
   56:8
**directed**  53:8
**directing**  60:3
**disclose**  24:21
**disclosed**  32:17
**discuss**  8:7 39:5
**discussed**  68:8
**discussion**
   67:22 68:5
**discussions**
   36:24
**disposal**  5:13
**distribution**
   33:6 58:19
**district**  1:2,3
   61:20
**divulge**  17:13
**docket**  6:13
   27:12 28:15
   31:14 32:20
**documentation**
   33:21
**doing**  19:15,22
**doldrum**  23:15
**doorstep**  37:2
   40:8

**drafting**  31:24
**draw**  66:20
**due**  31:14
**duration**  7:4,21
   9:25 11:2

**e**

**e**  2:2,2 3:2,2 4:2
   4:2 6:7 69:3,3
**earlier**  6:7 7:10
   56:7 63:17
**easier**  20:25
   60:20
**economics**  37:7
**effect**  15:23
**effectively**  13:3
**effectiveness**
   7:5
**efforts**  68:14
**either**  24:18
   37:25 39:10
   42:5,6 47:13
   61:3
**elaboration**
   51:4
**emphasis**  45:4
   53:23
**encouraged**
   51:23 53:9
   57:22
**engage**  52:2
**engagement**
   59:4

**enter**  11:18
   38:6
**entering**  35:16
**entirely**  54:16
**entities**  65:25
**entitled**  49:22
**envision**  31:16
   65:24
**eoghan**  2:9
   3:14
**escape**  23:14
**especially**  68:3
**esq**  2:9,11,13
   2:15
**essentially**  13:7
   29:16 30:18
   32:21 38:25
   58:25
**evaluate**  9:5
   20:21 59:23
**evaluating**  60:8
**event**  25:25
   56:2,3,15
**evercore**  2:20
   2:22,23 3:12
   6:4 64:25
**everybody**  19:3
   62:8 67:23
**evidence**  64:9
**evidentiary**
   63:23 64:23
   65:7,15 66:2,16
**ex**  1:1,17 2:1
   3:1 4:1 5:1,5

HIGHLY CONFIDENTIAL

**[ex - frame]**

6:1,8 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1,2 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1,8,15
64:1 65:1 66:1
67:1 68:1 69:1
**exact**  29:2 41:5
41:14
**exactly**  46:18
60:14
**example**  25:2
31:4 38:8 64:6
64:24
**excuse**  35:7
**executable**
30:16
**execute**  31:19

**executed**  33:15
33:16 40:17
52:23
**exercising**  62:2
**existed**  32:15
**existing**  37:9
42:6 51:21
53:16
**exists**  38:15
**exit**  24:5
**expect**  36:19
41:21,22 45:10
**expedited**  15:4
**expire**  10:6
**explain**  28:17
52:3
**explained**  47:5
**explaining**  43:9
**expressed**  57:2
**expression**  28:8
**extend**  8:18 9:6
9:10 10:13,15
11:20
**extended**  7:15
9:25 14:6
**extending**  7:5
8:9 11:3 14:10
38:11
**extension**  9:15
10:2,4,23 11:2
11:7,14 38:17
48:4
**extensions**  8:16
11:6

**extent**  46:6
68:5

**f**

**f**  69:3
**face**  11:6
**faced**  41:2
54:18 56:3
**facing**  53:18
**fact**  4:17 34:24
**factored**  14:2
**factors**  21:19
**facts**  20:16 26:3
26:4
**faith**  34:13
**fallout**  23:3
**far**  5:7 19:21
27:24 40:19
47:6
**feedback**  8:6
**feel**  18:19 25:7
50:22 62:21
**fees**  55:19
**fifth**  2:7 30:5
**figure**  4:7
**figured**  19:7
**file**  4:16 16:12
**filed**  6:13 27:19
32:18,19 44:14
**filing**  6:19 20:2
31:13
**fill**  20:7
**final**  31:18 44:5
45:23

**finalize**  33:21
**financial**  57:8
**financing**  53:14
**find**  55:11
68:15
**fine**  18:7
**finishing**  31:24
**firm**  28:9
**first**  5:14 10:3,7
28:6
**five**  8:9 11:4
12:23 29:4,9,11
29:20 35:21
**flag**  42:25
**flavor**  40:12
**floor**  32:4
**focus**  45:5 58:3
**folks**  26:12
27:9 68:8
**follow**  20:23
**following**  45:18
**follows**  24:9
**foot**  42:17
59:20
**force**  49:24
**form**  40:25
**formal**  20:2,12
**forth**  31:2,7
35:23 69:11
**forward**  42:17
59:21
**four**  11:5
**frame**  20:22

HIGHLY CONFIDENTIAL

**[frankly - hereinbefore]**                                   Page 7

| | | | h |
|---|---|---|---|

**frankly**  52:10
**friday**  7:15
  9:16
**friedmann**  2:15
  3:5 63:10,11
  66:21
**front**  17:23
**fully**  36:18
**further**  16:17
  18:24 19:13
  45:12 47:21
  69:14
**future**  20:3

**g**

**g**  3:2 4:2
**gap**  45:6 54:15
  54:17 56:4
  57:15 60:20
**general**  7:6
  57:12
**generally**  40:22
**getting**  11:21
  52:19
**give**  6:11 8:22
  17:4,11,16
  21:13,17 23:8
  23:16,20 24:14
  24:16 25:18
  34:12 38:9
  53:10 65:5
**given**  14:20
  38:22 43:20
  59:3

**giving**  21:21,25
**gl5**  7:15,21
  10:6 38:11,17
**glad**  63:7
**glean**  8:14
**go**  17:3,19 18:4
  21:25 22:25
  24:11 29:16,25
  31:2 39:12
  43:17 46:4
  47:15 50:13
  51:16 59:7
  63:4
**goes**  64:20
**going**  5:3 10:15
  15:6,20 18:24
  19:4,12,25 20:4
  20:5,12,13,14
  20:19 25:7,10
  30:7 38:10
  45:11,14 46:13
  47:11 50:2
  51:16 61:18
  62:5 64:9 65:9
**gold**  6:12,18
  7:24 9:17,20
  12:13 13:22
  14:23 16:7,18
  17:6 21:7
  32:16 34:7,20
  36:2,7,10,16
  37:22 38:3,5,13
  38:20 40:6
  41:19 42:2

  44:10,11,14,20
  45:8,12 51:21
  52:20 53:21
  54:3,22 55:4,7
  55:22 56:12
  57:21 60:23
  62:11
**good**  4:4,8
  13:12 18:20
  26:13 34:13
  46:7 51:18
  68:12
**gotshal**  2:5
  3:15 5:23 6:3
**grant**  13:21
**great**  58:24
  61:7
**group**  27:23
  43:20 45:13
**guess**  55:23
**guidance**  7:3
  7:10 8:6,22
  12:5,10 13:24
  14:11 21:17,22
  22:4,13 26:6
  34:17 38:9
  39:8 42:16
  47:21 56:19,20
  58:2 59:11,15
  59:22 62:24
**guided**  45:21
**guys**  19:17

**h**

**half**  10:5
**happen**  19:4
  48:23 61:22
**happy**  14:13
  15:10 16:4,11
  17:2,3,10 20:17
  28:20
**headline**  19:10
**hear**  4:5 20:17
  25:14 45:11,14
  62:7,17
**heard**  9:16
  15:15
**hearing**  7:19
  8:5 10:20 26:2
  26:8 27:20
  34:18 69:12
**heartache**
  15:21
**help**  15:7 21:10
  44:7 62:19
**helpful**  6:10 7:2
  12:7 15:24
  16:15 20:10
  23:7,17 25:25
  26:6 32:3
  46:16 50:21,25
  51:3 52:16,21
  56:23 62:15,17
  63:9 66:22
**hereinbefore**
  69:11

HIGHLY CONFIDENTIAL

**[hesitant - interact]**

**hesitant** 59:4
**high** 17:16 26:3
**higher** 33:8,11
**highly** 1:1,15
   2:1 3:1 4:1 5:1
   6:1 7:1 8:1 9:1
   10:1 11:1 12:1
   13:1 14:1 15:1
   16:1 17:1 18:1
   18:23 19:1
   20:1 21:1 22:1
   23:1 24:1 25:1
   26:1 27:1 28:1
   29:1 30:1 31:1
   32:1 33:1 34:1
   35:1 36:1 37:1
   38:1 39:1 40:1
   41:1 42:1 43:1
   44:1 45:1 46:1
   47:1 48:1 49:1
   50:1 51:1 52:1
   53:1 54:1 55:1
   56:1 57:1 58:1
   59:1 60:1 61:1
   62:1 63:1 64:1
   65:1 66:1 67:1
   68:1 69:1
**hiltz** 2:22
**holders** 33:7,24
**holiday** 11:22
**holidays** 11:25
**home** 58:22
**honor** 6:6,24
   11:15 13:20

16:8 17:2,17
21:20 37:10
39:9 43:2
47:17 53:24
68:19
**honor's** 12:21
28:25 34:16
56:6
**hope** 5:9,11
18:18 43:8
47:11 54:5
**hopeful** 62:9
**horse** 12:20
13:7 21:6
29:14 30:8,12
31:6,10 32:12
33:4 34:6,10,17
34:23 38:24
39:9 41:8,12,13
47:8,19 51:19
54:11,21 61:9
**hours** 22:7
26:23,24 30:23
45:15,18 67:11
67:19
**hypothetical**
59:18

**i**

**identified** 34:25
**identity** 17:14
**imagine** 25:11
65:21

**immediately**
24:18 30:16
**impact** 37:8
**impacts** 7:21
25:4
**imply** 44:2
**import** 10:10
**importance**
40:3
**important**
12:12,16 13:19
28:18
**importantly**
12:11 35:10
**improve** 36:11
41:9,12 44:24
47:23 58:17
**improved**
56:13
**improvement**
53:2 61:8
**improving**
57:24 58:4
**inclination**
20:24
**inclinations**
23:9
**inclined** 13:21
23:8
**include** 66:17
**including** 9:17
15:3 51:25
**inconsistent**
48:9

**incorporate**
39:22
**incorporated**
40:13
**incorporating**
36:14
**increase** 42:9
51:23,24 60:10
**incurred** 55:18
**indicated** 48:18
67:13
**inevitable**
21:22
**influenced** 68:5
**information**
12:8
**informing**
15:18
**injunction**
38:16 52:19
61:19
**insight** 19:22
**instinct** 19:11
20:5,18
**instinctive**
19:20
**intended** 8:12
49:3
**intent** 28:9
**intention** 8:18
**intentionally**
49:6
**interact** 60:3

HIGHLY CONFIDENTIAL

**[interested - litigant]**                                           Page 9

| | | | |
|---|---|---|---|
| **interested** 18:21 69:17 | 26:14,25 27:4 28:14 32:2 43:10,16 45:3 45:10 46:14 48:7 56:24 59:25 65:4 66:23 67:6,9 68:12,20 | **keyed** 12:21 **kind** 21:21 51:17 66:19 **knew** 44:10 **know** 4:24 5:2 9:12 10:14 11:2 12:7 14:23 18:18 23:12,24 40:20 43:22 44:21,23 50:19,21 51:8,9 55:14,16 56:23 57:11 59:16,17 60:11,14,17,19 60:21 61:14,15 61:19 62:4,14 66:6,9,11 67:20 68:15,17 | **left** 37:6 **legal** 52:7 53:10 66:10 **letter** 6:12,17 14:22 15:23 16:4,9,12,18 17:8 26:18 38:3 **letters** 27:11 **level** 17:16 26:3 **license** 7:6 8:19 9:6 38:18 **light** 14:7 21:22 34:16 **likelihood** 54:15 **likely** 12:10 24:13,19 35:25 40:25 41:9,12 44:4 47:10 52:18 62:24 |
| **interests** 59:12 **interfere** 49:7 **interim** 55:19 **international** 1:5 **investment** 3:12 6:4 27:8 28:10 **investors** 28:11 **involved** 36:9 49:23 **issue** 8:4 16:17 16:19,25,25 63:19 **issues** 23:10 34:25 | | | |
| **j** | **judge's** 42:16 45:2 **judgment** 33:7 33:23,24 36:8 42:10 48:6,13 49:12 54:20 56:11,15 62:3 **july** 10:7,13,17 12:17 28:19 31:15,23 **jump** 24:4 26:15 **juncture** 12:9 **june** 1:13 12:25 26:19 27:6,7,17 28:7,24 29:8,22 32:23 33:15 **junior** 36:15,15 | **knowing** 19:24 **known** 17:15 **knows** 37:10 | **likewise** 8:17 33:20 36:25 **limited** 52:6 **line** 4:9 39:8 **lined** 26:11 **link** 24:4 **lion** 26:18 28:11 **lisa** 2:21 3:7 **listen** 22:21 24:13 **litigant** 64:3 |
| **j** 69:6,24 **january** 12:21 28:25 29:3,4,12 **jared** 2:15 3:5 63:11 **job** 42:18 43:8 **join** 28:10 **joined** 3:14 **judge** 2:3 4:4 4:20 5:11 14:18 15:13,17 16:10,14 17:22 19:7 22:15 23:19 24:5,10 | | **l** | |
| | | **lack** 6:16 **laid** 51:18 **lakhdir** 2:23 **landscape** 40:23 **law** 5:4 20:17 **laying** 26:2 64:25 **lead** 17:9 **led** 65:2 | |
| | **k** | | |
| | **keenan** 2:9 3:14 **keep** 38:11 **keeping** 20:11 61:13 | | |

HIGHLY CONFIDENTIAL

**[litigate - months]**                                                                                                                 Page 10

| | | | |
|---|---|---|---|
| **litigate** 48:20 | **make** 11:16 | 67:3,7 68:3 | **meetings** 63:15 |
| **litigating** 48:16 | 13:5 18:14 | **master's** 6:15 | **members** 37:19 |
| **litigation** 18:25 | 19:25 20:24 | 10:8,16 11:11 | 42:24 |
| 20:13 21:23 | 22:12 25:8 | 12:4 14:3 17:4 | **memo** 52:5,11 |
| 25:10 48:12 | 31:14 45:16 | 21:3,9 22:5 | **mentioned** |
| 49:23 50:3,11 | 47:25 48:5,21 | 42:18 52:13 | 38:22 |
| 61:22 62:5 | 56:17 63:21 | **material** 10:24 | **met** 5:5 |
| **little** 20:25 23:9 | 65:7,25 66:16 | 11:8 54:16 | **method** 53:6 |
| 23:16 57:5 | **makes** 53:2 | 61:8 | **michael** 4:21 |
| 59:4 | 68:4 | **materially** 33:7 | 4:25 5:6,8,10 |
| **live** 26:9 27:21 | **making** 59:9 | 33:11 50:17 | 6:7 |
| 57:17 66:12,18 | 64:16 | 54:19 | **middle** 15:22 |
| **living** 43:4 | **mandate** 56:9 | **matt** 2:13 3:5 | **midnight** 31:23 |
| **log** 24:6 | **manges** 2:5 | **matter** 21:24 | 46:12 |
| **long** 5:3 | **manner** 41:9 | 51:8 69:18 | **mind** 20:11 |
| **longer** 29:25 | **marriage** 69:16 | **maximize** | 46:24 61:13,24 |
| **looked** 11:23 | **master** 1:17 2:6 | 49:11 | **minimum** |
| 33:3 | 2:19 3:10,11,13 | **mean** 15:14 | 49:14 53:11 |
| **looking** 16:16 | 5:24,25 6:5,11 | 22:19 44:2 | **minutes** 23:21 |
| 16:23 46:19 | 6:21,25 7:9 8:8 | 46:14 48:7 | **misc** 1:11 |
| 64:18 | 12:23 13:5 | 52:14 62:22 | **misinterpreting** |
| **lose** 39:12,17 | 15:8 21:11 | 65:4 | 56:18 |
| 47:15 | 22:16 23:5 | **meaning** 29:24 | **missed** 42:24 |
| **lot** 49:21 65:22 | 24:2 26:5,12 | 36:18 41:7 | **misunderstand** |
| **loud** 17:23 | 27:22 28:3 | 47:25 58:16 | 58:11 |
| **lps** 1:11 | 29:6,24 30:6 | **meaningful** | **moment** 43:15 |
| **luck** 68:13 | 34:11,19 35:7 | 15:7 | 67:18 |
| **m** | 35:25 42:4,13 | **means** 13:3 | **money** 49:21 |
| | 45:25 47:2 | 30:18 52:20 | 50:3 |
| **made** 12:13 | 51:6 52:3,17 | 57:17 | **month** 8:10 |
| 17:15 19:21 | 53:12 54:12 | **meant** 26:16 | 11:6,14 |
| 40:5 | 59:19,23 62:16 | **meet** 5:16 | **months** 9:11 |
| **mail** 6:7 | 62:25 63:3 | **meeting** 1:17 | 11:4 |
| | 64:7,20 66:4 | 6:8 63:8 | |

HIGHLY CONFIDENTIAL

**moore** 69:6,24
**morning** 7:16
  29:21 30:24
**move** 43:17
  52:12 54:4
**mtg** 1:1 2:1 3:1
  4:1 5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1
**mulling** 22:6

**n**

**n** 2:2 3:2 4:2
**narrowing** 45:6

**near** 20:2 57:10
**necessarily**
  11:15 12:17
  24:14 44:2
**need** 18:19
  21:25 30:16,19
  33:20 45:25
  64:17,22 65:7
  66:11 67:25
  68:15
**needed** 18:10
  46:3
**needle** 52:12
**needs** 13:5 30:6
  30:9
**negotiate** 39:6
**negotiating**
  36:10
**neither** 59:16
**nevertheless**
  56:5
**new** 2:8,8 13:8
  13:10 50:23
  69:8
**nice** 68:13
**night** 6:13,19
  38:4
**non** 33:22
  37:12,20
**nonbinding**
  28:8
**notary** 69:7
**note** 5:21 10:4

**noted** 6:6 39:24
  39:25 68:21
**notes** 14:23
**notice** 4:17
  5:17 34:12
  35:4,19 38:23
  43:19 44:9,17
  44:18,20
**notification**
  35:14
**notified** 35:5
**notwithstandi...**
  59:9
**number** 60:11
**numbers** 62:19

**o**

**o** 2:22 3:2 4:2
**objection** 27:13
  27:19
**objections** 20:4
  65:10,14 66:7
  66:10,19
**obligation**
  49:10 68:7
**obviously** 26:8
  50:25 62:4
  65:21
**occurred** 25:12
**ofac** 7:3,10,11
  7:14 9:24
  11:12 12:5,6
  13:24 14:8
  15:7 16:18,25

  38:8
**offered** 61:9
**offers** 50:6
**offhand** 60:16
**office** 4:6 26:17
**okay** 16:14
  26:25 27:4
  28:14 32:2
  43:8 46:14
  66:21,23 68:12
**open** 61:13
**opinion** 51:2
**opinions** 48:11
**oppose** 16:9
**opposed** 28:18
**options** 37:23
**order** 11:18
  12:22 13:21
  14:11 15:5
  29:4,13 34:17
  37:11 39:10
  45:2 47:19
  51:20 53:10
  54:2
**ordered** 49:17
**ordering** 68:9
**orders** 51:5
**outcome** 69:17
**overall** 12:3
**overview** 17:11
  17:17 21:14,16
  22:2
**owed** 53:11

HIGHLY CONFIDENTIAL

**[own - price]**                                                                 Page 12

| | | | |
|---|---|---|---|
| **own**   32:14<br>41:20 49:24<br>50:11 | 64:1 65:1 66:1<br>67:1 68:1 69:1<br>**partes**   18:2 | **perspective**<br>10:9 12:4<br>13:18 17:5 | **pose**   38:13<br>**position**   6:16<br>6:22,24 9:20 |

**own**   32:14
41:20 49:24
50:11

**p**

**p**   2:2,2 3:2 4:2
**p.m.**   1:13 68:21
**pages**   67:21
**paraphrase**
8:24
**part**   27:23 37:4
37:5
**parte**   1:1,17
2:1 3:1 4:1 5:1
5:5 6:1,8 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1,8,15

64:1 65:1 66:1
67:1 68:1 69:1
**partes**   18:2
**particularly**
61:2 67:16
**parties**   4:18
9:17,19,22
24:22 30:3
36:7 40:16
69:15
**partly**   65:9
**party**   16:6
32:25 34:8
35:17 40:7,11
41:10 45:13
**past**   4:15 11:15
14:9
**path**   36:14
**pause**   14:12
43:11
**pay**   37:11
**pays**   54:19
**pending**   15:2
**people**   57:9
**performance**
55:17
**period**   7:11,18
12:19 13:2
28:23 29:5,12
29:17,20,23
32:10 35:22
39:4
**periods**   8:10

**perspective**
10:9 12:4
13:18 17:5
21:3,10 26:10
64:14
**persuaded**
57:13
**pick**   13:8 59:2
60:11
**picked**   11:12
**picking**   11:24
14:4
**pincus**   2:19
3:10 5:25 23:5
24:2 26:12
27:22 28:3
51:6 62:16,25
63:3 67:3,7
**pivot**   13:16
**place**   41:3 45:3
53:20
**placing**   53:22
**plaintiff**   1:6
**plan**   7:4
**play**   9:13
**pleadings**   59:8
**please**   42:25
**plus**   64:21
67:10
**point**   18:11
24:7 58:8
67:24
**points**   40:5

**pose**   38:13
**position**   6:16
6:22,24 9:20
13:13 14:24,24
16:12 21:15
22:10 30:7
**possibility**
58:15
**possible**   24:17
56:11 67:14
**possibly**   50:10
**potentially**
37:17,23 53:18
**potter**   2:21 3:7
**practical**   13:17
**practically**   30:4
**practice**   13:12
**preferable**
14:19
**prepared**   18:25
22:21,22,24
25:14 46:15
48:23 66:4
**present**   2:17
**press**   32:18
44:15
**presumably**
13:23 19:9
38:14 55:12
**pretty**   53:25
54:12 57:18
**previously**   57:2
**price**   33:12
34:24 41:3,6,15

HIGHLY CONFIDENTIAL

[price - recommended]                                                    Page 13

| | | q | ready  30:17,19 |
|---|---|---|---|
| 41:20,24 45:4 51:24 53:23 60:10 | proposal  34:15 34:22 35:6,9 44:19 | quasar  27:7,17 28:9 | 63:4 |
| **prior**  7:25 10:6 32:23 36:4 39:12 41:6 44:12 47:16 51:5 53:2 56:19,20 | **proposed**  33:5 56:22 **proposing**  7:25 **protect**  51:12 **provide**  7:12 55:2 56:14 63:23 64:15,16 | **question**  41:2 44:22 46:17 50:20 51:17 55:23,25 56:20 57:20 60:9 63:13 64:13 | **real**  58:15 **realize**  67:25 **really**  10:9 13:18 18:10 19:5 64:13 **reason**  21:8 24:24 |
| **probably**  9:9 21:24 25:7 27:11 28:12 30:23 66:3 | **provided**  39:9 39:16 52:21 **provision**  34:9 **psa**  39:7 | **questions**  14:13 25:20 43:18 46:23 65:23 66:25 | **reasoning** 64:21 **recall**  29:2 **receive**  33:22 |
| **problem**  50:14 50:16 **proceed**  15:19 15:19 25:24 28:21 | **public**  44:14 69:7 **publicly**  32:17 44:21 | **quick**  20:23 **quickly**  15:11 16:2 **quite**  36:20 | **received**  34:14 35:8 43:21,25 **receiving**  21:16 37:21 |
| **proceeding** 65:20 **proceedings** 24:7 69:10 | **pull**  15:11 16:2 **purchase**  29:15 30:9,13 31:10 46:10 60:10 | r | **recent**  11:5 14:9 **recess**  24:8 **recollection**  9:3 |
| **proceeds**  33:6 45:7,8 55:3 58:18 | **purely**  53:10 **purposes**  25:9 **pursuing**  55:20 | **r**  2:2 3:2 4:2 69:3 **raised**  63:16,18 **raising**  58:4 | **recommend** 25:5 50:12 53:20 |
| **process**  9:14 10:19 12:10 15:21 20:10 27:15 36:9 46:7 49:2,9 50:8 59:13 62:10 63:24 65:2,13 | 58:7 **push**  20:17 **put**  16:12 22:14 27:11 28:14 41:24 42:16 59:20 62:19 64:9 **putting**  63:21 64:8 | **ratchet**  47:14 **ratcheting** 39:15 **rather**  7:8 8:21 12:18 61:24 **reach**  18:13 67:20 **reached**  9:19 18:12 63:8 **reaction**  25:3 | **recommendat...** 10:16 14:4 21:12 24:23 26:7 31:12,25 48:20 53:19 54:13 59:10,11 63:22 64:10,19 68:4 **recommended** 11:17 13:8,11 |

HIGHLY CONFIDENTIAL

**[recommended - sale]**                                   Page 14

14:5 30:20
31:20,20 44:5
46:11
**recommending**
55:7
**record**  5:21
14:22 17:25
25:9 63:11,24
69:12
**recut**  37:17
**red**  13:6,15
29:15 31:21
33:3,9 34:10,12
34:23 35:2,5,15
38:23 39:4,10
39:19,25 43:20
44:17 45:12
47:8
**reduced**  38:14
**referenced**
44:19 47:17
**reflect**  6:20
16:4 67:15,16
68:2
**reflected**  6:16
**reflecting**  29:11
**reflects**  29:16
56:25
**regular**  63:16
**reiteration**
52:24
**related**  34:19
35:11 69:15

**release**  32:18
44:15
**remain**  4:16
20:6
**remember**
27:24
**repeated**  8:15
**replacement**
35:17
**reporter**  4:9
5:20 69:7
**represented**
65:17
**republic**  1:8
**request**  12:14
12:24 13:22
14:11 29:6,17
30:2
**requested**  6:8
7:9 13:22 39:5
59:14
**requesting**  16:6
17:8
**require**  35:15
**reserve**  6:13,18
7:25 9:17,20
12:13 13:22
14:23 16:7,18
17:6 21:7
32:16 34:7,20
36:2,7,10,16
37:22 38:4,5,13
38:20 40:6
41:19 42:3

44:11,11,14,20
45:13 51:22
52:21 53:22
54:4,22 55:4,7
55:22 56:12
57:21 60:23
62:11
**reserve's**  45:8
**resolicit**  55:13
**resolution**
10:19
**resolve**  58:5
**respect**  7:4
50:17 51:25
**respects**  62:13
**respond**  42:19
**responding**
27:3
**response**  8:23
24:15,17,20
42:14 59:15
**responses**
25:18
**responsive**  5:16
**rest**  5:2
**resubmit**  32:14
**review**  66:6
**revised**  12:24
29:6,18 30:2,25
31:18 45:22
**rid**  4:22
**right**  4:10,12
16:10 20:16
22:16 23:19

27:24 31:13
32:4,8,17 35:24
39:11 40:20
52:23 54:7
59:25 60:6
62:7 64:4
68:10
**rights**  48:15,19
49:8,24
**risk**  38:12,15
50:7,18 51:9,12
52:2,4,13 53:5
53:7,15 55:6,21
57:6,13,16,18
58:5 60:21
61:7,16,16,24
62:4
**risks**  22:20
**robert**  2:19
**round**  8:2 36:4
41:6 44:12,13
53:2 61:10
**rpr**  69:24
**rulings**  49:11
61:12
**run**  58:22

**s**

**s**  2:2 3:2 4:2
**s.d.n.y.**  39:12
47:16
**sale**  9:14 10:19
10:20 11:18
12:9

HIGHLY CONFIDENTIAL

**[saw - stalking]**                                                                Page 15

| | | | |
|---|---|---|---|
| **saw** 45:2 | **serves** 28:8 | **situation** 38:19 | 8:8 10:8,16 |
| **saying** 14:19 | **set** 10:6 29:4 | 55:12 64:2 | 11:11 12:4,22 |
| 48:9 50:23 | 49:2 69:11 | **situations** 43:7 | 13:4 14:3 15:8 |
| 56:25 | **settlement** | **slip** 30:23 | 17:4 21:2,9,10 |
| **says** 14:22 28:6 | 33:10,13,14 | **small** 57:18 | 22:5,16 23:5 |
| 34:11 38:9,10 | 35:2 37:3,16 | **solicit** 29:25 | 24:2 26:5,12 |
| **scenario** 47:18 | 38:6 40:9,14 | **solicitation** | 27:22 28:3 |
| 49:20 56:3,21 | 41:16 54:25 | 12:19 29:23 | 29:6,24 30:6 |
| **schedule** 15:5 | 60:12,15 | **soliciting** 30:25 | 34:11,19 35:7 |
| **scheduled** | **several** 5:4 | **somebody** | 35:25 42:3,13 |
| 65:18 | **shape** 40:25 | 13:13 | 42:18 45:25 |
| **sealed** 4:16 | **share** 24:12,12 | **soon** 68:17 | 47:2 51:6 52:3 |
| **season** 11:22 | 52:5 67:21 | **sort** 8:15,23 | 52:12,16 53:12 |
| **see** 4:8 5:7 | 68:7 | 23:15 37:6 | 54:11 59:19,23 |
| 22:15 24:23 | **shop** 29:16 | 39:14 41:23 | 62:16,25 63:3 |
| 27:5 28:6 | **short** 5:17 8:15 | 66:16 | 64:7,19 66:3 |
| 43:11 48:25 | **shorthand** 69:6 | **sought** 8:5 | 67:3,7 68:3 |
| 68:13,16 | **show** 59:8 | **sounded** 56:7 | **specific** 9:21 |
| **seek** 4:18 40:11 | **showing** 65:8 | **sounds** 60:17 | 46:17,22 |
| **seem** 57:3 | 66:2,17 | **southern** 61:20 | **specifically** |
| 59:18 | **side** 43:12 | **spa** 12:20 13:7 | 7:23 |
| **seems** 21:23 | 66:13,18 | 13:10,15 30:20 | **spoke** 51:20 |
| 37:22 53:6 | **sign** 13:10,13 | 31:20,22 34:10 | **spot** 65:3 |
| **seen** 40:15 | 30:19 46:9 | 35:5,11,14,16 | **stack** 33:25 |
| 42:15 65:12 | **signal** 10:23 | 35:17 36:2 | **stalking** 12:20 |
| **sees** 5:10 | **signature** 69:23 | 38:23 | 13:7 21:5 |
| **segue** 51:18 | **signed** 35:12 | **speak** 22:22 | 29:14 30:8,12 |
| **selection** 64:21 | 39:2 | 57:8 | 31:5,10 32:12 |
| **senior** 37:11 | **signing** 36:2,22 | **speaking** 30:4 | 33:4 34:6,10,17 |
| **sensitive** 14:20 | **similar** 21:5,6 | 32:13 40:23 | 34:23 38:24 |
| **sent** 26:17 | 33:3,9 41:2,11 | **special** 1:17 2:6 | 39:9 41:8,11,13 |
| **sentence** 28:7 | **sit** 61:15 | 2:19 3:10,11,13 | 47:8,18 51:19 |
| **separate** 35:13 | **sitting** 10:12 | 5:24,25 6:5,11 | 54:10,21 61:9 |
| 38:16 | | 6:15,21,25 7:8 | |

HIGHLY CONFIDENTIAL

**[stand - think]**                                           Page 16

| stand 16:5 | submission | **t** | terms 10:25 |
|---|---|---|---|
| standing 50:4 | 64:24 | t 69:3,3 | 21:5,6,18 22:6 |
| stark 2:3 4:4,20 | submit 13:24 | table 34:6 | 33:12 36:21 |
| 5:11 14:18 | submitted 29:7 | 44:13 52:23 | 37:20 39:23 |
| 15:13,17 16:10 | 32:22 36:4 | 54:7 57:16 | 40:12,13 41:15 |
| 16:14 17:22 | 38:4 42:20 | 61:7 | 58:18 64:15 |
| 19:7 22:15 | substantial | tacked 42:7 | testimony |
| 23:19 24:5,10 | 54:14 55:19 | take 49:6 60:21 | 66:13,18 |
| 26:14,25 27:4 | substantially | taken 24:25 | thank 5:15 |
| 28:14 32:2 | 58:18 | takes 57:16 | 26:13 32:3 |
| 43:10,16 45:10 | substantively | talk 20:11 46:2 | 63:5,6 66:22,23 |
| 46:14 48:7 | 15:14 | talked 7:14 8:3 | 67:9 68:13,18 |
| 56:24 59:25 | succeed 52:19 | talking 37:15 | 68:20 |
| 65:4 66:23 | successful | team 29:3 | thanks 67:4 |
| 67:6,9 68:12,20 | 55:10 | technically | theoretically |
| start 5:20 | suddenly 19:3 | 13:9 32:13 | 30:22 35:21 |
| starting 29:19 | sufficient 63:23 | tell 15:15 18:22 | thereto 34:19 |
| 29:21 | suggested 61:4 | 19:2,8 20:19 | thing 16:22 |
| state 69:7 | suggests 49:25 | 24:18 25:2 | 28:13 |
| status 9:14 | 50:2 | 26:17 40:24 | things 5:2 9:23 |
| 17:10 19:23 | superior 34:15 | 53:4 59:5 | 14:16 18:21 |
| stay 7:5 | 34:22 35:6,9 | telling 29:3 | 19:16,18 26:15 |
| stephen 69:6,24 | 43:21,23,25 | 42:22 43:24 | 46:15 48:10 |
| steve 4:12 | 44:19 | 50:6 57:4 | 49:17 61:3 |
| stock 29:14 | supposedly | tentative 65:5 | 63:20 65:16 |
| stop 42:23 | 37:2 40:8 | term 8:15 | 68:6 |
| strong 25:3 | sure 22:19 24:2 | terminate 13:6 | think 7:2 9:8 |
| struck 36:18 | 24:11 27:16 | 13:15 30:8,10 | 11:7 12:3,9,11 |
| structure 33:2 | 46:18 56:17 | 30:12 31:21 | 14:9,18 15:13 |
| 41:11 53:13 | 63:21 64:16 | terminating | 15:23 16:14 |
| study 18:4 | 67:6 | 35:15 | 17:7 18:5,6,11 |
| subject 19:12 | surmise 9:9 | termination | 19:18 20:9,15 |
| 25:18 65:10 | surprised 65:6 | 39:11 | 20:18,20 21:2,9 |
| | | | 21:14 23:7,23 |

HIGHLY CONFIDENTIAL

**[think - useful]**                                    Page 17

| | | | |
|---|---|---|---|
| 25:22,24 26:23 27:18,22 28:5 36:13 38:2 41:6,7 42:4,15 43:14 46:6,15 46:22 47:20 48:8,8,22 49:10 49:15 50:24 51:3,17 52:6 53:25 54:8,11 56:22,24 57:9 57:12 58:13 59:3 60:23,24 61:11,11 62:6 62:22,23 63:7,9 64:22 65:12,18 67:3,14 **thinking** 27:10 60:16 63:14 64:11 **thinks** 59:19 **third** 34:8 40:7 40:11 41:10 45:13 49:11 **thought** 6:9 9:22 18:10 19:20 22:20 24:11 57:21 58:14 **thoughts** 15:18 19:13 23:4,17 25:20 57:2 **three** 8:9 11:5 11:14 50:6,14 | 65:19 **thursday** 29:22 30:24 **ties** 38:3 **tighter** 56:4 **time** 5:6 9:11 11:3 15:7 18:9 50:11 54:3 55:16,18 67:4 67:10 68:21 **timeline** 13:25 31:17 **timing** 9:24 10:3,22 **today** 4:14 6:7 18:12 33:16 59:22 **together** 15:11 16:2 63:22 67:2 **told** 44:9 45:20 58:13,20 **tomorrow** 13:4 13:11,14,18 14:20 15:3 28:17 29:10 30:5,10,21 31:18,22 34:4 36:20 37:25 45:24 46:9,12 47:11 54:5 **top** 42:8 **topped** 38:25 39:2 | **topping** 7:11,18 12:25 28:23 29:8 32:10 39:4 **transaction** 7:23,24 8:20 11:17 47:23 51:22 54:19 **transactions** 42:5 **transcript** 4:13 9:2 67:22 **tree** 13:6,15 29:15 31:21 33:3,9 34:10,12 34:23 35:5,16 38:23 39:4,10 39:19,25 43:20 44:17 45:12 47:8 **tree's** 35:2 **trial** 20:5 **true** 69:11 **truly** 19:11 **try** 4:7 36:11 46:20 48:18 49:24 61:19 **trying** 19:18 58:5 **tsa** 39:22 40:15 **turns** 25:2 66:7 **two** 9:23,25 26:15 31:5 37:23 40:16 | 46:23 50:15 62:20 **type** 7:24 64:23 **u** **ultimately** 25:5 41:21 **under** 12:19 35:5,14 38:23 49:10 **understand** 14:25 22:12 33:17 34:2 36:5 37:5 40:17 43:3 44:7 49:5,16 **understanding** 19:2 25:13 **understands** 22:11 **understood** 18:9 68:10,11 **undisputed** 66:8 **undoubtedly** 20:3 **unseal** 4:18 **unsurprisingly** 8:21 **upcoming** 12:14 **use** 24:3 48:18 **useful** 46:7 |

HIGHLY CONFIDENTIAL

**[v - york]**                                                        Page 18

| v | | |
|---|---|---|
| **v** 1:7 | 63:21 65:25 | **working** 4:25 |
| **vacations** 11:25 | **wanted** 58:25 | 57:24 |
| **value** 23:13 | **wants** 45:3 47:4 | **works** 4:20 |
| 49:12 52:7 | **waterfall** 36:16 | **worth** 14:10 |
| 55:15 56:10,14 | 45:7,9 55:4 | 57:9,12 60:16 |
| **various** 36:6,8 | **way** 4:6 7:22 | **wrong** 20:20 |
| **vein** 42:2 | 13:24 16:6 | |

| x | | |
|---|---|---|
| **venezuela** 1:8 | 23:25 38:2 | **x** 1:4,12 |

| y | | |
|---|---|---|
| 9:21 | 40:25 47:25 | |
| **verbatim** 8:25 | 49:3,25 59:5 | **yeah** 15:13 |
| **veritext** 4:12 | 69:17 | 25:22 |
| **versus** 23:13 | **ways** 36:12 | **year** 51:14 |
| 41:3,25 60:12 | **wee** 30:23 | **years** 8:11 |
| **viable** 30:14 | **week** 10:5,7,13 | **yield** 15:6 |
| **view** 9:15 11:11 | **weeks** 17:7 | **yields** 62:10 |
| 56:6 60:25 | **weigh** 21:18 | **ying** 2:20 3:11 |
| **violation** 31:9 | 47:2,3 51:2 | 28:2 43:14 |
| **virtually** 30:15 | **weighing** 21:4 | 62:18 |
| 34:3 | 62:20 | **york** 2:8,8 69:8 |
| **vis** 53:15,15 | **weight** 41:3,24 | |

| w | | |
|---|---|---|
| | **weil** 2:5 3:6,15 | |
| **walk** 47:13 | 5:23 6:3 42:24 | |
| 49:20 | 63:12 | |
| **walked** 4:5 | **went** 39:4 | |
| **want** 4:19 9:6 | **whatsoever** | |
| 10:12 13:14 | 53:3 | |
| 16:5 17:19,20 | **william** 2:22 | |
| 22:18 24:12 | **willing** 8:7 | |
| 25:14,17 28:21 | 39:21 46:20 | |
| 30:11 38:6 | 47:22 | |
| 42:12 43:12 | **wish** 19:5 | |
| 56:17 59:7 | **word** 57:23 | |
| | **work** 31:7 | |
| | 35:23 46:4 | |