# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:17-mc-00151-LPS |

## CONOCOPHILLIPS' NOTICE OF POTENTIAL OBJECTIONS TO SPECIAL MASTER'S FINAL RECOMMENDATION

Sale Process Parties Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V. (Plaintiffs in Cases No. 19-mc-00342-LPS, No. 22-mc-00264-LPS, and No. 22-mc-00464-LPS) ("ConocoPhillips"), in accordance with the procedures set forth at D.I. 1809, respectfully reserves the right to object to the following aspect of the Special Master's Final Recommendation (D.I. 1837):

## NOTICE OF POTENTIAL OBJECTION TOPICS

1. The Gold Reserve SPA may provide insufficient optionality for the Special Master to terminate the SPA and select another bidder in the event that an injunction or other order, judgment or decree is issued with respect to the purported rights of the PDVSA 2020 Bondholders, including in the pending New York litigation (*Petroleos De Venezuela S.A., et al.* v. *MUFG Union Bank, N.A.*, No. 19-cv-10023 (S.D.N.Y.)), which could render the financing structure for the Gold Reserve Bid impossible or impracticable.

2. ConocoPhillips reserves the right to join, address, or respond to objections filed by any other party in connection with these proceedings.

*Of Counsel*:

Michael S. Kim
Marcus J. Green
Josef M. Klazen
Lydia L. Halpern
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200
michael.kim@kobrekim.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com
lydia.halpern@kobrekim.com

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN
 & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
RGMason@wlrk.com
ARWolf@wlrk.com
MHCassel@wlrk.com

Dated: July 7, 2025

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ Garrett B. Moritz*
Garrett B. Moritz (Bar No. 5646)
Elizabeth M. Taylor (Bar No. 6468)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
gmoritz@ramllp.com
etaylor@ramllp.com

*Attorneys for Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V.*