# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| *Plaintiff*, | ) |
| | ) No. 1:17-mc-00151-LPS |
| v. | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| *Defendant*. | ) |

## CITGO AND PDVH DISCLOSURE OF EXPERT WITNESSES

Pursuant to the scheduling order entered on June 13, 2025 (D.I. 1809), PDV Holding, Inc. ("PDVH") and CITGO Petroleum Corporation ("CITGO"), hereby give notice of expert testimony submitted in support of their forthcoming objections to the Special Master's Final Recommendation (D.I. 1837), copies of which will be served on the Special Master on July 7, 2025.

| Expert Witness | Subject of Testimony |
|---|---|
| Dr. Jose Alberro | Valuation of the PDVH Shares |
| Randall J. Weisenburger | Defects in the Sale Process |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Phillip Reytan* |
| OF COUNSEL: | Susan W. Waesco (#4476) |
| Nathan P. Eimer | Alexandra M. Cumings (#6146) |
| Lisa S. Meyer | Phillip Reytan (#7255) |
| Daniel D. Birk | 1201 North Market Street |
| Gregory M. Schweizer | Wilmington, DE 19801 |
| Hannah Bucher | (302) 658-9200 |
| EIMER STAHL LLP | SWaesco@morrisnichols.com |
| 224 South Michigan Avenue | ACumings@morrisnichols.com |
| Suite 1100 | PReytan@morrisnichols.com |
| Chicago, IL 60604 | |
| (312) 660-7600 | *Attorneys for PDV Holding, Inc. and* |
| NEimer@eimerstahl.com | *CITGO Petroleum Corporation* |
| LMeyer@eimerstahl.com | |
| DBirk@eimerstahl.com | |
| GSchweizer@eimerstahl.com | |
| HBucher@eimerstahl.com | |

July 7, 2025