43404

**Extremely Urgent**

Express

STORE MANAGER
2813957733
PAK MAIL
6725 S FRY RD STE 700
KATY TX 77494

1 LBS    1 OF 1
DWT: 1,1,1

SHIP TO:
RANDALL LOHAN, CLERK
2813957733
UNITED STATES DISTRICT COURT
844 N KING ST
**WILMINGTON DE 19801-3519**

DE 197 9-25

**UPS GROUND**

TRACKING #: 1Z X15 626 03 9575 1081

BILLING: P/P

Trx Ref No.: PM PKG ID 363467
Trx Ref No.: FROM LEROY A. GARRETT
XOL 26.06.27  NV46 27.0A 07/2025



UNITED STATES DISTRICT COURT
844 N KING ST
WILMINGTON DE 19801

P: ORANGE  S: LEFT   I: RGT
0520 — 5069           X
1ZX15626039575    1081
FKV9WZJ  SMALLSRT001 JUL 8 06:44:34 2025
US 1972  HIP 25.3.2  ZT411R

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2025 JUL -8 PM 3:50