# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL )
    CORP., Plaintiff, )
)
v. )
)  No. 1:17-mc-00151-LPS
BOLIVARIAN REPUBLIC OF )
    VENEZUELA, )
  Defendant. )
)
)

## MOTION FOR PRE-HEARING CONFERENCE

**July 3, 2025**

**COMES NOW** Doctor Leroy A. Garrett, American Citizen, Member of Petroamigos de Venezuela, pro se, on behalf of 23,000 Venezuelan Petroleum Holocaust Victims, and moves this Honorable Court for a pre-hearing conference before the August 18, 2025, hearing. The New York ruling (D.I. 241), OFAC extension (D.I. 1816), and "gente del petróleo" subpoena demand substantive consideration. For the reasons stated herein, we urge the court to schedule this conference by July 17, 2025.

Respectfully submitted,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Member of Petroamigos de Venezuela (ONG)
6725 S Fry Road Ste. 700-338
Katy Texas 77494

1