# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 1:17-mc-00151-LPS |

## NOTICE OF SERVICE

I hereby certify that, on July 7, 2025, true and correct copies of *The Bolivarian Republic of Venezuela's First Set of Requests for Production to Gold Reserve, Inc.* were served on the following counsel of record via electronic mail:

| | |
|---|---|
| Matthew H. Kirtland, Esq. <br> NORTON ROSE FULBRIGHT US LLP <br> 799 9th Street NW, Suite 1000 <br> Washington, DC 20001 <br> matthew.kirtland@nortonrosefulbright.com | Kevin J. Mangan, Esq. <br> Matthew P. Ward, Esq. <br> Stephanie S. Riley, Esq. <br> WOMBLE BOND DICKINSON <br> 1313 North Market Street, Suite 1200 <br> kevin.mangan@wbd-us.com <br> matthew.ward@wbd-us.com <br> stephanie.riley@wbd-us.com |
| Katie Connolly, Esq. <br> NORTON ROSE FULBRIGHT US LLP <br> One Embarcadero Center, Suite 1050 <br> San Francisco, CA 94111 <br> katie.connolly@nortonrosefulbright.com | Taylor LeMay, Esq. <br> NORTON ROSE FULBRIGHT US LLP <br> 1550 Lamar Street, Suite 200 <br> Houston, TX 77010 <br> taylor.LeMay@nortonrosefulbright.com |

I hereby further certify that courtesy copies of this discovery were sent to outside counsel for the Sale Process Parties and the Special Master via electronic mail, consistent with the

provisions for transmitting Confidential Information in the Confidentiality Order, D.I. 291, and the Special Master's instructions for transmitting the same.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Donald B. Verrilli, Jr.<br>Elaine J. Goldenberg<br>Ginger D. Anders<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW<br>Suite 500 E<br>Washington, D.C. 20001<br>(202) 220-1100<br>Donald.Verrilli@mto.com<br>Elaine.Goldenberg@mto.com<br>Ginger.Anders@mto.com<br><br>George M. Garvey<br>Adeel Mohammadi<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100<br>George.Garvey@mto.com<br>Adeel.Mohammadi@mto.com<br><br>Dated: July 9, 2025 | */s/ Christopher Fitzpatrick Cannataro*<br>A. Thompson Bayliss (#4379)<br>Christopher Fitzpatrick Cannataro (#6621)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19807<br>(302) 778-1000<br>bayliss@abramsbayliss.com<br>cannataro@abramsbayliss.com<br><br>*Attorneys for Bolivarian Republic of Venezuela* |