# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>   Defendant. | Case No. 17-mc-151-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Gold Reserve's First Set of Requests for Production to Red Tree Investments* were caused to be served by electronic mail on July 11, 2025, upon the following attorneys.

Steven F. Molo
Justin M. Ellis
Lauren F. Dayton
Mark W. Kelley
Lois S. Ahn
Joshua D. Bloom
Pratik K. Raj Ghosh
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
smolo@mololamken.com
jellis@mololamken.com
ldayton@mololamken.com
mkelley@mololamken.com
lahn@mololamken.com
jbloom@mololamken.com
prajghosh@mololamken.com

Rebecca L. Butcher
Jennifer L. Cree
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
butcher@lrclaw.com
cree@lrclaw.com

| | |
|---|---|
| Dated: July 14, 2025 | **WOMBLE BOND DICKINSON (US) LLP**<br><br>By: _/s/ Kevin J. Mangan_<br>Kevin J. Mangan (#3810)<br>Matthew P. Ward (#4471)<br>Stephanie S. Riley (#5803)<br>1313 N. Market St., Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-252-4320<br>kevin.mangan@wbd-us.com<br>matthew.ward@wbd-us.com<br>stephanie.riley@wbd-us.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Matthew H. Kirtland (*pro hac vice*)<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001<br>Telephone: 202-662-0200<br>matthew.kirtland@nortonrosefulbright.com<br><br>-and-<br><br>Katherine G. Connolly (*pro hac vice*)<br>One Embarcadero Center, Suite 1050<br>San Francisco, CA 94111<br>Telephone: 628-231-6816<br>katie.connolly@nortonrosefulbright.com<br><br>- and -<br><br>Taylor LeMay (*pro hac vice*)<br>1550 Lamar Street, Suite 2000<br>Houston, TX 77010<br>Telephone: 713-651-5151<br>taylor.LeMay@nortonrosefulbright.com<br><br>*Attorneys for Gold Reserve Ltd.* |

2