# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Case No. 17-mc-00151-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 7, 2025, the undersigned counsel caused the following: 1) Red Tree Investments, LLC's First Set of Requests for Production to Gold Reserve Ltd., 2) Red Tree Investments, LLC's First Set of Requests for Production to Koch Minerals SARL and Koch Nitrogen International SARL, 3) Red Tree Investments, LLC's First Set of Requests for Production to Rusoro Mining Ltd., 4) Red Tree Investments, LLC's First Set of Requests for Production to Siemens Energy Inc, and 5) Red Tree Investments, LLC's First Set of Requests for Production to XYQ US, LLC, to be served *via* electronic mail on the following parties at the Email addresses listed below:

| *Attorneys for Crystallex International Corporation* | *Attorneys for Special Master Robert B. Pincus* |
|---|---|
| | Myron T. Steele |
| Raymond J. DiCamillo | Matthew F. Davis |
| Jeffrey L. Moyer | Bindu A. Palapura |
| Travis S. Hunter | Malisa C. Dang |
| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
| dicamillo@rlf.com | msteele@potteranderson.com |
| moyer@rlf.com | mdavis@potteranderson.com |
| hunter@rlf.com | bpalapura@potteranderson.com |
| | mdang@potteranderson.com |
| Robert L. Weigel | |
| Rahim Moloo | Matthew S. Barr |

| | |
|---|---|
| Zachary Kady<br>Miguel A. Estrada<br>Lucas C. Townsend<br>Adam M. Smith<br>GIBSON, DUNN & CRUTCHER LLP<br>rweigel@gibsondunn.com<br>rmoloo@gibsondunn.com<br>zkady@gibsondunn.com<br>mestrada@gibsondunn.com<br>ltownsend@gibsondunn.com<br>asmith@gibsondunn.com | David Lender<br>Chase A. Bentley<br>Eoghan P. Keenan<br>Maggie Burrus<br>Luna N. Barrington<br>Robert B. Niles-Weed<br>WEIL, GOTSHAL & MANGES LLP<br>matt.barr@weil.com<br>david.lender@weil.com<br>chase.bentley@weil.com<br>eoghan.keenan@weil.com<br>maggie.burrus@weil.com<br>luna.barrington@weil.com<br>robert.niles-weed@weil.com |
| *Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation*<br><br>Susan W. Waesco<br>Alexandra M. Cumings<br>Phillip Reytan<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>swaesco@morrisnichols.com<br>acumings@morrisnichols.com<br>preytan@morrisnichols.com<br><br>Nathan P. Eimer<br>Lisa S. Meyer<br>Daniel D. Birk<br>Gregory M. Schweizer<br>Hannah Bucher<br>EIMER STAHL LLP<br>neimer@eimerstahl.com<br>lmeyer@eimerstahl.com<br>dbirk@eimerstahl.com<br>gschweizer@eimerstahl.com<br>hbucher@eimerstahl.com<br><br>Michael J. Gottlieb<br>David J. L. Mortlock<br>Samuel G. Hall<br>WILLKIE FARR & GALLAGHER LLP<br>mgottlieb@willkie.com<br>dmortlock@willkie.com<br>shall@willkie.com | *Attorneys for Petróleos de Venezuela, S.A.*<br><br>Samuel Taylor Hirzel, II<br>Brendan Patrick McDonnell<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>shirzel@hegh.law<br>bmcdonnell@hehg.law<br><br>Joseph D. Pizzurro<br>Kevin A. Meehan<br>Juan O. Perla<br>David V. Holmes<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>jperla@curtis.com<br>dholmes@curtis.com |

| *Attorneys for Bolivarian Republic of Venezuela* | *Attorneys for Koch Minerals SARL and Koch Nitrogen International SARL* |
|---|---|
| A. Thompson Bayliss<br>Christopher Fitzpatrick Cannataro<br>G. Mason Thomson<br>ABRAMS & BAYLISS LLP<br>bayliss@abramsbayliss.com<br>cannataro@abramsbayliss.com<br>thomson@abramsbayliss.com<br><br>Donald B. Verrilli, Jr.<br>Elaine J. Goldenberg<br>Ginger D. Anders<br>George M. Garvey<br>Adeel Mohammadi<br>Seth Goldman<br>MUNGER, TOLLES & OLSON LLP<br>donald.verrilli@mto.com<br>elaine.goldenberg@mto.com<br>ginger.anders@mto.com<br>george.garvey@mto.com<br>adeel.mohammadi@mto.com<br>seth.goldman@mto.com<br><br>Stephen K. Wirth<br>Kent A. Yalowitz<br>E. Whitney Debevoise, II<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>kent.yalowitz@arnoldporter.com<br>stephen.wirth@arnoldporter.com<br>whitney.debevoise@arnoldporter.com | Kevin J. Mangan<br>Matthew P. Ward<br>Stephanie S. Riley<br>WOMBLE BOND DICKINSON (US) LLP<br>kevin.mangan@wbd-us.com<br>matthew.ward@wbd-us.com<br>stephanie.riley@wbd-us.com<br><br>Peter James Keane<br>Laura Davis Jones<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>pkeane@pszjlaw.com<br>ljones@pszjlaw.com<br><br>Nicholas J. Zluticky<br>STINSON LLP<br>nicholas.zluticky@stinson.com<br><br>Alexander A. Yanos<br>Robert H. Poole II<br>Apoorva Patel<br>ALSTON & BIRD LLP<br>alex.yanos@alston.com<br>robert.poole@alston.com<br>apoorva.patel@alston.com |
| *Attorneys for Gold Reserve, Inc.*<br><br>Kevin J. Mangan<br>Matthew P. Ward<br>Stephanie S. Riley<br>WOMBLE BOND DICKINSON (US) LLP<br>kevin.mangan@wbd-us.com<br>matthew.ward@wbd-us.com<br>stephanie.riley@wbd-us.com<br><br>Matthew H. Kirtland<br>Katherine G. Connolly | *Attorneys for Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V.*<br><br>Garrett B. Moritz<br>Elizabeth M. Taylor<br>ROSS ARONSTAM & MORITZ LLP<br>gmoritz@ramllp.com<br>etaylor@ramllp.com<br><br>Michael S. Kim |

3

| | |
|---|---|
| Taylor J. LeMay<br>Steve Dollar<br>Mark Oakes<br>NORTON ROSE FULBRIGHT US LLP<br>matthew.kirtland@nortonrosefulbright.com<br>katie.connolly@nortonrosefulbright.com<br>taylor.lemay@nortonrosefulbright.com<br>steve.dollar@nortonrosefulbright.com<br>mark.oakes@nortonrosefulbright.com | Marcus J. Green<br>Josef M. Klazen<br>Lydia L. Halpern<br>KOBRE & KIM LLP<br>michael.kim@kobrekim.com<br>marcus.green@kobrekim.com<br>jef.klazen@kobrekim.com<br>lydia.halpern@kobrekim.com<br><br>Richard G. Mason<br>Amy R. Wolf<br>Michael H. Cassel<br>WACHTELL, LIPTON, ROSEN & KATZ<br>rgmason@wlrk.com<br>arwolf@wlrk.com<br>mhcassel@wlrk.com |
| *Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.*<br><br>Andrew S. Dupre<br>Brian R. Lemon<br>AKERMAN LLP<br>andrew.dupre@akerman.com<br>brian.lemon@akerman.com<br><br>Miguel López Forastier<br>José E. Arvelo<br>Mark D. Herman<br>COVINGTON & BURLING LLP<br>mlopezforastier@cov.com<br>jarvelo@cov.com<br>mherman@cov.com | *Attorneys for Siemens Energy Inc. and XYQ US, LLC*<br><br>John T. Miraglia<br>Justin M. Forcier<br>Brian M. Rostocki<br>Mitch Bailey<br>Arturo Muñoz Holguin<br>Francisco Rivero<br>REED SMITH LLP<br>jmiraglia@reedsmith.com<br>brostocki@reedsmith.com<br>mbailey@reedsmith.com<br>amunoz@reedsmith.com<br>frivero@reedsmith.com<br>jforcier@reedsmith.com<br><br>Andrew L. Cole<br>Nathaniel J. Klepser<br>COLE SCHOTZ P.C.<br>acole@coleschotz.com<br>nklepser@coleschotz.com |
| *Attorneys for Blackrock Financial Management, Inc. and Contrarian Capital Management, L.L.C.*<br><br>Daniel Alan Mason<br>Sabrina M. Hendershot | *Attorneys for Rosneft Trading S.A.*<br><br>Christopher P. Simon<br>Michael L. Vild<br>CROSS & SIMON, LLC<br>csimon@crosslaw.com |

4

| | |
|---|---|
| Jeffrey J. Recher<br>Paul A. Paterson<br>Tyler Myers<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>shendershot@paulweiss.com<br>dmason@paulweiss.com<br>jrecher@paulweiss.com<br>ppaterson@paulweiss.com<br>tmyers@paulweiss.com | mvild@crosslaw.com |
| *Attorneys for Girard Street Investment Holdings LLC*<br><br>Andrew Hall Sauder<br>DAILEY LLP<br>asauder@daileyllp.com<br><br>Joseph O. Larkin<br>Robert D. Drain<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>joseph.larkin@skadden.com<br>robert.drain@skadden.com<br><br>Michael J. Baratz<br>Emma Marshak<br>Steven K. Davidson<br>STEPTOE LLP<br>mbaratz@steptoe.com<br>emarshak@steptoe.com<br>sdavidson@steptoe.com | *Attorneys for Rudi Lovati and Alessandro Lucibello Piani*<br><br>Christopher M. Winter<br>James C. Carignan<br>Mackenzie Marie Wrobel<br>Tracey E. Timlin<br>DUANE MORRIS LLP<br>ttimlin@duanemorris.com<br>jccarignan@duanemorris.com<br>cmwinter@duanemorris.com<br>mmwrobel@duanemorris.com |
| *Attorneys for Ostrider Limited, UML Blandford Limited, Union Glory Limited and Clion Limited*<br><br>Scott James Leonhardt<br>ESBROOK P.C.<br>scott.leonhardt@esbrook.com<br><br>John R. Keough, III<br>Juan J. Itriago<br>Veronica L. Dunlop<br>CLYDE & CO LLP<br>john.keough@clydeco.us | *Attorneys for Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman*<br><br>Stephen B. Brauerman<br>BAYARD, P.A.<br>sbrauerman@bayardlaw.com<br><br>David W. Bowker<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>david.bowker@wilmerhale.com |

| | |
|---|---|
| juan.itriago@clydeco.com<br>veronica.dunlop@clydeco.us | |
| *Attorneys for ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.*<br><br>F. Troupe Mickler IV<br>Marie M. Degnan<br>Randall J. Teti<br>ASHBY & GEDDES, P.A<br>tmickler@ashbygeddes.com<br>mdegnan@ashbygeddes.com<br>rteti@ashbygeddes.com<br><br>Joshua S. Bolian<br>Jared A. Hagler<br>RILEY & JACOBSON, PLC<br>jbolian@rjfirm.com<br>jhagler@rjfirm.com | *Attorneys for OI European Group B.V.*<br><br>Jody C. Barillare<br>Jonathan M. Albano<br>Christopher L. Carter<br>MORGAN, LEWIS & BOCKIUS LLP<br>jody.barillare@morganlewis.com<br>jonathan.albano@morganlewis.com<br>christopher.carter@morganlewis.com<br><br>Edward H. Davis, Jr.<br>Fernando J. Menendez<br>SEQUOR LAW, P.A.<br>edavis@sequorlaw.com<br>fmenendez@sequorlaw.com |
| *Attorneys for Tenaris S.A., Talta-Trading e Marketing Sociedade Unipessoal Lda., and Gramercy Distressed Opportunity Fund LLC*<br><br>Theodore A. Kittila<br>HALLORAN FARKAS + KITTILA LLP<br>tk@hfk.law<br><br>Mark Friedman<br>William Taft<br>Carl Micarelli<br>Sarah Lee<br>Juan Fandino<br>Caroline H. Wallace<br>DEBEVOISE & PLIMPTON LLP<br>mwfriedman@debevoise.com<br>whtaft@debevoise.com<br>slee1@debevoise.com<br>jfandino@debevoise.com<br>cmicarelli@debevoise.com<br>chwallace@debevoise.com | *Attorneys for Amber Energy Inc.*<br><br>Michael A. Barlow<br>Shannon Doughty<br>Andrew J. Rossman<br>Susheel Kirpalani<br>Matthew R. Scheck<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>michaelbarlow@quinnemanuel.com<br>shannondoughty@quinnemanuel.com<br>andrewrossman@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>Richard J. D'Amato<br>Stephanie Lindemuth<br>Stephen M. Baldini<br>Z.W. Julius Chen<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>rdamato@akingump.com<br>slindemuth@akingump.com<br>sbaldini@akingump.com<br>chenj@akingump.com |

|  | Erin E. Murphy<br>H. Bartow Farr<br>CLEMENT & MURPHY, PLLC<br>erin.murphy@clementmurphy.com<br>bartow.farr@clementmurphy.com |
|---|---|
| *Attorneys for Banco San Juan Internacional, Inc*<br><br>Thomas A. Uebler<br>Adam J. Waskie<br>Terisa A. Shoremount<br>MCCOLLOM D'EMILIO SMITH UEBLER LLC<br>tuebler@mdsulaw.com<br>awaskie@mdsulaw.com<br>tshoremount@mdsulaw.com<br><br>M. Imad Khan<br>Rachael E. Thompson<br>Kelly A. Librera<br>WINSTON & STRAWN LLP<br>ikhan@winston.com<br>rthompson@winston.com<br>klibrera@winston.com | *Attorneys for Green Earth Technologies, Inc*<br><br>Michael W. McDermott<br>Zachary J. Schnapp<br>BERGER MCDERMOTT LLP<br>mmcdermott@bergermcdermott.com<br>zschnapp@bergermcdermott.com |
| *Attorneys for Huntington Ingalls Incorporated*<br><br>Michael Busenkell<br>Margaret England<br>Michael Van Gorder<br>Ronald S. Gellert<br>GELLERT SEITZ BUSENKELL & BROWN, LLC<br>mbusenkell@gsbblaw.com<br>mengland@gsbblaw.com<br>mvangorder@gsbblaw.com<br>rgellert@gsbblaw.com | *Attorneys for Refineria Di Korsou N.V.*<br><br>Michael Busenkell<br>Margaret England<br>Michael Van Gorder<br>Ronald S. Gellert<br>GELLERT SEITZ BUSENKELL & BROWN, LLC<br>mbusenkell@gsbblaw.com<br>mengland@gsbblaw.com<br>mvangorder@gsbblaw.com<br>rgellert@gsbblaw.com<br><br>Jeffrey S. Boxer<br>CARTER LEDYARD & MILBURN LLP<br>boxer@clm.com |

| | |
|---|---|
| *Attorneys for the United States*<br><br>Stephen M. Elliott<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH<br>stephen.m.elliott@usdoj.gov | *Attorneys for Vitol Inc.*<br><br>Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>myurkewicz@klehr.com<br><br>Chad J. Husnick, P.C.<br>Jeffrey Michalik<br>Anna G. Rotman, P.C<br>Grant Jones<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>chad.husnick@kirkland.com<br>jeff.michalik@kirkland.com<br>anna.rotman@kirkland.com<br>grant.jones@kirkland.com |
| *Attorneys for U.S. Bank National Association*<br><br>Alessandra Glorioso<br>DORSEY & WHITNEY LLP<br>glorioso.alessandra@dorsey.com<br><br>Michelle M. McGreal<br>CLIFFORD CHANCE US LLP<br>michelle.mcgreal@cliffordchance.com | *Attorneys for Mobil Cerro Negro Holding, LLC, Venezuela Holdings, B.V., Mobil Cerro Negro, Ltd.*<br><br>Arthur G. Connolly, III<br>CONNOLLY GALLAGHER LLP<br>aconnolly@connollygallagher.com |
| *Attorneys for Northrop Grumman Ship Systems, Inc. and Saint-Gobain Performance Plasics Europe*<br><br>Peter James Keane<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>pkeane@pszjlaw.com<br><br>Alexander A. Yanos<br>Robert H. Poole II<br>Apoorva Patel<br>ALSTON & BIRD LLP<br>alex.yanos@alston.com<br>robert.poole@alston.com<br>apoorva.patel@alston.com | *Attorneys for Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd.*<br><br>Sarah T. Andrade<br>BAYARD, P.A.<br>sandrade@bayardlaw.com |

| | |
|---|---|
| *Attorneys for Rusoro Mining Ltd.*<br><br>Angela Whitesell<br>Robert Craig Martin<br>James E. Berger<br>Charlene Sun<br>Alice Adu Gyamfi<br>DLA PIPER, LLP (US)<br>angela.whitesell@us.dlapiper.com<br>craig.martin@dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com<br>alice.gyamfi@us.dlapiper.com | |

Dated: July 14, 2025

Steven F. Molo (*pro hac vice*)
Justin M. Ellis (*pro hac vice*)
Lauren F. Dayton (*pro hac vice*)
Mark W. Kelley (*pro hac vice*)
Joshua D. Bloom (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue, 6th Floor
New York, NY  10022
Tel.: (212) 607-8170
smolo@mololamken.com
jellis@mololamken.com
ldayton@mololamken.com
mkelley@mololamken.com
jbloom@mololamken.com

Lois S. Ahn (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
Tel.: (202) 556-2000
lahn@mololamken.com

LANDIS RATH & COBB LLP

*/s/ Jennifer L. Cree*
Rebecca L. Butcher (No. 3816)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE  19801
Tel.: (302) 467-4400
butcher@lrclaw.com
cree@lrclaw.com

*Counsel for Red Tree Investments, LLC*