## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL CORP.,    )
                                   )
   *Plaintiff,*                    )
                                   )    No. 1:17-mc-00151-LPS
      v.                           )
                                   )
BOLIVARIAN REPUBLIC OF VENEZUELA,  )
                                   )
   *Defendant.*                    )

_____

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) the Fifth Supplemental Declaration of

Randall J. Weisenburger and (2) the expert report and reliance materials of José Alberro, PhD were

caused to be served on July 7, 2025, upon the following via electronic mail:

***Attorneys for Special Master Robert B. Pincus***

Myron T. Steele
Matthew F. Davis
Bindu A. Palapura
Malisa C. Dang
POTTER ANDERSON & CORROON LLP
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

Matthew S. Barr
David Lender
Chase A. Bentley
Jared Friedmann
WEIL, GOTSHAL & MANGES LLP
matt.barr@weil.com
david.lender@weil.com
chase.bentley@weil.com
jared.friedmann@weil.com

The undersigned hereby further certifies that copies of (1) the Fifth Supplemental Declaration of Randall J. Weisenburger (containing redactions, as instructed by the Special Master) and (2) the expert report and reliance materials of José Alberro, PhD were caused to be served on July 8, 2025, following a confidentiality review by the Special Master, upon the following via electronic mail:

| **Attorneys for Petróleos de Venezuela, S.A.** | **Attorneys for Bolivarian Republic of Venezuela** |
|---|---|
| Samuel Taylor Hirzel, II | A. Thompson Bayliss |
| Brendan Patrick McDonnell | Christopher Fitzpatrick Cannataro |
| HEYMAN ENERIO GATTUSO & | G. Mason Thomson |
| HIRZEL LLP | ABRAMS & BAYLISS LLP |
| shirzel@hegh.law | bayliss@abramsbayliss.com |
| bmcdonnell@hehg.law | cannataro@abramsbayliss.com |
| | thomson@abramsbayliss.com |
| Joseph D. Pizzurro | |
| Kevin A. Meehan | Donald B. Verrilli, Jr. |
| Juan O. Perla | Elaine J. Goldenberg |
| David V. Holmes | Ginger D. Anders |
| CURTIS, MALLET-PREVOST, COLT & | George M. Garvey |
| MOSLE LLP | Adeel Mohammadi |
| jpizzurro@curtis.com | Seth Goldman |
| kmeehan@curtis.com | MUNGER, TOLLES & OLSON LLP |
| jperla@curtis.com | donald.verrilli@mto.com |
| dholmes@curtis.com | elaine.goldenberg@mto.com |
| | ginger.anders@mto.com |
| | george.garvey@mto.com |
| | adeel.mohammadi@mto.com |
| | seth.goldman@mto.com |
| | |
| | Stephen K. Wirth |
| | Kent A. Yalowitz |
| | E. Whitney Debevoise, II |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | kent.yalowitz@arnoldporter.com |
| | stephen.wirth@arnoldporter.com |
| | whitney.debevoise@arnoldporter.com |

*Attorneys for Crystallex International Corporation*

Raymond J. DiCamillo
Jeffrey L. Moyer
Travis S. Hunter
RICHARDS, LAYTON & FINGER, P.A.
dicamillo@rlf.com
moyer@rlf.com
hunter@rlf.com

Robert L. Weigel
Rahim Moloo
Zachary Kady
Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
GIBSON, DUNN & CRUTCHER LLP
rweigel@gibsondunn.com
rmoloo@gibsondunn.com
zkady@gibsondunn.com
mestrada@gibsondunn.com
ltownsend@gibsondunn.com
asmith@gibsondunn.com

*Attorneys for Gold Reserve, Inc.*

Kevin J. Mangan
Matthew P. Ward
Stephanie S. Riley
WOMBLE BOND DICKINSON (US) LLP
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com
stephanie.riley@wbd-us.com

Matthew H. Kirtland
Katherine G. Connolly
Taylor J. LeMay
Steve Dollar
Mark Oakes
NORTON ROSE FULBRIGHT US LLP
matthew.kirtland@nortonrosefulbright.com
katie.connolly@nortonrosefulbright.com
taylor.lemay@nortonrosefulbright.com
steve.dollar@nortonrosefulbright.com
mark.oakes@nortonrosefulbright.com

*Attorneys for Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V.*

Garrett B. Moritz
Elizabeth M. Taylor
ROSS ARONSTAM & MORITZ LLP
gmoritz@ramllp.com
etaylor@ramllp.com

Michael S. Kim
Marcus J. Green
Josef M. Klazen
Lydia L. Halpern
KOBRE & KIM LLP
michael.kim@kobrekim.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com

*Attorneys for Amber Energy Inc.*

Michael A. Barlow
Shannon Doughty
Andrew J. Rossman
Susheel Kirpalani
Matthew R. Scheck
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
michaelbarlow@quinnemanuel.com
shannondoughty@quinnemanuel.com
andrewrossman@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
matthewscheck@quinnemanuel.com

Richard J. D'Amato
Stephanie Lindemuth
Stephen M. Baldini
Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP

3

lydia.halpern@kobrekim.com

Richard G.
Mason Amy R.
Wolf Michael
H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
rgmason@wlrk.com
arwolf@wlrk.com
mhcassel@wlrk.com

**Attorneys for Vitol Inc.**

Michael W. Yurkewicz
KLEHR HARRISON HARVEY
BRANZBURG LLP
myurkewicz@klehr.com

Chad J. Husnick, P.C.
Jeffrey Michalik
Anna G. Rotman, P.C
Grant Jones
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
LLP
chad.husnick@kirkland.com
jeff.michalik@kirkland.com
anna.rotman@kirkland.com
grant.jones@kirkland.com

rdamato@akingump.com
slindemuth@akingump.com
sbaldini@akingump.com
chenj@akingump.com

Erin E. Murphy
H. Bartow Farr
CLEMENT & MURPHY, PLLC
erin.murphy@clementmurphy.com
bartow.farr@clementmurphy.com

**Red Tree Investments LLC**

Rebecca L. Butcher
Jennifer L. Cree
LANDIS RATH & COBB LLP
butcher@lrclaw.com
cree@lrclaw.com

Steven F. Molo
Justin M. Ellis
Mark W. Kelley
Lauren F. Dayton
Joshua D. Bloom
MOLOLAMKEN LLP
smolo@mololamken.com
jellis@mololamken.com
mkelley@mololamken.com
ldayton@mololamken.com
jbloom@mololamken.com

Lois S. Ahn
MOLOLAMKEN LLP
lahn@mololamken.com

The undersigned hereby further certifies that copies of (1) the Fifth Supplemental Declaration of Randall J. Weisenburger (containing redactions, as instructed by the Special Master) and (2) the expert report and reliance materials of José Alberro, PhD were caused to be served on July 9, 2025, following a confidentiality review by the Special Master, upon the following via electronic mail:

*Attorneys for the 2020 Bondholders*

Daniel A. Mason
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
dmason@paulweiss.com

Jeffrey J. Recher
Paul A. Paterson
Tyler B. Myers
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
jrecher@paulweiss.com
ppaterson@paulweiss.com
Email: tmyers@paulweiss.com

On July 14, 2025, the Court confirmed that CITGO and PDVH's approach to the service

of these expert reports was appropriate.  D.I. 1887 ("July Order").  In the July Order, the Court

also indicated that, going forward, any party who intended to submit a filing that contained

confidential information must first consult with the Special Master regarding the disclosure of such

confidential information and any measures that should be implemented to protect against the

disclosure of that information. The undersigned hereby certifies that after the Court issued the July

Order, copies of (1) the Fifth Supplemental Declaration of Randall J. Weisenburger (containing

redactions, as instructed by the Special Master) and (2) the expert report and reliance materials of

José Alberro, PhD were caused to be served on July 14, 2025, following a confidentiality review

by the Special Master, upon the following parties via electronic mail.  The undersigned hereby

further certifies that copies of (3) Mr. Weisenburger's reliance materials that contained

confidential sale process information were served on the above-named counsel for the Special

Master via electronic mail to review for confidentiality pursuant to D.I. 1887. Copies of (4) Mr.

Weisenburger's reliance materials that did not contain confidential sale process information were

further served on the above-named counsel for the Special Master, Crystallex, ConocoPhillips,

PDVSA, the Republic, Vitol, Gold Reserve, Red Tree, the 2020 Bondholders, and Amber Energy,

as well as the following parties via electronic email:

| | |
|---|---|
| ***Attorneys for Koch Minerals SARL and Koch Nitrogen International SARL*** | ***Attorneys for Rusoro Mining Ltd.*** |
| Kevin J. Mangan<br>Matthew P. Ward<br>Stephanie S. Riley<br>WOMBLE BOND DICKINSON (US) LLP<br>kevin.mangan@wbd-us.com<br>matthew.ward@wbd-us.com<br>stephanie.riley@wbd-us.com | Angela Whitesell<br>Robert Craig Martin<br>James E. Berger<br>Charlene Sun<br>Alice Adu Gyamfi<br>DLA PIPER, LLP (US)<br>angela.whitesell@us.dlapiper.com<br>craig.martin@dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com<br>alice.gyamfi@us.dlapiper.com |
| Peter James<br>Keane Laura Davis Jones<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>pkeane@pszjlaw.com<br>ljones@pszjlaw.com | |
| Nicholas J. Zluticky<br>STINSON LLP<br>nicholas.zluticky@stinson.com | |
| Alexander A. Yanos<br>Robert H. Poole II<br>Apoorva Patel<br>ALSTON & BIRD LLP<br>alex.yanos@alston.com<br>robert.poole@alston.com<br>apoorva.patel@alston.com | |
| ***Attorneys for Siemens Energy Inc. and XYQ US, LLC*** | ***Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.*** |
| John T. Miraglia<br>Justin M. Forcier<br>Brian M. Rostocki<br>Mitch Bailey<br>Arturo Muñoz Holguin<br>Francisco Rivero<br>REED SMITH LLP<br>jmiraglia@reedsmith.com<br>jforcier@reedsmith.com | Andrew S. Dupre<br>Brian R. Lemon<br>AKERMAN LLP<br>andrew.dupre@akerman.com<br>brian.lemon@akerman.com<br><br>Miguel López Forastier |

brostocki@reedsmith.com
mbailey@reedsmith.com
amunoz@reedsmith.com
frivero@reedsmith.com

Andrew L. Cole
Nathaniel J. Klepser
COLE SCHOTZ P.C.
acole@coleschotz.com
nklepser@coleschotz.com

***Attorneys for Rosneft Trading S.A.***

Christopher P. Simon
Michael L. Vild
CROSS & SIMON, LLC
csimon@crosslaw.com
mvild@crosslaw.com

José E. Arvelo
Mark D. Herman
COVINGTON & BURLING LLP
mlopezforastier@cov.com
jarvelo@cov.com
mherman@cov.com

***Attorneys for Girard Street Investment Holdings LLC***

Andrew Hall Sauder
DAILEY LLP
asauder@daileyllp.com

Joseph O. Larkin
Robert D. Drain
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
joseph.larkin@skadden.com
robert.drain@skadden.com

Michael J. Baratz
Emma Marshak
Steven K. Davidson
STEPTOE LLP
mbaratz@steptoe.com
emarshak@steptoe.com
sdavidson@steptoe.com

***Attorneys for Rudi Lovati and Alessandro Lucibello Piani***

Christopher M. Winter
James C. Carignan
Mackenzie Marie Wrobel
Tracey E. Timlin
DUANE MORRIS LLP
ttimlin@duanemorris.com
jccarignan@duanemorris.com
cmwinter@duanemorris.com
mmwrobel@duanemorris.com

***Attorneys for Ostrider Limited, UML Blandford Limited, Union Glory Limited and Clion Limited***

Scott James Leonhardt
ESBROOK P.C.
scott.leonhardt@esbrook.com

John R. Keough, III
Juan J. Itriago
Veronica L. Dunlop
CLYDE & CO LLP
john.keough@clydeco.us

7

juan.itriago@clydeco.com
veronica.dunlop@clydeco.us

***Attorneys for Altana Credit Opportunities
Fund SPC, Altana Credit Opportunities
Fund 1 SP, and Altana Funds Ltd.
Cayman***

Stephen B. Brauerman
BAYARD, P.A.
sbrauerman@bayardlaw.com

David W. Bowker
WILMER CUTLER PICKERING HALE
AND DORR LLP
david.bowker@wilmerhale.com

***Attorneys for ACL1 Investments Ltd.,
ACL2 Investments Ltd., and LDO
(Cayman) XVIII Ltd.***

F. Troupe Mickler IV
Marie M. Degnan
Randall J. Teti
ASHBY & GEDDES, P.A
tmickler@ashbygeddes.com
mdegnan@ashbygeddes.com
rteti@ashbygeddes.com

Joshua S. Bolian
Jared A. Hagler
RILEY & JACOBSON, PLC
jbolian@rjfirm.com
jhagler@rjfirm.com

***Attorneys for OI European Group B.V.***

Jody C. Barillare
Jonathan M. Albano
Christopher L. Carter
MORGAN, LEWIS & BOCKIUS LLP
jody.barillare@morganlewis.com
jonathan.albano@morganlewis.com
christopher.carter@morganlewis.com

Edward H. Davis, Jr.
Fernando J. Menendez
SEQUOR LAW, P.A.
edavis@sequorlaw.com
fmenendez@sequorlaw.com

***Attorneys for Tenaris S.A., Talta-Trading
eMarketing Sociedade Unipessoal Lda.,
and Gramercy Distressed Opportunity
Fund LLC***

Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
tk@hfk.law

Mark Friedman
William Taft
Carl Micarelli
Sarah Lee
Juan Fandino
Caroline H. Wallace
DEBEVOISE & PLIMPTON LLP
mwfriedman@debevoise.com
whtaft@debevoise.com
slee1@debevoise.com
jfandino@debevoise.com
cmicarelli@debevoise.com
chwallace@debevoise.com

8

*Attorneys for Green Earth Technologies, Inc.*

Michael W. McDermott
Zachary J. Schnapp
BERGER MCDERMOTT LLP
mmcdermott@bergermcdermott.com
zschnapp@bergermcdermott.com

*Attorneys for Banco San Juan Internacional, Inc.*

Thomas A. Uebler
Adam J. Waskie
Terisa A. Shoremount
MCCOLLOM D'EMILIO SMITH
UEBLER LLC
tuebler@mdsulaw.com
awaskie@mdsulaw.com
tshoremount@mdsulaw.com

M. Imad Khan
Rachael E. Thompson
Kelly A. Librera
WINSTON & STRAWN LLP
ikhan@winston.com
rthompson@winston.com
klibrera@winston.com

*Attorneys for Refineria Di Korsou N.V.*

Michael Busenkell
Margaret England
Michael Van Gorder
Ronald S. Gellert
GELLERT SEITZ BUSENKELL
& BROWN, LLC
mbusenkell@gsbblaw.com
mengland@gsbblaw.com
mvangorder@gsbblaw.com
rgellert@gsbblaw.com

Jeffrey S. Boxer
CARTER LEDYARD & MILBURN LLP
boxer@clm.com

*Attorneys for Huntington Ingalls Incorporated*

Michael Busenkell
Margaret England
Michael Van Gorder
Ronald S. Gellert
GELLERT SEITZ BUSENKELL &
BROWN, LLC
mbusenkell@gsbblaw.com
mengland@gsbblaw.com
mvangorder@gsbblaw.com
rgellert@gsbblaw.com

*Attorneys for Mobil Cerro Negro Holding, LLC, Venezuela Holdings, B.V., Mobil Cerro Negro, Ltd.*

Arthur G. Connolly, III
CONNOLLY GALLAGHER LLP
aconnolly@connollygallagher.com

*Attorneys for the United States*

Stephen M. Elliott
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
stephen.m.elliott@usdoj.gov

9

*Attorneys for Pharo Gaia Fund, Ltd.,
Pharo Macro Fund, Ltd., and Pharo
Trading Fund, Ltd.*

Sarah T. Andrade
BAYARD, P.A.
sandrade@bayardlaw.com

*Attorneys for Northrop Grumman Ship
Systems, Inc. and Saint-Gobain
Performance Plastics Europe*

Peter James Keane
Laura Davis Jones
PACHULSKI, STANG, ZIEHL &
JONES, LLP
pkeane@pszjlaw.com
ljones@pszjlaw.com

Alexander A. Yanos
Robert H. Poole II
Apoorva Patel
ALSTON & BIRD LLP
alex.yanos@alston.com
robert.poole@alston.com
apoorva.patel@alston.com

*Attorneys for U.S. Bank National
Association*

Alessandra Glorioso
DORSEY & WHITNEY LLP
glorioso.alessandra@dorsey.com

Michelle M. McGreal
CLIFFORD CHANCE US
LLP
michelle.mcgreal@cliffordchance.com

10

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
Daniel D. Birk
Gregory M. Schweizer
Hannah M. Bucher
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com
DBirk@eimerstahl.com
GSchweizer@eimerstahl.com
HBucher@eimerstahl.com

/s/ Phillip Reytan
Susan W. Waesco (#4476)
Alexandra M. Cumings (#6146)
Phillip Reytan (#7255)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
SWaesco@morrisnichols.com
ACumings@morrisnichols.com
Preytan@morrisnichols.com

*Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation*

July 15, 2025

11