IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:17-mc-00151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | )<br>)<br>) |
| Defendant. | )<br>) |

**NOTICE OF DISCOVERY SERVICE OF VITOL, INC.**

**PLEASE TAKE NOTICE** that on the 15th day of July 2025, a true and correct copy of **Vitol, Inc.'s Responses and Objections to CITGO Petroleum Corporation and PDV Holding, Inc.'s First and Second Sets of Requests for Production** was served via electronic mail on the following:

Nathan P. Eimer
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com

11619084.v1

| | |
|---|---|
| July 15, 2025<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone:  (302) 426-1186<br>Facsimile:   (302) 426-9193<br>Email:  myurkewicz@klehr.com |

-and-

Anna G. Rotman, P.C. (State Bar No. 24046761)
Grant Jones (State Bar No. 24110065)
Will Atnipp (State Bar No. 24138775)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone:  (713) 836-3507
Facsimile:   (713) 836-3601
Email:  anna.rotman@kirkland.com
        grant.jones@kirkland.com
        will.atnipp@kirkland.com

*Attorneys for Vitol, Inc.*

2

11619084.v1