**Exhibit A**
**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

I, R. Craig Martin, of DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801, craig.martin@us.dlapiper.com, Tel: (302) 468-5655, declare under penalty of perjury under the laws of the United States of America, that I have read in its entirety and understand the Agreement that was entered in connection with the case of *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 1:17-mc-00151-LPS.

I have been engaged as Counsel on behalf of Rusoro Mining, Ltd. of in the preparation and conduct of *Crystallex International Corp.v. Bolivarian Republic of Venezuela*, Case No. 1:17-mc-00151-LPS.

I agree to comply with and be bound by all the provisions of the Agreement and I understand and acknowledge that failure to so comply could expose me to, among other things, sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Agreement to any person or entity except in strict compliance with the provisions of this Agreement. By acknowledging these obligations under the Agreement, I understand that I am submitting myself to the jurisdiction of the United States District Court for the District of Delaware for the purpose of any issue or dispute arising hereunder.

I sign this statement

    _____ on behalf of myself as an individual, or

    __X__ on behalf of the company identified above in this Exhibit A.

**Date:** July 19, 2025

**City and State where sworn and signed:** Wilmington, DE

**Signature:** /s/ R. Craig Martin

**Printed Name:** R. Craig Martin