IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| *Plaintiff*, | ) ) ) No. 1:17-mc-00151-LPS |
| v. | ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) |
| *Defendant*. | ) |

**ORDER GRANTING THE JOINT MOTION BY THE SALE PROCESS PARTIES TO ENLARGE PAGE LIMITS FOR OBJECTIONS BRIEFING AND ACCELERATE SUBMISSION OF THE SPECIAL MASTER'S STATUS REPORT**

This 21st day of July 2025, the Sale Process Parties having moved for an Order to enlarge page limits for objections briefings and accelerate submission on the Special Master's Status Report (the "Motion"), and the Court having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

1. The page limits for briefing on objections to the Special Master's Final Recommendation are enlarged as follows: opening briefs shall not exceed 35 pages, replies shall not exceed 20 pages, and sur-replies shall not exceed 15 pages.

2. The Special Master shall, after conferring with the Sale Process Parties and any interested entity that intends to participate in the Sale Hearing, submit a joint status report no later than August 11, 2025.

3. The Court will conduct a telephonic status conference on Wednesday, August 13 at 2:00 p.m. The Special Master shall make arrangements for a court reporter for the teleconference and provide dial-in information for the call.

Dated:  July 21, 2025

_____
The Honorable Leonard P. Stark
United States District Judge