# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                                 ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF               ) | |
| VENEZUELA,                                   ) | |
| ) | |
| Defendant.                          ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 22, 2025, upon the following attorneys of record as indicated below:

SUPPLEMENTAL DECLARATION OF WILLIAM O. HILTZ IN SUPPORT OF THE SPECIAL MASTER'S FINAL RECOMMENDATION **[HIGHLY CONFIDENTIAL]**

## VIA ELECTRONIC MAIL

Juan O. Perla
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
jperla@curtis.com

Susan W. Waesco
Alexandra M. Cumings
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
swaesco@morrisnichols.com
acumings@morrisnichols.com

Jason W. Myatt
Zachary A. Kady
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
jmyatt@gibsondunn.com
ZKady@gibsondunn.com

Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
MEstrada@gibsondunn.com

Jared A. Hagler
Joshua S. Bolian
RILEY & JACOBSON PLC
1906 West End Ave.
Nashville, TN 37203
jhagler@rjfirm.com
jbolian@rjfirm.com

Tyler Myers
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
tmyers@paulweiss.com

Craig Martin
DLA PIPER
1201 N Market St Suite 2100,
Wilmington, DE 19801
craig.martin@us.dlapiper.com

Christopher L. Carter
MORGAN, LEWIS & BOCKIUS LLP
One Federal St.
Boston, MA 02110-1726
christopher.carter@morganlewis.com

Steven F. Molo
Justin M. Ellis
Mark Kelley
Arnold Blair
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
smolo@mololamken.com
jellis@mololamken.com
mkelley@mololamken.com
ABlair@mololamken.com

Lauren F. Dayton
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
ldayton@mololamken.com

Daniel D. Birk
Greg Schweizer
Hannah Bucher
Lisa S. Meyer
Nathan P. Eimer
Alec Solotorovsky
EIMER STAHL LLP
224 S. Michigan Avenue Suite 1100
Chicago, IL 60604
dbirk@eimerstahl.com
gschweizer@eimerstahl.com
hbucher@eimerstahl.com
LMeyer@eimerstahl.com
NEimer@eimerstahl.com
asolotorovsky@EimerStahl.com

Matthew H. Kirtland
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001
matthew.kirtland@nortonrosefulbright.com

Katie Connolly
NORTON ROSE FULBRIGHT US LLP
One Embarcadero Center
Suite 1050
San Francisco, California 94111
katie.connolly@nortonrosefulbright.com

Taylor LeMay
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street
Suite 2000
Houston, Texas 77010
taylor.lemay@nortonrosefulbright.com

Nicholas Zluticky
STINSON LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
nicholas.zluticky@stinson.com

| | |
|---|---|
| Lois S. Ahn<br>MOLOLAMKEN LLP<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037<br>lahn@mololamken.com | Kevin J. Mangan<br>Matthew P. Ward<br>Stephanie Smiertka Riley<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200,<br>Wilmington, DE, 19801<br>Kevin.Mangan@wbd-us.com<br>Matthew.Ward@wbd-us.com<br>Stephanie.riley@wbd-us.com |

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Matthew S. Barr (Admitted *pro hac vice*)<br>David Lender (Admitted *pro hac vice*)<br>Jared R. Friedmann (Admitted *pro hac vice*)<br>Chase A. Bentley (Admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Matt.Barr@weil.com<br>David.Lender@weil.com<br>Jared.Friedmann@weil.com<br>Chase.Bentley@weil.com | By: */s/ Myron T. Steele*<br>Myron T. Steele (#0002)<br>Matthew F. Davis (#4696)<br>Bindu A. Palapura (#5370)<br>Malisa C. Dang (#7187)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>msteele@potteranderson.com<br>mdavis@potteranderson.com<br>bpalapura@potteranderson.com<br>mdang@potteranderson.com |
| Dated: July 23, 2025<br>12374690 / 21202.00001 | *Counsel for Special Master Robert B. Pincus* |