# Exhibit 21

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 22

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 23

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 24

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 25

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 26

Filed Under Seal Pursuant to D.I. 1887