# Exhibit 27

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 28

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 29

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 30

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 31

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 32

Filed Under Seal Pursuant to D.I. 1887