# Exhibit 40

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 42

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 43

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 44

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 45

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 46

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 47

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 48

Filed Under Seal Pursuant to D.I. 1887