# Exhibit 49

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 50

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 51

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 52

Filed Under Seal Pursuant to D.I. 1887

# Exhibit 53

Filed Under Seal Pursuant to D.I. 1887