# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| *Plaintiff*, | ) |
| | ) No. 1:17-mc-00151-LPS |
| v. | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| *Defendant*. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Highly Confidential version of the reply expert report and reliance materials of José Alberro, PhD were caused to be served on July 26, 2025, upon the following, who have executed Exhibit A to the Confidentiality Order (D.I. 1555-1) via electronic mail:

***Attorneys for Special Master Robert B. Pincus***

Myron T. Steele
Matthew F. Davis
Bindu A. Palapura
Malisa C. Dang
POTTER ANDERSON & CORROON LLP
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

Matthew S. Barr
David Lender
Chase A. Bentley
Jared Friedmann
Aaron Curtis
WEIL, GOTSHAL & MANGES LLP
matt.barr@weil.com
david.lender@weil.com
chase.bentley@weil.com

***Attorneys for Bolivarian Republic of Venezuela***

A. Thompson Bayliss
Christopher Fitzpatrick Cannataro
G. Mason Thomson
ABRAMS & BAYLISS LLP
bayliss@abramsbayliss.com
cannataro@abramsbayliss.com
thomson@abramsbayliss.com

Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Ginger D. Anders
George M. Garvey
Adeel Mohammadi
Seth Goldman
MUNGER, TOLLES & OLSON LLP
donald.verrilli@mto.com
elaine.goldenberg@mto.com
ginger.anders@mto.com
george.garvey@mto.com

jared.friedmann@weil.com
aaron.curtis@weil.com

adeel.mohammadi@mto.com
seth.goldman@mto.com

Stephen K. Wirth
Kent A. Yalowitz
E. Whitney Debevoise, II
ARNOLD & PORTER KAYE SCHOLER LLP
kent.yalowitz@arnoldporter.com
stephen.wirth@arnoldporter.com
whitney.debevoise@arnoldporter.com

*Attorneys for Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V.*

Garrett B. Moritz
Elizabeth M. Taylor
ROSS ARONSTAM & MORITZ LLP
gmoritz@ramllp.com
etaylor@ramllp.com

Michael S. Kim
Marcus J. Green
Josef M. Klazen
Lydia L. Halpern
KOBRE & KIM LLP
michael.kim@kobrekim.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com
lydia.halpern@kobrekim.com

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
rgmason@wlrk.com
arwolf@wlrk.com
mhcassel@wlrk.com

*Attorneys for Petróleos de Venezuela, S.A.*

Samuel Taylor Hirzel, II
Brendan Patrick McDonnell
HEYMAN ENERIO GATTUSO & HIRZEL LLP
shirzel@hegh.law
bmcdonnell@hehg.law

Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
David V. Holmes
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com
dholmes@curtis.com

2

***Attorneys for Crystallex International Corporation***

Raymond J. DiCamillo
Jeffrey L. Moyer
Travis S. Hunter
RICHARDS, LAYTON & FINGER, P.A.
dicamillo@rlf.com
moyer@rlf.com
hunter@rlf.com

Robert L. Weigel
Rahim Moloo
Zachary Kady
Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
GIBSON, DUNN & CRUTCHER LLP
rweigel@gibsondunn.com
 rmoloo@gibsondunn.com
zkady@gibsondunn.com
mestrada@gibsondunn.com
ltownsend@gibsondunn.com
asmith@gibsondunn.com

***Attorneys for Gold Reserve, Inc.***

Kevin J. Mangan
Matthew P. Ward
Stephanie S. Riley
WOMBLE BOND DICKINSON (US) LLP
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com
stephanie.riley@wbd-us.com

Matthew H. Kirtland
Katherine G. Connolly
Taylor J. LeMay
Steve Dollar
Mark Oakes
NORTON ROSE FULBRIGHT US LLP
matthew.kirtland@nortonrosefulbright.com
katie.connolly@nortonrosefulbright.com
taylor.lemay@nortonrosefulbright.com
steve.dollar@nortonrosefulbright.com
mark.oakes@nortonrosefulbright.com

***Attorneys for Blackrock and Contrarian***

Daniel A. Mason
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
dmason@paulweiss.com

Jeffrey J. Recher
Paul A. Paterson
Tyler B. Myers
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
jrecher@paulweiss.com
ppaterson@paulweiss.com
tmyers@paulweiss.com

***Red Tree Investments LLC***

Rebecca L. Butcher
Jennifer L. Cree
LANDIS RATH & COBB LLP
butcher@lrclaw.com
cree@lrclaw.com

Steven F. Molo
Justin M. Ellis
Mark W. Kelley
Lauren F. Dayton
Joshua D. Bloom
MOLOLAMKEN LLP
smolo@mololamken.com
jellis@mololamken.com
mkelley@mololamken.com
ldayton@mololamken.com
jbloom@mololamken.com

3

*Attorneys for Koch Minerals SARL and Koch Nitrogen International SARL*

Kevin J. Mangan
Matthew P. Ward
Stephanie S. Riley
WOMBLE BOND DICKINSON (US) LLP
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com
stephanie.riley@wbd-us.com

Peter James
Keane Laura Davis Jones
PACHULSKI, STANG, ZIEHL & JONES, LLP
pkeane@pszjlaw.com
ljones@pszjlaw.com

Nicholas J. Zluticky
STINSON LLP
nicholas.zluticky@stinson.com

Alexander A. Yanos
Robert H. Poole II
Apoorva Patel
ALSTON & BIRD LLP
alex.yanos@alston.com
robert.poole@alston.com
apoorva.patel@alston.com

*Attorneys for ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.*

F. Troupe Mickler IV
Marie M. Degnan
Randall J. Teti
ASHBY & GEDDES, P.A
tmickler@ashbygeddes.com
mdegnan@ashbygeddes.com
rteti@ashbygeddes.com

Lois S. Ahn
MOLOLAMKEN LLP
lahn@mololamken.com

*Attorneys for Rusoro Mining Ltd.*

Angela Whitesell
Robert Craig Martin
James E. Berger
Charlene Sun
Alice Adu Gyamfi
DLA PIPER, LLP (US)
angela.whitesell@us.dlapiper.com
craig.martin@dlapiper.com
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com
alice.gyamfi@us.dlapiper.com

*Attorneys for OI European Group B.V.*

Jody C. Barillare
Jonathan M. Albano
Christopher L. Carter
MORGAN, LEWIS & BOCKIUS LLP
jody.barillare@morganlewis.com
jonathan.albano@morganlewis.com
christopher.carter@morganlewis.com

Edward H. Davis, Jr.
Fernando J. Menendez

4

| | |
|---|---|
| Joshua S. Bolian | SEQUOR LAW, P.A. |
| Jared A. Hagler | edavis@sequorlaw.com |
| RILEY & JACOBSON, PLC | fmenendez@sequorlaw.com |
| jbolian@rjfirm.com | |
| jhagler@rjfirm.com | |

The undersigned hereby certifies that copies of the Confidential redacted version of the reply expert report and reliance materials of José Alberro, PhD were caused to be served on July 28, 2025, upon those listed above and upon the following via electronic mail:

***Attorneys for Siemens Energy Inc. and XYQ US, LLC***

John T. Miraglia
Justin M. Forcier
Brian M. Rostocki
Mitch Bailey
Arturo Muñoz Holguin
Francisco Rivero
REED SMITH LLP
jmiraglia@reedsmith.com
jforcier@reedsmith.com
brostocki@reedsmith.com
mbailey@reedsmith.com
amunoz@reedsmith.com
frivero@reedsmith.com

Andrew L. Cole
Nathaniel J. Klepser
COLE SCHOTZ P.C.
acole@coleschotz.com
nklepser@coleschotz.com

***Attorneys for Rosneft Trading S.A.***

Christopher P. Simon
Michael L. Vild
CROSS & SIMON, LLC
csimon@crosslaw.com
mvild@crosslaw.com

***Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.***

Andrew S. Dupre
Brian R. Lemon
AKERMAN LLP
andrew.dupre@akerman.com
brian.lemon@akerman.com

Miguel López Forastier
José E. Arvelo
Mark D. Herman
COVINGTON & BURLING LLP
mlopezforastier@cov.com jarvelo@cov.com
mherman@cov.com

***Attorneys for Girard Street Investment Holdings LLC***

Andrew Hall Sauder
DAILEY LLP
asauder@daileyllp.com

Joseph O. Larkin
Robert D. Drain

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
joseph.larkin@skadden.com
robert.drain@skadden.com

Michael J. Baratz
Emma Marshak
Steven K. Davidson
STEPTOE LLP
mbaratz@steptoe.com emarshak@steptoe.com
sdavidson@steptoe.com

*Attorneys for Rudi Lovati and Alessandro Lucibello Piani*

Christopher M. Winter
James C. Carignan
Mackenzie Marie Wrobel
Tracey E. Timlin
DUANE MORRIS LLP
ttimlin@duanemorris.com
jccarignan@duanemorris.com
cmwinter@duanemorris.com
mmwrobel@duanemorris.com

*Attorneys for Ostrider Limited, UML Blandford Limited, Union Glory Limited and Clion Limited*

Scott James Leonhardt
ESBROOK P.C.
scott.leonhardt@esbrook.com

John R. Keough, III
Juan J. Itriago
Veronica L. Dunlop
CLYDE & CO LLP
john.keough@clydeco.us
juan.itriago@clydeco.com
veronica.dunlop@clydeco.us

*Attorneys for Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman*

Stephen B. Brauerman
BAYARD, P.A.
sbrauerman@bayardlaw.com

David W. Bowker
WILMER CUTLER PICKERING HALE AND DORR LLP
david.bowker@wilmerhale.com

*Attorneys for Northrop Grumman Ship Systems, Inc. and Saint-Gobain Performance Plastics Europe*

Peter James Keane
Laura Davis Jones
PACHULSKI, STANG, ZIEHL & JONES, LLP
pkeane@pszjlaw.com
ljones@pszjlaw.com

Alexander A. Yanos
Robert H. Poole II
Apoorva Patel
ALSTON & BIRD LLP
alex.yanos@alston.com
robert.poole@alston.com
apoorva.patel@alston.com

*Attorneys for U.S. Bank National Association*

Alessandra Glorioso
DORSEY & WHITNEY LLP
glorioso.alessandra@dorsey.com

Michelle M. McGreal
CLIFFORD CHANCE US LLP
michelle.mcgreal@cliffordchance.com

*Attorneys for Tenaris S.A., Talta-Trading eMarketing Sociedade Unipessoal Lda., and Gramercy Distressed Opportunity Fund LLC*

Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
tk@hfk.law

Mark Friedman
William Taft
Carl Micarelli
Sarah Lee
Juan Fandino
Caroline H. Wallace
DEBEVOISE & PLIMPTON LLP
mwfriedman@debevoise.com
whtaft@debevoise.com
slee1@debevoise.com
jfandino@debevoise.com
cmicarelli@debevoise.com
chwallace@debevoise.com

*Attorneys for Green Earth Technologies, Inc.*

Michael W. McDermott
Zachary J. Schnapp
BERGER MCDERMOTT LLP
mmcdermott@bergermcdermott.com
zschnapp@bergermcdermott.com

*Attorneys for Banco San Juan Internacional, Inc.*

Thomas A. Uebler
Adam J. Waskie
Terisa A. Shoremount
MCCOLLOM D'EMILIO SMITH UEBLER LLC
tuebler@mdsulaw.com
awaskie@mdsulaw.com
tshoremount@mdsulaw.com

M. Imad Khan
Rachael E. Thompson
Kelly A. Librera
WINSTON & STRAWN LLP
ikhan@winston.com rthompson@winston.com
klibrera@winston.com

*Attorneys for Refineria Di Korsou N.V.*

Michael Busenkell
Margaret England
Michael Van Gorder

*Attorneys for Huntington Ingalls Incorporated*

Michael Busenkell
Margaret England

7

| | |
|---|---|
| Ronald S. Gellert<br>GELLERT SEITZ BUSENKELL<br>& BROWN, LLC<br>mbusenkell@gsbblaw.com<br>mengland@gsbblaw.com<br>mvangorder@gsbblaw.com<br>rgellert@gsbblaw.com<br><br>Jeffrey S. Boxer<br>CARTER LEDYARD & MILBURN LLP<br>boxer@clm.com | Michael Van Gorder<br>Ronald S. Gellert<br>GELLERT SEITZ BUSENKELL &<br>BROWN, LLC<br>mbusenkell@gsbblaw.com<br>mengland@gsbblaw.com<br>mvangorder@gsbblaw.com<br>rgellert@gsbblaw.com |
| ***Attorneys for Mobil Cerro Negro Holding, LLC, Venezuela Holdings, B.V., Mobil Cerro Negro, Ltd.***<br><br>Arthur G. Connolly, III<br>CONNOLLY GALLAGHER LLP<br>aconnolly@connollygallagher.com | ***Attorneys for the United States***<br><br>Stephen M. Elliott<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH<br>stephen.m.elliott@usdoj.gov |
| ***Attorneys for Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd.***<br><br>Sarah T. Andrade<br>BAYARD, P.A.<br>sandrade@bayardlaw.com | ***Attorneys for Amber Energy Inc.***<br><br>Michael A. Barlow<br>Shannon Doughty<br>Andrew J. Rossman<br>Susheel Kirpalani<br>Matthew R. Scheck<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>michaelbarlow@quinnemanuel.com<br>shannondoughty@quinnemanuel.com<br>andrewrossman@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>Richard J. D'Amato<br>Stephanie Lindemuth<br>Stephen M. Baldini<br>Z.W. Julius Chen<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>rdamato@akingump.com<br>slindemuth@akingump.com<br>sbaldini@akingump.com<br>chenj@akingump.com |

8

                                        Erin E. Murphy
                                        H. Bartow Farr
                                        CLEMENT & MURPHY, PLLC
                                        erin.murphy@clementmurphy.com
                                        bartow.farr@clementmurphy.com

***Attorneys for Vitol Inc.***

Michael W. Yurkewicz
KLEHR HARRISON HARVEY
BRANZBURG LLP
myurkewicz@klehr.com

Chad J. Husnick, P.C.
Jeffrey Michalik
Anna G. Rotman, P.C
Grant Jones
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
LLP
chad.husnick@kirkland.com
jeff.michalik@kirkland.com
anna.rotman@kirkland.com
grant.jones@kirkland.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Nathan P. Eimer<br>Daniel D. Birk<br>Gregory M. Schweizer<br>Alec Solotorovsky<br>Hannah M. Bucher<br>EIMER STAHL LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>NEimer@eimerstahl.com<br>DBirk@eimerstahl.com<br>GSchweizer@eimerstahl.com<br>ASolotorovsky@eimerstahl.com<br>HBucher@eimerstahl.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Phillip Reytan*<br>Susan W. Waesco (#4476)<br>Alexandra M. Cumings (#6146)<br>Phillip Reytan (#7255)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>SWaesco@morrisnichols.com<br>ACumings@morrisnichols.com<br>PReytan@morrisnichols.com<br><br>*Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation* |

July 28, 2025