Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

August 2, 2025.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Subject; Notice of Conferral
by Leroy Garrett Member of Petroamigos de Venezuela.
**Case**: 1:17-mc-00151-LPS.

Dear Mr. Lohan,

I am writing to formally request that the attached: **MOTION FOR INTERVENTION**, to be placed at the docket, such motion, belonging to the proceedings to the case CRYSTALLEX INTERNATIONAL CORP versus BOLIVARIAN REPUBLIC OF VENEZUELA. ( No. 1:17-mc-00151-LPS)

Thank you for your attention to this matter. I appreciate your assistance and look forward to your confirmation of receipt and docketing.

Sincerely,

*[signature]*

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Member of Petroamigos de Venezuela (ONG)

FILED 2025 AUG -4 AM 9: 57 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE