Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

August 5, 2025.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Subject; Notice of Conferral
by Leroy Garrett Member of Petroamigos de Venezuela.
**Case**: 1:17-mc-00151-LPS.

Dear Mr. Lohan,

I am writing to formally request that the attached: **SUPPLEMENTAL BRIEF IN SUPPORT OF NOTICE OF APPEAL AND MOTION FOR STAY PENDING APPEAL**, to be placed at the docket, such motion, belonging to the proceedings to the case CRYSTALLEX INTERNATIONAL CORP versus BOLIVARIAN REPUBLIC OF VENEZUELA. ( No. 1:17-mc-00151-LPS)

Thank you for your attention to this matter. I appreciate your assistance and look forward to your confirmation of receipt and docketing.

Sincerely,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Member of Petroamigos de Venezuela (ONG)