

Use. Reuse. Recycle.

PULL TAB TO OPEN

Visit UPS.com
Apply shipping documents on this side.

Scan QR code to schedule a pickup

This envelope is for use with the following services:
**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:
**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as a commodity — please visit ups.com/importexport to verify if your shipment is acceptable.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or cash equivalents. Do not send cash or cash equivalent.

**Reusable Express Envelope**
**Letter Size**
Reduce paper waste by using this envelope for your next UPS return to sender or with another recipient by using the reusable flap above.


100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the Rules Relating to International Carriage by Air (the "Warsaw Convention") and other terms and/or conditions established by UPS and/or set forth on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving you for more than 110 years
United Parcel Service.®

  

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com   010195112   05/21   PAC   United Parcel Service

---

LEROY GARRETT
(832) 652-7912
THE UPS STORE #5163
5004 HONEYGO CENTER DR
STE 102
PERRY HALL MD 21128-8964

SHIP TO:
J CALEB BOGGS FEDERAL BUILDINGS
RANDALL LOHAN
844 N KING ST
WILMINGTON DE 19801-3519

SHP WT: 1 LBS    1 LBS    1 OF 1
DWT: 15.12.1
DATE: 05 AUG 2025

UPS 2ND DAY AIR A.M.
TRACKING #: 1Z W27 R89 07 7263 8346 2A

BILLING: P/P

DE 197 9-25

FILED
2025 AUG -6 AM 9:29
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE