**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br> *Defendant*. | Case No. 1:17-mc-151-LPS |

**SIEMENS ENERGY INC.'S JOINDER TO GOLD RESERVE'S RESPONSE TO
OBJECTIONS TO SPECIAL MASTER'S FINAL RECOMMENDATION**

Siemens Energy, Inc. ("SEI") joins in the Responses to Objections to Special Master's Final Recommendation (the "Response") filed by Gold Reserve Ltd., f/k/a Gold Reserve Inc. ("Gold Reserve") to the extent that it seeks the following relief: (1) dismissal of the objections to the Special Master's Final Recommendation filed by Red Tree Investments, LLC ("Red Tree") (D.I. 1942); Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V. (collectively, "ConocoPhillips") (D.I. 1945); Crystallex International Corporation ("Crystallex") (D.I. 1949); OI European Group B.V. ("OIEG") (D.I. 1950), ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. (together, "ACL") (D.I. 1946), and the Bolivarian Republic of Venezuela (the "Republic"), Petróleos de Venezuela, S.A. ("PDVSA"), PDV Holding, Inc. ("PDVH"), and CITGO Petroleum Corporation ("CITGO Petroleum," and together with the Republic, PDVSA, and PDVH, the "Venezuela Parties") (D.I. 1948), and the ad hoc group of holders of a majority of PDVSA 2020 Bonds (the "2020 Bondholders") (D.I. 1943) (collectively, the "Objections"); and (2) that the Court confirm the Special Master's Final Recommendation, approve the Dalinar Energy Corporation ("Dalinar") Bid, and approve the sale of the PDVH shares to Dalinar.

Dated: August 7, 2025

**REED SMITH LLP**

*/s/ Justin M. Forcier*
Justin M. Forcier (No. 6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Tel:  (302) 778-7500
Fax:  (302) 778-7575
jforcier@reedsmith.com

Francisco Rivero (*Pro Hac Vice*)
Arturo Munoz Holguin (*Pro Hac Vice*)
1221 McKinney Street
Suite 2100
Houston, TX 77010
(713) 469-3800
frivero@reedsmith.com
amunoz@reedsmith.com