

Travis S. Hunter
302-651-7564
hunter@rlf.com

August 7, 2025

**VIA ECF**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re: *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.*, C.A. No. 17-mc-151-LPS

Dear Judge Stark:

We write on behalf of Crystallex International Corp. ("Crystallex") regarding the sealed exhibits filed in support of Crystallex's Response to Objections to the Special Master's Final Recommendation. Per the Court's order (D.I. 1887), Crystallex has filed redacted copies of the Supplemental Declaration of William Hiltz (including Exhibit A in support thereof) and the Second Supplemental Declaration of William Hiltz on the public docket and has filed un-redacted copies under seal to preserve the confidentiality of proprietary information concerning CITGO's financials and operations contained within Mr. Hiltz's declarations.

Crystallex conferred with the Special Master's counsel concerning these redactions and we understand the Special Master will further address the need to maintain the confidentiality of the redacted information in its filing concerning the redaction and sealing of these same documents.

      Respectfully submitted,

      */s/ Travis S. Hunter*

      Travis S. Hunter (#5350)

cc: All counsel of record