# EXHIBIT I

**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

# SCHEDULE 13E-3

**TRANSACTION STATEMENT UNDER SECTION 13(e) OF THE
SECURITIES EXCHANGE ACT OF 1934 AND
RULE 13e-3 THEREUNDER**

**Rule 13e-3 Transaction Statement
Under Section 13(e) of the Securities Exchange Act of 1934**

**PBF LOGISTICS LP**
(Name of Issuer)

**PBF Logistics LP
PBF Logistics GP LLC
PBF Energy Inc.
PBF Energy Company LLC
PBFX Holdings Inc.
Riverlands Merger Sub LLC**
(Names of Persons Filing Statement)

**Common Units Representing Limited Partner Interests**
(Title of Class of Securities)

**69318Q104**
(CUSIP Number of Class of Securities)

| | |
|---|---|
| **Trecia M. Canty, Esq.**<br>**Senior Vice President, General Counsel and Secretary**<br>**PBF Energy Inc.**<br>**One Sylvan Way, Second Floor**<br>**Parsippany, New Jersey 07054**<br>**(973) 455-7500** | **Trecia M. Canty, Esq.**<br>**Senior Vice President, General Counsel and Secretary**<br>**PBF Logistics LP**<br>**One Sylvan Way, Second Floor**<br>**Parsippany, New Jersey 07054**<br>**(973) 455-7500** |

(Name, Address, and Telephone Numbers of Person Authorized to Receive Notices and Communications on Behalf of the Persons Filing Statement)

*With copies to*

| | |
|---|---|
| **Philip Haines, Esq.**<br>**Jordan Hirsch, Esq.**<br>**Hunton Andrews Kurth LLP**<br>**600 Travis St., Suite 4200**<br>**Houston, Texas 77002**<br>**(713) 220-4200** | **Michael Swidler, Esq.**<br>**Baker Botts L.L.P.**<br>**30 Rockefeller Plaza**<br>**New York, New York 10112-4498**<br>**(212) 408-2500** |

This statement is filed in connection with (check the appropriate box):

a.  ☒  The filing of solicitation materials or an information statement subject to Regulation 14A, Regulation 14C or Rule 13e-3(c) under the Securities Exchange Act of 1934.

b.  ☒  The filing of a registration statement under the Securities Act of 1933.

c.  ☐  A tender offer.

d.  ☐  None of the above.

Check the following box if the soliciting materials or information statement referred to in checking box (a) are preliminary copies:  ☒

Check the following box if the filing is a final amendment reporting the results of the transaction:  ☐

**Neither the SEC nor any state securities regulatory agency has approved or disapproved the Merger, passed upon the merits or fairness of the Merger or passed upon the adequacy or accuracy of the disclosure in this document. Any representation to the contrary is a criminal offense.**

## INTRODUCTION

This Rule 13e-3 Transaction Statement on Schedule 13E-3 (this "Transaction Statement"), together with the exhibits hereto, is being filed with the Securities and Exchange Commission (the "SEC") pursuant to Section 13(e) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), by: (i) PBF Logistics LP, a Delaware limited partnership ("PBFX") and the issuer of the common units representing limited partner interests in PBFX ("PBFX Common Units," and the holders of PBFX Common Units, the "PBFX Unitholders") that are subject to the Rule 13e-3 transaction, (ii) PBF Energy Inc., a Delaware corporation ("PBF Energy"), (ii) PBF Energy Company LLC, a Delaware limited liability company and subsidiary of PBF Energy ("PBF LLC"), (iv) PBFX Holdings Inc., a Delaware corporation and wholly owned subsidiary of PBF LLC ("PBFX Holdings"), (v) Riverlands Merger Sub LLC, a Delaware limited liability company and wholly owned subsidiary of PBF LLC ("Merger Sub"), and (vi) PBF Logistics GP LLC, a Delaware limited liability company and the general partner of PBFX ("PBFX GP" or the "general partner"). Collectively, the persons filing this Transaction Statement are referred to as the "filing persons."

This Transaction Statement relates to the Agreement and Plan of Merger, dated as of July 27, 2022  (the "Merger Agreement"), by and among PBF Energy, PBF LLC, PBFX Holdings, Merger Sub, PBFX and PBFX GP. Pursuant to the Merger Agreement, PBF LLC will acquire all of the outstanding PBFX Common Units other than PBFX Common Units held directly or indirectly by PBF Energy and its subsidiaries (all such PBFX Common Units held by persons other than PBF Energy and its subsidiaries, the "PBFX Public Common Units," and the holders of such units, the "PBFX Public Unitholders").  Upon the terms and subject to the conditions set forth in the Merger Agreement, Merger Sub will be merged with and into PBFX (the "Merger"), with PBFX surviving as an indirect subsidiary of PBF Energy, owned 99% by PBF LLC and 1% by PBFX Holdings. The Merger will become effective upon the filing of a properly executed certificate of merger with the Secretary of State of the State of Delaware or at such later date and time as may be agreed by the parties and set forth in the certificate of merger (the "Effective Time"). The Merger Agreement provides that, if the Merger is completed, at the Effective Time, each outstanding PBFX Public Common Unit will be converted into the right to receive: (i) 0.270 (the "Exchange Ratio") of a share of Class A Common Stock, par value $0.001 per share, of PBF Energy (the "PBF Energy Common Stock," and such consideration, the "Stock Consideration"), (ii) $9.25 in cash, without interest (the "Cash Consideration" and together with the Stock Consideration, the "Merger Consideration"), (iii) any dividends or other distributions to which the holder thereof becomes entitled to upon surrender of such PBFX Public Common Units in accordance with the Merger Agreement, and (iv) any cash in lieu of fractional shares of PBF Energy Common Stock as described below. The receipt of Merger Consideration in exchange for PBFX Public Common Units pursuant to the Merger should be a taxable transaction to PBFX Public Unitholders.  See "United States Federal Income Tax Consequences" in the Proxy Statement/Prospectus (as defined below). The Exchange Ratio is fixed and will not be adjusted on account of any change in price of either PBF Energy Common Stock or PBFX Common Units prior to completion of the Merger; provided, that the Merger Agreement includes an adjustment mechanism (the "19.9% Cap Adjustment Mechanism") so that the number of shares of PBF Energy Common Stock to be issued in the Merger does not exceed 19.9% of the issued and outstanding shares of PBF Energy Common Stock immediately prior to the Effective Time (the "19.9% Limitation").  The 19.9% Cap Adjustment Mechanism is necessary to ensure that PBF Energy satisfies certain applicable regulatory restrictions regarding issuing common stock without stockholder approval imposed by the New York Stock Exchange ("NYSE"). In the event that the 19.9% Cap Adjustment Mechanism is triggered, (i) the Exchange Ratio of 0.270 will be reduced to the minimum extent necessary so that the aggregate number of shares of PBF Energy Common Stock to be issued as Stock Consideration does not exceed the 19.9% Limitation (the "Adjusted Exchange Ratio"), and (ii) the Cash Consideration will be increased by an amount equal to the product of $31.14, multiplied by the difference between the Exchange Ratio and the Adjusted Exchange Ratio.

PBF Energy will not issue any fractional shares in the Merger.  Instead, each holder of PBFX Common Units that are converted pursuant to the Merger Agreement who otherwise would have received a fraction of a share of PBF Energy Common Stock will be entitled to receive, in lieu thereof, a cash payment (without interest and rounded up to the nearest whole cent) in an amount equal to the product of (i) the average trading prices of the PBF Energy Common Stock over the ten-day period prior to the closing date of the Merger, and (ii) the fraction of the share of PBF Energy Common Stock that such holder would otherwise be entitled to receive pursuant to the Merger Agreement.  Holders of shares of PBF Energy Common Stock will continue to own their existing shares of PBF Energy Common Stock. There will be no change in the ownership of the non-economic general partner interest in PBFX held by PBFX GP, which will continue as a non-economic general partner interest in the surviving entity.

1

The closing of the Merger will take place on the second business day after the satisfaction or waiver of the conditions set forth in the Merger Agreement (other than conditions that by their nature are to be satisfied at the closing but subject to the satisfaction or waiver of those conditions), or at such other place, date and time as PBF Energy and PBFX may agree.

Concurrently with the execution of the Merger Agreement, PBF Energy and PBF LLC entered into a Voting and Support Agreement, dated as of July 27, 2022 (the "Support Agreement"), with PBFX, pursuant to which, among other things, PBF Energy has agreed to cause PBF LLC, in its capacity as a limited partner of PBFX, to vote its PBFX Common Units in favor of the Merger Agreement and the transactions contemplated thereby, including the Merger. As of August 24, 2022, PBF LLC owned 29,953,631 PBFX Common Units (representing approximately 47.7% of the issued and outstanding PBFX Common Units).

On July 26, 2022, the Conflicts Committee (which consists of the three members of the GP Board (as defined below) who are independent under PBFX's governance guidelines, the Third Amended and Restated Agreement of Limited Partnership of PBFX, dated as of February 13, 2019, as amended or supplemented from time to time (the "PBFX Partnership Agreement") and the listing standards of the NYSE and who are not also executive officers or members of the Board of Directors of PBF Energy (the "PBF Energy Board") (the "Conflicts Committee")) of the Board of Directors of PBFX GP (the "GP Board") in good faith, unanimously resolved: (i) that the Merger Agreement and the Support Agreement and the transactions contemplated thereby, including the Merger, on the terms and conditions set forth in the Merger Agreement and the Support Agreement, are fair and reasonable to, and in the best interests of, the PBFX Unitholders other than PBF Energy, PBF LLC, PBFX Holdings, PBFX, PBFX GP or their affiliates (the "PBF Unaffiliated Unitholders") and, assuming PBF Energy approved the Merger, PBFX, (ii) to approve the Merger Agreement and the Support Agreement and the transactions contemplated thereby, including the Merger, upon the terms and conditions set forth in the Merger Agreement and the Support Agreement, (iii) to recommend that the GP Board approve (x) the Merger Agreement and the Support Agreement and the transactions contemplated thereby, including the Merger, upon the terms and conditions set forth in the Merger Agreement and the Support Agreement, and (y) the execution, delivery and performance of the Merger Agreement and the Support Agreement and the transactions contemplated thereby, including the Merger, and (iv) to recommend to the GP Board that the GP Board (x) resolve to direct that the Merger Agreement be submitted to a vote of the PBFX Unitholders, and (y) recommend approval of the transactions contemplated by the Merger Agreement, including the Merger, by the PBFX Unitholders.

On July 27, 2022, the GP Board, acting upon the recommendation of the Conflicts Committee, unanimously: (i) approved the Merger Agreement and the Support Agreement and the transactions contemplated thereby, including the Merger, and the execution, delivery and performance of the Merger Agreement and the Support Agreement, (ii) approved the submission of the Merger Agreement and the transactions contemplated thereby, including the Merger, to a vote of the PBFX Unitholders, and (iii) determined to recommend approval of the Merger Agreement and the transactions contemplated thereby, including the Merger, by the PBFX Unitholders.

PBFX will hold a virtual special meeting of the PBFX Unitholders in connection with the proposed Merger via audio webcast (the "PBFX Special Meeting"). At the PBFX Special Meeting, the PBFX Unitholders will be asked to vote on the proposal to approve the Merger Agreement and the transactions contemplated thereby, including the Merger (the "Merger Proposal"). Pursuant to the PBFX Partnership Agreement, approval of the Merger Proposal requires the affirmative vote of holders of a majority of the outstanding PBFX Common Units, which includes the PBFX Common Units owned directly or indirectly by PBF Energy and its subsidiaries. In addition, at the PBFX Special Meeting, the PBFX Unitholders will be asked to consider and vote on a proposal to adjourn the PBFX Special Meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies if there are not sufficient votes to approve the Merger Agreement and transactions contemplated thereby, including the Merger, at the time of the PBFX Special Meeting (the "Adjournment Proposal"). Approval of the Adjournment Proposal requires approval by the affirmative vote of the PBFX Unitholders representing a majority of the outstanding PBFX Common Units, which includes the PBFX Common Units owned directly or indirectly by PBF Energy and its subsidiaries.

Concurrently with the filing of this Transaction Statement, PBF Energy is filing with the SEC a Registration Statement on Form S-4, which includes a Proxy Statement/Prospectus (the "Proxy Statement/Prospectus") in connection with the Merger Agreement and the transactions contemplated thereby, including the Merger and the PBFX Special Meeting. A copy of the Proxy Statement/Prospectus is attached hereto as Exhibit (a)(1). A copy of the Merger Agreement is attached as Annex A to the Proxy Statement/Prospectus. A copy of the Support Agreement is attached as Annex B to the Proxy Statement/Prospectus. All references in this Transaction Statement to Items numbered 1001 to 1016 are references to Items contained in Regulation M-A under the Exchange Act.

Pursuant to General Instruction F to Schedule 13E-3, the information contained in the Proxy Statement/Prospectus, including all annexes thereto, is incorporated herein by reference in its entirety and responses to each item herein are qualified in their entirety by the information contained in the Proxy Statement/Prospectus and the annexes thereto. The cross-references below are being supplied pursuant to General Instruction G to Schedule 13E-3 and show the location in the Proxy Statement/Prospectus of the information required to be included in response to the items of Schedule 13E-3. As of the date hereof, the Proxy Statement/Prospectus is in preliminary form and is subject to completion. Terms used but not defined in this Transaction Statement have the meanings given to them in the Proxy Statement/Prospectus. As of the date hereof, the Proxy Statement/Prospectus is in preliminary form and is subject to completion or amendment.

All information concerning PBFX contained in, or incorporated by reference into, this Transaction Statement was supplied by PBFX. Similarly, all information concerning any other filing person contained in, or incorporated by reference into, this Transaction Statement was supplied by such filing person.

## ITEM 1.        SUMMARY TERM SHEET

**Regulation M-A Item 1001**

The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

> *"Summary Term Sheet"*

> *"Questions and Answers About the Merger and the PBFX Special Meeting"*

## ITEM 2.        SUBJECT COMPANY INFORMATION

**Regulation M-A Item 1002**

(a)        **Name and Address**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

> *"Summary Term Sheet—The Parties"*

> *"The Parties"*

(b)        **Securities**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

> *"The PBFX Special Meeting"*

> *"Special Factors—Interests of Certain Persons in the Merger"*

> *"Comparative Market Prices and Cash Dividend/Distribution Information"*

(c)        **Trading Market and Price**. The information set forth in the Proxy Statement/Prospectus under the following caption is incorporated herein by reference:

> *"Comparative Market Prices and Cash Dividend/Distribution Information"*

(d)    **Dividends**. The information set forth in the Proxy Statement/Prospectus under the following caption is incorporated herein by reference:

*"Comparative Market Prices and Cash Dividend/Distribution Information"*

(e)    **Prior Public Offerings**. The information set forth in the Proxy Statement/Prospectus under the following caption is incorporated herein by reference:

*"Prior Public Offerings"*

(f)    **Prior Stock Purchases**. The information set forth in the Proxy Statement/Prospectus under the following caption is incorporated herein by reference:

*"Comparative Market Prices and Cash Dividend/Distribution Information"*

**ITEM 3.        IDENTITY AND BACKGROUND OF FILING PERSON**

**Regulation M-A Item 1003**

(a) through (b)    **Name and Address; Business and Background of Entities**. PBFX is the issuer of the equity securities that are the subject of the Rule 13e-3 transaction reported hereby. Merger Sub is a Delaware limited liability company, the sole member of which is PBF LLC. The business address of Merger Sub is One Sylvan Way, Second Floor, Parsippany, New Jersey 07054. The phone number of Merger Sub is (973) 455-7500.

*The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:*

*"Summary Term Sheet—The Parties"*

*"The Parties"*

*"Where You Can Find More Information"*

(c)    **Business and Background of Natural Persons**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Business and Background of Natural Persons"*

*"Where You Can Find More Information"*

**ITEM 4.        TERMS OF THE TRANSACTION**

**Regulation M-A Item 1004**

(a)    **Material Terms**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Overview of Special Factors"*

4

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—Resolution of Conflicts of Interest; Standards of Conduct and Modification of Duties"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—No Appraisal Rights"*

*"Special Factors—Listing of PBF Energy Common Stock to be Issued in the Merger; Delisting and Deregistration of PBFX Common Units"*

*"Special Factors—Accounting Treatment"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement"*

*"The Support Agreement"*

*"The PBFX Special Meeting"*

*"Comparison of the Rights of the PBF Energy Stockholders and the PBFX Unitholders"*

*"United States Federal Income Tax Consequences"*

*"Annex A: Merger Agreement"*

*"Annex B: Support Agreement"*

(c)      **Different Terms**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Overview of Special Factors"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Special Factors—Provisions for PBFX Unaffiliated Unitholders"*

*"Special Factors—No Appraisal Rights"*

*"The Merger Agreement"*

*"Annex A: Merger Agreement"*

5

(d)     **Appraisal Rights**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—No Appraisal Rights"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—No Appraisal Rights"*

(e)     **Provisions for Unaffiliated Security Holders**. The information set forth in the Proxy Statement/Prospectus under the following caption is incorporated herein by reference:

*"Special Factors—Provisions for PBFX Unaffiliated Unitholders"*

(f)     **Eligibility for Listing or Trading**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—Listing of PBF Energy Common Stock to be Issued in the Merger; Delisting and Deregistration of PBFX Common Units"*

*"Special Factors—Listing of PBF Energy Common Stock to be Issued in the Merger; Delisting and Deregistration of PBFX Common Units"*

**ITEM 5.**     **PAST CONTACTS, TRANSACTIONS, NEGOTIATIONS AND AGREEMENTS**

**Regulation M-A Item 1005**

(a)     **Transactions**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"The Parties"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Past Contacts, Transactions, Negotiations and Agreements"*

*"Where You Can Find More Information"*

(b) through (c)     **Significant Corporate Events; Negotiations or Contacts**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Special Factors—Overview of Special Factors"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors— Position of the Parent Entities as to the Fairness of the Merger"*

Pbf Logistics Lp / SC 13E3 / August 29, 2022     PDF page 7     Powered by BamSEC.com

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Financing of the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement"*

*"The Support Agreement"*

*"Past Contacts, Transactions, Negotiations and Agreements"*

*"Annex A: Merger Agreement"*

*"Annex B: Support Agreement"*

(e)     **Agreements Involving the Subject Company's Securities**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Effects of the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement"*

*"The Support Agreement"*

*"Comparative Market Prices and Cash Dividend/Distribution Information"*

*"Where You Can Find More Information"*

*"Annex A: Merger Agreement"*

*"Annex B: Support Agreement"*

## ITEM 6.     PURPOSES OF THE TRANSACTION AND PLANS OR PROPOSALS.

**Regulation M-A Item 1006**

(b)     **Use of Securities Acquired**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Overview of Special Factors"*

*"Special Factors—Effects of the Merger"*

7

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Financing of the Merger"*

*"Special Factors—Listing of PBF Energy Common Stock to be Issued in the Merger; Delisting and Deregistration of PBFX Common Units"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement"*

*"The Support Agreement"*

*"Annex A: Merger Agreement"*

*"Annex B: Support Agreement"*

(c) (1) through (8)  **Plans**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Comparative Market Prices and Cash Dividend/Distribution Information"*

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Special Factors—Financing of the Merger"*

*"Special Factors—Listing of PBF Energy Common Stock to be Issued in the Merger; Delisting and Deregistration of PBFX Common Units"*

*"The Merger Agreement"*

*"The Support Agreement"*

*"The PBFX Special Meeting"*

*"Annex A: Merger Agreement"*

*"Annex B: Support Agreement"*

8

ITEM 7.    **PURPOSES, ALTERNATIVES, REASONS AND EFFECTS**

**Regulation M-A Item 1013**

(a)    **Purposes**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

(b)    **Alternatives**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors— Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Financial Advisor Discussion Materials Provided to PBF Energy"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Opinion of the Financial Advisor to the Conflicts Committee"*

*"Annex C: Written Opinion of Intrepid Partners LLC"*

(c)    **Reasons**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

9

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors— Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Financial Advisor Discussion Materials Provided to PBF Energy"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Opinion of the Financial Advisor to the Conflicts Committee"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Annex C: Written Opinion of Intrepid Partners LLC"*

(d)        **Effects**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Primary Benefits and Detriments of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Special Factors—Financing of the Merger"*

*"Special Factors—Listing of PBF Energy Common Stock to be Issued in the Merger; Delisting and Deregistration of PBFX Common Units"*

*"The Merger Agreement"*

*"United States Federal Income Tax Consequences"*

*"Annex A: Merger Agreement"*

10

**ITEM 8.    FAIRNESS OF THE TRANSACTION**

**Regulation M-A Item 1014**

(a) through (b)    **Fairness; Factors Considered in Determining Fairness.** Barclays Capital, Inc. ("Barclays") was not requested to, and it did not, provide to PBF Energy or any other person any (i) opinion (whether as to the fairness of any consideration, including, without limitation, the Merger Consideration, or otherwise), (ii) valuation of PBFX for the purpose of assessing the fairness of the Merger Consideration to any person, or (iii) recommendation as to how to vote or act on any matters relating to the proposed Merger or otherwise. Barclay's discussion materials dated July 20, 2022 and July 26, 2022 should not be construed as creating any fiduciary duty on Barclays's part to PBF Energy or any other person and such materials are not intended to be, and do not constitute, a recommendation to PBF Energy or any other person in respect of the Merger, including as to how any PBFX Unitholder should act or vote in respect of the Merger Proposal.

The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Special Factors—Background of the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Financial Advisor Discussion Materials Provided to PBF Energy"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Opinion of the Financial Advisor to the Conflicts Committee"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Annex C: Written Opinion of Intrepid Partners LLC"*

(c)    **Approval of Security Holders.** The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—The Merger Agreement—PBFX Unitholder Approval"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"The Merger Agreement—PBFX Unitholder Approval"*

*"The PBFX Special Meeting"*

(d)    **Unaffiliated Representative.** The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

11

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Opinion of Financial Advisor to the Conflicts Committee"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement"*

*"Annex C: Written Opinion of Intrepid Partners LLC"*

(e)    **Approval of Directors**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—Background of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

(f)    **Other Offers**. Not Applicable.

**ITEM 9.    REPORTS, OPINIONS, APPRAISALS AND CERTAIN NEGOTIATIONS**

**Regulation M-A Item 1015**

(a) through (b)    **Report, Opinion or Appraisal; Preparer and Summary of the Report, Opinion or Appraisal**. The discussion materials prepared by Barclays and provided to the PBF Energy management team, dated as of July 20, 2022 and to the PBF Energy board, dated as of July 26, 2022, are set forth as Exhibits (c)(2) and (c)(3) and are incorporated herein by reference. The presentation materials prepared by Intrepid Partners LLC and provided to the Conflicts Committee, dated as of June 27, 2022, June 29, 2022, July 13, 2022, July 18, 2022 and July 26, 2022 are set forth as Exhibits (c)(4) through (c)(8) hereto and are incorporated herein by reference.

The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—Opinion of Financial Advisor to the Conflicts Committee"*

*"Special Factors—Effects of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—Opinion of Financial Advisor to the Conflicts Committee"*

12

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Financial Advisor Discussion Materials Provided to PBF Energy"*

*"Special Factors—Fees and Expenses"*

*"Where You Can Find More Information"*

*"Annex C: Written Opinion of Intrepid Partners LLC"*

The written opinion of Intrepid Partners LLC is attached to the Proxy Statement/Prospectus as Annex C and is incorporated herein by reference.

(c)      **Availability of Documents**. The reports, opinions or appraisals referenced in this Item 9 are filed herewith and will be made available for inspection and copying at the principal executive offices of PBFX during its regular business hours by any interested equity security holder of PBFX Common Units or by any representative who has been so designated in writing.

**ITEM 10.          SOURCE AND AMOUNTS OF FUNDS OR OTHER CONSIDERATION**

**Regulation M-A Item 1007**

(a) through (b), (d)      **Source of Funds; Conditions; Borrowed Funds**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—The Merger Consideration"*

*"Summary Term Sheet—The Merger Agreement"*

*"Summary Term Sheet—Fees and Expenses"*

*"Summary Term Sheet—Financing of the Merger"*

*"Special Factors—Background of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"Special Factors—Fees and Expenses"*

*"Special Factors—Financing of the Merger"*

*"Special Factors—Regulatory Matters"*

*"The Merger Agreement"*

(c)      **Expenses**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—Fees and Expenses"*

13

*"Special Factors—Financing of the Merger"*

*"Special Factors—Fees and Expenses"*

*"The Merger Agreement—Effect of Termination; Termination Fees"*

**ITEM 11.**          **INTEREST IN SECURITIES OF THE SUBJECT COMPANY**

**Regulation M-A Item 1008**

(a) through (b)          **Securities Ownership; Securities Transactions**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet—The Parties"*

*"Summary Term Sheet—The Merger"*

*"Special Factors—Effects of the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement"*

*"Comparative Market Prices and Cash Dividend/Distribution Information"*

**ITEM 12.**          **THE SOLICITATION OR RECOMMENDATION**

**Regulation M-A Item 1012**

(d)          **Intent to Tender or Vote in a Going-Private Transaction**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"The PBFX Special Meeting"*

*"The Support Agreement"*

*"Annex B: Support Agreement"*

(e)          **Recommendations of Others**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

*"Summary Term Sheet"*

*"Questions and Answers About the Merger and the PBFX Special Meeting"*

*"Special Factors—The Parent Entities' Reasons for the Merger"*

*"Special Factors—Position of the Parent Entities as to the Fairness of the Merger"*

*"Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger"*

*"Special Factors—Interests of Certain Persons in the Merger"*

*"The Merger Agreement—Conditions to Completion of the Merger"*

14

**ITEM 13.**   **FINANCIAL INFORMATION**

**Regulation M-A Item 1010**

(a)   **Financial Statements**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

"*Special Factors—Effects of the Merger*"

"*Selected Historical Consolidated Financial Data of PBFX*"

"*Where You Can Find More Information*"

PBFX's Annual Report on Form 10-K for the year ended December 31, 2021 and Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2022 are incorporated herein by reference.

(b)   **Pro Forma Information**. Not applicable.

**ITEM 14.**   **PERSONS/ASSETS, RETAINED, EMPLOYED, COMPENSATED OR USED**

**Regulation M-A Item 1009**

(a) through (b)   **Solicitations or Recommendations; Employees and Corporate Assets**. The information set forth in the Proxy Statement/Prospectus under the following captions is incorporated herein by reference:

"*Summary Term Sheet*"

"*Questions and Answers About the Merger and the PBFX Special Meeting*"

"*Special Factors—Background of the Merger*"

"*Special Factors—The Parent Entities' Reasons for the Merger*"

"*Special Factors—Position of the Parent Entities as to the Fairness of the Merger*"

"*Special Factors—Financial Advisor Discussion Materials Provided to PBF Energy*"

"*Special Factors—Recommendations of the Conflicts Committee and the GP Board and their Reasons for the Merger*"

"*Special Factors—Unaudited Projected Financial Information*"

"*Special Factors—Interests of Certain Persons in the Merger*"

"*Special Factors—Fees and Expenses*"

**ITEM 15.**   **ADDITIONAL INFORMATION**

**Regulation M-A Item 1011**

(b)   **Golden Parachute Compensation**. The information set forth in the Proxy Statement/Prospectus under the following caption is incorporated herein by reference.

"*Special Factors—Interests of Certain Persons in the Merger*"

15

(c)      **Other Material Information**. The information set forth in the Proxy Statement/Prospectus, including all annexes thereto, is incorporated herein by reference.

**ITEM 16.**      **EXHIBITS**

**Regulation M-A Item 1016**

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| (a)(1) | The Proxy Statement/Prospectus of PBF Energy Inc. (incorporated herein by reference to the Registration Statement on Form S-4 of PBF Energy Inc. filed with the SEC concurrently with this Transaction Statement). |
| (a)(2) | Form of Proxy Card for PBF Logistics LP Special Meeting (to be filed by amendment). |
| (a)(3) | Letter to Unitholders (incorporated herein by reference to the Proxy Statement/Prospectus). |
| (a)(4) | Notice of Special Meeting of Unitholders (incorporated herein by reference to the Proxy Statement/Prospectus). |
| (a)(5) | Joint Press Release, dated July 28, 2022 (incorporated herein by reference to Exhibit 99.1 filed with PBF Energy Inc.'s Current Report on Form 8-K, filed July 28, 2022 (File No. 001-35764)). |
| (b)(1) | Senior Secured Revolving Credit Agreement dated as of May 2, 2018 (incorporated by reference to Exhibit 10.1 filed with PBF Energy Inc.'s Current Report on Form 8-K dated May 8, 2018 (File No. 001-35764)). |
| (b)(2) | Amendment dated as of February 18, 2020 to Senior Secured Revolving Credit Agreement dated as of May 2, 2018 (incorporated by reference to Exhibit 10.3 filed with PBF Energy Inc.'s Quarterly Report on Form 10-Q dated May 15, 2020 (File No. 001-35764)). |
| (b)(3) | Second Amendment dated as of May 7, 2020 to Senior Secured Revolving Credit Agreement dated as of May 2, 2018, as amended (incorporated by reference to Exhibit 10.1 filed with PBF Energy Inc.'s Current Report on Form 8-K dated May 7, 2020 (File No. 001-35764)). |
| (b)(4) | Third Amendment to Senior Secured Revolving Credit Agreement, dated May 2, 2018 (incorporated by reference to Exhibit 10.1 filed with PBF Energy Inc.'s Current Report on Form 8-K dated May 27, 2022 (File No. 001-35764)). |
| (b)(5) | Joinder Agreement to the Credit Agreement dated as of February 1, 2020, among PBF Holding Company LLC, the Guarantors named on the signature pages thereto including Martinez Refining Company LLC, Martinez Terminal Company LLC and Bank of America, N.A., as Administrative Agent to Senior Secured Revolving Credit Agreement dated as of May 2, 2018 (incorporated by reference to Exhibit 10.2 filed with PBF Energy Inc.'s Quarterly Report on Form 10-Q dated May 15, 2020 (File No. 001-35764)). |
| (c)(1) | Opinion of Intrepid Partners LLC (incorporated herein by reference to Annex C of the Proxy Statement/Prospectus). |
| (c)(2) | Discussion materials prepared by Barclays Capital Inc., dated July 20, 2022, for the management team of PBF Energy Inc. |

16

| (c)(3) | Discussion materials prepared by Barclays Capital Inc., dated July 26, 2022, for the Board of Directors of PBF Energy Inc. |
| (c)(4) | Presentation materials prepared by Intrepid Partners, LLC, dated June 27, 2022, for the Conflicts Committee. |
| (c)(5) | Presentation materials prepared by Intrepid Partners, LLC, dated June 29, 2022, for the Conflicts Committee. |
| (c)(6) | Presentation materials prepared by Intrepid Partners, LLC, dated July 13, 2022, for the Conflicts Committee. |
| (c)(7) | Presentation materials prepared by Intrepid Partners, LLC, dated July 18, 2022, for the Conflicts Committee. |
| (c)(8) | Presentation materials prepared by Intrepid Partners, LLC, dated July 26, 2022, for the Conflicts Committee. |
| (d)(1) | Agreement and Plan of Merger, dated July 27, 2022, by and among PBF Energy Inc., PBF Energy Company LLC, PBFX Holdings Inc., Riverlands Merger Sub LLC, PBF Logistics LP and PBF Logistics GP LLC (incorporated herein by reference to Annex A of the Proxy Statement/Prospectus). |
| (d)(2) | Voting and Support Agreement, dated July 27, 2022, by and among PBF Energy Inc., PBF Energy Company LLC and PBF Logistics LP (incorporated herein by reference to Annex B of the Proxy Statement/Prospectus). |
| (f)(1) | Third Amended and Restated Agreement of the Limited Partnership of PBF Logistics LP (incorporated herein by reference to Exhibit 3.1 to the Current Report on Form 8-K (File No. 001-36446)) filed on February 14, 2019. |
| (f)(2) | Delaware Code Title 6 § 17-212. |
| (g) | None. |
| 107 | Filing Fee Table. |

17

**SIGNATURES**

After due inquiry and to the best of each of the undersigned's knowledge and belief, each of the undersigned certifies that the information set forth in this statement is true, complete and correct.

Dated as of August 26, 2022

PBF ENERGY INC.

By: /s/ Thomas J. Nimbley
Name: Thomas J. Nimbley
Title: Chief Executive Officer

PBF ENERGY COMPANY LLC

By: PBF Energy Inc.,
*its managing member*

By: /s/ Thomas J. Nimbley
Name: Thomas J. Nimbley
Title: Chief Executive Officer

RIVERLANDS MERGER SUB LLC

By: PBF Energy Company LLC,
*its sole member*

By: PBF Energy Inc.,
*its managing member*

By: /s/ Thomas J. Nimbley
Name: Thomas J. Nimbley
Title: Chief Executive Officer

PBFX HOLDINGS INC.

By: /s/ Thomas J. Nimbley
Name: Thomas J. Nimbley
Title: Chief Executive Officer

18

PBF LOGISTICS LP

By:    PBF Logistics GP LLC
       *its general partner*

By:    /s/ Matthew Lucey
Name:  Matthew Lucey
Title: Executive Vice President

PBF LOGISTICS GP LLC

By:    /s/ Matthew Lucey
Name:  Matthew Lucey
Title: Executive Vice President

19

# EXHIBIT J

Exhibit (c)(8)



**INTREPID**

# PRESENTATION TO THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF PBF LOGISTICS GP LLC

**July 26, 2022**

### CONFIDENTIAL



CONFIDENTIAL

## Table of Contents

| I. | Transaction Summary | 2 |
| II. | PBFX Valuation | 6 |
| III. | PBF Valuation | 19 |
| IV. | Appendix | 31 |
| | Tab A: PBFX Valuation Analysis Support | 32 |
| | Tab B: PBF Valuation Analysis Support | 37 |

INTREPID | 1

# I. TRANSACTION SUMMARY



Pbf Logistics Lp / SC 13E3 / EX-99.(C)(8) / August 29, 2022          PDF page 3          Powered by BamSEC.com

CONFIDENTIAL

## Summary of Transaction

| Key Parties Involved | • PBF Energy Inc. (NYSE: PBF) ("PBF" or "Parent"), an independent refining company with assets in the East Coast, West Coast, Gulf Coast and Mid-Continent<br>• PBF Logistics LP (NYSE: PBFX) ("PBFX" or "Partnership"), an MLP focused on crude oil and refined products transportation, storage and logistics; PBF owns PBFX's general partner and accounts for a substantial majority of PBFX's revenue<br>• PBF Logistics GP LLC ("General Partner"), the general partner of PBFX<br>• Conflicts Committee ("Committee") of the Board of Directors of General Partner<br>• Owners of PBFX Common Units other than PBF and its direct and indirect subsidiaries (such unitholders the "Partnership Unaffiliated Unitholders")[1] |
|---|---|
| Transaction | • PBF Energy Company LLC ("PBF LLC"), a subsidiary of PBF, to acquire all outstanding PBFX Common Units owned by the Partnership Unaffiliated Unitholders through a newly formed subsidiary ("Transaction")<br>  – Transaction would be effected through an Agreement and Plan of Merger ("Merger Agreement")<br>  – Each Common Unit held by the Partnership Unaffiliated Unitholders will be converted into the right to receive the Merger Consideration<br>• Pro forma the Transaction, PBFX will cease to be a publicly traded partnership and will continue to exist as a wholly-owned subsidiary of PBF LLC |
| Merger Consideration | • 0.270 ("Exchange Ratio") shares of PBF Common Stock ("Stock Consideration"), <u>and</u><br>• $9.25 in cash ("Cash Consideration") |
| Sources of Funds | • Newly issued shares of PBF Common Stock for the Stock Consideration<br>• Existing sources of PBF liquidity for the Cash Consideration<br>  – Consolidated balance sheet cash as of 6/30/22E: $867mm<br>  – ABL Revolving Credit Facilities: $4.3bn undrawn capacity; credit ratings: Ba3/BB-<br>• No financing condition |
| Approvals and Support Agreement | • Requires approval of the (i) Committee, (ii) General Partner Board of Directors, (iii) PBF Board of Directors, and (iv) majority of outstanding PBFX Common Units voting as a single class<br>• PBF is the beneficial owner of approximately 47.7% of outstanding PBFX Common Units and will enter into a support agreement ("Support Agreement") with PBFX to vote its Common Units in favor of the Transaction |
| Other | • PBFX will continue to pay quarterly distributions in normal course until closing ($0.30/unit) |

Note: Market data as of July 25, 2022. Balance sheet data as of March 31, 2022.
(1)     "Partnership Unaffiliated Unitholders" means holders of Common Units other than PBF, PBF Energy Company LLC, PBFX, HoldCo, General Partner, or their respective affiliates.
Source: Draft Merger Agreement dated July 24, 2022, Management, FactSet, public disclosure.

 INTREPID | 3

CONFIDENTIAL

# Status Quo Capitalization Overview

## Selected Assumptions & Definitions

1. PBFX capitalization does not ascribe value to PBFX's non-economic GP interest held by PBF

2. PBF's non-controlling interest in PBFX represents the market value of the unaffiliated PBFX units owned by the public based on PBFX unit price as of the unaffected date June 23, 2022 ($13.35)

3. Other noncontrolling interests reflect PBF Energy Inc.'s noncontrolling interest in PBF Holding. PBF Holding owns an 80% interest in both Collins Pipeline Company and T&M Terminal Company

**PBFX Metrics**

- "EBITDA" refers to "Adjusted EBITDA" as defined in PBFX's financial reporting

**PBF Metrics**

- Consolidated "EBITDA" refers to consolidated "Adjusted EBITDA" as defined in PBF's financial reporting

- "CFPS" refers to consolidated cash flow from operations per share

## PBFX and PBF Capitalization as of March 31, 2022 and June 30, 2022

### PBFX

| | 3/31/2022[1] | 6/30/2022[2] |
|---|---|---|
| Common Units (PBF) (mm) | 30.0 | 30.0 |
| Common Units (Public) (mm) | 32.6 | 32.8 |
| **Total Common Units Outstanding (mm)** | **62.6** | **62.7** |
| (x) PBFX Unit Price (as of 7/25/22) | $16.38 | $16.38 |
| **LP Equity Value** | **$1,025** | **$1,028** |
| Revolving Credit Facility | $75 | $30 |
| 2023 Notes | 525 | 525 |
| **Total Debt** | **$600** | **$555** |
| (-) Cash | (53) | (31) |
| **Net Debt** | **$547** | **$524** |
| 1 **TEV** | **$1,572** | **$1,552** |

| | Metric[3] | | |
|---|---|---|---|
| TEV / 2022E EBITDA | $214 | 7.3x | 7.3x |
| TEV / 2023E EBITDA | $218 | 7.2x | 7.1x |
| Net Debt / 2022E EBITDA | $214 | 2.6x | 2.5x |
| 2022E DCF Yield | $2.60 | 16% | 16% |
| 2023E DCF Yield | $2.52 | 15% | 15% |
| 2022E Distr. Yield | $1.20 | 7% | 7% |
| 2023E Distr. Yield | $1.20 | 7% | 7% |

### PBF

| | 3/31/2022[1] | 6/30/2022[2] |
|---|---|---|
| Common Shares Outstanding | 120.8 | 121.9 |
| (x) PBF Share Price (as of 7/25/22) | $29.14 | $29.14 |
| **Market Capitalization** | **$3,521** | **$3,553** |
| PBF Series A Units Market Value | $27 | $27 |
| **Market Capitalization** | **$3,548** | **$3,579** |
| PBF Debt | $3,767 | $1,522 |
| PBFX Debt | 600 | 555 |
| **Total Consolidated Debt** | **$4,367** | **$2,077** |
| (-) Consolidated Cash | ($1,435) | ($867) |
| 2 (+) PBFX Equity Value (Public | at Market) | 436 | 438 |
| 3 (+) Other Noncontrolling Interests | 11 | 11 |
| **Fully Consolidated TEV** | **$6,927** | **$5,239** |

| | Metric[3] | | |
|---|---|---|---|
| Consolidated TEV / '22E EBITDA | $4,073 | 1.7x | 1.3x |
| Consolidated TEV / '23E EBITDA | $2,103 | 3.3x | 2.5x |
| Consol. Net Debt / '22E EBITDA | $4,073 | 0.7x | 0.3x |
| 2022E CFPS Yield | $24.22 | 83% | 83% |
| 2023E CFPS Yield | $8.97 | 31% | 31% |



Note: Market data as of July 25, 2022.
(1) Reflects reported balance sheet data as of March 31, 2022 pro forma for redemption of PBF 9.25% Senior Secured Notes due 2025 on July 11, 2022.
(2) Reflects Management's estimated balance sheet data as of June 30, 2022 pro forma for redemption of PBF 9.25% Senior Secured Notes due 2025 on July 11, 2022.
(3) Based on Management projections.
Source: Company disclosure, FactSet, Management projections.

INTREPID    4

CONFIDENTIAL

# Comparison of the Offer to Precedent Transactions Premiums

| Trading Metrics and Implied Offer Value (PBFX Unaffected / PBF Current) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reference Metric: | T-1 | 10-Day VWAP | 20-Day VWAP | 30-Day VWAP | 60-Day VWAP | 90-Day VWAP | 52-Wk High | 52-Wk Low |
| PBFX Unit Price: | $13.35 | $14.61 | $15.91 | $15.69 | $15.45 | $14.83 | $17.49 | $10.83 |
| PBF Share Price: | $29.14 | $27.21 | $28.74 | $31.65 | $32.50 | $29.95 | $43.74 | $7.44 |
| Stock Consideration[1]: | $7.87 | $7.35 | $7.76 | $8.55 | $8.77 | $8.09 | $11.81 | $2.01 |
| Total Consideration[2]: | $17.12 | $16.60 | $17.01 | $17.80 | $18.02 | $17.34 | $21.06 | $11.26 |
| Implied Premium: | 28.2% | 13.6% | 6.9% | 13.4% | 16.7% | 16.9% | 20.4% | 4.0% |

Offer Implied Premium/(Discount) vs. MLP Buy-In Precedent Transaction Premiums



Legend: Precedents (High-Low Range) — Precedents (Mean) ● Precedents (Median) ◆ Offer (Unaffected) ◆ Offer (Current)[3]

"Unaffected Date" reflects the date one day prior to PBF Energy filing an amended Schedule 13D, on June 24, 2022, indicating that it had adopted resolutions authorizing its officers to communicate, discuss and negotiate terms of a potential transaction involving the acquisition by PBF of the publicly owned PBFX common units

Note: Market data as of July 25, 2022.
(1)  Based on 0.270 of newly issued PBF Common Stock.
(2)  Based on 0.270 of newly issued PBF Common Stock and $9.25 of cash consideration.
(3)  Calculated assuming current PBF share price of $29.14 and current PBFX unit price of $16.38.
Source: Company disclosure, Wall Street research, FactSet.

 INTREPID    5

# II. PBFX VALUATION

INTREPID | CONFIDENTIAL | 6



CONFIDENTIAL

## Intrepid's Due Diligence Process

> **Fairness Opinion Requested: Intrepid has been asked by the Conflicts Committee of the Board of Directors of PBF Logistics GP LLC, whether, in Intrepid's opinion, as of the date hereof, the Merger Consideration in the Transaction is fair, from a financial point of view, to the Partnership Unaffiliated Unitholders.**

**In connection with our Opinion, we have, among other due diligence:**

i.   Reviewed a draft of the Merger Agreement (draft dated July 24, 2022);

ii.  Reviewed a draft of the Voting and Support Agreement (draft dated July 22, 2022) to be entered into among Parent, PBF LLC and the Partnership;

iii. Reviewed the Third Amended and Restated Agreement of Limited Partnership of the Partnership, dated as of February 13, 2019;

iv.  Reviewed certain publicly available information relating to the Partnership and the Parent that we deemed relevant, including each of the Partnership's and the Parent's Annual Report on Form 10-K for the fiscal year ended December 31, 2021, Quarterly Reports on Form 10-Q for the three months ended March 31, 2022 and certain Current Reports on Form 8-K, in each case as filed with or furnished to the U.S. Securities and Exchange Commission;

v.   Reviewed certain presentations to the Committee from the management of the General Partner and Parent;

vi.  Reviewed certain non-public projected financial data and related assumptions of each of the Partnership and the Parent, as prepared and furnished to us by management of the General Partner and Parent, respectively;

vii. Reviewed the Partnership's and the Parent's business plan with management of the General Partner and Parent, respectively, including a detailed review of business segments, certain material growth projects and commercial contracts and legal, environmental, regulatory and other matters;

viii. Reviewed estimated annual synergies resulting from the Transaction from the management of the General Partner and Parent;

ix.  Reviewed certain recent corporate announcements made by the Partnership and the Parent;

x.   Discussed past and current operations and operational projections of each of the Partnership and the Parent with management of the General Partner and Parent, respectively (including their views on the risks and uncertainties in achieving the projections set forth in the forecasts provided);

xi.  Discussed distribution / dividend policy for the Partnership and Parent with the management of the General Partner and Parent;

xii. Discussed the strategic rationale for, and potential benefits of, the Transaction with management of the General Partner and Parent;

xiii. Reviewed and analyzed pro forma impacts of the Transaction;

xiv. Performed discounted cash flow analyses based on forecasts and other data provided by management of the General Partner and Parent;

xv.  Reviewed and analyzed publicly available historical and current financial information, debt trading data, unit and stock price data and broker research estimates with respect to certain public companies with operations and assets that we considered comparable to each of the Partnership and the Parent;

xvi. Reviewed the financial metrics of certain historical transactions that we deemed relevant and compared such financial metrics to those implied by the Transaction; and

xvii. Conducted such other studies and investigations, performed such other analyses and examinations, reviewed such other information and considered such other factors that we deemed appropriate for purposes of providing the opinion expressed herein.

   7



CONFIDENTIAL

## PBFX | Status Quo Financial Summary

*Based on forecasts provided by Management on July 18, 2022*

| ($ in millions, except where noted) | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|
| EBITDA | $212 | $215 | $222 | $226 | $177 | $173 |
| (+) Stock Based Comp | 2 | 2 | 2 | 2 | 2 | 2 |
| **Adjusted EBITDA** | **$214** | **$218** | **$225** | **$228** | **$179** | **$175** |
| (-) Cash Interest | (39) | (40)[1] | (39) | (39) | (38) | (38) |
| (-) Maintenance Capex | (9) | (12) | (12) | (12) | (13) | (13) |
| (-) Mandatory Debt Service and Other | (0) | (5) | (5) | (5) | (5) | (5) |
| **Distributable Cash Flow** | **$166** | **$161** | **$168** | **$172** | **$123** | **$119** |
| (÷) Fully Diluted Units Outstanding (mm) | 63.7 | 63.9 | 64.1 | 64.2 | 64.4 | 64.6 |
| **DCF / LP Unit ($)** | **$2.60** | **$2.52** | **$2.62** | **$2.68** | **$1.91** | **$1.84** |
| Coverage (x) | 2.17x | 2.10x | 2.19x | 2.23x | 1.59x | 1.54x |
| Cash Distribution per Common Unit | $1.20 | $1.20 | $1.20 | $1.20 | $1.20 | $1.20 |
| **Total Distributions Paid** | **$76** | **$77** | **$77** | **$77** | **$77** | **$78** |
| **Leverage Metrics** | | | | | | |
| PBFX Net Debt | $510 | $428 | $332 | $232 | $181 | $134 |
| PBFX Net Debt / LTM Adj. EBITDA | 2.4x | 2.0x | 1.5x | 1.0x | 1.0x | 0.8x |

(1)   *Excludes ~$7.9mm financing fees.*
*Source: Management projections.*

 | 8

CONFIDENTIAL

## PBFX Financial Forecast Summary



| Management | Consensus |

Note: Market data as of July 25, 2022.
(1)   Reflects Adjusted EBITDA as reported in PBFX's 2021 year-end results
(2)   Includes maintenance capex and growth capex.
Source: FactSet, Management projections, Company disclosure.

INTREPID | 9



CONFIDENTIAL

## PBFX | Summary of Valuation Methodologies Used

| Methodology | Description / Key Metrics |
|---|---|
| **Comparable Public Company Trading Analysis** | ▪ Valuation based on trading metrics of selected peers:<br>  – Liquids Transportation and Storage Peers: DKL, HEP, MMP, NS and PAA<br>  – Other Small Cap MLP Peers: CAPL, GEL, GLP, MMLP and USDP<br>▪ Metrics included: (i) TEV/EBITDA, (ii) LP Distributable Cash Flow Yield and (iii) LP Distribution Yield<br>  – Evaluated on a 2022E and 2023E basis |
| **Discounted Cash Flow Analysis** | ▪ Valuation based on the present value of future cash flows expected to be generated by PBFX and an assumed terminal value (calculated by applying a range of terminal multiples to terminal year EBITDA)<br>  – Evaluated on an unlevered FCF basis<br>  – Ranges of terminal multiples based on public companies operating with similar asset profiles<br>  – Discount rate range reflective of PBFX's weighted average cost of capital ("WACC")<br>    o PBFX WACC implied by CAPM and an analysis of public companies operating with similar asset profiles |
| **Distribution Discount Model ("DDM")** | ▪ Valuation based on the present value of future expected distributions paid by PBFX and an assumed terminal value (calculated by applying a range of perpetuity growth rates to terminal year distribution)<br>  – Ranges of perpetuity growth rates based on PBFX's cash flow projections and public companies operating with similar asset profiles<br>  – Discount rate range reflective of PBFX's cost of equity capital ("Ke")<br>    o PBFX Ke implied by CAPM and an analysis of public companies operating with similar asset profiles |
| **Precedent Transactions** | ▪ Valuation based on metrics for comparable MLP buy-in transactions<br>▪ Metrics include: (i) LP Distributable Cash Flow Yield and (ii) LP Distribution Yield<br>  – Evaluated on a FY+1 basis |
| **Precedent Premiums Paid** | ▪ Premiums paid analysis based on comparable MLP buy-in transactions |
| **Historical Market Valuations and Wall Street Research** *(For Reference Only)* | ▪ Analyzed historical market trading performance and valuation<br><br>▪ Reviewed research analyst price targets included in equity research from two investment banks |

 INTREPID | 10

CONFIDENTIAL

## PBFX | Illustrative Valuation Analysis



| Methodology | Metrics | Range | Implied Unit Price ($/Unit)[1] |
|---|---|---|---|
| Discounted Cash Flow | PV of Unlevered FCF | WACC: 12.0% – 9.0%<br>Terminal Mult.: 6.5x – 8.0x | $14.03 – $19.07 |
| Distribution Discount Model | PV of LP DPU | Ke: 15.00% – 10.00%<br>Perp. Growth: (1.0%) – 1.0% | $8.29 – $13.49 |
| Trading Comparables | Range of Metrics | Refer to Trading Comparables Valuation Analysis[2] | $11.66 – $16.43 |
| Precedent Transactions | Range of Metrics | Refer to Precedent Transactions Valuation Analysis[2] | $16.73 – $21.16 |
| Precedent Premiums Paid | 30-Day Unaffected VWAP: $15.69 | 5.0% – 15.0% | $16.48 – $18.05 |
| **For Reference Only** Wall Street Research | Unit Price Target Range[3]<br>(Low – High) | | $16.00 – $16.50 |
| Unaffected 52-Week Trading Range | Unaffected 52-Week Trading Range<br>(Low – High) | | $10.83 – $17.49 |

Offer at Current PBF Share Price: $17.12
Offer at PBF 30-Day VWAP: $17.80

Note: Market data as of July 25, 2022.
(1)   Unit offer price based on 9.276x PBF shares, plus $9.25 cash.
(2)   Reflects average low and average high implied unit price.
(3)   Forward target price.
Source: Public disclosure, Wall Street research, FactSet, Management projections.

INTREPID | 11



CONFIDENTIAL

## PBFX Illustrative "Has / Gets" Analysis



| Methodology | PBF Illustrative Value per Share[1] | PBFX Illustrative Value per Unit (PBFX "Has") | Implied Value per PBFX Unit — 0.270x Exchange Ratio + $9.25 Cash per Unit (PBFX "Gets") |
|---|---|---|---|
| Trading Comparables (Management) | $43.79 — $71.74 | $11.66 — $16.43 | $21.07 — $28.62 |
| Trading Comparables (PBF Consensus, PBFX Management) | $32.82 — $55.33 | $11.66 — $16.43 | $18.12 — $24.19 |
| Precedent Transactions[1] | $43.79 — $71.74 | $16.73 — $21.16 | $21.07 — $28.62 |
| Discounted Cash Flow (Management) | $42.12 — $58.79 | $14.03 — $19.07 | $20.62 — $25.12 |
| Discounted Cash Flow (Sensitivity Case) | $28.17 — $40.24 | $14.03 — $19.07 | $16.86 — $20.12 |
| Trading Ranges (Current - 30-Day VWAP)[2] | $29.14 — $31.65 | $13.35 — $15.69 | $17.12 — $17.80 |



Offer at Current PBF Share Price: $17.12    Offer at PBF 30-Day VWAP: $17.80

■ PBF    ■ PBFX "Has"    ■ PBFX "Gets" (PBF x 0.270x Exchange Ratio + $9.25 Cash per Unit)

*Note: Market data as of July 25, 2022.*
*(1)    PBF precedent transactions value range reflects trading comparables (Management) value range.*
*(2)    Reflects current PBF share price as of July 25, 2022 and unaffected PBFX unit price as of June 23, 2022.*
*Source: Public disclosure, Wall Street research, FactSet, Management projections.*

INTREPID | 12

CONFIDENTIAL

# Historical PBFX Price Performance



**1-Year Indexed Price Performance**

| PBFX Historical Trading Metrics | | |
|---|---|---|
| | Unaffected (6/23/22) | Current (7/25/22) |
| VWAP Since 6/23/22 | | $15.68 |
| 10-day VWAP | $14.61 | $16.29 |
| 20-day VWAP | $15.91 | $18.82 |
| 30-day VWAP | $15.69 | $15.41 |
| 60-day VWAP | $15.45 | $15.68 |
| 90-day VWAP | $14.83 | $15.34 |
| 52-Week VWAP | $13.54 | $13.72 |
| 52-Week High | $17.49 | $17.49 |
| 52-Week Low | $10.83 | $10.83 |

Legend: **PBFX** — **Volume** — **Earnings** — **LT&S Peers** [1] — **Other Small Cap MLP Peers** [2]

Note: Market data as of July 25, 2022.
1) Includes DEL, HEP, MMP, NS and PAA.
2) Includes CAPL, GEL, GLP, MMLP and USDP.
Source: FactSet, company disclosure.

INTREPID | 13

CONFIDENTIAL

## PBFX | Wall Street Research Summary

### Price Targets and Ratings

| Broker | Date | Forward Price Target | Rating |
|---|---|---|---|
| Credit Suisse | 7/20/22 | $16.50 | Hold |
| Raymond James | 4/28/22 | 16.00 | Hold |
| **High** | | **$16.50** | **0 Buy** |
| **Mean (2 Brokers)** | | **$16.25** | **2 Hold** |
| **Median (2 Brokers)** | | **$16.25** | **0 Sell** |
| **Low** | | **$16.00** | |

### Ratings Summary



100%

■ Buy   ■ Hold   ■ Sell

*Note: Market data as of July 25, 2022. Price Targets and Ratings reflect select research reports.*
*Source: Wall Street research.*

INTREPID | 14

CONFIDENTIAL

## PBFX | Illustrative Valuation Analysis – Trading Comparables

($mm, unless otherwise noted)



| Methodology | Metrics | Range |
|---|---|---|
| Trading Comparables[2] | 2022E EBITDA: $214 | 7.0x - 8.5x |
| | 2023E EBITDA: $218 | 6.5x - 8.0x |
| | 2022E LP DCF / Unit: $2.60 | 25.0% - 15.0% |
| | 2023E LP DCF / Unit: $2.52 | 27.5% - 17.5% |
| | 2022E DPU: $1.20 | 11.0% - 8.5% |
| | 2023E DPU: $1.20 | 11.5% - 9.0% |
| | Reference Range[3] | |

Note: Market data as of July 28, 2022.
(1)   Unit offer price based on 0.270x PBF shares, plus $9.25 cash.
(2)   Based on $547mm of net debt and 62.6mm units outstanding as of March 31, 2022.
(3)   Reflects average low and average high implied unit price.
Source: Public disclosure, Wall Street research, FactSet, Management projections.

INTREPID | 15

CONFIDENTIAL

# PBFX | Comparable Company Trading Analysis

*($in, except per share data)*

| Company | Unit Price | Market Cap | TEV | TEV/EBITDA 2022E | TEV/EBITDA 2023E | LP DCF Yield 2022E | LP DCF Yield 2023E | Distribution Yield LQA | Distribution Yield 2022E | Distribution Yield 2023E | LP Dist. Coverage 2022E | LP Dist. Coverage 2023E | Lev. ('22E EBITDA) Debt | Lev. ('22E EBITDA) Adj. Debt[1] | '22E - '23E CAGR EBITDA | '22E - '23E CAGR DCF | '22E - '23E CAGR Distr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LT&S Peers** | | | | | | | | | | | | | | | | | |
| Plains All American | $10.83 | $7.6 | $19.1 | 8.4x | 8.6x | 17.2% | 21.8% | 8.0% | 8.0% | 8.3% | 2.1x | 2.6x | 3.9x | 4.5x | (1%) | 25% | 3% |
| Magellan Midstream Partners | 49.93 | 10.6 | 15.5 | 10.9x | 10.6x | 10.4% | 11.2% | 8.3% | 8.3% | 8.4% | 1.3x | 1.3x | 3.5x | 3.5x | 4% | 5% | 1% |
| NuStar Energy | 14.86 | 1.6 | 6.1 | 8.5x | 8.3x | 21.6% | 21.4% | 10.8% | 10.8% | 10.8% | 2.0x | 2.0x | 4.3x | 5.3x | 3% | (1%) | -- |
| Holly Energy Partners | 17.31 | 2.2 | 3.8 | 9.4x | 9.1x | 13.4% | 14.2% | 8.1% | 8.1% | 9.0% | 1.7x | 1.6x | 4.2x | 4.1x | 7% | 6% | 11% |
| Delek Logistics Partners | 48.55 | 2.1 | 3.6 | 10.3x | 8.6x | 10.9% | 13.4% | 8.1% | 8.2% | 8.2% | 1.3x | 1.6x | 4.8x | 4.3x | 32% | 24% | 1% |
| **Other Small Cap MLP Peers** | | | | | | | | | | | | | | | | | |
| Genesis Energy | $8.33 | $1.0 | $5.5 | 8.7x | 8.0x | 21.7% | 25.4% | 7.2% | 7.2% | 7.2% | 3.0x | 3.5x | 5.3x | 6.0x | 9% | 17% | -- |
| Global Partners | 26.00 | 0.9 | 2.4 | 8.6x | 8.8x | 13.3% | 12.5% | 9.4% | 9.5% | 9.5% | 1.7x | 1.5x | 4.8x | 5.1x | (3%) | (12%) | 2% |
| CrossAmerica Partners | 21.38 | 0.8 | 1.6 | 10.6x | 10.0x | 14.2% | 14.5% | 9.8% | 9.8% | 9.8% | 1.4x | 1.5x | 5.2x | 5.2x | 4% | 2% | -- |
| Martin Midstream Partners | 4.18 | 0.2 | 0.7 | 4.8x | 5.4x | 35.8% | 28.3% | 0.5% | 0.5% | 0.5% | 74.8x | 59.1x | 3.6x | 3.6x | (11%) | (21%) | -- |
| USD Partners | 5.45 | 0.2 | 0.4 | 7.7x | 5.3x | 24.3% | 38.1% | 9.1% | 9.1% | 11.1% | 2.7x | 3.4x | 4.6x | 5.4x | 46% | 57% | 22% |
| **Mean - All (10 Companies)** | | | | 8.8x | 8.5x | 18.5% | 20.0% | 7.9% | 7.9% | 8.3% | 9.2x | 7.8x | 4.4x | 4.6x | 9% | 10% | 4% |
| **Median - All (10 Companies)** | | | | 8.7x | 8.5x | 15.7% | 17.9% | 8.2% | 8.2% | 8.7% | 1.9x | 1.8x | 4.4x | 4.5x | 4% | 5% | 2% |
| **Mean - LT&S (5 Companies)** | | | | 9.5x | 9.0x | 14.7% | 16.4% | 8.7% | 8.7% | 8.9% | 1.7x | 1.8x | 4.1x | 4.3x | 9% | 12% | 3% |
| **Median - LT&S (5 Companies)** | | | | 9.4x | 8.6x | 13.4% | 14.2% | 8.1% | 8.2% | 8.4% | 1.7x | 1.6x | 4.2x | 4.3x | 4% | 6% | 1% |
| **Mean - Small Cap MLPs (5 Companies)** | | | | 8.0x | 7.5x | 21.9% | 23.7% | 7.2% | 7.2% | 7.6% | 16.7x | 13.8x | 4.7x | 4.9x | 9% | 9% | 5% |
| **Median - Small Cap MLPs (5 Companies)** | | | | 8.6x | 8.0x | 21.7% | 25.4% | 9.1% | 9.1% | 9.5% | 2.7x | 3.4x | 4.8x | 5.1x | 4% | 2% | -- |
| **PBFX - Consensus (6/23/22)** | $13.35 | $0.8 | $1.4 | 6.3x | 6.6x | 21.3% | 21.8% | 9.0% | 9.0% | 9.0% | 2.4x | 2.4x | 2.6x | 2.6x | 2% | 3% | -- |
| **PBFX - Consensus (7/25/22)** | $16.38 | $1.0 | $1.6 | 7.1x | 7.0x | 17.5% | 17.8% | 7.3% | 7.3% | 7.3% | 2.4x | 2.4x | 2.6x | 2.6x | 2% | 3% | -- |
| **PBFX - Management (6/23/22)** | $13.35 | $0.8 | $1.4 | 6.4x | 6.3x | 19.6% | 18.0% | 9.0% | 9.0% | 9.0% | 2.2x | 2.1x | 2.4x | 2.4x | 2% | (5%) | -- |
| **PBFX - Management (7/25/22)** | $16.38 | $1.0 | $1.6 | 7.3x | 7.1x | 16.0% | 14.7% | 7.3% | 7.3% | 7.3% | 2.2x | 2.1x | 2.4x | 2.4x | 2% | (5%) | -- |

*Note: Market data as of July 25, 2022. Peers sorted by TEV. PBFX consensus metrics reflect balance sheet data as of March 31, 2022; PBFX Management metrics reflect balance sheet data as of June 30, 2022.*
*(1)    Adjusted debt reflects 50% debt treatment for preferred equity.*
*Source: FactSet, Public disclosure, Wall Street research, Management projections.*

 INTREPID    16

CONFIDENTIAL

## PBFX | Discounted Cash Flow Analysis – Unlevered Free Cash Flow

| ($ in millions, unless noted) | 2H 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | Terminal |
|---|---|---|---|---|---|---|---|
| EBITDA | $105 | $218 | $225 | $228 | $179 | $175 | $175 |
| (-) Maintenance CapEx | (7) | (12) | (12) | (12) | (13) | (13) | (13) |
| (-) Growth CapEx | (5) | | | | | | |
| (+/-) Change in Working Capital | (1) | -- | -- | -- | -- | -- | -- |
| Unlevered Free Cash Flow ("FCF") | $92 | $206 | $212 | $216 | $167 | $162 | $162 |

| | |
|---|---|
| **PV of FCF (10.50% WACC)** | **$820** |
| Terminal EBITDA | $175 |
| (x) Terminal Multiple | 7.3x |
| Terminal Value (Undiscounted) | $1,271 |
| **PV of Terminal Value (10.50% WACC)** | **$733** |
| *Memo: % of Total TEV* | 47.2% |
| *Memo: Implied Perpetuity Growth Rate* | (2.6%) |
| **Implied TEV** | **$1,554** |
| (-) Debt | (555)[1] |
| (+) Cash | 31 [1] |
| **Implied Equity Value** | **$1,029** |
| (/) Total Units Outstanding | 62.7 |
| **Implied Share Price** | **$16.41** |

### Sensitivity Analysis

| | PV of FCF | PV of Terminal Value | | | | | Implied TEV | | | | | Implied Unit Price | | | | | Implied Perpetuity Growth Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Terminal Multiple | | | | | | | | | | | | | | |
| | | 6.5x | 6.9x | 7.3x | 7.6x | 8.0x | 6.5x | 6.9x | 7.3x | 7.6x | 8.0x | 6.5x | 6.9x | 7.3x | 7.6x | 8.0x | 6.5x | 6.9x | 7.3x | 7.6x | 8.0x |
| **WACC 12.00%** | 794 | $610 | $646 | $681 | $716 | $751 | $1,405 | $1,440 | $1,475 | $1,510 | $1,545 | $14.03 | $14.59 | $15.15 | $15.72 | $16.28 | (2.7%) | (2.0%) | (1.3%) | (0.8%) | (0.2%) |
| **11.25%** | 807 | 633 | 670 | 706 | 743 | 779 | 1,440 | 1,477 | 1,514 | 1,550 | 1,587 | 14.60 | 15.19 | 15.77 | 16.35 | 16.93 | (3.3%) | (2.6%) | (2.0%) | (1.4%) | (0.9%) |
| **10.50%** | 820 | 657 | 695 | 733 | 771 | 809 | 1,478 | 1,516 | 1,554 | 1,591 | 1,629 | 15.20 | 15.80 | 16.41 | 17.01 | 17.62 | (3.9%) | (3.2%) | (2.6%) | (2.0%) | (1.5%) |
| **9.75%** | 834 | 682 | 722 | 761 | 801 | 840 | 1,516 | 1,556 | 1,595 | 1,635 | 1,674 | 15.82 | 16.44 | 17.07 | 17.70 | 18.33 | (4.5%) | (3.8%) | (3.2%) | (2.6%) | (2.1%) |
| **9.00%** | 848 | 709 | 750 | 791 | 831 | 872 | 1,557 | 1,598 | 1,639 | 1,679 | 1,720 | 16.46 | 17.11 | 17.76 | 18.41 | 19.07 | (5.1%) | (4.5%) | (3.8%) | (3.3%) | (2.8%) |

*Note: Discounted cash flow analysis based on cash flows discounted to June 30, 2022.*
*(1)    Balance sheet data as of June 30, 2022 per Management estimates.*
*Source: Management projections.*

 INTREPID | 17

CONFIDENTIAL

## PBFX | Discounted Cash Flow Analysis – Distribution Discount Model

*($ in millions, unless noted)*

| | 2H 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | Terminal |
|---|---|---|---|---|---|---|---|
| Total Distributable Cash Flow | $80 | $161 | $168 | $172 | $123 | $119 | |
| (÷) Units Outstanding (mm) | 63.7 | 63.9 | 64.1 | 64.2 | 64.4 | 64.6 | |
| DCF / Unit ("DCFPU") | $1.26 | $2.52 | $2.62 | $2.68 | $1.91 | $1.84 | |
| LP Distribution / Unit ("DPU") | $0.60 | $1.20 | $1.20 | $1.20 | $1.20 | $1.20 | $1.20 |
| *Memo: Implied Coverage* | *2.10x* | *2.10x* | *2.19x* | *2.23x* | *1.59x* | *1.54x* | |

| | |
|---|---|
| PV of LP DPU (12.5% Ke) | $4.85 |
| Terminal LP DPU | $1.20 |
| (/) Implied Terminal Yield | 11.8% |
| Terminal Value (Undiscounted) | $9.60 |
| *Memo: Perpetuity Growth Rate* | *0.0%* |
| PV of Terminal Value (12.5% Ke) | $5.33 |
| *Memo: % of Total* | *52.3%* |
| Implied Unit Price | $10.18 |

### Sensitivity Analysis

| | PV of DPU | PV of Terminal Value | | | | | Implied Unit Price | | | | | Implied Terminal DPU Yield | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Perpetuity Growth Rate | | | | | | | | | | | | | | |
| | | (1.0%) | (0.5%) | 0.0% | 0.5% | 1.0% | (1.0%) | (0.5%) | 0.0% | 0.5% | 1.0% | (1.0%) | (0.5%) | 0.0% | 0.5% | 1.0% |
| **15.00%** | $4.60 | $3.69 | $3.83 | $3.98 | $4.13 | $4.30 | $8.29 | $8.43 | $8.58 | $8.73 | $8.90 | 15.1% | 14.5% | 14.0% | 13.5% | 12.9% |
| **13.75%** | 4.72 | 4.23 | 4.40 | 4.58 | 4.78 | 4.99 | 8.95 | 9.12 | 9.31 | 9.50 | 9.71 | 14.0% | 13.4% | 12.9% | 12.4% | 11.8% |
| **12.50%** | 4.85 | 4.88 | 5.10 | 5.33 | 5.58 | 5.85 | 9.74 | 9.95 | 10.18 | 10.43 | 10.70 | 12.9% | 12.3% | 11.8% | 11.3% | 10.7% |
| **11.25%** | 4.99 | 5.69 | 5.96 | 6.26 | 6.58 | 6.94 | 10.68 | 10.95 | 11.25 | 11.57 | 11.93 | 11.7% | 11.2% | 10.7% | 10.1% | 9.6% |
| **10.00%** | 5.13 | 6.70 | 7.06 | 7.45 | 7.88 | 8.36 | 11.84 | 12.19 | 12.58 | 13.01 | 13.49 | 10.6% | 10.1% | 9.5% | 9.0% | 8.5% |

(Row label: **Cost of Equity**)

*Note: Discounted cash flow analysis based on distributions discounted to June 30, 2022.*
*Source: Management projections.*

 INTREPID | 18

# III. PBF Valuation



INTREPID | CONFIDENTIAL | 19



CONFIDENTIAL

## PBF | Status Quo Consolidated Financial Summary

*Based on forecasts provided by Management on July 18, 2022*

| ($ in millions, except where noted) | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|
| Consolidated EBITDA | $3,988 | $2,073 | $2,151 | $2,048 | $1,902 | $1,803 |
| (+) PBF Stock Based Comp | 28 | 28 | 28 | 28 | 28 | 28 |
| (+) PBFX Stock Based Comp | 2 | 2 | 2 | 2 | 2 | 2 |
| (+) Other [1] | 55 | -- | -- | -- | -- | -- |
| **Consolidated Adjusted EBITDA** | **$4,073** | **$2,103** | **$2,182** | **$2,078** | **$1,932** | **$1,833** |
| (-) Interest Expense | (288) | (167) | (158) | (168) | (158) | (157) |
| *Memo: Income Taxes* | *(765)* | *(383)* | *(406)* | *(376)* | *(339)* | *(313)* |
| *Memo: Deferred Taxes* | *710* | *207* | *23* | *3* | *(25)* | *(41)* |
| (-) Cash Taxes | (55) | (176) | (384) | (373) | (364) | (353) |
| (-) MRC Earnout | -- | (100) | (100) | -- | -- | -- |
| (+/-) Changes in Working Capital | (659) | (507) | -- | -- | -- | -- |
| (-) Change in TRA Liability | -- | -- | (60) | (158) | (14) | (13) |
| (+/-) Other | (24) | -- | -- | -- | -- | -- |
| **Consolidated Operating Cash Flow** | **$3,047** | **$1,153** | **$1,480** | **$1,380** | **$1,396** | **$1,310** |
| **Consolidated Operating CFPS** | **$24.22** | **$8.97** | **$11.37** | **$10.47** | **$10.47** | **$9.71** |
| *Memo: Fully Diluted Shares Outstanding* | *126* | *129* | *130* | *132* | *133* | *135* |
| **Leverage Metrics** | | | | | | |
| Consolidated Net Debt | $534 | $33 | ($794) | ($1,520) | ($2,262) | ($2,918) |
| Consolidated Net Debt / LTM EBITDA | 0.1x | 0.0x | (0.4x) | (0.7x) | (1.2x) | (1.6x) |

(1)   Includes change in fair value of contingent consideration, change in fair value of catalyst obligations, and other items.
Source: Management projections.

 INTREPID | 20





Comparison of Management vs. Consensus Estimates | PBF EBITDA

Note: Market data as of July 25, 2022.
(1)   Reflects adjusted EBITDA as reported in PBF's 2021 year-end results.
Source: FactSet, company disclosure, Management projections.

INTREPID | 21

CONFIDENTIAL

## PBF Financial Forecast Sensitivity Case

- At the direction of the Committee, Management provided an alternative financial forecast on July 22, 2022 (the "Sensitivity Case")

- The Sensitivity Case was based on alternative forecast assumptions for refining margins within each of PBF's refining regions, as requested by the Committee on July 19, 2022

- The Sensitivity Case does not reflect any other adjustments or changes in Management's views





Note: Market data as of July 25, 2022.
(1) Reflects gross refining margin, excluding special items, per barrel of throughput as reported in PBF's 2021 year-end results.
(2) Reflects adjusted EBITDA as reported in PBF's 2021 year-end results.
Source: Bloomberg, PlatiLot, company disclosure, Management projections.

INTREPID | 22

CONFIDENTIAL

## PBF | Summary of Valuation Methodologies Used

| Methodology | Description / Key Metrics |
|---|---|
| **Comparable Public Company Trading Analysis** | ▪ Valuation based on trading metrics of selected Refining peers: CVI, DK, DINO, MPC, PARR, PSX and VLO<br>▪ Metrics included: (i) TEV/EBITDA and (ii) Operating Cash Flow Yield<br>   – Evaluated on a 2022E and 2023E basis<br>   – Evaluated based on Management projections and consensus estimates |
| **Discounted Cash Flow Analysis** | ▪ Valuation based on the present value of future cash flows expected to be generated by PBF and an assumed terminal value (calculated by applying a range of perpetuity growth rates to terminal year free cash flow)<br>   – Evaluated on an unlevered FCF basis<br>   – Evaluated based on Management projections and Sensitivity Case projections<br>   – Ranges of perpetuity growth rates based on PBF's cash flow projections and public companies operating with similar asset profiles<br>   – Discount rate range reflective of PBF's weighted average cost of capital ("WACC")<br>      o PBF WACC implied by CAPM and an analysis of public companies operating with similar asset profiles |
| **Historical Market Valuations and Wall Street Research *(For Reference Only)*** | ▪ Analyzed historical market trading performance and valuation<br>▪ Reviewed research analyst price targets included in equity research from 16 investment banks |

 INTREPID | 23

## PBF | Illustrative Valuation Analysis

CONFIDENTIAL



Note: Market data as of July 28, 2022.
(1) Reflects average low and average high implied share price.
(2) Forward target price.
Source: Public disclosure, Wall Street research, FactSet, Management projections.

**INTREPID** | 24

CONFIDENTIAL

# Historical PBF Price Performance



**1-Year Indexed Price Performance**

| PBF Historical Trading Metrics | | |
|---|---|---|
| | Unaffected (6/23/22) | Current 7/25/22 |
| VWAP Since 6/23/22 | | $28.97 |
| 10-day VWAP | $36.28 | $27.21 |
| 20-day VWAP | $36.89 | $28.74 |
| 30-day VWAP | $35.34 | $31.65 |
| 60-day VWAP | $31.48 | $32.50 |
| 90-day VWAP | $27.64 | $29.95 |
| 52-Week VWAP | $17.73 | $19.01 |
| 52-Week High | $43.74 | $43.74 |
| 52-Week Low | $7.44 | $7.44 |

Legend: **PBF** ▬  **Volume** ▬  **Earnings** ■  **Mid-Cap Refiners**(1) ▬  **Large Cap Refiners**(2) ▬

*Note: Market data as of July 25, 2022.*
1)   *Mid-cap refiners peers include CVI, DK, DINO and PARR.*
2)   *Large cap refiner peers include MPC, PSX and VLO.*
*Source: FactSet, company disclosure.*

**INTREPID** | 25

CONFIDENTIAL

## PBF | Wall Street Research Summary

| Price Targets and Ratings | | | |
|---|---|---|---|
| Broker | Date | Forward Price Target | Rating |
| Barclays | 7/20/22 | $27.00 | Sell |
| Piper Sandler & Co | 7/19/22 | 43.00 | Buy |
| BofA | 7/19/22 | 45.00 | Buy |
| Goldman Sachs | 7/18/22 | 38.00 | Hold |
| Credit Suisse | 7/18/22 | 37.00 | Sell |
| Wolfe Research | 7/18/22 | 25.00 | Sell |
| Wells Fargo | 7/15/22 | 57.00 | Buy |
| Morgan Stanley | 7/15/22 | 36.00 | Hold |
| RBC Capital | 7/15/22 | 32.00 | Hold |
| Scotiabank | 7/14/22 | 35.00 | Hold |
| Raymond James | 7/14/22 | -- | Hold |
| Zacks | 7/12/22 | 33.00 | Buy |
| Cowen | 7/11/22 | 25.00 | Hold |
| Tudor Pickering & Co | 7/7/22 | 30.00 | Hold |
| JP Morgan | 7/6/22 | 39.00 | Hold |
| Mizuho Securities | 6/29/22 | 43.00 | Buy |

| | | |
|---|---|---|
| High | $57.00 | 5 Buy |
| Mean (16 Brokers) | $36.33 | 8 Hold |
| Median (16 Brokers) | $36.00 | 3 Sell |
| Low | $25.00 | |

### Ratings Summary



■ Buy  ■ Hold  ■ Sell

*Note: Market data as of July 25, 2022. Price Targets and Ratings reflect select research reports.*
*Source: Wall Street research.*

 INTREPID | 26

CONFIDENTIAL

## PBF | Illustrative Valuation Analysis – Trading Comparables

($mm, unless otherwise noted)



| Methodology | Metrics | Range | Implied Share Price ($/Share)[1] |
|---|---|---|---|
| Trading Comparables | 2022E Management Consolidated EBITDA: $4,073 | 2.5x - 4.0x | $55.68 — $105.86 |
| | 2023E Management Consolidated EBITDA: $2,103 | 4.0x - 5.5x | $41.44 — $67.06 |
| | 2022E Management CFPS: $24.22 | 50.0% - 35.0% | $48.44 — $69.20 |
| | 2023E Management CFPS: $8.97 | 30.0% - 20.0% | $29.89 — $44.84 |
| | Reference Range[2] | | $48.79 — $71.74 |
| | 2022E Consensus Consolidated EBITDA: $3,073 | 2.5x - 4.0x | $35.35 — $73.22 |
| | 2023E Consensus Consolidated EBITDA: $1,655 | 4.0x - 5.5x | $26.63 — $47.03 |
| | 2022E Consensus CFPS: $20.33 | 50.0% - 35.0% | $40.66 — $58.08 |
| | 2023E Consensus CFPS: $8.60 | 30.0% - 20.0% | $28.66 — $42.99 |
| | Reference Range[2] | | $32.82 — $55.33 |

Current Share Price: $29.14    Current 30d VWAP: $31.65

$--     $50.00     $100.00     $150.00

Note: Market data as of July 25, 2022.
(1)   Based on $2.9bn of net debt, 120.8mm Class A common stock and 0.9mm Series A Units outstanding as of March 31, 2022.
(2)   Reflects average low and average high implied share price.
Source: Public disclosure, Wall Street research, FactSet, Management projections.

INTREPID    27



CONFIDENTIAL

# PBF | Comparable Company Trading Analysis

| ($bn, except per share data) Company | Share Price | Market Cap | Cons. TEV | Cons. TEV/EBITDA 2022E | 2023E | CFPS Yield 2022E | 2023E | Dividend Yield LQA | 2022E | 2023E | Cons. Net Debt / 2022E EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marathon Petroleum | $88.80 | $48.0 | $81.2 | 4.4x | 6.7x | 32.6% | 22.5% | 2.6% | 2.7% | 2.7% | 0.9x |
| Valero Energy | 109.32 | 44.6 | 56.8 | 4.0x | 5.6x | 26.3% | 20.3% | 3.6% | 3.6% | 3.7% | 0.7x |
| Phillips 66 | 87.24 | 42.0 | 53.5 | 4.8x | 6.3x | 21.7% | 15.7% | 4.4% | 4.4% | 4.5% | 1.0x |
| HF Sinclair Corporation | 45.32 | 10.1 | 14.1 | 3.6x | 5.1x | 33.3% | 21.7% | 3.5% | 2.7% | 3.6% | 0.7x |
| CVR Energy | 31.39 | 3.2 | 4.7 | 3.7x | 5.2x | 37.6% | 14.1% | 5.1% | 3.9% | 5.6% | 0.7x |
| Delek | 24.27 | 1.7 | 4.2 | 5.8x | 5.6x | 43.9% | 30.1% | — [1] | 1.8% | 2.9% | 1.8x |
| Par Pacific | 15.46 | 0.9 | 1.4 | 4.2x | 5.5x | 26.1% | 19.7% | -- | -- | 0.4% | 1.4x |
| **Mean - (7 Companies)** | | | | **4.1x** | **5.7x** | **31.7%** | **20.6%** | **3.2%** | **2.7%** | **3.4%** | **1.0x** |
| **Median - (7 Companies)** | | | | **4.0x** | **5.6x** | **32.6%** | **20.3%** | **3.6%** | **2.7%** | **3.6%** | **0.9x** |
| **PBF - Consensus** [2] | **$29.14** | **$3.5** | **$6.9** | **2.3x** | **4.2x** | **69.8%** | **29.8%** | **--** | **--** | **0.1%** | **1.0x** |
| **PBF - Management** [3] | **$29.14** | **$3.6** | **$5.2** | **1.3x** | **2.8x** | **83.1%** | **30.8%** | **--** | **--** | **--** | **0.3x** |

Note: Market data as of July 25, 2022. Peers sorted by TEV.
(1) Metric does not consider the special dividend of $9.29 per share announced by Delek on June 21, 2022.
(2) Reflects reported balance sheet data as of March 31, 2022 pro forma for redemption of PBF 9.25% Senior Secured Notes due 2025 on July 11, 2022.
(3) Reflects Management's estimated balance sheet data as of June 30, 2022 pro forma for redemption of PBF 9.25% Senior Secured Notes due 2025 on July 11, 2022.
Source: FactSet, Public disclosure, Wall Street research, Management projections.

 INTREPID | 28

CONFIDENTIAL

## PBF | Discounted Cash Flow Analysis – Management Projections

*($ in millions, unless noted)*

| | 2H 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | Terminal |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,875 | $2,103 | $2,182 | $2,078 | $1,932 | $1,833 | $1,833 |
| (-) CapEx | (213) | (612) | (612) | (612) | (613) | (613) | (613) |
| (-) PBF MRC Earnout | -- | (100) | (100) | -- | -- | -- | |
| (-) Change in TRA Liability | -- | -- | (60) | (158) | (14) | (13) | |
| (+/-) Change in Working Capital | (329) | (507) | -- | -- | -- | -- | |
| (-) Cash Taxes | (37) | (176) | (384) | (373) | (364) | (353) | (321) |
| (-) Interest Adjusted Incremental Tax | (39) | (45) | (43) | (45) | (43) | (42) | -- |
| **Unlevered Free Cash Flow ("FCF")** | **$1,257** | **$663** | **$983** | **$890** | **$898** | **$812** | **$899** |

| | |
|---|---|
| **PV of FCF (11.50% WACC)** | **$4,303** |
| Terminal EBITDA | $1,833 |
| (x) Implied Terminal Multiple | 3.5x |
| Terminal Value (Undiscounted) | $6,014 |
| *Memo: Perpetuity Growth Rate* | *(3.0%)* |
| **PV of Terminal Value (11.50% WACC)** | **$3,489** |
| | |
| **Implied TEV** | **$7,791** |
| (-) 6/30/22E Debt [1] | (2,077) |
| (-) Minority Interest in PBFX [2] | (542) |
| (-) Other Non-Controlling Interest | (11) |
| (+) 6/30/22E Cash [3] | 867 |
| **Implied Equity Value** | **$6,027** |
| (/) Total Shares Outstanding [4] | 122.8 |
| **Implied Share Price** | **$49.07** |

### Sensitivity Analysis



| WACC | PV of FCF | PV of Terminal Value | | | | | Implied TEV | | | | | Implied Share Price | | | | | Implied Terminal EBITDA Multiple | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Perpetuity Growth Rate | | | | | | | | | | | | | | | | |
| | | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) |
| 13.00% | $4,184 | $2,755 | $2,853 | $2,957 | $3,068 | $3,187 | $6,938 | $7,037 | $7,141 | $7,252 | $7,371 | $42.12 | $42.92 | $43.77 | $44.68 | $45.64 | 2.9x | 3.0x | 3.2x | 3.3x | 3.4x |
| 12.25% | 4,242 | 2,979 | 3,090 | 3,208 | 3,334 | 3,468 | 7,222 | 7,332 | 7,450 | 7,576 | 7,711 | 44.43 | 45.33 | 46.29 | 47.31 | 48.41 | 3.1x | 3.2x | 3.3x | 3.4x | 3.6x |
| 11.50% | 4,303 | 3,230 | 3,355 | 3,489 | 3,632 | 3,786 | 7,533 | 7,658 | 7,791 | 7,935 | 8,088 | 46.96 | 47.98 | 49.07 | 50.23 | 51.49 | 3.2x | 3.3x | 3.5x | 3.6x | 3.8x |
| 10.75% | 4,365 | 3,511 | 3,653 | 3,805 | 3,969 | 4,146 | 7,876 | 8,018 | 8,170 | 8,334 | 8,511 | 49.75 | 50.91 | 52.15 | 53.48 | 54.92 | 3.4x | 3.5x | 3.6x | 3.8x | 4.0x |
| 10.00% | 4,429 | 3,827 | 3,980 | 4,164 | 4,353 | 4,558 | 8,255 | 8,418 | 8,593 | 8,782 | 8,986 | 52.85 | 54.17 | 55.59 | 57.13 | 58.79 | 3.5x | 3.7x | 3.8x | 4.0x | 4.2x |

*Note: Discounted cash flow analysis based on cash flows discounted to June 30, 2022.*
*(1) Reflects Management's estimated balance sheet data as of June 30, 2022 pro forma for redemption of PBF 9.25% Senior Secured Notes due 2025 on July 11, 2022.*
*(2) Reflects value of unaffiliated PBFX units owned by the public based on the midpoint of PBFX discounted cash flow analysis.*
*(3) Includes 0.9mm Series A Units*
*Source: Management projections.*

INTREPID    29

CONFIDENTIAL

# PBF | Discounted Cash Flow Analysis – Sensitivity Case

| ($ in millions, unless noted) | 2H 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | Terminal |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,875 | $1,687 | $1,902 | $1,500 | $1,500 | $1,500 | $1,500 |
| (-) CapEx | (213) | (612) | (612) | (612) | (613) | (613) | (613) |
| (-) PBF MRC Earnout | -- | (100) | -- | -- | -- | -- | -- |
| (-) Change in TRA Liability | -- | -- | (60) | (158) | (14) | (13) | -- |
| (+/-) Change in Working Capital | (329) | (507) | -- | -- | -- | -- | -- |
| (-) Cash Taxes | (37) | (64) | (308) | (217) | (248) | (263) | (231) |
| (-) Interest Adjusted Incremental Tax | (39) | (45) | (43) | (45) | (43) | (42) | -- |
| **Unlevered Free Cash Flow ("FCF")** | **$1,257** | **$359** | **$879** | **$468** | **$583** | **$569** | **$656** |

| | |
|---|---|
| PV of FCF (11.50% WACC) | $3,296 |
| Terminal EBITDA | $1,500 |
| (x) Implied Terminal Multiple | 3.1x |
| Terminal Value (Undiscounted) | $4,388 |
| *Memo: Perpetuity Growth Rate* | *(3.0%)* |
| **PV of Terminal Value (11.50% WACC)** | **$2,545** |
| | |
| **Implied TEV** | **$5,841** |
| (-) 6/30/22E Debt[1] | (2,077) |
| (-) Minority Interest in PBFX[2] | (542) |
| (-) Other Non-Controlling Interest | (11) |
| (+) 6/30/22E Cash[3] | 867 |
| **Implied Equity Value** | **$4,077** |
| (/) Total Shares Outstanding[3] | 122.8 |
| **Implied Share Price** | **$33.19** |

## Sensitivity Analysis

| | PV of FCF | PV of Terminal Value | | | | | Implied TEV | | | | | Implied Share Price | | | | | Implied Terminal EBITDA Multiple | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Perpetuity Growth Rate | | | | | | | | | | | | |
| | | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) | (4.0%) | (3.5%) | (3.0%) | (2.5%) | (2.0%) |
| **13.00%** | $3,215 | $2,010 | $2,081 | $2,158 | $2,239 | $2,325 | $5,225 | $5,296 | $5,372 | $5,453 | $5,540 | $28.17 | $28.75 | $29.37 | $30.03 | $30.74 | 2.6x | 2.7x | 2.8x | 2.9x | 3.0x |
| **12.25%** | 3,255 | 2,174 | 2,254 | 2,340 | 2,432 | 2,550 | 5,429 | 5,509 | 5,595 | 5,687 | 5,785 | 29.83 | 30.49 | 31.19 | 31.94 | 32.74 | 2.7x | 2.8x | 2.9x | 3.1x | 3.2x |
| **11.50%** | 3,296 | 2,357 | 2,448 | 2,545 | 2,650 | 2,762 | 5,653 | 5,744 | 5,841 | 5,946 | 6,058 | 31.66 | 32.40 | 33.19 | 34.04 | 34.96 | 2.9x | 3.0x | 3.1x | 3.2x | 3.4x |
| **10.75%** | 3,339 | 2,561 | 2,665 | 2,776 | 2,896 | 3,025 | 5,900 | 6,004 | 6,115 | 6,235 | 6,364 | 33.67 | 34.51 | 35.42 | 36.39 | 37.44 | 3.0x | 3.1x | 3.2x | 3.4x | 3.5x |
| **10.00%** | 3,382 | 2,792 | 2,911 | 3,058 | 3,176 | 3,325 | 6,174 | 6,293 | 6,420 | 6,558 | 6,707 | 35.90 | 36.87 | 37.91 | 39.03 | 40.24 | 3.1x | 3.3x | 3.4x | 3.6x | 3.7x |

(WACC is the row label axis for 13.00% – 10.00%)

Note: Discounted cash flow analysis based on cash flows discounted to June 30, 2022.
(1) Reflects Management's estimated balance sheet data as of June 30, 2022 pro forma for redemption of PBF 9.25% Senior Secured Notes due 2025 on July 11, 2022.
(2) Reflects value of unaffiliated PBFX units owned by the public based on PBFX unit price implied by midpoint of PBFX discounted cash flow analysis.
(3) Includes 0.9mm Series A Units.
Source: Management projections.

 INTREPID    30

# IV. APPENDIX

**INTREPID** | CONFIDENTIAL                                                                 31



# TAB A. PBFX VALUATION ANALYSIS SUPPORT



INTREPID | CONFIDENTIAL | 32

CONFIDENTIAL

## PBFX | Illustrative Valuation Analysis – Precedent Transactions

*($mm, unless otherwise noted)*



Note: Market data as of July 25, 2022.
(1) Unit offer price based on 0.270x PBF shares, plus $9.25 cash.
(2) Based 62.7mm units outstanding as of June 30, 2022, per Management estimates.
(3) Reflects average low and average high implied unit price.
Source: Public disclosure, Wall Street research, FactSet, Management projections.

INTREPID | 33



CONFIDENTIAL

## Select Midstream Parent-MLP Buy-In Precedent Transactions

| Unaff. Date | Buyer | Target | 8/8ths Equity Value ($bn)[1] | Buyer % Owned | Transaction Metrics FY+1 LP DCF Yield | Transaction Metrics FY+1 LP DPU Yield | Final Premium to: 1-Day | Final Premium to: 30-Day VWAP |
|---|---|---|---|---|---|---|---|---|
| 2/10/22 | Shell | Shell Midstream | $6.2 | 69% | 11.0%[2] | 7.6%[2] | 23% | 25% |
| 5/13/22 | Diamondback Energy | Rattler Midstream LP | 2.2 | 74% | 11.3%[2] | 8.0%[2] | 17% | 9% |
| 1/10/22 | Hartree Partners | Sprague Resources | 0.5 | 75% | 12.6% | 9.2% | 27% | 39% |
| 10/8/21 | Ergon | Blueknight Energy Partners | 0.2 | 32% | 9.0% | 3.7% | 51% | 47% |
| 10/25/21 | Phillips 66 | Phillips 66 Partners | 10.1 | 70% | 10.6% | 4.2% | 7% | 0% |
| 8/4/21 | BP | BP Midstream Partners | 1.5 | 54% | 11.2% | 9.8%[2] | 11% | 3% |
| 2/4/21 | Chevron Corp. | Noble Midstream Partners | 1.1 | 62% | 21.3% | 6.0% | (1%) | 6% |
| 10/2/20 | TC Energy Corporation | TC PipeLines | 2.1 | 24% | 13.5%[2] | 8.8% | 14% | 12% |
| 2/25/20 | Equitrans Midstream | EQM Midstream Partners | 4.6 | 54% | 21.6% | 5.2% | 0% | 3% |
| 8/27/19 | Blackstone | Tallgrass Energy | 6.3 | 44% | 10.6% | 10.0% | 56% | 23% |
| 11/7/18 | Western Gas Equity Partners | Western Gas Partners | 8.4 | 30% | 8.5% | 8.1%[2] | 8% | 8% |
| 10/19/18 | EnLink Midstream | EnLink Midstream Partners | 6.5 | 22% | 9.2% | 8.5%[2] | 1% | 4% |
| 10/17/18 | Valero Energy | Valero Energy Partners | 2.9 | 68% | 7.0% | 5.7% | 7% | 12% |
| 9/18/18 | Dominion Energy | Dominion Energy Midstream Partners | 2.8 | 61% | 8.2% | 8.2%[3] | 1% | 8% |
| 8/1/18 | Energy Transfer Equity | Energy Transfer Partners | 27.5 | 2% | 12.5% | 9.8%[2] | 11% | 14% |
| 7/9/18 | ArcLight | TransMontaigne Partners | 0.7 | 20% | 9.3% | 7.8% | 14% | 9% |
| 5/16/18 | Enbridge | Spectra Energy Partners | 17.6 | 83% | 9.8% | 8.7% | 10% | 3% |
| 5/16/18 | Enbridge | Enbridge Energy Partners | 4.9 | 33% | 14.9% | 9.1% | 9% | 6% |
| 3/15/18 | Williams | Williams Partners | 38.9 | 74% | 7.6% | 6.4% | 14% | 13% |
| 2/7/18 | Tallgrass Energy GP | Tallgrass Energy Partners | 3.5 | 35% | 9.6% | 8.4%[2] | 10% | 10% |
| 9/23/16 | Columbia Pipeline Group | Columbia Pipeline Partners | 1.7 | 47% | 4.9% | 4.7% | 11% | 17% |
| **Summary Statistics (21 Transactions)** | | | | | | | | |
| **75th Percentile** | | | $6.5 | 69% | 12.5% | 8.8% | 13.6% | 13.7% |
| **Mean** | | | $7.2 | 49% | 11.2% | 7.5% | 14.3% | 12.9% |
| **Median** | | | $3.5 | 54% | 10.6% | 8.1% | 10.8% | 9.3% |
| **25th Percentile** | | | $1.7 | 32% | 9.0% | 6.0% | 7.2% | 5.9% |

*Note: Excludes non-limited partnership/LLC transactions or transactions with non-US targets. Transaction metrics are based on Management projections available in public disclosure (e.g., proxy statement).*
*(1)   Does not include value attributable to an economic general partner or to incentive distribution rights.*
*(2)   Reflects yield based on Wall Street consensus metrics.*
*(3)   Based on LQA distribution per unit prior to announcement.*
*Source: FactSet, Wall Street research, Public disclosure.*



34



CONFIDENTIAL

## PBFX | Weighted Average Cost of Capital ("WACC") Analysis

*($ in billions, unless noted)*

| Company | Market Value of Equity | Net Debt | Preferred | Net Debt / Total Cap. | Tax Rate | Levered 1-yr | Levered 3-yr | Levered 5-yr | Unlevered 1-yr | Unlevered 3-yr | Unlevered 5-yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Magellan Midstream Partners | $10.6 | $4.9 | $ — | 32% | -- | 0.60 | 0.93 | 0.89 | 0.41 | 0.64 | 0.61 |
| Plains All American | 7.6 | 8.8 | 2.7 | 46% | -- | 0.88 | 1.17 | 1.12 | 0.35 | 0.46 | 0.45 |
| Holly Energy Partners | 2.2 | 1.6 | — | 43% | -- | 0.77 | 0.61 | 0.65 | 0.44 | 0.35 | 0.37 |
| Delek Logistics Partners | 2.1 | 1.5 | — | 42% | -- | 0.68 | 1.04 | 0.98 | 0.40 | 0.60 | 0.57 |
| NuStar Energy | 1.6 | 3.1 | 1.4 | 51% | -- | 0.69 | 0.91 | 0.98 | 0.19 | 0.24 | 0.26 |
| Genesis Energy | 1.0 | 3.3 | 0.9 | 60% | -- | 0.73 | 1.33 | 1.26 | 0.14 | 0.26 | 0.25 |
| Global Partners | 0.9 | 1.3 | 0.1 | 57% | -- | 1.02 | 0.90 | 0.90 | 0.38 | 0.33 | 0.34 |
| CrossAmerica Partners | 0.8 | 0.8 | — | 50% | -- | 0.66 | 0.68 | 0.69 | 0.33 | 0.34 | 0.35 |
| USD Partners | 0.2 | 0.2 | — | 54% | -- | 0.51 | 0.75 | 0.73 | 0.23 | 0.33 | 0.33 |
| Martin Midstream Partners | 0.2 | 0.5 | — | 75% | -- | 0.65 | 0.89 | 0.84 | 0.16 | 0.22 | 0.21 |
| | | | Mean – All | 51% | | 0.72 | 0.92 | 0.90 | 0.30 | 0.38 | 0.37 |
| | | | Median – All | 50% | | 0.69 | 0.91 | 0.90 | 0.34 | 0.34 | 0.34 |
| | | | LT&S Mean | 43% | | 0.72 | 0.93 | 0.92 | 0.36 | 0.46 | 0.45 |
| | | | LT&S Median | 43% | | 0.69 | 0.93 | 0.98 | 0.40 | 0.46 | 0.45 |
| | | | Other Small Cap MLP Peers Mean | 59% | | 0.71 | 0.91 | 0.88 | 0.25 | 0.30 | 0.29 |
| | | | Other Small Cap MLP Peers Median | 57% | | 0.66 | 0.89 | 0.84 | 0.23 | 0.33 | 0.33 |
| PBFX | $1.0 | $0.5 | $ -- | 35% | -- | 0.77 | 1.31 | 1.16 | 0.50 | 0.86 | 0.76 |

### Cost of Equity and WACC Calculation

| | |
|---|---|
| Risk-Free Rate[2] | 3.0% |
| Unlevered Beta[3] | 0.65 |
| Target Net Debt / Total Cap. | 35.0% |
| Levered Beta | 1.00 |
| Equity Risk Premium[4] | 7.5% |
| Size Premium[5] | 1.2% |
| **Implied Cost of Equity** | **11.7%** |
| Pre-Tax Cost of Debt[6] | 8.5% |
| Tax Rate | 0.0% |
| **After-Tax Cost of Debt** | **8.5%** |
| Target Net Debt / Total Cap. | 35.0% |
| **WACC[7]** | **10.6%** |

*Note: Market data as of July 25, 2022. Balance sheet data as of March 31, 2022. Peers sorted by market value of equity.*
*(1) Represents historical Bloomberg adjusted beta, regressed weekly against the S&P 500.*
*(2) 30-year treasury yield as of July 25, 2022.*
*(3) βU = βL / (1+D/E × (1-t)).*
*(4) Sourced from Kroll Cost of Capital Navigator – 2022.*
*(5) Represents size premium for CRSP 8th decile as of December 31, 2021 (range of $0.64m - $1.3bn market capitalization).*

### Cost of Equity Sensitivity Analysis

| | | Unlevered Beta 0.55 | 0.60 | 0.65 | 0.70 | 0.75 |
|---|---|---|---|---|---|---|
| Target Net Debt / Total Cap. | 20% | 9.4% | 9.8% | 10.3% | 10.8% | 11.2% |
| | 28% | 9.9% | 10.4% | 10.9% | 11.5% | 12.0% |
| | 35% | 10.6% | 11.1% | 11.7% | 12.3% | 12.9% |
| | 43% | 11.4% | 12.0% | 12.7% | 13.3% | 14.0% |
| | 50% | 12.5% | 13.2% | 13.9% | 14.7% | 15.4% |

### WACC Sensitivity Analysis

| | | Unlevered Beta 0.55 | 0.60 | 0.65 | 0.70 | 0.75 |
|---|---|---|---|---|---|---|
| Target Net Debt / Total Cap. | 20% | 9.2% | 9.6% | 9.9% | 10.3% | 10.7% |
| | 28% | 9.5% | 9.9% | 10.3% | 10.6% | 11.0% |
| | 35% | 9.8% | 10.2% | 10.6% | 11.0% | 11.3% |
| | 43% | 10.2% | 10.6% | 11.0% | 11.3% | 11.7% |
| | 50% | 10.5% | 10.9% | 11.2% | 11.6% | 12.0% |

*(6) Intrepid estimate for long-term borrowing rate in current market.*
*(7) WACC = (E/L × (1-Net Debt/(Net Debt+Equity))) + (ED × (Net Debt/(Net Debt+Equity))).*
*Source: Bloomberg, 2022 Kroll Valuation Handbook, U.S. Department of the Treasury, Public disclosures, FactSet.*

 INTREPID 35

CONFIDENTIAL

## PBFX | Selected Peer Debt Trading Analysis

| | Issuer | Maturity Date | Amount ($mm) | Security | Coupon | Issue Rating | Price | YTW |
|---|---|---|---|---|---|---|---|---|
| **LT&S Peers** | DKL | Jun-28 | $400 | Sr. Unsecured | 7.125% | B3 / B+ | 90.0 | 9.4% |
| | HEP | Feb-28 | 500 | Sr. Unsecured | 5.000% | Ba3 / BB+ | 92.0 | 6.8% |
| | MMP | Jun-30 | 500 | Sr. Unsecured | 3.250% | Baa1 / BBB+ | 90.0 | 4.8% |
| | NS | Oct-30 | 600 | Sr. Unsecured | 6.375% | Ba3 / BB- | 90.0 | 8.1% |
| | PAA | Sep-30 | 750 | Sr. Unsecured | 3.800% | Baa3 / BBB- | 89.8 | 5.4% |
| **Other Small Cap MLP Peers(1)** | GEL | Feb-28 | 721 | Sr. Unsecured | 7.750% | B2 / B | 89.5 | 10.3% |
| | GLP | Jan-29 | 350 | Sr. Unsecured | 6.875% | B2 / B+ | 86.5 | 9.7% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Mean – All** | | | | | 5.739% | | | 7.8% |
| **Median – All** | | | | | 6.375% | | | 8.1% |
| **LT&S Mean** | | | | | 5.110% | | | 6.9% |
| **LT&S Median** | | | | | 5.000% | | | 6.8% |
| **Other Small Cap MLP Peers Mean** | | | | | 7.313% | | | 10.0% |
| **Other Small Cap MLP Peers Median** | | | | | 7.313% | | | 10.0% |
| **PBFX** | **May-23** | **$525** | **Sr. Unsecured** | | **6.875%** | **B2 / B+** | **99.3** | **7.8%** |

Note: Market data as of July 25, 2022.
(1)    Excludes CAPL, MMLP and USDP due to lack of publicly traded and/or comparable debt
Source: Bloomberg, Public disclosures, FactSet

 | 36

# Tab B. PBF Valuation Analysis Support



**INTREPID** | CONFIDENTIAL 37

CONFIDENTIAL

# PBF | Weighted Average Cost of Capital ("WACC") Analysis

*($ in billions, unless noted)*

| | | | | | | Adj. Beta [1] | | | | | |
| | | | | Net Debt / | Tax | Levered | | | Unlevered | | |
| Company | Market Value of Equity | Net Debt | Preferred | Total Cap. | Rate | 1-yr | 3-yr | 5-yr | 1-yr | 3-yr | 5-yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marathon Petroleum | $48.0 | $16.5 | $ -- | 20% | 21% | 0.69 | 1.39 | 1.33 | 0.55 | 1.09 | 1.04 |
| Valero Energy | 44.6 | 10.6 | -- | 19% | 21% | 0.56 | 1.22 | 1.18 | 0.48 | 1.03 | 1.00 |
| Phillips 66 | 42.0 | 11.2 | -- | 21% | 21% | 0.62 | 1.02 | 1.01 | 0.51 | 0.84 | 0.84 |
| HF Sinclair Corporation | 10.1 | 2.8 | -- | 20% | 21% | 0.58 | 0.97 | 1.00 | 0.47 | 0.79 | 0.82 |
| CVR Energy | 3.2 | 0.9 | -- | 20% | 21% | 0.47 | 0.85 | 0.90 | 0.38 | 0.69 | 0.73 |
| Delek | 1.7 | 2.0 | -- | 48% | 21% | 0.31 | 0.73 | 0.88 | 0.16 | 0.38 | 0.46 |
| Par Pacific | 0.9 | 0.5 | -- | 33% | 21% | 0.56 | 1.25 | 1.18 | 0.40 | 0.90 | 0.84 |
| | | Mean – All | | 26% | | 0.54 | 1.06 | 1.07 | 0.42 | 0.82 | 0.82 |
| | | Median – All | | 20% | | 0.56 | 1.02 | 1.01 | 0.47 | 0.84 | 0.84 |
| PBF | $3.5 | $2.9 | $ -- | 42% | 21% | 0.24 | 1.33 | 1.29 | 0.14 | 0.80 | 0.78 |

## Cost of Equity and WACC Calculation

| | |
|---|---|
| Risk-Free Rate [2] | 3.0% |
| Unlevered Beta [3] | 0.90 |
| Target Net Debt / Total Cap. | 30.0% |
| Levered Beta | 1.20 |
| Equity Risk Premium [4] | 7.5% |
| Size Premium [5] | 0.9% |
| **Implied Cost of Equity** | **12.9%** |
| Pre-Tax Cost of Debt [6] | 10.0% |
| Tax Rate | 21.0% |
| **After-Tax Cost of Debt** | **7.9%** |
| Target Net Debt / Total Cap. | 30.0% |
| **WACC [7]** | **11.4%** |

## Cost of Equity Sensitivity Analysis

| | | Unlevered Beta | | | | |
|---|---|---|---|---|---|---|
| | | 0.80 | 0.85 | 0.90 | 0.95 | 1.00 |
| Target Net Debt / Total Cap. | 10% | 10.4% | 10.8% | 11.2% | 11.6% | 12.0% |
| | 20% | 11.1% | 11.5% | 12.0% | 12.4% | 12.9% |
| | 30% | 11.9% | 12.4% | 12.9% | 13.4% | 13.9% |
| | 40% | 13.0% | 13.6% | 14.2% | 14.7% | 15.3% |
| | 50% | 14.6% | 15.3% | 15.9% | 16.6% | 17.3% |

## WACC Sensitivity Analysis

| | | Unlevered Beta | | | | |
|---|---|---|---|---|---|---|
| | | 0.80 | 0.85 | 0.90 | 0.95 | 1.00 |
| Target Net Debt / Total Cap. | 10% | 10.2% | 10.5% | 10.9% | 11.3% | 11.6% |
| | 20% | 10.4% | 10.8% | 11.2% | 11.5% | 11.9% |
| | 30% | 10.7% | 11.1% | 11.4% | 11.8% | 12.1% |
| | 40% | 11.0% | 11.3% | 11.7% | 12.0% | 12.4% |
| | 50% | 11.3% | 11.6% | 11.9% | 12.3% | 12.6% |

*Note: Market data as of July 25, 2022. Balance sheet data as of March 31, 2021. Peers sorted by market value of equity.*

(1) *Represents historical Bloomberg adjusted beta, regressed weekly against the S&P 500.*
(2) *30-year treasury yield as of July 25, 2022.*
(3) *βU = βL / (1+D/E × (1-t)).*
(4) *Sourced from Kroll Cost of Capital Navigator – 2022.*
(5) *Represents size premium for CRSP 9th decile as of December 31, 2021 (range of $3.34m - $5.0bn market capitalization).*
(6) *Intrepid estimate for long-term borrowing rate in current market.*
(7) *WACC = (E/L × (1-Net Debt/(Net Debt+Equity))) + (E/L × (Net Debt/(Net Debt+Equity))).*

*Source: Bloomberg, 2022 Kroll Valuation Handbook, U.S. Department of the Treasury, Public disclosures, FactSet.*

INTREPID | 38

## Disclaimer

These materials have been prepared by Intrepid Partners, LLC ("Intrepid") for the Conflicts Committee (the "Committee") of the Board of Directors of PBF Logistics GP LLC (the "General Partner"), the general partner of PBF Logistics LP ("PBFX") to whom such materials are directly addressed and delivered. These materials are confidential and may not be used or relied upon by any other person or for any purpose other than as specifically contemplated by a written agreement with Intrepid. These materials have been developed by and are proprietary to Intrepid and were prepared exclusively for the benefit and internal use of the Committee in connection with evaluating the Transaction with PBFX and PBF Energy Inc. ("PBF").

These materials are based upon information provided by or on behalf of the management of PBF and the General Partner, from public sources, or otherwise reviewed by Intrepid. Intrepid has relied upon and assumes no responsibility for independent investigation or verification of such information and has relied upon such information being complete and accurate in all material respects. To the extent such information includes estimates and forecasts of future performance prepared by or reviewed with management of PBF or the General Partner and/or other potential transaction participants or obtained from public sources, Intrepid has assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of management of PBF, and the General Partner or such other potential transaction participants (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). Actual results may differ materially from such estimates and forecasts. No representation or warranty, express or implied, is made as to the accuracy or completeness of such information, and nothing contained herein is, or shall be relied upon as, a representation or warranty, whether as to the past, the present or the future. The materials and related commentary are not intended to provide the only basis for evaluating, and should not be considered a recommendation with respect to, the consideration paid, the proposed transaction or any transaction or other matter. These materials are also subject to the qualifications and limitations described in any accompanying written opinion letter.

These materials were compiled on a confidential basis solely for use by the Committee and may not be relied on by any other party (including stakeholders in either entity), even if such parties are provided a copy of these materials. These materials were prepared without a view to public disclosure or filing thereof under state or federal laws, and may not be redistributed, reproduced, distributed, passed to others, transmitted, quoted or referred to, in whole or in part, without the prior written permission of Intrepid in accordance with the terms of our engagement letter with the Committee. These materials speak only as of the date on the cover and Intrepid assumes no obligation to update these materials or inform any recipient of changed circumstances, events or information. These materials were prepared for a specific use by specific persons and were not prepared to conform with any disclosure standards under securities laws or otherwise.

In the ordinary course of its business, each of Intrepid and its affiliates may actively trade or hold the securities of PBF, PBFX or other parties involved in a proposed transaction for its own account or for the account of its customers and, accordingly, may at any time hold a long or short position in such securities. Intrepid will receive a fee in connection with delivery of an opinion relating to the proposed transaction.

These materials do not constitute, nor do they form part of, an offer or solicitation to sell or purchase any securities or instruments and are not a commitment by Intrepid or any of its affiliates to provide, arrange or underwrite any financing for any transaction or to purchase any security in connection therewith. These materials may not reflect information known to other professionals in other business areas of Intrepid and its affiliates.

Intrepid and its affiliates do not provide legal, regulatory, accounting, bankruptcy, securities or tax advice. Any statements contained herein as to tax matters were neither written nor intended by Intrepid or its affiliates to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on such taxpayer. Each person should seek legal, regulatory accounting and tax advice based on his, her or its particular circumstances from independent advisors regarding the evaluation and impact of any transactions or matters described herein.

