**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF ) <br> VENEZUELA, ) <br> ) <br> Defendant. ) | Misc. No. 17-151-LPS <br><br> **PUBLIC VERSION** |

## NOTICE OF FILING OF UNSOLICITED BID

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Myron T. Steele (#0002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

Dated: August 7, 2025
12405758 / 21202.00001

*Counsel for Special Master Robert B. Pincus*

**PLEASE TAKE NOTICE THAT**, on June 30, 2025, the Special Master received an unsolicited Competing Proposal (as defined in the SPA), attached hereto as **Exhibit A**, submitted by the bidder identified as "Bidder B" in the *Notice of Filing of Topping Period Bid Materials Received by Special Master* (D.I. 1839) (the "**Bidder B Unsolicited Bid**"). *See* D.I. 1837, Ex. B at 62. Pursuant to section 6.16(c) of the SPA, and the *Memorandum Order* dated January 27, 2025 (D.I. 1554), on July 1, 2025 the Special Master notified the Court and Dalinar Energy Corporation ("**Dalinar**") of his receipt of the Bidder B Unsolicited Bid. *See id.*; *see also* D.I. 1554 at 11–13.[1]

**PLEASE TAKE FURTHER NOTICE THAT**, on July 1, 2025 the Court approved the Special Master to engage with Bidder B with respect to the Bidder B Unsolicited Bid and to reactivate Bidder B's access to the virtual data room. Since receipt of the Bidder B Unsolicited Bid, the Special Master has consistently engaged with Bidder B regarding its progress in furtherance of the proposed transaction. The Special Master understands Bidder B is in active discussions with various parties whose consent or agreement is required pursuant to the terms of the proposed transaction; however, as of the time of this submission, the Special Master has not yet received documentation of any such agreements. Accordingly, as of the date hereof, the Special Master has not deemed the Bidder B Unsolicited Bid to be a Superior Proposal (as defined in the SPA). *See* D.I. 1837, Ex. B at 63, § 6.16.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 481) (the "**Sale Procedures Order**"), the *Special Master's Final Recommendation* (D.I. 1837) (the "**Final Recommendation**"), or the SPA attached as Exhibit B to the Final Recommendation (as applicable).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ Myron T. Steele* |
| | Myron T. Steele (#0002) |
| Matthew S. Barr (Admitted *pro hac vice*) | Matthew F. Davis (#4696) |
| David Lender (Admitted *pro hac vice*) | Bindu A. Palapura (#5370) |
| Jared R. Friedmann (Admitted *pro hac vice*) | Malisa C. Dang (#7187) |
| Chase A. Bentley (Admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| WEIL, GOTSHAL & MANGES LLP | 1313 North Market Street |
| 767 Fifth Avenue | P.O. Box 951 |
| New York, New York 10153 | Wilmington, DE 19801 |
| Telephone: (212) 310-8000 | Telephone: (302) 984-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (302) 658-1192 |
| Matt.Barr@weil.com | msteele@potteranderson.com |
| David.Lender@weil.com | mdavis@potteranderson.com |
| Jared.Friedmann@weil.com | bpalapura@potteranderson.com |
| Chase.Bentley@weil.com | mdang@potteranderson.com |
| | |
| Dated: August 7, 2025 | *Counsel for Special Master Robert B. Pincus* |
| 12405758 / 21202.00001 | |

2