IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 17-151-LPS |
| | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING FEES AND EXPENSES
SUBMITTED BY SPECIAL MASTER**

Upon consideration of the itemized statement of fees and expenses submitted by the Court-appointed Special Master by letter dated August 4, 2025 (the "***Itemized Statement***"), and pursuant to the Court's Order Regarding Special Master [D.I. 277],

IT IS HEREBY ORDERED this 11th day of August, 2025, that:

1. The Court, having considered any objections or comments from the Sale Process Parties, finds the fees and expenses in the Itemized Statement are regular and reasonable, and the Itemized Statement is approved.

2. The Court hereby approves fees and expenses in the amount of $12,187,136.40 for the period of March 1, 2025 to June 30, 2025.

3. Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order Regarding Special Master.

_____
The Honorable Leonard P. Stark
Circuit Judge, United States Court of Appeals
for the Federal Circuit