Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Of Counsel
Direct 302.984.6030

August 13, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
              D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark,

    Robert B. Pincus, in his capacity as special master for the United States District Court for the District of Delaware in the above-captioned case (the "**Special Master**"),[1] respectfully submits this letter regarding recent developments in the sale process. In light of the unauthorized disclosure of confidential information regarding a competing proposal contained in Red Tree's August 12, 2025 letter (D.I. 2025), the Special Master respectfully requests that the Court adjourn the status conference currently scheduled for August 13, 2025, so that the Special Master can consider the recent developments. The Special Master will broadly meet and confer with the parties expected to participate in the hearing and provide an updated proposal to the Court on how to proceed with respect to the status conference and the sale hearing by Thursday, August 14, 2025, at 4:00 p.m.

                              Respectfully submitted,

                              */s/ Myron T. Steele*

                              Myron T. Steele

                              On Behalf of Robert B. Pincus, Special Master for
                              the United States District Court for the District of
                              Delaware

cc: All Counsel of Record

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 481) (the "**Sale Procedures Order**").