# EXHIBIT A

Albemarle Capital Emails in May and June 2021
with Venezuela Parties

BLACK LION CAPITAL ADVISORS
REPLY TO CRYSTALLEX'S RESPONSE TO
VENEZUELA PARTIES OBJECTIONS



 Gmail    Edwin Wells <edwin.wells@albemarlecapital.com>

## Highly Confidential - Urgent
4 messages

**Edwin Wells** <edwin.wells@albemarlecapital.com>    Mon, Jun 28, 2021 at 12:15 PM
To: Alejandro Plaz <alejandroplaz@gmail.com>
Cc: Rolando Hermoso <rollie.hermoso@gmail.com>
Bcc: Edwin Wells <edwin.wells@albemarlecapital.com>

Alejandro,

The PDV Holding – CITGO situation has become more desperate than ever before. The Interim Government is now on the brink of _losing_ Venezuela's majority share ownership and control over PDV Holding ("PDVH") and control over its subsidiaries CITGO Holding and CITGO Petroleum (collectively, "CITGO").

Under an Order of the United States District Court in Delaware, the Special Master in Crystallex's litigation, Robert Pincus, is required to submit on Monday, July 26—_only four (4) weeks from today_—his Proposed Sales Procedures Order specifying the plan of action for the foreclosure sale auction that Mr. Pincus will carry out on an expedited basis to sell enough PDV Holding shares to generate $2.0 - $2.25 billion, the amount needed to satisfy Venezuela's remaining judgment debt obligations to Crystallex and ConocoPhillips ("COP").

As we have discussed, _Rollie and I have an effective financial solution that can prevent that sale from taking place_—and save PDV Holding and CITGO from being taken over by Crystallex and COP, or their transferees—_but only if we are authorized to start work on it now, and only if CITGO will cooperate and provide the information needed for investors._

We have still been unable to get the attention of Horacio Medina, Chairman and President of the Ad Hoc PDVSA Board, despite your repeated efforts to contact Horacio about the need for him to talk with us so we can explain these matters to him.

At this very late point, the _only_ way to save PDVH and CITGO from such a takeover—which would have disastrous consequences for Venezuela and the Interim Government—is _if you would contact Interim President Juan Guaido right away_, explain the situation, let him know that Rollie and I have a financing solution that can raise the $2.0-$2.25 billion needed to pay Crystallex and COP and have Judge Stark halt the Sale Process for the PDVH shares. Judge Stark himself has repeatedly stated that if Venezuela pays those companies what it owes, he will dismiss their lawsuits against Venezuela, and release the attached PDVH shares.

If it would be helpful, Rollie and/or I can join you on a call with Interim President Guaido to explain these matters and answer any questions he may have about (i) our financing solution, (ii) the fact that we know and have previously worked with more than 10 major investment funds, each of which can invest at least $1.0 - $2.0 billion or more per transaction for attractive energy financing transactions, and (iii) that a major investment firm has already told us it would lead a $2.0 - $2.25 billion financing, if we

(2) *immediately fire any or all members of CITGO's management, if they choose to do so* and replace them with whomever the new majority shareholders of PDVH may designate;

(3) *immediately fire and replace any or all of the law firms currently representing PDV Holding and CITGO* in the litigation taking place in US Courts; and

(4) *immediately take control of all of existing bank accounts and other financial resources and other assets and operations of PDV Holding and CITGO.*

This would be a complete—and highly publicized—disaster for the Venezuela, its citizens and all members of the Interim Government.

Litigation Cannot Prevent This Looming Disaster

By now—after 15 consecutive losses in the United States Courts, including multiple US District Courts, multiple US Courts of Appeal and the United States Supreme Court, which rejected Venezuela's petition for discretionary *certiorari* review of the Third Circuit Decision's Venezuela without even granting oral argument—it is more than obvious that *there is no litigation solution* that will save PDV Holding and CITGO from a takeover by Crystallex and ConocoPhillips, their transferees, and/or PDVSA's 2020 Bondholders.

The only purpose of continuing to pursue litigation in US Courts is to *delay* any such takeover until the Interim Government can carry out the financial solution that Judge Stark pointed out has long been available to Venezuela and PDVSA—paying Crystallex and COP the $2.0-$2.25 billion needed to satisfy the claims they are pursuing in the US Courts.

As mentioned above, payment of that $2.0 - $2.25 billion to Crystallex and COP would require Judge Stark to dismiss the pending litigation by those companies and release the attached shares now held by the US District Court in Delaware.

Once that litigation is dismissed, PDVSA's 2020 Bondholders' claims can be satisfied by refinancing that debt, which some potential lenders have indicated they would participate in. Owens Illinois' claims, alone, are not large enough to threaten Venezuela's continuing ownership and control over PDV Holding and CITGO.

Our Financial Solution Can Prevent This Looming Disaster

Rollie and I have advised Horacio Medina, Chairman and President of PDVSA's *Ad Hoc* Administrative Board, and CITGO CEO Carlos Jorda several times that we have an effective financial solution that can save PDV Holding and CITGO from Crytallex and COP.

Our financing structure does *not* have the restrictive covenant problems raised by former CITGO Board Chairwoman Luisa Palacios and CITGO CEO Carlos Jorda. As the highly respected major Wall Street law firm which has examined closely the loan covenants will confirm, our transaction structure fits *within* the exceptions and exemptions to the restrictive covenants in the indentures governing the Senior Secured Notes of CITGO Petroleum, CITGO Holding or PDVSA's 2020 Bonds and, thus *does not breach* any of the restrictive covenants,

And, as the attached Structured Transactions Outline points out:

(A) our structure is beneficial for both CITGO and investors;

(B) Rollie and I know and have worked with more than 10 major investment firms that will find our structure very attactive; and

(C) a senior officer at a major investment firm that Rollie and I have both worked with has confirmed that <u>his firm would invest at least $1 billion under our structure for a $2.0+ billion transaction</u> with an experienced borrower which has the kind of high quality assets that PDV Holding and CITGO have.

<u>Inability to Get Horacio Medina's or Carlos Jorda's Attention and Assistance</u>

Alejandro, you were very helpful in introducing Rollie to Horacio at the breakfast meeting that you arranged in mid-March of this year and, afterwards, in encouraging him several times to have the teleconference with us that he promised at that breakfast, so that we could explain to him the crucial benefits of our structure to the Interim Government.

Despite your multiple efforts with Horacio—and our own repeated emails requesting an opportunity to talk with Horacio at any time convenient for him—Horacio never gave us the opportunity to do so. In response to a short email request from Horacio in April asking for something short he could send to "the Boss"—which was apparently Carlos Jorda, whom Horacio is very friendly with—we sent Horacio the attached Structured Transactions Outline.

We also contacted Carlos, whom I first met in 1997 when Rollie and I worked on the Petrozuata project financing for PDVSA, and also tried to get his attention, along with the attention of Horacio, the week of May 17 - 21, when Horacio and other members of the Ad Hoc PDVSA Board met with Carlos and CITGO management.

Despite copying Horacio on all of our emails to Carlos that week explaining the benefits of our transaction structure, Horacio never acknowledged <u>any</u> of our emails. And, despite Carlos informing us during the teleconference on May 21 that Rollie and I had with Carlos and his executive management team that he had notified Horacio of the time of the call, but that Horacio was not on phone line during our call—we heard nothing further from Horacio.

As for Carlos, he showed <u>no interest</u> in learning about our ability to raise the $2.0 - $2.25 billion needed to save CITGO from being taken over by Crystallex and COP or their transferees—not even when I wrote him Tuesday, May 25, that I had arranged for Carlos, his team and Horacio, to talk on Thursday May 27 directly with the two Senior Partners at the major Wall Street law firm.

Those Senior Partners know our structure, the loan covenants in the indentures governing the outstanding CITGO Petroleum, CITGO Holding and PDVSA 2020 Senior Secured Notes, as well as the large investment firm that told us it would invest at least $1.0 billion to lead a $2.0+ financing under our structure.

Carlos merely emailed me back after 8 PM on May 25 that he would "discuss internally and get back to you." Since that time—more than a month ago—Rollie and I have heard <u>nothing at all</u> from Carlos,

at COP, where they can help themselves, as well as COP top management understand and successfully integrate an acquisition of CITGO and its business, assets and operations, starting several months from now.

    This combination of factors raises the very real possibility—if not the likelihood—that CITGO CEO Carlos Jorda, CITGO Chief Operating Officer Edgar Rincon, and CITGO Vice President Legal Affairs Jack Lynch, as well as CITGO CFO John Zuklic *may be seriously compromised now*, preoccupied with how they can facilitate a smooth transaction to a new career working for ConocoPhillips, and *not focusing first and foremost on what they are obligated to do to protect the interests and objectives of CITGO's ultimate shareholder*, the Republic of Venezuela, represented by the Interim Government.

    \*    \*    \*    \*    \*

    Alejandro, given the start of the sale process for the PDV Holding shares after Special Master Robert Pincus files his Proposed Sales Procedures Order only four (4) weeks from today, it is *urgent* that Interim President Juan Guaido be informed as soon as possible over the next few days of the drastic consequences that will follow the failure to raise the $2.0 – $2.25 billion needed to pay Crystallex and COP *before* the PDVH sale process proceeds beyond the point that it can be halted.

    As explained above, Rollie and I have not been able to get Horacio's attention, to explain how we can raise those funds through use of our creative transaction structure, *if—but only if*—we are authorized to start right away, *and if—but only if*—Horacio uses his legal authority under Delaware law to direct Carlos and CITGO management to cooperate and providing us with the information needed for the investors, with that information being protected under appropriate confidentiality agreements approved by CITGO.

    Without the attention and support of Interim President Guaido—the *only* person whose authority Horacio respects and whose directions and recommendations Horacio will follow—Venezuela is *certain to lose within the next few months* its majority share ownership and control over PDV Holding and control over CITGO and its assets and business operations.

    That is a needless disaster that can still be prevented, but only if Interim President Guaido is informed about these matters over the next few days and acts now to talk with Horacio and make the needed recommendations to him this week, if at all possible.

    Please call me if you have any questions or suggestions about the matters addressed in this letter.

Best regards,

Ed Wells

Edwin Wells
President, Albemarle Capital



Edwin Wells &lt;edwin.wells@albemarlecapital.com&gt;

## Re: [EXT] Highly Confidential - Friday Call
2 messages

**Edwin Wells** &lt;edwin.wells@albemarlecapital.com&gt;          Wed, May 19, 2021 at 6:37 PM
To: "Jorda, Carlos" &lt;CJORDA@citgo.com&gt;
Cc: Carlos Jorda &lt;cejorda@yahoo.com&gt;, "hormed2007@gmail.com" &lt;hormed2007@gmail.com&gt;, Rolando Hermoso &lt;rollie.hermoso@gmail.com&gt;
Bcc: Edwin Wells &lt;edwin.wells@albemarlecapital.com&gt;, Alejandro Plaz &lt;alejandroplaz@gmail.com&gt;

Carlos and Horacio,

Thanks for responding right away. Friday works fine for me. I hope all three of us can connect at the same time. I will also check Rollie's availability for Friday. I am sure that we could make more progress if both of you are available then.

Our objective, not surprisingly, is to work closely, cooperatively and confidentially with both the Ad Hoc PDVSA Administrative Board and CITGO's executive management to help save Venezuela's "Crown Jewel."

Best,

Ed Wells


cc: Rollie Hermoso

On Wed, May 19, 2021 at 6:12 PM Jorda, Carlos &lt;CJORDA@citgo.com&gt; wrote:

> Ed
>
> I will try to arrange for a conference call on Friday as Horacio is not available earlier than that.
>
> If he is unavailable, I will call you.
>
> Regards
>
> Carlos Jorda
>
>
>
> From: Edwin Wells &lt;edwin.wells@albemarlecapital.com&gt;
> Sent: Wednesday, May 19, 2021 5:06 PM
> To: Jorda, Carlos &lt;CJORDA@citgo.com&gt;
> Cc: Carlos Jorda &lt;cejorda@yahoo.com&gt;; hormed2007@gmail.com; Rolando Hermoso &lt;rollie.hermoso@gmail.com&gt;
> Subject: Re: [EXT] Highly Confidential - Very Brief Call Now or Before Dinner ?
>
> ---
> **WARNING: This email originated from outside of CITGO Petroleum. DO NOT CLICK on links, open attachments, respond to emails, unless you recognize the sender and know the content is safe.**
> ---
>
> Carlos,

Do you and Horacio have time now -- or when you and Horacio leave before the group's dinner -- for a very brief call ?

Best,

Ed

On Tue, May 18, 2021 at 9:56 PM Jorda, Carlos <CJORDA@citgo.com> wrote:

> Thanks Ed
>
> I will review and discuss with Mr. Medina and my team.
>
> We have our shareholder's meeting tomorrow for Q1 results and many pending issues.
>
> I will try to see when we can have a conference call with you and discuss what your proposal would look like.
>
> Thanks
>
> Carlos
>
> From: Edwin Wells <edwin.wells@albemarlecapital.com>
> Sent: Tuesday, May 18, 2021 7:51 PM
> To: Jorda, Carlos <CJORDA@citgo.com>; Carlos Jorda <cejorda@yahoo.com>; hormed2007@gmail.com
> Cc: Rolando Hermoso <rollie.hermoso@gmail.com>
> Subject: [EXT] Highly Confidential - Very Brief Call with Horacio and Carlos Tomorrow
>
> WARNING: This email originated from outside of CITGO Petroleum. DO NOT CLICK on links, open attachments, respond to emails, unless you recognize the sender and know the content is safe.
>
> Carlos Jorda                                                                     Horacio Medina
>
> Chief Executive and President                                                    Chairman and
> President
>                                                                                  Ad Hoc
> CITGO Petroleum
> Administrative Board
>                                                                                  of PDVSA
>
>                                      **HIGHLY CONFIDENTIAL**
>
> Dear Carlos and Horacio:

I called one of the senior partners at the Wall Street law firm – which John and Jack both should recognize—and they could participate in a call at Noon or 1 PM New York time (11 AM or Noon Houston time) on this Thursday. All we would need for them to confirm is that our structure works and that the major investment firm has the funds and could easily do that kind of deal. That call could be covered by a very simple confidentiality agreement that I can send you later today.

Please give me a call today about this. We can provide the $2+ billion that is needed to save CITGO and PDV Holding and would like to help.

Best,

Ed Wells

---

**Jorda, Carlos** <CJORDA@citgo.com>                                    Tue, May 25, 2021 at 8:01 PM
To: Edwin Wells <edwin.wells@albemarlecapital.com>, Rolando Hermoso <rollie.hermoso@gmail.com>

Thanks Ed
I will discuss internally and get back to you
Regards
Carlos

---

From: Edwin Wells <edwin.wells@albemarlecapital.com>
Sent: Tuesday, May 25, 2021 5:38:33 PM
To: Jorda, Carlos <CJORDA@citgo.com>; Rolando Hermoso <rollie.hermoso@gmail.com>
Subject: [EXT] Fwd: Highly Confidential - Follow Up on Your Idea

> **WARNING: This email originated from outside of CITGO Petroleum. DO NOT CLICK on links, open attachments, respond to emails, unless you recognize the sender and know the content is safe.**

---------- Forwarded message ---------
From: **Edwin Wells** <edwin.wells@albemarlecapital.com>
Date: Tue, May 25, 2021 at 10:16 AM
Subject: Highly Confidential - Follow Up on Your Idea
To: Carlos Jorda <cejorda@yahoo.com>
Cc: Rolando Hermoso <rollie.hermoso@gmail.com>

Dear Carlos:

You had a very helpful idea during our call Friday that could simplify this greatly, suggesting the possibility of talking with a third party.

As I mentioned in the short Outline and during our call:

   1) A well-known major Wall Street law firm has already reviewed our structure in detail and can confirm that our structure is consistent with – and does not breach – the

8/9/25, 5:10 PM                Albemarle Capital Mail - Carlos Playing Games with Us -- Fwd: Highly Confidential - Follow Up on Your Idea...



Edwin Wells <edwin.wells@albemarlecapital.com>

## Carlos Playing Games with Us -- Fwd: Highly Confidential - Follow Up on Your Idea
1 message

**Edwin Wells** <edwin.wells@albemarlecapital.com>  Wed, May 26, 2021 at 7:54 AM
To: Rolando Hermoso <rollie.hermoso@gmail.com>
Cc: Alejandro Plaz <alejandroplaz@gmail.com>
Bcc: Edwin Wells <edwin.wells@albemarlecapital.com>

Rollie,

Carlos is just playing games with us. He knew Friday right after the call what they think because they would have told him immediately. Edgar's call with Alejandro let us know that he had told Carlos in the strongest of terms what he wants Carlos to tell us. Jack Lynch's comments during the call demonstrated how weak and unfocused he is. And the new CFO from ConocoPhillips is much brighter than the rest and is the only one who has real world experience in the financing world, and understands how it works -- but he has other options if he helps deliver CITGO to ConocoPhillips through the PDVH share sale process.

What is simply not understandable is Horacio's apparent failure to show up -- or to be perceived as _not_ showing up, and not taking part -- in our call with Carlos last Friday. He is the key to all of this. Horacio has the corporate power and authority to make this happen if he wants to, as Carlos and the others understand. But Horacio so far has not stepped up to the plate, as time is running out. He can work with us – and see that Carlos and his team works with us -- to save CITGO, or he can see CITGO lost on his watch.

What we offered Carlos, after you and I talked, was a straightforward way to prove that our structure solves the covenant problems and that the major investor I talked with who we both know could -- and, based on their other multi-billion-dollar investment transactions over the past year using similar structures -- would write a check for at least $1.0 billion, as they told me, or even $2+ billion.

The senior partners at the major law firm would be happy to tell Horacio the same things, separately (without Carlos and his team on the line), if we could get Horacio on the phone with them. That would actually be a better way to get lift-off here, if Horacio would wake up.

Best,

Ed


---------- Forwarded message ---------
From: **Jorda, Carlos** <CJORDA@citgo.com>
Date: Tue, May 25, 2021 at 8:02 PM
Subject: Re: [EXT] Fwd: Highly Confidential - Follow Up on Your Idea
To: Edwin Wells <edwin.wells@albemarlecapital.com>, Rolando Hermoso <rollie.hermoso@gmail.com>


Thanks Ed
I will discuss internally and get back to you
Regards
Carlos


From: Edwin Wells <edwin.wells@albemarlecapital.com>
Sent: Tuesday, May 25, 2021 5:38:33 PM
To: Jorda, Carlos <CJORDA@citgo.com>; Rolando Hermoso <rollie.hermoso@gmail.com>
Subject: [EXT] Fwd: Highly Confidential - Follow Up on Your Idea

**WARNING: This email originated from outside of CITGO Petroleum. DO NOT CLICK on links, open attachments, respond to emails, unless you recognize the sender and know the content is safe.**

Best,

Ed Wells

---

**Edwin Wells** <edwin.wells@albemarlecapital.com>                                Tue, May 25, 2021 at 6:38 PM
To: "Jorda, Carlos" <CJORDA@citgo.com>, Rolando Hermoso <rollie.hermoso@gmail.com>
Bcc: Alejandro Plaz <alejandroplaz@gmail.com>, Edwin Wells <edwin.wells@albemarlecapital.com>

---------- Forwarded message ----------
From: **Edwin Wells** <edwin.wells@albemarlecapital.com>
Date: Tue, May 25, 2021 at 10:16 AM
Subject: Highly Confidential - Follow Up on Your Idea
To: Carlos Jorda <cejorda@yahoo.com>
Cc: Rolando Hermoso <rollie.hermoso@gmail.com>

Dear Carlos:

You had a very helpful idea during our call Friday that could simplify this greatly, suggesting the possibility of talking with a third party.

As I mentioned in the short Outline and during our call:

1) A well-known major Wall Street law firm has already reviewed our structure in detail and can confirm that our structure is consistent with – and does not breach – the restrictive covenants in the CITGO, CITGO Holding or PDVSA 2020 Senior Secured Notes; and

2) I have spoken with a major investment firm that Rollie and I know and have worked with previously, and the officer in charge of this area has confirmed that they would be very interested in investing at least $1 billion under our structure for a $2+ billion transaction with an experienced borrower involving high quality assets, which are criteria that fit this situation.

The most useful third party, for both of our purposes, should be one of the senior partners at the major Wall Street which has already reviewed – and knows – our structure and has checked it against the CITGO, CITGO Holding and PDVSA covenants, as stated in the Offering Memoranda for those Note issuances.

They also know well the major investment firm that told me it would lead a $2.0+ billion financing under our structure if they could have at least $1 billion of the deal, and can confirm that firm clearly has the funds and could easily do that kind of deal.

8/9/25, 5:08 PM                                   Albemarle Capital Mail - Highly Confidential - Follow Up on Your Idea



Edwin Wells <edwin.wells@albemarlecapital.com>

## Highly Confidential - Follow Up on Your Idea
3 messages

---

**Edwin Wells** <edwin.wells@albemarlecapital.com>                                          Tue, May 25, 2021 at 10:16 AM
To: Carlos Jorda <cejorda@yahoo.com>
Cc: Rolando Hermoso <rollie.hermoso@gmail.com>
Bcc: Alejandro Plaz <alejandroplaz@gmail.com>, Edwin Wells <edwin.wells@albemarlecapital.com>

Dear Carlos:

You had a very helpful idea during our call Friday that could simplify this greatly, suggesting the possibility of talking with a third party.

As I mentioned in the short Outline and during our call:

   1) A well-known major Wall Street law firm has already reviewed our structure in detail and can confirm that our structure is consistent with – and does not breach – the restrictive covenants in the CITGO, CITGO Holding or PDVSA 2020 Senior Secured Notes; and

   2) I have spoken with a major investment firm that Rollie and I know and have worked with previously, and the officer in charge of this area has confirmed that they would be very interested in investing at least $1 billion under our structure for a $2+ billion transaction with an experienced borrower involving high quality assets, which are criteria that fit this situation.

The most useful third party, for both of our purposes, should be one of the senior partners at the major Wall Street which has already reviewed – and knows – our structure and has checked it against the CITGO, CITGO Holding and PDVSA covenants, as stated in the Offering Memoranda for those Note issuances.

They also know well the major investment firm that told me it would lead a $2.0+ billion financing under our structure if they could have at least $1 billion of the deal, and can confirm that firm clearly has the funds and could easily do that kind of deal.

I called one of the senior partners at the Wall Street law firm – which John and Jack both should recognize—and they could participate in a call at Noon or 1 PM New York time (11 AM or Noon Houston time) on this Thursday. All we would need for them to confirm is that our structure works and that the major investment firm has the funds and could easily do that kind of deal. That call could be covered by a very simple confidentiality agreement that I can send you later today.

Please give me a call today about this. We can provide the $2+ billion that is needed to save CITGO and PDV Holding and would like to help.

I am sending the attached Highly Confidential Outline about some of the benefits for CITGO, as well as investors, of Albemarle's proposed funding plan to raise the $2.0+ billion needed to save PDV Holding and CITGO by paying Crystallex and ConocoPhillips the remaining amount of Venezuela's judgment debt obligations to them and having the PDVH shares held by the US District Court in Delaware released.

This should give you both useful information that we hope will facilitate our discussions about how Albemarle, under the leadership of Rollie Hermoso and me, can deliver the $2.0+ billion needed to save PDV Holding and CITGO. As the attached Outline points out:

(A) a major Wall Street law firm has confirmed that our Funding Plan can be implemented successfully without breaching any of the covenants in the outstanding debt of PDVSA, CITGO Holding or CITGO; and

(B) a senior officer of a major investment firm that Rollie and I have worked with previously has confirmed that it would invest at least $1 billion under Albemarle's proprietary structure with an experienced borrower involving high quality assets. There has been no suggestion to that officer, or any other member or representative of that firm or any other firm, that CITGO or any of its affiliates might be involved.

As explained in my email Monday morning, my experience over the past 45 years with a broad variety of petroleum industry M&A and financing transactions – including multiple transactions involving entities in Chapter 11 or other financial distress where major creditors have or would have the opportunity to use credit bids to take over attractive business entities – convinces me, for reasons I explained in that email, that unless Crystallex and ConocoPhillips are paid the $2.0+ billion they are owed within the next 3-4 months, at the longest, those two creditors or their transferees will end up owning more than 50% of PDV Holding after the planned foreclosure auction sale that will be held in Delaware.

Since you will both be together at CITGO's offices during the day tomorrow in Houston, I would greatly appreciate an opportunity to speak with both of you together for no more than 15 minutes about our proposal to raise the $2.0+ billion needed to save PDV Holding and CITGO from a creditors' takeover and/or related matters, so that you can consider exploring our proposal further.

If you can find a window during the day tomorrow when you can be available for such a brief call, please email me in advance or ask Carlos' Assistant Bertha Nunez to email me in advance. I will make it a point to be available at any time tomorrow that would work for both of you.

Best regards,

Ed Wells

Edwin Wells

President, Albemarle Capital

cc: Rolando Hermoso

---

**Rollie Hermoso** <rollie.hermoso@gmail.com>  Thu, May 20, 2021 at 2:53 AM
To: Edwin Wells <edwin.wells@albemarlecapital.com>

Available Friday

Sent from my iPhone

> On May 20, 2021, at 12:38 AM, Edwin Wells <edwin.wells@albemarlecapital.com> wrote:
>
> [Quoted text hidden]