# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Case No. 17-mc-00151 (LPS) |

### DECLARATION OF JUSTIN M. ELLIS IN SUPPORT OF RED TREE'S REPLY IN SUPPORT OF ITS OBJECTION TO THE SPECIAL MASTER'S FINAL RECOMMENDATION

Justin M. Ellis declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bar of the State of New York. I am a partner at MoloLamken LLP, and I represent Red Tree Investments, LLC ("Red Tree"). I am appearing before this Court *pro hac vice* on behalf of Red Tree.

2. I make this declaration in support of Red Tree's Reply in Support of Its Objection to the Special Master's Final Recommendation based upon personal knowledge.

3. Attached hereto as Exhibit A to this Declaration is a true and correct copy of excerpts from the transcript of the July 29, 2025 deposition of Xiao Song.

I declare under penalty of perjury that the foregoing is true and correct.

August 13, 2025  
New York, New York

/s/*Justin M. Ellis*  
Justin M. Ellis