UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 17-mc-00151-LPS |

### ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Plaintiffs and judgment creditors Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls"); Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively, "the Koch Parties"); and Saint-Gobain Performance Plastics Europe (collectively, "Four Judgment Creditors") move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of the Motion, the Four Judgment Creditors state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, visitors to place personal electronic devices in a locked pouch provided by U.S.

Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. The Court has scheduled a sale hearing in this matter from August 18, 2025 through August 20, 2025.

3. Alexander A. Yanos and Apoorva Patel are counsel for the Four Judgment Creditors. Mr. Yanos and Mr. Patel have been admitted *pro hac vice* in the parties' respective actions and intend to appear before the Court on December 13, 2024.

4. Mr. Yanos and Mr. Patel do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order. While Mr. Yanos and Mr. Patel are in good standing with at least one State bar in the United States, they do not possess a physical, hard-copy Bar ID card.

5. The Four Judgment Creditors respectfully request an exemption for counsel from the Standing Order identical to attorneys that possess a valid bar identification card. Counsel will continue to be bound by Local Civil Rule 83.2 prohibiting photographs or broadcasting.

DATED: August 13, 2025

Respectfully submitted:

*/s/ Peter J. Keane*

OF COUNSEL:
Alexander A. Yanos *pro hac vice*
Apoorva Patel *pro hac vice*
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400
alex.yanos@alston.com
apoorva.patel@alston.com

Robert Poole *pro hac vice*
ALSTON & BIRD, LLP
1201 W. Peachtree St. NE, Suite 4900

Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

*Attorneys for Plaintiffs*

Atlanta, GA 30309
404-881-4547
robert.poole@alston.com

IT IS SO ORDERED this 15th day of August, 2025.

_____
The Honorable Leonard P. Stark