# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Susan W. Waesco
(302) 351-9677
(302) 425-3088 FAX
swaesco@morrisnichols.com

August 15, 2025

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*
            No. 1:17-mc-00151-LPS

Dear Judge Stark:

        Pursuant to the Court's Order allowing for a public dial-in to be set up, please see below the public dial-in line for members of the public to listen into the in-person hearing scheduled for August 18, 2025, at 10:00 a.m. in Wilmington, Delaware:

        Dial In:        1-646-558-8656
        Passcode:    784568
        Meeting ID:  957 2639 4428

        Respectfully submitted,

        */s/ Susan W. Waesco*

        Susan W. Waesco (#4476)

cc:  All Counsel of Record