**EXHIBIT A – PROPOSED BRIEFING SCHEDULE**

| Date | Event |
|---|---|
| **August 22** | Opening Briefs on overbid minimum requirement for Unsolicited Competing Proposals, not to exceed 20 pages. |
| **August 29** | Response briefs, not to exceed 15 pages. |
| **September 5** | Reply briefs, not to exceed 10 pages. |
| **TBD** | Hearing (at Court discretion) |
| | |
| T | SDNY 2020 Bondholder Opinion |
| T + 4 | Deadline for final Unsolicited Competing Proposals to be submitted to the Special Master |
| T + 5 | Deadline for Special Master to notify Dalinar of any Superior Proposal |
| T + 8 | Expiration of Dalinar's 3 business day window to match (*to be adjusted to reflect business days*) |
| T + 10 | Deadline for Special Master to terminate Dalinar SPA or withdraw designation of a Superior Proposal |
| TBD | Court decision on whether to approve Special Master's decision |
| T + 13 | Deadline for Special Master to file an Amended Final Recommendation, if any |
| T + 20 | Deadline for Objections to Amended Final Recommendation/Further Objections |
| T + 27 | Deadline to complete discovery |
| T + 34 | Deadline for Responses to Amended Final Recommendation/Further Objections |
| T + 39 | Deadline for Replies in Support of Amended Final Recommendation/Further Objections |
| T + 42 | Commencement of Sale Hearing |