# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 1:17-mc-00151-LPS |

**PLAINTIFFS VALORES MUNDIALES, S.L. AND CONSORCIO ANDINO, S.L.'S JOINDER TO GOLD RESERVE'S RESPONSE BRIEF REGARDING THE COURT'S INCLINATIONS**

Further to the Court's Order of August 14, 2025 adjourning the August 18, 2025 Sale Hearing (D.I. 2056), Plaintiffs and attached judgment creditors Valores Mundiales, S.L. and Consorcio Andino, S.L. (together, "Valores") hereby join in Gold Reserve's Response Brief Regarding the Court's Inclinations (D.I. 2101), to the extent that it requests that the Court reschedule the Sale Hearing until after the United States District Court for the Southern District of New York (Failla, J.) decides the pending motion for summary judgment in the 2020 Bondholders' litigation.

- 2 -

                                                          Respectfully submitted,

Dated: August 17, 2025

*Of Counsel*:
Miguel López Forastier (admitted *pro hac vice*)
Mark D. Herman (admitted *pro hac vice*)
José E. Arvelo (admitted *pro hac vice*)
Amanda Tuninetti (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: 202-662-5185
mlopezforastier@cov.com
mherman@cov.com
jarvelo@cov.com
atuninetti@cov.com

*/s/ Brian R. Lemon*
Andrew S. Dupre (# 4621)
Brian R. Lemon (# 4730)
222 Delaware Avenue, St. 1710
Wilmington, DE 19801
(302) 596-9200
Andrew.dupre@akerman.com
Brian.lemon@akerman.com

*Attorneys for Plaintiffs Valores Mundiales, S.L. and Consorcio Andino, S.L.*