# EXHIBIT B

| Event | Scenario A Deadline[1] | Scenario B– Different Final Recommendation-- Deadline[2] |
|---|---|---|
| Deadline for submission of best and final competing proposals | Friday, August 22, 2025, by 11:59 p.m. ET | Friday, August 22, 2025, by 11:59 p.m. ET |
| Deadline for the Special Master to (i) provide written notice to Dalinar of any Superior Proposal (the "**Notice of Superior Proposal**"), and (ii) file a notice on the public docket indicating whether or not a Notice of Superior Proposal was delivered to Dalinar | Monday, August 25, 2025 | Monday, August 25, 2025 |
| Deadline for Dalinar to file any motion to strike (if the Special Master provides a Notice of Superior Proposal) | Wednesday, August 27, 2025 | Wednesday, August 27, 2025 |
| Deadline for Dalinar to match any Superior Proposal | Thursday, August 28, 2025 | Thursday, August 28, 2025 |
| Deadline for the Special Master to submit (i) an updated Final Recommendation (inclusive of any supplemental declaration in support thereof),[3] and (ii) a notice attaching bid materials received (such materials to be commensurate with those disclosed by the Special Master in prior bidding rounds) | Friday, August 29, 2025 | Friday, August 29, 2025 |

---

[1] All deadlines are 5:00 p.m. ET unless indicated otherwise.

[2] Changes from the Special Master's proposed schedule are highlighted in yellow.

[3] For the avoidance of doubt, the Special Master shall file an updated Final Recommendation whether he continues to recommend the Dalinar transaction or instead recommends a Superior Proposal.

1

| Event | Scenario A Deadline[1] | Scenario B– Different Final Recommendation-- Deadline[2] |
|---|---|---|
| Deadline to identify all witnesses that parties intend to call at the Sale Hearing (including any expert witnesses) and provide a statement summarizing each witness's intended testimony and justification for calling them. | Sunday August 31, 2025 | Sunday August 31, 2025 |
| Deadline for any Competing Objector to disclose its own bid materials (such materials to be commensurate with those disclosed by the Special Master of the recommended bid)[4] | Tuesday, September 2, 2025 | Tuesday, September 2, 2025 |
| Deadline to serve deposition notices | Wednesday, September 3, 2025 | Wednesday, September 3, 2025 |
| Deadline for filing surreplies (if any) responding to objections to the Special Master's July 2, 2025 Recommendation | Wednesday, September 3, 2025 | Wednesday, September 3, 2025 |
| Deadline to serve any opening expert reports (limited to addressing issues relating to a change to the Special Master's Final Recommendation or his decision not to change his Final Recommendation) | Wednesday, September 3, 2025 | Wednesday, September 3, 2025 |
| Deadline for filing responses to any Dalinar motion to strike | Friday, September 5, 2025 | Friday, September 5, 2025 |
| Deadline to substantially complete document productions | Friday, September 5, 2025 | Friday, September 5, 2025 |
| Deadline to serve any expert reports responding to any opening expert reports served on September 3, 2025 | Sunday, September 7, 2025 | Sunday, September 7, 2025 |

---

[4] "Competing Objector" means any party objecting to the updated Final Recommendation on the basis that its bid should have been selected as the final recommended bid by the Special Master.

| Event | Scenario A Deadline[1] | Scenario B– Different Final Recommendation-- Deadline[2] |
|---|---|---|
| Deadline for the Special Master to, after conferring with the SPPs and any interested entity that intends to participate in the Sale Hearing, file a joint status report regarding the requested time allotment for each party and witnesses to be called at the Sale Hearing. | Tuesday, September 9, 2025 | Tuesday, September 9, 2025 |
| Conclusion of any further limited discovery | Tuesday, September 9, 2025 | Tuesday, September 9, 2025 |
| Telephonic status conference before the Court; the Special Master shall make arrangements for a court reporter for the teleconference and provide dial-in information for the call | Wednesday, September 10, 2025 | Wednesday, September 10, 2025 |
| Deadline for Dalinar to file a reply in support of any motion to strike | Thursday, September 11, 2025 | Thursday, September 11, 2025 |
| Deadline for parties to notify the Court if they plan to make opening statements at the Sale Hearing | Friday, September 12, 2025, by 12:00 p.m. ET | Friday, September 12, 2025, by 12:00 p.m. ET |
| Deadline for filing objections to the Special Master's updated Final Recommendation | Friday, September 5, 2025 | Friday, September 12, 2025 |
| Deadline to disclose exhibits pursuant to FRCP 26(a)(3) | Friday, September 12, 2025 | Friday, September 12, 2025 |
| Deadline to serve objections to FRCP 26(a)(3) exhibit disclosures | Saturday, September 13, 2025 | Saturday, September 13, 2025 |
| Sale Hearing | Monday, September 15, to Thursday, September 18, 2025 | Monday, September 15, to Thursday, September 18, 2025 |
| Deadline for filing responses to objections to the Special Master's updated Final Recommendation | Thursday, September 11, 2025 | Friday, September 26, 2025 |

| Event | Scenario A Deadline[1] | Scenario B–Different Final Recommendation--Deadline[2] |
|---|---|---|
| Deadline for filing replies in support of objections to the Special Master's updated Final Recommendation | | Friday, October 3, 2025 |
| Deadline for the Special Master to, after conferring with the SPPs and any interested entity that intends to participate in the Sale Hearing, file a joint status report regarding the requested time allotment for each party and witnesses to be called at the Sale Hearing #2 | | Monday, October 5, 2025 |
| Telephonic status conference before the Court. The Special Master shall make arrangements for a court reporter for the teleconference and provide dial-in information for the call | | Wednesday, October 7, 2025 |
| Deadline to disclose exhibits pursuant to FRCP 26(a)(3) | | Thursday, October 9, 2025 |
| Deadline for parties to notify the Court if they plan to make opening statements at the Sale Hearing | | Friday, October 10, 2025 |
| Deadline to serve objections to FRCP 26(a)(3) exhibit disclosures | | Friday, October 10, 2025 |
| Continuation of the Sale Hearing (if necessary) | Monday, October 20, to Tuesday, October 21, 2025 | Monday, October 20, to Tuesday, October 21, 2025 |