# **EXHIBIT A**

# Matthew H. Kirtland

| | |
|---|---|
| **Subject:** | FW: Notice of Competing Proposal |

**From:** Bentley, Chase <Chase.Bentley@weil.com>
**Sent:** Tuesday, July 1, 2025 5:42 PM
**To:** privett@goldreserve.com; CGardner@brownrudnick.com; Matthew H. Kirtland <matthew.kirtland@nortonrosefulbright.com>
**Cc:** Project.Horizon.Weil <Project.Horizon.Weil@weil.com>
**Subject:** Notice of Competing Proposal

**External Email - Use Caution**

Gold Reserve Team,

Pursuant to Section 6.16(c) of the Stock Purchase Agreement, dated June 25, 2025, the Special Master is hereby notifying you that he received a Competing Proposal on June 30, 2025. As required by the Stock Purchase Agreement, the Special Master has also notified the Court of his receipt of the Competing Proposal.

Regards,
Chase



**Chase Bentley**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Chase.Bentley@weil.com
+1 212 310 8871 Direct
+1 401 258 8529 Mobile

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.