## **EXHIBIT B**

## Matthew H. Kirtland

| | |
|---|---|
| **Subject:** | FW: Notice of Competing Unsolicited Proposal |

Denton Nichols denton.nichols@nortonrosefulbright.com

**From:** Clarke, Andrew <Andrew.Clarke@weil.com>
**Sent:** Monday, August 11, 2025 9:34 AM
**To:** privett@goldreserve.com
**Cc:** Gardner, Catherine B. <cgardner@brownrudnick.com>; Matthew H. Kirtland <matthew.kirtland@nortonrosefulbright.com>; Barr, Matt <Matt.Barr@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>; Keenan, Eoghan <eoghan.keenan@weil.com>; Project.Horizon.Weil <Project.Horizon.Weil@weil.com>
**Subject:** Notice of Competing Unsolicited Proposal

**External Email - Use Caution**

Dear Mr. Rivett,

Pursuant to Section 6.16(c) of the Stock Purchase Agreement, dated June 25, 2025, the Special Master is hereby notifying you that he received a Competing Proposal on August 8, 2025. As required by the Stock Purchase Agreement, the Special Master has also notified the Court of his receipt of the Competing Proposal.

Catherine Gardner of Brown Rudnick LLP and Matthew Kirkland of Norton Rose Fulbright US, LLP are copied to this correspondence.

Regards,



**Andrew Clarke**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
andrew.clarke@weil.com
+1 212 310 8932 Direct
+1 332 262 8542 Mobile