# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 1:17-mc-00151-LPS |

## VALORES MUNDIALES, S.L. AND CONSORCIO ANDINO, S.L.'S JOINDER TO GOLD RESERVE'S MOTION TO STRIKE SPECIAL MASTER'S NOTICE OF SUPERIOR PROPOSAL

Valores Mundiales, S.L. and Consorcio Andino, S.L. (together, "Valores") hereby join Gold Reserve's Motion to Strike the Special Master's Notice of Superior Proposal, dated August 27, 2025 (D.I. 2117) (the "Motion"). As the Motion shows, the Notice of Special Master's Determination of Superior Proposal, dated August 25, 20205 (D.I. 2113), contradicts the plain language of the bidder protections and prior orders of this Court. For the reasons set forth in the Motion, the Notice should be stricken.

Valores reserves all rights in connection with the Motion and the Notice, including the right to appear and be heard on any issue relating to any of the foregoing.

1

82949158;1

|  | Respectfully submitted, |
|---|---|
| Dated: August 28, 2025 | AKERMAN LLP |
| *Of Counsel*: | /s/ *Brian R. Lemon* |
| Miguel López Forastier (admitted *pro hac vice*) | Andrew S. Dupre (# 4621) |
| Mark D. Herman (admitted *pro hac vice*) | Brian R. Lemon (# 4730) |
| José E. Arvelo (admitted *pro hac vice*) | 222 Delaware Avenue, St. 1710 |
| Amanda Tuninetti (admitted *pro hac vice*) | Wilmington, DE 19801 |
| COVINGTON & BURLING LLP | (302) 596-9200 |
| One City Center | Andrew.dupre@akerman.com |
| 850 Tenth Street, N.W. | Brian.lemon@akerman.com |
| Washington, D.C. 20001 | |
| Tel: 202-662-5185 | *Attorneys for Plaintiffs Valores Mundiales,* |
| mlopezforastier@cov.com | *S.L. and Consorcio Andino, S.L.* |
| mherman@cov.com | |
| jarvelo@cov.com | |
| atuninetti@cov.com | |