## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 17-151-LPS |
| | ) | |
| BOLIVARIAN REPUBLIC OF | ) | |
| VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF
## CERTAIN BID MATERIALS RECEIVED BY SPECIAL MASTER

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Dated: August 29, 2025
12444865 / 21202.00001

Myron T. Steele (#0002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

PLEASE TAKE NOTICE THAT, pursuant to the *Scheduling Order* (D.I. 2110), the Special Master[1] hereby files certain bid materials received by the Special Master (i) on August 22, 2025, from Bidder C that submitted an Unsolicited Competing Proposal; and (ii) on August 28, 2025, from Dalinar Energy Corporation ("**Dalinar**") in connection with its match right pursuant to section 6.1(d) of the Dalinar SPA (as defined in the Recommendation) following the Special Master's notification of receipt of a Superior Proposal on August 25, 2025 (D.I. 2113) (such materials, collectively, the "**Bid Materials**").[2]  The Special Master separately filed the final bid letter and other bid materials submitted by Amber Merger Sub LLC ("**Amber**"), a wholly-owned subsidiary of Amber Energy Inc., an affiliate of Elliott Investment Management L.P., as exhibits to the *Special Master's Updated Final Recommendation* filed concurrently herewith (the "**Recommendation**").  The Bid Materials submitted by Dalinar, including its revised bid letter, an equity commitment letter with Valores Mundiales, S.L. and Consorcio Andino, S.L., an offer letter to Contrarian Capital Management, L.L.C., and a redline to the Dalinar SPA proposing amendments, are attached hereto as **<u>Exhibit A</u>**.  The Bid Materials submitted by Bidder C, including its bid letter and proposed stock purchase agreement, are attached hereto as **<u>Exhibit B</u>**. The Bid Materials attached hereto contain minimal redactions intended to preserve the

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 481) (the "**Sale Procedures Order**") and in the Recommendation (as defined herein), as applicable.

[2] The Bid Materials attached hereto do not include the financing commitment letters submitted by the applicable bidders, if any.

confidentiality of Bidder C's identity and any other sensitive information.[3]  *See Memorandum Order Regarding Sale Process and Litigation* dated December 31, 2024 (D.I. 1517) ¶ 23.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ Myron T. Steele*

Myron T. Steele (#0002)

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

Dated: August 29, 2025

*Counsel for Special Master Robert B. Pincus*

12444865 / 21202.00001

---

[3] The identity of Dalinar is public in connection with its bid previously recommended by the Special Master.