IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) | |
| Defendant. | ) | |

## AMBER ENERGY, INC. DISCLOSURE OF WITNESSES

Pursuant to the scheduling order entered on August 22, 2025, D.I. 2110, Amber Energy, Inc. ("Amber") hereby gives notice that it intends to call the following witness at the Sale Hearing:

| **Witness** | **Potential Testimony** | **Justification** |
|---|---|---|
| Michael Turkel | Amber's August 22 bid—which the Special Master has recommended the Court adopt as the Updated Final Recommendation (D.I. 2123)—and related factual background. | Mr. Turkel's testimony is warranted because Amber's bid has been designated the Updated Final Recommendation, and the Sale Hearing will evaluate whether to approve Amber's bid. Mr. Turkel will offer context to the bid in evaluating its approval. |

Amber reserves all rights, including the rights to call other parties' witnesses and to call rebuttal witnesses.

1

| | |
|---|---|
| Dated:  August 31, 2025 | Respectfully submitted, |
| OF COUNSEL:<br>Andrew J. Rossman<br>Susheel Kirpalani<br>Matthew R. Scheck<br>Jonathan M. Acevedo<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 Fifth Avenue<br>New York, New York 10016<br>(212) 849-7000<br>susheelkirpalani@quinnemanuel.com<br>andrewrossman@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>-and-<br><br>Stephen M. Baldini<br>Stephanie Lindemuth<br>Richard J. D'Amato<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036-6745<br>(212) 872-1000<br>sbaldini@akingump.com<br>slindemuth@akingump.com<br>rdamato@akingump.com<br><br>-and-<br><br>Julius Chen<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Tower<br>2001 K St NW<br>Washington, DC 20006-1037<br>(202) 887-4000<br>jchen@akingump.com | /s/ Michael A. Barlow<br>Michael A. Barlow (No. 3928)<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>500 Delaware Avenue, Suite 220<br>Wilmington, Delaware 19801<br>(302) 302-4000<br>michaelbarlow@quinnemanuel.com<br><br>*Attorneys for Amber Energy Inc.* |