Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

August 29, 2025.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
by Leroy Garrett Member of Petroamigos de Venezuela.
**Case**: 1:17-mc-00151-LPS.

Dear Mr. Lohan,

I am writing to formally request that the attached: **SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF NOTICE OF APPEAL AND MOTION FOR STAY PENDING APPEAL**, to be placed at the docket, such motion, belonging to movant's appeal before the Third Circuit U.S. Court of Appeals, docketed already as CRYSTALLEX INTERNATIONAL CORP versus BOLIVARIAN REPUBLIC OF VENEZUELA. ( No. 25-cv-02519). Important to point out that the first supplemental brief in support of the notice of appeal dated August 23, 2025 has not been published.

Enclosed also you will find a cashier check in the amount of $600, intended to cover the appeal costs.

Thank you for your attention to this matter. I appreciate your assistance and look forward to your confirmation of receipt and docketing.

Sincerely,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Member of Petroamigos de Venezuela (ONG)