OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Randall Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

September 2, 2025

**Dr. Leroy A. Garrett**
6725 S Fry Rd. Ste 700 -338
Katy, Texas 77494

RE:   CHECK RETURN (Check No. 436004235) – INCORRECT AMOUNT

Dear Dr. Leroy A. Garrett,

Enclosed is a check being returned by the Clerk's Office without action. The check is in the amount of $600.00 for the Appeal Filing Fee. The check cannot be processed because the total amount owed is $605.00. Please send a new check for $605.00.

Please review the Fee Schedule & Refund Policy at the following link: www.ded.uscourts.gov/fee-schedule-refund-policy, and return your payment (if necessary) with a copy of this letter.

Sincerely,

Randall Lohan
CLERK

Enc. Original Check

cc:   Alpha File
      Finance

s/jfm