**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Of Counsel
Direct 302.984.6030

September 2, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

    Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
          D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

    I represent the Special Master Robert B. Pincus in the above-referenced action. Pursuant to the Court's Scheduling Order dated August 22, 2025 (D.I. 2110), a court reporter from Veritext has been arranged for the teleconference scheduled for Wednesday, September 10, 2025, at 3:30 p.m. (ET). Dial-in details are provided below:

    Dial-In Number: (877) 304-9269
    Guest Passcode: 2719842

    Members of the public interested in listening to the argument will be muted upon entry into the telephonic argument. To unmute and re-mute yourself, press ##1.

    As always, I am available should the Court have any questions.

                        Respectfully submitted,

                        */s/ Myron T. Steele*

                        Myron T. Steele

                        On Behalf of Robert B. Pincus, Special Master for the United States District Court for the District of Delaware

MTS:nmt/12445422/21202.00001

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via CM/ECF)