IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) No. 1:17-mc-00151-LPS |
| v. | ) |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| *Defendant*. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the Highly Confidential version of the Expert Reply Report of José Alberro, Ph.D. to Opinions Offered by Mr. Gary Kleinrichert along with Dr. Alberro's reliance materials were caused to be served on August 22, 2025, upon the following, who have executed Exhibit A to the Confidentiality Order (D.I. 1555-1) via electronic mail:

| *Attorneys for Special Master Robert B. Pincus* | *Attorneys for Bolivarian Republic of Venezuela* |
|---|---|
| David Lender<br>Chase A. Bentley<br>Jared Friedmann<br>Aaron Curtis<br>WEIL, GOTSHAL & MANGES LLP<br>matt.barr@weil.com<br>david.lender@weil.com<br>chase.bentley@weil.com<br>jared.friedmann@weil.com<br>aaron.curtis@weil.com | Donald B. Verrilli, Jr.<br>Elaine J. Goldenberg<br>Ginger D. Anders<br>George M. Garvey<br>Adeel Mohammadi<br>Seth Goldman<br>MUNGER, TOLLES & OLSON LLP<br>donald.verrilli@mto.com<br>elaine.goldenberg@mto.com<br>ginger.anders@mto.com<br>george.garvey@mto.com<br>adeel.mohammadi@mto.com<br>seth.goldman@mto.com |

| | |
|---|---|
| ***Attorneys for Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V.*** | ***Attorneys for Petróleos de Venezuela, S.A.*** |

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
rgmason@wlrk.com
arwolf@wlrk.com
mhcassel@wlrk.com

Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
David V. Holmes
Sara Dangon
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com
dholmes@curtis.com
sdangon@curtis.com

***Attorneys for Crystallex International Corporation***

***Attorneys for Gold Reserve, Inc.***

Robert L. Weigel
Rahim Moloo
Jason W. Myatt
Zachary Kady
Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
Brian McCarty
Karsten Ball
GIBSON, DUNN & CRUTCHER LLP
rweigel@gibsondunn.com
rmoloo@gibsondunn.com
jmyatt@gibsondunn.com
zkady@gibsondunn.com
mestrada@gibsondunn.com
ltownsend@gibsondunn.com
asmith@gibsondunn.com
bmccarty@gibsondunn.com
kball@gibsondunn.com

Kevin J. Mangan
Matthew P. Ward
WOMBLE BOND DICKINSON (US) LLP
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com

Matthew H. Kirtland
Katherine G. Connolly
Taylor J. LeMay
NORTON ROSE FULBRIGHT US LLP
matthew.kirtland@nortonrosefulbright.com
katie.connolly@nortonrosefulbright.com
taylor.lemay@nortonrosefulbright.com

***Attorneys for Blackrock and Contrarian***

***Red Tree Investments LLC***

Daniel A. Mason
Sabrina M. Hendershot
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
dmason@paulweiss.com
shendershot@paulweiss.com

Steven F. Molo
Justin M. Ellis
Mark W. Kelley
Lauren F. Dayton
Joshua D. Bloom
Pratik K. Raj Ghosh

2

Jeffrey J. Recher
Paul A. Paterson
Tyler B. Myers
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
jrecher@paulweiss.com
ppaterson@paulweiss.com
tmyers@paulweiss.com

MOLOLAMKEN LLP
smolo@mololamken.com
jellis@mololamken.com
mkelley@mololamken.com
ldayton@mololamken.com
jbloom@mololamken.com
prajghosh@mololamken.com

Lois S. Ahn
MOLOLAMKEN LLP
lahn@mololamken.com

***Attorneys for Koch Minerals SARL and Koch Nitrogen International SARL***

Kevin J. Mangan
Matthew P. Ward
WOMBLE BOND DICKINSON (US) LLP
kevin.mangan@wbd-us.com
matthew.ward@wbd-us.com

Nicholas J. Zluticky
Matthew Moderson
Courtney Harrison
Zach Hemenway
Miranda Swift
STINSON LLP
nicholas.zluticky@stinson.com
matthew.moderson@stinson.com
courtney.harrison@stinson.com
zachary.hemenway@stinson.com
miranda.swift@stinson.com

***Attorneys for Rusoro Mining Ltd.***

Angela Whitesell
Robert Craig Martin
Caleb G. Johnson
James E. Berger
Charlene Sun
Alice Adu Gyamfi
Joshua S. Wan
DLA PIPER, LLP (US)
angela.whitesell@us.dlapiper.com
craig.martin@dlapiper.com
caleb.johnson@us.dlapiper.com
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com
alice.gyamfi@us.dlapiper.com
Joshua.wan@dlapiper.com

***Attorneys for ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.***

Joshua S. Bolian
Jared A. Hagler
RILEY & JACOBSON, PLC
jbolian@rjfirm.com
jhagler@rjfirm.com

***Attorneys for OI European Group B.V.***

Jody C. Barillare
Christopher L. Carter
David K. Shim
MORGAN, LEWIS & BOCKIUS LLP
jody.barillare@morganlewis.com
christopher.carter@morganlewis.com
david.shim@morganlewis.com

| | |
|---|---|
| **Attorneys for Siemens Energy Inc. and XYQ US, LLC** | **Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.** |
| John T. Miraglia<br>Justin M. Forcier<br>Brian M. Rostocki<br>Mitch Bailey<br>Arturo Muñoz Holguin<br>REED SMITH LLP<br>jmiraglia@reedsmith.com<br>jforcier@reedsmith.com<br>brostocki@reedsmith.com<br>mbailey@reedsmith.com<br>amunoz@reedsmith.com | Miguel López Forastier<br>José E. Arvelo<br>Mark D. Herman<br>Amanda Tuninetti<br>COVINGTON & BURLING LLP<br>mlopezforastier@cov.com<br>jarvelo@cov.com<br>mherman@cov.com<br>atuninetti@cov.com |

The undersigned hereby certifies that copies of the Confidential redacted version of the Expert Reply Report of José Alberro, PhD to Opinions Offered by Mr. Gary Kleinrichert along with Dr. Alberro's reliance materials were caused to be served on August 26, 2025, upon those listed above and upon the following via electronic mail:

**Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.**

Andrew S. Dupre
Brian R. Lemon
AKERMAN LLP
andrew.dupre@akerman.com
brian.lemon@akerman.com

Miguel López Forastier
José E. Arvelo
Mark D. Herman
COVINGTON & BURLING LLP
mlopezforastier@cov.com
jarvelo@cov.com
mherman@cov.com

| | |
|---|---|
| *Attorneys for Rosneft Trading S.A.*<br><br>Christopher P. Simon<br>Michael L. Vild<br>CROSS & SIMON, LLC<br>csimon@crosslaw.com<br>mvild@crosslaw.com | *Attorneys for Girard Street Investment Holdings LLC*<br><br>Andrew Hall Sauder<br>DAILEY LLP<br>asauder@daileyllp.com<br><br>Joseph O. Larkin<br>Robert D. Drain<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>joseph.larkin@skadden.com<br>robert.drain@skadden.com<br><br>Michael J. Baratz<br>Emma Marshak<br>Steven K. Davidson<br>STEPTOE LLP<br>mbaratz@steptoe.com<br>emarshak@steptoe.com<br>sdavidson@steptoe.com |
| *Attorneys for Rudi Lovati and Alessandro Lucibello Piani*<br><br>Christopher M. Winter<br>James C. Carignan<br>Mackenzie Marie Wrobel<br>Tracey E. Timlin<br>DUANE MORRIS LLP<br>ttimlin@duanemorris.com<br>jccarignan@duanemorris.com<br>cmwinter@duanemorris.com<br>mmwrobel@duanemorris.com | *Attorneys for Ostrider Limited, UML Blandford Limited, Union Glory Limited and Clion Limited*<br><br>Scott James Leonhardt<br>ESBROOK P.C.<br>scott.leonhardt@esbrook.com<br><br>John R. Keough, III<br>Juan J. Itriago<br>Veronica L. Dunlop<br>CLYDE & CO LLP<br>john.keough@clydeco.us<br>juan.itriago@clydeco.com<br>veronica.dunlop@clydeco.us |
| *Attorneys for Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman*<br><br>Stephen B. Brauerman<br>BAYARD, P.A.<br>sbrauerman@bayardlaw.com | *Attorneys for Northrop Grumman Ship Systems, Inc. and Saint-Gobain Performance Plastics Europe*<br><br>Peter James Keane<br>Laura Davis Jones<br>PACHULSKI, STANG, ZIEHL & JONES, LLP |

5

David W. Bowker
WILMER CUTLER PICKERING HALE AND DORR LLP
david.bowker@wilmerhale.com

pkeane@pszjlaw.com
ljones@pszjlaw.com

Alexander A. Yanos
Robert H. Poole II
Apoorva Patel
ALSTON & BIRD LLP
alex.yanos@alston.com
robert.poole@alston.com
apoorva.patel@alston.com

*Attorneys for U.S. Bank National Association*

Alessandra Glorioso
DORSEY & WHITNEY LLP
glorioso.alessandra@dorsey.com

Michelle M. McGreal
CLIFFORD CHANCE US LLP
michelle.mcgreal@cliffordchance.com

*Attorneys for Tenaris S.A., Talta-Trading eMarketing Sociedade Unipessoal Lda., and Gramercy Distressed Opportunity Fund LLC*

Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
tk@hfk.law

Mark Friedman
William Taft
Carl Micarelli
Sarah Lee
Juan Fandino
Caroline H. Wallace
DEBEVOISE & PLIMPTON LLP
mwfriedman@debevoise.com
whtaft@debevoise.com
slee1@debevoise.com
jfandino@debevoise.com
cmicarelli@debevoise.com
chwallace@debevoise.com

*Attorneys for Green Earth Technologies, Inc.*

Michael W. McDermott
Zachary J. Schnapp
BERGER MCDERMOTT LLP
mmcdermott@bergermcdermott.com
zschnapp@bergermcdermott.com

*Attorneys for Banco San Juan Internacional, Inc.*

Thomas A. Uebler
Adam J. Waskie
Terisa A. Shoremount
MCCOLLOM D'EMILIO SMITH UEBLER LLC
tuebler@mdsulaw.com
awaskie@mdsulaw.com
tshoremount@mdsulaw.com

6

M. Imad Khan
Rachael E. Thompson
Kelly A. Librera
WINSTON & STRAWN LLP
ikhan@winston.com
rthompson@winston.com
klibrera@winston.com

***Attorneys for Refineria Di Korsou N.V.***

Michael Busenkell
Margaret England
Michael Van Gorder
Ronald S. Gellert
GELLERT SEITZ BUSENKELL
& BROWN, LLC
mbusenkell@gsbblaw.com
mengland@gsbblaw.com
mvangorder@gsbblaw.com
rgellert@gsbblaw.com

Jeffrey S. Boxer
CARTER LEDYARD & MILBURN LLP
boxer@clm.com

***Attorneys for Huntington Ingalls Incorporated***

Michael Busenkell
Margaret England
Michael Van Gorder
Ronald S. Gellert
GELLERT SEITZ BUSENKELL &
BROWN, LLC
mbusenkell@gsbblaw.com
mengland@gsbblaw.com
mvangorder@gsbblaw.com
rgellert@gsbblaw.com

***Attorneys for Mobil Cerro Negro Holding, LLC, Venezuela Holdings, B.V., Mobil Cerro Negro, Ltd.***

Arthur G. Connolly, III
CONNOLLY GALLAGHER LLP
aconnolly@connollygallagher.com

***Attorneys for the United States***

Stephen M. Elliott
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
stephen.m.elliott@usdoj.gov

***Attorneys for Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd.***

Sarah T. Andrade
BAYARD, P.A.
sandrade@bayardlaw.com

***Attorneys for Amber Energy Inc.***

Michael A. Barlow
Shannon Doughty
Andrew J. Rossman
Susheel Kirpalani
Matthew R. Scheck
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
michaelbarlow@quinnemanuel.com
shannondoughty@quinnemanuel.com

7

andrewrossman@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
matthewscheck@quinnemanuel.com

Richard J. D'Amato
Stephanie Lindemuth
Stephen M. Baldini
Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
rdamato@akingump.com
slindemuth@akingump.com
sbaldini@akingump.com
chenj@akingump.com

Erin E. Murphy
H. Bartow Farr
CLEMENT & MURPHY, PLLC
erin.murphy@clementmurphy.com
bartow.farr@clementmurphy.com

*Attorneys for Vitol Inc.*

Michael W. Yurkewicz
KLEHR HARRISON HARVEY BRANZBURG LLP
myurkewicz@klehr.com

Chad J. Husnick, P.C.
Jeffrey Michalik
Anna G. Rotman, P.C
Grant Jones
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
chad.husnick@kirkland.com
jeff.michalik@kirkland.com
anna.rotman@kirkland.com
grant.jones@kirkland.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Nathan P. Eimer<br>Daniel D. Birk<br>Gregory M. Schweizer<br>Alec Solotorovsky<br>Hannah M. Bucher<br>EIMER STAHL LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>NEimer@eimerstahl.com<br>DBirk@eimerstahl.com<br>GSchweizer@eimerstahl.com<br>ASolotorovsky@eimerstahl.com<br>HBucher@eimerstahl.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Phillip Reytan*<br>Susan W. Waesco (#4476)<br>Alexandra M. Cumings (#6146)<br>Phillip Reytan (#7255)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>SWaesco@morrisnichols.com<br>ACumings@morrisnichols.com<br>PReytan@morrisnichols.com<br><br>*Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation* |

September 4, 2025