# EXHIBIT 1

Page 1

```
1          IN THE UNITED STATES DISTRICT COURT
               FOR THE STATE OF DELAWARE
2                      -   -   -
3    CRYSTALLEX INTERNATIONAL :   NO. 2023-cv-1074
     CORP.,                   :
4                             :
                 Plaintiff,:
5                             :
        v.                    :
6                             :
     BOLIVARIAN REPUBLIC OF   :
7    VENEZUELA,               :
                              :
8                Defendant.:
9                      -   -   -
10                 August 18, 2025
11                     -   -   -
12               Hearing in the above captioned
13          matter, held at United States
14          District Court, 844 N. King Street,
15          Unit 18, Wilmington, Delaware
16          19801, beginning at approximately
17          10:00 a.m., before Mary Hammond, a
18          Certified Shorthand Reporter and
19          Notary Public in the state of
20          Pennsylvania.
21
22
23
24
```

Page 2

1    PRESENT IN THE COURTROOM VIA SIGN IN SHEET:

2       Nate Eimer, Esquire

3       Daniel Birk, Esquire

4       Travis Hunter, Esquire

5       Jeffrey Moyer, Esquire

6       Robert Weigel, Esquire

7       Jason Myatt, Esquire

8       Zach Kady, Esquire

9       Joshua Bolian, Esquire

10      Marie Degnan, Esquire

11      Juan Perla, Esquire

12      George Garvey, Esquire

13      R. Craig Martin, Esquire

14      James Berger, Esquire

15      Alice Gyamfi, Esquire

16      Kevin J. Morgan, Esquire

17      Matthew H. Kirtland, Esquire

18      Michael J. Zluticky, Esquire

19      Kevin Manga, Esquire

20      Brendan McDonnell, Esquire

21      Chris Cannatar, Esquire

22      Jody Barillare, Esquire

23      Chirs Carter, Esquire

24      David Shim, Esquire

Page 3

1   PRESENT IN THE COURTROOM VIA SIGN IN SHEET CONTINUED:

2     Brian Lemon, Esquire

3     Miguel Lopez Forastien, Esquire

4     Leroy A. Gannett, Esquire

5     Justin M. Forcier, Esquire

6     Daniel Mason, Esquire

7     Jeffrey Reacher, Esquire

8     Malisa Dang, Esquire

9     Chase Bentley, Esquire

10    Jared Friedmann, Esquire

11    Matthew Barr, Esquire

12    Susan Warsuo, Esquire

13    Jennifer Cree, Esquire

14    Steen Molo, Esquire

15    Justin Ellis, Esquire

16    Gregory Ranzini, Esquire

17    Paul Koepp, Esquire

18    Alessandra Glonois, Esquire

19    Michelle McGreal, Esquire

20    Garrett Moritz, Esquire

21    Elizabeth Taylor, Esquire

22    Michael Cassel, Esquire

23    Marcus Green, Esquire

24    Shannon Doughty, Esquire

Page 4

1    PRESENT IN THE COURTROOM VIA SIGN IN SHEET CONTINUED:

2      Andrew Rossman, Esquire

3      Jonathan Acevedo, Esquire

4      Susan Kirpalani, Esquire

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
                                          Page 5

 1                    -    -    -

 2            P - R - O - C - E - E - D - I - N - G - S

 3                    -    -    -

 4            THE COURT:  Please have a

 5       seat.

 6            Let's begin by having you

 7       enter your appearances beginning

 8       with Special Master, please.

 9            MS. DANG:  Good morning, Your

10       Honor.

11            Malisa Dang, with Potter

12       Anderson & Corroon, on behalf of

13       the Special Master, Robert B.

14       Pincus.

15            I'm joined by my cocounsel,

16       from Weil, Gotshal & Manges,

17       Chase Bentley, Jared Friedman, and

18       Matthew Barr.

19            THE COURT:  Good morning.

20       Thank you.

21            Folks are joining the meeting.

22            All right.  That's the Sale

23       Process party.

24            Good morning, Your Honor.
```

                                                      Page 6

1              Jeff Moyer, from Richards, Layton &
2              Finger, on behalf of Crystallex.
3                   I'm here with my partner,
4              Travis Hunter.
5                   We're joined by our cocounsel,
6              Miguel Estrada, Robert Weigel,
7              Jason Myatt, and Zach Kady, from
8              the Gibson Dunn firm.
9                   THE COURT:  All right.
10                  Thank you.
11                  Conoco Phillips.
12                  Good morning.
13                  MR. MORITZ:  Good morning,
14             Your Honor.
15                  Garrett Moritz, from Rose,
16             Aronstam, on behalf of Conoco
17             Phillips.
18                  I'm joined by my colleague,
19             Elizabeth Taylor;
20                  And, also, my cocounsel from
21             Wachtell Lipton, Mike Cassel;
22                  And from Kobre & Kim,
23             Marcus Green.
24                  And Mr. Cassel will be

Page 7

1          speaking for Conoco today.

2                  Thank you, Your Honor.

3                  THE COURT:  I am having a

4          little trouble hearing as well.

5                  I don't know if you can turn

6          up the volume on the microphone.

7          If we can, let's try.

8                  Let's turn to the Venezuela

9          parties, please.

10                 MS. WAESCO:  Good morning,

11         Your Honor.  Susan Waesco, from

12         Morris, Nichols, Arsht & Tunnel, on

13         behalf of PDVH Holding and Citgo.

14                 I'm joined today by Nate Eimer

15         and Dan Birk from Eimer Stahl.

16                 THE COURT:  Thank you.

17                 MS. WAESCO:  Thank you, Your

18         Honor.

19                 THE COURT:  Good morning.

20                 MR. McDONNELL:  Good morning,

21         Your Honor.

22                 Brendan McDonnell, from Heyman

23         Enerio Gattuso & Hirzel, on behalf

24         of PDVSA, joined by my cocounsel,

```
                                             Page 8
 1              Juan Perla, from Curtis.
 2                   Thank you.
 3                   MR. CANNATARO:  Good morning,
 4              Your Honor.
 5                   Chris Cannataro, from Abrams &
 6              Bayliss, on behalf of Republic.
 7                   I'm joined by George Garvey,
 8              from Munger, Tolles & Olson.
 9                   MR. GARVEY:  Good morning,
10              Your Honor.
11                   THE COURT:  Anybody -- I'm
12              pointing to my right side of the
13              courtroom -- who wants to enter an
14              appearance, starting with -- well,
15              let's start with the front row.
16              Just go from the front towards the
17              back.  Thank you.
18                   Good morning.
19                   MR. MANGAN:  Good morning,
20              Your Honor.
21                   Kevin Mangan, from Womble Bond
22              Dickinson, for Gold Reserve Ltd.
23                   Allow me to make some
24              introductions, from left to right:
```

Page 9

1           Matthew Kirtland, from Norton
2     Rose Fulbright, my cocounsel;
3           Paul Rivett, who is the Chief
4     Executive Officer of Gold Reserve;
5           Michael Johnston, Board
6     Member.
7           And, then, we have Sy Ahmed, a
8     representative;
9           And Catherine Holt, in-house
10    counsel, separately for the Koch
11    entities.
12          Allow me to introduce
13    Nicholas Zluticky of the Stinson
14    firm.
15          THE COURT:  Okay.
16          Good morning to all of you.
17          MR. MARTIN:  Good morning,
18    Your Honor.
19          Craig Martin, from DLA Piper.
20    And I have with me Mr. James
21    Burger, we will make any
22    presentation;
23          And Ms. Alice Gyamfi from our
24    firm in New York.

```
 1                THE COURT:  Okay.
 2                MR. MARTIN:  Thank you.
 3                MR. BARRILLARE:  Good morning,
 4        Your Honor.
 5                Jody Barrillare, from Morgan
 6        Lewis, on behalf of OIEG.
 7                And with me today are my
 8        colleagues, Christopher Carter, and
 9        David Shim.
10                And Mr. Carter will handle the
11        presentation today.
12                Thank you, Your Honor.
13                THE COURT:  Good morning.
14                MR. RANZINI:  Good morning,
15        Your Honor.
16                Gregory Ranzini, of Blank Rome
17        LLP, on behalf of the GLAS Americas
18        LLC, solely in its capacity as a
19        collect hold agent.
20                I am joined here today by my
21        colleague, Paul Koepp, of Seward &
22        Kissel, who, with the Court's
23        permission, will be speaking if we
24        have to speak today.
```

Page 11

1          THE COURT:  Okay.

2          MR. RANZINI:  Thank you.

3          THE COURT:  Good morning.

4          MS. DOUGHTY:  Good morning,

5     Your Honor.

6          Shannon Doughty, from Quinn

7     Emanuel, on behalf of Amber Energy.

8          I'm here today with my

9     colleagues, Shusheel Kirpalani and

10    Andrew Rossman and Jonathan

11    Acevedo.

12          THE COURT:  Okay.

13          Welcome.

14          MS. CREE:  Good morning, Your

15    Honor.

16          Jennifer Cree, from Landis

17    Rath & Cobb, on behalf of Red Tree

18    Investments, LLC.

19          I'm joined this morning by my

20    colleagues, Steven Molo, and

21    Justin Ellis.

22          I expect Mr. Molo to speak on

23    behalf of Red Tree.

24          THE COURT:  Okay.

Page 12

1            MS. CREE:  And while I'm up

2        here, I'll also tell you that we

3        represent Contrary Capital

4        Management, LLC as well.

5            THE COURT:  Thank you very

6        much.

7            Anyone else on this side of

8        the courtroom who wants to enter an

9        appearance?

10           (No response.)

11           THE COURT:  Okay.

12           Well, we'll turn to starting

13       with the front row of the other

14       side.

15           MS. DEGNAN:  Good morning,

16       Your Honor.

17           Marie Degnan of Ashby &

18       Geddes, on behalf ACL.

19           I'm joined by my cocounsel,

20       Josh Bolian, of Riley & Jacobson.

21           And with the Court's

22       permission, Mr. Bolian will be

23       speaking on our behalf today.

24           THE COURT:  Good morning.

Page 13

1          MR. BOLIAN:  Good morning.

2          MR. GARRETT:  Good morning,

3     Your Honor.

4          I am Leroy Garrett, pro se, on

5     behalf of 23,000 victims of the

6     Petrolevry Holocaust.

7          Good morning.

8          THE COURT:  Good morning.

9     Welcome.

10          MR. FORCIER:  Good morning,

11     Your Honor.

12          Justin Forcier, of Reed Smith,

13     on behalf of Siemens Energy.

14          And no one is joining me

15     today.

16          Thank you, Your Honor.

17          THE COURT:  Okay.

18          Anyone else on the left side?

19          MR. MASON:  Good morning, Your

20     Honor.

21          Dan Mason, from Paul, Weiss's

22     Wilmington office, on behalf of the

23     2020 Bondholders.

24          I'm joined by my colleagues

Page 14

1          from our New York office,

2          Jeffrey Recher, Andrew Rosenberg,

3          and Sam Arguiles.

4                And Mr. Recher will address

5          any issues on our behalf.

6                THE COURT:  Okay.  Thank you.

7                Anyone else?

8                THE WITNESS:  Good morning,

9          Your Honor.

10                THE COURT:  Good morning.

11                MR. LEMON:  Brian Lemon, of

12          Akerman, joined today by Miguel

13          López Forastier of Covington.

14          We're here on behalf of Tidewater

15          entities, Corsorcio Andino, and

16          Valores Mundiales.

17                THE COURT:  Anybody else here

18          who wants to enter an appearance?

19                (No response.)

20                THE COURT:  Okay.

21                Well, thank you for that.

22          Thank you all for being here.

23                I know we had thought we might

24          be starting the Sale Hearing, but

Page 15

1              as is well documented we're not

2              here for the Sale Hearing today.

3                  We're here essentially to talk

4              about the next steps in this

5              process.

6                  Thank you, also, for the

7              expedited and very helpful briefing

8              over the weekend.

9                  I am going to proceed in the

10             following manner:

11                 I'm first going to give you my

12             updated inclinations.  I have given

13             you my inclinations as to what I

14             thought might be the next steps

15             prior to, of course, receiving the

16             briefing.

17                 Now, I've had a chance to

18             review everybody's position, and I

19             thought it might help the morning

20             go by a little more smoothly to

21             tell you just where I am as we

22             begin.  And, then, of course, I

23             will give everyone who wants to be

24             heard a chance to be heard.

Page 16

1              The updated inclinations are

2         going in roughly the order that you

3         all just entered your appearances,

4         but basically it's Special Master,

5         Sale Process Parties, all of the --

6         turn to the Dalinar Energy

7         Consortium, the current Recommended

8         Bid next, and, then, essentially

9         everybody else who wants to be

10        heard thereafter.

11             Time permitting, a brief

12        rebuttal, but no guarantees about

13        that.

14             And I would say when you come

15        up, not only say what you want to

16        say about my updated inclinations,

17        but I am looking to identify any

18        other issues anyone has in mind

19        that you think I should be thinking

20        about or trying to resolve in hopes

21        of not having to reschedule the

22        Sale Hearing yet again.

23             So here's where I am.

24             Oh, sorry.

Page 17

1                 MS. WAESCO:  Your Honor, if I

2          may, apologies, Susan Waesco, I

3          believe a line was muted in the

4          courtroom, so that people on that

5          line can't hear you right now.

6                 THE COURT:  "Muted" as in they

7          can't hear?

8                 MS. WAESCO:  As in they can't

9          hear you.  I think they turned it

10         down while they were joining the

11         line.

12                THE COURT:  Okay.

13                Let me pause for a moment, and

14         ask my deputies if they can...

15                MS. WAESCO:  Thank you so

16         much.  My apologies for the

17         interruption.

18                THE COURT:  Sure.

19                Do you think it's good?  I

20         guess that's the tradeoff.

21                Ms. Waesco, are you in a

22         position to know whether now they

23         can hear me?

24                MS. WAESCO:  I will know very

Page 18

1          shortly --
2                THE COURT:  Okay.
3                MS. WAESCO:  -- and I will
4          report back.  I will interrupt
5          again if there's a problem.
6                THE COURT:  Please rise again,
7          if you determine that they cannot
8          hear me.  All right.
9                So I think where I was, I want
10         to give you my undated inclinations
11         before we, then, move into hearing
12         from all of you.
13               I'm not necessarily going to
14         give you all my explanations now
15         because this is subject from
16         whatever I hear from you.
17               But my current inclination is
18         to reject the Gold Reserve request
19         that I do briefing now on whether
20         or not a Superior Proposal has been
21         received.
22               I don't know if we can turn
23         the volume down without them not
24         being able to hear me, but, if we

Page 19

1          can't, then, we're just going to
2          have to tolerate some
3          interruptions, I guess.
4               So, again, updated inclination
5          not to accept the Gold Reserve
6          request, that we do some briefing
7          right now on the issue that's
8          raised in their letter briefs about
9          overbids, and that sort of thing.
10              Second, no waiting for
11         Judge Failla's ruling before I
12         decide how to proceed.  My intent
13         is to probably today tell you what
14         the date is going to be for the new
15         hearing, and that that new hearing
16         is not going to wait for
17         Judge Failla's decision.
18              Further, I am inclined to
19         Order the Special Master by this
20         Thursday, which, I believe, is
21         August 21st, to propose a new
22         schedule based on my rulings today
23         and any further meeting and
24         conferring that you do between now

Page 20

1          and Thursday.

2               That schedule will need to

3          contemplate all different

4          permutations of when they occur

5          next week and when I'm going to

6          require them to tell us whether he

7          is in receipt of a Superior

8          Proposal.

9               So the schedule will have to

10         contemplate the possibility that he

11         may adhere to his current

12         recommendation of the Dalinar

13         Energy Consortium.  He may instead

14         say that he is now recommending

15         what he has deemed a Superior

16         Proposal.  If he will do that, it

17         needs to contemplate that Dalinar

18         may well exercise its right to

19         match that Superior Proposal, and

20         it may well not.

21               I think with the guidance that

22         I'm hoping to give today that by

23         this Thursday the Special Master

24         can come up with a schedule that

Page 21

1     contemplates all of those
2     possibilities, because it's not
3     clear to me that the discovery and
4     briefing will need to be all that
5     much different, depending on which
6     of those hats end up being taken.
7          The schedule -- while I'm
8     inclined to say indicate that new
9     discovery will be strictly limited
10    to that which is directly related
11    to any change in the Special
12    Master's recommendation or his
13    decision not to change his
14    recommendation, that schedule will
15    also provide for limited additional
16    pre-hearing briefing, limited
17    principally to any new issues that
18    have arisen.
19          And, also, I recognize that I
20    did cut off the sur-reply briefs
21    from those who were supporting the
22    Gold Reserve/Dalinar Bid that would
23    have been filed this past Saturday,
24    and, so, the new briefing schedule

Page 22

1          should permit that opportunity for

2          essentially what would have been a

3          brief SOR replies this past

4          Saturday.

5              All of that briefing, I'm

6          inclined to say, will need to be

7          completed by September 11th because

8          my inclination is to have the

9          rescheduled Sale Hearing in

10         September, and I would schedule

11         that for September 15th, to 18th.

12         I'll say a little more about that

13         in a moment.

14             I'm trying to move toward

15         forward to get to September.

16             By August 25th, next Monday,

17         I'm inclined to require the Special

18         Master to advise all of us whether

19         he has received a Superior Proposal

20         or has not.

21             With respect to any new

22         Unsolicited Bids received after

23         August 25th, next Monday, I'm

24         inclined to require that they be

Page 23

```
 1                docketed on the public docket with
 2                any appropriate redactions, as
 3                required by the terms of access to
 4                confidential information, and that
 5                if we receive new Unsolicited Bids
 6                after August 25th, that that has no
 7                impact on the schedule, that the
 8                schedule just simply proceed as
 9                ordered, unless there were some
10                subsequent further Order from the
11                Court.
12                     And the Special Master -- it
13                will be up to him whether or not to
14                request from me the opportunity to
15                engage with such Unsolicited
16                Bidder.
17                     Moving forward in time, by
18                Thursday, August 28th, that will be
19                the deadline for the Dalinar Energy
20                Consortium to decide to whether to
21                match the Superior Proposal if one
22                has been deemed to have been
23                received by the August 25th
24                deadline.
```

Page 24

1            I'm now into September.
2       Again, the Sale Hearing, I'm
3       inclined to schedule for
4       September 15th to 18th, and I would
5       ask that you all keep available the
6       times between 8:00 a.m. and
7       7:00 p.m., all four of those days.
8            It is doubtful to me that we
9       will need to meet for that full
10      length of time, but I would
11      consider all of that time available
12      to me to hold this Hearing, and we
13      will set the specific times as we
14      get a little bit closer.
15           Witnesses can be taken out of
16      order, if needed, to accommodate
17      schedules.
18           I did notice that the
19      Venezuela Parties indicated, I
20      think, Mr. Wisenberger (ph.) as
21      being only available on Monday.
22           It's a bench trial.  You all
23      should be reasonable.  If you're
24      not reasonable, I will Order you to

Page 25

```
 1              be reasonable, even if that's not
 2              the date available, even if that's
 3              not logically when we would want
 4              him to testify.  Ideally, I'm going
 5              to accommodate things like that.
 6                   In the lead-up to the
 7              September 15th start of the Sale
 8              Hearing, by September 9th I will
 9              require -- this is my inclination.
10              I'd be inclined to require the
11              Special Masters to submit on behalf
12              of all of you the proposed
13              requested number of hours for your
14              hearing, for you to be heard at the
15              hearing, as well as a witness list,
16              and a list of if there happens to
17              be any disputed issues at that
18              point about how we should use our
19              time together at the Sale Hearing,
20              because my plan would be other than
21              to schedule that on September 10th,
22              at 3:30, I would have a
23              teleconference, basically a
24              pre-hearing teleconference, ideally
```

Page 26

1          to resolve any disputes about what

2          the hearing is going to look like

3          the following week.

4              As you contemplate making your

5          requested number of hours, I am

6          inclined to allow opening

7          statements, if folks want to use

8          some of their time on it, but I

9          would require that anyone who wants

10         to make an opening statement let

11         everybody else by noon on the

12         preceding Friday that you intend to

13         make an opening statement.

14             And I'm further inclined to

15         say that witnesses that have been

16         identified by any entity, as of

17         today, are available to be called,

18         subject to further objections that

19         you would have to put in the

20         September 9th report and resolved

21         on September 10th.

22             And, then, the only other

23         piece of the inclinations is that

24         there would be post-trial briefing

Page 27

1       and post-trial proposed findings of
2       fact on a schedule to be
3       determined, but my expectation
4       would be that everything would have
5       to done by Monday, October 20th,
6       roughly a month after the Hearing.
7           That's the inclinations.  The
8       Hearing will follow that.  I'm
9       happy to answer questions about it
10      when you get up, but at this point
11      I want to turn it over to all of
12      you.
13          So let me call on Special
14      Master's counsel to start us off.
15          Yes?
16          MS. WAESCO:  Your Honor, if I
17      may, Susan Waesco, again.
18          I am told that the Court is
19      still on mute.
20          THE COURT:  I'm told I.T. is
21      on its way.
22          MS. WAESCO:  Excellent.
23          THE COURT:  And apologies to
24      those who are not hearing me.  I

Page 28

1          apologize.  Hopefully, we will fix

2          it, and the transcript is being

3          taken down.  All right.

4               Whenever counsel for the

5          Special Master is available, he can

6          start us off, any thoughts on the

7          Inclinations or on anything else.

8               Good morning.

9               MR. BENTLEY:  Good morning,

10         Your Honor.

11              Chase Bentley, of Weil,

12         Gotshal & Manges, for Special

13         Master.

14              Your Honor, we were prepared

15         to come into the Hearing today and

16         let you know that as between the

17         proposed commencement dates of

18         September 15th and October 20th,

19         suggested by the Court in your

20         prior Order, the Special Master was

21         going to prefer the October date

22         subject to a number of caveats and

23         clarifications, which, Your Honor,

24         I think satisfied any questions or

Page 29

1          clarifications and guardrails that
2          we would have requested or
3          cautioned Your Honor about, and you
4          did so in your updated
5          Inclinations.
6               So, just to start out, Special
7          Master has no issue with proceeding
8          on the basis that you laid out
9          culminating a September 15th
10         hearing.  And I think that the
11         reason that the Special Master is
12         comfortable with that is because in
13         large part of the limited briefing
14         and the lack of separate briefing
15         that will need to be done on the
16         Gold Reserve overbid issue that
17         they've raised.
18               I'll be brief because, Your
19         Honor, your dates essentially line
20         up with exactly what we were coming
21         in today to propose in the event
22         you were so inclined to propose a
23         September Hearing.
24               The only date that we were

Page 30

1           going to propose that was different

2           although I don't think it is

3           necessary to -- to go down our path

4           now was on the proposed schedule,

5           or, like I said, the joint status

6           report reflecting the proposed

7           schedule.

8                We were going to say

9           August 25th, but we are more than

10          happy to -- to move the parties

11          forward immediately following this

12          Hearing, culminating in a Thursday

13          status report.  Just so that we can

14          have our view stated on the record,

15          as I'm sure other parties will do,

16          so when they get up after me, I'll

17          still go through briefly some of

18          the reasoning that we had on the

19          caution regarding the need for

20          guardrails for September 15th

21          hearing.

22                As stated in our briefs over

23          the weekend, the Special Master,

24          you know, has always been happy to

Page 31

1          hold the Hearing whenever the Court

2          so determines and when we've

3          prepared to do so, and including if

4          it is, and it seems that's the way

5          we're headed now is a September

6          Hearing.

7                One thing that we would like

8          to note for the record and for Your

9          Honor and I think that it will play

10         itself out in the next few days

11         here is that there have been a

12         number of parties, Venezuela, Gold

13         Reserve, and Red Tree, in

14         particular, that have all indicated

15         that they plan to seek

16         additional -- I'll use the term

17         litigation because that's briefing,

18         discovery, depositions, additional

19         witnesses, so...

20               And, in particular, we know

21         that there is an issue between Red

22         Tree and Venezuela as to whether

23         Red Tree's intention to call

24         additional witnesses in light of

Page 32

1          the new bids, I will be permitted

2          to be clearer for the record, the

3          Special Master has no objection to

4          Red Tree offering those new

5          witnesses, but we're also conscious

6          of the fact, though, the parties

7          require depositions of those

8          experts.

9              The Special Master does think

10         that there's sufficient time to

11         complete that from now and over the

12         course of the next few weeks

13         leading up to the September 15th

14         Hearing.

15             And I think that this has been

16         consistent in the Special Master's

17         position throughout, and, in

18         particular, in the last several

19         months as the topic of discovery

20         has developed.

21             Special Master has a different

22         role, frankly, than any of the

23         other parties in this matter when

24         it comes to discovery and witness

Page 33

1          testimony, such as taken the role

2          of facilitating whatever amount of

3          the litigation the parties in this

4          matter insist upon and the Court

5          approves.

6                  Therefore, again, the Special

7          Master is not going to oppose Red

8          Tree proposing additional

9          witnesses, but, again, only

10         cautions that to the extent there

11         is an insistence by parties that

12         whether there was offering

13         witnesses or those intending to

14         contest them, that extended

15         briefing or extended discovery

16         deposition occurs, this

17         September 15th Hearing date would

18         be in jeopardy; and, therefore, we

19         think it is paramount to put

20         guardrails on it, as Your Honor

21         seems to agree with, based on your

22         updated Inclinations.

23                  I'm just looking through my

24         notes to see if there's anything

Page 34

1     else that we want to put on the
2     record because for the most part
3     Your Honor covered it in your
4     opening Inclinations.
5          Maybe one thing that I should
6     clarify for the record, as I
7     suspect other parties might bring
8     it up.
9          The Special Master has been
10    consistent, both in his original
11    suggestion of an October Hearing,
12    and also in the Sunday brief where
13    we said that we would be okay with
14    the September Hearing.
15         One constant across both of
16    these scenarios is the shutting off
17    of the Special Master's evaluation
18    of bids after the upcoming
19    deadline, which we propose to be on
20    August 22nd.
21         It appears that some parties
22    may have conflated the Special
23    Master's collection and evaluation
24    of bids for purposes of his own

Page 35

1          recommendation with the ability of
2          bidders or parties to submit a Bid
3          generally.
4               To be clear, the Special
5          Master is suggesting a former
6          meeting by this Friday,
7          August 22nd.  All potential
8          competing bidders, including those
9          that have already submitted a
10         meeting proposal should submit to
11         the Special Master their final
12         offers.
13              That does not mean that a Bid
14         with an SPA subject to further
15         negotiation or one that still needs
16         executed commitment letters from
17         its financing sources, or one that
18         was still closing out agreement
19         with parties, whether it's the
20         judgment creditors or the 2020s,
21         those Bids should be in final and
22         executable form when submitted on
23         August 22nd.
24              It is important, and it means

Page 36

1      that anyone interested in
2      participating must be engaging with
3      the Special Master now ahead of
4      August 22nd, or else risk their Bid
5      being rejected by the Special
6      Master.
7           All dates for the remainder of
8      the Sale Process leading up to the
9      Sale Hearing flow from this date
10     from our perspective, and it will
11     provide everyone with certainty
12     that the Special Master can lock in
13     his Final Recommendation, and that
14     recommendation can be briefed
15     without the risk of a repeat of the
16     last ten days.
17          Again, any Bidder can decide
18     to submit a Bid after August 22nd,
19     and in line with Your Honor's
20     initial Inclinations, or I should
21     say Updated Inclinations from this
22     morning, that the Special Master
23     proposes that it do so by filing
24     the Bid materials directly on the

Page 37

1          document where all parties can

2          consider the Bid in parallel, and,

3          if necessary, can address the Bid

4          at the Hearing.

5               I think that the other point

6          that deserves some clarification,

7          or at least just a discussion of

8          how the mechanics work is, is the

9          match right as reflected in the

10         Dalinar SPA.

11              And this is also important as

12         to why we suggested that the

13         Special Master's Final

14         Recommendation or Updated Final

15         Recommendation, one way or the

16         other, be due August 29th.  It is

17         simply just not practical to

18         require that Recommendation itself

19         on August 25th.

20              If that's the date that we

21         were aiming at, then, the Bids

22         would need to be due today in order

23         to accommodate the Dalinar match

24         right.

Page 38

1              So just, again, for mechanics

2        purposes, the way that we would see

3        this timeline playing out is by

4        Friday, August 22nd, any further

5        Competing Proposals are submitted

6        to the Special Master for

7        consideration.  The Special Master

8        will then take that weekend, next

9        weekend, to evaluate the Bids,

10       consult with the Sale Process

11       parties, and if there's any

12       necessary confirmation of terms of

13       that proposal that be done with the

14       relevant Bidder or Bidders.

15             And, then, by Monday, the end

16       of day, Monday, August 25th, the

17       Special Master, if he has

18       determined that one of those

19       Competing Proposals received on

20       August 22nd or by August 22nd is a

21       Superior Proposal, as defined in

22       the Dalinar SPA.  Then, you would

23       simultaneously notify Dalinar of

24       that, and at the same time would

Page 39

1        file a notice on the docket of the

2        same.

3              And I believe one nuance Your

4        Honor had in your Updated

5        Inclinations this morning was that

6        the Special Master should file a

7        notice whether he has determined

8        that there has been a Superior

9        Proposal or has not been.  We, of

10       course, are happy to do that,

11       certainly, at this point even more

12       so, given the timeframe leading up

13       to the Sale Hearing are conscious

14       of transparency and want to make

15       sure that everybody has updated

16       information as soon as possible.

17             So, again, August 25th is when

18       that notice of Superior Proposal or

19       lack thereof would go out.  Dalinar

20       would have three business days,

21       culminating at the end of the day

22       on August 28th, on Thursday, in

23       which to match that right.

24             Now, technically under the

Page 40

1          SPA -- and I think that this point

2          came up, either in Gold Reserve's

3          briefing, or perhaps it was just a

4          meet and confer that we had with

5          the parties last week, there is no

6          two-business-day period after the

7          three-business-day period in which

8          the Special Master gets to work the

9          Bidders against each other.

10              The two business days

11         referenced in the SPA are provided

12         only in the event that the

13         contemplated Superior Proposal is

14         updated during Dalinar match right

15         period.  But with the process that

16         we have contemplated and Your Honor

17         seems inclined to go forward with,

18         that would not be able to happen

19         because the Bids are due on

20         August 22nd; therefore, there could

21         be no intervening update of the

22         Superior Proposal, for example, on

23         August 27th; that would, then,

24         create a new and extended two

Page 41

1      business days, culminating on

2      August 29th for Dalinar to match.

3           So that may be a little more

4      nuance in detail than we

5      necessarily need for today, but I

6      think that at bottom what it

7      results in is Dalinar's match right

8      expiring at the end of the day, on

9      August 28th, a Thursday, and the

10     deadline for the Special Master to

11     submit an Updated Final

12     Recommendation or to otherwise

13     reaffirm his existing

14     Recommendation would be Friday,

15     August 29th.

16          And, then, of course, any of

17     the deadlines and timing for

18     process proceeding from there until

19     the Sale Hearing on September 15th

20     will be addressed in the joint

21     status report that Your Honor

22     proposes us to file this week, and,

23     we, of course, are okay with that.

24          With that, Your Honor, I'm

Page 42

1           happy to answer any questions.  I
2           don't think that we need to go into
3           detail on anything else for our own
4           accord on the record.
5                THE COURT:  All right.
6                So the schedule you just set
7           out about sort of best and final
8           offers by this Friday, and, then,
9           telling us by Monday whether the
10          Special Master believes he has a
11          Superior Proposal, that does strike
12          me as slightly different than what
13          I set out in my inclinations.
14               So I want to see if either we
15          are on the same page or we're not
16          on the same page.
17               I had omitted a deadline of
18          this Friday, and only skipped ahead
19          to basically "you have what you
20          have," and I was creating a window
21          until next Monday for, I suppose,
22          any other Bid to come in.  But at
23          the same time I was inquiring of
24          the Special Master to tell us by

Page 43

1          Monday if he had received a

2          Superior Proposal.

3               I think part of what you're

4          telling me is that those two things

5          can't coexist.  You need at least

6          the weekend between when you have

7          Bids in hand and you make a

8          determination as to whether any of

9          them in hand are superior to what

10         Koch recommended; is that true?

11              MR. BENTLEY:  I suppose

12         technically they could coexist,

13         meaning on Sunday night we could

14         receive Updated Bids, but anybody

15         sending in a Bid then risks that.

16         We just simply do not have time to

17         engage with them if there are any

18         clarifications necessary, and we

19         may not understand what they are

20         putting forth.

21              We do think that the

22         August 22nd deadline is important

23         because there are a lot of

24         conversations that need to happen

Page 44

1          between the Special Master and his
2          advisors and also consulting with
3          the Sale Process parties.
4               And, so, practically speaking,
5          we don't think that it makes a
6          whole lot of sense to have Bids
7          coming in over the weekend.
8               THE COURT:  All right.
9               So you would propose that I
10         add to my Inclinations this Friday
11         deadline, Best and Final Bids to be
12         considered, so that the Special
13         Master can tell us Monday whether
14         he has a Superior Proposal,
15         correct, that's the Special
16         Master's position?
17              MR. BENTLEY:  Correct.
18              THE COURT:  And that seems to
19         make sense to me --
20              MR. BENTLEY:  Correct.
21              THE COURT:  -- tentatively,
22         sub tentatively, and subject to
23         whatever else I hear.
24              And, then, in terms of

Page 45

```
 1              any Unsolicited Bids -- well, and
 2              there can't be any Solicited Bids
 3              thereafter, right?
 4                   MR. BENTLEY:  Technically, no.
 5                   THE COURT:  And they're not
 6              solicited.
 7                   For Unsolicited Bids, I
 8              suppose after Friday, although
 9              you're not solicited on Friday
10              anyway, but I should change that
11              date to any Unsolicited Bid after
12              Friday goes on the docket.
13                   And if you wanted to engage or
14              do anything, you're going to have
15              to make an application to the Court
16              in some fashion, otherwise it sits
17              on the docket and everyone can see
18              it and everyone will do what they
19              want to do with respect to it.
20                   MR. BENTLEY:  Correct, Your
21              Honor.  And, in fact, I think I
22              would take it maybe a step further.
23                   Right now, the construct is
24              that when we have an Unsolicited
```

Page 46

1          Competing Proposal come in, we must

2          inform the Board that we received

3          it, and request authority from the

4          Court to engage with that Bidder.

5               So I think that, you know,

6          just given how the mechanics have

7          developed here, I think that we

8          would right now be requesting a

9          blanket approval to engage with

10         whatever comes between today and

11         Friday.

12              And, then, after when any Bids

13         are filed on the public docket, we

14         do not intend to affirmatively

15         request your authority to engage

16         with anybody, but however if we are

17         so directed by the Court.  For

18         example, if any of the other

19         parties request the Court to direct

20         the Special Master to engage with

21         that party that submitted a Bid

22         directly onto the docket, then, of

23         course, we will engage with them,

24         again, as so directed by the Court,

Page 47

1        but we do not intend to

2        affirmatively request that.

3             THE COURT:  I think I

4        understand.

5             One question on a topic that

6        was in the letter, but I don't

7        think you touched on this morning,

8        is, is there anything that Special

9        Master wants to say about Gold

10       Reserve's concerns about this

11       overbid minimum and certain other

12       payments that they think may be due

13       to them as a result of being the

14       Recommended Bid, and I may use

15       Dalinar and Gold Reserve

16       interchangeably to refer to the

17       Recommended Bid.

18            As I understand it, they

19       claimed to have rights not only

20       under the SPA that they negotiated

21       with you but also under our Bidder

22       Protections, which are embedded in

23       an Order.  And it's through that

24       latter part that I'm more focused

Page 48

1          on than what's in the SPA that I
2          have not approved yet.
3               Do you have anything you want
4          to say about whether Bidder
5          Protections Orders give rise to
6          certain rights today as a result of
7          your recommendation to them?
8          That's the question.
9               MR. BENTLEY:  So I think maybe
10         just to split this into two
11         responses.
12              First, any payments to them, I
13         would say that we agree that an
14         expense reimbursement would need to
15         be paid to them because they were
16         recommended by the Special Master
17         as the Recommended transaction back
18         on July 2nd.
19              As to the rest of it, we
20         disagree with their read of both
21         the SPA and the prior Orders.  We
22         think that it renders the
23         definition of "Superior Proposal"
24         completely meaningless, and is

Page 49

```
 1          contrary to what every other party
 2          and -- and we believe also the
 3          Court may have intended when
 4          setting out the evaluation criteria
 5          they would essentially prohibit the
 6          Court and the Special Master of the
 7          parties from evaluating a Bid based
 8          on certainty, and it would be
 9          focused literally on only on price,
10          which, again, we don't think that's
11          how the evaluation criteria reads
12          or is supposed to read, nor does
13          the SPA.
14               But I don't think -- the
15          Special Master does not think this
16          issue is ripe right now.  It could
17          be that the scenario or the
18          instance that the Special Master
19          does not change his Final
20          Recommendation.
21               But if he does, then, we see
22          no reason why Gold Reserve or
23          Dalinar -- everybody often gets the
24          hats confused, why they can't just
```

Page 50

1              put that briefing directly in their
2              briefing related to the updated
3              Final Recommendation, if any.
4                      THE COURT:  Okay.  That was my
5              only question for now.
6                      Anything else that you want to
7              add?
8                      MR. BENTLEY:  That's all, Your
9              Honor.  Thank you.
10                     THE COURT:  All right.
11                     Let me turn to Crystallex now.
12                     MR. ESTRADA:  Good morning,
13             Your Honor.
14                     Miguel Estrada, from Gibson
15             Dunn in Washington, DC, for
16             Crystallex.
17                     We agree with your
18             inclinations this morning, so we
19             don't have that much to say.  We
20             also agree with the Special Master
21             that, you know, people should get
22             their Final Bids in fully final
23             form, and that they should have the
24             weekend to basically tell you where

Page 51

```
 1          they stand.
 2               We agree with the Special
 3          Master on the discovery points, as
 4          well, and with you, that any
 5          discovery that is permitted should
 6          be limited, and extremely targeted
 7          to any further changes in the
 8          status quo.
 9               With respect to the issue that
10          the Master raised about the
11          pending, you know, dispute, it
12          principally, you know, relates to
13          one validation witness that had
14          been propounded by Red Tree,
15          Mr. Clem Richter.
16               There had been an expert, you
17          know, report.  Red Tree withdrew
18          him from his deposition after they
19          had cited they were not a Bidder.
20          We have no objection to him being
21          used at a Hearing if he's tendered
22          for the deposition very promptly.
23               You know, Venezuela, in our
24          view, has made the evaluation
```

Page 52

1          request the central issue in the
2          hearing.  And if somebody has an
3          expert who already has an expert,
4          you know, report, and he's
5          available to be, you know, deposed
6          in the window that we now have,
7          that may be one of the narrow
8          things that we can actually spend
9          our time on.
10              Our experience as a Sales
11         Process Party has been that most of
12         the discovery that has occurred in
13         the time that we did have was not
14         all that, you know, germane to
15         anything, and I think that's
16         obvious from the briefing that they
17         impractically used it.
18              And we expect that any
19         additional discovery that people
20         might propose in the window that we
21         might have would be similar.
22              So, for that reason, we are
23         with the Special Master in the
24         notion that any new discovery that

Page 53

```
 1              people want to conduct should be
 2              reviewed with a joint discussion.
 3                   We are ready to go on the
 4              schedule that the Court has
 5              proposed.
 6                   One issue that I might want to
 7              raise with the Court is whether it
 8              might make sense to decide the
 9              issue, the meaning of us brief with
10              respect to the termination issue in
11              the existing SPA, and whether there
12              should be an automatic termination
13              right if there is a resolution of
14              the 2020 that is unfavorable to the
15              existing financing of the Dalinar
16              SPA.
17                   And that is to say because
18              under the schedule that the Court
19              has proposed it is still possible
20              that they would issue a ruling from
21              the Southern District of New York
22              in favor of the 2020 Bondholders
23              you have while some unicy in ruling
24              that is considering whether you
```

Page 54

1          should approve a sale to Dalinar.

2              In that event, that would

3          still remain in dispute that hasn't

4          been, you know, solved on whether

5          there is a termination right, and

6          whether the sale is to Dalinar and

7          we'd still be in a limbo.

8              And one issue that I would

9          raise with you is whether that

10         issue should not be, you know,

11         ruled on sooner so that we know

12         going into the process, you know,

13         the rules of the road on that

14         issue, so that if there is a ruling

15         on that issue while the question is

16         being considered by Your Honor,

17         there would be a clear path

18         forward, both with the Sale Process

19         Party, the Creditor, and with the

20         Special Master as to what might be

21         done next.

22             THE COURT:  Let me ask you

23         while you're there.  I appreciate

24         you raising that.

Page 55

```
 1              First off, I think, if I'm
 2         following, I think you would agree
 3         that question, if I were to set up
 4         a briefing schedule on it, that
 5         schedule shouldn't start until
 6         after next Monday, or maybe the
 7         following week so we know because
 8         Special Master may, if he were to
 9         recommend, say, a proposal that had
10         as part of its settlement 2020s --
11              MR. ESTRADA:  Mm-humm.
12              THE COURT:  -- I guess that's
13         the question:  Would you still
14         think that a decision for me on
15         termination rights is important or
16         might not be important at that
17         point?
18              MR. ESTRADA:  Oh, my issue --
19         I was actually going to take it in
20         the opposite way.
21              I was going to say that the
22         issue is actually fully briefed,
23         except for the, you know, reply
24         that you mentioned Dalinar had not
```

Page 56

```
 1            had, is otherwise going to make it

 2            fully briefed, whether there should

 3            be a determination, so there would

 4            not be any need for any further

 5            briefing on the issue.

 6                 Everyone in this room has

 7            already briefed it, except for the

 8            reply that you mentioned at the

 9            outset that they haven't had.

10                 And, you know, the issue that

11            you're raising is important in

12            that, you know, the issue may not

13            be right if the Special Master

14            picked somebody else, and you

15            approve that other person if the

16            Special Master picks X or Y rather

17            than Dalinar, so the issue may

18            actually not arise.

19                 And I guess what I would say

20            about that is that you will know by

21            the 25th whether that's the case.

22            They might come to you on the 25th

23            and say, "We're sticking with

24            Dalinar."
```

Page 57

1          And I guess my submission is
2     that on the 25th to us that would
3     become a front-burner issue, is a
4     pure legal issue, whether you
5     should, you know, require the
6     Special Master to change the SPA,
7     and we would know on the 25th when
8     you hear from them whether they
9     have a Superior Proposal, whether
10    that issue is ripe, and by then the
11    issue be fully briefed.
12         And if they have a Superior
13    Proposal, then, the issue may
14    become irrelevant because you may
15    not need to consider that proposal
16    but if they don't, if they come to
17    the conclusion that none of the new
18    Bids is a Superior Proposal, then,
19    my submission would be that it
20    might be appropriate to consider
21    that issue ahead of the hearing
22    because it's a pure legal issue as
23    to whether the SPA should have
24    included that provision from the

Page 58

1    beginning.
2          THE COURT:  Okay.  Thank you.
3          MR. ESTRADA:  Thank you, Your
4    Honor.
5          THE COURT:  All right.
6          Conoco Phillips.
7          MR. CASSEL:  Good morning,
8    Your Honor.
9          Michael Cassel, Wachtell,
10   Lipton, Rosen & Katz, for Conoco
11   Phillips.
12         I'm in the fortunate position
13   of being able to be in complete
14   agreement with Mr. Estrada and the
15   Special Master and the Court's
16   Updated Inclinations.
17         Conoco wants this process to
18   move forward as expeditiously as
19   possible.  We think these Updated
20   Inclinations help do that.
21         With respect to the two points
22   that were raised during the
23   Hearing:
24         We are done with the

Page 59

```
1          August 22nd deadline for -- I think
2          you call it Superior Proposal
3          consideration by the Special
4          Master, and, then, following that
5          deadline the public docket
6          procedure that was in line so we
7          can it the 22nd.  That way the
8          Special Master can have the
9          weekend.  It makes good sense.
10              And, secondly, if the Special
11         Master does adhere to the
12         Dalinar/Gold Reserve Bid, we would
13         be okay with the termination issue
14         being decided at that point as
15         Mr. Estrada suggests.
16              Obviously, if he brings us a
17         different Bid, then, it may be
18         moot.
19              THE COURT:  Okay.
20              MR. CASSEL:  And with that,
21         I'm happy to answer any questions,
22         otherwise happy to reserve
23         rebuttal, if need be.
24              THE COURT:  No questions at
```

Page 60

1          this point.
2                    MR. CASSEL:   Thank you, Your
3          Honor.
4                    THE COURT:   Let's turn to the
5          Dow Parties.
6                    Good morning.
7                    MR. EIMER:   Good morning, Your
8          Honor.   Nate Eimer, of Eimer Stahl,
9          on behalf of PDVH and Citgo.
10                   It probably won't surprise you
11         that we disagree with your
12         inclination.
13                   I know you're not -- you would
14         be disappointed in what I say, but
15         I do believe that at this point
16         having sort of suffered with the
17         2020s for years now being this
18         close to resolution, and it having
19         a multi-billion dollar effect on
20         the outcome, it seems to me the
21         prudent course would be to wait for
22         the ruling before we have the
23         Hearing.
24                   You know, we, PDVH and Citgo,

1      have not asked for any of these

2      extensions to date.  We've

3      supported some of them, but we're

4      not the movement.  And it has been

5      events that have changed here, and

6      it's caused, I think, by this Sales

7      Process.

8           But I think what we're facing

9      here is even more delay if we speed

10     the hearing up because there are

11     several outcomes that result from

12     the 2020s going in the other

13     direction.

14          So right now, I think on the

15     public record at least, there are

16     four -- it seems like four Bidders

17     floating around.

18          There's three who seem to have

19     either putting together or have put

20     together a TSA.  And those two TSAs

21     involve about $2 billion in value

22     being spent just on the 2020s.

23          And, then, we have the Gold

24     Reserve Bid that doesn't spend any

Page 62

1      money, but has 180 -- I'm sorry,
2      $1.8 billion in a highly confident
3      letter from J.P. Morgan set aside
4      to deal with the 2020s.
5          So if the Special Master were
6      to go forward and make a
7      recommendation of one of the three
8      that appear to have $2 billion
9      committed to the 2020s, and, then,
10     we have the Hearing in September,
11     and Judge Failla rules against the
12     2020s, we have $2 billion in value
13     that should have gone to pay off
14     Creditors, and for the benefit of
15     PDVSA Republic as the Debtor here,
16     which would be paid for nothing to
17     their 2020s, and I think Your Honor
18     has already said that that -- I
19     don't know, I forgot your exact
20     phrase, and I'm sorry, but I think
21     it's something like a manifest in
22     justice to see $2 billion paid for
23     nothing.  I don't know if that's
24     the right phrase you used.  I don't

Page 63

1          recall.  But it certainly would be

2          unfair.

3               And Your Honor couldn't using

4          the Special Master's word "pivot,"

5          pivot back to a Gold Reserve Bid

6          because now three Bidders who are

7          committing $2 billion in value to

8          pay off the 2020s, have those

9          $2 billion to Bid against Gold

10         Reserve.

11              And, so, it's not like even

12         though you probably won't rule

13         based on your briefing schedule

14         until after Judge Failla rules,

15         we'll know what the Bids look like

16         if the 2020s lose.

17              So it does seem to me -- and I

18         understand the Special Master's

19         desire to stop having to deal with

20         these Bids, but that is certainly

21         what he was retained for.  I

22         understand sort of accelerating, if

23         you want to call it that, having

24         Special Master make up his mind in

Page 64

1              some form, as Your Honor has laid
2              out, and I have one maybe tweak on
3              that.
4                   And my only concern about that
5              is there are Bidders who might Bid
6              but don't want their identity known
7              on the public record until their
8              Bid is approved or recommended at
9              least.
10                  And, so, I appreciate Your
11             Honor saying that Citgo is --
12             basically, Citgo's confidential
13             information needs to be redacted.
14             I would also ask if Your Honor is
15             going to do that, that on request
16             of a Bidder who wants to remain
17             anonymous until its Bid is acted
18             upon, that Your Honor allow that to
19             happen as well.
20                  But in any event, I'm not so
21             concerned about the timing for the
22             Special Master selecting his Bid
23             and making his recommendation as I
24             am letting the process play out

Page 65

1      because there's $2 billion in value

2      directed at a claim that may be

3      valueless, at least Judge Failla --

4           THE COURT:  Well, let me

5      interrupt you there --

6           MR. EIMER:  Yes, sir.

7           THE COURT:  -- because, of

8      course, I've been thinking a lot

9      about those different purchasing

10     mutations.  I'm sure many of us

11     have.

12          I fully respect Judge Failla

13     and all District Judges, of course,

14     but, end of day, her ruling,

15     whatever it is, expected by

16     September 30th, is not, I assume,

17     going to be the last word on the

18     2020s.  It may not even be the last

19     word from her.

20          I would expect there may be

21     litigation over a stay of whatever

22     she has ruled, litigation over a

23     possible injunction depending on

24     what she rules, and, then, of

Page 66

1          course, on appeal.  So a roundabout
2          way of saying I -- and I know when
3          I sit down and write my opinion,
4          I'm going to regret having said
5          this, but it's hard for me to
6          imagine that if I write an opinion
7          that doesn't itself have to deal
8          with are the 2020s likely to be
9          valid or likely to be invalid
10         because that question will just not
11         have been in any unreviewable way
12         been resolved.  In any timeframe
13         that I'm anticipating, I'm going to
14         be issuing my own opinion.
15              And, so, if that's significant
16         -- if that premise is accurate, and
17         you can certainly challenge it, it
18         seems to me I'm going to have to
19         deal with the impact of the 2020s
20         under all of their possibilities,
21         and, so, that does not seem like a
22         persuasive reason, as I indicated
23         this morning, for me to slow things
24         down because it's not going to help

Page 67

1          me at the end of the day.
2               I'm going to have to think of
3          a world where 2020s are valid, and
4          as well in a world where they're
5          not valid regardless of what
6          Judge Failla says.
7               Can you help me on that?
8               MR. EIMER:  Yes, hopefully I
9          can.  I think you're right.  There
10         probably are going to be appeals
11         and probably motions filed, which
12         are probably Judge Failla.  But
13         what does change and what we've
14         already seen change is another one
15         of these contingent risks is the
16         litigation risk analysis, and
17         that's really what's being talked
18         about.
19              So $2 billion right now
20         apparently is somebody's value of
21         those claims given the likely
22         outcome, otherwise it would be
23         2.9 billon, which is the full
24         value.

Page 68

1           The 2020s lose in front of
2       Judge Failla, and she writes a
3       strong opinion as to why they
4       lose -- why they lose.  And if the
5       United States Government comes in
6       with a statement of interest as
7       she's directed them to do, I think
8       very shortly, and support what we
9       think is the correct answer, the
10      deference is due to the sovereign
11      about the interpretation of its
12      law.
13          The litigation risk analysis
14      is likely to plummet, and the value
15      of that claim is going to plummet
16      from 2 billion to some much lower
17      number.  And we're talking about a
18      lot of money here.
19          And if the risk -- litigation
20      risk analysis goes down from the
21      40 percent, I think it is right now
22      that we've already talked about, to
23      10 or 20 percent, that's a billion
24      dollar change in value.  And we're

Page 69

1           all talking about risk.

2                And we saw that happen with

3           the Alter Ego cases.  I haven't

4           heard a word about the Alter Ego

5           cases since we won in front of

6           Judge Rakoff, and that case is on

7           appeal.

8                So the value of the Alter Ego

9           case is apparently now as close to

10          zero as a result of the very strong

11          opinion of Judge Rakoff.  And that

12          has to be the result here, I would

13          think.  If we win a very strong

14          opinion of Judge Failla, and the

15          2020s are held to be invalid,

16          people are going to notice that,

17          just as they noticed Judge Rakoff's

18          opinion, and it will be factored

19          into some value of that claim.

20               We're talking not just

21          hundreds of millions of dollars but

22          billions of dollars and it's going

23          to be decided in the next four to

24          six weeks.  So it does have a

Page 70

1          dramatic impact on the short term

2          of the value of this claim

3          regardless of what Special Master

4          thinks.

5               So if he wants to lock in sort

6          of belts and suspenders of TSA in

7          the next week or whatever the

8          schedule is here, okay, that's

9          fine.  So now he's protected

10         himself on the downside, but he

11         doesn't have any protection on the

12         upside, and that's our question.

13              So to lock it is so that we're

14         having a Hearing over whether or

15         not -- whatever that latest

16         recommendation is on the 28th or

17         25th, without knowing whether or

18         not somebody is wildly overpaying

19         can take care of the 2020s doesn't

20         seem to be prudent.

21              And I know Your Honor feels

22         you want to get this over with, and

23         God bless, I understand that.  But

24         we're talking about a month for

Page 71

1          making a real difference here in
2          value to these creditors.
3              It was interesting to me that
4          for the first time an out-of-money
5          creditor -- this creditor is out of
6          money, both to -- to any of the
7          Bids, Gold Reserve, which has the
8          highest value going to creditors,
9          which is Mundiales Valores, so
10         they're out of the money out of
11         everybody.  And they came in and
12         they asked for October 20th
13         yesterday for the first time.  The
14         first time you heard from them, and
15         that's because they know that the
16         only way they're going to get paid
17         is if the 2020s lose and freeze up
18         some all or some of that $2 billion
19         to go into the Bid, and those Bids,
20         then, could pay them off.
21             They're in exactly the same
22         position Venezuela is, and that
23         there's going to be a real
24         difference here if the $2 billion

Page 72

```
 1              is not locked up anymore, and it
 2              shouldn't be locked up if they
 3              lose.
 4                   So that's to me, Your Honor,
 5              the issue that we confront, and I'm
 6              sorry to disagree with your
 7              inclination, but the -- it just
 8              seems to me that we've been
 9              worrying about this, and this issue
10              has been amplified for so long.
11              The security that the 2020s have
12              had, which is the Pledge Agreement,
13              hasn't changed throughout the
14              entire years we've been here.  But
15              the trading values of 2020s have
16              gone from pennies -- literally
17              pennies on the dollar to 90 cents
18              on the dollar because of the
19              position that the Special Master
20              has taken.
21                   And you can see -- and we put
22              it in our brief that we submitted a
23              week ago that the trading value --
24              excuse me, went from next to
```

Page 73

1          nothing to 90 cents, as soon as the

2          Sales Process started and as soon

3          as the Special Master's counsel

4          said it was a gating item that the

5          2020s had to be paid before we

6          could sell this stock.

7              And that assurance has put

8          them basically in the driver's

9          position of this entire proceeding,

10         and it's been unfair, I think, to

11         those creditors who are out of

12         money and to the Venezuela and

13         PDVSA to suffer with that because

14         the position of 2020s has been so

15         amplified through the statements

16         that have been made.

17             So I think resolution, which

18         is a matter of weeks, and I

19         understand Your Honor wants to get

20         this done with, but it's a matter

21         of weeks away to get -- you know,

22         we can do lots of depositions.  We

23         can do briefing.

24             Your Honor has put us on a

Page 74

1        pretty short leash on a lot of
2        briefs before, so we can do that
3        again.  And there is a dispute
4        about what Red Tree is going to get
5        to do.
6             They've got two experts that
7        they think they can call that they
8        didn't -- and without providing for
9        the proper discovery before under
10       the schedule you had, and we'll
11       dispute that as a side issue.
12            But the basic issues is a
13       multi-billion dollar issue on the
14       2020s.
15            THE COURT:  But it also seems
16       to me at the -- at a September
17       Hearing, maybe there's a world in
18       which we don't complete everything
19       as it were maybe waiting for
20       Judge Failla's ruling.
21            I don't know.  Maybe we need
22       one day of a trial in October, but
23       Mr. Wisenberger, for instance, why
24       not take his testimony on the 15th,

Page 75

1           or whatever that Monday is?

2                  MR. EIMER:  That's fine.

3                  THE COURT:  Therefore a number

4           of issues that I think that I'm

5           just inevitably going to have to

6           confront no matter what happens.

7                  Do you agree with that in

8           principle?

9                  MR. EIMER:  I do agree with

10          that.

11                 Mr. Wisenberger is going to be

12          talking about the Sales Process

13          regardless of what the Bid is,

14          unless we get to a Bid that we

15          think is fair and reasonable, but

16          that's a different issue.

17                 To me, what I think needs to

18          with thought about here is the fact

19          that if the 2020 risk is either

20          eliminated or substantially

21          reduced, it will free up money to

22          increase Bids, so we'll be having a

23          Hearing in September about Bids

24          that might not be actionable at

Page 76

```
 1          all, because they should be
 2          supplanted by later Bids, either
 3          that or the Bid that's on the
 4          table, which may have TSA in there,
 5          should be at that point manifestly
 6          unfair because $2 billion would be
 7          allocated to pay off claims that
 8          Judge Failla said are not valid.
 9               So, okay, there's a risk, but
10          there is some validity there, but
11          it's not 2 billion.  Maybe it's a
12          few hundred million.  I don't know.
13               THE COURT:  But doesn't the
14          process I've outlined, plus the
15          briefing you've already filed allow
16          you in the form of an objection to
17          make that kind of argument?
18               MR. EIMER:  It does
19          absolutely, but we wont -- it would
20          be in the abstract.  We won't know
21          at that point in September.
22          Necessarily, Judge Failla can rule
23          next week, but necessarily we won't
24          know by mid September what she
```

Page 77

```
 1          rules so we'll be doing it in the
 2          abstract.
 3                And my bigger point is,
 4          though, that there should be more
 5          bidding, that what happened --
 6          whether the Special Master involves
 7          himself or not or is just put on
 8          the docket, people will have
 9          another $2 billion or some chunk of
10          that $2 billion to come forward and
11          Bid, or they would be confronted
12          with having to do that at all.
13                So Gold Reserve may come out,
14          and they've got 1.8 billion in
15          highly confident financing that has
16          to come out.  So we can certainly
17          take it in pieces.
18                Mr. Wisenberger's prepared to
19          testify, sure, but the question is
20          to testify about, what's the Bid
21          that's being addressed?  And that's
22          my bigger question.  I think the
23          Bids are going to change if the
24          2020s are not commanding a
```

Page 78

1          $2 million payoff.

2              And that's the issue.  It's

3      not so much about when we can put

4      in Mr. Wisenberger as soon as he

5      gets back from whatever he is right

6      now, but that's a different

7      problem.

8              To me, the real issue and the

9      thing that we want to do is

10     maximize value.  And that value

11     maximization has to occur after a

12     ruling.  And maybe if we lose that,

13     and, then, whatever's locked in by

14     the Special Master is there, that's

15     fine.

16             And that's why I'm saying if

17     he makes a decision now and thinks

18     having a TSA is a Superior

19     Proposal, assuming Gold Reserve is

20     wrong on their interpretation of

21     the SPA, okay, that's fine.

22     They're got recommendation.  But

23     that recommendation won't live,

24     won't survive, and we'd have to go

Page 79

```
 1        back to new Bidding if we have the
 2        Hearing before the ruling.
 3            THE COURT:  Some of the
 4        briefing -- I think it was over the
 5        weekend -- suggested if the Special
 6        Master says he has a Superior
 7        Proposal next week, and that
 8        Superior Proposal includes a TSA
 9        with the 2020s, that some parties
10        to all of that may want to move for
11        a stay in the Southern District of
12        New York.
13            MR. EIMER:  Yep.
14            THE COURT:  Do you have a
15        position on whether your clients or
16        anybody else that may be a party on
17        the other side in New York would
18        join in request for a stay?
19            MR. EIMER:  Well, we certainly
20        wouldn't join in a request.  I
21        think it's essentially almost a
22        fraud on the Court.  What they
23        really want to do is conceal from
24        your that they don't have a valid
```

Page 80

1     claim, and they want to do that by

2     moving for a stay.

3          Now, first of all, I don't

4     think they're entitled to a stay.

5     Like, under no circumstance would

6     they be entitled to a stay.  But

7     most obviously, their claim is not

8     being subtle, Your Honor.

9          The only thing they're doing

10    is agreeing not to enforce their

11    pledge or releasing their pledge,

12    but they're claiming it's PDVSA on

13    the underlying bonds is still

14    alive.

15          And, so, the validity of those

16    bonds is still going to be

17    litigated in Judge Failla's

18    courtroom because she can't just

19    stop it forever.  And I don't know

20    what cause she would have to stop

21    it even in the first instance,

22    other than to conceal from you the

23    fact that paying them $2 billion is

24    a manifest of justice.

Page 81

1           So, yes, we would oppose that,
2       absolutely.
3           THE COURT:  And you did, I
4       think, address this, but I want to
5       make sure you're fully heard on the
6       Unsolicited Bids, how I should deal
7       with Unsolicited Bids going
8       forward.
9           My understanding is that you
10      don't object to an outline that I
11      amended to indicate that the
12      Unsolicited Bidder could, if they
13      think they have good cause to do
14      so, some language like that, redact
15      their own identity at least
16      initially.
17          MR. EIMER:  Yes, that's
18      correct, Your Honor.
19          I understand the Special
20      Master's position.  I think he's
21      been put here to analyze these
22      Bids, but if an Unsolicited Bid
23      comes in and he's not dealing with
24      it and we believe it's a Superior

Page 82

```
 1              Proposal because it provides more
 2              money to creditors, then, I assume
 3              we would move the Court to direct
 4              the Special Master to address that
 5              cognizance of it.
 6                   So I think that's not
 7              something that we necessarily
 8              propose, no.
 9                   THE COURT:  Okay.
10                   Anything else you want to be
11              heard on?
12                   MR. EIMER:  No.  Thank you for
13              the time, Your Honor.  I appreciate
14              it.
15                   THE COURT:  Good morning.
16                   MR. GARVEY:  Good morning,
17              Your Honor.
18                   George Garvey, for the
19              Republic and EMS, we join in
20              Mr. Eimer's comments.  I don't have
21              anything to add.
22                   THE COURT:  Okay.  Thank you.
23                   MR. GARVEY:  Thank you.
24                   MR. PERLA:  Good morning, Your
```

Page 83

1          Honor.
2              Juan Perla, of Curtis,
3          Mallet-Prevost, Colt & Mosle.
4              We also join in what Mr. Eimer
5          has said.  I would add only that
6          there really is no prejudice to the
7          others from waiting until
8          October 20th because if there is a
9          Bid that contains the TSA with the
10         2020s, it isn't something that they
11         can act on in any event, until at
12         least December 20th when the
13         suspension of the general license
14         file would expire.
15             So there's really nothing that
16         we are rushing towards here that
17         would be able to happen if we
18         waited until October 20th anyway.
19             THE COURT:  Okay.
20             MR. PERLA:  Thank you.
21             THE COURT:  All right.
22             We will turn to the
23         Dalinar/Gold Reserve Consortium at
24         this point.

Page 84

1          MR. KIRTLAND:  Good morning,

2     Your Honor.

3          Matt Kirtland for Gold

4     Reserve/Dalinar Energy.

5          Thank you for the opportunity

6     to be before you this morning to

7     discuss what we see are fundamental

8     issues, both to protect our clients

9     rights and achieve a

10     value-maximizing transaction.

11          We disagree with Your Honor's

12     inclination to hold the Sale

13     Hearing on the 15th primarily

14     because it does not allow for

15     resolution of what we have said in

16     our over-the-weekend and previous

17     submissions is a critical threshold

18     issue.

19          The suggestion by the Special

20     Master that the issue is not right,

21     and, then, could be addressed in

22     briefs that come in the event the

23     Special Master chooses to designate

24     a different or different Bid as a

Page 85

1           Superior Proposal, we think misses

2           the point, Your Honor.

3                Under the Bidder Protections

4           ordered by Your Honor,

5           January 27th, better than reflected

6           in the SPA, I'll get to this point

7           about whether the SPA is or is not

8           effective or at least binding on

9           the Special Master.

10                Under the Bidder Protections

11          ordered by the Court, a fundamental

12          rule of the topping period was that

13          if a Bidder such as my client

14          incurred time and expense to submit

15          its final best offer, and,

16          therefore, become a Recommended

17          Bids that two things would happen.

18                One, no further Bids or

19          engagement with any convening

20          proposal would happen voluntarily

21          be the Special Master.

22                And, two, any Unsolicited

23          Proposals that came in had to meet

24          an overbid minimum that was above

Page 86

1           the purchase price of the Final
2           Recommended Bid.
3                   The concept, Your Honor, as
4           discussed in January, and ordered
5           by the Court, was that Stalking
6           Horse Topping Bid.  Once you're at
7           the Topping Bid, then, the Topping
8           Bid, the Final Recommended Bid, is
9           only displaced in the event it's a
10          higher-priced Bid.
11                  It was Gold Reserve supported
12          by Rusoro Mining.  We requested
13          this Bidder Protection, and it's
14          critical, Your Honor.  My client
15          has incurred tens of millions of
16          dollars in fees and expenses in
17          order to obtain the financing
18          commitments necessary to have its
19          financial actionable Bid.
20                  The only it did that was
21          because of precisely this Court
22          ordered Bidder Protection, and for
23          an attached judgment creditor that
24          means that the Unsolicited

Page 87

1          Proposal -- we're at 7.3 billion --
2          has to come in higher.
3              Special Master can modify the
4          overbid minimums as discretion to
5          lower but not eliminate, Your
6          Honor, not eliminate, and certainly
7          not make negative.
8              This protection specifically
9          litigated, specifically ordered by
10         Your Honor, and we made it
11         abundantly clear in our submissions
12         and we think it was equally clear
13         in all the other parties'
14         submissions, and the Court's Order
15         that these were the rules of the
16         road.  Why?
17             Because the idea was that if
18         the topping period worked as it
19         should have, Your Honor, there
20         would be no higher Solicited
21         Proposal.  The idea because, as the
22         Court said and the Special Master
23         admonished all of us, all of us
24         Bidders during the topping period,

Page 88

1      "you must put your best foot
2      forward now."  Why?
3          So the final Recommended Bid
4      would be the Final Bid, and, then,
5      we march to the Sale Hearing in six
6      weeks, and it's then we're taking
7      discovery and putting in the
8      extensive briefing in advance of
9      the Sale Hearing on that Final
10     Recommended Bid.
11         The concept of an Unsolicited
12     Bid coming in during the no shop
13     period where the Special Master is
14     strictly prohibited from doing
15     anything to incentivize the
16     Competing Proposal, anything, was
17     exactly this idea.  But if you're
18     going to put one in, in the
19     non-solicitation period, it has to
20     beat the price of the Final
21     Recommended Bidder.
22         For an attached judgment
23     creditor, like Gold Reserve, who
24     has been pursuing enforcement of

Page 89

1              this judgment for over a decade,
2              this was critical because that
3              means at worst we, of course, would
4              prefer Gold Reserve with its
5              Consortium partners would prefer to
6              own the shares of Citgo, but at the
7              worst our judgment is paid.
8                   Make no mistake, Your Honor,
9              what is being the reason why
10             today's Sale Hearing was postponed
11             was because a submission of a Bid
12             in which our client would receive
13             nothing on its judgment and
14             absolutely zero.  It is
15             $1.5 million below.
16                  The value of the Amber Energy
17             Bid at 5.8 is exactly lower than
18             the value of our judgment and the
19             Bidder after us, Siemens Energy,
20             with the Special Master
21             incentivized for us to get them to
22             join our Bid to increase our price.
23                  And why they did do that?
24             Again, why did Siemens join our

Page 90

1          Bid?  A lot of cost involved there,
2          millions of dollars, and they gave
3          up material things on their
4          judgment because the worst case
5          scenarios were topped.  Our
6          judgments are paid in cash.
7               This was the entire reason,
8          Your Honor, in January and February
9          we had extensive litigation on just
10         this question, and many other
11         related questions.
12              I'm sure Your Honor recalls
13         the extensive discussion on noncash
14         consideration and whether it could
15         or could not be crammed down on
16         Senior Creditors by the Junior
17         Creditor.  That entire discussion
18         also makes no sense.  There's no
19         logic if in an unsolicitation
20         period a lower price Bid can come
21         in.
22              THE COURT:  But I recall
23         extensive discussions with you at
24         the stock and board stage about

Page 91

1          whether 3 billion was higher than

2          7 billion, roughly speaking.

3                We had a whole-day Hearing on

4          a concept that, you know, to a lay

5          person might have seemed ridiculous

6          whether 3 is higher than 7, but it

7          was a real live issue in large part

8          because of the evaluation criteria

9          are not limited just to the

10         headline dollar price.

11               They also had always factored

12         in certainty of closing other

13         related concerns, which is just a

14         roundabout way of saying it seems

15         like -- well, I'm not -- even if

16         you're not asking me to rule on the

17         merits of your interpretation of

18         your rights, and I'm not doing

19         that, but it seems to me at least

20         one issue that at some point you

21         and I are going to have to deal

22         with is it's not clear to me that

23         anyone ever said that the only way

24         to exceed a Recommended Bid was to

Page 92

1      solely look at the headline dollar
2      price, and most of your arguments
3      seemed to be overly simplistic on
4      that ground.
5              MR. KIRTLAND:  With respect,
6      Your Honor, no.  This Bidder
7      Protection is limited exclusively
8      to purchase price, meaning the cash
9      paid to Additional Judgment
10     Creditors.
11             A concept of certainty is a
12     separate evaluation criteria, and
13     it does not in any way undercut our
14     straight -- I would say
15     straightforward rather than
16     simplistic, but we do think it is
17     black and white, Your Honor.  So in
18     some ways it is simplistic.  We
19     think the rules of the road clearly
20     determined by the Court in the
21     January 27, 2025 Order --
22             THE COURT:  Do you think I can
23     find that in the January 27th Order
24     that to even entertain another Bid

Page 93

```
 1          at this point in process you've got
 2          to start at I think it's 50 million
 3          over, but some amount over your
 4          headline 7-point-whatever-billion.
 5              MR. KIRTLAND:  That's our
 6          entire argument, Your Honor.
 7              THE COURT:  But, again, I can
 8          find that in my January 27th Order.
 9              MR. KIRTLAND:  Yes, Your
10          Honor.  If you look primarily at
11          the nonsolicitation period, your
12          rulings, that's on paragraph -- I'm
13          sorry, that Pages 11, 12, 13, and
14          14 of DI 1554.  And you'll see,
15          Your Honor, on Page 14, Bidder
16          Protection 5, the overbid minimum.
17              And, Your Honor, you're right;
18          we're not asking you to resolve the
19          merits of this.  We think this
20          point has been completely distorted
21          in the over-the-weekend filings,
22          and we think Your Honor needs a
23          complete record on this point
24          because it's not just what Your
```

Page 94

1    Honor ruled, but what he ruled
2    measured against because you were
3    looking at, Your Honor, multiple
4    pleadings from multiple parties,
5    but the proposal that Your Honor
6    adopted here that the overbid
7    minimum should go from the original
8    proposed 25, Special Master
9    proposed to the 50 that we at
10   Rusoro proposed, you have to get
11   the full context to understand why
12   it fully supports what we're
13   saying.
14        Then, Your Honor, then, after
15   Your Honor issued the 1554, this
16   provision then made its way into
17   the Bid Draft SPA because, as Your
18   Honor will remember, there was the
19   process where sent the material
20   terms and conditions and the
21   evaluation criteria and, then, a
22   Model SPA was proposed that
23   reflected those terms and
24   conditions.

Page 95

1          And there was further
2     litigation as to how the Special
3     Master implemented Your Honor's
4     ruling into the Model SPA.  It was
5     objected to.  That objection was
6     resolved.  That also confirms the
7     correctness of the point that we
8     are arguing.
9          THE COURT:  But putting aside
10    the correctness or not, what is
11    wrong with the procedure that I
12    have outlined, which would, of
13    course, allow you to curt on this
14    issue.  Certainly, it seems
15    straightforward to take your word.
16    You would be heard if next week the
17    Special Master says he's got a
18    Superior Proposal, and, then, let's
19    just say, you don't match it, and,
20    so, now you presume coming in.  You
21    are an objecting party, at least
22    you have the right to be an
23    objecting party, in which case I
24    believe the argument would be part

Page 96

```
 1          of your objection.
 2               But I would think even
 3          alternatively if you remained the
 4          Recommended Bidder, if you think
 5          you have some cognizable injury
 6          that I should hear about, even
 7          though you're at the same time
 8          asking me to adopt presumably the
 9          still Recommended Bid, I think you
10          could still be heard on this.
11          There's nothing stopping you from
12          making the argument, and asking me
13          for whatever relief you think
14          you're merited.
15               Again, roundabout questions.
16          But why put your issue front and
17          center now and put everybody else,
18          everything else on hold until I
19          resolve it?
20               MR. KIRTLAND:  Three points,
21          Your Honor, in response.  Thank you
22          for that question.
23               The question is sort of why
24          now.  Why not just take it up in
```

Page 97

1         the course of objections.

2              Number 1, it boils down to our

3         match right.  As the Special Master

4         has correctly stated, and as Your

5         Honor embedded into the Adjournment

6         Order, if the Special Master

7         determines that an Unsolicited Bid

8         is a Superior Proposal, and it

9         triggers a three-business-day match

10        right to the existing Final

11        Recommended Bidder, in this case

12        Gold Reserve and Dalinar Energy,

13        that match right, Your Honor,

14        arises from the same Bidder

15        Protections that Your Honor

16        ordered, which were embedded in the

17        SPA, but you only get to that match

18        right, Your Honor.

19             It's not the existence of any

20        Competing Proposal or any concept

21        of any something is better.  It

22        comes from the defined terms of the

23        Bidder Protections ordered by the

24        Court and the SPA.  And under those

Page 98

1           defined terms, it's only if the Bid

2           hits the overbid minimum that it

3           can only even be considered to be a

4           Superior Proposal.  At that point,

5           it has to be higher or better, but

6           you don't get to that higher or

7           better until you have the trigger.

8                And, so, our match right, Your

9           Honor, which is critical to the

10          existing Bidder, it's also

11          litigated and approved in advance

12          of all of the Bidding, we would be

13          matching against an invalid

14          trigger.

15               The Court has to determine

16          what this issue before our match

17          right triggers because otherwise

18          we'd be matching an invalid

19          proposal.  So what would happen

20          here, Your Honor, is we would move

21          to strike the notice of Superior

22          Proposal based on this argument.

23          And, then, we would have to

24          litigate that, and that would take

Page 99

1          at least two weeks with a week for
2          Your Honor to decide this
3          objection.
4               This objection, Your Honor, is
5          no less substantive and no less
6          critical for the Sale Process than
7          the same objections that we have
8          just spent the last six weeks
9          litigating with extensive briefing,
10         opening, response, sur-reply in
11         advance of the preexisting Sale
12         Hearing.
13              This objection that we have is
14         equal, in my view, to the merit and
15         the significance of all of those
16         other objections rolled together.
17         While we have said it can be done
18         on something shorter than complete
19         regular briefing, it is critical if
20         this issue is resolved, as we sit,
21         an existing Amber Energy Bid, which
22         would be the potential
23         counter-designated Bid, would be
24         nonactionable.

Page 100

1              In addition, Your Honor, to

2         Mr. Eimer's point, going forward

3         every other Bidder would know.

4         Again, we would say "the rules of

5         the road," and there wouldn't be

6         any further dislocation.  People

7         would know you have to have a

8         higher price.

9              This was, Your Honor -- this

10        was, Your Honor, the widespread

11        understanding all any Additional

12        Judgment Creditors and potential

13        Bidders with which we, Gold

14        Reserve, were in communication.

15        After the final Recommended Bid,

16        you have to top that price to be

17        considered.

18             And the whole discussion when

19        Your Honor set the $50 million

20        minimum, which could be varied, was

21        we didn't want what has just

22        happened to happen.  That was for

23        an overbid, Your Honor.  The idea

24        was, as we argued to the Court and

Page 101

1            was accepted, not objected to the
2            Special Master, were three days
3            before the Sale Hearing.
4                 Somebody puts in a Bid that's
5            $20 million higher than ours.  The
6            Special Master, then -- the rule is
7            they couldn't even consider it,
8            unless they came to you and
9            explained and exercised their
10           discretion, proved it to you,
11           perhaps, on briefing because by
12           definition an Unsolicited Proposal
13           during the Final Recommendation
14           period would restart everything.
15           It was completely disruptive.  This
16           was exactly our point in our
17           January briefing, Your Honor.
18                 So, in any event, going back
19           to why now, our match rights would
20           be irretrievably prejudice if we
21           don't resolve this issue first.
22           The only way around that, Your
23           Honor, is to reserve our match
24           rights after the Court resolves.

Page 102

1              We don't think that makes
2       sense practically, but that's a
3       potential Band Aid solution, that
4       in the event that we proceed as the
5       Court has indicated, and in the
6       event we win on this point, then,
7       we would win.  If we lose, we,
8       then, can exercise our match
9       rights.  We can't be in a position
10      of having exercised or match rights
11      on the basis of potentially invalid
12      trigger.
13              And, Your Honor, just to bring
14      this home, this is not a minor
15      procedural point.  It would take
16      potentially tens of millions of
17      dollars of additional expense to
18      match what potentially is a
19      counter-designated Superior
20      Proposal.  This is an expensive
21      proposition, Your Honor.  Those
22      days, you cannot get them back.  So
23      that's Point 1.
24              Point 2, Your Honor, as to why

Page 103

1    now, it leads to the October 21

2    dates.  We see that with the

3    alternative dates that Your Honor

4    proposed, and the eminent ruling

5    from Judge Failla, sort of a

6    perfect storm of virtuous

7    circumstances.  The time is there.

8    It is just one more month, as

9    Mr. Eimer said.  We fully agree

10   with that.

11        We would have far preferred to

12   be having a Sale Hearing this week.

13   But given that we've lost this

14   week, and we're talking about a

15   one-month delay anyway, doesn't it

16   make sense to resolve this critical

17   issue now, not just for us but for

18   all future Unsolicited Bidders,

19   and, then, we cut off any argument

20   with respect to our friends from

21   the Venezuela Parties, who say that

22   the non resolution of this issue

23   depressed Bids.  It's a perfect

24   solution.  We have to time in the

Page 104

1           schedule if we go to the later

2           dates.  And, so, we suggest that we

3           should use it.

4                The third reason is pragmatic,

5           Your Honor.  To raise the issue by

6           way of a messy motion to strike,

7           it's just not typical of the

8           regular order that Your Honor

9           applies to all briefing where the

10          parties have a fair opportunity to

11          be heard.

12               Strictly speaking, and I

13          suppose this is the motion that we

14          would bring in the event there

15          wasn't a defined briefing schedule,

16          is, we would move to strike the

17          Special Master's designation of

18          this alternative Bid as an

19          Unsolicited Competing Proposal.

20               As Your Honor knows, Special

21          Master came to Your Honor on this

22          past Monday and requested

23          permission under the terms of

24          Bidder Protections and the terms of

Page 105

```
 1            the SPA to engage with this
 2            alternative Bidder as a -- they
 3            positioned it to Your Honor as an
 4            Unsolicited Competing Proposal.  It
 5            actually doesn't meet that
 6            definition.  So we would be
 7            striking the Special Master's
 8            ability to even engage with this
 9            Bidder because that is consistent
10            with the Court's Bidder
11            Protections.
12                 THE COURT:  If I follow what
13            you're saying, that's a right you
14            think you have independent of
15            whether he deems that his Superior
16            Proposal.  It's not even an
17            Unsolicited Competing Proposal
18            because of the top line price; is
19            that the argument?
20                 MR. KIRTLAND:  That's what the
21            Bidder Protections are, Your Honor,
22            yes.
23                 THE COURT:  Meaning you have
24            to right, in your view, right now
```

Page 106

1              before he decides if he has
2              something superior?
3                    MR. KIRTLAND:  Correct, Your
4              Honor.  This is the key point, and
5              I would like the opportunity to
6              clear this up.
7                    In the non-solicitation period
8              for Final Recommendation of the
9              Sale Hearing, the only Competing
10             Proposals that can be discussed
11             with the Special Master are those
12             that meet the overbid minimum.  The
13             Special Master then comes to Your
14             Honor and seeks permission to
15             engage, and Your Honor then does or
16             does not give him permission.  This
17             was a specifically litigated and
18             obtained Bidder Protection exactly
19             to cutoff this sort of chaos and
20             disruption.
21                    And, so, the original sin here
22             is in treating the Amber Energy Bid
23             based on what we've seen in this
24             one letter, and we don't know its

Page 107

```
 1          terms, but assuming its price is
 2          below the Gold Reserve Bid price as
 3          a capital U, Unsolicited, capital
 4          C, Competing, capital P, Proposal.
 5          That's a defined term.  That's
 6          where the overbid minimum Bid
 7          protection triggers.
 8               THE COURT:  Right.  Okay.
 9               So I think I'm following, but
10          the point being while you may have
11          additional concern as of, say,
12          Monday, if he says it's a Superior
13          Proposal, you think you've already
14          been harmed because he and maybe me
15          have given him permission to
16          engage, we have not complied with
17          the definition of Unsolicited
18          Proposals that you have reasonably
19          the Amber Bid is not a Solicited
20          Competing Proposal as the term is
21          defined.
22               MR. KIRTLAND:  That's exactly
23          the point.  I mean, 6.16(b) of the
24          executed SPA reflects the Bidder
```

Page 108

1          Protection.  The Special Master

2          shall not directly or indirectly

3          solicit, initiate, knowingly

4          encourage or knowingly facilitate

5          any proposal or offer that

6          constitutes or reasonably be

7          expected to lead to a Competing

8          Proposal.

9               This is an express dampening

10         of Competing Proposal.  That's the

11         entire purpose of Bidder

12         Protection.  Once you win the Final

13         Recommendation, you are in unless

14         your price is topped.

15              And then at 6.16(c), again,

16         this is a reflection of your Bidder

17         Protection that Your Honor ordered

18         in January.  The Special Master has

19         to come to the Court and obtain

20         approval.

21              There's also, Your Honor,

22         another important point that has

23         sort of completely flown under the

24         radar here, although it was touched

Page 109

1       on in the Special Master's

2       over-the-weekend briefing.

3           The final place is key Bidder

4       Protection is implemented as in the

5       termination provision of SPA

6       8.1(d), Special Master can only

7       terminate this SPA because of a

8       Superior Proposal subject to

9       approval by the Court.

10          And this came from a litigated

11      point, Your Honor, where we and

12      Rusoro came to the Court and said,

13      "Your Honor, any termination during

14      this period has to comply with

15      these non-solicitation provisions,

16      and, therefore, the overbid

17      minimums."  So it is a threshold

18      issue, Your Honor.

19          So the final point is why not

20      just wait and see if the Special

21      Master designates a different Bid

22      that's superior, and, then, take it

23      up then.  Maybe there's no harm.

24      Our point is it should be resolved,

Page 110

1           Your Honor, because even if they
2           stick with us what's to stop
3           someone else after our bid is
4           recommended on Monday or not
5           displaced, we're doing the same
6           thing.
7                The concept of the Unsolicited
8           Competing Proposal needs to be
9           higher in price, needs, in our
10          view, our respectful view, to be
11          reconfirmed by the Court.  That is
12          the way we get to a value
13          maximizing transaction, Your Honor.
14               THE COURT:  Going back to your
15          second point, without waiting for
16          Judge Failla, maybe it's a perfect
17          solution.  I don't know if you have
18          anything to add to what Mr. Eimer
19          said, but I've shared with you my
20          sort of sense that under basically
21          every scenario I'm going to have to
22          figure out what impact the 2020s
23          have, if any, whether she says
24          they're valid or invalid because

Page 111

1          there's going to be more
2          litigation.  Somebody's going to
3          argue to me that she got it right,
4          that she got it wrong.
5               How does it actually help me
6          to wait an extra month to see what
7          she said, or am I going to have to
8          deal with all of these different
9          permutations anyway?
10               MR. KIRTLAND:  No, Your Honor,
11          no.  There's a one-way door for
12          Judge Failla's decision.  If she
13          decides the bonds are invalid, the,
14          quote/unquote, "litigation risk"
15          for the 2020s disappears.  This
16          entire concept whereby Bidders have
17          put in lower Bids than ours
18          justified by the litigation risk is
19          driven off the concept of the 2020
20          Bondholders somehow seeking some
21          injunction.  They cannot seek an
22          injunction with their bonds being
23          deemed invalid.  There's no
24          mechanism that I'm aware of where

Page 112

1       just because you're appealing a
2       decision you can then get an
3       injunction in a District Court on
4       the basis of a right, that not only
5       been suspended by OFAC for the past
6       six years has just been determined
7       to be unlawful.
8           So that "litigation risk" goes
9       to zero, and the whole concept by
10      which we have just lost our Sale
11      Hearing, the lower-priced Bid, the
12      settlement with the 2020s
13      disappears entirely.
14          If Judge Failla had issued her
15      Order on February 28th, this year,
16      as opposed to September 30th, this
17      entire concept in this turn and
18      drag that we went through in this
19      stalking-horse period wouldn't have
20      existed because nobody would have
21      been able to come to the Court and
22      say, "Judge, there's a risk out
23      here about the 2020s, and we've
24      mitigated it, and we therefore

Page 113

1          should have a $2 billion loan
2          price," it goes away completely.
3              Now, if Judge Failla doesn't
4          invalidate the 2020s, then, we're
5          back into the discussion that Your
6          Honor described because there is
7          still the question of "what's the
8          risk," as we've said in our briefs.
9          If she rules in our favor, it
10         doesn't kill our financing.  OFAC
11         has still stayed the exercise of
12         the pledge.  It was all those
13         arguments that we've already
14         rehearsed.
15             But there is a minimum -- a
16         minimum, a 50 percent chance, that
17         she invalidates the bonds, and the
18         2020s disappear from this case.
19             THE COURT:  I fully understand
20         you want a ruling on your legal
21         issue as soon as possible, but if
22         you can put that aside, just for a
23         second, any thoughts on what I also
24         discussed with Mr. Eimer about

Page 114

1          going forward in September on at
2          least some of the issues that are
3          fully briefed, and the witnesses
4          are ready to come and you all are
5          probably ready to get to
6          examinations today.
7               MR. KIRTLAND:  Honor, we have
8          our witnesses here in case you
9          would rule the case was to proceed
10         today.
11              Some of them, yeah.  I mean, I
12         take the point, though, that
13         Mr. Wisenberger's testimony, as I
14         understood from his deposition, was
15         that procedural errors had
16         manifested throughout Your Honor's
17         Sale Process for the past three
18         years, many of them set up and
19         knocked down by Your Honor in full
20         briefing.
21              But in any event, the
22         consequence was a lower price.  And
23         as evidenced of the lower price he
24         cited our price of 7.3 versus this

Page 115

```
 1          sort of anonymous non-risk way to
 2          higher valuation from their other
 3          expert.
 4               If the Bids come in, I mean,
 5          it could be solved by having
 6          perhaps a rebuttal with
 7          Mr. Wisenberger, but the point is
 8          he's testifying to receive flaw in
 9          the process because of a valuation
10          issue that might then be materially
11          changed, depending on how
12          Judge Failla rules.
13               But I do agree that a number
14          of these objections could be taken
15          up, and the Court would hear
16          preliminary evidence.  We can do
17          that now without a change in, like,
18          the Superior Proposal on the 25th.
19          You don't need to have these couple
20          steps now to have that Hearing, and
21          we can use that Hearing, Your
22          Honor, on the 15th to have
23          in-person oral argument on our
24          issue.  We could have it sooner
```

Page 116

```
 1              obviously, but we could accomplish
 2              a lot with those days, and it would
 3              clear out a lot of the brush we've
 4              been going into once we get
 5              Judge Failla's ruling.
 6                   THE COURT:  Yeah.
 7                   Anything else you want to add
 8              in argument here on Dalinar, or
 9              should I hear it separately from
10              other members of your consortium?
11                   MR. KIRTLAND:  I think other
12              members might want to be heard.
13              We're speaking only behalf of Gold
14              Reserve.
15                   Your Honor, between the
16              October 20th and September 15th, we
17              did read the Special Master's
18              opening brief from the 16th DI
19              0292, and the Special Master does a
20              very nice job of explaining why the
21              October 21 to 23 dates are better.
22                   I just would note in addition
23              to what Mr. Eimer said, and what
24              Mr. Bentley sort of prepared to
```

Page 117

1          say, their discovery -- this is

2          primarily on Pages 2 to 3, they

3          talk about the practical --

4          impracticalities of proceeding on

5          the 15th.

6                  They also, as the Special

7          Master writes, "An October Hearing

8          date would thereby avoid any

9          objections that the Parties did not

10         have sufficient time to develop the

11         factual record and express their

12         views on the updated

13         Recommendations.

14                 After spending several years

15         on this Sale Process, the Special

16         Master believes the Court should

17         take a few additional weeks to

18         avoid any complaints that Parties

19         have not had sufficient time to

20         develop the record and a sufficient

21         opportunity to be heard."

22                 We fully agree with that

23         position, as expressed two days ago

24         by the Special Master.

Page 118

1            And, then, in addition we have

2       our threshold issue, which could

3       neatly be resolved for the benefit

4       of everyone, we respectfully

5       submit, and if we went with the

6       October dates.

7            Thank you, Your Honor.

8            THE COURT:  Other members of

9       the Dalinar Consortium to be heard

10      now?

11           MR. ZLUTICKY:  Thank you, Your

12      Honor.

13           Nicholas Zluticky, for Koch

14      Minerals and Koch Nitrogen

15      International.

16           We have no objection to the

17      Court's Updated Inclinations.  And

18      we don't really have anything

19      for --

20           THE COURT:  You don't share

21      Mr. Eimer's position?

22           MR. ZLUTICKY:  We take no

23      position on that.

24           THE COURT:  Okay.

Page 119

1              Anything else?

2              MR. ZLUTICKY:  Nothing

3         further.  Thank you.

4              THE COURT:  Thank you.

5              MR. BERGER:  Good morning,

6         Your Honor.

7              James Berger, of DLA Piper,

8         for Rusoro Mining Ltd.

9              Your Honor, Rusoro also has no

10        objection to the Court's Updated

11        Inclinations at this point.

12             To the extent that there's a

13        conflict or perceived conflict

14        between the schedule that the

15        Special Master pointed out, which I

16        have a deadline of this Friday, as

17        opposed to the Court's

18        inclinations, we agree with the

19        Special Master that any further

20        Bids should be submitted by this

21        Friday.

22             We also want to note our

23        agreement that any further

24        discovery -- we also would say

Page 120

1          briefing, should be strictly, you

2          know, specifically restricted to

3          the issues for the Court in

4          connection with any new Bid.

5          Overall, we want to see the process

6          move as expeditiously as possible.

7               THE COURT:  Thank you very

8          much.

9               And that's it for the

10         Consortium, right?  Okay.  All

11         right.

12              Well, why don't I stick to

13         that side of the courtroom.

14              Any others who want to be

15         heard?

16              Yes.  I'm sorry.  I'm on the

17         other side of the courtroom.

18              You want to be heard, but I'm

19         not ready to call on that side of

20         the courtroom yet.  Thank you.

21              Good morning.

22              MR. CARTER:  Good morning,

23         Your Honor.

24              Chris Carter of Morgan, Lewis

Page 121

1          & Bockius, on behalf of OIEG.  OIEG
2          is supportive of the Updated
3          Inclinations from the Court, and
4          the position stated by the Special
5          Master, Crystallex, and Conoco.
6               As Mr. Stall stated also, we
7          still believe that the termination
8          requirement is necessary if the
9          current Dalinar date goes forward,
10         that issue should be resolved
11         sooner rather than later in the
12         case, if that is the one that goes
13         forward.
14              On the 2020s, as this Court
15         noted, there's no certainty that
16         those will be resolved in full by
17         the end of September.  So delaying
18         will not be good, 100-percent
19         certainty, no matter what.
20         Contrary to what Mr. Eimer pointed
21         out, if the 2020s win, there's no
22         certainty that the Bid we have
23         today will be here tomorrow.  So
24         there's on both sides, the waiting

1          or delaying for a report folder.

2               And just as we and others have

3          argued for a termination right with

4          respect to the Gold Reserve Bid if

5          the 2020s win, there's no reason

6          that Venezuela Parties can't argue

7          that there should be a termination

8          right the other way if there's a

9          different day if the 2020s lose,

10         right.

11              If there's a TSA with 2020s

12         and a new Bidder that's going

13         forward, they could argue that

14         there should be a termination right

15         if the 2020s lose, and TSA.

16              So these are all arguments

17         that should be made before the 2020

18         decision in connection with the

19         Sale Hearing.

20              On the Dalinar Bid Consortium,

21         we agree with the Special Master

22         that the issues raised by the Gold

23         Reserve can be raised at the Sale

24         Hearing, because it ultimately goes

Page 123

1          to whether or not Gold Reserve as

2          the best Bid or not.  That's the

3          key issue at the end of the day.

4               OIEG has not been involved

5          with much of the back and forth

6          between Gold Reserve, the Special

7          Master, and these other potential

8          Bidders, but what we would see is

9          that expense reimbursement

10         provisions in the SPA are they're

11         to protect the Recommended Bidder,

12         Gold Reserve.

13              The Superior Proposal

14         provisions are there to protect the

15         Creditors in the process.  They're

16         different things.  So Gold Reserve

17         has, you know, the expense that

18         they would get if there's a

19         Superior Proposal out there.

20              It can't be the parties have

21         to ignore a Bid with better closing

22         certainty that we would argue for

23         this whole time in the Bids'

24         protective process and closing

Page 124

```
 1              certainty.  So we would disagree
 2              with Gold Reserve, and also suggest
 3              that these are issues that are
 4              arguments for or against whatever
 5              Bid is being proposed at that
 6              point.
 7                    And if an, you know,
 8              alternative Bidder, if they believe
 9              that their Bid is better, they can
10              make that argument at the Sale
11              Hearing.
12                    THE COURT:  Just to make sure
13              I heard you correctly, on the
14              expense reimbursement, though, OIEG
15              agrees that Gold Reserve is already
16              entitled to that, correct?
17                    MR. CARTER:  I want to take
18              the position that I believe that
19              the SPA says that there is that
20              overbid provision that includes an
21              expense reimbursement for Gold
22              Reserve.
23                    So I would say that the way we
24              read the SPA is that if there's a
```

Page 125

1           better -- the severe proposal shows
2           that -- I believe that the SPA
3           provides for that expense
4           reimbursement for Gold Reserve.
5           It's not that entire purchase price
6           that Gold Reserve proposed, plus
7           the overbid amount has to be paid;
8           it's that there is, you know,
9           essentially a new breakup, you
10          know, the expense brief for Gold
11          Reserve.
12                  THE COURT:  Anything else?
13                  MR. CARTER:  That's all.
14          We hope to see in you
15          September.
16                  THE COURT:  What's that?
17                  MR. CARTER:  We hope to see
18          you in September.
19                  THE COURT:  Anybody else to my
20          right that wants to be heard?
21              (No response.)
22                  THE COURT:  It appears not.
23          Okay.  All right.
24                  I'm going to launch the docket

Page 126

1          here.  If you want to come up, I'll

2          give you a couple of minutes.

3                Good morning.

4                THE WITNESS:  Thank you, Your

5          Honor for giving voice to the

6          voiceless.  I will be very brief.

7          I've come to this Court's

8          consideration a proposal of the

9          victims without prejudice based on

10         the jurisprudence and Jones

11         Mayville.

12               And we are proposing a

13         five-percent deductible for the

14         sale price in order to create a

15         trust equating the 9/11 trust

16         created for the victims.

17               We feel that, as you are

18         aware, during all of our

19         performance in the docket, we would

20         have suffered a great deal of

21         confiscation, like any Creditor

22         here, and according to Simon versus

23         the Republic of Hungary, this

24         confiscation has been a product of

Page 127

1              the Alter Ego.

2                   Also, we came late because the

3              people sharing the duty to report

4              this claim omitted in bad faith,

5              Mr. Padena, Chairman of the

6              Alden -- The Best of Alden was the

7              top Union leader of the victims

8              when the strike happens at the

9              Republic imperilling, and dismissed

10             all these workers out.

11                  I just put that into

12             consideration.  Thank you for the

13             opportunity, sir.

14                  THE COURT:  Thank you very

15             much.  All right.

16                  Others?

17                  MR. BOLIAN:  Good morning,

18             Your Honor.

19                  Josh Bolian, for ACL1

20             Investments Ltd., and the other

21             Plaintiffs in Case Number 21-46.

22                  I intend to briefly address

23             the point about Gold Reserve's

24             Bidder Protections claims.

Page 128

```
 1              We heard Gold Reserve counsel
 2         say that their entire argument is
 3         premised not on PSPA, which has not
 4         yet been approved, but on Your
 5         Honor's January 27th Memorandum
 6         Order that regarded the Bidder
 7         Protections, which is a DI 1554.
 8              I wanted to note that in a
 9         footnote that preceded the
10         discussion of Bidder Protections,
11         Your Honor wrote that -- quoting
12         Gold Reserve and Rusoro, "It is
13         Court approval of a Bid, either as
14         a Stalking Horse or a base Bid that
15         triggers the respective protections
16         and mere execution of an Agreement
17         with the Special Master, unless and
18         until the Court approves such
19         Agreement does not."
20              I raise that because it's
21         consistent with other Orders that
22         the Court had made before and after
23         that, that in terms of the SPA are
24         merely proposed until approved.
```

Page 129

1        I don't take that note to mean
2     that the Bidder Protections that
3     Your Honor approved in late January
4     were meaningless or meaning
5     auditory.  It was language that had
6     real consequences.
7        It has incorporated into the
8     approved Stalking Horse SPA, for
9     example, and for Gold Reserve
10    selected as the Stalking Horse who
11    would therefore be standing on
12    rather different footing than we
13    are today.
14        However, I'll note that where
15    Gold Reserve proposed as the
16    Stalking Horse, and if Gold Reserve
17    had proposed interpretation of the
18    overbid memo language that it's
19    advancing today, we would have had
20    a rather different debate back in
21    April about approving that SPA, and
22    I think that Creditors would have
23    resisted the notion for reasons
24    that Your Honor's well aware of,

Page 130

1          that a Bid to even be considered

2          must exceed the headline price of

3          Gold Reserve's Bid.

4               My last note on this is that

5          even were it true that there was a

6          Court Order that incorporated the

7          protections that Gold Reserve

8          claims here, there would still be

9          the possibility of pursuing the

10         next steps that were laid out in

11         Your Honor's inclinations this

12         morning, and that the Special

13         Master by and large agrees with.

14              I don't understand the dispute

15         to be about what the Special Master

16         may or may not do unilaterally.

17         Rather, the question is whether the

18         Special Master may ultimately, if

19         he decides to do so, terminate the

20         Dalinar SPA in favor of a different

21         proposal.

22              Yes, the Special Master has

23         recognized that you will request

24         Court approval to do that.  In so

Page 131

1        requesting, the Court would be

2        given the opportunity, because

3        there is no final Order yet in this

4        proceeding, to construe, to revise,

5        or even to revisit any prior Orders

6        on which Gold Reserve might have

7        claimed to rely.

8            Last point with respect to

9        Gold Reserve's claim for reliance,

10       we would submit that its claimed

11       reliance would not be reasonable in

12       view of the Orders going back to

13       the Sale Procedural Order itself.

14       It made clear that an SPA is not

15       binding until approved.

16           And to the extent that Gold

17       Reserve is relying on the language

18       incorporated into its SPA, I'll

19       note that Gold Reserve's on

20       counterparty, the Special Master

21       disputes Gold Reserve's

22       interpretation of that language.

23           ACL would agree, and we'll

24       submit briefs when it comes to

Page 132

1          that.  But it's never been so clear

2          and not worthy of the ironclad

3          reliance that Gold Reserve now

4          claims.

5               THE COURT:  Thank you.

6               MR. BOLIAN:  Thank you, Your

7          Honor.

8               MR. FORCIER:  Good morning,

9          Your Honor.

10              Justin Forcier, on behalf of

11         Siemens Energy.

12              Siemens Energy joins in Gold

13         Reserve, their arguments, and I

14         have nothing else to add.

15              THE COURT:  Thank you.

16              MR. FORCIER:  Thank you, Your

17         Honor.

18              MR. RECHER:  Good morning,

19         Your Honor.

20              Jeff Recher, from Paul, Weiss,

21         on behalf of the 2020 Noteholders.

22              The 2020 Noteholders have no

23         objections, no issues with the

24         Court's Updated Inclinations as set

Page 133

1         forth this morning.

2              As the Court is thinking about

3         next steps, as the Court knows, the

4         2020 Bondholders have a settlement,

5         a Transaction Support Agreement,

6         with Amber Energy.

7              We did want to make sure the

8         Court was aware that that TSA

9         contemplated that if Amber is the

10        Recommended Bid, the 2020s would

11        have certain obligations to seek a

12        stay of the SDNY action.  We are

13        obviously not at that point yet,

14        and, of course, any stay in that

15        action is not up to the parties,

16        but we did want to make sure that

17        the Court was aware of that

18        obligation in our agreement.

19             I will say that the suggestion

20        from the Venezuela Parties that a

21        stay application would be -- I

22        think it was referred to as "a

23        fraud on the Court," and I believe

24        I heard a suggestion that if the

Page 134

1    Southern District were to grant

2    such a stay, that would be

3    tantamount to Judge Failla

4    concealing something from this

5    court.  Those statements are

6    outrageous.

7         The 2020s have every

8    confidence in their position in the

9    SDNY litigation.  The stay request

10   contemplated by the TSA is merely a

11   provision that captures the fact

12   that settling parties went back and

13   forth, negotiated agreements, had

14   gives and takes on each side and

15   it's designed to preserve the

16   status quo.  And, as I said, that's

17   a matter for Judge Failla to decide

18   if it comes to that, if such an

19   application is made.

20        But, again, you know, I get

21   that anyone who is trying to

22   defraud anybody for making a

23   request for relief to a Court, that

24   any opposing party is free to

Page 135

1          propose is absurd.  All right.

2               Two other statements I heard

3          made by the Venezuela Parties, and

4          I just wanted to briefly point out

5          because they are incorrect.

6               There was an assertion -- I

7          believe the trading prices for the

8          2020 bonds were impacted in some

9          way by the Special Master's

10         positions vis-a-vis the 2020

11         Bondholders.  That's just simply

12         not the case.

13              The other statement made by

14         the Venezuela Parties, I believe,

15         was the suggestion that if there is

16         a settlement that becomes effective

17         with Amber, that ultimately is the

18         Bid that is recommended an

19         ultimately approved, that it

20         wouldn't impact the Southern

21         District of New York litigation.

22         That's just not right.

23              We do understand that Amber

24         intends, if the agreement does

Page 136

1          become effective, to extinguish all

2          of the notes that are exchanged

3          that would have a serious impact on

4          what, if any, issues would remain

5          for Judge Failla to decide.

6               We certainly do intend to let

7          her now about developments in this

8          case, and she, of course, can

9          decide what she wants to do in her

10         own case, but we wanted to make

11         sure the Court was clear on all of

12         those facts --

13              THE COURT:  Maybe this is what

14         you're trying to explain to me, but

15         is it a possible outcome in New

16         York that you have a settlement,

17         you get paid on the settlement, and

18         yet you still have your claims,

19         which is what's being suggested by

20         some of the parties here?

21              MR. RECHER:  I understand that

22         that's incorrect.  So, as I

23         understand the mechanics of the

24         settlement, if the settlement

Page 137

1          becomes effective the notes are

2          exchanged to Amber Energy, and

3          Amber Energy then has a decision to

4          make with them.

5               I understand the intent to

6          extinguish those notes.  Although

7          exactly how that process would work

8          is something that I think Amber

9          Energy is making.  That's my

10         understanding.  If the notes --

11              THE COURT:  The notes that are

12         sent out in the TSA?

13              MR. RECHER:  I would want to

14         confirm, Your Honor.  I don't know

15         that it is.  I need to confirm that

16         point.  But obviously to the extent

17         the notes are extinguished, it

18         would extinguish any claims

19         associated with those notes.

20              THE COURT:  Okay.

21              Anything else you want to say?

22              THE WITNESS:  No, Your Honor.

23         Thank you very much.

24              THE COURT:  Okay.

Page 138

1               Good morning.
2               MR. FORASTIER:  Good morning.
3               Good morning, your Honor.
4               I'm Miguel López Forastier,
5          from Covington and Burling, on
6          behalf of Valores Mundiales.
7               I'll be brief.  Valores
8          Mundiales joins Gold Reserve in
9          respect of its position of the Sale
10         Hearing date.  So that you're aware
11         of my client situation, we are
12         right now out of the money under
13         the winning Recommended Bid.
14              My client is a company that
15         close to 20 years ago was
16         expropriated of all of its assets
17         in Venezuela.  They still have that
18         claim, that judgment.  We are not a
19         hedge fund, and our only chances of
20         getting paid is if this Sale
21         Hearing is postponed until October,
22         and the reason for that is it has
23         been moot stated already quite
24         eloquently by Mr. Eimer is that the

Page 139

```
 1          financial analyses completely
 2          changes the litigation if
 3          Judge Failla decides that those
 4          bonds are not valid.
 5              We believe that that will
 6          unlock probably at least a billion
 7          dollars or more in financing
 8          available to potential Bidders, and
 9          that could make a difference on
10          whether our client gets paid or
11          not.  Our client has been paying
12          for the Special Master fees
13          diligently.  Last week we received
14          a bill for $700,000, which we will
15          pay.
16              For that reason, Your Honor,
17          we respect your inclinations, but
18          we think that in additional
19          material would not materially
20          change the course of the
21          proceeding, but it could materially
22          change whether our client gets paid
23          or not.
24              Thank you, Your Honor.
```

Page 140

```
 1              THE COURT:   Thank you.
 2              Anybody else on the left side
 3         that wants to be heard?
 4              (No response.)
 5              Okay.
 6              Let's at least briefly try to
 7         get at least the Special Master and
 8         the Sale Process Parties a chance
 9         for a brief anything else you may
10         want to say, and, then, may have an
11         opportunity for others briefly, but
12         let's start with the Special
13         Master.
14              MR. BENTLEY:   Thank you, Your
15         Honor.
16              Chase Bentley for the Special
17         Master.
18              There are three points that I
19         want to address.
20              One, regrettably, I should
21         have brought up when I was up here
22         last.  It's a more of a preview or
23         a clarification.  The other two are
24         the responses.  One's the Venezuela
```

Page 141

1      Parties, and one's to Gold Reserve.
2      I'll address the quicker ones
3      first.
4           The matter that I wanted to
5      preview for you is that pursuant to
6      the terms of the Gold Reserve SPA,
7      the Special Master cannot terminate
8      that SPA in order to enter into a
9      different SPA with (inaudible) --
10     until the Court has approved that
11     termination.
12          So when we envision, you know,
13     potentially filing an updated
14     recommendation, again, we're in the
15     scenario where we were ceased in an
16     Unsolicited Competing Proposal, and
17     have to determine that that Bid is
18     a Superior Proposal, had given Gold
19     Reserve its match right, and Gold
20     Reserve, then, attempts to match
21     and fails to do so, or refuses to
22     attempt to match, then, the Special
23     Master makes a determination that
24     that Superior Proposal continues to

Page 142

1          constitute a Superior Proposal, and

2          submits an updated Final

3          Recommendation.  I believe that the

4          date that we have earmarked for

5          that is August 29th.

6                In that updated

7          Recommendation, the Special Master

8          will also be requesting authority

9          of the Court to terminate the

10         Dalinar SPA and turn to the other

11         replacement SPA.

12               And I would just preview Your

13         Honor timing is important on that

14         request because obviously we will

15         want to lock down the replacement

16         Bidder, the Superior Proposal as

17         soon as possible, not withstanding

18         that the SPA is not enforceable as

19         it gets to the Special Master,

20         until Your Honor approves the SPA

21         itself.

22               THE COURT:  So even though I

23         wouldn't build in a date, I don't

24         think, for when I would approve or

Page 143

1      not approve, I am being reminded

2      that if you were to recommend a

3      Superior Bid, you would be

4      approaching me and asking me to

5      decide as quick as possible whether

6      to you allow to terminate the SPA.

7           MR. BENTLEY:  Correct.

8           And, of course, looking at the

9      calendar, we're talking about that

10     recommendation and request coming

11     in on August 29th.  We would

12     potentially be back here in front

13     of Your Honor on September 15th,

14     just over two weeks later.

15          I think that the Special

16     Masters view a response from the

17     Court on that particular very

18     discreet point would be appreciated

19     prior to being back for the Hearing

20     because in the meantime the

21     replacement Bidder will not be

22     bound to that deal.

23          So I don't think that's the

24     matter necessary for today.  I just

Page 144

1          wanted to make sure you understood

2          the context, and that it didn't get

3          lost in whatever we may or may not

4          submit on that topic.

5                    THE COURT:  Understood.

6                    MR. BENTLEY:  Thank you.

7                    The second point that I want

8          to address is in response to the

9          Venezuela Parties.  This is more a

10         correction of what we believe the

11         record reflects.

12                   First, Venezuela said that the

13         Special Master's position with

14         respect to the 2020s, inflated

15         2020s price.  In fact, the Special

16         Master at one point was negotiating

17         with the 2020s, and I believe,

18         though, of course -- I don't have

19         all of the references to the 2020s

20         in the record in front of me right

21         now, I believe the Special Master's

22         position always has been that it

23         was important to engage with the

24         2020s.

Page 145

1             It's not necessarily that the

2        2020s would have to be paid prior

3        to a transaction being recommended

4        or closing, and that position is

5        also reflected in the Special

6        Master's initial recommendation of

7        the September 2024 Bid, which

8        itself did not have a 2020's TSA or

9        a settlement with the 2020s.  So I

10       just wanted to correct that.  And I

11       believe the record already reflects

12       that point.

13             And, then, second, in response

14       Venezuela, again, a different point

15       on the 2020s, and I believe that

16       when the 2020s stood up here just a

17       few minutes ago, they also

18       addressed the question as to

19       whether they would be seeking a

20       stay of the New York action.  I

21       want to make sure that it's clear

22       on the record very expressly that

23       the Special Master would not

24       participate in that in any way in

Page 146

1           that request for a stay.
2               In fact, everybody might
3           remember the same term was in the
4           Red Tree Stalking Horse Bid in
5           their TSA for the 2020s.  At the
6           time, Red Tree requested the
7           Special Master to agree in the SPA,
8           Stalking Horse SPA, to participate
9           with the 2020s and with Red Tree in
10          seed that stay, and the Special
11          Master declined to do so, and he
12          would do so again if Amber Energy
13          or any other Competing Bidder
14          request that term to be put into
15          the SPA.  So I just wanted to make
16          sure that's clear.
17              And, then, third, which I
18          believe will take an extra minute
19          or two is just a response to a
20          couple things that Gold Reserve
21          said with respect to what I'll call
22          the overbid issue.
23              Respectfully, I think that
24          Gold Reserve is mixing up its own

Page 147

1           hats of being a Bidder and a

2           Creditor.  Gold Reserve or Dalinar,

3           you know, more precisely is not

4           entitled to a better expense

5           reimbursement than a third-party

6           Bidder.  We'll just use Amber

7           Energy for convenience because

8           their name has been put back into

9           the record.

10               So if Amber Energy were to be

11          the Final Recommended Bidder, even

12          dating back to July 2nd, and they

13          were expecting an expense

14          reimbursement to reimburse them for

15          commitment fees, whatever other

16          out-of-pocket reasonable and

17          documented expenses and fees they

18          might have incurred, they would be

19          limited to the $30 million that is

20          contemplated by the Bid Process

21          Orders and by the SPA.

22               Instead, what Gold Reserve is

23          suggesting is the pot that they get

24          to pull from for paying for their

Page 148

1      are committee fees and their

2      advisors is 30 million plus

3      1.2 billion in cash.  That clearly

4      is not what the intention ever was

5      for anybody.  Maybe Gold Reserve

6      thought it to itself, but that's

7      not in the paper, and there's no

8      reason why they should be treated

9      differently than a third-party

10     Bidder.

11          And, then, lastly, and, again,

12     in response to Gold Reserve's

13     statements about the overbid, in

14     the world that Gold Reserve thinks

15     that we all live in they get to

16     demand that $1.2 billion payment in

17     full in cash, or else no one gets

18     to purchase the PVA shares, and

19     that role Gold Reserve would

20     dictate the winner of this process,

21     not according to the Special

22     Master's recommendation, according

23     to objections or support by other

24     parties, and not according to the

Page 149

1          Court.

2                Other Creditors senior to Gold

3          Reserve, to our knowledge, are and

4          have been engaging in good faith

5          negotiations with various Bidders

6          and agreeing to noncash

7          consideration and discounts to the

8          face values of their claims, which

9          are reflected in their consent that

10         those Bids, or, as far as we

11         understand, potentially the consent

12         process.

13               But Gold Reserve is attempting

14         to hold that process hostage, and

15         that was never contemplated again

16         by the parties, even if Gold

17         Reserve claims it was written in

18         the January 27th Order in invisible

19         ink.  And I say that not just in

20         jest because while we've been

21         sitting over here today, I looked

22         at the January 27th Order,

23         specifically Page 18, it's

24         Docket 1554, Page 18, SPA Material

Page 150

1          Term 12; Title, "No Solicitation
2          Non-negotiable."
3               Your Honor's Order says,
4          "There appears to be no dispute
5          with respect to this term.  Special
6          Master's proposal is adopted."
7               So if we go to the Special
8          Master's Proposal filed in
9          Docket 15 -- Docket 1545, if you go
10         to Exhibit-1 -- regrettably we do
11         not have page numbers on the actual
12         exhibit, but it's Page 5 of 8 of
13         the entire filing itself, and it's
14         Number 4 in this Special Master
15         Proposal and Counterproposal.
16         Again, that's attached to
17         Docket 1545.
18              You specifically asked
19         Mr. Kirtland if he were setting
20         aside the SPA that is not
21         enforceable by its own terms, and
22         instead Mr. Kirtland argued saying
23         that Gold Reserve believes that it
24         has this right with respect to

Page 151

1          Unsolicited Competing Proposals

2          directly in the Court's Orders.

3              I think it's clear that the

4          words themselves are not directly

5          in the Court's Order.  In 1554, it

6          refers to 1545.

7              So, again, if you go to

8          Number 4, 1545, Exhibit-1, first of

9          all, the definition or lack

10         thereof, "unsolicited competing

11         proposal," it is not upper case

12         "U," upper case "C."  It's all

13         lower case.  There is no

14         definition.  And the references to

15         Unsolicited Competing Proposal do

16         not include references to the

17         overbid minimum.  They do not

18         include references to the expense

19         reimbursement.

20             Not to mention this entire

21         discussion of non-solicitation

22         period, any Unsolicited Competing

23         Proposal in 1554 in Exhibit-1 is

24         all with respect to the Stalking

Page 152

1          Horse period.

2                The only reference to the

3          Final recommended Bidder is that

4          Special Master said, again, in this

5          filing that he was okay notifying a

6          Final Recommended Bidder of any

7          Unsolicited Competing Proposal.

8          But there's no definition here.  So

9          to the extent that they're relying

10         on the defined term, they must rely

11         on it in the SPA.

12                I don't think that it's

13         necessary or right to have that

14         conversation or get ahead of any

15         briefing on the interpretation of

16         the SPA, which, again, for the

17         record, the Special Master

18         disapproves of.

19                Let me just check my notes and

20         make sure that's it.

21                I think that's all.

22                THE COURT:  I have some

23         questions, and I'm not also trying

24         to get into the substantive meaning

Page 153

1       of these terms, but procedurally

2       what Gold Reserve outlined today is

3       that if the Special Master next

4       week proposes a different

5       recommendation, possibly even if he

6       doesn't, but certainly if he does,

7       I should suspect something akin to

8       a motion to strike to, I suppose,

9       attempt to force me to make a

10      ruling as to whether or not you

11      actually have received a quote or

12      not in quotes Unsolicited Competing

13      Bid, and this sounds like it could

14      be disruptive to whatever schedule

15      I might set.

16            Any thoughts about that?

17            MR. BENTLEY:  Well, again,

18      Your Honor, we think that that

19      briefing can be addressed in the

20      substantive briefing with respect

21      to any updated Final

22      Recommendation.

23            If that briefing were to be

24      separate and Your Honor were

Page 154

1          inclined to consider separate

2          briefing on the motion to strike,

3          then, you know, we would strongly

4          request that the page limit or,

5          sorry, the amount of pages for that

6          briefing be limited, and also would

7          be set on the same timeframe as

8          would be submitted under or with

9          respect to the sale transaction and

10          the Final Recommendation as a

11          whole, which ends up being a bit

12          circular because we think, again,

13          that it should just be addressed in

14          that briefing that we're already

15          talking about doing.

16              THE COURT:  What I didn't hear

17          from Gold Reserve, although maybe

18          they meant to imply it, let's just

19          say you do recommend some other Bid

20          on Monday.  That's the deadline I

21          set.  I don't think I heard, "Hey,

22          we don't know how to exercise our

23          match right because we don't

24          understand the world in which,

Page 155

1            let's just say, a round number,

2            $6 billion is higher than

3            $8 million."

4                 I didn't hear that argument.

5            I don't know if you did.

6                 But is it the Special Master's

7            view that if he did recommend,

8            "Hey, I have a Superior Bid, that

9            whatever their match right is,

10           they'd know how to exercise it.

11           They will have all the information

12           they need in order to exercise it

13           within three business days.

14                MR. BENTLEY:  I didn't hear it

15           either, and they haven't asked us

16           that question, notwithstanding that

17           we've had conversations with them

18           about the mechanics of the match

19           right, the overbid involvement, and

20           these various, you know, defined

21           terms that we've been talking about

22           today.  5

23                But what I would say to them

24           is that I imagine Special Master's

Page 156

1          guidance, if so requested on that,
2          would not be dissimilar to the
3          guidance that was provided to them
4          during the topping period, which is
5          there's a number of ways to
6          distinguish yourself and
7          improvement on qualifying your Bid.
8               Gold Reserve should look to
9          the Court's prior Orders, but also
10         we revert back to what has always
11         been and always will be our true
12         north, though, if we have to
13         consider pricing and certainty, so
14         they can either increase price or
15         they can increase certainty.
16              Unfortunately, we're talking
17         about an apples-to-oranges
18         situation.  You know, before the
19         match right comes in, meaning Gold
20         Reserve has a higher price with no
21         2020's deal among and under their
22         certainty considerations and the
23         hypothetical Superior Proposal that
24         we're talking about that has a

Page 157

```
 1          lower price with increased
 2          certainty that is delivered by a
 3          2020 settlement.
 4              You know, those are not Bids
 5          on the exact same terms.  I think
 6          that's obvious.  Unfortunately, the
 7          Special Master can't say, "Here's
 8          the one way that you can improve
 9          upon it."  If we were considering
10          apples-to-apples Bids, then, that
11          could be easier.
12              THE COURT:  All right.
13              And, then, just finally, any
14          thoughts about what I suppose might
15          be characterized as sort of a
16          middle ground where we have some of
17          this Sale Hearing in September to
18          deal with at least whatever we can,
19          and maybe have a day or so set
20          aside in October, maybe after
21          additional briefing, to deal with
22          whatever, you know, if we had a
23          ruling for Judge Failla in that
24          impact.
```

Page 158

```
 1              MR. BENTLEY:  Your Honor, I
 2         think the Special Masters always
 3         thought that if we move forward
 4         with the September hearing and Your
 5         Honor wants post-hearing briefing,
 6         you know, potentially related to
 7         you know, not just the 2020s but
 8         related to other topics, then,
 9         there's always a chance that there
10         is going to be a follow-up Hearing,
11         depending again on what the 2020's
12         decision says and what questions
13         Your Honor has coming out of the
14         Sale Hearing.
15              So I don't think that it's
16         surprising to us that that may be
17         required, though the Special Master
18         does not take a position on whether
19         it is or is not required.  Of
20         course, we'll be ready and prepared
21         to do whatever Your Honor wants.
22              THE COURT:  Thank you very
23         much.
24              Mr. Estrada, anything you want
```

Page 159

1          to add?
2                  MR. ESTRADA:  Yes, Your Honor.
3                  I hate to do this, but I would
4          like to talk some more about this
5          2020 issue because, you know,
6          Mr. Eimer, since he's been on the
7          other side of the litigation is
8          absolutely convinced that he's
9          going to win, like I was convinced
10         I would win every case that I ever
11         lost.
12                 And, you know, he made
13         reference to the Alter Ego cases,
14         and I understand why he did that.
15         You may recall that I and Conoco
16         and many other people in this case
17         came to you when those cases were
18         filed and said to you, that we all
19         viewed them as almost, like, an
20         abusive sort of litigation, and
21         that we thought, you know, that
22         there were people trying to skip
23         the line.
24                 THE COURT:  Mm-humm.

Page 160

1           MR. ESTRADA:  And I filed a

2      brief in front of Judge Rakoff,

3      with Conoco, in which we

4      effectively made that point with

5      Judge Rakoff.  And, so, it's not

6      like I'm shy about telling you what

7      I think about other litigation.

8           Now, the 2020s are sort of

9      complicated because, you know,

10      Venezuela won this ruling in the

11      New York Court of Appeals on what

12      the governing law is.  And they

13      tasked the Court of Appeals to say

14      that it's, you know, the law of

15      Venezuela, at least on certain

16      issues.

17           Now, telling me that the law

18      of, you know, Delaware versus the

19      law of Texas governs an issue

20      doesn't actually tell me how it

21      turns out.

22           And Judge Failla has told you

23      that she will issue a ruling by the

24      end of September.  But contrary to

Page 161

1          the implication from the Venezuela
2          Parties that, you know, the skies
3          will open, and, then, we'll have
4          all the answers that are relevant
5          to value.  Sadly, that will not be
6          the case.
7               And there are two issues that
8          sort of flow from, you know, this,
9          you know, fixation on the end of
10         September.  One of them is that we
11         may learn what Judge Failla thinks
12         about certain of the issues, but we
13         will -- you know, as Justice Scalia
14         said in one of the opinions that he
15         wrote for the Court, "not all
16         mysteries will be revealed."
17              And that's because she may
18         tell us that the pledge is valid or
19         invalid.  If she thinks that the
20         pledge is invalid, which is what
21         Mr. Eimer thinks, that will be
22         appealed as to point it out.  She
23         may say that the pledge is valid.
24              Now, you know, Gold Reserve

Page 162

1          and, you know, Judge Failla would

2          keep thinking that the pledge is

3          invalid, and we should maybe think

4          what the consequences for this

5          process and for all Creditors who

6          are not out of the money would be

7          if she thinks that the pledge is

8          valid.

9               That would possibly mean that

10         the 2020 Bondholders might go from

11         having a claim, like, which can be

12         settled now for, I don't know,

13         1.8 billion or 2 billion to

14         claiming that they're now entitled

15         to a claim for 3 billion, maybe,

16         and, then, it would be a wholesale

17         litigation that will, then, have a

18         huge fight about what the interest

19         rate is.

20              Now, you may recall that there

21         had been a judgment earlier that

22         had been vacated and had been

23         collecting interest at the federal

24         interest rate, which for most of

Page 163

```
1        that period had not been that high,
2        and I think for one of those
3        periods, it was one percent.
4             When the claim was vacated, it
5        jumped to 8 percent, which was the
6        contract rate.  As a result of
7        that, you know, the 2020s are now
8        claiming that they're claiming
9        they're owed close to 3 billion.
10            Now, there will be some claim
11       about whether -- you know, if
12       there's a judgment in their favor,
13       and you go back to, you know, the
14       status quo on the deal when you go
15       back to 8 percent, and there could
16       be a billion worth of a swing on
17       that.
18            Now, I would like to make the
19       point to you, as compared to the
20       swings that other people are
21       talking about, that, you know,
22       waiting for a ruling also has a
23       huge swing on, you know, the
24       waterfall here.
```

Page 164

```
1          I have looked at some of those
2      issues, and I'm not as convinced as
3      Mr. Eimer is that they're all that
4      cut and dry.  Since I've lost many
5      cases that I thought I was going to
6      win, and since, you know, all of,
7      you know, the risk at being borne
8      by the Senior Creditors of the
9      "wait, wait, wait," I am not as
10     sanguine as he is.
11          He has a client that has
12     essentially lost the assets, right;
13     every which way he looks, he's
14     buying time.  And you have people
15     in the waterfall, including the
16     winning Bidder for the moment,
17     Dalinar, who are the ones who would
18     be out of the money, and who had
19     nothing to lose by having a "Hail
20     Mary Pass."
21          For them to say, "Let's wait,"
22     for them if the 2020s win, they can
23     step away and all of the harm is
24     inflicted on my client who has put
```

Page 165

1          all of his investment in years of

2          blood, sweat, and toil to try to

3          get an attachment to try to get

4          paid and they can all walk away and

5          walk away from the crash.

6               And, then, "Oh, gee, we

7          waited, and the event didn't pan

8          out.  And that's unfortunate, but,

9          hey, we tried."

10               And for Mr. Eimer, like, I

11          tried as long as I could to try to

12          save the asset, hoping that

13          something would intervene and

14          something would happen and maybe

15          JD Vance would become president and

16          put OFAC back in again, and save me

17          from this, and, you know, something

18          would happen.

19               But, you know, there's a price

20          to waiting always.  If we had had a

21          sale a year ago, we wouldn't have

22          suffered through the Alter Ego, you

23          know, litigation.

24               And, so, I cannot ask you to

Page 166

1      rule faster than you can rule.

2      What I heard, you know, you know,

3      the argument that you could have

4      the hearing in stages, and start in

5      September and maybe you would have

6      the case under consideration, and

7      by happenstance you would have the

8      benefit of the ruling and have, you

9      know, the benefit of, you know, the

10     best of both worlds.

11            And that would work if, as

12     Mr. Eimer expects, you know, the

13     ruling is that the pledge is

14     invalid, but that could not turn

15     out so well if the pledge is valid,

16     and in the interim, you know, the

17     complexity of this process and the

18     length of this process has cost

19     people who had what turned out not

20     to be such a bad settlement for the

21     2020s to go away.

22            And, you know, I'm not

23     prepared to sell a settlement with

24     the 2020s.  Ultimately, it would be

Page 167

1          up to you and Judge Failla to

2          decide whether a settlement, if one

3          is reached, actually measures what

4          the risk is.

5              We can argue about that at the

6          Hearing, if there is a settlement

7          and the Special Master actually

8          says this is a better Bid.  I

9          haven't looked at it.  I'm not

10         selling it.

11             But I do want for everybody to

12         think that there could be a world

13         in which there is a Bid that has a

14         settlement, which is no longer

15         available after there is a ruling

16         in favor of the Bondholders, and we

17         may all say, "You know that was

18         actually a good deal."

19             We waited for the ruling, and

20         the ruling was not what Mr. Eimer

21         hoped.  By the time we all say,

22         "Darn, that was a good offer," that

23         Bid is not available and the

24         settlement is not available and we

Page 168

1    all waited to long.
2        I would like for the Court to
3    also give some consideration to
4    that possibility.
5        Thank you.
6        THE COURT:  Thank you.
7        Conoco Phillips, anything to
8    add?
9        MR. CASSEL:  Good afternoon.
10   I'm Michael Cassel of Wachtell
11   Lipton, for Conoco Phillips.
12       Just on the Bid protections
13   issue that was raised by Gold
14   Reserve, given Special Master's
15   comments a moment ago, it sounds
16   like this issue needs to be briefed
17   and raised.  It's going to be
18   briefed and raised on a relatively
19   expedited basis, given the
20   termination issue that it's raised.
21       I'll just note -- and we don't
22   want to argue the merits of this
23   issue now, but in terms of the
24   January 27th Order, Docket 1554, I

Page 169

```
 1          just want to read into the record
 2          at Page 14.
 3               This is Bidder Protection 5,
 4          "Overbid Minimum and Submitting
 5          Cites."  It says, "Gold Reserve and
 6          Reserve's proposal to higher
 7          50 million threshold, which the
 8          Special Master does not oppose.
 9          He's adopted, in part, subject to
10          the Special Master retaining
11          discretion to lower or raise the
12          overbid minimum throughout the
13          process as he proposes, which is
14          helpful for reasons, including that
15          quote, 'the evaluation criteria
16          include criteria other than
17          price.'"
18               So that's the January 27th
19          Order that Gold Reserve relies on.
20          So we think to the extent there's a
21          dispute on -- that issue can be
22          handled in a way that Special
23          Master proposes.
24               With respect to the sort of
```

Page 170

1    "September/October, can we get

2    started in September, do we start

3    in October," we do think there are

4    things that can be productively

5    accomplished starting in September.

6    And then, if we need to have a day

7    in October to deal with followups,

8    we may need a day in October.

9        But, for instance, the

10   valuation testimony, you know, he

11   knows what all parties intend to

12   put on it.  That's not going to

13   change, depending on what the

14   Recommended Bid is or is not, so we

15   do think we should get started in

16   September.  And if we do need a day

17   in October, then, we'll need a day

18   in October.

19        Does the Court have any other

20   questions?

21        THE COURT:  No further

22   questions.

23        MR. CASSEL:  Thank you, Your

24   Honor.

Page 171

1              THE COURT:  All right.
2              MR. EIMER:  Almost good
3         afternoon.
4              THE COURT:  It is.
5              MR. EIMER:  It is good
6         afternoon.  Sorry.
7              Nate Eimer, on behalf of PDVH
8         and Citgo.  I just have, I think,
9         four points I wanted to make very
10        quickly.
11             First, Your Honor's question
12        from, I think last fall, "Is 3
13        better than 7," still resonates
14        today.
15             This is has been a confusion
16        on the Special Master's part, I
17        think, throughout the Stalking
18        Horse period and throughout the
19        topping period and it's resulted, I
20        think, in the Red Tree's Bid being
21        the Stalking Horse Bid, but it was
22        totally outbid by Gold Reserve,
23        without anyone being able to put
24        any value on the risk that was

Page 172

1       being addressed that was, I think
2       at that point, costing us 3 or
3       $4 billion in value.
4           I think my interpretation of
5       the Court's Order on the Stalking
6       Horse Bid, Stalking Horse Sale --
7       excuse me, Selection, was that much
8       more emphasis should have been put
9       on price than the Special Master's
10      giving at that point, and I
11      understand Your Honor's deference
12      to the Special Master.
13          But this issue hasn't gone
14      away, and it's not going away
15      unless Gold Reserve is correct.  If
16      Gold Reserve is correct, then, the
17      Bidding has to be from now on
18      straight on dollar value being paid
19      not on security.
20          So I think you have to decide
21      that upfront apparently because if
22      Gold Reserve is right, there's
23      $2 billion that is being diverted
24      right now to security in which if

Page 173

1           their right, it's only about

2           headline price now, can be taken

3           off and put into the headline

4           price, which would make a

5           difference as to who can be a

6           successful Bidder, instead of a --

7           it sounds like it's unavoidable

8           that that issue can come up because

9           the Special Master, as he has now

10          indicated, has to come back to you

11          for an Order terminating the SPA.

12          Gold Reserve is going to raise this

13          issue there.

14                So I don't see how that issue

15          is going to be avoided in the next

16          week, one way or another.

17                I think it has, as I indicated

18          before, a silent effect because if

19          Your Honor determines that now Gold

20          Reserve is correct, and it's not

21          priced in security of closing or

22          certainty of closing anymore, it's

23          just headline price, then, there's

24          $2 billion that had been devoted by

Page 174

1              others to paying the 2020s can go

2              into the headline price in terms of

3              that competition.

4                      The second point I want to

5              make is that Amber is not

6              represented here today, and the

7              2020s certainly can't represent

8              what Amber intends to do.  They

9              have no idea whether Amber intends

10             to cancel those notes or not.

11                     I don't know why they would.

12             They have apparently value to them.

13             And, so, we have no assurance that

14             the those notes are going to be

15             canceled or not.

16                     Then, finally with respect to

17             that issue, the TSAs only represent

18             about two-thirds of the notes.

19             There are still a third of the

20             notes that are outstanding, and

21             that PDVSA and PDVH are trying to

22             invalidate.

23                     And, so, that litigation is in

24             front of Judge Failla is not going

Page 175

1          to be moot.  This litigation is
2          going to continue, and Judge Failla
3          is going to need to reach a
4          decision.
5               If the decision, as I said
6          before, is that the notes are
7          invalid, then, we paid $2 billion
8          to the 2020s for nothing, and it
9          would be manifestly unfair so that
10         decision still needs to come out
11         regardless of whether they ask for
12         a stay or not.
13              And I think Gold Reserve is
14         correct.  They will not be a stay
15         if the injunction issued by
16         Judge Failla, if she determines
17         that the notes are invalid.
18              Then, I wanted to make one
19         comment on opening statements to
20         get back to procedure.  I think
21         Your Honor has so many briefs at
22         this point that they have us all
23         come up and parade for another
24         half-hour each or 15 minutes each

Page 176

1        to start a Hearing.  That makes a
2        little sense.
3            I think we're trying to get
4        this done as efficiently as
5        possible, so I would suggest that
6        there's no need for that.
7            And, then, finally, I know
8        Crystallex and Conoco are worried
9        about security and certainty in
10       closing.  The Special Master can
11       deal with that, if he's allowed to,
12       under the SPA.
13           If Your Honor rules now that
14       Gold Reserve is not correct that
15       headline price is the only basis of
16       competition going forward, the
17       Special Master could select the TSA
18       that's there now, and, then, that
19       TSA is locked in place, regardless
20       of what Judge Failla rules.
21           So there's no out for the
22       2020s.  If Judge Failla rules in
23       their favor, they're stuck with the
24       $2 billion settlement.  But if

Page 177

1           Judge Failla rules against them,
2           Your Honor has the ability to
3           overturn that settlement being
4           manifestly unfair.
5                So that's why before I said
6           I'm not objecting to the Special
7           Master making his decision within
8           the next week or ten days because
9           that likely will be before
10          Judge Failla rule.  And if he wants
11          to and if he is worried about that
12          security, he can lock the 2020s
13          into the $2 billion settlement, but
14          Your Honor will have the ability in
15          October after Judge Failla rules to
16          overturn it, and release that
17          $2 billion for bidding for more
18          value for the stock.
19               Thank you.
20               MR. EIMER:  If the Court has
21          no questions, I'm done.
22               THE COURT:  No questions.
23               MR. EIMER:  Thank you.
24               MR. GARVEY:  Nothing further

Page 178

1          Republic, Your Honor.

2                THE COURT:  Thank you.

3                MR. FORASTIER:  Nothing

4          further for PDVSA.

5                THE COURT:  Mr. Perla, do you

6          want to say anything?

7                MR. PERLA:  Yes, Your Honor,

8          thank you.  Just briefly.

9                With respect to the points

10         made by ACL, the Bidder Protections

11         that exist in the no-shop period

12         must exist in advance of and be

13         effective prior to the Court

14         approving the final SPA because

15         otherwise they would be illusory.

16               They're put in place precisely

17         to govern this period, and that

18         period is by definition before

19         Court final approval, so they are

20         effective and they do bond.

21               Special Master and the Parties

22         have always treated these

23         provisions as being fully binding

24         and effective, as we'll set forth

Page 179

1            in your Motion, Your Honor.
2                 Point 2.  On this potential
3            stay of the 2020 litigation, we
4            think this really underscores why
5            we objected to the adjournment,
6            which we think has the potential to
7            accomplish a substantial injustice.
8                 The entire reason we are here
9            not hearing witnesses in proceeding
10           towards a Sale Order is because
11           Amber Energy put in a Bid
12           $1.5 billion lower than the Final
13           Recommended Bid, the justification
14           which was solely that it mitigated
15           the risk of the potential 2020
16           litigation, and yet -- and yet,
17           Judge Failla told the 2020s in July
18           and, again, to Your Honor just
19           recently, that she expects to rule
20           on whether this risk exists at all.
21           They now want to avoid that ruling
22           from ever taking place.
23                 So they screw up our Sale
24           Hearing, Your Honor, to put it

Page 180

1          bluntly, take it off the calendar,
2          try to get our Bid taken off based
3          on this mitigation of this risk,
4          and, now, their plan, as they now
5          openly admitted in court, they are
6          contractually obligated to ask
7          Judge Failla to never rule on that
8          risk.
9              I'm not sure if I would go so
10         far as Mr. Eimer to say that that
11         constitutes a fraud on the Court,
12         but it certainly is not in good
13         faith.
14             If the 2020s are invalidated,
15         we proceed forward into broad,
16         somewhat uplance with a Bid at max
17         value, and none of this nonsense
18         that we've been going through since
19         the original Amber Energy Bid, Your
20         Honor, which allocated the 2 and a
21         half billion dollars in an escrow
22         and stopped anyone from getting
23         paid until it was cleared.
24             This 2020's ruling could be

Page 181

1     transformative, Your Honor, if it
2     deems them invalid.  The Sale
3     Hearing could take place in a day.
4     All that it would concern in that
5     instance would be just the
6     validation arguments raised by the
7     Venezuela Parties.
8          As Your Honor noted in the
9     Adjournment Order, all of the
10    objections to the Dalinar Bid arise
11    out of 2020's risk.
12         Point 3, Your Honor,
13    Mr. Bentley's first point, the
14    Special Master does have to seek
15    Court approval to terminate our
16    SPA.  That will be a litigated
17    issue, and even if it's on the most
18    expedited proceeding it prohibits,
19    in our view, a September 15th Sale
20    Hearing Date.  There just isn't
21    time on the calendar to add these
22    steps sensibly.
23         We could, though, Your Honor,
24    use the September 15th dates to:

Page 182

1          1, decide the termination
2     issue;
3          2, have oral argument on our
4     Motion to strike the Notice of
5     Unsolicited Competing Proposal;
6          And 3, take whatever arguments
7     sensibly can be taken on objection
8     points that aren't going to change
9     no matter what Bid is put forward.
10         And that is the proposal that
11    we would suggest, Your Honor.  We
12    think it's a very good middle
13    ground, and it serves all interest
14    and it doesn't prejudice anyone.
15         4.  With respect, Mr. Bentley
16    is wrong, and his interpretation of
17    the briefing in January, that's
18    exactly what he was referring to
19    that has been modified by the
20    Court, pursuant to the adoption of
21    our objections about the overbid
22    minimum.
23         We'll set forth all of that
24    for Your Honor in the our briefing.

Page 183

1          THE COURT:  Is the implication

2     of your interpretation of the SPA

3     and Bidder Protections that we've

4     reached a point where the only

5     criteria is now price?

6          MR. PERLA:  No.  Non-price

7     considerations justify the Special

8     Master exercising his discretion to

9     lower or raise the overbid minimums

10    as --

11         THE COURT:  That's it.

12         There's no further

13    consideration of certainty of

14    closing, other than his discretion

15    to increase or decrease a

16    $50 million overbid.  That's it.

17    That's what I recall is what you're

18    saying.

19         MR. PERLA:  $80,000,000, Your

20    Honor, is the overbid.

21         THE COURT:  80 million.

22         But he has no discretion of

23    consider certainty of closing, and

24    I take it you think I have no

Page 184

1          discretion either any longer, other

2          than just to adjust the overbid

3          minimum.  That's it.

4               MR. PERLA:  No.  The Special

5          Master, yes.  That's exactly right.

6               The Final Recommendation

7          deems -- and he's on the record

8          that they deem that our Bid at 7.3

9          with full financing has sufficient

10         certainty of closing, yes, Your

11         Honor.

12              As to Your Honor --

13              THE COURT:  And you think I

14         can find that in this paragraph,

15         DI 1554, which expressly quotes

16         that the evaluation criteria is

17         criteria other than price, you

18         think you're going to persuade me

19         that I should read into all of

20         that, that he has no ability to

21         think about closing certainty any

22         longer, other than to increase or

23         decrease the overbid minimum.

24              MR. PERLA:  We certainly can,

Page 185

1          Your Honor, but it has to be on a
2          price that's above the Final
3          Recommended Bid.  The entire
4          Matzah ball of closing certainty is
5          a topping period analysis.  That's
6          exactly why we had Your Honor 35,
7          40 days to consider closing
8          certainty and price and how it
9          interrelated.
10              THE COURT:  But can you point
11         me to where I ruled or should have
12         understood I was ruling that
13         closing certainty is now out of the
14         window as an evaluation criterion
15         at this stage and going forward.
16              MR. PERLA:  It's not, Your
17         Honor.
18              Your Honor could still -- Your
19         Honor isn't required to accept the
20         Special Master's recommendation.
21              THE COURT:  No, I understand
22         that.
23              MR. PERLA:  So if Your Honor
24         deemed that despite what Special

Page 186

1              Master has recommended, and despite

2              our commitment letter showing that

3              we have more than enough financing,

4              it's not conditional to 2020s

5              litigation, and we've got

6              everything lined up and all that is

7              not sufficient and we're fully

8              committed to move forward, despite

9              what the ruling is in New York, and

10             we have mechanisms and methods to

11             close, and we've put in all our

12             applications, despite all of that,

13             Your Honor thinks there isn't

14             sufficient closing certainty, then,

15             of course, the Court's not

16             obligated to accept the Special

17             Master's recommendation.

18                  So this would be the purpose

19             of the objections.  I mean, this,

20             Your Honor, is what the objections

21             have been.

22                  Crystallex, Conoco Phillips,

23             to a lesser extent ACL, OIAG,

24             they've all said, "Well, Your

Page 187

1      Honor, we're asking for tweaks in
2      the Dalinar Bid terms in order to
3      address and improve closing
4      certainty."
5           So that's the mechanism.  But
6      in terms of the Bidder Protections,
7      Your Honor, and what has to be a
8      Non-solicited Bid and what its
9      requirements are, yes, the price
10     has to be higher.
11          This is an auction, Your
12     Honor.  When you win the auction at
13     $10, you're not displaced by a Bid
14     at 8.  Full stop.  It has to be 11.
15     10.50.  And this is how it works.
16     That's how you get to max price.
17     Full stop.
18          And that is exactly what we
19     said to Your Honor.  I think, Your
20     Honor, we said we're not going to
21     engage in the merits, and we're a
22     little bit into the merits,
23     obviously.
24          I think when you see our

Page 188

1          brief, Your Honor, we'll lay it

2          out, chapter and verse, all the

3          back and forth, what we argued,

4          what was accepted.  We think it's

5          black and white.  There's no debate

6          on this subject.

7                Now, there are mechanisms to

8          deal with certainty, as I've said,

9          but not Unsolicited Proposals.

10         This is the whole point.

11               And I would like to make a

12         practical point, Your Honor, as to

13         how this Bidding works.

14               The only reason the Amber

15         Energy Bid exists today is because

16         of the Final Recommendation and the

17         Bidder Protections that caused us

18         to both add another half a billion

19         to our Bid, as well as incur

20         substantial fees.

21               All of these negotiations

22         amongst the Bidders, the Elliots,

23         the Bidder B, Cash Judgment

24         Creditors, Noncash Consideration,

Page 189

1          it's all based on negotiating
2          leverage.
3               And it is only because of the
4          Bidding Protections that caused us
5          to put in our Final Recommended
6          Bid, it creates a circumstance,
7          Your Honor, for a rival Bidder.
8          Amber Energy can come in and try to
9          peel people off.  They couldn't do
10         it during the topping period.  It's
11         in the Final Recommendation, Your
12         Honor.
13              So this is exactly how it
14         works.  You have to have your best
15         foot forward in the topping period.
16         Once you have Final Recommended and
17         you incur tens of millions of
18         dollars in expense, this is the
19         protection you get.  It's exactly
20         how it works, Your Honor.
21              It's strange because during
22         the Stalking Horse period we're
23         talking about price and certainty
24         and all of that, but this is

Page 190

```
 1          exactly what the Bidder Protection
 2          is for.
 3               It, in fact, prohibits the
 4          Special Master from engaging in and
 5          talking with Competing Proposals.
 6          It is anti-competitive.  Why?
 7          Because without that Protection, we
 8          never would have put our Bid in.
 9          There would be no $7.3 billon
10          Dalinar Bid, that Amber could then
11          try to undercut.
12               We'd be back with the Red Tree
13          Bid at 3.7, and we'd be done.  You
14          only get the price up with the Bid
15          Protections, Your Honor.  We'll set
16          this all out in a Motion.  We
17          think, again, once you see it with
18          the full briefing, with the facts
19          as applied to the law, we feel it
20          will be crystal clear.
21               And the final point, Your
22          Honor, is we are not attempting to
23          hold this process hostage as
24          Mr. Bentley said.  Far from it.
```

Page 191

1              We are trying to have our

2         executed SPA approved and enforced

3         at 7.3 billion, still $1.5 billion

4         higher than the Amber Bid, so that

5         we can pay not only our consortium

6         members, but every Senior Creditor

7         ahead of us:  ACL, Tidewater, OIG,

8         Red Tree, a 2020 Bondholder, all

9         get paid fully in cash under our

10        Bid, and we have fully committed

11        financing that is not conditional

12        in 2020's litigation.

13             This could have been approved,

14        Your Honor.  We're not trying to

15        hold it hostage.  All we're trying

16        to do is if in the event we are

17        displaced, we get the protections

18        that the Court ordered in January,

19        on which the entire process has

20        been predicated.  That's all.

21             THE COURT:  My sense is

22        everyone else here thinks that your

23        clients are going to walk away if

24        Judge Failla rules in favor of the

Page 192

1    2020s.
2         What can you say to give them
3    any assurance that that's not the
4    case?
5         MR. PERLA:  This is absurd,
6    Your Honor.  I mean, yes, I've
7    heard this.  We had an entire
8    hearing on April 17th where we said
9    repeatedly and explained the ways
10   that the 2020s ruling that did not
11   invalidate the bonds would not
12   invalidate our financing, and we
13   would still close over that
14   potential risk.  We will not walk
15   away in that circumstance, Your
16   Honor.  The SPA requires us to
17   close, not only is it --
18        THE COURT:  Is there a
19   financial consequence if you walk
20   away?
21        MR. PERLA:  Oh, my gosh, yes.
22   We lose our $50 million deposit.
23   We lose the circa 50 to the
24   $75 million that we've invested in

Page 193

1          the process, and we get zero

2          recovery on our $1.2 billion

3          judgment, so does Siemens behind us

4          at 250, as does our other

5          consortium members.

6                So, yes, Your Honor, we suffer

7          a massive financial consequence

8          it's existential to Gold Reserve.

9          My client was a legitimate mining

10         company until the Chavez regime

11         expropriated our mine in the early

12         2000s.  Since then, we have been

13         trying to collect our $750 million

14         judgment and our arbitral word that

15         was issued by Crystallex's.

16               So, yes, this is existential.

17         We will not walk away, Your Honor.

18         The suggestion has no basis to

19         put it mildly.  We are committed to

20         doing this.  This is why we're

21         here.

22               THE COURT:  Anything else?

23               MR. PERLA:  No.  Thank you

24         very much, Your Honor, for the --

Page 194

1            THE COURT:  Anybody that
2       absolutely has to be heard briefly?
3            MR. KIRPALANI:  Thank you for
4       the intro, Your Honor.
5            Susheel Kirpalani of Quinn
6       Emanuel, Urquhart & Sullivan, on
7       behalf of Amber Energy.
8            And, actually, the reason we
9       didn't stand up before is because
10      we only wanted to speak if it was
11      absolutely essential, but I don't
12      think it's fair to the participants
13      or to the Court to not confirm on
14      the record what counsel for the
15      2020 Noteholders had said, which is
16      that if Amber Energy is selected as
17      the Superior Bid, we will
18      extinguish all of the 2020 bonds
19      that come into our settlement and
20      that will be on offered to all of
21      them.
22           And to the extent the Special
23      Master wants to work that into a
24      finding SPA or related document,

Page 195

1        we're prepared to do that.  I just

2        wanted to clarify that because

3        Mr. Eimer --

4             THE COURT:  The current

5        settlement, is it correct that it's

6        only with roughly two-thirds of the

7        Bondholders?

8             MR. KIRPALANI:  I don't know

9        the exact number.  I think it's in

10        excess of two-thirds.  I know it's

11        in excess of two-thirds, but I

12        don't know the exact number.  They

13        can only speak for themselves,

14        because that's the document they

15        can sign.

16             But the settlement offer is

17        open to all 2020 Bondholders.  If

18        there's a 2020 Bondholder out there

19        that wants to hold on to a bond,

20        and, you know, put it on their

21        wall, I guess they can do that, but

22        we can do what we can do.

23             I just wanted the Court to

24        know that whatever Amber Energy

Page 196

1           acquires will be extinguished to
2           the benefit of Venezuela, and I
3           think it would likely root out
4           whatever litigation is pending, but
5           I can't guarantee that.
6                    THE COURT:  Thank you.
7                    MR. KIRPALANI:  Thank you.
8                    THE COURT:  All right.
9                    It's 12:45.  I am going to
10          take a break until 1:30, and come
11          back at 1:30.  I'm hoping I will
12          tell you something, whoever's here.
13          I won't tell you everything, but I
14          will see some of you at 1:30.
15                   THE COURT OFFICER:  All rise.
16                        -   -   -
17                   (Whereupon, there was a
18          luncheon recess held off the record
19          at 12:45 p.m.)
20                        -   -   -
21                   (Back on the record at 1:34
22          p.m.)
23                        -   -   -
24                   THE COURT OFFICER:  All rise.

Page 197

1              THE COURT:  Have a seat.

2          All right.

3          I think given the press of

4      time that we're all very familiar

5      with, I've put myself in a position

6      where I have to make some rulings

7      about how we're going to proceed,

8      and, so I'm going to do that.

9          It's largely consistent with

10     the inclinations I announced

11     earlier today, but there are some

12     modifications.

13         I'll put this all on the

14     record, and, then, if there are

15     questions, you'll let me know.

16         I do want to first start by

17     thanking Dr. Garrett for being

18     here.

19         I've heard what you've said.

20     I have carefully reviewed all of

21     your many Motions to this point.

22     There are other Motions that are

23     under advisement, which I will turn

24     to in due course.

Page 198

```
 1              Since you're not aware, I
 2        think you understand you cannot
 3        represent anyone other than
 4        yourself, including a class of
 5        arguably similarly situated folks,
 6        but you can represent yourself, and
 7        that's why I've heard from you
 8        today.
 9              It seems that the fundamental
10        problem remains; you're not a
11        Judgment Creditor of any of the
12        Venezuela Parties, and this is a
13        proceeding in which Judgment
14        Creditors are trying to recover on
15        those judgments.
16              That said, I will continue to
17        fairly and fully evaluate whatever
18        you submit, including Motions, in
19        front of me.  I did want to say
20        that to you.
21              DR. GARRETT:  Thank you, Your
22        Honor.
23              THE COURT:  Thank you.
24              In terms of how we're going to
```

Page 199

1    proceed with the next steps, I'm
2    going to address things in the same
3    order, I think, that I did this
4    morning, even though that order may
5    not have made much sense, but it
6    has the value of having been a
7    precedent that I set this morning.
8         So, first, the Gold Reserve
9    issue, and whether there's going to
10   be briefing.
11        I said this morning there
12   would not be briefing upfront about
13   the Gold Reserve issue, that
14   basically the interpretation of the
15   Dalinar and Bidder Protections.
16        I do adhere to that
17   inclination.  I'm not ordering
18   briefing as of today, but, having
19   listened to the arguments, I
20   recognize that there is some
21   chance, perhaps not a small chance,
22   that as soon as next week this
23   issue may be placed on the Docket,
24   and I may have to deal with it more

Page 200

1          quickly than I had otherwise

2          thought earlier today.

3                Specifically, I recognize that

4          if next week the Special Master

5          recommends a Bid other than the

6          currently recommended Dalinar Bid,

7          he is going to have to request the

8          right to terminate the Dalinar SPA.

9                And at that point, I recognize

10         I should expect opposition to that

11         request from Dalinar and/or a

12         motion perhaps a Motion to strike

13         whatever other Bid it is that the

14         Special Master may have

15         recommended.

16               And perhaps there may even be

17         a motion at that point for Dalinar

18         to ask for me to stay the three-day

19         match period.  I don't know.  In

20         the event -- and I don't know if

21         any of these things are going to

22         happen.  I don't know what the

23         Special Master is going to do, of

24         course.

Page 201

1          But whatever happens, and if

2     it is any of those things, then,

3     any such objection to what the

4     Special Master is requesting to

5     terminate the Dalinar SPA, if he

6     requested that, or briefing on a

7     Motion from Dalinar or Gold

8     Reserve, any briefing on that, I

9     will require to be completed no

10    later than September 11th, so that

11    at the Sale Hearing, which is going

12    to start on September 15th, I have

13    the opportunity to hear argument on

14    objections or Motions, if such

15    argument is necessary.

16          To be clear, at this point,

17    I'm not making any substantive

18    ruling on the meaning of the Bidder

19    Protections or Dalinar SPA.  I'm

20    also not saying that the match

21    period, if these various

22    contingencies were to happen, is or

23    could be told or extended.

24          Absent some further Order from

Page 202

```
 1        me, I've not modified whatever the
 2        provisions of the SPA are, and, of
 3        course, that SPA, we all know, is
 4        not fully binding in any event
 5        because I've not approved it yet.
 6             And I would note, I don't
 7        think until possibly today anyone
 8        even suggested that the three-day
 9        match period would be anything
10        other than a three-day match period
11        that would start with, if it were
12        to happen, a recommendation of a
13        different Bid than the Dalinar Bid.
14             It's a lot of words to
15        basically say I'm not requiring a
16        briefing now.  I'm not trying to
17        impact anybody's rights whatever
18        they may be, under the Agreements
19        that have already been struck
20        between the Special Master and
21        Dalinar.
22             But I have been educated over
23        the last three hours that there is
24        a greater risk that I realize that
```

Page 203

1      these issues might have to be
2      grieved and dealt with soon, but my
3      current attempt would not be to
4      make any ruling on them, unless and
5      until we get to September 15th
6      Hearing.  Okay.
7            Next point.  I indicated this
8      morning, I was not inclined to wait
9      for Judge Failla's anticipated
10     ruling in terms of figuring out my
11     schedule, and I adhere to that.
12     I'm not waiting for her decision,
13     but I am going to set aside one or
14     two days in the October window that
15     I gave you for possible additional
16     Sale Hearing, if necessary.
17            I do recognize that October is
18     after September 30th, so it may
19     well be that we have her decision
20     on the pending Motions if and when
21     we get to October dates for part of
22     the Sale Hearing.
23            If Judge Failla has ruled and
24     the parties have submitted to me

Page 204

1          their positions on the impact of

2          her ruling on the issues that have

3          been tried by that point at the

4          September portion of the Sale

5          Hearing, or with respect to new

6          issues, it could happen that there

7          is additional argument, maybe even

8          additional evidence, at an

9          additional day or two of the Sale

10         Hearing in October.  I don't know.

11              I'm going to hold two days on

12         my calendar in October, and ask you

13         all to do the same in case we have

14         to come back for any further

15         evidence and argument in the nature

16         of a Sale Hearing that could be, in

17         part, due to an intervening ruling

18         from Judge Failla.

19              The October dates, I realize

20         are good to set aside anyway

21         because it may be that following

22         the post-trial proposed findings of

23         fact and briefing that I'm still

24         going to order in the

Page 205

1          post-September period, I may have
2          more questions than I want to ask
3          there, but I may want to hear
4          further argument.
5               So the bottom line is we're
6          going to have four days on the
7          calendar in September.  We're going
8          to have two days on the calendar in
9          October.  As those days get closer,
10         I will cut them back to the extent
11         I can, and certainly give you time
12         windows that are not most likely
13         all of 8:00 a.m. to 7:00 p.m. on
14         all six days.
15              But I did just want to point
16         out my schedule is not triggered by
17         Judge Failla.  We might be able to
18         benefit from her ruling, but that's
19         not what's motivating the timing
20         decision I'm making.
21              I also tend to think, as I've
22         said today and probably came
23         across, I think it's likely I'm
24         going to have to deal with all

Page 206

1          possible permutations of what, if
2          any, value there is to these 2020
3          Noteholders' rights, almost no
4          matter what.  Almost no matter what
5          Judge Failla rules, or if for some
6          reason she didn't rule.
7               I also -- and this is part of
8          when I say that, expect that the
9          2020 litigation is not going to be
10         over even in October.  Even
11         following her upcoming rulings,
12         assuming it comes by
13         September 30th, there will likely
14         be litigation over a stay and/or an
15         injunction, and, maybe as pointed
16         out today, maybe litigation over
17         what interest rate is applicable
18         and what impact will that have on
19         the values of the 2020's rights.
20         And, then, there's always very
21         likely an appeal.  So I think I'm
22         going to have to deal with all of
23         that almost no matter what happens.
24              Moving forward, some specific

Page 207

1      dates.
2            This Thursday, which I believe
3      is the 21st, I still do want the
4      Special Master to do what he can to
5      propose a new schedule.  At
6      minimum, it should be a piece of
7      paper I can sign that includes the
8      dates that I'm trying to articulate
9      now and any other dates and
10     deadlines that may arise from any
11     meeting conferring that the Special
12     Master can engage in between now
13     and Thursday.
14           Where there's a consensus,
15     great, please indicate that,
16     include those dates and deadlines.
17     Where there's not consensus to the
18     extent feasible, the Special Master
19     can work with the Parties to
20     represent what the different views
21     are.  That would be helpful.
22           I think it would be helpful to
23     all of if I'm able to sign some
24     sort of Order on Friday that says

Page 208

1           "Here is the best, as we can tell,

2           the next steps and the dates and

3           the deadlines."

4                I'd say put as much into that

5           proposed Order as you can, but to

6           the extent this morning I said I

7           was inclined to order the Special

8           Master to figure out every possible

9           permutation and all different

10          tracks, I'm not ordering that.

11          That inclination, I am no longer

12          adhering to.

13               But definitely include the

14          dates and deadlines I'm announcing

15          now.  Definitely put in there that

16          new discovery is strictly limited

17          to that which is directly related

18          to any change in the Special

19          Master's recommendation or his

20          decision not to change his

21          recommendation.

22               And definitely put in that any

23          additional pre-Hearing briefing

24          should be limited to new issues, as

Page 209

1    well as the final sur-reply
2    response that I cut off, that would
3    have come in on Saturday for those
4    that are supporting the Dalinar
5    deal.
6         Also, put in that whatever
7    briefing there's going to be prior
8    to the September Hearing needs to
9    be done by September 11th; however
10   many rounds it is needs to be done
11   by September 11th.
12        Further, to the extent the
13   Special Master is able in that
14   proposed Order on Thursday, I would
15   like a first attempt to suggest
16   what topics and witnesses can
17   appear and be addressed at the
18   September portion of the Sale
19   Hearing, and what, if anything,
20   might need to wait until a possible
21   October day or two.  So that's all
22   Thursday, August 21st.
23        On Friday, August 22nd, that
24   is the deadline for Best and Final

Page 210

1          Bids to be presented directly to

2          the Special Master, should anybody

3          wish to do so.

4               Any further offers or Bids

5          after Friday are to be docketed

6          directly on the public docket with

7          appropriate redactions to protect

8          Citgo confidential information, and

9          any other confidential information

10         that the Bidder came into

11         possession of as a result of making

12         obligations to keep things

13         confidential.  And such Bids, that

14         is those received after Friday, may

15         initially redact the Bidders'

16         identity.

17              To be clear, the Special

18         Master has no obligation and no

19         authority at this point to engage

20         with such Bidders without obtaining

21         Court approval.

22              By contrast, and I hereby

23         order the Special Master is given

24         basically blanket authority to

Page 211

1      engage with any Bidder that he has
2      heard from to this point, and from
3      whom he may hear from by
4      11:59 p.m., on Friday.
5           But for those that don't meet
6      that Friday night deadline, those
7      go directly to the docket, not to
8      Special Master.  He has no
9      authority at the moment to engage
10     with them.
11          The next deadline is Monday,
12     August 25th.  The Special Master is
13     to advise all of us as to whether
14     or not he has received a Superior
15     Proposal.  If he indicates the "or
16     not," then, he will confirm what I
17     think is the only other possible
18     alternative that he's sticking to
19     his recommendation of the Dalinar
20     Consortium as his Recommended Bid.
21          Thursday, August 28th, is the
22     Dalinar deadline to match a
23     Superior Proposal, if a Superior
24     Proposal has been designated.

Page 212

1           Friday, August 29th, the
2      Special Master is to advise all of
3      us what his Recommendation is in
4      light of Dalinar efforts to match,
5      if they have made an effort to
6      match, if there has been a Superior
7      Proposal.
8           The Sale Hearing itself, as
9      I've already suggested, we're going
10     to hold as much of the Sale Hearing
11     as we possibly can in terms of
12     evidence and argument between
13     Monday and Thursday, September 15th
14     to 18th, at times between 8:00 a.m.
15     and 7:00 p.m., here in the
16     Courthouse in Delaware.  Specific
17     times will be determined closer to
18     the hearing.  Witnesses can be
19     taken out of order, if needed to
20     accommodate their schedules.
21          We will also be setting aside
22     October 20th and 21st, in the event
23     we need additional evidence and/or
24     argument.

Page 213

1              I recognize this is out of
2         order, but the week before the Sale
3         Hearing in September, on
4         September 9th, as I suggested was
5         my inclination this morning, on
6         September 9th, the Special Master
7         is to submit a status report that
8         includes, in addition to anything
9         else he wants to include, the
10        proposed or requested number of
11        hours for anyone who intends to be
12        heard, either in terms of examining
13        witnesses, somehow offering
14        non-witness evidence, or making
15        argument or wanting to answer
16        questions, anyone who wants to
17        speak at the September portion of
18        the Sale Hearing needs to be listed
19        in this status report with a
20        requested or proposed number of
21        hours or minutes that you want that
22        you will draw on that basically
23        adhere standing up, then, your
24        clock is running.

Page 214

```
 1              I am going to include opening
 2         statements, and nobody is required
 3         to make an opening.  If you want to
 4         make an opening statement, you're
 5         going to have to let everybody else
 6         know that you plan to make one.
 7         You have to let them know that by
 8         Friday, September 12th, at noon.
 9              I recognize there's a lot of
10         briefing and I'm ordering more
11         briefing and I do my best to keep
12         track of all of the briefing and
13         all the issues.
14              No prejudice to you if you
15         don't want to use any of your
16         minutes on opening, but if you want
17         to I will be listening.  So you
18         decide that.  Similarly, for
19         closing arguments, if you have time
20         leftover, and if you have time left
21         after all the evidence and you want
22         to stand up and make a closing
23         argument, and also be subjected to
24         questions from me, totally you can
```

Page 215

1        do that.  I find that helpful.
2        You're not required to do it.
3              The way I do this, and I found
4        it works for me, is, I'm going to
5        give you a fair amount of time, and
6        you're going to decide how to use
7        it.  I will adjust accordingly.
8              So September 9th, you'll work
9        with the Special Master to list the
10        hours that each of you intend to
11        participate in the September days
12        of the Sale Hearing.  We'll have to
13        come up with a similar sort of
14        process if there's going to be the
15        October days, but I'm not trying to
16        set that process now.
17              Any witness that's been
18        identified to date, as I have
19        indicated was my inclination this
20        morning, is potentially available
21        as a witness at the September
22        Hearing, subject to Objections to
23        be resolved, along with any other
24        Objections about how we're going to

Page 216

1              use our time together in September

2              in the teleconference that I will

3              have on September 10th at 3:30.

4                   To be clear, it was mentioned,

5              I think, one or two Red Tree

6              valuation witnesses.  That's what

7              I'm referring to, at least as an

8              example.  They are not, per se,

9              prevented from appearing in

10             September, but they should be put

11             up for a deposition and even if

12             they're put up for a deposition if

13             someone has an objection, I'll hear

14             that objection on September 10th.

15                  But if the objection is, "We

16             didn't have time to depose them,"

17             that's probably not going to be

18             very meritorious, since you have a

19             few weeks.

20                  And, then, there will be a

21             post-Hearing briefing and post

22             finding of facts.  We will talk

23             about the details of that in the

24             September Hearing.

Page 217

1          That was all I had planned to

2     say.  Let me first turn to the

3     Special Master who by Thursday is

4     supposed to put all of this in

5     close order.

6          Do you have any questions?

7          MR. BENTLEY:  No, thank you,

8     Your Honor.

9          THE COURT:  I'll just scan the

10    room quickly.

11         Does anybody want to be heard

12    on anything?

13         MR. EIMER:  Just a couple of

14    clarifications.

15         THE COURT:  Yes, please.

16         MR. EIMER:  Just only two, I

17    think.

18         You mentioned September 9th

19    for the report for the Special

20    Master as to what time everybody

21    wants, and the witnesses'

22    identifications, so forth.

23         Then, you also mentioned

24    September 12th for notifying

Page 218

1              everyone.

2                   Are those two different

3              requirements?

4                   THE COURT:  They are.

5                   All I meant to say for the 12,

6              which, if I'm going this right, is

7              the Friday before the Hearing, is

8              just telling him by noon if you

9              intend to make an opening

10             statement.

11                  THE COURT:  I'm giving you

12             'til Friday by noon.  By then, you

13             should know if you want to use some

14             of your time for that.

15                  MR. EIMER:  Right.

16                  So that's something we would

17             specify on the 9th, that we want a

18             half-hour for an opening statement.

19                  THE COURT:  You have until

20             Friday --

21                  MR. EIMER:  Okay.

22                  THE COURT:  -- the 12th, at

23             noon.  If you already know on the

24             9th, you don't have to hide it,

Page 219

1           sure.
2                 MR. EIMER:  Okay.
3                 THE COURT:  But you're free to
4           decide between the -- because we're
5           probably going to schedule a call
6           on the 10th.  I hope there may be
7           nothing to talk about on the
8           10th --
9                 MR. EIMER:  Right.
10                THE COURT:  -- but there may
11          be objections and all and you may
12          want to factor that into deciding
13          whether you want an opening
14          statement or not.
15                MR. EIMER:  Okay.
16                And, then, the second thing I
17          wrote down is deal -- you thought
18          you'd have to deal with all the
19          permutations, I think you said, the
20          value of the 2020s.
21                Do you want that in something
22          after Judge Failla rules, or are
23          you anticipating it now?  I don't
24          understand quite how we bring that

Page 220

1       to you.
2               THE COURT:  So what I meant to
3       say just now is what I think maybe
4       I said to you in the questions this
5       morning is just I think inevitably
6       I'm probably going to have to, you
7       know, write something that
8       contemplates the 2020s are valid,
9       they're invalid, "she said this,"
10      "the Second Circuit may say that."
11              I didn't mean just now to say
12      anything about specifically when or
13      how you weigh in on that.
14              MR. EIMER:  So you're not
15      asking us to make a record on that
16      at this point in terms of its
17      valuation and risk.  Should that
18      wait --
19              THE COURT:  Just whatever you
20      are intending to do with however
21      much time I give you in the
22      September Hearing, and maybe with
23      the follow-up in October.
24              MR. EIMER:  Okay.

Page 221

1              That's it.  Thank you very
2       much.
3              THE COURT:  On this side of
4       the room, anybody else?
5              Dr. Garret?
6              One minute.  Okay.
7              Come up here, so we can hear
8       you.
9              DR. GARRETT:  Your Honor, with
10      all due respect, I appreciate your
11      words, and I totally endorse them.
12      I just want to put in your mind
13      something.
14             This is not an ordinary Sale.
15      It's coming from an Owner, which
16      the Government is being told by
17      Declare International terrorist
18      organization.  There is a lot of
19      blood around this business and
20      suffering.
21             I know my limitations, but
22      this country also upholds
23      legislation and International
24      treaties, in which human pain or

Page 222

1    transgressions must be tried in

2    Courts of law.

3          I know because I'm coming from

4    Urion (ph.)  I'm a trained lawyer

5    in-house for commercial in oil and

6    gas.  I never try a case.  I have

7    no qualifications.

8          But I got to tell you this,

9    Your Honor, with all humble and due

10    respect that I totally endorse your

11    criteria of efficiency, the

12    Creditors deserve it, and the

13    public at large.

14          There's no question about the

15    how you perform your duties from

16    me, as an American citizen, but I

17    got to tell you very specifically

18    that these victims have no way to

19    pay for representation.  They are

20    cast aside, absolutely in a

21    terrible situation.  They were part

22    of the Alter Ego, and they deserve

23    justice.

24          It's the only I have to tell

Page 223

1           you.  Thank you, Your Honor.

2                THE COURT:  Thank you.

3                All right.

4                Thank you all very much for

5           being here, and for your help and

6           input.  We will be in recess.

7                THE COURT OFFICER:  All rise.

8                     -   -   -

9                (Whereupon, the proceedings

10          concluded at 2:00 p.m.)

11                    -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 224

1                    -    -    -

2          C-E-R-T-I-F-I-C-A-T-I-O-N

3                    -    -    -

4              I hereby certify that the

5          witness was duly sworn in for this

6          deposition matter by the Court

7          Reporter.

8

9

10          _____

                  Mary Hammond

11                August 18, 2025

12

13              (The foregoing certification

14          of this transcript does not apply

15          to any reproduction of the same by

16          any means, unless under the direct

17          control and/or supervision of the

18          Certified Shorthand Reporter.)

19

20

21

22

23

24

**[& - 2020s]**                                                                                          Page 1

| & | | | |
|---|---|---|---|

**&**   5:12,16 6:1
6:22 7:12,23
8:5,8 10:21
11:17 12:17,20
28:12 58:10
83:3 121:1
194:6

**0**

**0292**   116:19

**1**

**1**   97:2 102:23
150:10 151:8
151:23 182:1
**1.2**   148:3,16
193:2
**1.5**   89:15
179:12 191:3
**1.8**   62:2 77:14
162:13
**10**   68:23
187:13
**10.50.**   187:15
**100**   121:18
**1074**   1:3
**10:00**   1:17
**10th**   25:21
26:21 216:3,14
219:6,8
**11**   93:13
187:14

**11:59**   211:4
**11th**   22:7
201:10 209:9
209:11
**12**   93:13 150:1
218:5
**12:45**   196:9,19
**12th**   214:8
217:24 218:22
**13**   93:13
**14**   93:14,15
169:2
**1471**   224:9
**15**   150:9
175:24
**1545**   150:9,17
151:6,8
**1554**   93:14
94:15 128:7
149:24 151:5
151:23 168:24
184:15
**15th**   22:11 24:4
25:7 28:18
29:9 30:20
32:13 33:17
41:19 74:24
84:13 115:22
116:16 117:5
143:13 181:19
181:24 201:12
203:5 212:13
**16th**   116:18

**17th**   192:8
**18**   1:10,15
149:23,24
224:11
**180**   62:1
**18th**   22:11 24:4
212:14
**19801**   1:16
**1:30**   196:10,11
196:14

**2**

**2**   61:21 62:8,12
62:22 63:7,9
65:1 67:19
68:16 71:18,24
76:6,11 77:9
77:10 78:1
80:23 102:24
113:1 117:2
162:13 172:23
173:24 175:7
176:24 177:13
177:17 179:2
180:20 182:3
**2.9**   67:23
**20**   68:23 101:5
138:15
**2000s**   193:12
**2020**   13:23
53:14,22 75:19
111:19 122:17
132:21,22
133:4 135:8,10

157:3 159:5
162:10 179:3
179:15 191:8
194:15,18
195:17,18
206:2,9
**2020's**   145:8
156:21 158:11
180:24 181:11
191:12 206:19

**2020s**   35:20
55:10 60:17
61:12,22 62:4
62:9,12,17
63:8,16 65:18
66:8,19 67:3
68:1 69:15
70:19 71:17
72:11,15 73:5
73:14 74:14
77:24 79:9
83:10 110:22
111:15 112:12
112:23 113:4
113:18 121:14
121:21 122:5,9
122:11,15
133:10 134:7
144:14,15,17
144:19,24
145:2,9,15,16
146:5,9 158:7
160:8 163:7
164:22 166:21

**[2020s - absolutely]**                                                                 Page 2

166:24 174:1,7
175:8 176:22
177:12 179:17
180:14 186:4
192:1,10
219:20 220:8
**2023**  1:3
**2024**  145:7
**2025**  1:10
92:21 224:11
**20th**  27:5 28:18
71:12 83:8,12
83:18 116:16
212:22
**21**  103:1
116:21
**21-46**  127:21
**21st**  19:21
207:3 209:22
212:22
**22nd**  34:20
35:7,23 36:4
36:18 38:4,20
38:20 40:20
43:22 59:1,7
209:23
**23**  116:21
**23,000**  13:5
**25**  94:8
**250**  193:4
**25th**  22:16,23
23:6,23 30:9
37:19 38:16
39:17 56:21,22

57:2,7 70:17
115:18 211:12
**27**  92:21
**27th**  40:23 85:5
92:23 93:8
128:5 149:18
149:22 168:24
169:18
**28th**  23:18
39:22 41:9
70:16 112:15
211:21
**29th**  37:16 41:2
41:15 142:5
143:11 212:1
**2:00**  223:10
**2nd**  48:18
147:12

**3**

**3**  91:1,6 117:2
162:15 163:9
171:12 172:2
181:12 182:6
**3.7**  190:13
**30**  147:19
148:2
**30th**  65:16
112:16 203:18
206:13
**35**  185:6
**3:30**  25:22
216:3

**4**

**4**  150:14 151:8
172:3 182:15
**40**  68:21 185:7

**5**

**5**  93:16 150:12
155:22 169:3
**5.8**  89:17
**50**  93:2 94:9
100:19 113:16
169:7 183:16
192:22,23

**6**

**6**  155:2
**6.16**  107:23
108:15

**7**

**7**  91:2,6 93:4
171:13
**7.3**  87:1 114:24
184:8 190:9
191:3
**700,000**  139:14
**75**  192:24
**750**  193:13
**7:00**  24:7
205:13 212:15

**8**

**8**  150:12 155:3
163:5,15
187:14

**8.1**  109:6
**80**  183:21
**80,000,000**
183:19
**844**  1:14
**8:00**  24:6
205:13 212:14

**9**

**9/11**  126:15
**90**  72:17 73:1
**9th**  25:8 26:20
213:4,6 215:8
217:18 218:17
218:24

**a**

**a.m.**  1:17 24:6
205:13 212:14
**ability**  35:1
105:8 177:2,14
184:20
**able**  18:24
40:18 58:13
83:17 112:21
171:23 205:17
207:23 209:13
**above**  1:12
85:24 185:2
**abrams**  8:5
**absent**  201:24
**absolutely**
76:19 81:2
89:14 159:8
194:2,11

| | | | |
|---|---|---|---|
| 222:20 | acted 64:17 | 141:2 144:8 | advisors 44:2 |
| abstract 76:20 | action 133:12 | 187:3 199:2 | 148:2 |
| 77:2 | 133:15 145:20 | addressed | affirmatively |
| absurd 135:1 | actionable | 41:20 77:21 | 46:14 47:2 |
| 192:5 | 75:24 86:19 | 84:21 145:18 | afternoon |
| abundantly | actual 150:11 | 153:19 154:13 | 168:9 171:3,6 |
| 87:11 | actually 52:8 | 172:1 209:17 | agent 10:19 |
| abusive 159:20 | 55:19,22 56:18 | adhere 20:11 | ago 72:23 |
| accelerating | 105:5 111:5 | 59:11 199:16 | 117:23 138:15 |
| 63:22 | 153:11 160:20 | 203:11 213:23 | 145:17 165:21 |
| accept 19:5 | 167:3,7,18 | adhering | 168:15 |
| 185:19 186:16 | 194:8 | 208:12 | agree 33:21 |
| accepted 101:1 | add 44:10 50:7 | adjournment | 48:13 50:17,20 |
| 188:4 | 82:21 83:5 | 97:5 179:5 | 51:2 55:2 75:7 |
| access 23:3 | 110:18 116:7 | 181:9 | 75:9 103:9 |
| accommodate | 132:14 159:1 | adjust 184:2 | 115:13 117:22 |
| 24:16 25:5 | 168:8 181:21 | 215:7 | 119:18 122:21 |
| 37:23 212:20 | 188:18 | admitted 180:5 | 131:23 146:7 |
| accomplish | addition 100:1 | admonished | agreeing 80:10 |
| 116:1 179:7 | 116:22 118:1 | 87:23 | 149:6 |
| accomplished | 213:8 | adopt 96:8 | agreement |
| 170:5 | additional | adopted 94:6 | 35:18 58:14 |
| accord 42:4 | 21:15 31:16,18 | 150:6 169:9 | 72:12 119:23 |
| accurate 66:16 | 31:24 33:8 | adoption | 128:16,19 |
| acevedo 4:3 | 52:19 92:9 | 182:20 | 133:5,18 |
| 11:11 | 100:11 102:17 | advance 88:8 | 135:24 |
| achieve 84:9 | 107:11 117:17 | 98:11 99:11 | agreements |
| acl 12:18 | 139:18 157:21 | 178:12 | 134:13 202:18 |
| 131:23 178:10 | 203:15 204:7,8 | advancing | agrees 124:15 |
| 186:23 191:7 | 204:9 208:23 | 129:19 | 130:13 |
| acl1 127:19 | 212:23 | advise 22:18 | ahead 36:3 |
| acquires 196:1 | address 14:4 | 211:13 212:2 | 42:18 57:21 |
| act 83:11 | 37:3 81:4 82:4 | advisement | 152:14 191:7 |
| | 127:22 140:19 | 197:23 | |

**ahmed**  9:7
**aid**  102:3
**aiming**  37:21
**akerman**  14:12
**akin**  153:7
**alden**  127:6,6
**alessandra**
  3:18
**alice**  2:15 9:23
**alive**  80:14
**allocated**  76:7
  180:20
**allow**  8:23 9:12
  26:6 64:18
  76:15 84:14
  95:13 143:6
**allowed**  176:11
**alter**  69:3,4,8
  127:1 159:13
  165:22 222:22
**alternative**
  103:3 104:18
  105:2 124:8
  211:18
**alternatively**
  96:3
**amber**  11:7
  89:16 99:21
  106:22 107:19
  133:6,9 135:17
  135:23 137:2,3
  137:8 146:12
  147:6,10 174:5
  174:8,9 179:11

180:19 188:14
  189:8 190:10
  191:4 194:7,16
  195:24
**amended**  81:11
**american**
  222:16
**americas**  10:17
**amount**  33:2
  93:3 125:7
  154:5 215:5
**amplified**
  72:10 73:15
**analyses**  139:1
**analysis**  67:16
  68:13,20 185:5
**analyze**  81:21
**anderson**  5:12
**andino**  14:15
**andrew**  4:2
  11:10 14:2
**announced**
  197:10
**announcing**
  208:14
**anonymous**
  64:17 115:1
**answer**  27:9
  42:1 59:21
  68:9 213:15
**answers**  161:4
**anti**  190:6
**anticipated**
  203:9

**anticipating**
  66:13 219:23
**anybody**  8:11
  14:17 43:14
  46:16 79:16
  125:19 134:22
  140:2 148:5
  194:1 210:2
  217:11 221:4
**anybody's**
  202:17
**anymore**  72:1
  173:22
**anyway**  45:10
  83:18 103:15
  111:9 204:20
**apologies**  17:2
  17:16 27:23
**apologize**  28:1
**apparently**
  67:20 69:9
  172:21 174:12
**appeal**  66:1
  69:7 206:21
**appealed**
  161:22
**appealing**
  112:1
**appeals**  67:10
  160:11,13
**appear**  62:8
  209:17
**appearance**
  8:14 12:9

14:18
**appearances**
  5:7 16:3
**appearing**
  216:9
**appears**  34:21
  125:22 150:4
**apples**  156:17
  157:10,10
**applicable**
  206:17
**application**
  45:15 133:21
  134:19
**applications**
  186:12
**applied**  190:19
**applies**  104:9
**apply**  224:14
**appreciate**
  54:23 64:10
  82:13 221:10
**appreciated**
  143:18
**approaching**
  143:4
**appropriate**
  23:2 57:20
  210:7
**approval**  46:9
  108:20 109:9
  128:13 130:24
  178:19 181:15
  210:21

**[approve - back]**                                                                 Page 5

| | | | |
|---|---|---|---|
| **approve** 54:1 56:15 142:24 143:1 | 128:2 155:4 166:3 182:3 201:13,15 204:7,15 205:4 212:12,24 213:15 214:23 | **assets** 138:16 164:12 | 59:1 142:5 143:11 209:22 209:23 211:12 211:21 212:1 224:11 |
| **approved** 48:2 64:8 98:11 128:4,24 129:3 129:8 131:15 135:19 141:10 191:2,13 202:5 | | **associated** 137:19 | **authority** 46:3 46:15 142:8 210:19,24 211:9 |
| | **arguments** 92:2 113:13 122:16 124:4 132:13 181:6 182:6 199:19 214:19 | **assume** 65:16 82:2 | |
| | | **assuming** 78:19 107:1 206:12 | **automatic** 53:12 |
| **approves** 33:5 128:18 142:20 | | **assurance** 73:7 174:13 192:3 | **available** 24:5 24:11,21 25:2 26:17 28:5 52:5 139:8 167:15,23,24 215:20 |
| **approving** 129:21 178:14 | **arisen** 21:18 | **attached** 86:23 88:22 150:16 | |
| **approximately** 1:16 | **arises** 97:14 | **attachment** 165:3 | **avoid** 117:8,18 179:21 |
| **april** 129:21 192:8 | **aronstam** 6:16 | **attempt** 141:22 153:9 203:3 209:15 | **avoided** 173:15 |
| | **arsht** 7:12 | | **aware** 111:24 126:18 129:24 133:8,17 138:10 198:1 |
| **arbitral** 193:14 | **articulate** 207:8 | **attempting** 149:13 190:22 | |
| **arguably** 198:5 | **ashby** 12:17 | **attempts** 141:20 | |
| **argue** 111:3 122:6,13 123:22 167:5 168:22 | **aside** 62:3 95:9 113:22 150:20 157:20 203:13 204:20 212:21 222:20 | **auction** 187:11 187:12 | **b** |
| | | **auditory** 129:5 | **b** 5:13 107:23 188:23 |
| **argued** 100:24 122:3 150:22 188:3 | **asked** 61:1 71:12 150:18 155:15 | **august** 1:10 19:21 22:16,23 23:6,18,23 30:9 34:20 35:7,23 36:4 36:18 37:16,19 38:4,16,20,20 39:17,22 40:20 40:23 41:2,9 41:15 43:22 | **back** 8:17 18:4 48:17 63:5 78:5 79:1 101:18 102:22 110:14 113:5 123:5 129:20 |
| **arguiles** 14:3 | | | |
| **arguing** 95:8 | **asking** 91:16 93:18 96:8,12 143:4 187:1 220:15 | | |
| **argument** 76:17 93:6 95:24 96:12 98:22 103:19 105:19 115:23 116:8 124:10 | | | |
| | **assertion** 135:6 | | |
| | **asset** 165:12 | | |

**[back - bid]**

| | | | |
|---|---|---|---|
| 131:12 134:12 | **bayliss** 8:6 | **bentley** 3:9 | 64:5,8,17,22 |
| 143:12,19 | **beat** 88:20 | 5:17 28:9,11 | 71:19 75:13,14 |
| 147:8,12 | **beginning** 1:16 | 43:11 44:17,20 | 76:3 77:11,20 |
| 156:10 163:13 | 5:7 58:1 | 45:4,20 48:9 | 81:22 83:9 |
| 163:15 165:16 | **behalf** 5:12 6:2 | 50:8 116:24 | 84:24 86:2,6,7 |
| 173:10 175:20 | 6:16 7:13,23 | 140:14,16 | 86:8,8,10,19 |
| 188:3 190:12 | 8:6 10:6,17 | 143:7 144:6 | 88:3,4,10,12 |
| 196:11,21 | 11:7,17,23 | 153:17 155:14 | 89:11,17,22 |
| 204:14 205:10 | 12:18,23 13:5 | 158:1 182:15 | 90:1,20 91:24 |
| **bad** 127:4 | 13:13,22 14:5 | 190:24 217:7 | 92:24 94:17 |
| 166:20 | 14:14 25:11 | **bentley's** | 96:9 97:7 98:1 |
| **ball** 185:4 | 60:9 116:13 | 181:13 | 99:21,23 |
| **band** 102:3 | 121:1 132:10 | **berger** 2:14 | 100:15 101:4 |
| **barillare** 2:22 | 132:21 138:6 | 119:5,7 | 104:18 106:22 |
| **barr** 3:11 5:18 | 171:7 194:7 | **best** 42:7 44:11 | 107:2,6,19 |
| **barrillare** 10:3 | **believe** 17:3 | 85:15 88:1 | 109:21 110:3 |
| 10:5 | 19:20 39:3 | 123:2 127:6 | 112:11 120:4 |
| **base** 128:14 | 49:2 60:15 | 166:10 189:14 | 121:22 122:4 |
| **based** 19:22 | 81:24 95:24 | 208:1 209:24 | 122:20 123:2 |
| 33:21 49:7 | 121:7 124:8,18 | 214:11 | 123:21 124:5,9 |
| 63:13 98:22 | 125:2 133:23 | **better** 85:5 | 128:13,14 |
| 106:23 126:9 | 135:7,14 139:5 | 97:21 98:5,7 | 130:1,3 133:10 |
| 180:2 189:1 | 142:3 144:10 | 116:21 123:21 | 135:18 138:13 |
| **basic** 74:12 | 144:17,21 | 124:9 125:1 | 141:17 143:3 |
| **basically** 16:4 | 145:11,15 | 147:4 167:8 | 145:7 146:4 |
| 25:23 42:19 | 146:18 207:2 | 171:13 | 147:20 153:13 |
| 50:24 64:12 | **believes** 42:10 | **bid** 16:8 21:22 | 154:19 155:8 |
| 73:8 110:20 | 117:16 150:23 | 35:2,13 36:4 | 156:7 167:8,13 |
| 199:14 202:15 | **belts** 70:6 | 36:18,24 37:2 | 167:23 168:12 |
| 210:24 213:22 | **bench** 24:22 | 37:3 42:22 | 170:14 171:20 |
| **basis** 29:8 | **benefit** 62:14 | 43:15 45:11 | 171:21 172:6 |
| 102:11 112:4 | 118:3 166:8,9 | 46:21 47:14,17 | 179:11,13 |
| 168:19 176:15 | 196:2 205:18 | 49:7 59:12,17 | 180:2,16,19 |
| 193:18 | | 61:24 63:5,9 | 181:10 182:9 |

**[bid - bottom]**                                                              Page 7

184:8 185:3
187:2,8,13
188:15,19
189:6 190:8,10
190:13,14
191:4,10
194:17 200:5,6
200:13 202:13
202:13 211:20
**bidder**  23:16
36:17 38:14
46:4 47:21
48:4 51:19
64:16 81:12
85:3,10,13
86:13,22 88:21
89:19 92:6
93:15 96:4
97:11,14,23
98:10 100:3
104:24 105:2,9
105:10,21
106:18 107:24
108:11,16
109:3 122:12
123:11 124:8
127:24 128:6
128:10 129:2
142:16 143:21
146:13 147:1,6
147:11 148:10
152:3,6 164:16
169:3 173:6
178:10 183:3

187:6 188:17
188:23 189:7
190:1 199:15
201:18 210:10
211:1
**bidders**  35:2,8
38:14 40:9
61:16 63:6
64:5 87:24
100:13 103:18
111:16 123:8
139:8 149:5
188:22 210:15
210:20
**bidding**  77:5
79:1 98:12
172:17 177:17
188:13 189:4
**bids**  22:22 23:5
32:1 34:18,24
35:21 37:21
38:9 40:19
43:7,14 44:6
44:11 45:1,2,7
46:12 50:22
57:18 63:15,20
71:7,19 75:22
75:23 76:2
77:23 81:6,7
81:22 85:17,18
103:23 111:17
115:4 119:20
123:23 149:10
157:4,10 210:1

210:4,13
**bigger**  77:3,22
**bill**  139:14
**billion**  60:19
61:21 62:2,8
62:12,22 63:7
63:9 65:1
67:19 68:16,23
71:18,24 74:13
76:6,11 77:9
77:10,14 80:23
87:1 91:1,2
93:4 113:1
139:6 148:3,16
155:2 162:13
162:13,15
163:9,16 172:3
172:23 173:24
175:7 176:24
177:13,17
179:12 180:21
188:18 191:3,3
193:2
**billions**  69:22
**billon**  67:23
190:9
**binding**  85:8
131:15 178:23
202:4
**birk**  2:3 7:15
**bit**  24:14
154:11 187:22
**black**  92:17
188:5

**blank**  10:16
**blanket**  46:9
210:24
**bless**  70:23
**blood**  165:2
221:19
**bluntly**  180:1
**board**  9:5 46:2
90:24
**bockius**  121:1
**boils**  97:2
**bolian**  2:9
12:20,22 13:1
127:17,19
132:6
**bolivarian**  1:6
**bond**  8:21
178:20 195:19
**bondholder**
191:8 195:18
**bondholders**
13:23 53:22
111:20 133:4
135:11 162:10
167:16 195:7
195:17
**bonds**  80:13,16
111:13,22
113:17 135:8
139:4 192:11
194:18
**borne**  164:7
**bottom**  41:6
205:5

**bound** 143:22
**break** 196:10
**breakup** 125:9
**brendan** 2:20
7:22
**brian** 3:2 14:11
**brief** 16:11
22:3 29:18
34:12 53:9
72:22 116:18
125:10 126:6
138:7 140:9
160:2 188:1
**briefed** 36:14
55:22 56:2,7
57:11 114:3
168:16,18
**briefing** 15:7
15:16 18:19
19:6 21:4,16
21:24 22:5
26:24 29:13,14
31:17 33:15
40:3 50:1,2
52:16 55:4
56:5 63:13
73:23 76:15
79:4 88:8 99:9
99:19 101:11
101:17 104:9
104:15 109:2
114:20 120:1
152:15 153:19
153:20,23

154:2,6,14
157:21 158:5
182:17,24
190:18 199:10
199:12,18
201:6,8 202:16
204:23 208:23
209:7 214:10
214:11,12
216:21
**briefly** 30:17
127:22 135:4
140:6,11 178:8
194:2
**briefs** 19:8
21:20 30:22
74:2 84:22
113:8 131:24
175:21
**bring** 34:7
102:13 104:14
219:24
**brings** 59:16
**broad** 180:15
**brought** 140:21
**brush** 116:3
**build** 142:23
**burger** 9:21
**burling** 138:5
**burner** 57:3
**business** 39:20
40:6,7,10 41:1
97:9 155:13
221:19

**buying** 164:14

**c**

**c** 5:2 107:4
108:15 151:12
224:2,2
**calendar** 143:9
180:1 181:21
204:12 205:7,8
**call** 27:13
31:23 59:2
63:23 74:7
120:19 146:21
219:5
**called** 26:17
**cancel** 174:10
**canceled**
174:15
**cannatar** 2:21
**cannataro** 8:3
8:5
**capacity** 10:18
**capital** 12:3
107:3,3,4
**captioned** 1:12
**captures**
134:11
**care** 70:19
**carefully**
197:20
**carter** 2:23
10:8,10 120:22
120:24 124:17
125:13,17

**case** 56:21 69:6
69:9 90:4
95:23 97:11
113:18 114:8,9
121:12 127:21
135:12 136:8
136:10 151:11
151:12,13
159:10,16
161:6 166:6
192:4 204:13
222:6
**cases** 69:3,5
159:13,17
164:5
**cash** 90:6 92:8
148:3,17
188:23 191:9
**cassel** 3:22 6:21
6:24 58:7,9
59:20 60:2
168:9,10
170:23
**cast** 222:20
**catherine** 9:9
**cause** 80:20
81:13
**caused** 61:6
188:17 189:4
**caution** 30:19
**cautioned** 29:3
**cautions** 33:10
**caveats** 28:22

ceased   141:15
center   96:17
central   52:1
cents   72:17
  73:1
certain   47:11
  48:6 133:11
  160:15 161:12
certainly   39:11
  63:1,20 66:17
  77:16 79:19
  87:6 95:14
  136:6 153:6
  174:7 180:12
  184:24 205:11
certainty   36:11
  49:8 91:12
  92:11 121:15
  121:19,22
  123:22 124:1
  156:13,15,22
  157:2 173:22
  176:9 183:13
  183:23 184:10
  184:21 185:4,8
  185:13 186:14
  187:4 188:8
  189:23
certification
  224:13
certified   1:18
  224:18
certify   224:4

chairman
  127:5
challenge   66:17
chance   15:17
  15:24 113:16
  140:8 158:9
  199:21,21
chances   138:19
change   21:11
  21:13 45:10
  49:19 57:6
  67:13,14 68:24
  77:23 115:17
  139:20,22
  170:13 182:8
  208:18,20
changed   61:5
  72:13 115:11
changes   51:7
  139:2
chaos   106:19
chapter   188:2
characterized
  157:15
chase   3:9 5:17
  28:11 140:16
chavez   193:10
check   152:19
chief   9:3
chirs   2:23
chooses   84:23
chris   2:21 8:5
  120:24

christopher
  10:8
chunk   77:9
circa   192:23
circuit   220:10
circular   154:12
circumstance
  80:5 189:6
  192:15
circumstances
  103:7
cited   51:19
  114:24
cites   169:5
citgo   7:13 60:9
  60:24 64:11
  89:6 171:8
  210:8
citgo's   64:12
citizen   222:16
claim   65:2
  68:15 69:19
  70:2 80:1,7
  127:4 131:9
  138:18 162:11
  162:15 163:4
  163:10
claimed   47:19
  131:7,10
claiming   80:12
  162:14 163:8,8
claims   67:21
  76:7 127:24
  130:8 132:4

136:18 137:18
  149:8,17
clarification
  37:6 140:23
clarifications
  28:23 29:1
  43:18 217:14
clarify   34:6
  195:2
class   198:4
clear   21:3 35:4
  54:17 87:11,12
  91:22 106:6
  116:3 131:14
  132:1 136:11
  145:21 146:16
  151:3 190:20
  201:16 210:17
  216:4
cleared   180:23
clearer   32:2
clearly   92:19
  148:3
clem   51:15
client   85:13
  86:14 89:12
  138:11,14
  139:10,11,22
  164:11,24
  193:9
clients   79:15
  84:8 191:23
clock   213:24

[close - concept]                                                      Page 10

| close  60:18 | collection | commencem... | 151:1,10,15,22 |
|---|---|---|---|
| 69:9 138:15 | 34:23 | 28:17 | 152:7 153:12 |
| 163:9 186:11 | colt  83:3 | comment | 182:5 190:5 |
| 192:13,17 | come  16:14 | 175:19 | competition |
| 217:5 | 20:24 28:15 | comments | 174:3 176:16 |
| closer  24:14 | 42:22 46:1 | 82:20 168:15 | competitive |
| 205:9 212:17 | 56:22 57:16 | commercial | 190:6 |
| closing  35:18 | 77:10,13,16 | 222:5 | complaints |
| 91:12 123:21 | 84:22 87:2 | commitment | 117:18 |
| 123:24 145:4 | 90:20 108:19 | 35:16 147:15 | complete  32:11 |
| 173:21,22 | 112:21 114:4 | 186:2 | 58:13 74:18 |
| 176:10 183:14 | 115:4 126:1,7 | commitments | 93:23 99:18 |
| 183:23 184:10 | 173:8,10 | 86:18 | completed  22:7 |
| 184:21 185:4,7 | 175:10,23 | committed  62:9 | 201:9 |
| 185:13 186:14 | 189:8 194:19 | 186:8 191:10 | completely |
| 187:3 214:19 | 196:10 204:14 | 193:19 | 48:24 93:20 |
| 214:22 | 209:3 215:13 | committee | 101:15 108:23 |
| cobb  11:17 | 221:7 | 148:1 | 113:2 139:1 |
| cocounsel  5:15 | comes  32:24 | committing | complexity |
| 6:5,20 7:24 9:2 | 46:10 68:5 | 63:7 | 166:17 |
| 12:19 | 81:23 97:22 | communication | complicated |
| coexist  43:5,12 | 106:13 131:24 | 100:14 | 160:9 |
| cognizable  96:5 | 134:18 156:19 | company | complied |
| cognizance | 206:12 | 138:14 193:10 | 107:16 |
| 82:5 | comfortable | compared | comply  109:14 |
| colleague  6:18 | 29:12 | 163:19 | conceal  79:23 |
| 10:21 | coming  29:20 | competing  35:8 | 80:22 |
| colleagues  10:8 | 44:7 88:12 | 38:5,19 46:1 | concealing |
| 11:9,20 13:24 | 95:20 143:10 | 88:16 97:20 | 134:4 |
| collect  10:19 | 158:13 221:15 | 104:19 105:4 | concept  86:3 |
| 193:13 | 222:3 | 105:17 106:9 | 88:11 91:4 |
| collecting | commanding | 107:4,20 108:7 | 92:11 97:20 |
| 162:23 | 77:24 | 108:10 110:8 | 110:7 111:16 |
|  |  | 141:16 146:13 | 111:19 112:9 |

[concept - convenience]                                                    Page 11

112:17

**concern** 64:4
107:11 181:4

**concerned**
64:21

**concerns** 47:10
91:13

**concluded**
223:10

**conclusion**
57:17

**conditional**
186:4 191:11

**conditions**
94:20,24

**conduct** 53:1

**confer** 40:4

**conferring**
19:24 207:11

**confidence**
134:8

**confident** 62:2
77:15

**confidential**
23:4 64:12
210:8,9,13

**confirm** 137:14
137:15 194:13
211:16

**confirmation**
38:12

**confirms** 95:6

**confiscation**
126:21,24

**conflated** 34:22

**conflict** 119:13
119:13

**confront** 72:5
75:6

**confronted**
77:11

**confused** 49:24

**confusion**
171:15

**connection**
120:4 122:18

**conoco** 6:11,16
7:1 58:6,10,17
121:5 159:15
160:3 168:7,11
176:8 186:22

**conscious** 32:5
39:13

**consensus**
207:14,17

**consent** 149:9
149:11

**consequence**
114:22 192:19
193:7

**consequences**
129:6 162:4

**consider** 24:11
37:2 57:15,20
101:7 154:1
156:13 183:23
185:7

**consideration**
38:7 59:3
90:14 126:8
127:12 149:7
166:6 168:3
183:13 188:24

**considerations**
156:22 183:7

**considered**
44:12 54:16
98:3 100:17
130:1

**considering**
53:24 157:9

**consistent**
32:16 34:10
105:9 128:21
197:9

**consortium**
16:7 20:13
23:20 83:23
89:5 116:10
118:9 120:10
122:20 191:5
193:5 211:20

**constant** 34:15

**constitute**
142:1

**constitutes**
108:6 180:11

**construct** 45:23

**construe** 131:4

**consult** 38:10

**consulting** 44:2

**contains** 83:9

**contemplate**
20:3,10,17
26:4

**contemplated**
40:13,16 133:9
134:10 147:20
149:15

**contemplates**
21:1 220:8

**contest** 33:14

**context** 94:11
144:2

**contingencies**
201:22

**contingent**
67:15

**continue** 175:2
198:16

**continued** 3:1
4:1

**continues**
141:24

**contract** 163:6

**contractually**
180:6

**contrary** 12:3
49:1 121:20
160:24

**contrast** 210:22

**control** 224:17

**convenience**
147:7

**[convening - court's]**                                                                 Page 12

| | | | |
|---|---|---|---|
| **convening** | **counterparty** | 46:19,24 47:3 | 134:5,23 |
| 85:19 | 131:20 | 49:3,6 50:4,10 | 136:11,13 |
| **conversation** | **counterpropo...** | 53:4,7,18 | 137:11,20,24 |
| 152:14 | 150:15 | 54:22 55:12 | 140:1 141:10 |
| **conversations** | **country**  221:22 | 58:2,5 59:19 | 142:9,22 |
| 43:24 155:17 | **couple**  115:19 | 59:24 60:4 | 143:17 144:5 |
| **convinced** | 126:2 146:20 | 65:4,7 74:15 | 149:1 152:22 |
| 159:8,9 164:2 | 217:13 | 75:3 76:13 | 154:16 157:12 |
| **corp**  1:3 | **course**  15:15,22 | 79:3,14,22 | 158:22 159:24 |
| **correct**  44:15 | 32:12 39:10 | 81:3 82:3,9,15 | 160:11,13 |
| 44:17,20 45:20 | 41:16,23 46:23 | 82:22 83:19,21 | 161:15 168:2,6 |
| 68:9 81:18 | 60:21 65:8,13 | 85:11 86:5,21 | 170:19,21 |
| 106:3 124:16 | 66:1 89:3 | 87:22 90:22 | 171:1,4 177:20 |
| 143:7 145:10 | 95:13 97:1 | 92:20,22 93:7 | 177:22 178:2,5 |
| 172:15,16 | 133:14 136:8 | 95:9 97:24 | 178:13,19 |
| 173:20 175:14 | 139:20 143:8 | 98:15 100:24 | 180:5,11 |
| 176:14 195:5 | 144:18 158:20 | 101:24 102:5 | 181:15 182:20 |
| **correction** | 186:15 197:24 | 105:12,23 | 183:1,11,21 |
| 144:10 | 200:24 202:3 | 107:8 108:19 | 184:13 185:10 |
| **correctly**  97:4 | **court**  1:1,14 | 109:9,12 | 185:21 191:18 |
| 124:13 | 5:4,19 6:9 7:3 | 110:11,14 | 191:21 192:18 |
| **correctness** | 7:16,19 8:11 | 112:3,21 | 193:22 194:1 |
| 95:7,10 | 9:15 10:1,13 | 113:19 115:15 | 194:13 195:4 |
| **corroon**  5:12 | 11:1,3,12,24 | 116:6 117:16 | 195:23 196:6,8 |
| **corsorcio**  14:15 | 12:5,11,24 | 118:8,20,24 | 196:15,24 |
| **cost**  90:1 | 13:8,17 14:6 | 119:4 120:3,7 | 197:1 198:23 |
| 166:18 | 14:10,17,20 | 121:3,14 | 210:21 217:9 |
| **costing**  172:2 | 17:6,12,18 | 124:12 125:12 | 217:15 218:4 |
| **counsel**  9:10 | 18:2,6 23:11 | 125:16,19,22 | 218:11,19,22 |
| 27:14 28:4 | 27:18,20,23 | 127:14 128:13 | 219:3,10 220:2 |
| 73:3 128:1 | 28:19 31:1 | 128:18,22 | 220:19 221:3 |
| 194:14 | 33:4 42:5 44:8 | 130:6,24 131:1 | 223:2,7 224:6 |
| **counter**  99:23 | 44:18,21 45:5 | 132:5,15 133:2 | **court's**  10:22 |
| 102:19 | 45:15 46:4,17 | 133:3,8,17,23 | 12:21 58:15 |

[court's - day]

Page 13

87:14 105:10
118:17 119:10
119:17 126:7
132:24 151:2,5
156:9 172:5
186:15
**courthouse**
212:16
**courtroom** 2:1
3:1 4:1 8:13
12:8 17:4
80:18 120:13
120:17,20
**courts** 222:2
**covered** 34:3
**covington**
14:13 138:5
**craig** 2:13 9:19
**crammed** 90:15
**crash** 165:5
**create** 40:24
126:14
**created** 126:16
**creates** 189:6
**creating** 42:20
**creditor** 54:19
71:5,5 86:23
88:23 90:17
126:21 147:2
191:6 198:11
**creditors** 35:20
62:14 71:2,8
73:11 82:2
90:16 92:10

100:12 123:15
129:22 149:2
162:5 164:8
188:24 198:14
222:12
**cree** 3:13 11:14
11:16 12:1
**criteria** 49:4,11
91:8 92:12
94:21 169:15
169:16 183:5
184:16,17
222:11
**criterion**
185:14
**critical** 84:17
86:14 89:2
98:9 99:6,19
103:16
**crystal** 190:20
**crystallex** 1:3
6:2 50:11,16
121:5 176:8
186:22
**crystallex's**
193:15
**culminating**
29:9 30:12
39:21 41:1
**current** 16:7
18:17 20:11
121:9 195:4
203:3

**currently** 200:6
**curt** 95:13
**curtis** 8:1 83:2
**cut** 21:20
103:19 164:4
205:10 209:2
**cutoff** 106:19
**cv** 1:3

**d**

**d** 5:2 109:6
**dalinar** 16:6
20:12,17 21:22
23:19 37:10,23
38:22,23 39:19
40:14 41:2
47:15 49:23
53:15 54:1,6
55:24 56:17,24
59:12 83:23
84:4 97:12
116:8 118:9
121:9 122:20
130:20 142:10
147:2 164:17
181:10 187:2
190:10 199:15
200:6,8,11,17
201:5,7,19
202:13,21
209:4 211:19
211:22 212:4
**dalinar's** 41:7

**dampening**
108:9
**dan** 7:15 13:21
**dang** 3:8 5:9,11
**daniel** 2:3 3:6
**darn** 167:22
**date** 19:14 25:2
28:21 29:24
33:17 36:9
37:20 45:11
61:2 117:8
121:9 138:10
142:4,23
181:20 215:18
**dates** 28:17
29:19 36:7
103:2,3 104:2
116:21 118:6
181:24 203:21
204:19 207:1,8
207:9,16 208:2
208:14
**dating** 147:12
**david** 2:24 10:9
**day** 38:16
39:21 40:6,7
41:8 65:14
67:1 74:22
91:3 97:9
122:9 123:3
157:19 170:6,8
170:16,17
181:3 200:18
202:8,10 204:9

209:21
**days** 24:7 31:10
36:16 39:20
40:10 41:1
101:2 102:22
116:2 117:23
155:13 177:8
185:7 203:14
204:11 205:6,8
205:9,14
215:11,15
**dc** 50:15
**deadline** 23:19
23:24 34:19
41:10 42:17
43:22 44:11
59:1,5 119:16
154:20 209:24
211:6,11,22
**deadlines** 41:17
207:10,16
208:3,14
**deal** 62:4 63:19
66:7,19 81:6
91:21 111:8
126:20 143:22
156:21 157:18
157:21 163:14
167:18 170:7
176:11 188:8
199:24 205:24
206:22 209:5
219:17,18

**dealing** 81:23
**dealt** 203:2
**debate** 129:20
188:5
**debtor** 62:15
**decade** 89:1
**december**
83:12
**decide** 19:12
23:20 36:17
53:8 99:2
134:17 136:5,9
143:5 167:2
172:20 182:1
214:18 215:6
219:4
**decided** 59:14
69:23
**decides** 106:1
111:13 130:19
139:3
**deciding**
219:12
**decision** 19:17
21:13 55:14
78:17 111:12
112:2 122:18
137:3 158:12
175:4,5,10
177:7 203:12
203:19 205:20
208:20
**declare** 221:17

**declined**
146:11
**decrease**
183:15 184:23
**deductible**
126:13
**deem** 184:8
**deemed** 20:15
23:22 111:23
185:24
**deems** 105:15
181:2 184:7
**defendant** 1:8
**deference**
68:10 172:11
**defined** 38:21
97:22 98:1
104:15 107:5
107:21 152:10
155:20
**definitely**
208:13,15,22
**definition**
48:23 101:12
105:6 107:17
151:9,14 152:8
178:18
**defraud** 134:22
**degnan** 2:10
12:15,17
**delaware** 1:1
1:15 160:18
212:16

**delay** 61:9
103:15
**delaying**
121:17 122:1
**delivered** 157:2
**demand** 148:16
**depending** 21:5
65:23 115:11
158:11 170:13
**depose** 216:16
**deposed** 52:5
**deposit** 192:22
**deposition**
33:16 51:18,22
114:14 216:11
216:12 224:6
**depositions**
31:18 32:7
73:22
**depressed**
103:23
**deputies** 17:14
**described**
113:6
**deserve** 222:12
222:22
**deserves** 37:6
**designate** 84:23
**designated**
99:23 102:19
211:24
**designates**
109:21

| | | | |
|---|---|---|---|
| **designation** | 173:5 | **disappears** | 191:17 |
| 104:17 | **different** 20:3 | 111:15 112:13 | **dispute** 51:11 |
| **designed** | 21:5 30:1 | **disappointed** | 54:3 74:3,11 |
| 134:15 | 32:21 42:12 | 60:14 | 130:14 150:4 |
| **desire** 63:19 | 59:17 65:9 | **disapproves** | 169:21 |
| **despite** 185:24 | 75:16 78:6 | 152:18 | **disputed** 25:17 |
| 186:1,8,12 | 84:24,24 | **discounts** 149:7 | **disputes** 26:1 |
| **detail** 41:4 42:3 | 109:21 111:8 | **discovery** 21:3 | 131:21 |
| **details** 216:23 | 122:9 123:16 | 21:9 31:18 | **disruption** |
| **determination** | 129:12,20 | 32:19,24 33:15 | 106:20 |
| 43:8 56:3 | 130:20 141:9 | 51:3,5 52:12 | **disruptive** |
| 141:23 | 145:14 153:4 | 52:19,24 74:9 | 101:15 153:14 |
| **determine** 18:7 | 202:13 207:20 | 88:7 117:1 | **dissimilar** |
| 98:15 141:17 | 208:9 218:2 | 119:24 208:16 | 156:2 |
| **determined** | **differently** | **discreet** 143:18 | **distinguish** |
| 27:3 38:18 | 148:9 | **discretion** 87:4 | 156:6 |
| 39:7 92:20 | **diligently** | 101:10 169:11 | **distorted** 93:20 |
| 112:6 212:17 | 139:13 | 183:8,14,22 | **district** 1:1,14 |
| **determines** | **direct** 46:19 | 184:1 | 53:21 65:13 |
| 31:2 97:7 | 82:3 224:16 | **discuss** 84:7 | 79:11 112:3 |
| 173:19 175:16 | **directed** 46:17 | **discussed** 86:4 | 134:1 135:21 |
| **develop** 117:10 | 46:24 65:2 | 106:10 113:24 | **diverted** |
| 117:20 | 68:7 | **discussion** 37:7 | 172:23 |
| **developed** | **direction** 61:13 | 53:2 90:13,17 | **dla** 9:19 119:7 |
| 32:20 46:7 | **directly** 21:10 | 100:18 113:5 | **docket** 23:1 |
| **developments** | 36:24 46:22 | 128:10 151:21 | 39:1 45:12,17 |
| 136:7 | 50:1 108:2 | **discussions** | 46:13,22 59:5 |
| **devoted** 173:24 | 151:2,4 208:17 | 90:23 | 77:8 125:24 |
| **di** 93:14 116:18 | 210:1,6 211:7 | **dislocation** | 126:19 149:24 |
| 128:7 184:15 | **disagree** 48:20 | 100:6 | 150:9,9,17 |
| **dickinson** 8:22 | 60:11 72:6 | **dismissed** | 168:24 199:23 |
| **dictate** 148:20 | 84:11 124:1 | 127:9 | 210:6 211:7 |
| **difference** 71:1 | **disappear** | **displaced** 86:9 | **docketed** 23:1 |
| 71:24 139:9 | 113:18 | 110:5 187:13 | 210:5 |

**[document - enforceable]**                                                              Page 16

| | | | |
|---|---|---|---|
| **document** 37:1 | 68:10 197:24 | 165:22 222:22 | **elliots** 188:22 |
| 194:24 195:14 | 204:17 221:10 | **eimer** 2:2 7:14 | **ellis** 3:15 11:21 |
| **documented** | 222:9 | 7:15 60:7,8,8 | **eloquently** |
| 15:1 147:17 | **duly** 224:5 | 65:6 67:8 75:2 | 138:24 |
| **doing** 77:1 80:9 | **dunn** 6:8 50:15 | 75:9 76:18 | **emanuel** 11:7 |
| 88:14 91:18 | **duties** 222:15 | 79:13,19 81:17 | 194:6 |
| 110:5 154:15 | **duty** 127:3 | 82:12 83:4 | **embedded** |
| 193:20 | **e** | 103:9 110:18 | 47:22 97:5,16 |
| **dollar** 60:19 | e 5:2,2 224:2 | 113:24 116:23 | **eminent** 103:4 |
| 68:24 72:17,18 | **earlier** 162:21 | 121:20 138:24 | **emphasis** 172:8 |
| 74:13 91:10 | 197:11 200:2 | 159:6 161:21 | **ems** 82:19 |
| 92:1 172:18 | **early** 193:11 | 164:3 165:10 | **encourage** |
| **dollars** 69:21 | **earmarked** | 166:12 167:20 | 108:4 |
| 69:22 86:16 | 142:4 | 171:2,5,7 | **endorse** 221:11 |
| 90:2 102:17 | **easier** 157:11 | 177:20,23 | 222:10 |
| 139:7 180:21 | **educated** | 180:10 195:3 | **ends** 154:11 |
| 189:18 | 202:22 | 217:13,16 | **energy** 11:7 |
| **door** 111:11 | **effect** 60:19 | 218:15,21 | 13:13 16:6 |
| **doubtful** 24:8 | 173:18 | 219:2,9,15 | 20:13 23:19 |
| **doughty** 3:24 | **effective** 85:8 | 220:14,24 | 84:4 89:16,19 |
| 11:4,6 | 135:16 136:1 | **eimer's** 82:20 | 97:12 99:21 |
| **dow** 60:5 | 137:1 178:13 | 100:2 118:21 | 106:22 132:11 |
| **downside** 70:10 | 178:20,24 | **either** 40:2 | 132:12 133:6 |
| **dr** 197:17 | **effectively** | 42:14 61:19 | 137:2,3,9 |
| 198:21 221:5,9 | 160:4 | 75:19 76:2 | 146:12 147:7 |
| **draft** 94:17 | **efficiency** | 128:13 155:15 | 147:10 179:11 |
| **drag** 112:18 | 222:11 | 156:14 184:1 | 180:19 188:15 |
| **dramatic** 70:1 | **efficiently** | 213:12 | 189:8 194:7,16 |
| **draw** 213:22 | 176:4 | **eliminate** 87:5 | 195:24 |
| **driven** 111:19 | **effort** 212:5 | 87:6 | **enerio** 7:23 |
| **driver's** 73:8 | **efforts** 212:4 | **eliminated** | **enforce** 80:10 |
| **dry** 164:4 | **ego** 69:3,4,8 | 75:20 | **enforceable** |
| **due** 37:16,22 | 127:1 159:13 | **elizabeth** 3:21 | 142:18 150:21 |
| 40:19 47:12 | | 6:19 | |

**enforced** 191:2
**enforcement**
  88:24
**engage** 23:15
  43:17 45:13
  46:4,9,15,20,23
  105:1,8 106:15
  107:16 144:23
  187:21 207:12
  210:19 211:1,9
**engagement**
  85:19
**engaging** 36:2
  149:4 190:4
**enter** 5:7 8:13
  12:8 14:18
  141:8
**entered** 16:3
**entertain** 92:24
**entire** 72:14
  73:9 90:7,17
  93:6 108:11
  111:16 112:17
  125:5 128:2
  150:13 151:20
  179:8 185:3
  191:19 192:7
**entirely** 112:13
**entities** 9:11
  14:15
**entitled** 80:4,6
  124:16 147:4
  162:14

**entity** 26:16
**envision** 141:12
**equal** 99:14
**equally** 87:12
**equating**
  126:15
**errors** 114:15
**escrow** 180:21
**esquire** 2:2,3,4
  2:5,6,7,8,9,10
  2:11,12,13,14
  2:15,16,17,18
  2:19,20,21,22
  2:23,24 3:2,3,4
  3:5,6,7,8,9,10
  3:11,12,13,14
  3:15,16,17,18
  3:19,20,21,22
  3:23,24 4:2,3,4
**essential**
  194:11
**essentially** 15:3
  16:8 22:2
  29:19 49:5
  79:21 125:9
  164:12
**estrada** 6:6
  50:12,14 55:11
  55:18 58:3,14
  59:15 158:24
  159:2 160:1
**evaluate** 38:9
  198:17

**evaluating** 49:7
**evaluation**
  34:17,23 49:4
  49:11 51:24
  91:8 92:12
  94:21 169:15
  184:16 185:14
**event** 29:21
  40:12 54:2
  64:20 83:11
  84:22 86:9
  101:18 102:4,6
  104:14 114:21
  165:7 191:16
  200:20 202:4
  212:22
**events** 61:5
**everybody** 16:9
  26:11 39:15
  49:23 71:11
  96:17 146:2
  167:11 214:5
  217:20
**everybody's**
  15:18
**evidence**
  115:16 204:8
  204:15 212:12
  212:23 213:14
  214:21
**evidenced**
  114:23
**exact** 62:19
  157:5 195:9,12

**exactly** 29:20
  71:21 88:17
  89:17 101:16
  106:18 107:22
  137:7 182:18
  184:5 185:6
  187:18 189:13
  189:19 190:1
**examinations**
  114:6
**examining**
  213:12
**example** 40:22
  46:18 129:9
  216:8
**exceed** 91:24
  130:2
**excellent** 27:22
**except** 55:23
  56:7
**excess** 195:10
  195:11
**exchanged**
  136:2 137:2
**exclusively**
  92:7
**excuse** 72:24
  172:7
**executable**
  35:22
**executed** 35:16
  107:24 191:2
**execution**
  128:16

[executive - failla's]                                                              Page 18

executive  9:4
exercise  20:18
  102:8 113:11
  154:22 155:10
  155:12
exercised  101:9
  102:10
exercising
  183:8
exhibit  150:10
  150:12 151:8
  151:23
exist  178:11,12
existed  112:20
existence  97:19
existential
  193:8,16
existing  41:13
  53:11,15 97:10
  98:10 99:21
exists  179:20
  188:15
expect  11:22
  52:18 65:20
  200:10 206:8
expectation
  27:3
expected  65:15
  108:7
expecting
  147:13
expects  166:12
  179:19

expedited  15:7
  168:19 181:18
expeditiously
  58:18 120:6
expense  48:14
  85:14 102:17
  123:9,17
  124:14,21
  125:3,10 147:4
  147:13 151:18
  189:18
expenses  86:16
  147:17
expensive
  102:20
experience
  52:10
expert  51:16
  52:3,3 115:3
experts  32:8
  74:6
expire  83:14
expiring  41:8
explain  136:14
explained
  101:9 192:9
explaining
  116:20
explanations
  18:14
express  108:9
  117:11
expressed
  117:23

expressly
  145:22 184:15
expropriated
  138:16 193:11
extended  33:14
  33:15 40:24
  201:23
extensions  61:2
extensive  88:8
  90:9,13,23
  99:9
extent  33:10
  119:12 131:16
  137:16 152:9
  169:20 186:23
  194:22 205:10
  207:18 208:6
  209:12
extinguish
  136:1 137:6,18
  194:18
extinguished
  137:17 196:1
extra  111:6
  146:18
extremely  51:6

          f

f  224:2
face  149:8
facilitate  108:4
facilitating
  33:2

facing  61:8
fact  27:2 32:6
  45:21 75:18
  80:23 134:11
  144:15 146:2
  190:3 204:23
factor  219:12
factored  69:18
  91:11
facts  136:12
  190:18 216:22
factual  117:11
failla  62:11
  63:14 65:3,12
  67:6,12 68:2
  69:14 76:8,22
  103:5 110:16
  112:14 113:3
  115:12 134:3
  134:17 136:5
  139:3 157:23
  160:22 161:11
  162:1 167:1
  174:24 175:2
  175:16 176:20
  176:22 177:1
  177:10,15
  179:17 180:7
  191:24 203:23
  204:18 205:17
  206:5 219:22
failla's  19:11
  19:17 74:20
  80:17 111:12

[failla's - forgot]                                                      Page 19

| | | | |
|---|---|---|---|
| 116:5 203:9 | **figuring** 203:10 | **financial** 86:19 | **floating** 61:17 |
| **fails** 141:21 | **file** 39:1,6 | 139:1 192:19 | **flow** 36:9 161:8 |
| **fair** 75:15 | 41:22 83:14 | 193:7 | **flown** 108:23 |
| 104:10 194:12 | **filed** 21:23 | **financing** 35:17 | **focused** 47:24 |
| 215:5 | 46:13 67:11 | 53:15 77:15 | 49:9 |
| **fairly** 198:17 | 76:15 150:8 | 86:17 113:10 | **folder** 122:1 |
| **faith** 127:4 | 159:18 160:1 | 139:7 184:9 | **folks** 5:21 26:7 |
| 149:4 180:13 | **filing** 36:23 | 186:3 191:11 | 198:5 |
| **fall** 171:12 | 141:13 150:13 | 192:12 | **follow** 27:8 |
| **familiar** 197:4 | 152:5 | **find** 92:23 93:8 | 105:12 158:10 |
| **far** 103:11 | **filings** 93:21 | 184:14 215:1 | 220:23 |
| 149:10 180:10 | **final** 35:11,21 | **finding** 194:24 | **following** 15:10 |
| 190:24 | 36:13 37:13,14 | 216:22 | 26:3 30:11 |
| **fashion** 45:16 | 41:11 42:7 | **findings** 27:1 | 55:2,7 59:4 |
| **faster** 166:1 | 44:11 49:19 | 204:22 | 107:9 204:21 |
| **favor** 53:22 | 50:3,22,22 | **fine** 70:9 75:2 | 206:11 |
| 113:9 130:20 | 85:15 86:1,8 | 78:15,21 | **followups** |
| 163:12 167:16 | 88:3,4,9,20 | **finger** 6:2 | 170:7 |
| 176:23 191:24 | 97:10 100:15 | **firm** 6:8 9:14 | **foot** 88:1 |
| **feasible** 207:18 | 101:13 106:8 | 9:24 | 189:15 |
| **february** 90:8 | 108:12 109:3 | **first** 15:11 | **footing** 129:12 |
| 112:15 | 109:19 131:3 | 48:12 55:1 | **footnote** 128:9 |
| **federal** 162:23 | 142:2 147:11 | 71:4,13,14 | **forastien** 3:3 |
| **feel** 126:17 | 152:3,6 153:21 | 80:3,21 101:21 | **forastier** 14:13 |
| 190:19 | 154:10 178:14 | 141:3 144:12 | 138:2,4 178:3 |
| **feels** 70:21 | 178:19 179:12 | 151:8 171:11 | **force** 153:9 |
| **fees** 86:16 | 184:6 185:2 | 181:13 197:16 | **forcier** 3:5 |
| 139:12 147:15 | 188:16 189:5 | 199:8 209:15 | 13:10,12 132:8 |
| 147:17 148:1 | 189:11,16 | 217:2 | 132:10,16 |
| 188:20 | 190:21 209:1 | **five** 126:13 | **foregoing** |
| **fight** 162:18 | 209:24 | **fix** 28:1 | 224:13 |
| **figure** 110:22 | **finally** 157:13 | **fixation** 161:9 | **forever** 80:19 |
| 208:8 | 174:16 176:7 | **flaw** 115:8 | **forgot** 62:19 |

**[form - go]**                                                                Page 20

| | | | |
|---|---|---|---|
| **form** 35:22 | 41:14 42:8,18 | **fund** 138:19 | **gee** 165:6 |
| 50:23 64:1 | 44:10 45:8,9 | **fundamental** | **general** 83:13 |
| 76:16 | 45:12 46:11 | 84:7 85:11 | **generally** 35:3 |
| **former** 35:5 | 119:16,21 | 198:9 | **george** 2:12 8:7 |
| **forth** 43:20 | 207:24 209:23 | **further** 19:18 | 82:18 |
| 123:5 133:1 | 210:5,14 211:4 | 19:23 23:10 | **germane** 52:14 |
| 134:13 178:24 | 211:6 212:1 | 26:14,18 35:14 | **getting** 138:20 |
| 182:23 188:3 | 214:8 218:7,12 | 38:4 45:22 | 180:22 |
| 217:22 | 218:20 | 51:7 56:4 | **gibson** 6:8 |
| **fortunate** 58:12 | **friedman** 5:17 | 85:18 95:1 | 50:14 |
| **forward** 22:15 | **friedmann** 3:10 | 100:6 119:3,19 | **give** 15:11,23 |
| 23:17 30:11 | **friends** 103:20 | 119:23 170:21 | 18:10,14 20:22 |
| 40:17 54:18 | **front** 8:15,16 | 177:24 178:4 | 48:5 106:16 |
| 58:18 62:6 | 12:13 57:3 | 183:12 201:24 | 126:2 168:3 |
| 77:10 81:8 | 68:1 69:5 | 204:14 205:4 | 192:2 205:11 |
| 88:2 100:2 | 96:16 143:12 | 209:12 210:4 | 215:5 220:21 |
| 114:1 121:9,13 | 144:20 160:2 | **future** 103:18 | **given** 15:12 |
| 122:13 158:3 | 174:24 198:19 | **g** | 39:12 46:6 |
| 176:16 180:15 | **fulbright** 9:2 | | 67:21 103:13 |
| 182:9 185:15 | **full** 24:9 67:23 | **g** 5:2 | 107:15 131:2 |
| 186:8 189:15 | 94:11 114:19 | **gannett** 3:4 | 141:18 168:14 |
| 206:24 | 121:16 148:17 | **garret** 221:5 | 168:19 197:3 |
| **found** 215:3 | 184:9 187:14 | **garrett** 3:20 | 210:23 |
| **four** 24:7 61:16 | 187:17 190:18 | 6:15 13:2,4 | **gives** 134:14 |
| 61:16 69:23 | **fully** 50:22 | 197:17 198:21 | **giving** 126:5 |
| 171:9 205:6 | 55:22 56:2 | 221:9 | 172:10 218:11 |
| **frankly** 32:22 | 57:11 65:12 | **garvey** 2:12 8:7 | **glas** 10:17 |
| **fraud** 79:22 | 81:5 94:12 | 8:9 82:16,18 | **glonois** 3:18 |
| 133:23 180:11 | 103:9 113:19 | 82:23 177:24 | **go** 8:16 15:20 |
| **free** 75:21 | 114:3 117:22 | **gas** 222:6 | 30:3,17 39:19 |
| 134:24 219:3 | 178:23 186:7 | **gating** 73:4 | 40:17 42:2 |
| **freeze** 71:17 | 191:9,10 | **gattuso** 7:23 | 53:3 62:6 |
| **friday** 26:12 | 198:17 202:4 | **geddes** 12:18 | 71:19 78:24 |
| 35:6 38:4 | | | 94:7 104:1 |

150:7,9 151:7
162:10 163:13
163:14 166:21
174:1 180:9
211:7
**god** 70:23
**goes** 45:12
68:20 112:8
113:2 121:9,12
122:24
**going** 15:9,11
16:2 18:13
19:1,14,16
20:5 25:4 26:2
28:21 30:1,8
33:7 45:14
54:12 55:19,21
56:1 61:12
64:15 65:17
66:4,13,18,24
67:2,10 68:15
69:16,22 71:8
71:16,23 74:4
75:5,11 77:23
80:16 81:7
88:18 91:21
100:2 101:18
110:14,21
111:1,2,7
114:1 116:4
122:12 125:24
131:12 158:10
159:9 164:5
168:17 170:12

172:14 173:12
173:15 174:14
174:24 175:2,3
176:16 180:18
182:8 184:18
185:15 187:20
191:23 196:9
197:7,8 198:24
199:2,9 200:7
200:21,23
201:11 203:13
204:11,24
205:6,7,24
206:9,22 209:7
212:9 214:1,5
215:4,6,14,24
216:17 218:6
219:5 220:6
**gold** 8:22 9:4
18:18 19:5
21:22 29:16
31:12 40:2
47:9,15 49:22
59:12 61:23
63:5,9 71:7
77:13 78:19
83:23 84:3
86:11 88:23
89:4 97:12
100:13 107:2
116:13 122:4
122:22 123:1,6
123:12,16
124:2,15,21

125:4,6,10
127:23 128:1
128:12 129:9
129:15,16
130:3,7 131:6
131:9,16,19,21
132:3,12 138:8
141:1,6,18,19
146:20,24
147:2,22 148:5
148:12,14,19
149:2,13,16
150:23 153:2
154:17 156:8
156:19 161:24
168:13 169:5
169:19 171:22
172:15,16,22
173:12,19
175:13 176:14
193:8 199:8,13
201:7
**good** 5:9,19,24
6:12,13 7:10
7:19,20 8:3,9
8:18,19 9:16
9:17 10:3,13
10:14 11:3,4
11:14 12:15,24
13:1,2,7,8,10
13:19 14:8,10
17:19 28:8,9
50:12 58:7
59:9 60:6,7

81:13 82:15,16
82:24 84:1
119:5 120:21
120:22 121:18
126:3 127:17
132:8,18 138:1
138:2,3 149:4
167:18,22
168:9 171:2,5
180:12 182:12
204:20
**gosh** 192:21
**gotshal** 5:16
28:12
**govern** 178:17
**governing**
160:12
**government**
68:5 221:16
**governs** 160:19
**grant** 134:1
**great** 126:20
207:15
**greater** 202:24
**green** 3:23 6:23
**gregory** 3:16
10:16
**grieved** 203:2
**ground** 92:4
157:16 182:13
**guarantee**
196:5
**guarantees**
16:12

[guardrails - hide]                                                    Page 22

| | | | |
|---|---|---|---|
| **guardrails** 29:1 | 201:1 206:23 | 117:21 118:9 | 115:20,21 |
| 30:20 33:20 | **happenstance** | 120:15,18 | 117:7 122:19 |
| **guess** 17:20 | 166:7 | 124:13 125:20 | 122:24 124:11 |
| 19:3 55:12 | **happy** 27:9 | 128:1 133:24 | 138:10,21 |
| 56:19 57:1 | 30:10,24 39:10 | 135:2 140:3 | 143:19 157:17 |
| 195:21 | 42:1 59:21,22 | 154:21 166:2 | 158:4,5,10,14 |
| **guidance** 20:21 | **hard** 66:5 | 192:7 194:2 | 166:4 167:6 |
| 156:1,3 | **harm** 109:23 | 197:19 198:7 | 176:1 179:9,24 |
| **gyamfi** 2:15 | 164:23 | 211:2 213:12 | 181:3,20 192:8 |
| 9:23 | **harmed** 107:14 | 217:11 | 201:11 203:6 |
| **h** | **hate** 159:3 | **hearing** 1:12 | 203:16,22 |
| | **hats** 21:6 49:24 | 7:4 14:24 15:2 | 204:5,10,16 |
| **h** 2:17 | 147:1 | 16:22 18:11 | 208:23 209:8 |
| **hail** 164:19 | **headed** 31:5 | 19:15,15 21:16 | 209:19 212:8 |
| **half** 175:24 | **headline** 91:10 | 22:9 24:2,12 | 212:10,18 |
| 180:21 188:18 | 92:1 93:4 | 25:8,14,15,19 | 213:3,18 |
| 218:18 | 130:2 173:2,3 | 25:24 26:2 | 215:12,22 |
| **hammond** 1:17 | 173:23 174:2 | 27:6,8,24 | 216:21,24 |
| 224:10 | 176:15 | 28:15 29:10,23 | 218:7 220:22 |
| **hand** 43:7,9 | **hear** 17:5,7,9 | 30:12,21 31:1 | **hedge** 138:19 |
| **handle** 10:10 | 17:23 18:8,16 | 31:6 32:14 | **held** 1:13 69:15 |
| **handled** 169:22 | 18:24 44:23 | 33:17 34:11,14 | 196:18 |
| **happen** 40:18 | 57:8 96:6 | 36:9 37:4 | **help** 15:19 |
| 43:24 64:19 | 115:15 116:9 | 39:13 41:19 | 58:20 66:24 |
| 69:2 83:17 | 154:16 155:4 | 51:21 52:2 | 67:7 111:5 |
| 85:17,20 98:19 | 155:14 201:13 | 57:21 58:23 | 223:5 |
| 100:22 165:14 | 205:3 211:3 | 60:23 61:10 | **helpful** 15:7 |
| 165:18 200:22 | 216:13 221:7 | 62:10 70:14 | 169:14 207:21 |
| 201:22 202:12 | **heard** 15:24,24 | 74:17 75:23 | 207:22 215:1 |
| 204:6 | 16:10 25:14 | 79:2 84:13 | **hey** 154:21 |
| **happened** 77:5 | 69:4 71:14 | 88:5,9 89:10 | 155:8 165:9 |
| 100:22 | 81:5 82:11 | 91:3 99:12 | **heyman** 7:22 |
| **happens** 25:16 | 95:16 96:10 | 101:3 103:12 | **hide** 218:24 |
| 75:6 127:8 | 104:11 116:12 | 106:9 112:11 | |

[high - humble]                                                               Page 23

| | | | |
|---|---|---|---|
| **high**  163:1 | 39:4 40:16 | 119:9 120:23 | **honor's**  36:19 |
| **higher**  86:10 | 41:21,24 45:21 | 126:5 127:18 | 84:11 95:3 |
| 87:2,20 91:1,6 | 50:9,13 54:16 | 128:11 129:3 | 114:16 128:5 |
| 98:5,6 100:8 | 58:4,8 60:3,8 | 132:7,9,17,19 | 129:24 130:11 |
| 101:5 110:9 | 62:17 63:3 | 137:14,22 | 150:3 171:11 |
| 115:2 155:2 | 64:1,11,14,18 | 138:3 139:16 | 172:11 |
| 156:20 169:6 | 70:21 72:4 | 139:24 140:15 | **hope**  125:14,17 |
| 187:10 191:4 | 73:19,24 80:8 | 142:13,20 | 219:6 |
| **highest**  71:8 | 81:18 82:13,17 | 143:13 153:18 | **hoped**  167:21 |
| **highly**  62:2 | 83:1 84:2 85:2 | 153:24 158:1,5 | **hopefully**  28:1 |
| 77:15 | 85:4 86:3,14 | 158:13,21 | 67:8 |
| **hirzel**  7:23 | 87:6,10,19 | 159:2 170:24 | **hopes**  16:20 |
| **hits**  98:2 | 89:8 90:8,12 | 173:19 175:21 | **hoping**  20:22 |
| **hold**  10:19 | 92:6,17 93:6 | 176:13 177:2 | 165:12 196:11 |
| 24:12 31:1 | 93:10,15,17,22 | 177:14 178:1,7 | **horse**  86:6 |
| 84:12 96:18 | 94:1,3,5,14,15 | 179:1,18,24 | 112:19 128:14 |
| 149:14 190:23 | 94:18 96:21 | 180:20 181:1,8 | 129:8,10,16 |
| 191:15 195:19 | 97:5,13,15,18 | 181:12,23 | 146:4,8 152:1 |
| 204:11 212:10 | 98:9,20 99:2,4 | 182:11,24 | 171:18,21 |
| **holding**  7:13 | 100:1,9,10,19 | 183:20 184:11 | 172:6,6 189:22 |
| **holocaust**  13:6 | 100:23 101:17 | 184:12 185:1,6 | **hostage**  149:14 |
| **holt**  9:9 | 101:23 102:13 | 185:17,18,19 | 190:23 191:15 |
| **home**  102:14 | 102:21,24 | 185:23 186:13 | **hour**  175:24 |
| **honor**  5:10,24 | 103:3 104:5,8 | 186:20 187:1,7 | 218:18 |
| 6:14 7:2,11,18 | 104:20,21 | 187:12,19,20 | **hours**  25:13 |
| 7:21 8:4,10,20 | 105:3,21 106:4 | 188:1,12 189:7 | 26:5 202:23 |
| 9:18 10:4,12 | 106:14,15 | 189:12,20 | 213:11,21 |
| 10:15 11:5,15 | 108:17,21 | 190:15,22 | 215:10 |
| 12:16 13:3,11 | 109:11,13,18 | 191:14 192:6 | **house**  9:9 222:5 |
| 13:16,20 14:9 | 110:1,13 | 192:16 193:6 | **huge**  162:18 |
| 17:1 27:16 | 111:10 113:6 | 193:17,24 | 163:23 |
| 28:10,14,23 | 114:7,19 | 194:4 198:22 | **human**  221:24 |
| 29:3,19 31:9 | 115:22 116:15 | 217:8 221:9 | **humble**  222:9 |
| 33:20 34:3 | 118:7,12 119:6 | 222:9 223:1 | |

**humm** 55:11
159:24
**hundred** 76:12
**hundreds**
69:21
**hungary**
126:23
**hunter** 2:4 6:4
**hypothetical**
156:23

**i**

**i.t.** 27:20
**idea** 87:17,21
88:17 100:23
174:9
**ideally** 25:4,24
**identifications**
217:22
**identified**
26:16 215:18
**identify** 16:17
**identity** 64:6
81:15 210:16
**ignore** 123:21
**illusory** 178:15
**imagine** 66:6
155:24
**immediately**
30:11
**impact** 23:7
66:19 70:1
110:22 135:20
136:3 157:24

202:17 204:1
206:18
**impacted** 135:8
**imperilling**
127:9
**implemented**
95:3 109:4
**implication**
161:1 183:1
**imply** 154:18
**important**
35:24 37:11
43:22 55:15,16
56:11 108:22
142:13 144:23
**impracticalities**
117:4
**impractically**
52:17
**improve** 157:8
187:3
**improvement**
156:7
**inaudible** 141:9
**incentivize**
88:15
**incentivized**
89:21
**inclination**
18:17 19:4
22:8 25:9
60:12 72:7
84:12 199:17
208:11 213:5

215:19
**inclinations**
15:12,13 16:1
16:16 18:10
26:23 27:7
28:7 29:5
33:22 34:4
36:20,21 39:5
42:13 44:10
50:18 58:16,20
118:17 119:11
119:18 121:3
130:11 132:24
139:17 197:10
**inclined** 19:18
21:8 22:6,17
22:24 24:3
25:10 26:6,14
29:22 40:17
154:1 203:8
208:7
**include** 151:16
151:18 169:16
207:16 208:13
213:9 214:1
**included** 57:24
**includes** 79:8
124:20 207:7
213:8
**including** 31:3
35:8 164:15
169:14 198:4
198:18

**incorporated**
129:7 130:6
131:18
**incorrect** 135:5
136:22
**increase** 75:22
89:22 156:14
156:15 183:15
184:22
**increased**
157:1
**incur** 188:19
189:17
**incurred** 85:14
86:15 147:18
**independent**
105:14
**indicate** 21:8
81:11 207:15
**indicated** 24:19
31:14 66:22
102:5 173:10
173:17 203:7
215:19
**indicates**
211:15
**indirectly**
108:2
**inevitably** 75:5
220:5
**inflated** 144:14
**inflicted** 164:24
**inform** 46:2

| | | | |
|---|---|---|---|
| **information** 23:4 39:16 64:13 155:11 210:8,9 | **intent** 19:12 137:5 | **intro** 194:4 | **irrelevant** 57:14 |
| **initial** 36:20 145:6 | **intention** 31:23 148:4 | **introduce** 9:12 | **irretrievably** 101:20 |
| **initially** 81:16 210:15 | **interchangea...** 47:16 | **introductions** 8:24 | **issue** 19:7 29:7 29:16 31:21 |
| **initiate** 108:3 | **interest** 68:6 162:18,23,24 182:13 206:17 | **invalid** 66:9 69:15 98:13,18 102:11 110:24 111:13,23 161:19,20 162:3 166:14 175:7,17 181:2 220:9 | 49:16 51:9 52:1 53:6,9,10 53:20 54:8,10 54:14,15 55:18 55:22 56:5,10 56:12,17 57:3 57:4,10,11,13 |
| **injunction** 65:23 111:21 111:22 112:3 175:15 206:15 | **interested** 36:1 | | 57:21,22 59:13 72:5,9 74:11 |
| **injury** 96:5 | **interesting** 71:3 | **invalidate** 113:4 174:22 192:11,12 | 74:13 75:16 78:2,8 84:18 |
| **injustice** 179:7 | **interim** 166:16 | **invalidated** 180:14 | 84:20 91:7,20 95:14 96:16 |
| **ink** 149:19 | **international** 1:3 118:15 221:17,23 | **invalidates** 113:17 | 98:16 99:20 101:21 103:17 |
| **input** 223:6 | | **invested** 192:24 | 103:22 104:5 |
| **inquiring** 42:23 | **interpretation** 68:11 78:20 91:17 129:17 131:22 152:15 172:4 182:16 183:2 199:14 | **investment** 165:1 | 109:18 113:21 115:10,24 |
| **insist** 33:4 | | **investments** 11:18 127:20 | 118:2 121:10 123:3 146:22 |
| **insistence** 33:11 | | **invisible** 149:18 | 159:5 160:19 160:23 168:13 |
| **instance** 49:18 74:23 80:21 170:9 181:5 | **interrelated** 185:9 | **involve** 61:21 | 168:16,20,23 |
| **intend** 26:12 46:14 47:1 127:22 136:6 170:11 215:10 218:9 | **interrupt** 18:4 65:5 | **involved** 90:1 123:4 | 169:21 172:13 173:8,13,14 |
| | **interruption** 17:17 | **involvement** 155:19 | 174:17 181:17 |
| **intended** 49:3 | **interruptions** 19:3 | **involves** 77:6 | 182:2 199:9,13 |
| **intending** 33:13 220:20 | **intervene** 165:13 | **ironclad** 132:2 | 199:23 |
| **intends** 135:24 174:8,9 213:11 | **intervening** 40:21 204:17 | | |

**issued** 94:15
  112:14 175:15
  193:15
**issues** 14:5
  16:18 21:17
  25:17 74:12
  75:4 84:8
  114:2 120:3
  122:22 124:3
  132:23 136:4
  160:16 161:7
  161:12 164:2
  203:1 204:2,6
  208:24 214:13
**issuing** 66:14
**item** 73:4

**j**

**j** 2:16,18
**j.p.** 62:3
**jacobson** 12:20
**james** 2:14 9:20
  119:7
**january** 85:5
  86:4 90:8
  92:21,23 93:8
  101:17 108:18
  128:5 129:3
  149:18,22
  168:24 169:18
  182:17 191:18
**jared** 3:10 5:17
**jason** 2:7 6:7

**jd** 165:15
**jeff** 6:1 132:20
**jeffrey** 2:5 3:7
  14:2
**jennifer** 3:13
  11:16
**jeopardy** 33:18
**jest** 149:20
**job** 116:20
**jody** 2:22 10:5
**johnston** 9:5
**join** 79:18,20
  82:19 83:4
  89:22,24
**joined** 5:15 6:5
  6:18 7:14,24
  8:7 10:20
  11:19 12:19
  13:24 14:12
**joining** 5:21
  13:14 17:10
**joins** 132:12
  138:8
**joint** 30:5
  41:20 53:2
**jonathan** 4:3
  11:10
**jones** 126:10
**josh** 12:20
  127:19
**joshua** 2:9
**juan** 2:11 8:1
  83:2

**judge** 19:11,17
  62:11 63:14
  65:3,12 67:6
  67:12 68:2
  69:6,11,14,17
  74:20 76:8,22
  80:17 103:5
  110:16 111:12
  112:14,22
  113:3 115:12
  116:5 134:3,17
  136:5 139:3
  157:23 160:2,5
  160:22 161:11
  162:1 167:1
  174:24 175:2
  175:16 176:20
  176:22 177:1
  177:10,15
  179:17 180:7
  191:24 203:9
  203:23 204:18
  205:17 206:5
  219:22
**judges** 65:13
**judgment**
  35:20 86:23
  88:22 89:1,7
  89:13,18 90:4
  92:9 100:12
  138:18 162:21
  163:12 188:23
  193:3,14
  198:11,13

**judgments** 90:6
  198:15
**july** 48:18
  147:12 179:17
**jumped** 163:5
**junior** 90:16
**jurisprudence**
  126:10
**justice** 62:22
  80:24 161:13
  222:23
**justification**
  179:13
**justified** 111:18
**justify** 183:7
**justin** 3:5,15
  11:21 13:12
  132:10

**k**

**kady** 2:8 6:7
**katz** 58:10
**keep** 24:5 162:2
  210:12 214:11
**kevin** 2:16,19
  8:21
**key** 106:4 109:3
  123:3
**kill** 113:10
**kim** 6:22
**kind** 76:17
**king** 1:14
**kirpalani** 4:4
  11:9 194:3,5

195:8 196:7
**kirtland** 2:17
9:1 84:1,3 92:5
93:5,9 96:20
105:20 106:3
107:22 111:10
114:7 116:11
150:19,22
**kissel** 10:22
**knocked**
114:19
**know** 7:5 14:23
17:22,24 18:22
28:16 30:24
31:20 46:5
50:21 51:11,12
51:17,23 52:4
52:5,14 54:4
54:10,11,12
55:7,23 56:10
56:12,20 57:5
57:7 60:13,24
62:19,23 63:15
66:2 70:21
71:15 73:21
74:21 76:12,20
76:24 80:19
91:4 100:3,7
106:24 110:17
120:2 123:17
124:7 125:8,10
134:20 137:14
141:12 147:3
154:3,22 155:5

155:10,20
156:18 157:4
157:22 158:6,7
159:5,12,21
160:9,14,18
161:2,8,9,13,24
162:1,12 163:7
163:11,13,21
163:23 164:6,7
165:17,19,23
166:2,2,9,9,12
166:16,22
167:17 170:10
174:11 176:7
195:8,10,12,20
195:24 197:15
200:19,20,22
202:3 204:10
214:6,7 218:13
218:23 220:7
221:21 222:3
**knowing** 70:17
**knowingly**
108:3,4
**knowledge**
149:3
**known** 64:6
**knows** 104:20
133:3 170:11
**kobre** 6:22
**koch** 9:10
43:10 118:13
118:14

**koepp** 3:17
10:21

**l**

**lack** 29:14
39:19 151:9
**laid** 29:8 64:1
130:10
**landis** 11:16
**language** 81:14
129:5,18
131:17,22
**large** 29:13
91:7 130:13
222:13
**largely** 197:9
**lastly** 148:11
**late** 127:2
129:3
**latest** 70:15
**launch** 125:24
**law** 68:12
160:12,14,17
160:19 190:19
222:2
**lawyer** 222:4
**lay** 91:4 188:1
**layton** 6:1
**lead** 25:6 108:7
**leader** 127:7
**leading** 32:13
36:8 39:12
**leads** 103:1

**learn** 161:11
**leash** 74:1
**left** 8:24 13:18
140:2 214:20
**leftover** 214:20
**legal** 57:4,22
113:20
**legislation**
221:23
**legitimate**
193:9
**lemon** 3:2
14:11,11
**length** 24:10
166:18
**leroy** 3:4 13:4
**lesser** 186:23
**letter** 19:8 47:6
62:3 106:24
186:2
**letters** 35:16
**letting** 64:24
**leverage** 189:2
**lewis** 10:6
120:24
**license** 83:13
**light** 31:24
212:4
**likely** 66:8,9
67:21 68:14
177:9 196:3
205:12,23
206:13,21

| | | | m |
|---|---|---|---|

**limbo** 54:7
**limit** 154:4
**limitations** 221:21
**limited** 21:9,15 21:16 29:13 51:6 91:9 92:7 147:19 154:6 208:16,24
**line** 17:3,5,11 29:19 36:19 59:6 105:18 159:23 205:5
**lined** 186:6
**lipton** 6:21 58:10 168:11
**list** 25:15,16 215:9
**listed** 213:18
**listened** 199:19
**listening** 214:17
**literally** 49:9 72:16
**litigate** 98:24
**litigated** 80:17 87:9 98:11 106:17 109:10 181:16
**litigating** 99:9
**litigation** 31:17 33:3 65:21,22 67:16 68:13,19 90:9 95:2

111:2,14,18 112:8 134:9 135:21 139:2 159:7,20 160:7 162:17 165:23 174:23 175:1 179:3,16 186:5 191:12 196:4 206:9,14,16
**little** 7:4 15:20 22:12 24:14 41:3 176:2 187:22
**live** 78:23 91:7 148:15
**llc** 10:18 11:18 12:4
**llp** 10:17
**loan** 113:1
**lock** 36:12 70:5 70:13 142:15 177:12
**locked** 72:1,2 78:13 176:19
**logic** 90:19
**logically** 25:3
**long** 72:10 165:11 168:1
**longer** 167:14 184:1,22 208:11
**look** 26:2 63:15 92:1 93:10 156:8

**looked** 149:21 164:1 167:9
**looking** 16:17 33:23 94:3 143:8
**looks** 164:13
**lopez** 3:3
**lose** 63:16 68:1 68:4,4 71:17 72:3 78:12 102:7 122:9,15 164:19 192:22 192:23
**lost** 103:13 112:10 144:3 159:11 164:4 164:12
**lot** 43:23 44:6 65:8 68:18 74:1 90:1 116:2,3 202:14 214:9 221:18
**lots** 73:22
**lower** 68:16 87:5 89:17 90:20 111:17 112:11 114:22 114:23 151:13 157:1 169:11 179:12 183:9
**luncheon** 196:18
**lópez** 14:13 138:4

**m** 3:5
**made** 51:24 73:16 87:10 94:16 122:17 128:22 131:14 134:19 135:3 135:13 159:12 160:4 178:10 199:5 212:5
**make** 8:23 9:21 26:10,13 39:14 43:7 44:19 45:15 53:8 56:1 62:6 63:24 76:17 81:5 87:7 89:8 103:16 124:10 124:12 133:7 133:16 136:10 137:4 139:9 144:1 145:21 146:15 152:20 153:9 163:18 171:9 173:4 174:5 175:18 188:11 197:6 203:4 214:3,4 214:6,22 218:9 220:15
**makes** 44:5 59:9 78:17 90:18 102:1

[makes - materially]                                                    Page 29

| | | | |
|---|---|---|---|
| 141:23 176:1 | **massive**  193:7 | 117:7,16,24 | 73:3 81:20 |
| **making**  26:4 | **master**  5:8,13 | 119:15,19 | 104:17 105:7 |
| 64:23 71:1 | 16:4 19:19 | 121:5 122:21 | 109:1 116:17 |
| 96:12 134:22 | 20:23 22:18 | 123:7 128:17 | 135:9 144:13 |
| 137:9 177:7 | 23:12 28:5,13 | 130:13,15,18 | 144:21 145:6 |
| 201:17 205:20 | 28:20 29:7,11 | 130:22 131:20 | 148:22 150:6,8 |
| 210:11 213:14 | 30:23 32:3,9 | 139:12 140:7 | 155:6,24 |
| **malisa**  3:8 5:11 | 32:21 33:7 | 140:13,17 | 168:14 171:16 |
| **mallet**  83:3 | 34:9 35:5,11 | 141:7,23 142:7 | 172:9 185:20 |
| **management** | 36:3,6,12,22 | 142:19 144:16 | 186:17 208:19 |
| 12:4 | 38:6,7,17 39:6 | 145:23 146:7 | **masters**  25:11 |
| **manga**  2:19 | 40:8 41:10 | 146:11 150:14 | 143:16 158:2 |
| **mangan**  8:19 | 42:10,24 44:1 | 152:4,17 153:3 | **match**  20:19 |
| 8:21 | 44:13 46:20 | 157:7 158:17 | 23:21 37:9,23 |
| **manges**  5:16 | 47:9 48:16 | 167:7 169:8,10 | 39:23 40:14 |
| 28:12 | 49:6,15,18 | 169:23 172:12 | 41:2,7 95:19 |
| **manifest**  62:21 | 50:20 51:3,10 | 173:9 176:10 | 97:3,9,13,17 |
| 80:24 | 52:23 54:20 | 176:17 177:7 | 98:8,16 101:19 |
| **manifested** | 55:8 56:13,16 | 178:21 181:14 | 101:23 102:8 |
| 114:16 | 57:6 58:15 | 183:8 184:5 | 102:10,18 |
| **manifestly**  76:5 | 59:4,8,11 62:5 | 186:1 190:4 | 141:19,20,22 |
| 175:9 177:4 | 63:24 64:22 | 194:23 200:4 | 154:23 155:9 |
| **manner**  15:10 | 70:3 72:19 | 200:14,23 | 155:18 156:19 |
| **march**  88:5 | 77:6 78:14 | 201:4 202:20 | 200:19 201:20 |
| **marcus**  3:23 | 79:6 82:4 | 207:4,12,18 | 202:9,10 |
| 6:23 | 84:20,23 85:9 | 208:8 209:13 | 211:22 212:4,6 |
| **marie**  2:10 | 85:21 87:3,22 | 210:2,18,23 | **matching**  98:13 |
| 12:17 | 88:13 89:20 | 211:8,12 212:2 | 98:18 |
| **martin**  2:13 | 94:8 95:3,17 | 213:6 215:9 | **material**  90:3 |
| 9:17,19 10:2 | 97:3,6 101:2,6 | 217:3,20 | 94:19 139:19 |
| **mary**  1:17 | 104:21 106:11 | **master's**  21:12 | 149:24 |
| 164:20 224:10 | 106:13 108:1 | 27:14 32:16 | **materially** |
| **mason**  3:6 | 108:18 109:6 | 34:17,23 37:13 | 115:10 139:19 |
| 13:19,21 | 109:21 116:19 | 44:16 63:4,18 | 139:21 |

materials 36:24
matt 84:3
matter 1:13
   32:23 33:4
   73:18,20 75:6
   121:19 134:17
   141:4 143:24
   182:9 206:4,4
   206:23 224:6
matthew 2:17
   3:11 5:18 9:1
matzah 185:4
max 180:16
   187:16
maximization
   78:11
maximize
   78:10
maximizing
   84:10 110:13
mayville
   126:11
mcdonnell 2:20
   7:20,22
mcgreal 3:19
mean 35:13
   107:23 114:11
   115:4 129:1
   162:9 186:19
   192:6 220:11
meaning 43:13
   53:9 92:8
   105:23 129:4
   152:24 156:19

201:18
meaningless
   48:24 129:4
means 35:24
   86:24 89:3
   224:16
meant 154:18
   218:5 220:2
measured 94:2
measures 167:3
mechanics 37:8
   38:1 46:6
   136:23 155:18
mechanism
   111:24 187:5
mechanisms
   186:10 188:7
meet 24:9 40:4
   85:23 105:5
   106:12 211:5
meeting 5:21
   19:23 35:6,10
   207:11
member 9:6
members
   116:10,12
   118:8 191:6
   193:5
memo 129:18
memorandum
   128:5
mention 151:20
mentioned
   55:24 56:8

216:4 217:18
   217:23
mere 128:16
merely 128:24
   134:10
merit 99:14
merited 96:14
meritorious
   216:18
merits 91:17
   93:19 168:22
   187:21,22
messy 104:6
methods
   186:10
michael 2:18
   3:22 9:5 58:9
   168:10
michelle 3:19
microphone
   7:6
mid 76:24
middle 157:16
   182:12
miguel 3:3 6:6
   14:12 50:14
   138:4
mike 6:21
mildly 193:19
million 76:12
   78:1 89:15
   93:2 100:19
   101:5 147:19
   148:2 155:3

169:7 183:16
   183:21 192:22
   192:24 193:13
millions 69:21
   86:15 90:2
   102:16 189:17
mind 16:18
   63:24 221:12
mine 193:11
minerals
   118:14
minimum
   47:11 85:24
   93:16 94:7
   98:2 100:20
   106:12 107:6
   113:15,16
   151:17 169:4
   169:12 182:22
   184:3,23 207:6
minimums 87:4
   109:17 183:9
mining 86:12
   119:8 193:9
minor 102:14
minute 146:18
   221:6
minutes 126:2
   145:17 175:24
   213:21 214:16
misses 85:1
mistake 89:8
mitigated
   112:24 179:14

mitigation
180:3
mixing 146:24
mm 55:11
159:24
model 94:22
95:4
modifications
197:12
modified
182:19 202:1
modify 87:3
molo 3:14
11:20,22
moment 17:13
22:13 164:16
168:15 211:9
monday 22:16
22:23 24:21
27:5 38:15,16
42:9,21 43:1
44:13 55:6
75:1 104:22
107:12 110:4
154:20 211:11
212:13
money 62:1
68:18 71:4,6
71:10 73:12
75:21 82:2
138:12 162:6
164:18
month 27:6
70:24 103:8,15

111:6
months 32:19
moot 59:18
138:23 175:1
morgan 2:16
10:5 62:3
120:24
moritz 3:20
6:13,15
morning 5:9,19
5:24 6:12,13
7:10,19,20 8:3
8:9,18,19 9:16
9:17 10:3,13
10:14 11:3,4
11:14,19 12:15
12:24 13:1,2,7
13:8,10,19
14:8,10 15:19
28:8,9 36:22
39:5 47:7
50:12,18 58:7
60:6,7 66:23
82:15,16,24
84:1,6 119:5
120:21,22
126:3 127:17
130:12 132:8
132:18 133:1
138:1,2,3
199:4,7,11
203:8 208:6
213:5 215:20
220:5

morris 7:12
mosle 83:3
motion 104:6
104:13 153:8
154:2 179:1
182:4 190:16
200:12,12,17
201:7
motions 67:11
197:21,22
198:18 201:14
203:20
motivating
205:19
move 18:11
22:14 30:10
58:18 79:10
82:3 98:20
104:16 120:6
158:3 186:8
movement 61:4
moving 23:17
80:2 206:24
moyer 2:5 6:1
multi 60:19
74:13
multiple 94:3,4
mundiales
14:16 71:9
138:6,8
munger 8:8
mutations
65:10

mute 27:19
muted 17:3,6
myatt 2:7 6:7
mysteries
161:16

**n**

n 1:14 5:2
224:2
name 147:8
narrow 52:7
nate 2:2 7:14
60:8 171:7
nature 204:15
neatly 118:3
necessarily
18:13 41:5
76:22,23 82:7
145:1
necessary 30:3
37:3 38:12
43:18 86:18
121:8 143:24
152:13 201:15
203:16
need 20:2 21:4
22:6 24:9
29:15 30:19
37:22 41:5
42:2 43:5,24
48:14 56:4
57:15 59:23
74:21 115:19
137:15 155:12

**[need - obligated]**                                                    Page 32

170:6,8,16,17
175:3 176:6
209:20 212:23
**needed**  24:16
212:19
**needs**  20:17
35:15 64:13
75:17 93:22
110:8,9 168:16
175:10 209:8
209:10 213:18
**negative**  87:7
**negotiable**
150:2
**negotiated**
47:20 134:13
**negotiating**
144:16 189:1
**negotiation**
35:15
**negotiations**
149:5 188:21
**never**  132:1
149:15 180:7
190:8 222:6
**new**  9:24 14:1
19:14,15,21
21:8,17,24
22:21 23:5
32:1,4 40:24
52:24 53:21
57:17 79:1,12
79:17 120:4
122:12 125:9

135:21 136:15
145:20 160:11
186:9 204:5
207:5 208:16
208:24
**nice**  116:20
**nicholas**  9:13
118:13
**nichols**  7:12
**night**  43:13
211:6
**nitrogen**
118:14
**non**  88:19
103:22 106:7
109:15 115:1
150:2 151:21
183:6 187:8
213:14
**nonactionable**
99:24
**noncash**  90:13
149:6 188:24
**nonsense**
180:17
**nonsolicitation**
93:11
**noon**  26:11
214:8 218:8,12
218:23
**north**  156:12
**norton**  9:1
**notary**  1:19

**note**  31:8
116:22 119:22
128:8 129:1,14
130:4 131:19
168:21 202:6
**noted**  121:15
181:8
**noteholders**
132:21,22
194:15 206:3
**notes**  33:24
136:2 137:1,6
137:10,11,17
137:19 152:19
174:10,14,18
174:20 175:6
175:17
**notice**  24:18
39:1,7,18
69:16 98:21
182:4
**noticed**  69:17
**notify**  38:23
**notifying**  152:5
217:24
**notion**  52:24
129:23
**notwithstandi...**
155:16
**nuance**  39:3
41:4
**number**  25:13
26:5 28:22
31:12 68:17

75:3 97:2
115:13 127:21
150:14 151:8
155:1 156:5
195:9,12
213:10,20
**numbers**
150:11

**o**

**o**  5:2 224:2
**object**  81:10
**objected**  95:5
101:1 179:5
**objecting**  95:21
95:23 177:6
**objection**  32:3
51:20 76:16
95:5 96:1 99:3
99:4,13 118:16
119:10 182:7
201:3 216:13
216:14,15
**objections**
26:18 97:1
99:7,16 115:14
117:9 132:23
148:23 181:10
182:21 186:19
186:20 201:14
215:22,24
219:11
**obligated**  180:6
186:16

**obligation**
133:18 210:18
**obligations**
133:11 210:12
**obtain** 86:17
108:19
**obtained**
106:18
**obtaining**
210:20
**obvious** 52:16
157:6
**obviously**
59:16 80:7
116:1 133:13
137:16 142:14
187:23
**occur** 20:4
78:11
**occurred** 52:12
**occurs** 33:16
**october** 27:5
28:18,21 34:11
71:12 74:22
83:8,18 103:1
116:16,21
117:7 118:6
138:21 157:20
170:1,3,7,8,17
170:18 177:15
203:14,17,21
204:10,12,19
205:9 206:10
209:21 212:22

215:15 220:23
**ofac** 112:5
113:10 165:16
**offer** 85:15
108:5 167:22
195:16
**offered** 194:20
**offering** 32:4
33:12 213:13
**offers** 35:12
42:8 210:4
**office** 13:22
14:1
**officer** 9:4
196:15,24
223:7
**oh** 16:24 55:18
165:6 192:21
**oiag** 186:23
**oieg** 10:6 121:1
121:1 123:4
124:14
**oig** 191:7
**oil** 222:5
**okay** 9:15 10:1
11:1,12,24
12:11 13:17
14:6,20 17:12
18:2 34:13
41:23 50:4
58:2 59:13,19
70:8 76:9
78:21 82:9,22
83:19 107:8

118:24 120:10
125:23 137:20
137:24 140:5
152:5 203:6
218:21 219:2
219:15 220:24
221:6
**olson** 8:8
**omitted** 42:17
127:4
**once** 86:6
108:12 116:4
189:16 190:17
**one's** 140:24
141:1
**ones** 141:2
164:17
**open** 161:3
195:17
**opening** 26:6
26:10,13 34:4
99:10 116:18
175:19 214:1,3
214:4,16 218:9
218:18 219:13
**openly** 180:5
**opinion** 66:3,6
66:14 68:3
69:11,14,18
**opinions**
161:14
**opportunity**
22:1 23:14
84:5 104:10

106:5 117:21
127:13 131:2
140:11 201:13
**oppose** 33:7
81:1 169:8
**opposed** 112:16
119:17
**opposing**
134:24
**opposite** 55:20
**opposition**
200:10
**oral** 115:23
182:3
**oranges** 156:17
**order** 16:2
19:19 23:10
24:16,24 28:20
37:22 47:23
86:17 87:14
92:21,23 93:8
97:6 104:8
112:15 126:14
128:6 130:6
131:3,13 141:8
149:18,22
150:3 151:5
155:12 168:24
169:19 172:5
173:11 179:10
181:9 187:2
199:3,4 201:24
204:24 207:24
208:5,7 209:14

[order - partner]                                                                           Page 34

210:23 212:19
213:2 217:5
**ordered** 23:9
85:4,11 86:4
86:22 87:9
97:16,23
108:17 191:18
**ordering**
199:17 208:10
214:10
**orders** 48:5,21
128:21 131:5
131:12 147:21
151:2 156:9
**ordinary**
221:14
**organization**
221:18
**original** 34:10
94:7 106:21
180:19
**outbid** 171:22
**outcome** 60:20
67:22 136:15
**outcomes** 61:11
**outline** 81:10
**outlined** 76:14
95:12 153:2
**outrageous**
134:6
**outset** 56:9
**outstanding**
174:20

**overall** 120:5
**overbid** 29:16
47:11 85:24
87:4 93:16
94:6 98:2
100:23 106:12
107:6 109:16
124:20 125:7
129:18 146:22
148:13 151:17
155:19 169:4
169:12 182:21
183:9,16,20
184:2,23
**overbids** 19:9
**overly** 92:3
**overpaying**
70:18
**overturn** 177:3
177:16
**owed** 163:9
**own** 34:24 42:3
66:14 81:15
89:6 136:10
146:24 150:21
**owner** 221:15

**p**

**p** 5:2 107:4
**p.m.** 24:7
196:19,22
205:13 211:4
212:15 223:10

**padena** 127:5
**page** 42:15,16
93:15 149:23
149:24 150:11
150:12 154:4
169:2
**pages** 93:13
117:2 154:5
**paid** 48:15
62:16,22 71:16
73:5 89:7 90:6
92:9 125:7
136:17 138:20
139:10,22
145:2 165:4
172:18 175:7
180:23 191:9
**pain** 221:24
**pan** 165:7
**paper** 148:7
207:7
**parade** 175:23
**paragraph**
93:12 184:14
**parallel** 37:2
**paramount**
33:19
**part** 29:13 34:2
43:3 47:24
55:10 91:7
95:24 169:9
171:16 203:21
204:17 206:7
222:21

**participants**
194:12
**participate**
145:24 146:8
215:11
**participating**
36:2
**particular**
31:14,20 32:18
143:17
**parties** 7:9 16:5
24:19 30:10,15
31:12 32:6,23
33:3,11 34:7
34:21 35:2,19
37:1 38:11
40:5 44:3
46:19 49:7
60:5 79:9
87:13 94:4
103:21 104:10
117:9,18 122:6
123:20 133:15
133:20 134:12
135:3,14
136:20 140:8
141:1 144:9
148:24 149:16
161:2 170:11
178:21 181:7
198:12 203:24
207:19
**partner** 6:3

partners  89:5
party  5:23
  46:21 49:1
  52:11 54:19
  79:16 95:21,23
  134:24 147:5
  148:9
pass  164:20
past  21:23 22:3
  104:22 112:5
  114:17
path  30:3 54:17
paul  3:17 9:3
  10:21 13:21
  132:20
pause  17:13
pay  62:13 63:8
  71:20 76:7
  139:15 191:5
  222:19
paying  80:23
  139:11 147:24
  174:1
payment
  148:16
payments
  47:12 48:12
payoff  78:1
pdvh  7:13 60:9
  60:24 171:7
  174:21
pdvsa  7:24
  62:15 73:13
  80:12 174:21

178:4
peel  189:9
pending  51:11
  196:4 203:20
pennies  72:16
  72:17
pennsylvania
  1:20
people  17:4
  50:21 52:19
  53:1 69:16
  77:8 100:6
  127:3 159:16
  159:22 163:20
  164:14 166:19
  189:9
perceived
  119:13
percent  68:21
  68:23 113:16
  121:18 126:13
  163:3,5,15
perfect  103:6
  103:23 110:16
perform  222:15
performance
  126:19
period  40:6,7
  40:15 85:12
  87:18,24 88:13
  88:19 90:20
  93:11 101:14
  106:7 109:14
  112:19 151:22

152:1 156:4
  163:1 171:18
  171:19 178:11
  178:17,18
  185:5 189:10
  189:15,22
  200:19 201:21
  202:9,10 205:1
periods  163:3
perla  2:11 8:1
  82:24 83:2,20
  178:5,7 183:6
  183:19 184:4
  184:24 185:16
  185:23 192:5
  192:21 193:23
permission
  10:23 12:22
  104:23 106:14
  106:16 107:15
permit  22:1
permitted  32:1
  51:5
permitting
  16:11
permutation
  208:9
permutations
  20:4 111:9
  206:1 219:19
person  56:15
  91:5 115:23
perspective
  36:10

persuade
  184:18
persuasive
  66:22
petrolevry  13:6
ph  24:20 222:4
phillips  6:11,17
  58:6,11 168:7
  168:11 186:22
phrase  62:20
  62:24
picked  56:14
picks  56:16
piece  26:23
  207:6
pieces  77:17
pincus  5:14
piper  9:19
  119:7
pivot  63:4,5
place  109:3
  176:19 178:16
  179:22 181:3
placed  199:23
plaintiff  1:4
plaintiffs
  127:21
plan  25:20
  31:15 180:4
  214:6
planned  217:1
play  31:9 64:24
playing  38:3

**pleadings** 94:4
**please** 5:4,8 7:9
  18:6 207:15
  217:15
**pledge** 72:12
  80:11,11
  113:12 161:18
  161:20,23
  162:2,7 166:13
  166:15
**plummet** 68:14
  68:15
**plus** 76:14
  125:6 148:2
**pocket** 147:16
**point** 25:18
  27:10 37:5
  39:11 40:1
  55:17 59:14
  60:1,15 76:5
  76:21 77:3
  83:24 85:2,6
  91:20 93:1,4
  93:20,23 95:7
  98:4 100:2
  101:16 102:6
  102:15,23,24
  106:4 107:10
  107:23 108:22
  109:11,19,24
  110:15 114:12
  115:7 119:11
  124:6 127:23
  131:8 133:13

135:4 137:16
143:18 144:7
144:16 145:12
145:14 160:4
161:22 163:19
172:2,10 174:4
175:22 179:2
181:12,13
183:4 185:10
188:10,12
190:21 197:21
200:9,17
201:16 203:7
204:3 205:15
210:19 211:2
220:16
**pointed** 119:15
  121:20 206:15
**pointing** 8:12
**points** 51:3
  58:21 96:20
  140:18 171:9
  178:9 182:8
**portion** 204:4
  209:18 213:17
**position** 15:18
  17:22 32:17
  44:16 58:12
  71:22 72:19
  73:9,14 79:15
  81:20 102:9
  117:23 118:21
  118:23 121:4
  124:18 134:8

138:9 144:13
144:22 145:4
158:18 197:5
**positioned**
  105:3
**positions**
  135:10 204:1
**possession**
  210:11
**possibilities**
  21:2 66:20
**possibility**
  20:10 130:9
  168:4
**possible** 39:16
  53:19 58:19
  65:23 113:21
  120:6 136:15
  142:17 143:5
  176:5 203:15
  206:1 208:8
  209:20 211:17
**possibly** 153:5
  162:9 202:7
  212:11
**post** 26:24 27:1
  158:5 204:22
  205:1 216:21
  216:21
**postponed**
  89:10 138:21
**pot** 147:23
**potential** 35:7
  99:22 100:12

102:3 123:7
139:8 179:2,6
179:15 192:14
**potentially**
  102:11,16,18
  141:13 143:12
  149:11 158:6
  215:20
**potter** 5:11
**practical** 37:17
  117:3 188:12
**practically**
  44:4 102:2
**pragmatic**
  104:4
**pre** 21:16 25:24
  208:23
**preceded** 128:9
**precedent**
  199:7
**preceding**
  26:12
**precisely** 86:21
  147:3 178:16
**predicated**
  191:20
**preexisting**
  99:11
**prefer** 28:21
  89:4,5
**preferred**
  103:11
**prejudice** 83:6
  101:20 126:9

| | | | |
|---|---|---|---|
| 182:14 214:14 | 100:16 105:18 | 114:5 139:6 | 99:6 114:17 |
| **preliminary** | 107:1,2 108:14 | 205:22 216:17 | 115:9 117:15 |
| 115:16 | 110:9 113:2 | 219:5 220:6 | 120:5 123:15 |
| **premise** 66:16 | 114:22,23,24 | **problem** 18:5 | 123:24 137:7 |
| **premised** 128:3 | 125:5 126:14 | 78:7 198:10 | 140:8 147:20 |
| **prepared** 28:14 | 130:2 144:15 | **procedural** | 148:20 149:12 |
| 31:3 77:18 | 156:14,20 | 102:15 114:15 | 149:14 162:5 |
| 116:24 158:20 | 157:1 165:19 | 131:13 | 166:17,18 |
| 166:23 195:1 | 169:17 172:9 | **procedurally** | 169:13 190:23 |
| **present** 2:1 3:1 | 173:2,4,23 | 153:1 | 191:19 193:1 |
| 4:1 | 174:2 176:15 | **procedure** 59:6 | 215:14,16 |
| **presentation** | 183:5,6 184:17 | 95:11 175:20 | **product** 126:24 |
| 9:22 10:11 | 185:2,8 187:9 | **proceed** 15:9 | **productively** |
| **presented** | 187:16 189:23 | 19:12 23:8 | 170:4 |
| 210:1 | 190:14 | 102:4 114:9 | **prohibit** 49:5 |
| **preserve** | **priced** 86:10 | 180:15 197:7 | **prohibited** |
| 134:15 | 112:11 173:21 | 199:1 | 88:14 |
| **president** | **prices** 135:7 | **proceeding** | **prohibits** |
| 165:15 | **pricing** 156:13 | 29:7 41:18 | 181:18 190:3 |
| **press** 197:3 | **primarily** | 73:9 117:4 | **promptly** 51:22 |
| **presumably** | 84:13 93:10 | 131:4 139:21 | **proper** 74:9 |
| 96:8 | 117:2 | 179:9 181:18 | **proposal** 18:20 |
| **presume** 95:20 | **principally** | 198:13 | 20:8,16,19 |
| **pretty** 74:1 | 21:17 51:12 | **proceedings** | 22:19 23:21 |
| **prevented** | **principle** 75:8 | 223:9 | 35:10 38:13,21 |
| 216:9 | **prior** 15:15 | **process** 5:23 | 39:9,18 40:13 |
| **preview** 140:22 | 28:20 48:21 | 15:5 16:5 36:8 | 40:22 42:11 |
| 141:5 142:12 | 131:5 143:19 | 38:10 40:15 | 43:2 44:14 |
| **previous** 84:16 | 145:2 156:9 | 41:18 44:3 | 46:1 48:23 |
| **prevost** 83:3 | 178:13 209:7 | 52:11 54:12,18 | 55:9 57:9,13 |
| **price** 49:9 86:1 | **pro** 13:4 | 58:17 61:7 | 57:15,18 59:2 |
| 88:20 89:22 | **probably** 19:13 | 64:24 73:2 | 78:19 79:7,8 |
| 90:20 91:10 | 60:10 63:12 | 75:12 76:14 | 82:1 85:1,20 |
| 92:2,8 100:8 | 67:10,11,12 | 93:1 94:19 | 87:1,21 88:16 |

94:5 95:18
97:8,20 98:4
98:19,22
101:12 102:20
104:19 105:4
105:16,17
107:4,13,20
108:5,8,10
109:8 110:8
115:18 123:13
123:19 125:1
126:8 130:21
141:16,18,24
142:1,16 150:6
150:8,15
151:11,15,23
152:7 156:23
169:6 182:5,10
211:15,23,24
212:7
**proposals** 38:5
38:19 85:23
106:10 107:18
151:1 188:9
190:5
**propose** 19:21
29:21,22 30:1
34:19 44:9
52:20 82:8
135:1 207:5
**proposed** 25:12
27:1 28:17
30:4,6 53:5,19
94:8,9,10,22

103:4 124:5
125:6 128:24
129:15,17
204:22 208:5
209:14 213:10
213:20
**proposes** 36:23
41:22 153:4
169:13,23
**proposing** 33:8
126:12
**proposition**
102:21
**propounded**
51:14
**protect** 84:8
123:11,14
210:7
**protected** 70:9
**protection**
70:11 86:13,22
87:8 92:7
93:16 106:18
107:7 108:1,12
108:17 109:4
169:3 189:19
190:1,7
**protections**
47:22 48:5
85:3,10 97:15
97:23 104:24
105:11,21
127:24 128:7
128:10,15

129:2 130:7
168:12 178:10
183:3 187:6
188:17 189:4
190:15 191:17
199:15 201:19
**protective**
123:24
**proved** 101:10
**provide** 21:15
36:11
**provided** 40:11
156:3
**provides** 82:1
125:3
**providing** 74:8
**provision** 57:24
94:16 109:5
124:20 134:11
**provisions**
109:15 123:10
123:14 178:23
202:2
**prudent** 60:21
70:20
**pspa** 128:3
**public** 1:19
23:1 46:13
59:5 61:15
64:7 210:6
222:13
**pull** 147:24
**purchase** 86:1
92:8 125:5

148:18
**purchasing**
65:9
**pure** 57:4,22
**purpose** 108:11
186:18
**purposes** 34:24
38:2
**pursuant** 141:5
182:20
**pursuing** 88:24
130:9
**put** 26:19 33:19
34:1 50:1
61:19 72:21
73:7,24 77:7
78:3 81:21
88:1,18 96:16
96:17 111:17
113:22 127:11
146:14 147:8
164:24 165:16
170:12 171:23
172:8 173:3
178:16 179:11
179:24 182:9
186:11 189:5
190:8 193:19
195:20 197:5
197:13 208:4
208:15,22
209:6 216:10
216:12 217:4
221:12

puts   101:4
putting   43:20
   61:19 88:7
   95:9
pva   148:18

**q**

qualifications
   222:7
qualifying
   156:7
question   47:5
   48:8 50:5
   54:15 55:3,13
   66:10 70:12
   77:19,22 90:10
   96:22,23 113:7
   130:17 145:18
   155:16 171:11
   222:14
questions   27:9
   28:24 42:1
   59:21,24 90:11
   96:15 152:23
   158:12 170:20
   170:22 177:21
   177:22 197:15
   205:2 213:16
   214:24 217:6
   220:4
quick   143:5
quicker   141:2
quickly   171:10
   200:1 217:10

quinn   11:6
   194:5
quite   138:23
   219:24
quo   51:8
   134:16 163:14
quote   111:14
   153:11 169:15
quotes   153:12
   184:15
quoting   128:11

**r**

r   2:13 5:2 224:2
radar   108:24
raise   53:7 54:9
   104:5 128:20
   169:11 173:12
   183:9
raised   19:8
   29:17 51:10
   58:22 122:22
   122:23 168:13
   168:17,18,20
   181:6
raising   54:24
   56:11
rakoff   69:6,11
   160:2,5
rakoff's   69:17
ranzini   3:16
   10:14,16 11:2
rate   162:19,24
   163:6 206:17

rath   11:17
rather   56:16
   92:15 121:11
   129:12,20
   130:17
reach   175:3
reached   167:3
   183:4
reacher   3:7
read   48:20
   49:12 116:17
   124:24 169:1
   184:19
reads   49:11
ready   53:3
   114:4,5 120:19
   158:20
reaffirm   41:13
real   71:1,23
   78:8 91:7
   129:6
realize   202:24
   204:19
really   67:17
   79:23 83:6,15
   118:18 179:4
reason   29:11
   49:22 52:22
   66:22 89:9
   90:7 104:4
   122:5 138:22
   139:16 148:8
   179:8 188:14
   194:8 206:6

reasonable
   24:23,24 25:1
   75:15 131:11
   147:16
reasonably
   107:18 108:6
reasoning
   30:18
reasons   129:23
   169:14
rebuttal   16:12
   59:23 115:6
recall   63:1
   90:22 159:15
   162:20 183:17
recalls   90:12
receipt   20:7
receive   23:5
   43:14 89:12
   115:8
received   18:21
   22:19,22 23:23
   38:19 43:1
   46:2 139:13
   153:11 210:14
   211:14
receiving   15:15
recently   179:19
recess   196:18
   223:6
recher   14:2,4
   132:18,20
   136:21 137:13

**recognize**
  21:19 199:20
  200:3,9 203:17
  213:1 214:9
**recognized**
  130:23
**recommend**
  55:9 143:2
  154:19 155:7
**recommendat...**
  20:12 21:12,14
  35:1 36:13,14
  37:14,15,18
  41:12,14 48:7
  49:20 50:3
  62:7 64:23
  70:16 78:22,23
  101:13 106:8
  108:13 141:14
  142:3,7 143:10
  145:6 148:22
  153:5,22
  154:10 184:6
  185:20 186:17
  188:16 189:11
  202:12 208:19
  208:21 211:19
  212:3
**recommendat...**
  117:13
**recommended**
  16:7 43:10
  47:14,17 48:16
  48:17 64:8

85:16 86:2,8
88:3,10,21
91:24 96:4,9
97:11 100:15
110:4 123:11
133:10 135:18
138:13 145:3
147:11 152:3,6
170:14 179:13
185:3 186:1
189:5,16 200:6
200:15 211:20
**recommending**
  20:14
**recommends**
  200:5
**reconfirmed**
  110:11
**record** 30:14
  31:8 32:2 34:2
  34:6 42:4
  61:15 64:7
  93:23 117:11
  117:20 144:11
  144:20 145:11
  145:22 147:9
  152:17 169:1
  184:7 194:14
  196:18,21
  197:14 220:15
**recover** 198:14
**recovery** 193:2
**red** 11:17,23
  31:13,21,23

32:4 33:7
51:14,17 74:4
146:4,6,9
171:20 190:12
191:8 216:5
**redact** 81:14
  210:15
**redacted** 64:13
**redactions** 23:2
  210:7
**reduced** 75:21
**reed** 13:12
**refer** 47:16
**reference** 152:2
  159:13
**referenced**
  40:11
**references**
  144:19 151:14
  151:16,18
**referred** 133:22
**referring**
  182:18 216:7
**refers** 151:6
**reflected** 37:9
  85:5 94:23
  145:5 149:9
**reflecting** 30:6
**reflection**
  108:16
**reflects** 107:24
  144:11 145:11
**refuses** 141:21

**regarded** 128:6
**regarding**
  30:19
**regardless** 67:5
  70:3 75:13
  175:11 176:19
**regime** 193:10
**regret** 66:4
**regrettably**
  140:20 150:10
**regular** 99:19
  104:8
**rehearsed**
  113:14
**reimburse**
  147:14
**reimbursement**
  48:14 123:9
  124:14,21
  125:4 147:5,14
  151:19
**reject** 18:18
**rejected** 36:5
**related** 21:10
  50:2 90:11
  91:13 158:6,8
  194:24 208:17
**relates** 51:12
**relatively**
  168:18
**release** 177:16
**releasing** 80:11
**relevant** 38:14
  161:4

[reliance - resolution]                                              Page 41

| | | | |
|---|---|---|---|
| **reliance**  131:9 | 217:19 | **requesting**  46:8 | 97:12 100:14 |
| 131:11 132:3 | **reporter**  1:18 | 131:1 142:8 | 101:23 107:2 |
| **relief**  96:13 | 224:7,18 | 201:4 | 116:14 122:4 |
| 134:23 | **represent**  12:3 | **require**  20:6 | 122:23 123:1,6 |
| **relies**  169:19 | 174:7,17 198:3 | 22:17,24 25:9 | 123:12,16 |
| **rely**  131:7 | 198:6 207:20 | 25:10 26:9 | 124:2,15,22 |
| 152:10 | **representation** | 32:7 37:18 | 125:4,6,11 |
| **relying**  131:17 | 222:19 | 57:5 201:9 | 128:1,12 129:9 |
| 152:9 | **representative** | **required**  23:3 | 129:15,16 |
| **remain**  54:3 | 9:8 | 158:17,19 | 130:7 131:6,17 |
| 64:16 136:4 | **represented** | 185:19 214:2 | 132:3,13 138:8 |
| **remainder**  36:7 | 174:6 | 215:2 | 141:1,6,19,20 |
| **remained**  96:3 | **reproduction** | **requirement** | 146:20,24 |
| **remains**  198:10 | 224:15 | 121:8 | 147:2,22 148:5 |
| **remember** | **republic**  1:6 | **requirements** | 148:14,19 |
| 94:18 146:3 | 8:6 62:15 | 187:9 218:3 | 149:3,13,17 |
| **reminded** | 82:19 126:23 | **requires** | 150:23 153:2 |
| 143:1 | 127:9 178:1 | 192:16 | 154:17 156:8 |
| **renders**  48:22 | **request**  18:18 | **requiring** | 156:20 161:24 |
| **repeat**  36:15 | 19:6 23:14 | 202:15 | 168:14 169:5 |
| **repeatedly** | 46:3,15,19 | **reschedule** | 169:19 171:22 |
| 192:9 | 47:2 52:1 | 16:21 | 172:15,16,22 |
| **replacement** | 64:15 79:18,20 | **rescheduled** | 173:12,20 |
| 142:11,15 | 130:23 134:9 | 22:9 | 175:13 176:14 |
| 143:21 | 134:23 142:14 | **reserve**  8:22 | 193:8 199:8,13 |
| **replies**  22:3 | 143:10 146:1 | 9:4 18:18 19:5 | 201:8 |
| **reply**  21:20 | 146:14 154:4 | 21:22 29:16 | **reserve's**  40:2 |
| 55:23 56:8 | 200:7,11 | 31:13 47:15 | 47:10 127:23 |
| 99:10 209:1 | **requested** | 49:22 59:12,22 | 130:3 131:9,19 |
| **report**  18:4 | 25:13 26:5 | 61:24 63:5,10 | 131:21 148:12 |
| 26:20 30:6,13 | 29:2 86:12 | 71:7 77:13 | 169:6 |
| 41:21 51:17 | 104:22 146:6 | 78:19 83:23 | **resisted**  129:23 |
| 52:4 122:1 | 156:1 201:6 | 84:4 86:11 | **resolution** |
| 127:3 213:7,19 | 213:10,20 | 88:23 89:4 | 53:13 60:18 |

| | | | |
|---|---|---|---|
| 73:17 84:15 | **response**  12:10 | **right**  5:22 6:9 | 197:2 200:8 |
| 103:22 | 14:19 96:21 | 8:12,24 17:5 | 218:6,15 219:9 |
| **resolve**  16:20 | 99:10 125:21 | 18:8 19:7 | 223:3 |
| 26:1 93:18 | 140:4 143:16 | 20:18 28:3 | **rights**  47:19 |
| 96:19 101:21 | 144:8 145:13 | 37:9,24 39:23 | 48:6 55:15 |
| 103:16 | 146:19 148:12 | 40:14 41:7 | 84:9 91:18 |
| **resolved**  26:20 | 209:2 | 42:5 44:8 45:3 | 101:19,24 |
| 66:12 95:6 | **responses** | 45:23 46:8 | 102:9,10 |
| 99:20 109:24 | 48:11 140:24 | 49:16 50:10 | 202:17 206:3 |
| 118:3 121:10 | **rest**  48:19 | 53:13 54:5 | 206:19 |
| 121:16 215:23 | **restart**  101:14 | 56:13 58:5 | **riley**  12:20 |
| **resolves**  101:24 | **restricted** | 61:14 62:24 | **ripe**  49:16 |
| **resonates** | 120:2 | 67:9,19 68:21 | 57:10 |
| 171:13 | **result**  47:13 | 78:5 83:21 | **rise**  18:6 48:5 |
| **respect**  22:21 | 48:6 61:11 | 84:20 93:17 | 196:15,24 |
| 45:19 51:9 | 69:10,12 163:6 | 95:22 97:3,10 | 223:7 |
| 53:10 58:21 | 210:11 | 97:13,18 98:8 | **risk**  36:4,15 |
| 65:12 92:5 | **resulted**  171:19 | 98:17 105:13 | 67:16 68:13,19 |
| 103:20 122:4 | **results**  41:7 | 105:24,24 | 68:20 69:1 |
| 131:8 138:9 | **retained**  63:21 | 107:8 111:3 | 75:19 76:9 |
| 139:17 144:14 | **retaining** | 112:4 120:10 | 111:14,18 |
| 146:21 150:5 | 169:10 | 120:11 122:3,8 | 112:8,22 113:8 |
| 150:24 151:24 | **revealed** | 122:10,14 | 115:1 164:7 |
| 153:20 154:9 | 161:16 | 125:20,23 | 167:4 171:24 |
| 169:24 174:16 | **revert**  156:10 | 127:15 135:1 | 179:15,20 |
| 178:9 182:15 | **review**  15:18 | 135:22 138:12 | 180:3,8 181:11 |
| 204:5 221:10 | **reviewed**  53:2 | 141:19 144:20 | 192:14 202:24 |
| 222:10 | 197:20 | 150:24 152:13 | 220:17 |
| **respectful** | **revise**  131:4 | 154:23 155:9 | **risks**  43:15 |
| 110:10 | **revisit**  131:5 | 155:19 156:19 | 67:15 |
| **respectfully** | **richards**  6:1 | 157:12 164:12 | **rival**  189:7 |
| 118:4 146:23 | **richter**  51:15 | 171:1 172:22 | **rivett**  9:3 |
| **respective** | **ridiculous**  91:5 | 172:24 173:1 | **road**  54:13 |
| 128:15 | | 184:5 196:8 | 87:16 92:19 |

| | | s | sam   14:3 |
|---|---|---|---|
| 100:5 | rules   54:13 | | sanguine |
| **robert**   2:6 5:13 | 62:11 63:14 | **s**   5:2 | 164:10 |
| 6:6 | 65:24 77:1 | **sadly**   161:5 | **satisfied**   28:24 |
| **role**   32:22 33:1 | 87:15 92:19 | **sale**   5:22 14:24 | **saturday**   21:23 |
| 148:19 | 100:4 113:9 | 15:2 16:5,22 | 22:4 209:3 |
| **rolled**   99:16 | 115:12 176:13 | 22:9 24:2 25:7 | **save**   165:12,16 |
| **rome**   10:16 | 176:20,22 | 25:19 36:8,9 | **saw**   69:2 |
| **room**   56:6 | 177:1,15 | 38:10 39:13 | **saying**   64:11 |
| 217:10 221:4 | 191:24 206:5 | 41:19 44:3 | 66:2 78:16 |
| **root**   196:3 | 219:22 | 54:1,6,18 | 91:14 94:13 |
| **rose**   6:15 9:2 | **ruling**   19:11 | 84:12 88:5,9 | 105:13 150:22 |
| **rosen**   58:10 | 53:20,23 54:14 | 89:10 99:6,11 | 183:18 201:20 |
| **rosenberg**   14:2 | 60:22 65:14 | 101:3 103:12 | **says**   67:6 79:6 |
| **rossman**   4:2 | 74:20 78:12 | 106:9 112:10 | 95:17 107:12 |
| 11:10 | 79:2 95:4 | 114:17 117:15 | 110:23 124:19 |
| **roughly**   16:2 | 103:4 113:20 | 122:19,23 | 150:3 158:12 |
| 27:6 91:2 | 116:5 153:10 | 124:10 126:14 | 167:8 169:5 |
| 195:6 | 157:23 160:10 | 131:13 138:9 | 207:24 |
| **round**   155:1 | 160:23 163:22 | 138:20 140:8 | **scalia**   161:13 |
| **roundabout** | 166:8,13 | 154:9 157:17 | **scan**   217:9 |
| 66:1 91:14 | 167:15,19,20 | 158:14 165:21 | **scenario**   49:17 |
| 96:15 | 179:21 180:24 | 172:6 179:10 | 110:21 141:15 |
| **rounds**   209:10 | 185:12 186:9 | 179:23 181:2 | **scenarios**   34:16 |
| **row**   8:15 12:13 | 192:10 201:18 | 181:19 201:11 | 90:5 |
| **rule**   63:12 | 203:4,10 204:2 | 203:16,22 | **schedule**   19:22 |
| 76:22 85:12 | 204:17 205:18 | 204:4,9,16 | 20:2,9,24 21:7 |
| 91:16 101:6 | **rulings**   19:22 | 209:18 212:8 | 21:14,24 22:10 |
| 114:9 166:1,1 | 93:12 197:6 | 212:10 213:2 | 23:7,8 24:3 |
| 177:10 179:19 | 206:11 | 213:18 215:12 | 25:21 27:2 |
| 180:7 206:6 | **running**   213:24 | 221:14 | 30:4,7 42:6 |
| **ruled**   54:11 | **rushing**   83:16 | **sales**   52:10 | 53:4,18 55:4,5 |
| 65:22 94:1,1 | **rusoro**   86:12 | 61:6 73:2 | 63:13 70:8 |
| 185:11 203:23 | 94:10 109:12 | 75:12 | 74:10 104:1,15 |
| | 119:8,9 128:12 | | |

[schedule - several]                                                          Page 44

| | | | |
|---|---|---|---|
| 119:14 153:14 | seeking 111:20 | sensibly 181:22 | 213:6,17 214:8 |
| 203:11 205:16 | 145:19 | 182:7 | 215:8,11,21 |
| 207:5 219:5 | seeks 106:14 | sent 94:19 | 216:1,3,10,14 |
| **schedules** | seem 61:18 | 137:12 | 216:24 217:18 |
| 24:17 212:20 | 63:17 66:21 | separate 29:14 | 217:24 220:22 |
| **screw** 179:23 | 70:20 | 92:12 153:24 | serious 136:3 |
| **sdny** 133:12 | seemed 91:5 | 154:1 | serves 182:13 |
| 134:9 | 92:3 | separately 9:10 | set 24:13 42:6 |
| **se** 13:4 216:8 | seems 31:4 | 116:9 | 42:13 55:3 |
| **seat** 5:5 197:1 | 33:21 40:17 | september 22:7 | 62:3 100:19 |
| **second** 19:10 | 44:18 60:20 | 22:10,11,15 | 114:18 132:24 |
| 110:15 113:23 | 61:16 66:18 | 24:1,4 25:7,8 | 153:15 154:7 |
| 144:7 145:13 | 72:8 74:15 | 25:21 26:20,21 | 154:21 157:19 |
| 174:4 219:16 | 91:14,19 95:14 | 28:18 29:9,23 | 178:24 182:23 |
| 220:10 | 198:9 | 30:20 31:5 | 190:15 199:7 |
| **secondly** 59:10 | seen 67:14 | 32:13 33:17 | 203:13 204:20 |
| **security** 72:11 | 106:23 | 34:14 41:19 | 215:16 |
| 172:19,24 | select 176:17 | 62:10 65:16 | setting 49:4 |
| 173:21 176:9 | selected 129:10 | 74:16 75:23 | 150:19 212:21 |
| 177:12 | 194:16 | 76:21,24 | settled 162:12 |
| **see** 33:24 38:2 | selecting 64:22 | 112:16 114:1 | settlement |
| 42:14 45:17 | selection 172:7 | 116:16 121:17 | 55:10 112:12 |
| 49:21 62:22 | sell 73:6 166:23 | 125:15,18 | 133:4 135:16 |
| 72:21 84:7 | selling 167:10 | 143:13 145:7 | 136:16,17,24 |
| 93:14 103:2 | sending 43:15 | 157:17 158:4 | 136:24 145:9 |
| 109:20 111:6 | senior 90:16 | 160:24 161:10 | 157:3 166:20 |
| 120:5 123:8 | 149:2 164:8 | 166:5 170:1,2 | 166:23 167:2,6 |
| 125:14,17 | 191:6 | 170:5,16 | 167:14,24 |
| 173:14 187:24 | sense 44:6,19 | 181:19,24 | 176:24 177:3 |
| 190:17 196:14 | 53:8 59:9 | 201:10,12 | 177:13 194:19 |
| **seed** 146:10 | 90:18 102:2 | 203:5,18 204:4 | 195:5,16 |
| **seek** 31:15 | 103:16 110:20 | 205:1,7 206:13 | settling 134:12 |
| 111:21 133:11 | 176:2 191:21 | 209:8,9,11,18 | several 32:18 |
| 181:14 | 199:5 | 212:13 213:3,4 | 61:11 117:14 |

**[severe - spa]**                                                                    Page 45

| | | | |
|---|---|---|---|
| **severe** 125:1 | 132:11,12 | 205:14 | **sooner** 54:11 |
| **seward** 10:21 | 193:3 | **skies** 161:2 | 115:24 121:11 |
| **shannon** 3:24 | **sign** 2:1 3:1 4:1 | **skip** 159:22 | **sor** 22:3 |
| 11:6 | 195:15 207:7 | **skipped** 42:18 | **sorry** 16:24 |
| **share** 118:20 | 207:23 | **slightly** 42:12 | 62:1,20 72:6 |
| **shared** 110:19 | **signature** 224:9 | **slow** 66:23 | 93:13 120:16 |
| **shares** 89:6 | **significance** | **small** 199:21 | 154:5 171:6 |
| 148:18 | 99:15 | **smith** 13:12 | **sort** 19:9 42:7 |
| **sharing** 127:3 | **significant** | **smoothly** 15:20 | 60:16 63:22 |
| **sheet** 2:1 3:1 | 66:15 | **solely** 10:18 | 70:5 96:23 |
| 4:1 | **silent** 173:18 | 92:1 179:14 | 103:5 106:19 |
| **shim** 2:24 10:9 | **similar** 52:21 | **solicit** 108:3 | 108:23 110:20 |
| **shop** 88:12 | 215:13 | **solicitation** | 115:1 116:24 |
| 178:11 | **similarly** 198:5 | 88:19 106:7 | 157:15 159:20 |
| **short** 70:1 74:1 | 214:18 | 109:15 150:1 | 160:8 161:8 |
| **shorter** 99:18 | **simon** 126:22 | 151:21 | 169:24 207:24 |
| **shorthand** 1:18 | **simplistic** 92:3 | **solicited** 45:2,6 | 215:13 |
| 224:18 | 92:16,18 | 45:9 87:20 | **sounds** 153:13 |
| **shortly** 18:1 | **simply** 23:8 | 107:19 187:8 | 168:15 173:7 |
| 68:8 | 37:17 43:16 | **solution** 102:3 | **sources** 35:17 |
| **showing** 186:2 | 135:11 | 103:24 110:17 | **southern** 53:21 |
| **shows** 125:1 | **simultaneously** | **solved** 54:4 | 79:11 134:1 |
| **shusheel** 11:9 | 38:23 | 115:5 | 135:20 |
| **shutting** 34:16 | **sin** 106:21 | **somebody** 52:2 | **sovereign** |
| **shy** 160:6 | **sir** 65:6 127:13 | 56:14 70:18 | 68:10 |
| **side** 8:12 12:7 | **sit** 66:3 99:20 | 101:4 | **spa** 35:14 37:10 |
| 12:14 13:18 | **sits** 45:16 | **somebody's** | 38:22 40:1,11 |
| 74:11 79:17 | **sitting** 149:21 | 67:20 111:2 | 47:20 48:1,21 |
| 120:13,17,19 | **situated** 198:5 | **somewhat** | 49:13 53:11,16 |
| 134:14 140:2 | **situation** | 180:16 | 57:6,23 78:21 |
| 159:7 221:3 | 138:11 156:18 | **soon** 39:16 73:1 | 85:6,7 94:17 |
| **sides** 121:24 | 222:21 | 73:2 78:4 | 94:22 95:4 |
| **siemens** 13:13 | **six** 69:24 88:5 | 113:21 142:17 | 97:17,24 105:1 |
| 89:19,24 | 99:8 112:6 | 199:22 203:2 | 107:24 109:5,7 |

[spa - start]                                                          Page 46

| | | | |
|---|---|---|---|
| 123:10 124:19 | 34:22 35:4,11 | 130:12,15,18 | **specifically** |
| 124:24 125:2 | 36:3,5,12,22 | 130:22 131:20 | 87:8,9 106:17 |
| 128:23 129:8 | 37:13 38:6,7 | 135:9 139:12 | 120:2 149:23 |
| 129:21 130:20 | 38:17 39:6 | 140:7,12,16 | 150:18 200:3 |
| 131:14,18 | 40:8 41:10 | 141:7,22 142:7 | 220:12 222:17 |
| 141:6,8,9 | 42:10,24 44:1 | 142:19 143:15 | **specify**  218:17 |
| 142:10,11,18 | 44:12,15 46:20 | 144:13,15,21 | **speed**  61:9 |
| 142:20 143:6 | 47:8 48:16 | 145:5,23 146:7 | **spend**  52:8 |
| 146:7,8,15 | 49:6,15,18 | 146:10 148:21 | 61:24 |
| 147:21 149:24 | 50:20 51:2 | 150:5,7,14 | **spending** |
| 150:20 152:11 | 52:23 54:20 | 152:4,17 153:3 | 117:14 |
| 152:16 173:11 | 55:8 56:13,16 | 155:6,24 157:7 | **spent**  61:22 |
| 176:12 178:14 | 57:6 58:15 | 158:2,17 167:7 | 99:8 |
| 181:16 183:2 | 59:3,8,10 62:5 | 168:14 169:8 | **split**  48:10 |
| 191:2 192:16 | 63:4,18,24 | 169:10,22 | **stage**  90:24 |
| 194:24 200:8 | 64:22 70:3 | 171:16 172:9 | 185:15 |
| 201:5,19 202:2 | 72:19 73:3 | 172:12 173:9 | **stages**  166:4 |
| 202:3 | 77:6 78:14 | 176:10,17 | **stahl**  7:15 60:8 |
| **speak**  10:24 | 79:5 81:19 | 177:6 178:21 | **stalking**  86:5 |
| 11:22 194:10 | 82:4 84:19,23 | 181:14 183:7 | 112:19 128:14 |
| 195:13 213:17 | 85:9,21 87:3 | 184:4 185:20 | 129:8,10,16 |
| **speaking**  7:1 | 87:22 88:13 | 185:24 186:16 | 146:4,8 151:24 |
| 10:23 12:23 | 89:20 94:8 | 190:4 194:22 | 171:17,21 |
| 44:4 91:2 | 95:2,17 97:3,6 | 200:4,14,23 | 172:5,6 189:22 |
| 104:12 116:13 | 101:2,6 104:17 | 201:4 202:20 | **stall**  121:6 |
| **special**  5:8,13 | 104:20 105:7 | 207:4,11,18 | **stand**  51:1 |
| 16:4 19:19 | 106:11,13 | 208:7,18 | 194:9 214:22 |
| 20:23 21:11 | 108:1,18 109:1 | 209:13 210:2 | **standing** |
| 22:17 23:12 | 109:6,20 | 210:17,23 | 129:11 213:23 |
| 25:11 27:13 | 116:17,19 | 211:8,12 212:2 | **start**  8:15 25:7 |
| 28:5,12,20 | 117:6,15,24 | 213:6 215:9 | 27:14 28:6 |
| 29:6,11 30:23 | 119:15,19 | 217:3,19 | 29:6 55:5 93:2 |
| 32:3,9,16,21 | 121:4 122:21 | **specific**  24:13 | 140:12 166:4 |
| 33:6 34:9,17 | 123:6 128:17 | 206:24 212:16 | 170:2 176:1 |

**[start - suggesting]**                                                Page 47

| | | | |
|---|---|---|---|
| 197:16 201:12 202:11 | 179:3 200:18 206:14 | **strike** 42:11 | 203:24 |
| **started** 73:2 170:2,15 | **stayed** 113:11 | 98:21 104:6,16 127:8 153:8 154:2 182:4 200:12 | **submitting** 169:4 |
| **starting** 8:14 12:12 14:24 170:5 | **steen** 3:14 **step** 45:22 164:23 | **striking** 105:7 **strong** 68:3 69:10,13 | **subsequent** 23:10 **substantial** 179:7 188:20 |
| **state** 1:1,19 **stated** 30:14,22 97:4 121:4,6 138:23 | **steps** 15:4,14 115:20 130:10 133:3 181:22 199:1 208:2 | **strongly** 154:3 **struck** 202:19 **stuck** 176:23 **sub** 44:22 | **substantially** 75:20 **substantive** 99:5 152:24 153:20 201:17 |
| **statement** 26:10,13 68:6 135:13 214:4 218:10,18 219:14 | **steven** 11:20 **stick** 110:2 120:12 **sticking** 56:23 211:18 | **subject** 18:15 26:18 28:22 35:14 44:22 109:8 169:9 188:6 215:22 | **subtle** 80:8 **successful** 173:6 **suffer** 73:13 193:6 |
| **statements** 26:7 73:15 134:5 135:2 148:13 175:19 214:2 | **stinson** 9:13 **stock** 73:6 90:24 177:18 **stood** 145:16 **stop** 63:19 80:19,20 110:2 187:14,17 | **subjected** 214:23 **submission** 57:1,19 89:11 **submissions** 84:17 87:11,14 | **suffered** 60:16 126:20 165:22 **suffering** 221:20 **sufficient** 32:10 117:10,19,20 184:9 186:7,14 |
| **states** 1:1,13 68:5 **status** 30:5,13 41:21 51:8 134:16 163:14 213:7,19 | **stopped** 180:22 **stopping** 96:11 **storm** 103:6 **straight** 92:14 172:18 | **submit** 25:11 35:2,10 36:18 41:11 85:14 118:5 131:10 131:24 144:4 198:18 213:7 | **suggest** 104:2 124:2 176:5 182:11 209:15 **suggested** 28:19 37:12 79:5 136:19 202:8 212:9 213:4 |
| **stay** 65:21 79:11,18 80:2 80:4,6 133:12 133:14,21 134:2,9 145:20 146:1,10 175:12,14 | **straightforward** 92:15 95:15 **strange** 189:21 **street** 1:14 **strictly** 21:9 88:14 104:12 120:1 208:16 | **submits** 142:2 **submitted** 35:9 35:22 38:5 46:21 72:22 119:20 154:8 | **suggesting** 35:5 147:23 |

suggestion
  34:11 84:19
  133:19,24
  135:15 193:18
suggests  59:15
sullivan  194:6
sunday  34:12
  43:13
superior  18:20
  20:7,15,19
  22:19 23:21
  38:21 39:8,18
  40:13,22 42:11
  43:2,9 44:14
  48:23 57:9,12
  57:18 59:2
  78:18 79:6,8
  81:24 85:1
  95:18 97:8
  98:4,21 102:19
  105:15 106:2
  107:12 109:8
  109:22 115:18
  123:13,19
  141:18,24
  142:1,16 143:3
  155:8 156:23
  194:17 211:14
  211:23,23
  212:6
supervision
  224:17
supplanted
  76:2

support  68:8
  133:5 148:23
supported  61:3
  86:11
supporting
  21:21 209:4
supportive
  121:2
supports  94:12
suppose  42:21
  43:11 45:8
  104:13 153:8
  157:14
supposed  49:12
  217:4
sur  21:20 99:10
  209:1
sure  17:18
  30:15 39:15
  65:10 77:19
  81:5 90:12
  124:12 133:7
  133:16 136:11
  144:1 145:21
  146:16 152:20
  180:9 219:1
surprise  60:10
surprising
  158:16
survive  78:24
susan  3:12 4:4
  7:11 17:2
  27:17

susheel  194:5
suspect  34:7
  153:7
suspended
  112:5
suspenders
  70:6
suspension
  83:13
sweat  165:2
swing  163:16
  163:23
swings  163:20
sworn  224:5
sy  9:7

t

t  224:2,2
table  76:4
take  38:8 45:22
  55:19 70:19
  74:24 77:17
  95:15 96:24
  98:24 102:15
  109:22 114:12
  117:17 118:22
  124:17 129:1
  146:18 158:18
  180:1 181:3
  182:6 183:24
  196:10
taken  21:6
  24:15 28:3
  33:1 72:20

  115:14 173:2
  180:2 182:7
  212:19
takes  134:14
talk  15:3 117:3
  159:4 216:22
  219:7
talked  67:17
  68:22
talking  68:17
  69:1,20 70:24
  75:12 103:14
  143:9 154:15
  155:21 156:16
  156:24 163:21
  189:23 190:5
tantamount
  134:3
targeted  51:6
tasked  160:13
taylor  3:21
  6:19
technically
  39:24 43:12
  45:4
teleconference
  25:23,24 216:2
tell  12:2 15:21
  19:13 20:6
  42:24 44:13
  50:24 160:20
  161:18 196:12
  196:13 208:1
  222:8,17,24

[telling - think]                                                          Page 49

| | | | |
|---|---|---|---|
| **telling**  42:9 | 153:1 155:21 | 170:23 177:19 | 55:14 58:19 |
| 43:4 160:6,17 | 157:5 168:23 | 177:23 178:2,8 | 59:1 61:6,8,14 |
| 218:8 | 174:2 187:2,6 | 193:23 194:3 | 62:17,20 67:2 |
| **ten**  36:16 177:8 | 198:24 203:10 | 196:6,7 198:21 | 67:9 68:7,9,21 |
| **tend**  205:21 | 212:11 213:12 | 198:23 217:7 | 69:13 73:10,17 |
| **tendered**  51:21 | 220:16 | 221:1 223:1,2 | 74:7 75:4,15 |
| **tens**  86:15 | **terrible**  222:21 | 223:4 | 75:17 77:22 |
| 102:16 189:17 | **terrorist** | **thanking** | 79:4,21 80:4 |
| **tentatively** | 221:17 | 197:17 | 81:4,13,20 |
| 44:21,22 | **testify**  25:4 | **thereof**  39:19 | 82:6 85:1 |
| **term**  31:16 | 77:19,20 | 151:10 | 87:12 92:16,19 |
| 70:1 107:5,20 | **testifying**  115:8 | **thing**  19:9 31:7 | 92:22 93:2,19 |
| 146:3,14 150:1 | **testimony**  33:1 | 34:5 78:9 80:9 | 93:22 96:2,4,9 |
| 150:5 152:10 | 74:24 114:13 | 110:6 219:16 | 96:13 102:1 |
| **terminate** | 170:10 | **things**  25:5 | 105:14 107:9 |
| 109:7 130:19 | **texas**  160:19 | 43:4 52:8 | 107:13 116:11 |
| 141:7 142:9 | **thank**  5:20 6:10 | 66:23 85:17 | 129:22 133:22 |
| 143:6 181:15 | 7:2,16,17 8:2 | 90:3 123:16 | 137:8 139:18 |
| 200:8 201:5 | 8:17 10:2,12 | 146:20 170:4 | 142:24 143:15 |
| **terminating** | 11:2 12:5 | 199:2 200:21 | 143:23 146:23 |
| 173:11 | 13:16 14:6,21 | 201:2 210:12 | 151:3 152:12 |
| **termination** | 14:22 15:6 | **think**  16:19 | 152:21 153:18 |
| 53:10,12 54:5 | 17:15 50:9 | 17:9,19 18:9 | 154:12,21 |
| 55:15 59:13 | 58:2,3 60:2 | 20:21 24:20 | 157:5 158:2,15 |
| 109:5,13 121:7 | 82:12,22,23 | 28:24 29:10 | 160:7 162:3 |
| 122:3,7,14 | 83:20 84:5 | 30:2 31:9 32:9 | 163:2 167:12 |
| 141:11 168:20 | 96:21 118:7,11 | 32:15 33:19 | 169:20 170:3 |
| 182:1 | 119:3,4 120:7 | 37:5 40:1 41:6 | 170:15 171:8 |
| **terms**  23:3 | 120:20 126:4 | 42:2 43:3,21 | 171:12,17,20 |
| 38:12 44:24 | 127:12,14 | 44:5 45:21 | 172:1,4,20 |
| 94:20,23 97:22 | 132:5,6,15,16 | 46:5,7 47:3,7 | 173:17 175:13 |
| 98:1 104:23,24 | 137:23 139:24 | 47:12 48:9,22 | 175:20 176:3 |
| 107:1 128:23 | 140:1,14 144:6 | 49:10,14,15 | 179:4,6 182:12 |
| 141:6 150:21 | 158:22 168:5,6 | 52:15 55:1,2 | 183:24 184:13 |

**[think - tradeoff]**                                                                                              Page 50

| | | | |
|---|---|---|---|
| 184:18,21 | 62:7 63:6 | 217:20 218:14 | 216:1 |
| 187:19,24 | 96:20 97:9 | 220:21 | **toil**  165:2 |
| 188:4 190:17 | 101:2 114:17 | **timeframe** | **told**  27:18,20 |
| 194:12 195:9 | 140:18 155:13 | 39:12 66:12 | 160:22 179:17 |
| 196:3 197:3 | 200:18 202:8 | 154:7 | 201:23 221:16 |
| 198:2 199:3 | 202:10,23 | **timeline**  38:3 | **tolerate**  19:2 |
| 202:7 205:21 | **threshold** | **times**  24:6,13 | **tolles**  8:8 |
| 205:23 206:21 | 84:17 109:17 | 212:14,17 | **tomorrow** |
| 207:22 211:17 | 118:2 169:7 | **timing**  41:17 | 121:23 |
| 216:5 217:17 | **thursday**  19:20 | 64:21 142:13 | **top**  100:16 |
| 219:19 220:3,5 | 20:1,23 23:18 | 205:19 | 105:18 127:7 |
| **thinking**  16:19 | 30:12 39:22 | **title**  150:1 | **topic**  32:19 |
| 65:8 133:2 | 41:9 207:2,13 | **today**  7:1,14 | 47:5 144:4 |
| 162:2 | 209:14,22 | 10:7,11,20,24 | **topics**  158:8 |
| **thinks**  70:4 | 211:21 212:13 | 11:8 12:23 | 209:16 |
| 78:17 148:14 | 217:3 | 13:15 14:12 | **topped**  90:5 |
| 161:11,19,21 | **tidewater** | 15:2 19:13,22 | 108:14 |
| 162:7 186:13 | 14:14 191:7 | 20:22 26:17 | **topping**  85:12 |
| 191:22 | **time**  16:11 | 28:15 29:21 | 86:6,7,7 87:18 |
| **third**  104:4 | 23:17 24:10,11 | 37:22 41:5 | 87:24 156:4 |
| 146:17 147:5 | 25:19 26:8 | 46:10 48:6 | 171:19 185:5 |
| 148:9 174:19 | 32:10 38:24 | 114:6,10 | 189:10,15 |
| **thirds**  174:18 | 42:23 43:16 | 121:23 129:13 | **totally**  171:22 |
| 195:6,10,11 | 52:9,13 71:4 | 129:19 143:24 | 214:24 221:11 |
| **thought**  14:23 | 71:13,14 82:13 | 149:21 153:2 | 222:10 |
| 15:14,19 75:18 | 85:14 96:7 | 155:22 171:14 | **touched**  47:7 |
| 148:6 158:3 | 103:7,24 | 174:6 188:15 | 108:24 |
| 159:21 164:5 | 117:10,19 | 197:11 198:8 | **toward**  22:14 |
| 200:2 219:17 | 123:23 146:6 | 199:18 200:2 | **towards**  8:16 |
| **thoughts**  28:6 | 164:14 167:21 | 202:7 205:22 | 83:16 179:10 |
| 113:23 153:16 | 181:21 197:4 | 206:16 | **track**  214:12 |
| 157:14 | 205:11 214:19 | **today's**  89:10 | **tracks**  208:10 |
| **three**  39:20 | 214:20 215:5 | **together**  25:19 | **tradeoff**  17:20 |
| 40:7 61:18 | 216:1,16 | 61:19,20 99:16 | |

**trading** 72:15
72:23 135:7
**trained** 222:4
**transaction**
48:17 84:10
110:13 133:5
145:3 154:9
**transcript** 28:2
224:14
**transformative**
181:1
**transgressions**
222:1
**transparency**
39:14
**travis** 2:4 6:4
**treated** 148:8
178:22
**treaties** 221:24
**treating** 106:22
**tree** 11:17,23
31:13,22 32:4
33:8 51:14,17
74:4 146:4,6,9
190:12 191:8
216:5
**tree's** 31:23
171:20
**trial** 24:22
26:24 27:1
74:22 204:22
**tried** 165:9,11
204:3 222:1

**trigger** 98:7,14
102:12
**triggered**
205:16
**triggers** 97:9
98:17 107:7
128:15
**trouble** 7:4
**true** 43:10
130:5 156:11
**trust** 126:15,15
**try** 7:7 140:6
165:2,3,11
180:2 189:8
190:11 222:6
**trying** 16:20
22:14 134:21
136:14 152:23
159:22 174:21
176:3 191:1,14
191:15 193:13
198:14 202:16
207:8 215:15
**tsa** 61:20 70:6
76:4 78:18
79:8 83:9
122:11,15
133:8 134:10
137:12 145:8
146:5 176:17
176:19
**tsas** 61:20
174:17

**tunnel** 7:12
**turn** 7:5,8
12:12 16:6
18:22 27:11
50:11 60:4
83:22 112:17
142:10 166:14
197:23 217:2
**turned** 17:9
166:19
**turns** 160:21
**tweak** 64:2
**tweaks** 187:1
**two** 40:6,10,24
43:4 48:10
58:21 61:20
74:6 85:17,22
99:1 117:23
135:2 140:23
143:14 146:19
161:7 174:18
195:6,10,11
203:14 204:9
204:11 205:8
209:21 216:5
217:16 218:2
**typical** 104:7

**u**

**u** 107:3 151:12
**ultimately**
122:24 130:18
135:17,19
166:24

**unavoidable**
173:7
**undated** 18:10
**under** 39:24
47:20,21 53:18
66:20 74:9
80:5 85:3,10
97:24 104:23
108:23 110:20
138:12 154:8
156:21 166:6
176:12 191:9
197:23 202:18
224:16
**undercut** 92:13
190:11
**underlying**
80:13
**underscores**
179:4
**understand**
43:19 47:4,18
63:18,22 70:23
73:19 81:19
94:11 113:19
130:14 135:23
136:21,23
137:5 149:11
154:24 159:14
172:11 185:21
198:2 219:24
**understanding**
81:9 100:11
137:10

[understood - view]                                                      Page 52

**understood**
114:14 144:1,5
185:12
**unfair** 63:2
73:10 76:6
175:9 177:4
**unfavorable**
53:14
**unfortunate**
165:8
**unfortunately**
156:16 157:6
**unicy** 53:23
**unilaterally**
130:16
**union** 127:7
**unit** 1:15
**united** 1:1,13
68:5
**unlawful** 112:7
**unlock** 139:6
**unquote** 111:14
**unreviewable**
66:11
**unsolicitation**
90:19
**unsolicited**
22:22 23:5,15
45:1,7,11,24
81:6,7,12,22
85:22 86:24
88:11 97:7
101:12 103:18
104:19 105:4

105:17 107:3
107:17 110:7
141:16 151:1
151:10,15,22
152:7 153:12
182:5 188:9
**upcoming**
34:18 206:11
**update** 40:21
**updated** 15:12
16:1,16 19:4
29:4 33:22
36:21 37:14
39:4,15 40:14
41:11 43:14
50:2 58:16,19
117:12 118:17
119:10 121:2
132:24 141:13
142:2,6 153:21
**upfront** 172:21
199:12
**upholds** 221:22
**uplance** 180:16
**upper** 151:11
151:12
**upside** 70:12
**urion** 222:4
**urquhart** 194:6
**use** 25:18 26:7
31:16 47:14
104:3 115:21
147:6 181:24
214:15 215:6

216:1 218:13
**used** 51:21
52:17 62:24
**using** 63:3

**v**

**v** 1:5
**vacated** 162:22
163:4
**valid** 66:9 67:3
67:5 76:8
79:24 110:24
139:4 161:18
161:23 162:8
166:15 220:8
**validation**
51:13 181:6
**validity** 76:10
80:15
**valores** 14:16
71:9 138:6,7
**valuation** 115:2
115:9 170:10
216:6 220:17
**value** 61:21
62:12 63:7
65:1 67:20,24
68:14,24 69:8
69:19 70:2
71:2,8 72:23
78:10,10 84:10
89:16,18
110:12 161:5
171:24 172:3

172:18 174:12
177:18 180:17
199:6 206:2
219:20
**valueless** 65:3
**values** 72:15
149:8 206:19
**vance** 165:15
**varied** 100:20
**various** 149:5
155:20 201:21
**venezuela** 1:7
7:8 24:19
31:12,22 51:23
71:22 73:12
103:21 122:6
133:20 135:3
135:14 138:17
140:24 144:9
144:12 145:14
160:10,15
161:1 181:7
196:2 198:12
**verse** 188:2
**versus** 114:24
126:22 160:18
**victims** 13:5
126:9,16 127:7
222:18
**view** 30:14
51:24 99:14
105:24 110:10
110:10 131:12
143:16 155:7

**[view - weeks]**                                                                                            Page 53

181:19
**viewed**  159:19
**views**  117:12
  207:20
**virtuous**  103:6
**vis**  135:10,10
**voice**  126:5
**voiceless**  126:6
**volume**  7:6
  18:23
**voluntarily**
  85:20

**w**

**wachtell**  6:21
  58:9 168:10
**waesco**  7:10,11
  7:17 17:1,2,8
  17:15,21,24
  18:3 27:16,17
  27:22
**wait**  19:16
  60:21 109:20
  111:6 164:9,9
  164:9,21 203:8
  209:20 220:18
**waited**  83:18
  165:7 167:19
  168:1
**waiting**  19:10
  74:19 83:7
  110:15 121:24
  163:22 165:20
  203:12

**walk**  165:4,5
  191:23 192:14
  192:19 193:17
**wall**  195:21
**want**  16:15
  18:9 25:3 26:7
  27:11 34:1
  39:14 42:14
  45:19 48:3
  50:6 53:1,6
  63:23 64:6
  70:22 78:9
  79:10,23 80:1
  81:4 82:10
  100:21 113:20
  116:7,12
  119:22 120:5
  120:14,18
  124:17 126:1
  133:7,16
  137:13,21
  140:10,19
  142:15 144:7
  145:21 158:24
  167:11 168:22
  169:1 174:4
  178:6 179:21
  197:16 198:19
  205:2,3,15
  207:3 213:21
  214:3,15,16,21
  217:11 218:13
  218:17 219:12
  219:13,21

221:12
**wanted**  45:13
  128:8 135:4
  136:10 141:4
  144:1 145:10
  146:15 171:9
  175:18 194:10
  195:2,23
**wanting**  213:15
**wants**  8:13
  12:8 14:18
  15:23 16:9
  26:9 47:9
  58:17 64:16
  70:5 73:19
  125:20 136:9
  140:3 158:5,21
  177:10 194:23
  195:19 213:9
  213:16 217:21
**warsuo**  3:12
**washington**
  50:15
**waterfall**
  163:24 164:15
**way**  27:21 31:4
  37:15 38:2
  55:20 59:7
  66:2,11 71:16
  91:14,23 92:13
  94:16 101:22
  104:6 110:12
  111:11 115:1
  122:8 124:23

135:9 145:24
  157:8 164:13
  169:22 173:16
  215:3 222:18
**ways**  92:18
  156:5 192:9
**we've**  31:2 61:2
  67:13 68:22
  72:8,14 103:13
  106:23 112:23
  113:8,13 116:3
  149:20 155:17
  155:21 180:18
  183:3 186:5,11
  192:24
**week**  20:5 26:3
  40:5 41:22
  55:7 70:7
  72:23 76:23
  79:7 95:16
  99:1 103:12,14
  139:13 153:4
  173:16 177:8
  199:22 200:4
  213:2
**weekend**  15:8
  30:23 38:8,9
  43:6 44:7
  50:24 59:9
  79:5 84:16
  93:21 109:2
**weeks**  32:12
  69:24 73:18,21
  88:6 99:1,8

[weeks - zluticky]                                                                    Page 54

| | | | |
|---|---|---|---|
| 117:17 143:14 216:19 | windows 205:12 | 95:15 193:14 | **x** |
| **weigel** 2:6 6:6 | **winner** 148:20 | **words** 151:4 | **x** 56:16 |
| **weigh** 220:13 | **winning** 138:13 | 202:14 221:11 | **y** |
| **weil** 5:16 28:11 | 164:16 | **work** 37:8 40:8 | **y** 56:16 |
| **weiss** 132:20 | **wisenberger** | 137:7 166:11 | **yeah** 114:11 |
| **weiss's** 13:21 | 24:20 74:23 | 194:23 207:19 | 116:6 |
| **welcome** 11:13 | 75:11 78:4 | 215:8 | **year** 112:15 |
| 13:9 | 115:7 | **worked** 87:18 | 165:21 |
| **went** 72:24 | **wisenberger's** | **workers** 127:10 | **years** 60:17 |
| 112:18 118:5 | 77:18 114:13 | **works** 187:15 | 72:14 112:6 |
| 134:12 | **wish** 210:3 | 188:13 189:14 | 114:18 117:14 |
| **whatever's** | **withdrew** | 189:20 215:4 | 138:15 165:1 |
| 78:13 | 51:17 | **world** 67:3,4 | **yep** 79:13 |
| **white** 92:17 | **withstanding** | 74:17 148:14 | **yesterday** |
| 188:5 | 142:17 | 154:24 167:12 | 71:13 |
| **whoever's** | **witness** 14:8 | **worlds** 166:10 | **york** 9:24 14:1 |
| 196:12 | 25:15 32:24 | **worried** 176:8 | 53:21 79:12,17 |
| **wholesale** | 51:13 126:4 | 177:11 | 135:21 136:16 |
| 162:16 | 137:22 213:14 | **worrying** 72:9 | 145:20 160:11 |
| **widespread** | 215:17,21 | **worst** 89:3,7 | 186:9 |
| 100:10 | 224:5 | 90:4 | **z** |
| **wildly** 70:18 | **witnesses** 24:15 | **worth** 163:16 | |
| **wilmington** | 26:15 31:19,24 | **worthy** 132:2 | **zach** 2:8 6:7 |
| 1:15 13:22 | 32:5 33:9,13 | **write** 66:3,6 | **zero** 69:10 |
| **win** 69:13 | 114:3,8 179:9 | 220:7 | 89:14 112:9 |
| 102:6,7 108:12 | 209:16 212:18 | **writes** 68:2 | 193:1 |
| 121:21 122:5 | 213:13 216:6 | 117:7 | **zluticky** 2:18 |
| 159:9,10 164:6 | 217:21 | **written** 149:17 | 9:13 118:11,13 |
| 164:22 187:12 | **womble** 8:21 | **wrong** 78:20 | 118:22 119:2 |
| **window** 42:20 | **won** 69:5 | 95:11 111:4 | |
| 52:6,20 185:14 | 160:10 | 182:16 | |
| 203:14 | **word** 63:4 | **wrote** 128:11 | |
| | 65:17,19 69:4 | 161:15 219:17 | |