# Exhibit 72

Filed Under Seal Pursuant to D.I. 1887