# EXHIBIT 5

```
                                                      Page 1
 1         CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2   IN THE DISTRICT COURT
 3   FOR THE DISTRICT OF DELAWARE
 4   ------------------------------------------x
 5   CRYSTALLEX INTERNATIONAL
     CORPORATION,
 6                  Plaintiff,
 7   V.
 8   BOLIVARIAN REPUBLIC OF VENEZUELA,
 9                  Defendant.
10                  Case No.
11                  Misc. No. 17-151-LPS
12   ------------------------------------------x
13                  4:35 p.m.
                    June 24, 2025
14
15        * HIGHLY CONFIDENTIAL *
16
17        SPECIAL MASTER EX PARTE MEETING
18
19
20
21
22
23
24
25
```

```
 1        CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
 2   A P P E A R A N C E S:
 3        JUDGE STARK
 4
 5        WEIL GOTSHAL & MANGES
 6             Attorneys for Special Master
 7             767 Fifth Avenue
 8             New York, New York
 9        BY:  EOGHAN KEENAN, ESQ.
10             - and -
11             CHASE A. BENTLEY, ESQ.
12             - and -
13             MATT BARR, ESQ.
14             - and -
15             JARED FRIEDMANN, ESQ.
16
17   ALSO PRESENT:
18
19        ROBERT PINCUS, SPECIAL MASTER
20        DAVID YING, Evercore
21        LISA DANG, Potter Anderson
22        WILLIAM O. HILTZ, Evercore
23        DANIEL LAKHDIR, Evercore
24
25
```

1      CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2              P R O C E E D I N G S
3
4            MR. BENTLEY:  Chase Bentley,
5      Matt Barr, Jared Friedmann, all from
6      Weil.
7            Lisa Dang is from Potter
8      Anderson.
9            We are each counsel to the
10     Special Master.  Bob Pincus is the
11     Special Master, and then David Ying
12     is from Evercore, investment banker
13     to the Special Master, and then
14     Eoghan Keenan, who also joined, is
15     from Weil, Gotshal.
16
17
18
19
20
21
22
23
24
25

1     CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2         certainly not asking, I'm not
3         directing you on how to interact with
4         anybody.
5                 But if I -- if what you are
6         asking me right now is, let's just
7         say we may, in the context of
8         evaluating bids, have to answer a
9         question such as was better -- an
10        increase in the purchase price, you
11        know, of, pick a number for argument
12        $1 billion, versus a settlement with
13        the 2020 creditors?
14                Again, I don't know exactly
15        what the 2020 creditors' settlement
16        is worth, but offhand I'm thinking,
17        you know, the $1 billion sounds like
18        it might be better.
19                Certainly, you know, the
20        bigger the gap, the easier it is to
21        say, you know, we will take the risk
22        on the 2020s.
23                But I think the Gold Reserve
24        bid -- it's certainly, I would think
25        that you all would view it as a

Case 1:17-mc-00151-LPS Document 1485 Filed 09/06/25 Page 62 of 78 PageID #: 34008

HIGHLY CONFIDENTIAL

Page 61

1  CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2  particularly attractive bid if they
3  could do either of the things that
4  they have suggested, maybe they are
5  considering.
6           Certainly taking the 2020
7  risk off the table, great, that's a
8  material improvement on what they
9  had offered at the stalking horse
10 round.
11          But I think it was -- I think
12 I was clear in court in the rulings,
13 and I am while keeping an open mind,
14 because I don't know what's coming,
15 as I sit here, you know, whatever
16 risk the 2020s are is the risk the
17 20s are.
18          ==And if they are going to, you==
19 ==know, try to get an injunction from==
20 ==me or from the Southern District or==
21 ==some other court, that may be a==
22 ==litigation that has to happen.==
23          ==That is not a deal breaker in==
24 ==my mind, it's a risk we would rather==
25 ==not have.==

Page 62

1      CRYSTALLEX EX PARTE MTG. - HIGHLY CONF.
2                  And if you all, exercising
3        your judgment, decide it's too big a
4        risk, you know, obviously you're
5        going to get litigation over that,
6        and I'll have to do whatever I think
7        is right after I hear from
8        everybody.
9                  But I'm hopeful that the
10       process yields, at least if it's
11       Gold Reserve, that their bid is
12       better than the one that they had in
13       one or both of those respects.
14                 I don't know if that's
15       helpful.
16                 SPECIAL MASTER PINCUS:  It's
17       very helpful to hear you.
18                 MR. YING:  Chase, does it
19       help if we put a few numbers around
20       this weighing of the two, or do you
21       feel comfortable where we are?
22                 MR. BENTLEY:  I mean, I think
23       that we have -- I think that we have
24       guidance likely on --
25                 SPECIAL MASTER PINCUS:  Agreed.