# EXHIBIT 6



Holding(s) in Company



# HOLDING(S) IN COMPANY

[BP PLC](#)

Released 16:00:00 22 April 2025

RNS Number : 7274F
BP PLC
22 April 2025

**TR-1: Standard form for notification of major holdings**

| NOTIFICATION OF MAJOR HOLDINGS (to be sent to the relevant issuer and to the FCA in Microsoft Word format if possible)[i] |
|---|

| 1a. Identity of the issuer or the underlying issuer of existing shares to which voting rights are attached[ii]: | BP PLC |
|---|---|
| **1b. Please indicate if the issuer is a non-UK issuer** (please mark with an "X" if appropriate) | |
| UK issuer | |
| **2. Reason for the notification** (please mark the appropriate box or boxes with an "X") | |
| An acquisition or disposal of voting rights | |
| An acquisition or disposal of financial instruments | X |
| An event changing the breakdown of voting rights | |
| Other (please specify)[iii] - Acquisition of voting rights as a result of introduction of new holding company following a scheme of arrangement | |
| **3. Details of person subject to the notification obligation**[iv] | |
| Name | Elliott Investment Management, L.P |
| City and country of registered office (if applicable) | Delaware |
| **4. Full name of shareholder(s)** (if different from 3.)[v] | |
| Name | Elliott International, L.P, Elliott Associates, L.P, |
| City and country of registered office (if applicable) | Grand Cayman, Cayman Islands; Delaware, US |
| **5. Date on which the threshold was crossed or reached**[vi]: | 16/04/2025 |
| **6. Date on which issuer notified (DD/MM/YYYY):** | 22/04/2025 |
| **7. Total positions of person(s) subject to the notification obligation** | |

|  | % of voting rights attached to shares (total of 8. A) | % of voting rights through financial instruments (total of 8.B 1 + 8.B 2) | Total of both in % (8.A + 8.B) | Total number of voting rights held in issuer (8.A + 8.B) [vii] |
|---|---|---|---|---|
| Resulting situation on the date on which threshold was crossed or reached | 0.00% | 5.006% | 5.006% | 806,743,232 |
| Position of previous notification (if applicable) |  |  |  |  |

| 8. Notified details of the resulting situation on the date on which the threshold was crossed or reached[viii] ||||||
|---|---|---|---|---|---|
| **A: Voting rights attached to shares** ||||||
| **Class/type of shares** | **Number of voting rights**[ix] || | **% of voting rights** ||
|  | Direct (Art 9 of Directive 2004/109/EC) (DTR5.1) | Indirect (Art 10 of Directive 2004/109/EC) (DTR5.2.1) | Direct (Art 9 of Directive 2004/109/EC) (DTR5.1) | Indirect (Art 10 of Directive 2004/109/EC) (DTR5.2.1) ||
| GB0007980591 | 100 |  | 0.000% |  ||
|  |  |  |  |  ||
|  |  |  |  |  ||
| **SUBTOTAL 8. A** | 100 || 0.000% |||

| **B 1: Financial Instruments according to Art. 13(1)(a) of Directive 2004/109/EC (DTR5.3.1.1 (a))** |
|---|

| Type of financial instrument | Expiration date[x] | Exercise/ Conversion Period[xi] | Number of voting rights that may be acquired if the instrument is exercised/converted. | % of voting rights |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **SUBTOTAL 8. B 1** |  |  |

| B 2: Financial Instruments with similar economic effect according to Art. 13(1)(b) of Directive 2004/109/EC (DTR5.3.1.1 (b)) | | | | | |
|---|---|---|---|---|---|
| Type of financial instrument | Expiration date[x] | Exercise/ Conversion Period [xi] | Physical or cash settlement[xii] | Number of voting rights | % of voting rights |
| Equity Swap (US0556221044 ADR's) | 06/11/2028 |  | Cash | 35,024,502 ADR's (210,147,012 shs) | 1.304% |
| Equity Swap (GB0007980591) | 31/08/2029 |  | Cash | 203,963,797 | 1.266% |
| Equity Swap (GB0007980591) | 31/08/2029 |  | Cash | 257,792,159 | 1.600% |
| Equity Swap (GB0007980591) | 27/03/2029 |  | Cash | 134,840,164 | 0.836% |
|  |  |  | **SUBTOTAL 8.B.2** | 806,743,132 | 5.006% |

| 9. Information in relation to the person subject to the notification obligation (please mark the applicable box with an "X") | |
|---|---|
| Person subject to the notification obligation is not controlled by any natural person or legal entity and does not control any other undertaking(s) holding directly or indirectly an interest in the (underlying) issuer[xiii] | |
| Full chain of controlled undertakings through which the voting rights and/or the financial instruments are effectively held starting with the ultimate controlling natural person or legal entity[xiv] (please add additional rows as necessary) | X |

| Name[xv] | % of voting rights if it equals or is higher than the notifiable threshold | % of voting rights through financial instruments if it equals or is higher than the notifiable threshold | Total of both if it equals or is higher than the notifiable threshold |
|---|---|---|---|
| Paul Singer | 0% | 5.006% | 5.006% |
| Elliott Investment Management GP LLC | 0% | 5.006% | 5.006% |
| Elliott Investment Management LP | 0% | 5.006% | 5.006% |
| Elliott International, L.P | 0% | 3.404% | 3.404% |
| Elliott Associates, L.P | 0% | 1.602% | 1.602% |
| | | | |

| 10. In case of proxy voting, please identify: | |
|---|---|
| Name of the proxy holder | |
| The number and % of voting rights held | |
| The date until which the voting rights will be held | |

| 11. Additional information[xvi] |
|---|
|  |

| Place of completion | London, UK |
|---|---|
| Date of completion | 22/04/2025 |

This information is provided by RNS, the news service of the London Stock Exchange. RNS is approved by the Financial Conduct Authority to act as a Primary Information Provider in the United Kingdom. Terms and conditions relating to the use and distribution of this information may apply. For further information, please contact rns@lseg.com or visit www.rns.com.

RNS may use your IP address to confirm compliance with the terms and conditions, to analyse how you engage with the information contained in this communication, and to share such analysis on an anonymised basis with others as part of our commercial services. For further information about how RNS and the London Stock Exchange use the personal data you provide us, please see our Privacy Policy.

END

HOLKZGZDDZKGKZM

London Stock Exchange plc is not responsible for and does not check content on this Website. Website users are responsible for checking content. Any news item (including any prospectus) which is addressed solely to the persons and countries specified therein should not be relied upon other than by such persons and/or outside the specified countries. Terms and conditions, including restrictions on use and distribution apply.

© 2025 London Stock Exchange plc. All rights reserved.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
**FORM 13F**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0006 |
| Estimated average burden hours per response: | 23.8 |

**FORM 13F INFORMATION TABLE**

| COLUMN 1 | COLUMN 2 | COLUMN 3 | | COLUMN 4 | COLUMN 5 | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VALUE | SHRS OR | SH/ PUT/ | INVESTMENT | OTHER | VOTING AUTHORITY | | |
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | FIGI | (to the nearest dollar) | PRN AMT | PRN CALL | DISCRETION | MANAGER | SOLE | SHARED | NONE |
| CROWN CASTLE INC | COM | 22822V101 | | 125,844,250 | 1,225,000 | SH | DFND | 1,2 | 0 | 1,225,000 | 0 |
| DIGITAL RLTY TR INC | COM | 253868103 | | 130,747,500 | 750,000 | SH Put | DFND | 1,2 | 0 | 750,000 | 0 |
| EQUINIX INC | COM | 29444U700 | | 119,320,500 | 150,000 | SH | DFND | 1,2 | 0 | 150,000 | 0 |
| ETSY INC | COM | 29786A106 | | 250,800,000 | 5,000,000 | SH | DFND | 1,2 | 0 | 5,000,000 | 0 |
| HEWLETT PACKARD ENTERPRISE C | COM | 42824C109 | | 381,003,500 | 18,630,978 | SH | DFND | 1,2 | 0 | 18,630,978 | 0 |
| HILTON WORLDWIDE HLDGS INC | COM | 43300A203 | | 85,228,800 | 320,000 | SH Put | DFND | 1,2 | 0 | 320,000 | 0 |
| INVESCO QQQ TR | UNIT SER 1 | 46090E103 | | 1,103,280,000 | 2,000,000 | SH Put | DFND | 1,2 | 0 | 2,000,000 | 0 |
| ISHARES TR | RUS 1000 VAL ETF | 464287598 | | 971,150,000 | 5,000,000 | SH Put | DFND | 1,2 | 0 | 5,000,000 | 0 |
| ISHARES TR | RUSSELL 2000 ETF | 464287655 | | 215,790,000 | 1,000,000 | SH Put | DFND | 1,2 | 0 | 1,000,000 | 0 |
| ISHARES TR | IBOXX HI YD ETF | 464288513 | | 306,470,000 | 3,800,000 | SH | DFND | 1,2 | 0 | 3,800,000 | 0 |
| LIBERTY BROADBAND CORP | COM SER C | 530307305 | | 234,585,241 | 2,384,481 | SH | DFND | 1,2 | 0 | 2,384,481 | 0 |
| MICROSTRATEGY INC | NOTE 0.625% 3/1 | 594972AJ0 | | 44,495,840 | 16,000,000 | PRN | DFND | 1,2 | 0 | 16,000,000 | 0 |
| NVIDIA CORPORATION | COM | 67066G104 | | 407,614,200 | 2,580,000 | SH Put | DFND | 1,2 | 0 | 2,580,000 | 0 |

| Name | Type | CUSIP | Value | Shares | SH/PRN | Put/Call | DFND | 1,2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OR ROYALTIES INC. | COM SHS | 68390D106 | 56,051,682 | 2,180,151 | SH | | DFND | 1,2 | 0 | 2,180,151 | 0 |
| PHILLIPS 66 | COM | 718546104 | 2,296,644,300 | 19,251,000 | SH | | DFND | 1,2 | 0 | 19,251,000 | 0 |
| PINTEREST INC | CL A | 72352L106 | 1,004,080,000 | 28,000,000 | SH | | DFND | 1,2 | 0 | 28,000,000 | 0 |
| SANDISK CORP | COM | 80004C200 | 34,012,364 | 749,997 | SH | | DFND | 1,2 | 0 | 749,997 | 0 |
| SEADRILL LTD | COM | G7997W102 | 97,223,333 | 3,703,746 | SH | | DFND | 1,2 | 0 | 3,703,746 | 0 |
| SELECT SECTOR SPDR TR | INDL | 81369Y704 | 516,320,000 | 3,500,000 | SH | Put | DFND | 1,2 | 0 | 3,500,000 | 0 |
| SENSATA TECHNOLOGIES HLDG PL | SHS | G8060N102 | 97,857,500 | 3,250,000 | SH | | DFND | 1,2 | 0 | 3,250,000 | 0 |
| SOUTHWEST AIRLS CO | COM | 844741108 | 1,751,062,540 | 53,978,500 | SH | | DFND | 1,2 | 0 | 53,978,500 | 0 |
| SPDR S&P 500 ETF TR | TR UNIT | 78462F103 | 1,334,556,000 | 2,160,000 | SH | Put | DFND | 1,2 | 0 | 2,160,000 | 0 |
| SPDR SERIES TRUST | S&P METALS MNG | 78464A755 | 191,577,000 | 2,850,000 | SH | Put | DFND | 1,2 | 0 | 2,850,000 | 0 |
| SUNCOR ENERGY INC NEW | COM | 867224107 | 1,972,521,460 | 52,670,800 | SH | | DFND | 1,2 | 0 | 52,670,800 | 0 |
| TRIPLE FLAG PRECIOUS METAL | COM | 89679M104 | 3,170,094,573 | 133,815,727 | SH | | DFND | 1,2 | 0 | 133,815,727 | 0 |
| UNITI GROUP INC | COM | 91325V108 | 43,722,560 | 10,120,963 | SH | | DFND | 1,2 | 0 | 10,120,963 | 0 |
| VANECK ETF TRUST | GOLD MINERS ETF | 92189F106 | 208,240,000 | 4,000,000 | SH | Put | DFND | 1,2 | 0 | 4,000,000 | 0 |
| VANECK ETF TRUST | SEMICONDUCTR ETF | 92189F676 | 278,880,000 | 1,000,000 | SH | Put | DFND | 1,2 | 0 | 1,000,000 | 0 |
| WAYFAIR INC | NOTE 3.500%11/1 | 94419LAR2 | 20,269,159 | 15,000,000 | PRN | | DFND | 1,2 | 0 | 15,000,000 | 0 |
| WESTERN DIGITAL CORP | COM | 958102105 | 143,977,500 | 2,250,000 | SH | | DFND | 1,2 | 0 | 2,250,000 | 0 |