# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br> *Defendant.* | Case No. 1:17-mc-151-LPS |

### SIEMENS ENERGY, INC.'S JOINDER TO GOLD RESERVE'S OBJECTIONS TO UPDATED FINAL RECOMMENDATION

Siemens Energy, Inc. ("SEI") hereby joins in Gold Reserve's *Objections to Updated Final Recommendation*, dated September 6, 2025 (D.I. 2183) (the "Objection"). The Court should decline to approve the Amber Energy Bid endorsed by the Special Master (D.I. 2123), and instead, approve Dalinar Energy's Improved Bid.

SEI reserves all rights in connection with the Motion and the Notice, including the right to appear and be heard on any issue relating to any of the foregoing.

Dated: September 6, 2025

| Of Counsel: | Respectfully submitted, |
|---|---|
| Francisco Rivero (*Pro Hac Vice*) <br> Arturo Munoz Holguin (*Pro Hac Vice*) <br> 1221 McKinney Street <br> Suite 2100 <br> Houston, TX 77010 <br> Tel: (713) 469-3800 <br> frivero@reedsmith.com <br> amunoz@reedsmith.com | */s/ Justin M. Forcier* <br> Justin M. Forcier (No. 6155) <br> **REED SMITH LLP** <br> 1201 N. Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> Tel: (302) 778-7500 <br> Fax: (302) 778-7575 <br> jforcier@reedsmith.com |