# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Morgan R. Harrison of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters her appearance as counsel for Amber Energy Inc. This entry of appearance is made without waiver of, and Amber Energy Inc. expressly preserves, all arguments, objections, and defenses in the above-captioned action.

OF COUNSEL:

Andrew J. Rossman
Susheel Kirpalani
Matthew R. Scheck
Jonathan M. Acevedo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
matthewscheck@quinnemanuel.com

-and-

  /s/ Morgan R. Harrison
Michael A. Barlow (No. 3928)
Shannon M. Doughty (No. 6785)
Morgan R. Harrison (No. 7062)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com
shannondoughty@quinnemanuel.com
morganharrison@quinnemanuel.com

*Attorneys for Amber Energy Inc.*

Stephen M. Baldini
Stephanie Lindemuth
Richard J. D'Amato
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036-6745
(212) 872-1000
sbaldini@akingump.com
slindemuth@akingump.com
rdamato@akingump.com

-and-

Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K St NW
Washington, DC 20006-1037
(202) 887-4000
jchen@akingump.com

Dated: September 8, 2025