# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Misc. No. 17-151-LPS |

### GLAS AMERICAS LLC, SOLELY IN ITS CAPACITY AS COLLATERAL AGENT's MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

GLAS Americas LLC, solely in its capacity as Collateral Agent ("GLAS"), moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of the Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A hearing is scheduled in this action for September 15-18, 2025, with possible additional time on October 20-21, 2025.

3. The following attorneys, clients, and law firm staff currently intend to appear at the hearing and request access to their electronic devices for purposes of participating and communicating

154847332

about the hearings. These persons do not possess a physical, hard-copy Bar ID card or otherwise meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

- Paul B. Koepp
- Sherill Marasigan

4. GLAS respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Gregory P. Ranzini*
Stanley B. Tarr (DE No. 5535)
Gregory P. Ranzini (DE No. 6624)
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
stanley.tarr@blankrome.com
gregory.ranzini@blankrome.com

*Counsel for GLAS Americas LLC, solely in its capacity as Collateral Agent*