**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Of Counsel
Direct  302.984.6030

September 11, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
              D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      I represent the Special Master Robert B. Pincus in the above-referenced action.  A court reporter from Veritext has been arranged for the 4-day Sale Hearing set for September 15-18, 2025 (D.I. 2110).  Members of the public can listen in using the dial-in information below.[1]  Please note that the line is listen-only, and you will not have the option to unmute.

      Dial-In Number: (877) 304-9269
      Guest Passcode: 5435966#

      As always, I am available should the Court have any questions.

---

[1] Members of the public interested in listening in may also access the Sale Hearing with the following link: https://meet.loopup.com/71rCINb

The Honorable Leonard P. Stark
September 11, 2025
Page 2

                                      Respectfully submitted,

                                      */s/ Myron T. Steele*

                                      Myron T. Steele

                                      On Behalf of Robert B. Pincus, Special Master for the United States District Court for the District of Delaware

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via CM/ECF)