IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 17-mc-151-LPS |

## [PROPOSED] ORDER

WHEREAS, the Court has considered Gold Reserve's Motion requesting exemption of persons from the District of Delaware May 17, 2024 Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the September 15, 2025 through September 18, 2025 with possible additional time on October 20-21, 2025 hearing in the above-captioned action, the following individuals are exempt from the Standing Order and shall be permitted to retain and use their electronic devices:

    a. Paul Rivett (representative for Gold Reserve)

    b. Chris Bennett (witness for Gold Reserve)

    c. Michael J. Bowe, Esq. of Brown Rudnick LLP (counsel for Gold Reserve)

    d. Cynthia Giobbe (paralegal for Womble Bond Dickinson (US) LLP)

IT IS HEREBY FURTHER ORDERED that the individuals listed above will present this Order, along with a valid photographic I.D., to the United States Marshalls on entry to the J. Caleb Boggs Federal Building and United States Courthouse.

IT IS HEREBY ORDERED this ___ day of _____ 2025.

                                                                   _____
                                                             The Honorable Leonard P. Stark