

Travis S. Hunter
302-651-7564
hunter@rlf.com

September 12, 2025

**VIA ECF**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      **Re:** ***Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.***,
      **C.A. No. 17-mc-151-LPS**

Dear Judge Stark:

Pursuant to this Court's order, D.I. 2110 at 5, I write to inform the Court that counsel for Crystallex International Corp. intends to make a brief opening statement at the Sale Hearing scheduled for September 15–18, 2025.

                    Respectfully submitted,

                    */s/ Travis S. Hunter*

                    Travis S. Hunter (#5350)

cc: All counsel of record