# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Crystallex International Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Bolivarian Republic of Venezuela,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 17-151-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael J Barrie, Esquire and John C. Gentile, Esquire, of Benesch, Friedlander, Coplan & Aronoff LLP, hereby enter their appearance on behalf of the Blue Water Venture Partners, LLC in the above-captioned action.

Date: September 12, 2025

    /s/ John C. Gentile
Michael J. Barrie (#4684)
John C. Gentile (#6159)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
mbarrie@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for Blue Water Venture Partners, LLC*