

Brian R. Lemon

Akerman LLP
222 Delaware Avenue
Suite 1710
Wilmington, DE 19801

T: 302 596 9202
F: 302 596 9300

September 12, 2025

**VIA CM/ECF**

Honorable Leonard P. Stark, Circuit Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    *Crystallex International Corp. v Bolivarian Republic of Venezuela*,
             Misc. No. 17-151-LPS

Dear Judge Stark:

    I write on behalf of Attached Judgment Creditors Valores Mundiales, S.L. and Consorcio Andino, S.L. ("Valores Parties") in response to Amber Energy's letter of yesterday (D.I. 2255) concerning Gold Reserve Ltd.'s ("Gold Reserve") designation as "Highly Confidential" of three agreements it produced, including the Claim Purchase and Sale Agreement between Gold Reserve and Valores ("Valores Sale Agreement").

    The Valores Sale Agreement is subject to strict confidentiality obligations because it contains sensitive financial and business information, the disclosure of which will prejudice the Valores Parties. The terms of the agreement — including the purchase price — constitute highly sensitive financial or business information that, if disclosed, would subject the Valores Parties and its parent company, Gruma S.A.B. de C.V., to competitive injury because it may affect their ability to market that asset to third parties should the Dalinar Improved Bid not be selected by your Honor. Accordingly, the Valores Sale Agreement must remain "Highly Confidential" under the terms of this Court's protective order (D.I. 1555-1 ¶ 4(b)).

    In any event, what matters for assessing the value of the Dalinar Improved Bid in this proceeding is not the purchase price or other terms of the Valores Sale Agreement, but the uncontested fact that the Valores Parties agreed to contribute the full value of their more than $700 million judgment to the Dalinar Improved Bid and that the full amount of that judgment would be discharged should the Dalinar Bid be selected and OFAC licensed the sale. *See* Dalinar Energy Improved Bid Materials, Valores Bidder Equity Commitment Letter (D.I. 2126-1 at 25).

    In resolving Amber Energy's motion to compel, your Honor struck a careful balance to protect the rights of all relevant parties involved. The Court granted Amber Energy and the Special Master access to the requested documents to further assess the Dalinar Improved Bid — the purported reason for the motion to compel — and ruled that the documents in question would be designated "Highly Confidential" to protect the sensitive business and financial information of the

The Honorable Leonard P. Stark
September 13, 2025
Page 2

_____

relevant parties to those agreements, including the Valores Parties. Amber Energy has failed to show any reason why your Honor should change his ruling.

Accordingly, the Valores Parties oppose Amber's request and respectfully request that the Court denies it.

Respectfully Submitted,

/s/ *Brian R. Lemon*

Brian R. Lemon (# 4730)

*Of Counsel*:

Miguel López Forastier (admitted *pro hac vice*)
Mark D. Herman (admitted *pro hac vice*)
José E. Arvelo (admitted *pro hac vice*)
Amanda Tuninetti (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: 202-662-5185
mlopezforastier@cov.com
mherman@cov.com
jarvelo@cov.com
atuninetti@cov.com

*Attorneys for Valores Mundiales, S.L. and Consorcio Andino, S.L.*

cc:   All Counsel of Record (via CM/ECF)

83127492;1