

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

Myron T. Steele
Of Counsel
Direct 302.984.6030

September 13, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

    Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
         D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

I represent the Special Master Robert B. Pincus in the above-referenced action. Further to the letter dated September 11, 2025 (D.I. 2235), members of the public can listen in to the Sale Hearing commencing September 15, 2025, using the dial-in information below.[1] Please note that the line is listen-only, and you will not have the option to unmute. The dial-in number and passcode below are the same as previously circulated (D.I. 2235), but the *link* in footnote 1 below has changed. As such, parties should disregard the previously circulated link.

    Dial-In Number: (877) 304-9269
    Guest Passcode: 5435966#

As always, I am available should the Court have any questions.

               Respectfully submitted,

               */s/ Myron T. Steele*

               Myron T. Steele

               On Behalf of Robert B. Pincus, Special Master for the United States District Court for the District of Delaware

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via CM/ECF)

---

[1] Please disregard the link provided in D.I. 2235. Members of the public interested in listening in may access the Sale Hearing with the following link: https://meet.loopup.com/3X7U9cXcEq