# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Alexandra M. Cumings**
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

September 14, 2025

**<u>SUBMITTED VIA E-FILE</u>**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
               <u>D. Del. No. 1:17-mc-00151-LPS</u>

Dear Judge Stark:

      I write on behalf of PDV Holding, Inc. ("PDVH") and CITGO Petroleum Corporation ("CITGO") regarding the sealed version of the Venezuela Parties' Reply in Support of Objections to the Special Master's Updated Final Recommendation ("Reply"), the Fifth Supplemental Declaration of Nathan P. Eimer, and the supporting exhibits submitted contemporaneously to the Court today.

      CITGO and PDVH have redacted information in Exhibits 80 and 81 that refers to CITGO and/or PDVH's highly confidential and competitively sensitive financial or business information. CITGO and PDVH have also sealed Exhibit 87, which is a court transcript from the 2020 Bondholder Litigation that is presently under seal on that docket.

      Consistent with the Court's July 14 Order, CITGO and PDVH have served unredacted versions of today's filings on parties to this case that have executed the confidentiality agreement at D.I. 1555-1.

                                              Respectfully,

                                              <u>/s/ Alexandra Cumings</u>

                                              Alexandra Cumings (#6146)