**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Of Counsel
Direct  302.984.6030

September 16, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:     *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
        D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

I represent the Special Master Robert B. Pincus in the above-referenced action. For the remainder of the Sale Hearing, continuing September 17-18, 2025, members of the public can listen in using the dial-in information below. Please note that the line is listen-only, and you will not have the option to unmute.[1]

Dial-In Number: (877) 304-9269
Guest Passcode: 8367765#

As always, I am available should the Court have any questions.

Respectfully submitted,

*/s/ Myron T. Steele*

Myron T. Steele

On Behalf of Robert B. Pincus, Special Master for the United States District Court for the District of Delaware

cc:     Clerk of Court (via hand delivery)
        Counsel of Record (via CM/ECF)

---

[1] Please note that the Guest Passcode as previously provided in D.I. 2283 has been updated.  A meeting link will no longer be provided, but the existing dial-in number remains the same.