# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's direction on September 15, 2025, by and through the undersigned, Robert B. Pincus, in his capacity as Special Master for the United States District Court for the District of Delaware in the above-captioned case (the "**Special Master**");[1] Weil, Gotshal & Manges LLP ("**Weil**"); Evercore Group, L.L.C. ("**Evercore**"); Gold Reserve Ltd. ("**Gold Reserve**"); and the Bolivarian Republic of Venezuela, Petróleos de Venezuela, S.A., PDV Holding, Inc., CITGO Petroleum Corp. (the "**Venezuela Parties**") (collectively, the "**Parties**"), submit the following status report.

On September 16, 2025, both Gold Reserve and the Venezuela Parties served discovery on the Special Master and his advisors. For purposes of meeting and conferring, Gold Reserve served twenty (20) requests for documents on both Weil and Evercore; a deposition notice on the Special Master; a Rule 30(b)(6) deposition notice on Weil; and a Rule 30(b)(6) deposition notice on Evercore. The Venezuela Parties served eight (8) document requests on the Special Master, Weil, and Evercore.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in D.I. 481 (the "**Sale Procedures Order**") or D.I. 2123 (the "**Updated Final Recommendation**").

After the discovery requests were transmitted, the parties met and conferred and agreed that they would benefit from speaking again after first giving the Special Master's advisors an opportunity to further consider the requests and investigate the attendant burdens of collecting and producing responsive documents.[2]  Accordingly, the Parties agreed to (i) further meet and confer on Friday, September 19, 2025; and (ii) propose to submit another status report to the Court by close of business on Monday, September 22, 2025.

Venezuela Parties' Position:  While of course the Venezuela Parties will meet and confer concerning their requests, they believe the documents should be produced and the motions briefed in time for argument to occur at the beginning of the October dates the Court has reserved, and expect to emerge from Friday's meeting with a proposal to the Court that implements that schedule. To that end, the Venezuela Parties have made their requests considerably narrower than would be appropriate absent that urgency.

The Special Master's Response to Venezuela Parties' Position:  The nature and extent of the discovery requests and deposition notices served today on the Special Master and his legal and financial advisors are simply incompatible with the Venezuela Parties' stated desire for expedition and urgency.  As the requests stand, it would be unreasonable and, in fact, impossible to provide responses on anything close to Venezuela's timetable.

The Parties reserve all rights, including with respect to the discovery requests.

---

[2] As indicated on the meet and confer, Weil and Evercore have begun efforts to collect certain categories of information consistent with representations made to the Court by Mr. Barr on September 15, 2025.

2

Dated: September 16, 2025

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

*/s/ Myron T. Steele*
Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
msteele@potteranderson.com
mdavis@potteranderson.com
bpalapura@potteranderson.com

- and -

WEIL, GOTSHAL & MANGES LLP

*/s/ Jared R. Friedmann*
Jared R. Friedmann (Admitted *pro hac vice*)
Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jared.Friedmann@weil.com
Matt.Barr@weil.com
David.Lender@weil.com
Chase.Bentley@weil.com

*Counsel for Special Master Robert B. Pincus*

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP | WOMBLE BOND DICKINSON (US) LLP |

*/s/ George M. Garvey*
George M. Garvey
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
George.Garvey@mto.com

*Attorney for Bolivarian Republic of Venezuela*

EIMER STAHL LLP

*/s/ Nathan P. Eimer*
Nathan P. Eimer
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com

*Attorney for PDV Holding, Inc. and CITGO Petroleum Corporation*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

*/s/ Juan O. Perla*
Juan O. Perla
101 Park Avenue
New York, NY 10178
(212) 696-6000
jperla@curtis.com

*Attorney for Petróleos de Venezuela, S.A.*

By: */s/ Kevin J. Mangan*
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
Stephanie S. Riley (#5803)
1313 N. Market St., Suite 1200
Wilmington, DE 19801
Telephone: 302-252-4320
Kevin.mangan@wbd-us.com
Matthew.ward@wbd-us.com
Stephanie.riley@wbd-us.com

- and -

NORTON ROSE FULBRIGHT US LLP
Matthew H. Kirtland (*pro hac vice*)
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: 202-662-0200
Matthew.kirtland@nortonrosefulbright.com

- and -

Katherine G. Connolly (*pro hac vice*)
One Embarcadero Center, Suite 1050
San Francisco, CA 94111
Telephone: 628-231-6816
Katie.connolly@nortonrosefulbright.com

- and -

Taylor J. LeMay (*pro hac vice*)
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: 713-651-3578
Taylor.lemay@nortonrosefulbright.com

*Attorneys for Gold Reserve Ltd.*