# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> BOLIVARIAN REPUBLIC OF VENEZUELA, : <br> : <br> Defendant. : | Misc. No. 17-151-LPS |

## ORDER

At Wilmington this 17th day of September, 2025:

Having considered Dr. Leroy A. Garrett's *pro se* motions for intervention (D.I. 1963), to present witnesses at the Sale Hearing (D.I. 1962), for a stay pending appeal (D.I. 1970), miscellaneous relief (D.I. 2022, 2105, 2107), and for speaking time at the Sale Hearing (D.I. 2253, 2305), as well as the related submissions (D.I. 1981, 2020-23, 2114, 2131, 2213)

**IT IS HEREBY ORDERED** that:

1. Dr. Garrett's motions for speaking time (D.I. 2253, 2305) are **DENIED** as moot, as the Court provided Dr. Garrett time during the Sale Hearing to present an opening statement.

2. Dr. Garrett's motion for intervention (D.I. 1963) is **DENIED**.[1]

---

[1] Dr. Garrett's motion is untimely for reasons including that intervention would prejudice existing parties. *United States v. Terr. of the Virgin Islands*, 748 F.3d 514, 524 (3d Cir. 2014). Nor has Dr. Garrett complied with Rule 24(c), which requires a motion for intervention to "be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c). Dr. Garrett's motion also lacks merit as he has not shown he or the class he seeks to represent has a judgement he is seeking to enforce or a writ of attachment Fed. R. Civ. P. 24(a)(2) (mandatory intervention requires "an interest relating to the property or transaction that is the subject of the action"); Fed. R. Civ. P. 24(b)(1)(B) (permissive intervention only available

3. Dr. Garrett's motion to present witnesses at the Sale Hearing (D.I. 1962) is also **DENIED**, as he is not a party and has not been permitted to intervene.

4. Dr. Garrett's motions for miscellaneous relief (D.I. 2022, 2105, 2107) are also **DENIED** for these same reasons. (*See* D.I. 1843, 1961)

September 17, 2025  
Wilmington, Delaware

HONORABLE LEONARD P. STARK  
UNITED STATES DISTRICT COURT

---

where movant has a "claim or defense" that shares "a common question of law or fact" with the main action).