# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| Plaintiff, | : |
| v. | : Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : |
| Defendant. | : |

## ORDER

At Wilmington this **29th** day of **September, 2025**, having provided its inclinations for post-Sale Hearing briefing (D.I. 2333), and having reviewed the Special Master's status report regarding the same (D.I. 2340), as well as the input from others provided in that status report and in separate letters (D.I. 2341-42),

**IT IS HEREBY ORDERED** that briefing on the issues litigated at the recent Sale Hearing will proceed in accordance with this Order.

1. The Court is not persuaded that the anticipated motions to disqualify the Special Master and/or his advisors, which will be briefed according to a schedule being (separately) entered today, require or even suggest that the Court should stay or delay its consideration of the multitude of disputes that were the subject of the Sale Hearing. Unlike in *In re Kensington International Ltd.*, 353 F.3d 211 (3d Cir. 2003), a stay or delay is not necessary in order to permit discovery and put the Court in the position to decide the disqualification motion(s) in advance of or in connection with resolution of the many other issues before the Court.

2. While the Court is not committing to resolve the disputes presented at the Sale Hearing before December 1, when the financing currently backing the bid that is the subject of the Special

Master's Updated Final Recommendation is set to expire, the Court finds it reasonable and advisable to adopt a schedule that might enable it to resolve such disputes before that date.

3. Accordingly, the following shall govern post-hearing briefing:

| Event | Deadline | Page Limit |
|---|---|---|
| Simultaneous Submissions of Proposed Findings of Fact | Wednesday, October 8, 2025, by 11:59 p.m. ET | None |
| Simultaneous Submissions of Post-Trial Opening Briefs | Wednesday, October 8, 2025, by 11:59 p.m. ET | 40 |
| Simultaneous Submissions of Post-Trial Answering Briefs | Wednesday, October 15, 2025, by 11:59 p.m. ET | 40 |
| Simultaneous Submissions of Supplemental Facts, only to the extent necessary to address Findings of Fact submitted by other Parties | Wednesday, October 15, 2025, by 11:59 p.m. ET | None |
| Oral Argument | Tuesday, October 21, 2025, 8:30 a.m. to 7:00 p.m. | N/A |
| Simultaneous Submissions of Post-Trial Reply Briefs | Tuesday, October 28, 2025, by 11:59 p.m. ET | 25 |

4. As indicated in the table above, oral argument, which the Court expects to be helpful in resolving the multitude of disputed issues before it, will be heard on Tuesday, October 21, in Wilmington, Delaware, between 8:30 a.m. and 7:00 p.m., with time allocations to be provided by the Court following its initial review of the opening briefs.

5. To the extent any briefing entity both supports in part and objects in part to the Updated Final Recommendation, it should combine all parts of its argument to only a single brief in each round of briefing (i.e., no entity may file more than three briefs).

6. Proposed findings of fact shall be presented in numbered sentences or short paragraphs, each with a citation to record evidentiary support.

7. Briefing entities should coordinate in an effort to file joint briefing and reduce the number of separate briefs the Court must evaluate.

8. No brief shall incorporate by reference argument from previously-filed briefs. If a briefing entity wishes the Court to consider an argument, it must include that argument, and all support it wishes the Court to evaluate, in the post-hearing briefs required by this Order.

9. As requested (*see* D.I. 2342 at 2), the Venezuela Parties may separately file an updated version of their objection chart (*see* D.I. 2291-3 at 37-43) along with their post-trial opening brief on October 8, 2025.

_____

September 29, 2025  
Wilmington, Delaware

Honorable Leonard P. Stark  
UNITED STATES DISTRICT COURT