IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> -v- <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | x <br> : <br> : <br> : <br> : Misc. No. 17-151-LPS <br> : <br> : <br> : <br> : <br> : <br> x |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Brown Rudnick LLP hereby withdraws its appearance as counsel to Gold Reserve Ltd. ("Gold Reserve") in the above-captioned case and Brithem LLP hereby enters its appearance as successor counsel to Gold Reserve.

Dated: October 1, 2025

| **BROWN RUDNICK LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| /s/ *Catherine Gardner* <br> Catherine Gardner <br> 7 Times Square <br> New York, New York 10036 <br> Telephone: (212) 209-4800 | /s/ *Kevin J. Mangan* <br> Kevin J. Mangan (#3810) <br> Matthew P. Ward (#4471) <br> Stephanie S. Riley (#5803) <br> 1313 N Market St., Suite 1200 <br> Wilmington, DE 19801 <br> Telephone: (302) 252-4320 <br> Kevin.mangan@wbd-us.com <br> Matthew.ward@wbd-us.com <br> Stephanie.riley@wbd-us.com <br><br> -and- <br><br> Michael J. Bowe <br> Lauren Tabaksblat <br> Andrew T. Sutton <br> Kate E. Fisch <br> Brithem LLP <br> 565 5th Avenue |

        New York, New York 10017
        Telephone: (646) 653-9378
        mbowe@brithem.com
        ltabaksblat@brithem.com
        asutton@brithem.com
        kfisch@brithem.com

*Attorneys for Gold Reserve Ltd.*