IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 17-mc-00151-LPS |
| | : |
| BOLIVARIAN REPUBLIC OF VENZULA, | : |
| | : |
| Defendant. | : |

**ORDER GRANTING THE VENEZUELA PARTIES' MOTION
TO DISQUALIFY THE SPECIAL MASTER AND HIS ADVISORS**

WHEREAS, the Court has considered the The Venezuela Parties' ("VPs") motion to disqualify Special Master Pincus and his advisors Weil, Gotshal & Manges LLP and Evercore Inc. pursuant to FRCP 53(a)(2) and 28 U.S.C. § 455 (the "Motion").

IT IS HEREBY ORDERED that the Motion is GRANTED.


Date:_____        _____
                                                                                        United States District Judge