# EXHIBIT 9



Highly Confidential

SM0265978