IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-mc-151 LPS |

**INTERESTED PARTIES' MOTION
FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Interested Parties, Tidewater Investment SRL, Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L. (the "Interested Parties"), jointly move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of the Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A hearing is scheduled in the above matter for October 20-21, 2025.

3. Certain counsel for the Interested Parties who intend to appear at the October 20-21, 2025 hearing may not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing

83422585;1

Order. These counsel are in good standing with at least one State bar in the United States, and have been admitted *pro hac vice*, in at least one of the above-captioned actions. These persons include:

- Miguel López Forastier

4. The Interested Parties respectfully submit that its paralegal and LAA, Tamera Pearson and Shawna Gold, who do not meet any exemptions to the Standing Order, are essential to coordinating daily set ups for the attorneys at the hearing, and the Interested Parties request that each be allowed to bring their smartphone and/or smartwatch into the courthouse as well

5. The Interested Parties respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: October 13, 2025

*Of Counsel*:

Miguel López Forastier
José E. Arvelo
Mark D. Herman
Amanda Tuninetti
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: 202-662-5185
mlopezforastier@cov.gov
jarvelo@cov.gov
mherman@cov.com
atuninetti@cov.com

**AKERMAN LLP**

/s/ *Brian R. Lemon*
Andrew S. Dupre (# 4621)
Brian R. Lemon (# 4730)
222 Delaware Avenue, St. 1710
Wilmington, DE 19801
(302) 596-9200
Andrew.dupre@akerman.com
Brian.lemon@akerman.com

*Attorneys for Tidewater Investment SLR, Tidewater Caribe, S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.*