IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) BOLIVARIAN REPUBLIC OF VENEZUELA, ) ) Defendant. ) | C.A. No. 17-mc-151 LPS |

**[PROPOSED] ORDER REGARDING INTERESTED PARTIES' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The Court, having considered Interested Parties Tidewater Investment SRL, Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.'s joint motion for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "Motion"),

IT IS SO ORDERED:

1. The Motion is GRANTED.

2. For purposes of the October 20, 2025 and October 21, 2025 hearing, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Miguel López Forastier
- Tamera M. Pearson
- Shawna Gold

83053083;1

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
United States District Judge

83053083;1