**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Myron T. Steele
Of Counsel
Direct  302.984.6030

October 15, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

    Re:  *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
           D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

    I represent the Special Master Robert B. Pincus in the above-referenced action.  A court reporter from Veritext has been arranged for the hearing set for October 20-21, 2025 (D.I. 2110). Members of the public can listen in using the dial-in information below.  Please note that the line is listen-only, and you will not have the option to unmute.

    Dial-In Number: (877) 304-9269
    Guest Passcode: 8933825#

    As always, I am available should the Court have any questions.

                      Respectfully submitted,

                      */s/ Myron T. Steele*

                      Myron T. Steele

                      On Behalf of Robert B. Pincus, Special Master for the United States District Court for the District of Delaware

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via CM/ECF)