

Travis S. Hunter
302-651-7564
hunter@rlf.com

October 20, 2025

**VIA ECF**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:  *Crystallex International Corporation v. Bolivarian Republic of Venezuela et al.*,
           C.A. No. 17-mc-151-LPS

Dear Judge Stark:

We write on behalf of Crystallex International Corp. ("Crystallex") regarding Crystallex and ConocoPhillips' Response to Motions to Disqualify the Court, the Special Master, and the Special Master's Advisors (D.I. 2442), which was filed under seal. Per the Court's order (D.I. 1887), and after conferring with the Special Master's counsel concerning appropriate redactions, Crystallex has filed a redacted version of this brief on the public docket and has filed an unredacted version under seal to preserve the confidentiality of bidder identities that have not been publicly disclosed and non-public information concerning Weil's and Evercore's client engagements.

                                                Respectfully submitted,

                                                */s/ Travis S. Hunter*

                                                Travis S. Hunter (#5350)

cc: All counsel of record