# DR. LEROY A. GARRETT

PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS

832-652-7912 | lry_garrett@yahoo.com | 6725 S Fry Rd. Ste 700 – 338 Katy Texas 77494

October 29, 2025
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
CRYSTALLEX INTERNATIONAL CORP.,
Plaintiff,
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, et al.,
Defendants.
Case No. 1:17-mc-00151-LPS

**LETTER CLARIFYING PETROAMIGOS IRRELEVANCE, CONFIRMING SOLO STANDING, AND REITERATING PINCUS QSF AGREEMENT FOR 23,000 VICTIMS**

Dear Judge Stark:

I, Leroy A. Garrett, pro se, notify the Court that Petroamigos (Venezuelan NGO, unregistered in U.S.) is irrelevant to my associational standing for 23,000 PDVSA workers (2002-2003 Petroleum Holocaust victims). It ceased support due to Venezuela's crisis (OAS/IACHR Report, Jan. 7, 2025). I stand alone, authorized by sworn affidavits, law degrees (USM Venezuela 1992; Purdue 2014), and precedents (*Vaca v. Sipes*, 386 U.S. 171 (1967); *Hunt v. Wash. State Apple*, 432 U.S. 333 (1977)).

**My *Crystallex* participation centered on agreeing to the Pincus-headed QSF commission** (my proposal, D.I. 1963 et al.)—**more relevant than standing**—securing 5% reservation (~$150M Citgo proceeds) for victims. Unapetrol/Medina's breach (*Vaca*) left this gap; affidavits fill it (*Haines v. Kerner*, 404 U.S. 519 (1972)).

**Request**: Reconsider intervention; reserve QSF share pending Hall ruling (1:24-cv-00380-JLH, D.I. 46-49).

Thank you.

*[signature]*
Dr. Leroy A. Garrett
Pro Se Representative for ~23,000 Petroleum Holocaust Victims