

U.S.M.S X-RAY

```
STORE MANAGER                    1 LBS            1 OF 1
2813957733
PAK MAIL                         DWT: 8,6,1
6725 S FRY RD  STE 700
KATY  TX 77494

SHIP TO:
    RANDALL LOHAN, CLERK OF COURT
    3025736170
    UNITED STATES DISTRICT COURT
    844 N KING ST UNIT 18
    WILMINGTON  DE  19801-3519
```

 DE 197 9-25 

**UPS GROUND**
TRACKING #: 1Z X15 626 03 9075 1787



BILLING: P/P

Trx Ref No.: PM PKG ID 405705
Trx Ref No.: FROM  LEROY A. GARRETT