

222 Delaware Avenue • Suite 900 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • www.hegh.law

DD:   (302) 472-7308
Email:   bmcdonnell@hegh.law

November 5, 2025

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: **Crystallex International Corporation v. Bolivarian Republic of Venezuela (No. 17-mc-151-LPS)**

Dear Judge Stark:

We write on behalf of the Bolivarian Republic of Venezuela and the ad hoc Board of Petróleos de Venezuela, S.A., joined by PDV Holding, Inc. and CITGO Petroleum Corp. (collectively, the Venezuela Parties). As instructed by the Court, counsel for the Venezuela Parties, the Special Master, Elliott/Amber, and Contrarian/Red Tree have conferred, and have resolved all issues concerning redactions from the public version of Venezuela Parties' Sealed Opening Brief in Support of their Renewed Motion to Disqualify the Special Master and His Advisors (D.I. 2385). A more narrowly redacted public version of that brief, reflecting that agreement, is filed herewith.

Respectfully submitted,

/s/ Brendan Patrick McDonnell

Brendan Patrick McDonnell (# 7086)
*Counsel for the Bolivarian Republic of Venezuela and Petróleos de Venezuela, S.A.*

BPM/cmw
cc:   All Counsel of Record (via e-filing/e-mail)