IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL )
CORP., Plaintiff, )
)
v. )
)
BOLIVARIAN REPUBLIC OF ) No. 1:17-mc-00151-LPS
VENEZUELA, )
Defendant. )
)
)

# DR. LEROY A. GARRETT'S SECOND SUPPLEMENTAL AFFIDAVIT AND MOTION TO RECUSE JUDGE STARK UNDER 28 U.S.C. § 455(a) & (b)(2)

November 6, 2025

1. **Wilmer Hale Nexus**: Judge Stark's former law clerk (2018–2020 term) is currently employed at Wilmer Cutler Pickering Hale and Dorr LLP—the firm representing Special Master Robert Pincus. This **extrajudicial relationship** mandates recusal under **§ 455(b)(2)** (*Liteky v. United States*, 510 U.S. 540, 551 (1994)).

2. **Appearance of Impropriety**: Combined with Stark's pattern of rulings favoring senior creditors (80%+ approval rate), the clerk-firm connection creates an **objective appearance of bias** under **§ 455(a)** (*Liteky*, 510 U.S. at 555).

3. **Relief**:

   - Recusal nunc pro tunc
   - Vacatur of post-2023 orders
   - Stay of proceedings
   - 5% QSF

1

Sworn under penalty of perjury,

**Respectfully submitted.,**

*[signature: Larry Garnett]*

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
on Behalf of Proposed Class Representatives
6725 S Fry Road Ste. 700-338. Katy Texas 77494

**Attachments**:
- Clerk bio (Public Domain Available on LinkedIn),
- D.I. 2505, Hearing Tr. p. 48.*