# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| Plaintiff, | : |
| v. | : Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **November, 2025**:

For the reasons stated in the Opinion issued this same date, **IT IS HEREBY ORDERED** that:

1. Gold Reserve's Motion to Disqualify the District Judge, Special Master, and the Special Master's Advisors under 28 U.S.C. § 455 (D.I. 2381) is **DENIED**.

2. The Venezuela Parties' Motion to Disqualify the Special Master and His Advisors (D.I. 2384) is **DENIED**.

3. Gold Reserve's request for a stay of the ongoing Sale Process (D.I. 2485), including the Court's evaluation of the Special Master's Updated Final Recommendation and objections to that recommendation, is **DENIED**.

4. The Court reiterates that its current anticipation, which it has already shared (*see* D.I. 2505), is that it will rule on the objections to the Updated Final Recommendation by no later than on or about November 30, 2025. Given the Court's ongoing efforts to complete its evaluation of those objections, the Court will not issue its ruling before November 21. The parties are

reminded that they should not infer from the Court's decision today what the holding will be with respect to the merits of the recommendation and objections.

5. Dr. Garrett's Motion for Reconsideration of Denials, Recusal of Judge Stark, and Approval of QSF (D.I. 2516) is **DENIED**, for the reasons stated in today's Opinion and reasons given in earlier orders (*see, e.g.*, D.I. 2313, 2843), including those denying the motions for which Dr. Garrett seeks reconsideration. Notwithstanding that Dr. Garrett is not a party, nor a creditor, nor a bidder, and his requests to intervene have been denied, the Court has considered his numerous filings and has allowed him to speak during in-court proceedings whenever he has an even tangentially conceivable interest and makes some effort to comply with the Court's procedures (e.g., requesting time, making written submissions). He has identified no meritorious basis for the Court's recusal or for reconsideration.

6. Non-party Mr. Pavel Vistanetsky's request for additional discovery (D.I. 2465) is **DENIED** for reasons including he is not a party and he has not presented any reasonable basis to conclude that additional discovery is likely produce relevant evidence. His request for transcripts is **DENIED** as moot. Pursuant to the Court's regular procedures, transcripts of all public hearings become available to the public (for review at the Wilmington Clerk's office or for download via PACER) 90 days after the date of the hearing. Before the 90-day mark, transcripts may be obtained from the court reporter or transcriber at the rate established by the Judicial Conference of the United States.

November 13, 2025  
Wilmington, Delaware

HONORABLE LEONARD P. STARK  
UNITED STATES DISTRICT COURT