OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

CLERK

United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

November 24, 2025

Randall C. Lohan, Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:  Crystallex International Corporation v. Bolivarian Republic of Venezuela
            D. Del. No. 1:17-mc-00151

Dear Mr. Lohan:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court Opinion (#2526) and Order (#2527) entered 11/13/25 which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was received on 11/14/25 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigants right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

By: /s/ Patricia S. Dodszuweit
Clerk

PSD/tyw
Enclosure
cc: Leroy Garrett (w/out enclosure)