# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., : | |
| Plaintiff, : | |
| v. : | Misc. No. 17-151-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA, : | |
| Defendant. : | |

## ORDER

At Wilmington this **25th** day of **November, 2025**, for the reasons set out in the Opinion issued this same date (D.I. 2552) ("Opinion"),

**IT IS HEREBY ORDERED** that:

1. The Special Master's Updated Final Recommendation that the Court approve the Amber Energy Bid (D.I. 2123) ("Amber Recommendation") is **ADOPTED**.

2. The Venezuela Parties' Objections to the Amber Recommendation (D.I. 2180) are **OVERRULED**, except with respect to two provisions of the Proposed Sale Order (D.I. 2543) as described in the Opinion (*see* Law Section J).

3. Gold Reserve's Objections to the Amber Recommendation (D.I. 2183), joined by Siemens Energy, Inc. (D.I. 2186) and Valores Mundiales, S.L. and Consorcio Andino, S.L. (D.I. 2184), are **OVERRULED**.

4. The Venezuela Parties' Motion to Stay Pending Appeal (D.I. 2539) is **DENIED**.

5. The Supplemental Motion for QSF Approval and Recusal of Judge Stark, filed by Dr. Leroy A. Garrett (D.I. 2532), is **DENIED**.

6. Gold Reserve's letter request that the Court order Amber "to file a notice on the public docket informing the Court and parties of any approval or denial of any regulatory applications upon which the bid is based" (D.I. 2547) is **DENIED** without prejudice to renew in conjunction with or after the filing of the joint status report due on **December 5** (see below), should Gold Reserve have good cause not to accept Amber Energy's proposal to provide such information within one day of receipt (*see* D.I. 2550).

7. The Special Master shall, after meeting and conferring with the Sale Process Parties, Additional Judgment Creditors, Elliott, Amber, Gold Reserve, Dalinar, and other interested entities:

    a. File, **no later than Friday, November 28 at 5:00 p.m.,** a joint status report, advising the Court if there is any issue material to the Amber Recommendation or the Objections to it that the Court has overlooked and must rule on prior to entry of a final Sale Order and/or prior to closing this case (the Court is **NOT** inviting requests for reconsideration or reargument, simply looking for input on whether it has inadvertently overlooked a materially disputed issue);

    b. File a form of the Proposed Sale Order, consistent with this Order and the Opinion, in sufficient time that the Court may sign and docket a final Sale Order **on or before Monday, December 1, 2025**;

    c. File, **no later than Friday, December 5**, another joint status report addressing, in addition to any other issue the Special Master or any entity with whom he meets and confers wishes to raise:

        i. Whether the Court should docket this Order, the final Sale Order, and/or the Opinion in any of the other related cases assigned to the undersigned Judge that also involve judgment debts of any of the Venezuela Parties;

      ii.      Whether the related cases referred to above may be closed;

      iii.     Whether this *Crystallex* action may now be closed; and

      iv.     Whether the Venezuela Parties wish to be heard on their objections to the Special Master's and Advisors' fee request for $6.9 million (D.I. 2462) and, if so, what schedule the Court should impose for limited briefing of those objections.

November 25, 2025  
Wilmington, Delaware

                                    HONORABLE LEONARD P. STARK  
                                    UNITED STATES DISTRICT COURT