IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : |
| *Plaintiff*, | : Case No. 1:17-mc-00151-LPS |
| v. | : Hon. Leonard P. Stark |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : |
| *Defendant*. | : |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor Petróleos de Venezuela, S.A., by and through its undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the District Court's November 29, 2025 Order (D.I. 2556), as well as any and all orders and decisions giving rise to that Order.

| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
|---|---|
| Joseph D. Pizzurro (*pro hac vice*)<br>Kevin A. Meehan (*pro hac vice*)<br>Juan O. Perla (*pro hac vice*)<br>Robert Groot (*pro hac vice*)<br>David V. Holmes (*pro hac vice*)<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>jperla@curtis.com<br>rgroot@curtis.com<br>dholmes@curtis.com | */s/ Samuel T. Hirzel, II*<br>Samuel T. Hirzel, II (#4415)<br>Brendan Patrick McDonnell (#7086)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>SHirzel@hegh.law<br>bmcdonnell@hegh.law<br><br>*Attorney for Intervenor Petróleos de Venezuela, S.A.* |

Dated: December 1, 2025