## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, <br><br>        Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>        Defendant. | Case No. 17-mc-151-LPS |
| GOLD RESERVE INC., <br><br>        Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>        Defendant. | Case No. 22-mc-453-LPS |

### GOLD RESERVE'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Gold Reserve Ltd. f/k/a Gold Reserve Inc. ("Gold Reserve") appeals to the United States Court of Appeals for the Third Circuit from the District Court's November 29, 2025 Order (D.I. 2556) and from all prior orders and decisions giving rise to and incorporated within that Order including without limitation the District Court's November 25, 2025 Opinion and Order (D.I. 2553, 2554).

Dated: December 1, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: _/s/ Kevin J. Mangan_
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
Stephanie S. Riley (#5803)
1313 N. Market St., Suite 1200
Wilmington, DE 19801
Telephone: 302-252-4320
Kevin.mangan@wbd-us.com
Matthew.ward@wbd-us.com
Stephanie.riley@wbd-us.com

- and -

**BRITHEM LLP**

Michael J. Bowe (*pro hac vice*)
Lauren Tabaksblat (*pro hac vice*)
Andrew T. Sutton (*pro hac vice*)
Kate E. Fisch (*pro hac vice*)
565 5th Avenue
New York, New York 10017
Telephone: (646) 653-9378
mbowe@brithem.com
ltabaksblat@brithem.com
asutton@brithem.com
kfisch@brithem.com

**NORTON ROSE FULBRIGHT US LLP**
Matthew H. Kirtland (*pro hac vice*)
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: 202-662-0200
Matthew.kirtland@nortonrosefulbright.com

- and –

Katherine G. Connolly (*pro hac vice*)
One Embarcadero Center, Suite 1050
San Francisco, CA 94111
Telephone: 628-231-6816
Katie.connolly@nortonrosefulbright.com

- and –

Taylor J. LeMay (*pro hac vice*)
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: 713-651-3578
Taylor.lemay@nortonrosefulbright.com

*Attorneys for Gold Reserve Ltd.*