IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF ) | |
| VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

**ORDER APPROVING FEES AND EXPENSES
<u>SUBMITTED BY SPECIAL MASTER</u>**

Upon consideration of the itemized statement of fees and expenses submitted by the Court-appointed Special Master by letter dated October 3, 2025 (the "***Itemized Statement***"), and pursuant to the Court's Order Regarding Special Master [D.I. 277],

IT IS HEREBY ORDERED this 9th day of December, 2025, that:

1. The Court, having considered any objections or comments from the Sale Process Parties and the December 5 joint status report (D.I. 2568), finds the fees and expenses in the Itemized Statement are regular and reasonable, and the Itemized Statement is approved.

2. The Court hereby approves fees and expenses in the amount of $6,878,610.44 for the period of July 1, 2025 to August 31, 2025.

3. Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order Regarding Special Master.

_____
Honorable Leonard P. Stark
United States District Court