**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19801 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
**(302) 302-4030**

WRITER'S EMAIL ADDRESS
**michaelbarlow@quinnemanuel.com**

December 19, 2025

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:   ***Crystallex International Corp. v. Bolivarian Republic of Venezuela,***
      ***D. Del. C.A. No. 1:17-mc-00151-LPS***

Dear Judge Stark:

We write on behalf of Amber Energy Inc. ("Amber") pursuant to Amber's commitment to advise the Court and the parties of regulatory approvals, D.I. 2550, and the Court's December 19, 2025 Order, D.I. 2586.

On December 18, 2025, Amber received notice from the Secretariat of the Economy in Mexico of a decision by the Board of Commissioners of the Mexican National Antitrust Commission that the proposed transaction is unlikely to affect the process of free competition and economic competition and thus has been granted approval pursuant to the Commission's decision No. CNT-135-2025. This approval is valid for six months, subject to extension.

Respectfully submitted,

 /s/ Michael A. Barlow

Michael A. Barlow (No. 3928)

CC:   All Counsel of Record (via CM/ECF)
                                                                .

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH