# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., Plaintiff, v. BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | C.A. No. 1:17-mc-00151-LPS |
| SIEMENS ENERGY, INC., Plaintiff, v. PETRÓLEOS DE VENEZUELA, S.A., Defendant. | C.A. No. 22-mc-00347- LPS |

## ORDER

Having considered the Motion to Substitute XYQ US, LLC for Siemens Energy, Inc. as real-party-in-interest in the above-captioned actions (the "Motion"), and the accompanying Declaration of Justin M. Forcier, dated December 19, 2025, together with the exhibits annexed thereto, and pursuant to Fed. R. Civ. P. 25(c), IT IS HEREBY ORDERED this 23rd day of December, 2025 that the Motion is granted and XYQ US, LLC is hereby substituted for Siemens Energy, Inc. as real-party-in-interest in the above captioned actions.

The caption of Case No. 22-mc-00347- LPS should be amended to read: XYQ US, LLC, *Plaintiff*, v. PETRÓLEOS DE VENEZUELA, S.A., *Defendant*.

- 2 -

SO ORDERED this 23rd day of December, 2025.

 

_____
HONORABLE LEONARD P. STARK