# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 1:17-mc-00151-LPS |

## XYQ US, LLC'S NOTICE OF APPEAL

Notice is hereby given that XYQ US, LLC, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's November 29, 2025 Order (D.I. 2556) and from all prior orders and decisions giving rise to or incorporated within that Order, including without limitation the District Court's November 25, 2025 Opinion and Order (D.I. 2553, 2554).

Dated: December 27, 2025

OF COUNSEL:

David Elsberg
Daria Balaeskoul
ELSBERG BAKER &
   MARURI PLLC
1 Pennsylvania Plaza # 4015
New York, NY 10119
(212) 597-2602
delsberg@elsberglaw.com*
dbalaeskoul@elsberglaw.com*

*Pro hac vice forthcoming*

Respectfully submitted,

REED SMITH LLP

*/s/ Justin M. Forcier*
Justin M. Forcier (No. 6155)
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
jforcier@reedsmith.com

*Counsel for XYQ US, LLC*