# DR. LEROY A. GARRETT

PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS
HTTPS://VZLAHOLOCAUSTO.ORG/EN/

832-652-7912 | lry_garrett@yahoo.com | 6725 S Fry Rd. Ste 700 – 338 Katy Texas 77494

---

December 26, 2025

The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: Crystallex International Corp. v. Bolivarian Republic of Venezuela, C.A. No. 1:17-mc-00151-LPS

**FILED DEC 29 2025 US DISTRICT COURT DISTRICT OF DELAWARE**

Dear Judge Stark,

I respectfully notify the Court of a development relevant to the PDVH sale and equitable distribution.

On December 26, 2025, I submitted supplemental communication to the Inter-American Commission on Human Rights (IACHR – Case: MC-1393-25) in pending petition, requesting precautionary measures to preserve proceeds for reparations to 23,000 Petroleum Holocaust victims (Exhibit A).

This aligns with OFAC's December 18, 2025 acknowledgment of my FOIA request for sale licensing/human rights records (D.I. 2595).

International scrutiny warrants equitable consideration of a Qualified Settlement Fund carve-out before final distribution.

Respectfully,

*[signature]*

Dr. Leroy A. Garrett
Pro Se Representative for ~23,000 Petroleum Holocaust Victims

**Exhibit A**: IACHR Communication
cc: Counsel of record, via PACER distributed by the Clerk of the Court.