# DR. LEROY A. GARRETT

PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS
HTTPS://VZLAHOLOCAUSTO.ORG/EN/
832-652-7912 | lry_garrett@yahoo.com | 6725 S Fry Rd. Ste 700 – 338 Katy Texas 77494

---

December 20, 2025
The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570



Re: Crystallex International Corp. v. Bolivarian Republic of Venezuela, C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark,

I respectfully notify the Court of developments relevant to the PDVH share sale and regulatory compliance (D.I. 2586, 2594).

Amber Energy's December 19, 2025 notice of Mexican antitrust approval (D.I. 2594) highlights the ongoing regulatory dependency of the transaction.

The critical U.S. approval—OFAC license—remains pending, as confirmed by OFAC's December 18, 2025 acknowledgment of my FOIA request for sale licensing records, including human rights considerations (attached Exhibit A).

Creditors' recurring procedural objections—lack of standing, non-creditor status, 'frivolous' filings, and reluctance to recognize alter ego liability—remain unrebutted by their waiver of reply in the Third Circuit (Dkt. 15). These attacks cannot erase associational/moral standing for ILO-documented victims or the executive branch's acknowledgment of human rights considerations in sale licensing (Exhibit A). Equity demands a Qualified Settlement Fund to prevent irreversible extinguishment of blood claims.

This ongoing executive review demands equitable consideration of a Qualified Settlement Fund condition.

1

Respectfully,

*[signature]*

**Dr. Leroy A. Garrett**
Pro Se Representative for ~23,000 Petroleum Holocaust Victims

**Exhibit A**: OFAC Acknowledgment Letter dated December 18, 2025
cc: Counsel of record, via PACER distributed by the Clerk of the Court.