# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3323

Crystallex International Corp v. Bolivarian Republic of Venezuela, et al

(U.S. District Court No.: 1:17-mc-00151)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    December 30, 2025
JK/cc:    Ginger D. Anders, Esq.
Stephen M. Baldini, Esq.
Michael A. Barlow, Esq.
Daniel D. Birk, Esq.
Michael J. Bowe, Esq.
Hannah M. Bucher, Esq.
Geoffrey Cajigas, Esq.
Michael H. Cassel, Esq.
Ze-wen J. Chen, Esq.
Joseph L. Christensen, Esq.
Katherine G. Connolly, Esq.
Alexandra M. Cumings, Esq.
Richard J. D'Amato, Esq.
Malisa C. Dang, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

Matthew F. Davis, Esq.
Nathan P. Eimer, Esq.
Miguel A. Estrada, Esq.
Doctor Leroy A. Garrett,
George M. Garvey, Esq.
Elaine J. Goldenberg, Esq.
Marcus J. Green, Esq.
Lydia L. Halpern, Esq.
Samuel T. Hirzel II, Esq.
Zachary Kady, Esq.
Michael S. Kim, Esq.
Susheel Kirpalani, Esq.
Matthew H. Kirtland, Esq.
Jef Klazen, Esq.
Taylor J. LeMay, Esq.
Stephanie Lindemuth, Esq.
Randall C. Lohan,
Kevin J. Mangan, Esq.
Richard G. Mason, Esq.
Brian C. McCarty, Esq.
Brendan P. McDonnell, Esq.
Kevin A. Meehan, Esq.
Adeel Mohammadi, Esq.
Rahim Moloo, Esq.
Garrett B. Moritz, Esq.
Jason W. Myatt, Esq.
Bindu A.G. Palapura, Esq.
Juan O. Perla, Esq.
Joseph D. Pizzurro, Esq.
Phillip Reytan, Esq.
Stephanie S. Riley, Esq.
Andrew J. Rossman, Esq.
Jason W. Rubin, Esq.
Matthew R. Scheck, Esq.
Gregory M. Schweizer, Esq.
Alec Solotorovsky, Esq.
Myron T. Steele, Esq.
Lucas C. Townsend, Esq.
Donald B. Verrilli Jr., Esq.
Susan W. Waesco, Esq.
Matthew P. Ward, Esq.

Robert L. Weigel, Esq.
Amy R. Wolf, Esq.