# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF ) | |
| VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

## SPECIAL MASTER'S MONTHLY REPORT
## FOR THE PERIOD OF SEPTEMBER 1, 2025 TO NOVEMBER 30, 2025

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

Dated: December 31, 2025
12629845 / 21202.00001

ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

Dated: December 31, 2025

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

    Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 1:17-mc-00151-LPS (D. Del.); Special Master's Monthly Report for the Period of September 1, 2025 to November 30, 2025 (this "***Report***")

Dear Judge Stark:

    By order dated April 13, 2021 [D.I. 258], Your Honor appointed me as Special Master in this case to design, oversee, and implement the sale of Petroleos de Venezuela, S.A.'s ("***PDVSA***") shares of PDV Holding Inc. On May 27, 2021, Your Honor issued the *Order Regarding Special Master* [D.I. 277] (the "***May 27 Order***")[1] setting forth, among other things, various obligations and duties applicable to the Special Master, the Parties, and ConocoPhillips (together with the Parties, the "***Sale Process Parties***"), including my obligation to provide the Court with a periodic status report concerning my progress and efforts. The last report that I submitted to the Court was for the period of July 1, 2025 to August 31, 2025 [D.I. 2355] (the "***July through August 2025 Report***"). I hereby write to provide this Report for the period since the July through August 2025 Report through November 30, 2025.

    Pursuant to paragraph 29 of the Sale Procedures Order, holders of Attached Judgments that receive no proceeds in satisfaction of any part of their Attached Judgment in connection with the Amber Bid are excused from contributing to the payment of any Transaction Expenses incurred thereafter.[2] Accordingly, the Special Master will adjust the pro rata allocation of Transaction Expenses for this Report and subsequent reports.

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the May 27 Order and the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "***Sale Procedures Order***") or the Court's *Opinion* dated November 25, 2025 [D.I. 2553] (the "***November 25 Opinion***").

[2] As of the date hereof, the holders of Attached Judgments that receive no proceeds in connection with the Amber Bid are Siemens Energy Inc., Consorcio Andino, S.L., Valores Mundiales, S.L.,

The Honorable Leonard P. Stark
December 31, 2025
Page 2

Crystallex and ConocoPhillips have requested that I seek the Court's authorization to reallocate payment of Transaction Expenses associated with the Special Master's defense in response to *Gold Reserve's Motion to Disqualify the District Judge, the Special Master, and the Special Master's Advisors under 28 U.S.C. § 455* [D.I. 2389] and *The Venezuela Parties' Motion to Disqualify the Special Master and His Advisors* [D.I. 2384] (together, with the related discovery, appeals, and other proceedings, the "**Disqualification Proceedings**") to Gold Reserve and the Venezuela Parties, collectively, pursuant to the Sale Procedures Order [D.I. 481 ¶ 47] ("the Special Master shall have the discretion to seek from the Court authorization to reallocate payment of any Transaction Expenses if the circumstances require").  I respectfully submit it is appropriate for the Venezuela Parties and Gold Reserve to bear the Transaction Expenses incurred in connection with the Disqualification Proceedings, particularly in light of the Court's holding that the motions' "lack merit".  *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. MC 17-151-LPS, 2025 WL 3170803, at *7 (D. Del. Nov. 13, 2025).  With respect to the Venezuela Parties, this is the fourth time they have sought to disqualify the Special Master or my advisors (collectively, the "**Advisors**").  The Transaction Expenses incurred by the Special Master in responding to the Disqualification Proceedings were entirely caused by the Venezuela Parties and Gold Reserve.  In these circumstances, it is appropriate for the Venezuela Parties and Gold Reserve to bear these Transaction Expenses in their entirety rather than force holders of Attached Judgments, none of whom joined in the motions, to bear the cost of the frivolous claims.  Accordingly, at the request of Crystallex and ConocoPhillips, I respectfully request the Court's authorization to reallocate an aggregate of $3,105,356.61 of fees and expenses in connection with responding to the Disqualification Proceedings in equal parts to the Venezuela Parties and Gold Reserve (*i.e.*, 50% to the Venezuela Parties and 50% to Gold Reserve).

**<u>Summary of Events Taking Place in September through November 2025</u>**

In September through November 2025, I have undertaken the following actions, with the assistance of my advisors, in accordance with my duties and obligations set forth in the May 27 Order:

- Engaged in various work streams related to the sale process in furtherance of my obligations under the Sale Procedures Order, including:

    o Reviewed documentation regarding OFAC license and corresponded with Amber's counsel regarding the same;

---

Contrarian Capital Management, L.L.C., ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. in connection with the ICSID Judgment, Gramercy Distressed Opportunity Fund LLC, and Saint-Gobain Performance Plastics Europe.  In light of ConocoPhillips' collections on its Petrozuata/Hamaca Judgment (third judgment according to the Final Priority Order [D.I. 1136]) since the filing of the Updated Final Recommendation, the illustrative sale proceeds waterfall for the Amber Bid provides a partial recovery to Gold Reserve, assuming a June 30, 2026 closing, and therefore Gold Reserve must continue to pay its per capita share of Transaction Expenses.

The Honorable Leonard P. Stark
December 31, 2025
Page 3

- o Reviewed documentation regarding CFIUS filing;

- o Reviewed documentation regarding antitrust and foreign regulatory filings and corresponded with Amber's counsel regarding the same;

- o Negotiated and drafted the Sale Order with bidders and certain Additional Judgment Creditors;

- o Conducted confidentiality review with respect to certain parties' filings and conferred with certain parties regarding same;

- o Reviewed and prepared transaction documents in preparation for executing SPA and conferred with Amber's counsel regarding the same;

- o Drafted and prepared notice of termination of Dalinar SPA;

- o Reviewed and analyzed highly confidential documents produced by Gold Reserve;

- o Reviewed and analyzed the September 18, 2025 *Opinion and Order* in *Petroleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*, No. 19 CIV. 10023 (KPF) (S.D.N.Y);

- o Reviewed documents related to Blue Water's unsolicited proposal; negotiated NDA regarding the same;

- o Prepared the *Special Master's Opposition to Gold Reserve's Motion to Strike Special Master's Notice of Determination of Superior Proposal* [D.I. 2176];

- o Met and conferred with the Sale Process Parties and Additional Judgment Creditors;

- o Liaised with parties supporting the Special Master's Updated Final Recommendation regarding the *Special Master's Proposed Findings of Fact* [D.I. 2377];

- o Met and conferred with parties related to the Proposed Sale Order and objections to it;

- o Reviewed and analyzed the Court's November 25 Opinion;

- o Prepared multiple Joint Status Reports related to the Court's November 25 Opinion and met and conferred with parties regarding the same.

- Engaged in various work streams in preparation for the Sale Hearing, including:

    o Met and conferred with parties related to the Sale Hearing;

    o Prepared materials for the Sale Hearing;

    o Prepared for and attended the four-day Sale Hearing (September 15, 2025 through September 18, 2025) in Wilmington, DE;

    o Prepared for and attended the October 21, 2025 Hearing in Wilmington, DE;

    o Reviewed declarations and expert reports filed by various parties;

    o Reviewed potential exhibits and prepared exhibit list;

    o Preparation for cross-examinations;

    o Prepared for the direct examination of Mr. William Hiltz; and

    o Prepared witness binders for direct and cross examinations.

- Engaged in various work streams related to discovery, including:

    o Reviewed documents to be shared in response to discovery requests from the Venezuela Parties and certain holders of Attached Judgments;

    o Met and conferred with the Sale Process Parties and certain holders of Attached Judgments regarding discovery issues;

    o Drafted privilege log in conjunction with discovery productions;

    o Prepared for and attended September 4, 2025, deposition of Mr. William Hiltz; and

    o Prepared for and attended depositions of various other witnesses.

- Engaged in various work streams related to the Disqualification Proceedings:

    o Reviewed documents to be shared in response to requests for production from Gold Reserve and the Venezuela Parties;

    o Prepared discovery protocol regarding discovery requests from Gold Reserve and the Venezuela Parties;

The Honorable Leonard P. Stark
December 31, 2025
Page 5

- o Met and conferred with Gold Reserve and the Venezuela Parties regarding discovery requests;

- o Drafted and prepared joint status reports regarding discovery requests from Gold Reserve and the Venezuela Parties;

- o Prepared briefing in response to the Disqualification Motions;

- o Prepared for and attended the hearing of the Disqualification Motions on October 20, 2025 in Wilmington, DE;

- o Prepared briefing in response to Gold Reserve's *Petition for Writ of Mandamus* in the U.S. Court of Appeals for the Third Circuit, dated October 28, 2025; and

- o Reviewed and analyzed appeal briefing and materials related to the Disqualification Proceedings.

- Prepared and filed numerous pleadings and briefs, and engaged with parties-in-interest related thereto, including:

  - o *Special Master's Letter Regarding Requests to Serve Full Unredacted Versions of Ex Parte Transcripts* [D.I. 2153];

  - o *Notice of Filing of Full Unredacted Transcripts of August 11 and August 13 Ex Parte Meetings of the Court and Special Master* [D.I. 2155];

  - o *Special Master's Opposition to Gold Reserve's Motion to Strike* [D.I. 2176];

  - o *Special Master's Joint Status Report* [D.I. 2209];

  - o *Special Master's Response to Objections to Updated Final Recommendation* [D.I. 2273];

  - o *Special Master's Notice of Disclosure of Additional Consideration Offered by Amber* [D.I. 2301];

  - o *Special Master's Response to Emergency Request to Postpone the Sale Hearing* [D.I. 2302];

  - o *Special Master's Letter Regarding Joint Status Report* [D.I. 2311];

  - o *Joint Status Report* [D.I. 2312];

The Honorable Leonard P. Stark
December 31, 2025
Page 6

- *Notice of Special Master's Termination of Dalinar Stock Purchase Agreement and Execution of Amber Stock Purchase Agreement* [D.I. 2319] and the sealed version of the same notice;

- *Joint Exhibit List & Witness List for Sale Hearing* [D.I. 2321] and the sealed version of the same;

- *Second Supplemental Notice with Respect to Confidentiality Agreements* [D.I. 2325] and the sealed version of the same notice;

- *Second Joint Status Report* [D.I. 2327];

- *Special Master's Joint Status Report* [D.I. 2353];

- *Special Master's Third Joint Status Report* [D.I. 2344] and the corrected and sealed versions of the same joint status report;

- *Special Master's Letter Regarding Blue Water Venture Partners, LLC's Motion Requesting Approval of the Court to Consider Unsolicited Bid* [D.I. 2352];

- *Special Master's Monthly Report for the Period of July 1, 2025 to August 31, 2025* [D.I. 2355];

- *Special Master's Post-Sale Hearing Brief* [D.I. 2372];

- *Special Master's Proposed Findings of Fact* [D.I. 2377] and the sealed version of the same;

- *Special Master's Supplemental Proposed Findings of Fact* [D.I. 2431] and the sealed version of the same;

- *Special Master's Post-Sale Hearing Response Brief* [D.I. 2432];

- *Special Master's Opposition to Gold Reserve's & The Venezuela Parties' Disqualification Motions* [D.I. 2450] and the sealed version of the same brief;

- *Special Master's Letter Regarding Special Master's Response Regarding Confidentiality Redactions* [D.I. 2472] and the sealed version of the same letter;

- *Notice of Filing of Transcripts of Ex Parte Meetings of the Court and the Special Master* [D.I. 2473];

- o   *Special Master's Post-Sale Hearing Reply Brief* [D.I. 2489];

- o   *Notice of Filing of Further Revised Proposed Sale Order* [D.I. 2496];

- o   *Special Master's Letter Regarding Response to the Venezuela Parties' Letter Regarding Amber's Bid Letter* [D.I. 2512];

- o   *Special Master's Letter Regarding the Sale Order and Amendment to the Stock Purchase Agreement* [D.I. 2530];

- o   *Special Master's Letter Regarding Rusoro and Gold Reserve's Joint Status Report* [D.I. 2537];

- o   *Special Master's Joint Status Report* [D.I. 2543];

- o   *Supplemental Notice of Filing of Transcripts of Ex Parte Meetings of the Court and the Special Master* [D.I. 2545]; and

- o   *Special Master's Joint Status Report* [D.I. 2555].

## Statement of Fees and Expenses

The May 27 Order requires that I submit an Itemized Statement of my fees and expenses to the Court. During the period from September 1, 2025 to November 30, 2025, my Advisors and I have incurred an aggregate of $15,346,482.91 of fees and expenses in connection with carrying out my duties as Special Master, as shown in the table below. Pursuant to the Sale Procedures Order, the *Memorandum Order* dated January 8, 2024 [D.I. 838] (the "**January 8 Order**"), and the *Oral Order* dated January 24, 2024 [D.I. 886] (the "**January 24 Order**"), each Sale Process Party and Additional Judgment Creditor is required to make prompt payment of its allocation of Transaction Expenses as a condition to retaining its status as an Additional Judgment Creditor. Following the approval by the Court of the Transaction Expenses described in this Report, the Special Master will send an invoice to each Sale Process Party and Additional Judgment Creditor setting forth the amount such party is required to pay, as well as wire instructions for payment. All Transaction Expenses will be paid per capita by each Sale Process Party and each Additional Judgment Creditor that receives proceeds in connection with the Amber Bid, subject to any re-allocation of Transaction Expenses associated with the Disqualification Proceedings, as requested above.

The Honorable Leonard P. Stark
December 31, 2025
Page 8

| Transaction Expenses (Excluding Disqualification Motion) | | | |
|---|---|---|---|
| | September 2025 | October 2025 | November 2025 |
| **Special Master** | $71,012.50 | $47,547.50 | $18,743 |
| **Weil, Gotshal & Manges LLP** | $4,108,026.07 | $2,663,607.05 | $657,727.03 |
| **Evercore[3]** | $322,952.67 | $355,180.33 | $3,806,608 |
| **Potter Anderson & Corroon LLP** | $81,129.57 | $90,082.53 | $13,396.50 |
| **Santora CPA Group** | $2,044.10 | $1,234.10 | $1,835.35 |
| **Total for the Month** | $4,585,164.91 | $3,157,651.51 | $4,498,309.88 |
| **Total for the Period** | $12,241,126.30 | | |
| **Disqualification Motion Expenses** | | | |
| | September 2025 | October 2025 | November 2025 |
| **Weil, Gotshal & Manges LLP[4]** | $639,612.84 | $1,671,291.50 | $475,555.50 |
| **Evercore[5]** | $0 | $126,760.85 | $192,135.92 |
| **Total for the Month** | $639,612.84 | $1,798,052.35 | $667,691.42 |
| **Total for the Period** | $3,105,356.61 | | |

These amounts include the monthly fees and expenses of counsel in connection with the matters described above and the monthly fees of my financial advisor, Evercore, for September 2025, in connection with their assistance with the preparation for the sale process, including the performance of due diligence and related analysis. The Itemized Statements for September 2025 (attached hereto as Annex LL), October 2025 (attached hereto as Annex MM), and November 2025 (attached hereto as Annex NN) contain a breakdown of such fees and expenses among my Advisors and myself.

**Compliance with December 31 Order**

Consistent with the Court's direction related to the revised billing procedures beginning in January 2025, I have implemented several procedures to reduce the number of timekeepers billing

---

[3] The amount quoted for each month of the period for Evercore includes out-of-pocket expenses incurred by Evercore, including third party fees related to hosting the Virtual Data Room. Evercore's monthly professional fee is $200,000. The amount for November 2025 also includes the initial $3,500,000 of the Sale Fee, as approved by the Court in the Sale Procedures Order.

[4] Weil's fees associated with the Disqualification Proceedings are recorded in Task Code 1001 in the invoices attached hereto as Annexes LL, MM, and NN.

[5] Evercore's expenses related to the Disqualification Proceedings are comprised of legal fees payable to its external counsel, Friedman Kaplan Seiler Adelman & Robbins LLP ("*Friedman Kaplan*"). Friedman Kaplan's fees for September 2025 are included in Evercore's October 2025 invoice and Friedman Kaplan's fees for October 2025 are included in Evercore's November 2025 invoice.

The Honorable Leonard P. Stark
December 31, 2025
Page 9

to this matter and to ensure that all times entries will be sufficiently detailed to allow others to understand the work that was performed.

  I respectfully request that Your Honor determine that such fees and expenses are regular and reasonable. A proposed form of order is enclosed for Your Honor's consideration.

  I am available at the convenience of the Court, should Your Honor have any questions.

                Respectfully Yours,

                /s/ *Robert B. Pincus*

                Robert B. Pincus, in my capacity as
                Special Master for the United States
                District Court for the District of
                Delaware

Enclosures

cc: All Counsel of Record (via CM/ECF and E-Mail)