Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

December 26, 2025.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
by Leroy Garrett - Plaintiff
Case: 1:24-cv-00380-JLH.

Dear Mr. Lohan,

The attached: Correspondence addressed to Judge Hall, would you possibly docket such notice under the proceedings being held to the case GARRETT versus PDV HOLDING. ( No. 1:24-cv-00380-JLH).

Attached, also, you will find another letter for Judge Kenneth Stark (Case: 1:17-mc-00151)

Thank you for your attention to this matter. I appreciate your assistance and look forward to your confirmation of receipt and docketing.

Sincerely,

*[signature]*

Dr. Leroy A. Garrett
Plaintiff.