**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19801 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
**(302) 302-4030**

WRITER'S EMAIL ADDRESS
**michaelbarlow@quinnemanuel.com**

January 7, 2026

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:   ***Crystallex International Corp. v. Bolivarian Republic of Venezuela,***
***D. Del. C.A. No. 1:17-mc-00151-LPS***

Dear Judge Stark:

    We write on behalf of Amber Energy Inc. ("Amber") pursuant to Amber's commitment to advise the Court and the parties of regulatory approvals.  *See* D.I. 2550.

    On January 7, 2026, Amber received notice from the Moroccan Competition Council of a decision to approve the proposed transaction.

Respectfully submitted,

 /s/ *Michael A. Barlow*

Michael A. Barlow (No. 3928)

CC:  All Counsel of Record (via CM/ECF)
.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH