**Proposed Order**

**ORDER**

Upon consideration of Movant's Emergency Motion, IT IS HEREBY ORDERED that the motion is GRANTED/DENIED.

[ ] The Sale Order is modified to include a humanitarian reserve for the QSF.

[ ] Closing is stayed pending further order.

[ ] Other: _____

Date: _____

Hon. Leonard P. Stark