womblebonddickinson.com



Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

January 13, 2026

The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Kevin J. Mangan
Partner
Direct Dial: 302-252-4361
Direct Fax: 302-661-7729
E-mail: Kevin.Mangan@wbd-us.com

Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* Case No. 17-mc-151

Dear Judge Stark,

Per the Court's January 9, 2026 oral order (D.I. 2613), we write to provide notice that Gold Reserve objects to the Special Master's monthly report for the period ending November 30, 2025 (D.I. 2606), including without limitation the Special Master's proposal that Gold Reserve and the Venezuela Parties should pay in equal shares the over $3 million in expenses that the Special Master states he incurred in relation to the disqualification motions (D.I. 2606 at 2).

Gold Reserve proposes the following briefing schedule for its objections:  opening letter briefs due by January 20, 2026 (five pages); response letter briefs due by January 27, 2026 (5 pages), and reply letter briefs due by February 2, 2026 (3 pages).

Gold Reserve has conferred with the Venezuela Parties and the Special Master regarding this proposed briefing schedule.  The Venezuela Parties are proposing the same briefing schedule.  The Special Master has communicated that he has no objection to the proposed schedule.

Respectfully submitted,

**Womble Bond Dickinson (US) LLP**

*/s/ Kevin J. Mangan*
Kevin J. Mangan

Matthew H. Kirtland (admitted *pro hac vice*)
**Norton Rose Fulbright US LLP**
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: 202-662-0200
matthew.kirtland@nortonrosefulbright.com

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

        Michael J. Bowe (admitted *pro hac vice*)
        **Brithem LLP**
        565 Fifth Avenue
        New York, NY 10017
        Telephone: 646-653-9173
        mbowe@brithem.com

cc: Counsel of Record (via ECF)