# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 351-9200
(302) 658-3989 FAX

Alexandra M. Cumings
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

January 13, 2026

**SUBMITTED VIA E-FILE**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

        Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
               D. Del. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      Pursuant to D.I. 2613, the Venezuela Parties hereby notify the Court that they object to the Special Master's December 31, 2025 monthly report to the extent it asks the Court to reallocate payment responsibility for over $3 million of the Special Master and his advisors' sale process expenses related to the Venezuela Parties' and Gold Reserve's disqualification motions exclusively to the Venezuela Parties and Gold Reserve. D.I. 2606 at 3. In addition to opposing the fee shifting proposal, the Venezuela Parties object to the magnitude of the fees purportedly incurred to respond to the disqualification motions.[1] The Venezuela Parties propose that the letter brief on their objection be due January 20, 2026 (5 pages), response letter briefs be due January 27 (five pages) and reply letter briefs be due February 2 (3 pages). The Venezuela Parties have conferred with Gold Reserve and the Special Master regarding this proposed briefing schedule. Gold Reserve is proposing the same briefing schedule. The Special Master has communicated that he has no objection to the proposed schedule.

                                    Respectfully,

                                    */s/ Alexandra Cumings*

                                    Alexandra Cumings (#6146)

---

[1] The Venezuela Parties' objection noticed herein is in addition to their standing objection to the Special Master's fees, generally (*see* D.I. 1478 at 2 (describing the Venezuela Parties' "standing objection to the Special Master's growing fees" and the Court's recognition of the same)), and to their pending objection to his fees on the grounds of their disqualification motion that is now on appeal (D.I. 2568 at 3; D.I. 2462).