**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19801 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
**(302) 302-4030**

WRITER'S EMAIL ADDRESS
**michaelbarlow@quinnemanuel.com**

January 15, 2026

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:     *Crystallex International Corp. v. Bolivarian Republic of Venezuela,*
        *D. Del. C.A. No. 1:17-mc-00151-LPS*

Dear Judge Stark:

        We write on behalf of Amber Energy Inc. ("Amber") pursuant to Amber's commitment to advise the Court and the parties of regulatory approvals.  *See* D.I. 2550, D.I. 2586.

        On January 15, 2026, Amber received formal notice from the European Commission of its decision, adopted on January 14, 2026, to approve the proposed transaction.

                                Respectfully submitted,

                                 _/s/ Michael A. Barlow_____

                                Michael A. Barlow (No. 3928)

CC:  All Counsel of Record (via CM/ECF)
                                        .

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH