# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Case No. 1:17-mc-00151-LPS

## AFFIDAVIT OF LEROY A. GARRETT IN SUPPORT OF EXCUSABLE NEGLECT FOR FILING DEADLINE (FED. R. CIV. P. 6(b))

I, Leroy A. Garrett, pro se, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the pro se appellant in this case and reside in Katy, TX.

2. My Reply to Docket #2621 is due January 27, 2026. I am dispatching it via UPS overnight today (January 23, 2026, tracking attacched) for expected delivery by deadline.

3. A major winter storm is forecasted (NWS.gov, January 23-25, 2026: heavy snow/ice from Texas to Delaware, disrupting shipping routes, airports (DFW/ATL), and UPS operations—see attached forecasts, Exhibit L-1). This constitutes unforeseen excusable neglect (Pioneer Inv. Servs. v. Brunswick Assocs., 507 U.S. 380 (1993), weather as good cause).

4. No prejudice to parties; filing is complete and dispatched in good faith.

Dated: January 23, 2026

*/s/ Leroy Garrett*
Dr. Leroy A. Garrett.

**Exhibit L-1**: NWS Forecast Screenshots/UPS Alert