**Dr. Leroy A. Garrett.**
**6725 S Fry Rd. Ste 700 – 338**
**Katy Texas 77494.**
**Cell- 832-652-7912**

January 23, 2026.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
**Case**: 1:17-mc-00151-LPS.

**Re: Dr. Garrett's Reply to Responses on Jurisdiction (Docket #2621) in Case No. 1:17-mc-00151-LPS; Emergency Motions for Relief from Sale Order (D.I. 2614, 2620); Potential Winter Storm Delay.**

Dear Mr. Lohan,

Pursuant to Fed. R. Civ. P. 5(d)(2) and D. Del. Local Rule 5.1(b), I am submitting via UPS overnight shipping (attached tracking number [Insert Tracking Number) my Reply to Responses on Jurisdiction (Oral Order Doc. #2621, due January 27, 2026) in the above-captioned case. Due to a major winter storm approaching the United States (per National Weather Service forecasts for January 23-25, 2026, affecting Texas, Mid-South, and Mid-Atlantic routes, including potential road closures, airport delays, and UPS transit disruptions), I am dispatching this response with reasonable anticipation today (January 23) to ensure timely delivery by the deadline, despite anticipated hazards.

This submission constitutes good-faith compliance with the Court's briefing schedule, invoking excusable neglect under Fed. R. Civ. P. 6(b)(1)(B) due to the unforeseen weather event (force majeure). Attached is an affidavit detailing the storm's impact on shipping from Houston, TX, to Wilmington, DE, including NWS links and UPS service alerts. I respectfully request the filing be deemed timely upon receipt and processed accordingly. No extension is sought, as the enclosed reply is complete.

Thank you for your assistance in this pro se matter. I am available for any clarification.
Respectfully submitted,

Sincerely,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Venezuelan Petroleum Holocaust.
https://vzlaholocausto.org/En/