**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF DELAWARE**

CRYSTALLEX INTERNATIONAL          )
    CORP., Plaintiff,                            )
                       )
v.                                                          )
                       ) No. 1:17-mc-00151-LPS
BOLIVARIAN REPUBLIC OF            )
    VENEZUELA,                                   )
    Defendant.                                      )
                       )
                       )

## DR. GARRETT's PRO SE NOTICE OF SUPPLEMENTAL AUTHORITY

January 27, 2026

Re: Briefing Schedule on Jurisdiction over Dr. Garrett's Filings (Oral Order Doc. 2621, January 15, 2026); Pro Se Reply Delivered January 26, 2026; Related Appeal No. 25-2519 (Third Circuit Order Granting Rehearing Exhibits, Jan 26, 2026)

Dear Judge Stark:

Pursuant to D. Del. LR 7.1.2 and Fed. R. Civ. P. 7(b), pro se Appellant Dr. Leroy A. Garrett respectfully submits this notice of supplemental authority to inform the Court of a significant development in related Appeal No. 25-2519 (Third Circuit), which supports jurisdiction and relief in my just-delivered Pro Se Reply to Responses on Jurisdiction (Docket #2621).

On January 26, 2026, the Third Circuit granted my motion for leave to file exhibits to the petition for rehearing en banc and panel rehearing (Case No. 25-2519, Document 46, attached as Exhibit M). This order confirms good cause for review, overriding the prior affirmance (mandate Doc. 2622, January 16, 2026) and aligning with the changed circumstances and new evidence (e.g., Forbes Exhibit G, p. 1, post-abduction auction opacity) argued in my reply. The grant

demonstrates manifest injustice from denying jurisdiction over Alter Ego claims and QSF

creation (26 U.S.C. § 468B), rebutting respondents' Rizzo v. Goode bars (Docs. #2626-2629)

and warranting a hearing without disrupting the sale closing (5% non-significant appropriation).

This supplemental authority does not reopen briefing but invites the Court's consideration in

ruling on Docket #2621. I am available for any clarification.

Respectfully submitted,

Dr. ~~Leroy A. Garrett~~
Venezuelan Petroleum Holocaust
Pro Se Attorney
6725 S Fry Road Ste. 700-338. Katy Texas 77494
cc: All counsel of record (via ECF)
Enclosure: Exhibit M (Third Circuit Order – Case 25-1925).

2