Exhibit M- Third Circuit Case # 25-2519, Order Docket # 46

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 25-2519

CRYSTALLEX INTERNATIONAL CORPORATION

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

LEROY A. GARRETT,
Appellant

(D. Del. Civ. No. 1:17-mc-00151)

Present: SHWARTZ, Circuit Judge

1. Motion filed by Appellant Doctor Leroy A. Garrett for leave to file attached exhibits to Petition for Rehearing En Banc and Panel Rehearing.

Respectfully,

Clerk/lmr

_____ORDER_____

The motion filed by Appellant Doctor Leroy A. Garrett for leave to file attached exhibits to Petition for Rehearing En Banc and Panel Rehearing is granted.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: January 26, 2026
Lmr/cc: Leroy A. Garrett
All Counsel of Record