Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

January 27, 2026.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Case: 1:17-mc-00151-LPS.
Dr. Garrett Reply to Docket #2621 – Notice of Supplemental Authority   Exhibit M (Third Circuit Order)

Dear Mr. Lohan,

I am Leroy A. Garrett, appearing pro se in the above-referenced matter. I respectfully submit this notice of our progress with the appeal before the Third Circuit Case # 25-2519, Order Docket # 46. (Granting Petition for Rehearing En Banc and Panel Rehearing)

Identified as Exhibit M (the January 26, 2026 above mentioned order), I am kindly requesting to Court to include this exhibit as part of **REPLY TO RESPONSES ON JURISDICTION (ORAL ORDER DOC. 2621),** already submitted, and waiting for proper docketing.

As always, indeed grateful by your support and office outstanding disposition, as above mentioned- this supplemental exhibit is to be part of my January 27, 2026 reply.

Thank you very much for your assistance in this important matter.

Respectfully submitted,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se Attorney
Venezuelan Petroleum Holocaust.