```
STORE MANAGER                    1 LBS        1 OF 1
2813957733
PAK MAIL                                   DWT: 8,6,1
6725 S FRY RD  STE 700
KATY  TX 77494

SHIP TO:
   RANDALL LOHAN, CLERK OF COURT
   3025736170
   UNITED STATES DISTRICT COURT
   844 N KING ST UNIT 18
   WILMINGTON  DE  19801-3519
```



DE 197 9-25

**UPS GROUND**
TRACKING #: 1Z X15 626 03 9654 9987

BILLING: P/P

Trx Ref No.: PM PKG ID 444647
Trx Ref No.: FROM  LEROY A. GARRETT

U.S.M.S.