**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
Direct 302.984.6092
bpalapura@potteranderson.com

February 2, 2026

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

      Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
               D. Del. C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark:

      The Special Master respectfully submits this reply to the letter brief filed by ConocoPhillips concerning the Special Master's monthly report for the period ending November 30, 2025 (D.I. 2606) (the "**September–November 2025 Monthly Report**"). D.I. 2635.[1]

      ConocoPhillips states that it "defers to the Court's judgment as to whether consideration of the Special Master's request should be deferred." D.I. 2635 at 2. But the Sale Procedures Order states that "[t]he Special Master *shall* be compensated and reimbursed for all expenses (including fees and expenses of his Advisors) *on a monthly basis* by the Sale Process Parties . . . and any Additional Judgment Creditors." D.I. 481 ¶ 47 (emphasis added). And in a prior instance when this Court was asked to defer ruling on compensation for the Special Master and his Advisors until a sale is consummated, *see* D.I. 1479 at 2; D.I. 1477 at 6-7; D.I. 1497 at 4, the Court rejected that request and approved the Special Master's professional fees and expenses consistent with the Sale Procedures Order, D.I. 1505, 1516.

      The Court should do the same thing now. Regardless of whether the Court reallocates the professional fees and costs associated with the disqualification motions to Gold Reserve and the Venezuela Parties, the Special Master respectfully requests that the Court promptly approve the full amount of fees and expenses set forth in the September–November 2025 Monthly Report— including the fees and expenses incurred in connection with the Disqualification Proceedings—

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (D.I. 481) (the "**Sale Procedures Order**"), the *Special Master's Updated Final Recommendation* (D.I. 2123), or the September–November 2025 Monthly Report (D.I. 2606).

The Honorable Leonard P. Stark
February 2, 2026
Page 2

and order that those fees be paid now. Although the Special Master agrees that the circumstances support reallocating the fees and expenses incurred in connection with the Disqualification Proceedings, whether the Court is persuaded to reallocate those fees or not, that decision should be made now.

Respectfully submitted,

*/s/ Bindu A. Palapura*

Bindu A. Palapura

On Behalf of Robert B. Pincus, Special Master for the United States District Court for the District of Delaware

BAP:rms/12678726/21202.00001

cc:   Clerk of Court (via hand delivery)
      Counsel of Record (via CM/ECF)