

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz                                                                                   Direct Dial 302.576.1604
                                                                                                    gmoritz@ramllp.com

February 11, 2026

**VIA E-FILING**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

    Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
            C.A. No. 1:17-mc-00151-LPS

Dear Judge Stark,

      We write on behalf of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. ("ConocoPhillips") pursuant to Section 17 of the Court's Order dated November 29, 2025 (D.I. 2556) to provide an update regarding ConocoPhillips' additional recovery on its judgment against PDVSA and subsidiaries PDVSA Petróleo, S.A. and Corpoguanipa, S.A., rendered by the United States District Court for the Southern District of New York on August 22, 2018 (the "Petrozuata/Hamaca Judgment"). On February 11, 2026, ConocoPhillips received additional consideration in partial satisfaction of the Petrozuata/Hamaca Judgment totaling US $501,949.00.

                                                                                 Respectfully submitted,

                                                                                   */s/ Garrett B. Moritz*

                                                                                Garrett B. Moritz (Bar No. 5646)

cc:  All Counsel of Record