IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 17-151-LPS |
| ) | |
| BOLIVARIAN REPUBLIC OF ) | |
| VENEZUELA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING OF**
**REVISED ATTACHED JUDGMENT AMOUNT SCHEDULE**

**PLEASE TAKE NOTICE THAT**, the *Special Master's Updated Final Recommendation* dated August 29, 2025 (D.I. 2123) annexed a chart summarizing an illustrative distribution of proceeds from the Sale Transaction to the holders of Attached Judgments in accordance with the priority waterfall established in the *Final Priority Order* (D.I. 1102) based on an assumed Closing of June 30, 2026 (the "**Illustrative Priority Waterfall**"). *See* D.I. 2123-1 at 1-2. Pursuant to paragraph 17 of the *Order (i) Approving Stock Purchase Agreement, (ii) Authorizing Sale of the PDVH Shares Free and Clear of Liens, Encumbrances, and Other Interests, and (iii) Granting Related Relief* (D.I. 2556) (the "**Sale Order**"), a holder of an Attached Judgment that receives payment or consideration as an alternative recovery in connection with or in respect of an Attached Judgment prior to Closing shall notify the Court and the Special Master by filing a notice of the same on the public docket, and the Special Master shall subsequently revise illustrative amounts payable to holders of Attached Judgments and file a Revised Attached Judgment Amount Schedule on the public docket. D.I. 2556 ¶ 17.[1]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Sale Order.

**PLEASE TAKE FURTHER NOTICE THAT**, (i) prior to the entry of the Sale Order, on November 21, 2025, ConocoPhillips provided notice to the Special Master that it received an alternative recovery in partial satisfaction of its Attached Judgment in the amount of $890,000.00, and (ii) pursuant to paragraph 17 of the Sale Order, ConocoPhillips filed multiple notices on the docket informing the Court and the Special Master that it received alternative recoveries in partial satisfaction of its Attached Judgment in the amounts of $547,949.00, $627,098.70, and $501,949.00 (collectively, the "**ConocoPhillips Alternative Recoveries**"). *See* D.I. 2572, 2596, 2645. As of the date hereof, the aggregate amount of ConocoPhillips Alternative Recoveries is equal to $2,566,996.70.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to paragraph 17 of the Sale Order, attached hereto as **Exhibit A** is a Revised Attached Judgment Amount Schedule summarizing an illustrative distribution of proceeds from the Sale Transaction to holders of Attached Judgments based on an assumed closing date of June 30, 2026 (the "**February 2026 Illustrative Priority Waterfall**"). The February 2026 Illustrative Priority Waterfall revises and replaces the Illustrative Priority Waterfall to give effect to the ConocoPhillips Alternative Recoveries.

[Remainder of Page Intentionally Left Blank]

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Dated: February 19, 2026
12727202/ 21202.00001

By: */s/ Bindu A. Palapura*
Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Counsel for Special Master Robert B. Pincus*