IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL CORP.,          :
                                         :
            Plaintiff,                    :
                                         :
      v.                                  :   Misc. No. 17-151-LPS
                                         :
BOLIVARIAN REPUBLIC OF VENEZUELA,        :
                                         :
            Defendant.                    :

## ORDER

At Wilmington this **10th** day of **March, 2026**:

Upon consideration of the itemized statement of fees and expenses (D.I. 2606) submitted by the Court-appointed Special Master by letter dated December 31, 2025 (the "Itemized Statement"), and the submissions regarding Gold Reserve's objections thereto (D.I. 2647, 2650-54), and pursuant to the Court's Order Regarding Special Master (D.I. 277),

**IT IS HEREBY ORDERED** that:

1.      Gold Reserve's objections (D.I. 2647) to the amount of attorney fees requested in the Itemized Statement are **OVERRULED**.  The Court finds that the fees and expenses incurred by the Special Master and his Advisors to be regular, reasonable, and "reasonably necessary" for the Special Master to "fulfill his duties" under the Sale Procedures Order (D.I. 277 ¶¶ 15, 17), and hereby approves fees and expenses in the amount of $15,346,482.91 for the period of September 1, 2025 to November 30, 2025 (a period that included, among other things, briefing, preparation, and appearance at multiple days of evidentiary hearings on the merits of a recommended bid and objections to it and motions to disqualify).

2.      Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the applicable Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order Regarding Special Master.

March 10, 2026
Wilmington, Delaware

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT