**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RUDI LOVATI AND ALESSANDRO LUCIBELLO PIANI,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 1:23-MC-340 |
| CRYSTALLEX INTERNATIONAL CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 17-151-LPS |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Tracey E. Timlin, Esq., of Duane Morris LLP is hereby withdrawn as counsel for Rudi Lovati and Alessandro Lucibello Piani.  Duane Morris LLP will continue to represent Rudi Lovati and Alessandro Lucibello Piani.

*[Remainder of page intentionally left blank]*

Dated: March 11, 2026

**DUANE MORRIS LLP**

*/s/ Tracey E. Timlin*
Christopher M. Winter (#4163)
Mackenzie M. Wrobel (#6088)
Tracey E. Timlin (#6469)
1201 Market Street, Suite 501
Wilmington, Delaware 19801
Tel:  302-657-4925
Fax:  302-397-2502
cmwinter@duanemorris.com
mmwrobel@duanemorris.com
ttimlin@duanemorris.com

*Counsel for Rudi Lovati and Alessandro Lucibello Piani*

2