# DR. LEROY A. GARRETT

PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS
HTTPS://VZLAHOLOCAUSTO.ORG/EN/

832-652-7912 | lry_garrett@yahoo.com | 6725 S Fry Rd. Ste 700 – 338 Katy Texas 77494

**March 11, 2026**
Katy, Texas
Clerk of Court
**U.S. Court of Appeals for the Third Circuit**
**601 Market Street**
**Philadelphia, PA 19106**

**Re: Crystallex International Corp. v. Bolivarian Republic of Venezuela, No. 25-3347 et al.**

**(Supplemental Authorities Letter Pursuant to FRAP 28(j) re: Proposed Amicus Motion to Reconsider, Docket No. 232)**

Dear Clerk,

Pursuant to Federal Rule of Appellate Procedure 28(j), proposed amicus Doctor Leroy A. Garrett supplements his March 5, 2026, motion to reconsider (Docket No. 232) with the following supplemental authority:

U.S. Department of State Press Releases and Statements Recognizing Delcy Rodríguez as Interim President of Venezuela (dated March 5-7, 2026), available at [State Department publication attached to this letter].

The Executive Branch's formal recognition of the Rodríguez government revokes the prior Guaidó-era basis for the Ad Hoc Board's authority (Executive Order 13857, as superseded by recent policy shifts). Because courts must accept the Executive's foreign-recognition determinations, the Ad Hoc Board's (Representing Venezuela's interest in this proceedings) continued participation lacks legal foundation. See Belmont, 301 U.S. at 330; Zivotofsky, 576 U.S. at 28–32.

For additional context on the impact to human rights claims and docket access, see the attached open letter to Honorable Judge Leonard P. Stark (dated March 11, 2026), publicly published on my platforms (X: @LeroGarrett; website: https://vzlaholocausto.org/En/).

1

This development supports disqualification of the Ad Hoc Board and prioritization of PDVSA purge victims' alter ego claims, as it confirms PDVSA's continuity as a state instrumentality absent obsolete opposition control.

Word count: 278 (excluding headings and certificates).

Sincerely,

**Dr. Leroy A. Garrett**
Pro Se Representative for ~23,000 Petroleum Holocaust Victims

Attachments: Judge Stark's Open Letter, @LeroGarrett X Publication. Department of State Statement of Recognition of Delcy Rodrigues's Government.

# DR. LEROY A. GARRETT

PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS
HTTPS://VZLAHOLOCAUSTO.ORG/EN/

832-652-7912 | lry_garrett@yahoo.com | 6725 S Fry Rd. Ste 700 – 338 Katy Texas 77494

---

**March 12, 2026**

Katy, Texas

**The Honorable Leonard P. Stark**

**United States District Court**

**J. Caleb Boggs Federal Building**

**844 North King Street**

**Wilmington, DE 19801-3570**

**Open Letter to Honorable Judge Leonard P. Stark re: U.S. Recognition of Venezuela's Government and Access for PDVSA Purge Victims in Case No. 1:17-mc-00151-LPS**

**Regime Continuity, Alter Ego Claims, and Docket Access for PDVSA Petroleum Holocaust Victims**

## SECOND OPEN LETTER TO THE HONORABLE LEONARD P. STARK

Dear Judge Stark,

I write as Doctor Leroy A. Garrett, pro se representative for the 23,000 IACHR-registered survivors of the PDVSA Petroleum Holocaust (2002-2003 purges), supplementing my March 11, 2026, open letter. Recent U.S. recognition of Delcy Rodríguez's government (March 5-7, 2026) shifts PDVSA representation from the nullified Ad Hoc Board back to the Chavista regime—**yet this is no "new" entity**, but a direct continuity of the Maduro-era regime responsible for the Petroleum holocaust, and all the infliction of human transgressions which come along with it.

The Rodríguez government continues to advance the same accusations previously used against the victims— including politically fabricated charges such as alleged "sabotage" in petroleum-sector incidents, now repackaged in the recently sanctioned amnesty statute, the Ley de Amnistía. This continuity underscores PDVSA's role as the State's alter ego for liability purposes, consistent with Crystallex Int'l Corp. v. Venezuela, 333 F. Supp. 3d 380 (D. Del. 2018). Such uninterrupted governmental conduct preserves the legal character of prior proceedings and binds successors to the defenses asserted by their predecessors,

1

preventing any claim of mootness as to victims' rights. See Fed. R. Civ. P. 25(c); Velásquez Rodríguez v. Honduras, Inter-Am. Ct. H.R. (1988).

Docket veto closure exacerbates injustice by excluding genuine alter ego victims while favoring commercial creditors. I respectfully urge lifting the veto for limited access and, upon OFAC approval (post-March 20), decreeing the QSF with human rights priority (e.g., 5% set-aside).

Thank you for considering this to ensure justice prevails.

Respectfully,

**Dr. Leroy A. Garrett**
Pro Se Representative for ~23,000 Petroleum Holocaust Victims

2



**Leroy Garrett** ✓
@LeroGarrett



# 🚨 SECOND OPEN LETTER TO JUDGE LEONARD STARK 🚨

#JudgeStark,

The Rodríguez government perpetuates the same accusations against victims (e.g., sabotage in petroleum events), confirming PDVSA as Venezuela's alter ego for liability (Crystallex Int'l Corp. v. Venezuela, 333 F. Supp. 3d 380 (D. Del. 2018)).

This continuity preserves process legality retroactively, binding successors to prior defenses and preventing mootness of victims' claims (FRCP 25(c); Velásquez Rodríguez v. Honduras, Inter-Am. Ct. H.R. 1988). #OFAC @SecRubio #DelawareCourts #ThirdCircuit @WhiteHouse @usembassyve #Citgosale #Bloodmoney

**DR. LEROY A. GARRETT**
PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS
HTTPS://VZLAHOLOCAUSTO.ORG/EN/
832-652-7912 | lry.garrett@yahoo.com | 6725 S Fry Rd Ste 700 - 338 Katy Texas 77494

**10:51** 🔕                                                                ▫ 📶 📶 🔋 90⚡

← **Post**                                                                    • • •

 **Leroy Garrett** ✓
@LeroGarrett                                                        **X**.com

Open letter to #JudgeStark concerning the nullification of @PDVSA_AdHoc based on the United States Diplomatic Recognition of Delcy Rodríguez's Government. #CitgoSale #DelawareCourts #OFAC @CIDH #ThirdCircuit #MasterPincus

---

**DR. LEROY A. GARRETT**
PRO SE REPRESENTATIVE FOR ~23,000 PETROLEUM HOLOCAUST VICTIMS
HTTPS://VZLAHOLOCAUSTO.ORG/EN/
832 652 7912 | by garrett@yahoo.com | 6725 S Fry Rd. Ste 700 - 338 Katy Texas 77494

March 11, 2026
Katy, Texas
**The Honorable Leonard P. Stark**
**United States District Court**
**J. Caleb Boggs Federal Building**
**844 North King Street**
**Wilmington, DE 19801-3570**

**Open Letter to Honorable Judge Leonard P. Stark re: U.S. Recognition of Venezuela's Government and Access for PDVSA Purge Victims in Case No. 1:17-mc-00151-LPS**

OPEN LETTER TO THE HONORABLE LEONARD P. STARK

Dear Judge Stark,

I write respectfully as Doctor Leroy A. Garrett, pro se representative for the 23,000 survivors of the PDVSA Petroleum Holocaust—the 2002-2003 purge victims registered with the Inter-American Commission on Human Rights (IACHR Case: MC-1393-25). My prior filings and the proposed amicus in Nos. 25-3347 et al. seek to assist the Court in formally recognizing the de facto alter ego relationship, as reflected in precedents identifying PDVSA as an instrumentality of the Chavismo Government in connection with state-directed human-rights abuses.

Recent developments compel this public letter: The United States Executive Branch, through the Department of State and President Trump's administration, has formally reestablished diplomatic and consular relations with Venezuela and recognized Delcy Rodríguez as the country's interim/acting president (announced March 5-7, 2026). This policy shift follows Nicolás Maduro's capture and extradition in January 2026 and emphasizes mutual respect, economic cooperation, and stability.

This recognition effectively nullifies the de facto standing of the PDVSA Ad Hoc Board, whose authority derived from the now-obsolete Guaidó-era opposition recognition (2019 onward). By operation of law (ipso jure), the Ad Hoc Board no longer represents Venezuela's recognized interests in U.S. courts or in proceedings involving sovereign assets.

Importantly, this does not disrupt the ongoing Citgo sale process (Amber Energy bid for PDV Holding). The sale reflects a pragmatic public partnership among Venezuelan antagonist parties—"the Venezuelas"—aligned with U.S. foreign policy goals for recovery and reconciliation. I do not seek to halt or undermine it.

However, the procedural closure of docket access to victims like those I represent—a genuine member of the alter ego group—creates a grave imbalance. It favors commercial creditors over human rights claims rooted in state-sponsored abuses (no statute of limitations under international law, e.g., Velásquez Rodríguez v. Honduras, Inter-Am. Ct. H.R. 1988). This risks perpetuating injustice by excluding purge survivors from meaningful participation in the Qualified Settlement Fund (QSF) or distributions.

I respectfully urge the Court to:

1. Reopen docket access for pro se victim representatives to monitor and submit limited inputs on human rights priorities.

2. When procedurally appropriate (e.g., upon OFAC approval or final execution), decree the QSF with provisions ensuring equitable consideration of alter ego human rights claims alongside commercial ones—perhaps a modest set aside (e.g., 5%) for verified purge victims, modeled on victim compensation funds.

This would honor U.S. commitments to justice while advancing the sale's execution. I remain available for any clarification and continue advocating transparently on my platforms (X: @LeroGarrett; website: https://vzlaholocausto.org/En/)

Thank you for your consideration of this humanitarian perspective.
Respectfully submitted,

*Dr. Leroy A. Garrett*
**Dr. Leroy A. Garrett**
Pro Se Representative for ~23,000 Petroleum Holocaust Victims

---

10:51 AM · 3/11/26

💬                    ⇄                    ♡                    🔖                    ⬆