**Dr. Leroy A. Garrett.**
**6725 S Fry Rd. Ste 700 – 338**
**Katy Texas 77494.**
**Cell- 832-652-7912**

March 12, 2026.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Case: 1:17-mc-00151-LPS.
**Re: Emergency Motion to Lift the Filing Access Restriction in Case No.**
**1:17 mc 00151 LPS**

Dear Mr. Lohan,

I, Dr. Leroy A. Garrett, appearing pro se on behalf of the 23,000 survivors of the PDVSA Petroleum Holocaust (as registered before the Inter American Commission on Human Rights), respectfully submit the enclosed Emergency Motion to Lift Docket Access Restriction Under Rule 60(b)(6) and for Related Relief. This motion concerns the access restriction imposed approximately one month ago, which now operates to impede necessary filings in light of materially changed circumstances arising from the United States' March 5–7, 2026 recognition of the Delcy Rodríguez government.

• **The Emergency Motion**, including the original and the requisite copies.

• **Exhibit A**: Open Letter to the Honorable Judge Leonard P. Stark, dated March 11, 2026 (publicly released on my platforms).

• **Exhibit B**: Open Letter to the Honorable Judge Leonard P. Stark, dated March 12, 2026 (supplementing Exhibit A with additional analysis regarding regime continuity).

• **Exhibit C**: X publication Open Letter to the Honorable Judge Leonard P. Stark, dated March 12, 2026 (supplementing Exhibit A with additional analysis regarding regime continuity).

• **Exhibit D**: X publication Open Letter to the Honorable Judge Leonard P. Stark, dated March 11, 2026 (supplementing Exhibit A with additional analysis regarding regime continuity).

I respectfully request that this motion be docketed and brought to Judge Stark's attention expeditiously, given the impending OFAC deadline of March 20, 2026 and the need to preserve alter ego claims on behalf of the affected human rights victims. Should docketing be denied due to the existing access restriction, I respectfully ask that the Clerk provide a formal written explanation, as such a denial may constitute an abuse of discretion subject to appellate review. See In re McDonald, 489 U.S. 180 (1989); Haines v. Kerner, 404 U.S. 519 (1972).

Thank you for your attention to this humanitarian matter. I remain available to provide any clarification the Court or Clerk may require.

Respectfully submitted,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se
Venezuelan Petroleum Holocaust.