

**Extremely Urgent**

# Express

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2026 MAR 17 AM 11:42

STORE MANAGER
2813957733
PAK MAIL
6725 S FRY RD  STE 700
KATY  TX 77494

**1 LBS**          **1 OF 1**

DWT: 10,8,1

SHIP TO:
   RANDALL LOHAN, CLERK OF COURT
   3025736170
   UNITED STATES DISTRICT COURT
   844 N KING ST UNIT 18
   **WILMINGTON  DE  19801 – 3519**

**DE 197 9 – 25**

**UPS GROUND**

TRACKING #: 1Z X15 626 03 9220 6943

BILLING: P/P

Trx Ref No.: PM PKG ID 460489
Trx Ref No.: FROM  LEROY A. GARRETT
         XOL 26.03.06      NV45 11.0A 03/2026*

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.          RRD K 0525

U.S.M.S
X-RAY