**Dr. Leroy A. Garrett.**
**6725 S Fry Rd. Ste 700 – 338**
**Katy Texas 77494.**
**Cell- 832-652-7912**

March 15, 2026.

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
**Case**: 1:17-mc-00151-LPS.
**Re: Supplement to Emergency Motion to Lift Docket Access Restriction in Case No. 1:17-mc-00151-LPS**

Dear Mr. Lohan,

I, Doctor Leroy A. Garrett, pro se representative for the 23,000 survivors of the PDVSA Petroleum Holocaust (IACHR-registered), respectfully submit the enclosed Supplement to Emergency Motion to Lift Docket Access Restriction Under FRCP 60(b)(6). This supplements my March 12, 2026, emergency motion with new developments, including OFAC's General License No. 49A (issued March 13, 2026), which further authorizes contingent investments in Venezuela's oil/gas sectors and directs revenues to U.S. Treasury funds—aligning with our request for QSF approval amid regime continuity.

Enclosed are:

• The Supplemental Motion (original and copies as required).

• Exhibit E: OFAC General License No. 49A.

• Exhibit F: OFAC General License No. 48A.

• Exhibit G: OFAC General License No. 46B.

I request that this supplement be docketed and brought to Judge Stark's attention expeditiously, given the ongoing OFAC momentum and March 20, 2026, deadline. If docketing is denied due to the veto, please provide a formal response with reasons, as such denial may constitute abuse of discretion reviewable on appeal (In re McDonald, 489 U.S. 180 (1989); Haines v. Kerner, 404 U.S. 519 (1972)).

Thank    you

for your assistance in this matter of justice for human rights victims.

Respectfully submitted,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se
Venezuelan Petroleum Holocaust.

**Certificate of Service**: I certify that on March 15, 2026, this cover letter and enclosures on all

parties/counsel via first-class mail/email to: all parties/counsel by Clerk's office via Pacer.

/s/ Doctor Leroy A. Garrett