Dr. Leroy A. Garrett.
6725 S Fry Rd. Ste 700 – 338
Katy Texas 77494.
Cell- 832-652-7912

Randall C. Lohan. Clerk
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570
Case: 1:17-mc-00151-LPS.

FILED
APR 2 0 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

April 16, 2026.

**Re: Supplemental Motion for Clarification / Amicus Submission in 1:17-mc-00151-LPS (and related Third Circuit appeals No. 25-3347 et al.)**

Dear Mr. Lohan,

I respectfully submit this **Supplemental Motion for Clarification / Amicus Submission** in the above-referenced Crystallex execution proceeding.

From the very beginning of my involvement in these matters, my claims have been strictly limited to my own direct and personal harms. The prevailing nature of my action has always been anchored in the **property confiscation** I suffered, compounded by severe personal harms including torture, political persecution, and the veto of my citizenship rights — all traceable to the Bolivarian Republic of Venezuela's control over PDVSA as a Chavista instrumentality. This supplemental filing serves to clarify and narrow the record accordingly, eliminating any possible ambiguity regarding my stance as a pro se.

I continue to rely on the established alter-ego findings in this very docket and respectfully request recognition of my individual creditor/victim status for any residual or equitable consideration in the distribution or execution proceedings. I also address the docket-access restrictions that have impaired my ability to fully present evidence of my concrete injuries.

This submission is made in good faith and in full compliance with prior court guidance. I appreciate the Court's attention to my individual circumstances amid the ongoing Citgo sale process.

Thank you for your time and consideration.

Respectfully submitted,

Dr. Leroy A. Garrett
Interested Party with Entry of Appearance
Pro Se