STORE MANAGER
2813957733
PAK MAIL
6725 S FRY RD  STE 700
KATY  TX 77494

**1 LBS**          **1 OF 1**

DWT: 10,8,1

SHIP TO:
**RANDALL LOHAN, CLERK OF COURT**
3025736170
UNITED STATES DISTRICT COURT
844 N KING ST UNIT 18
**WILMINGTON  DE  19801 – 3519**

 **DE 197 9 – 25**



# UPS GROUND

TRACKING #: 1Z X15 626 03 9651 0544



BILLING: P/P

Trx Ref No.: PM PKG ID 473943
Trx Ref No.: FROM  LEROY A. GARRETT
XOL 26.0A.01      NV45 16.0A 04/2026



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD K 0525



FILED
APR 2 0 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



**Extremely Urgent**

Express

