**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Misc. No. 17-151-LPS |
| | ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| | ) |
| Defendant. | ) |

------------------------------------------------------------

**SPECIAL MASTER'S MONTHLY REPORT**
**FOR THE PERIOD OF DECEMBER 1, 2025 TO FEBRUARY 28, 2026**

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

Dated: April 22, 2026
12893105 / 21202.00001

ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

Dated: April 22, 2026

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* D. Del. C.A. No. 1:17-mc-00151-LPS; Special Master's Monthly Report for the Period of December 1, 2025 to February 28, 2026 (this "***Report***")

Dear Judge Stark:

By order dated April 13, 2021 [D.I. 258], Your Honor appointed me as Special Master in this case to design, oversee, and implement the sale of Petroleos de Venezuela, S.A.'s ("***PDVSA***") shares of PDV Holding Inc. On May 27, 2021, Your Honor issued the *Order Regarding Special Master* [D.I. 277] (the "***May 27 Order***")[1] setting forth, among other things, various obligations and duties applicable to the Special Master, the Parties, and ConocoPhillips (together with the Parties, the "***Sale Process Parties***"), including my obligation to provide the Court with a periodic status report concerning my progress and efforts. The last report that I submitted to the Court was for the period of September 1, 2025 to November 30, 2025 [D.I. 2606] (the "***September through November 2025 Report***"). I hereby write to provide this Report for the period since the September through November 2025 Report through February 28, 2026.

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the May 27 Order and the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "***Sale Procedures Order***") or the Court's *Opinion* dated November 25, 2025 [D.I. 2553] (the "***November 25 Opinion***").

The Honorable Leonard P. Stark
April 22, 2026
Page 2

**Summary of Events Taking Place in December 2025 through February 2026**

In December 2025 through February 2026, I have undertaken the following actions, with the assistance of my advisors, in accordance with my duties and obligations set forth in the May 27 Order:

- Engaged in various work streams related to the sale process in furtherance of my obligations under the Sale Procedures Order, including:

  o Prepared the *Special Master's Joint Status Report re: Court's Questions in November 25 Order* [D.I. 2568]

  o Met and conferred with the Sale Process Parties and Additional Judgment Creditors;

  o Reviewed and analyzed foreign and domestic regulatory filings and documents related thereto;

  o Reviewed and analyzed filings in the related action *Gold Reserve Ltd. v. Rusoro Mining Ltd.*, Case No. 2025-1292-LWW (Del. Ch.);

  o Met and conferred with parties related to the appeal of the Court's December 1, 2025 order approving the Special Master's recommendation of the Amber Sale Transaction (the "***Sale Order Appeal***");

  o Reviewed and analyzed briefing in the Sale Order Appeal;

  o Reviewed and analyzed *Gold Reserve's Letter re: Objection to Special Master's November 2025 Monthly Report* [D.I. 2624] and the *Venezuela Parties' Letter re: Response to Special Master's December 2025 Fees* [D.I. Gold Reserve and the Venezuela Parties' objections to the Special Master's Monthly Report

  o Prepared the *Special Master's Letter re: Response to Gold Reserve & Venezuela Parties' Objections to DQ Expenses* [D.I. 2633];

  o Prepared the *Special Master's Notice of Filing of Revised Attached Judgment Amount Schedule* [D.I. 2649]; and

  o Analyzed issues regarding Dr. Leroy Garrett's motions and prepared the *Special Master's Response to Dr. Leroy Garrett's Recent Filings and Motions for Relief from the Sale Order* [D.I. 2626];

The Honorable Leonard P. Stark
April 22, 2026
Page 3

- Engaged in various work streams related to preparations for the closing of the Amber Sale Transaction, including:

  o Corresponded and regularly met  with Amber and its counsel regarding closing deliverables under the SPA;

  o Conferred with counsel to CITGO regarding closing deliverables under the SPA;

  o Conferred with certain holders of Attached Judgments regarding expense and fee reimbursements;

  o Reviewed and analyzed several clean team approval requests;

  o Prepared and reviewed closing checklist and prepared documents related thereto;

  o Calculated closing payments and revised priority waterfall of attached judgments; and

  o Coordinated information sharing between counsel to Amber and counsel to CITGO.

- Prepared and filed numerous pleadings and briefs, and engaged with parties-in-interest related thereto, including:

  o *Special Master's Joint Status Report re: Court's Questions in November 25 Order* [D.I. 2568]

  o *Special Master's Monthly Report for the Period of September 1, 2025 to November 30, 2025* [D.I. 2606];

  o *Special Master's Response to Dr. Leroy Garrett's Recent Filings and Motions for Relief from the Sale Order* [D.I. 2626];

  o *Special Master's Letter re: Response to Gold Reserve & Venezuela Parties' Objections to DQ Expenses* [D.I. 2633];

  o *Special Master's Letter re: Reply to ConocoPhillips' Letter Objection to November 2025 Monthly Report* [D.I. 2639]; and

  o *Special Master's Notice of Filing of Revised Attached Judgment Amount Schedule* [D.I. 2649].

The Honorable Leonard P. Stark
April 22, 2026
Page 4

## Statement of Fees and Expenses

The May 27 Order requires that I submit an Itemized Statement of my fees and expenses to the Court. During the period from December 1, 2025 to February 28, 2026, my Advisors and I have incurred an aggregate of $1,554,527.55 of fees and expenses in connection with carrying out my duties as Special Master, as shown in the table below. Pursuant to the Sale Procedures Order, the *Memorandum Order* dated January 8, 2024 [D.I. 838] (the "***January 8 Order***"), and the *Oral Order* dated January 24, 2024 [D.I. 886] (the "***January 24 Order***"), each Sale Process Party and Additional Judgment Creditor is required to make prompt payment of its allocation of Transaction Expenses as a condition to retaining its status as an Additional Judgment Creditor. Following the approval by the Court of the Transaction Expenses described in this Report, the Special Master will send an invoice to each Sale Process Party and Additional Judgment Creditor setting forth the amount such party is required to pay, as well as wire instructions for payment. All Transaction Expenses will be paid per capita by each Sale Process Party and each Additional Judgment Creditor that receives proceeds in connection with the Amber Bid.

| Transaction Expenses | | | |
|---|---|---|---|
| | **December 2025** | **January 2026** | **February 2026** |
| **Special Master** | $10,925.00 | $8,787.50 | $2,992.50 |
| **Weil, Gotshal & Manges LLP** | $316,936.78 | $355,172.54 | $297,486.36 |
| **Evercore[2]** | $328,273.68 | $211,770.42 | - |
| **Potter Anderson & Corroon LLP** | $6,863.00 | $3,231.50 | $3,627.00 |
| **Santora CPA Group** | $4,742.85 | $2,307.85 | $1,410.57 |
| **Total for the Month** | $667,741.31 | $581,269.81 | $305,516.43 |
| **Total for the Period** | $1,554,527.55 | | |

These amounts include the monthly fees and expenses of counsel in connection with the matters described above and the monthly fees of my financial advisor, Evercore, in connection with their assistance with the sale process, including the performance of due diligence and related analysis.[3] The Itemized Statements for December 2025 (attached hereto as Annex PP), January 2026 (attached hereto as Annex QQ), and February 2026 (attached hereto as Annex RR) contain a breakdown of such fees and expenses among my Advisors and myself.

---

[2] The amount quoted for December 2025 for Evercore includes out-of-pocket expenses incurred by Evercore, including third party fees related to hosting the Virtual Data Room. Evercore's monthly professional fee is $200,000.

[3] Pursuant to the Evercore engagement letter [D.I. 480], I requested that Evercore pause its monthly fees beginning in February 2026. For the avoidance of doubt, I reserve the right to reinstate Evercore's monthly fee in the event I again require Evercore to "perform a material amount of work or services." [D.I. 480 at 70].

The Honorable Leonard P. Stark
April 22, 2026
Page 5

## Compliance with December 31 Order

Consistent with the Court's direction related to the revised billing procedures beginning in January 2025, I have implemented several procedures to reduce the number of timekeepers billing to this matter and to ensure that all times entries will be sufficiently detailed to allow others to understand the work that was performed.

I respectfully request that Your Honor determine that such fees and expenses are regular and reasonable.  A proposed form of order is enclosed for Your Honor's consideration.

I am available at the convenience of the Court, should Your Honor have any questions.

Respectfully Yours,

/s/ *Robert B. Pincus*

Robert B. Pincus, in my capacity as Special Master for the United States District Court for the District of Delaware

Enclosures

cc: All Counsel of Record (via CM/ECF and E-Mail)