**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19081 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
**(302) 302-4030**

WRITER'S EMAIL ADDRESS
**michaelbarlow@quinnemanuel.com**

May 5, 2026

The Honorable Leonard P. Stark
United States District Court for the
  District of Delaware (by designation)
717 Madison Place, NW
Washington, D.C. 20439

> Re:    *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
>         D. Del. No. 1:17-mc-00151-LPS

Dear Judge Stark:

I write on behalf of Amber Energy Inc. ("Amber") in response to the letter filed by CITGO Petroleum Corporation ("CITGO") and PDV Holding, Inc. ("PDVH") on April 28, 2026 (D.I. 2664). The letter's allegations of breach of the Confidentiality Agreement and the Stock Purchase Agreement ("SPA") are meritless and fundamentally illogical. As the Court-approved purchaser of the PDVH Shares, Amber is the party least inclined to prejudice CITGO's performance, and it did not do so in the *Wall Street Journal* op-ed that CITGO and PDVH highlight.

The op-ed, which describes Amber's investment plans, developed by Amber's experienced leadership, does not reveal CITGO confidential information. Amber's leadership team crafted its proposals based on its cumulative decades of experience operating refineries and executing capital improvements. The Amber proposals that CITGO takes issue with (*see* Ltr. Ex. A, at 2)—namely to expand crude capacity and produce jet fuel at the Corpus Christi refinery, and to increase production of premium gasoline at the Lake Charles refinery—capitalize on clear opportunities already known to the industry through public and consultant-generated data, consultant modeling, and public reporting.[1] It is hardly surprising that CITGO management may have its own (distinct)

---

[1]  *See, e.g.*, Neal Hightower, *Q4 2025 Refinery Outages: 12 Critical Impacts & Logistics Pressures That Squeeze Gulf Coast & Midwest Fuel Logistics*, Tank Transport (Nov. 10, 2025), https://tanktransport.com/2025/11/q4-2025-refinery-outages/ ("Gulf refiners . . . worked to maximize diesel and jet fuel output on units not under maintenance" while "Gulf Coast rack suppliers did report some localized supply tightness for premium gasoline and ultra-low sulfur diesel at times in October.").

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

The Honorable Leonard P. Stark
May 5, 2026
Page 2

plans to improve its operations at the same locations.[2] Nor are these sensible plans "confidential, non-public, proprietary information." Ltr. 1. To the contrary, CITGO itself announced a pursuit of "[a]dditional upgrades" to its Corpus Christi facility that were "expected to increase crude processing capacity,"[3] and thus would necessarily also expand production of distillate byproducts like jet fuel.

Nor does the op-ed assert that CITGO's current management "threatens imminent 'oil spills, explosions, life-threatening injuries or worse.'" Ltr. 2. Instead, it describes, accurately and generally, how "[d]eferred investment and management uncertainty in the industry are directly linked to rising incident rates," and that "declining safety can lead to [such] events." These observations about industry realities are neither confidential nor defamatory. Moreover, Mr. Goff, Amber's Chief Executive Officer, submitted a declaration in connection with the pending appeal in the Third Circuit that discussed indistinguishable, if not more detailed and specific, operational, safety, and environmental considerations.[4] CITGO expressly approved the public filing of that

---

[2] Other industry leaders have reached the same conclusions; ExxonMobil, Valero, Marathon, and CVR Energy have all announced similar plans. *See* ExxonMobil, *ExxonMobil Boosts Fuel Supply with $2 Billion Beaumont Refinery Expansion* (Mar. 16, 2023), https://corporate.exxonmobil.com/news/news-releases/2023/0316_exxonmobil-boosts-fuel-supply-with-2-billion-dollar-beaumont-refinery-expansion (announcing a $2 billion crude oil processing expansion at ExxonMobil's Beaumont facility); Valero Energy Corp., Investor Presentation (Apr. 2026), https://s23.q4cdn.com/587626645/files/doc_presentations/2025/Apr/02/Investor-Presentation-April-2026.pdf (announcing investments in "Houston and St. Charles Alkylation Units" to "upgrade low value isobutane and amylenes into high value alkylate" because "Octane demand [is] expected to grow"); Marathon Petroleum Corp., *Marathon Petroleum Corp. Reports Fourth-Quarter and Full-Year 2025 Results* (Feb. 3, 2026), https://ir.marathonpetroleum.com/investor/news-releases/news-details/2026/Marathon-Petroleum-Corp--Reports-Fourth-Quarter-and-Full-Year-2025-Results/ (announcing an ongoing project to "increase the [Robinson] refinery's flexibility to maximize higher value jet fuel production to meet growing demand"); CVR Energy, Inc., Annual Report (Form 10-K) (Feb. 18, 2026), https://www.sec.gov/Archives/edgar/data/0001376139/000137613926000014/cvi-20251231.htm (announcing an ongoing project to "increase production of premium gasoline").

[3] CITGO Petroleum Corp., *CITGO Reports Third Quarter 2025 Results* (Nov. 13, 2025), https://www.citgo.com/newsroom/press-releases/2025/citgo-reports-third-quarter-2025-results.

[4] *See* Ex. A (*Crystallex Int'l Corp. v. Bolivarian Rep. of Venezuela*, Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363 (3d Cir. Dec. 15, 2025) Dkt. 109, Decl. of Gregory J. Goff) at 9–10 ("Amber has serious concerns that any delayed closing will increase CITGO's exposure to liability related to occupational safety and environmental issues"; in 2025, "CITGO's occupational safety record is on track to be the worst year since 2020, with 16 occupational safety incidents and 5 process safety incidents year to date,"; and "[a]ny significant delay in implementing necessary improvements could also increase the odds of experiencing additional safety or environmental incidents that might otherwise be avoided").

The Honorable Leonard P. Stark
May 5, 2026
Page 3

declaration months ago, stating that "CITGO does not believe any of the CITGO-specific information … in the Goff Declaration needs to be sealed."[5]

Contrary to the letter's unsupported assertions, nothing in the op-ed—just like nothing in the equivalent disclosures CITGO made or approved months ago—interferes with CITGO's operations. Nothing in the op-ed revealed confidential CITGO information; again, Amber has no incentive to or interest in prejudicing CITGO, and PDVH and CITGO have not shown otherwise. Instead, their letter appears to be yet another step in their long and ongoing dilatory campaign against the sale that this Court has approved. Nor did anything in the op-ed require pre-clearance from the Special Master, an obligation to the Special Master (not CITGO or PDVH) under Section 6.7 of the SPA. Section 6.7 applies only to public statements that "relate *specifically* to [the SPA] or the Transactions," not to public statements about Amber's *post-closing* plans for CITGO or the governmental regulatory decision advocated for by the op-ed.[6]

Amber will continue to comply with all its obligations, including under the SPA, and, as applicable, coordinate with the Special Master.

Respectfully,

 */s/ Michael A. Barlow*

Michael A. Barlow (No. 3928)

CC:    Counsel of Record (via CM/ECF)

---

[5]  *See* Ex. B (Dec. 10, 2025 email from CITGO's counsel).

[6]  Additionally, statements in the op-ed are also carved out of Section 6.7 because, as noted above, they are in prior public disclosures, including the Goff Declaration—which raised safety concerns and future capital improvements as reasons not to delay the transaction—and CITGO's own public disclosures. *See* SPA § 6.7(y).