# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

_____

(302) 658-9200
(302) 658-3989 FAX

ALEXANDRA M. CUMINGS
(302) 351-9248
(302) 425-4670 FAX
acumings@morrisnichols.com

May 14, 2026

**SUBMITTED VIA E-FILE**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

> Re:   *Crystallex International Corp. v. Bolivarian Republic of Venezuela*,
>        D. Del. No. 1:17-mc-00151-LPS

Dear Judge Stark:

I write on behalf of PDV Holding, Inc. ("PDVH") and CITGO Petroleum Corporation ("CITGO") regarding the sealed version of the May 12, 2026 letter to the Court, and its accompanying exhibits, regarding Amber's disclosure of confidential information (the "May 12 Letter") (D.I. 2668). CITGO and PDVH are filing public, redacted versions of those filings today.

Pursuant to the Confidentiality Agreement (D.I. 1555-1) and applicable law, CITGO and PDVH have redacted from the May 12 Letter, and Exhibit B thereto, Highly Confidential CITGO information that is proprietary, nonpublic, and competitively sensitive.  CITGO and PDVH have also redacted information in their filings drawn from the Goff Declaration, which was attached in redacted form to Amber's May 5, 2026 letter (D.I. 2666).

Consistent with the Court's July 14 Order (D.I. 1887), CITGO and PDVH have served unredacted versions of these filings on parties to this case that have executed the Confidentiality Agreement at D.I. 1555-1.

Respectfully,

*/s/ Alexandra Cumings*

Alexandra Cumings (#6146)