**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------

CRYSTALLEX INTERNATIONAL CORP.,   )
   )
        Plaintiff,   )
   )
     v.   )     Misc. No. 17-151-LPS
   )
BOLIVARIAN REPUBLIC OF VENEZUELA,   )
   )
        Defendant.   )

------------------------------------------------------------

**ORDER APPROVING FEES AND EXPENSES**
**SUBMITTED BY SPECIAL MASTER**

Upon consideration of the itemized statement of fees and expenses submitted by the

Court-appointed Special Master by letter dated May 20, 2026 (the "*Itemized Statement*"), and

pursuant to the Court's Order Regarding Special Master [D.I. 277], and it appearing that no

Sale Process Party or Additional Judgment Creditor has filed timely objections to the

Itemized Statement,

IT IS HEREBY ORDERED this 28th day of May, 2026, that:

1.     The Court finds the fees and expenses in the Itemized Statement are regular and

reasonable, and hereby approves fees and expenses in the amount of $201,855.88 for the period of

March 1, 2026 to March 31, 2026.

2.     Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the applicable

Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set

forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the

Order Regarding Special Master.

_____
Honorable Leonard P. Stark
United States District Court