**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------

CRYSTALLEX INTERNATIONAL CORP.,   )
   )
         Plaintiff,   )
   )
     v.   )      Misc. No. 17-151-LPS
   )
BOLIVARIAN REPUBLIC OF VENEZUELA,   )
   )
         Defendant.   )

-------------------------------------------------------------

**ORDER APPROVING FEES AND EXPENSES
SUBMITTED BY SPECIAL MASTER**

Upon consideration of the itemized statement of fees and expenses submitted by the

Court-appointed Special Master by letter dated April 22, 2026 (the "*Itemized Statement*"), and

pursuant to the Court's Order Regarding Special Master [D.I. 277], and it appearing that no

Sale Process Party or Additional Judgment Creditor has filed timely objections to the

Itemized Statement,

IT IS HEREBY ORDERED this 1st day of June, 2026, that:

1.     The Court, having considered any objections or comments from the Sale Process

Parties, finds the fees and expenses in the Itemized Statement are regular and reasonable, and the

Itemized Statement is approved.

2.     The Court hereby approves fees and expenses in the amount of $1,554,527.55 for

the period of December 1, 2025 to February 28, 2026.

3.     Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the applicable

Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set

forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order

Regarding Special Master.

_____
Honorable Leonard P. Stark
United States District Court