IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CRYSTALLEX INTERNATIONAL CORP., )
)
)
Plaintiff, )
)
v. )   C.A. No. 17-mc-00151-LPS
)
BOLIVARIAN REPUBLIC OF )
VENEZUELA, )
)
Defendant. )

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan H. Lloyd of Morris, Nichols, Arsht & Tunnell LLP enters his appearance on behalf of PDV Holding, Inc.

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
Daniel D. Birk
Gregory M. Schweizer
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com
DBirk@eimerstahl.com
GSchweizer@eimerstahl.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/ Jonathan H. Lloyd
Susan W. Waesco (#4476)
Alexandra M. Cumings (#6146)
Phillip Reytan (#7255)
Jonathan H. Lloyd (#7618)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
swaesco@morrisnichols.com
acumings@morrisnichols.com
preytan@morrisnichols.com
jlloyd@morrisnichols.com

*Attorneys for Defendant
 PDV Holding, Inc.*

June 1, 2026