**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Misc. No. 17-151-LPS** |
| | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

**NON-PARTY YSIDRA LOPENZA'S MOTION FOR LEAVE TO FILE NOTICE OF PENDING DIRECT CLAIMS AGAINST CITGO PETROLEUM CORPORATION**

Non-party Ysidra Lopenza, the plaintiff appearing *pro se* in *Lopenza v. Petróleos de Venezuela, S.A.*, No. 1:25-cv-25796-DSW (S.D. Fla.) (the "Florida Action"), respectfully moves this Court, pursuant to its inherent authority to manage its docket and to supervise the court-ordered execution sale in this Proceeding, for leave to file the accompanying Notice of Pending Direct Claims Against CITGO Petroleum Corporation (the "Notice," attached as Exhibit A). In support, Movant states as follows:

1.Movant is the plaintiff in the Florida Action, which asserts claims *directly* against CITGO Petroleum Corporation ("CITGO Petroleum") arising from CITGO Petroleum's own

alleged conduct in the United States. Movant is not a party to this Proceeding and does not, by this Motion or the accompanying Notice, seek to intervene or to become a party.

2.By the accompanying Notice, Movant seeks only to inform the Court, the Special Master, the prospective purchaser of the shares of PDV Holding, Inc. ("PDVH"), and the parties of record that her pending direct claims against CITGO Petroleum, if sustained, would constitute obligations of CITGO Petroleum itself — obligations that would survive a transfer of the PDVH shares and that lie outside the distribution of the sale proceeds among the Attached Judgment Creditors.

3.Movant does *not* seek to enjoin, stay, or delay the sale of the PDVH shares, and she asserts no claim against those shares or against the sale proceeds. The relief requested is limited and procedural: leave to place the Notice on the docket so that the information is available to the Court and the parties in connection with the pending sale and with any related disclosures, representations, warranties, escrows, or holdbacks.

4.Granting leave imposes minimal burden. The Notice is informational; it requests no adjudication and seeks no relief against any party. To the extent any party wishes to respond, Movant does not oppose a reasonable opportunity to do so.

5.Movant reserves all rights, including the right to seek leave to be heard in this Proceeding to the extent her asserted direct claims against CITGO Petroleum are addressed in the sale process.

**WHEREFORE**, Movant respectfully requests that the Court grant leave to file the accompanying Notice (Exhibit A), and grant such other and further relief as the Court deems just and proper.

**CERTIFICATION UNDER LOCAL RULE 7.1.1**

Pursuant to D. Del. Local Rule 7.1.1, the undersigned non-party Movant, proceeding *pro se* and without access to the Court's CM/ECF system, states as follows regarding efforts to reach agreement on the relief sought: Movant is a non-party to this Proceeding, and the relief sought is the placement on the docket of a purely informational Notice that requests no adjudication and seeks no relief against any party. Movant has provided notice of this Motion to all counsel of record and to the Special Master via E-mail.

Dated: June 16th, 2026

Respectfully submitted,

/s/ Ysidra Lopenza

Ysidra Elena Lopenza

**Ysidra Lopenza**

Plaintiff, *Pro Se*, in *Lopenza v. PDVSA*, No. 1:25-cv-25796-DSW (S.D. Fla.)

Email of record: Ana.Mendez.Florida@proton.me