# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 17-151-LPS |
| | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

## SPECIAL MASTER'S MONTHLY REPORT
## FOR THE PERIOD OF APRIL 1, 2026 TO JUNE 30, 2026

OF COUNSEL:

Matthew S. Barr (Admitted *pro hac vice*)
David Lender (Admitted *pro hac vice*)
Jared R. Friedmann (Admitted *pro hac vice*)
Chase A. Bentley (Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matt.Barr@weil.com
David.Lender@weil.com
Jared.Friedmann@weil.com
Chase.Bentley@weil.com

Dated:  July 30, 2026
13077796 / 21202.00001

Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
mdavis@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

ROBERT B. PINCUS in his capacity as
Special Master for the United States District Court for the District of Delaware
PO Box 4570
Wilmington, DE 19807

Dated: July 30, 2026

**BY HAND DELIVERY & CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re: *Crystallex International Corp. v. Bolivarian Republic of Venezuela,* C.A. No. 1:17-mc-00151-LPS (D. Del); Special Master's Monthly Report for the Period of April 1, 2026 to June 30, 2026 (this "***Report***")

Dear Judge Stark:

By order dated April 13, 2021 [D.I. 258], Your Honor appointed me as Special Master in this case to design, oversee, and implement the sale of Petroleos de Venezuela, S.A.'s ("***PDVSA***") shares of PDV Holding Inc.  On May 27, 2021, Your Honor issued the *Order Regarding Special Master* [D.I. 277] (the "***May 27 Order***")[1] setting forth, among other things, various obligations and duties applicable to the Special Master, the Parties, and ConocoPhillips (together with the Parties, the "***Sale Process Parties***"), including my obligation to provide the Court with a periodic status report concerning my progress and efforts.  The last report that I submitted to the Court was for the period of March 1, 2026 to March 31, 2026 [D.I. 2672] (the "***March 2026 Report***"). I hereby write to provide this Report for the period since the March 2026 Report through June 30, 2026.

---

[1] All capitalized terms used but not otherwise defined herein, have the meanings ascribed to such terms in the May 27 Order and the *Sixth Revised Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* [D.I. 481] (the "***Sale Procedures Order***") or the Court's *Opinion* dated November 25, 2025 [D.I. 2553] (the "***November 25 Opinion***").

The Honorable Leonard P. Stark
July 30, 2026
Page 2

**Summary of Events Taking Place in April 2026 through June 2026**

In April 2026 through June 2026, I have undertaken the following actions, with the assistance of my advisors, in accordance with my duties and obligations set forth in the May 27 Order:

- Engaged in various work streams related to the sale process in furtherance of my obligations under the Sale Procedures Order, including:

  o Reviewed and analyzed PDVH and CITGO's letter to the Court regarding the sale process [D.I. 2664] and Amber's responsive letter [D.I. 2666];

  o Reviewed and analyzed PDVH and CITGO's letter to the Court regarding Amber's *Wall Street Journal* Op-Ed [D.I. 2670];

  o Prepared the *Special Master's Letter to the Court Regarding Wall Street Journal Op-Ed Article* and the sealed filing of the same [D.I. 2674] and

  o Virtually attended oral arguments in the *Petroleos De Venezuela S.A. v. MUFG Union* No. 25-2652 (2d Cir.) case.

- Engaged in various work streams related to preparations for the closing of the Amber Sale Transaction, including:

  o Corresponded and regularly met with Amber and its counsel regarding closing deliverables under the SPA;

  o Corresponded with the Venezuela Parties regarding their obligations under the Sale Order;

  o Conferred with counsel to CITGO regarding closing deliverables under the SPA;

  o Prepared, drafted, and executed the *Third Amendment to Stock Purchase Agreement*;

  o Analyzed the process related to securing regulatory approval for the Amber Sale Transaction;

  o Conferred with Sale Process Parties and Additional Judgment Creditors regarding transaction expenses reimbursement and other closing-related deliverables;

  o Reviewed requests from Amber to engage in communications pursuant to the confidentiality agreement by and between the Elliott Investment

The Honorable Leonard P. Stark
July 30, 2026
Page 3

    Management L.P. and the Special Master, dated January 5, 2024 and the
    Stock Purchase Agreement;

   o  Prepared and reviewed closing checklist and prepared documents related
      thereto; and

   o  Prepared and reviewed the funds flow memoranda.

 • Prepared and filed the following:

   o  *Special Master's Monthly Report for the Period of December 1, 2025 to
      February 28, 2026* [D.I. 2662];

   o  *Special Master's Letter to the Court Regarding Wall Street Journal Op-Ed
      Article* and the sealed filing of the same [D.I. 2674]; and

   o  *Special Master's Monthly Report for the Period of March 1, 2026 to March
      31, 2026* [D.I. 2672].

The Honorable Leonard P. Stark
July 30, 2026
Page 4

### Statement of Fees and Expenses

The May 27 Order requires that I submit an Itemized Statement of my fees and expenses to the Court.  During the period from April 1, 2026 to June 30, 2026, my Advisors and I have incurred an aggregate of $707,530.15 of fees and expenses in connection with carrying out my duties as Special Master, as shown in the table below.  Pursuant to the Sale Procedures Order, the *Memorandum Order* dated January 8, 2024 [D.I. 838] (the "***January 8 Order***"), and the *Oral Order* dated January 24, 2024 [D.I. 886] (the "***January 24 Order***"), each Sale Process Party and Additional Judgment Creditor is required to make prompt payment of its allocation of Transaction Expenses as a condition to retaining its status as an Additional Judgment Creditor.  Following the approval by the Court of the Transaction Expenses described in this Report, the Special Master will send an invoice to each Sale Process Party and Additional Judgment Creditor setting forth the amount such party is required to pay, as well as wire instructions for payment.  All Transaction Expenses will be paid per capita by each Sale Process Party and each Additional Judgment Creditor that receives proceeds in connection with the Amber Bid.

| Transaction Expenses | | | |
|---|---|---|---|
| | **April 2026** | **May 2026** | **June 2026** |
| **Special Master** | $5,795.00 | $10,674.00 | $2,992.50 |
| **Weil, Gotshal & Manges LLP** | $424,058.00 | $178,833.68 | $71,720.58 |
| **Evercore**[2] | $2,554.34 | - | - |
| **Potter Anderson & Corroon LLP** | $1,107.00 | $4,014.00 | $360.00 |
| **Santora CPA Group** | $1,717.85 | $957.85 | $2,745.35 |
| **Total for the Month** | $435,232.19 | $194,479.53 | $77,818.43 |
| **Total for the Period** | $707,530.15 | | |

These amounts include the monthly fees and expenses of counsel in connection with the matters described above and the monthly expenses of my financial advisor, Evercore, in connection with their assistance with the sale process, including the performance of diligence and related analysis.  The Itemized Statements for April 2026, May 2026, and June 2026 (attached hereto as Annex TT, Annex UU, and Annex VV) contain a breakdown of such fees and expenses among my Advisors and myself.

---

[2] Pursuant to the Evercore engagement letter [D.I. 480], I requested that Evercore pause its monthly fees beginning in February 2026.  For the avoidance of doubt, I reserve the right to reinstate Evercore's monthly fee in the event I again require Evercore to "perform a material amount of work or services."  [D.I. 480 at 70].  Evercore's expenses for April 2026 and May 2026 are contained in one invoice, included in Annex TT; Evercore's expenses for June 2026 will be represented in their forthcoming July 2026 invoice.

The Honorable Leonard P. Stark
July 30, 2026
Page 5

## **Compliance with December 31 Order**

Consistent with the Court's direction related to the revised billing procedures beginning in January 2025, I have implemented several procedures to reduce the number of timekeepers billing to this matter and to ensure that all times entries will be sufficiently detailed to allow others to understand the work that was performed.

I respectfully request that Your Honor determine that such fees and expenses are regular and reasonable. A proposed form of order is enclosed for Your Honor's consideration.

I am available at the convenience of the Court, should Your Honor have any questions.

Respectfully Yours,

*/s/ Robert B. Pincus*

Robert B. Pincus, in my capacity as
Special Master for the United States
District Court for the District of Delaware


Enclosures

cc: All Counsel of Record (via CM/ECF and E-Mail)