**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 17-151-LPS |
| | ) | |
| BOLIVARIAN REPUBLIC OF | ) | |
| VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING FEES AND EXPENSES**
**SUBMITTED BY SPECIAL MASTER**

Upon consideration of the itemized statement of fees and expenses submitted by the

Court-appointed Special Master by letter dated June 30, 2026 (the "*Itemized Statement*"),

and pursuant to the Court's Order Regarding Special Master [D.I. 277],

IT IS HEREBY ORDERED this 14th day of August, 2026, that:

1.      The Court, having considered any objections or comments from the Sale Process

Parties, finds the fees and expenses in the Itemized Statement are regular and reasonable, and the

Itemized Statement is approved.

2.      The Court hereby approves fees and expenses in the amount of $707,530.15 for the

period of April 1, 2026 to June 30, 2026.

3.      Each of Crystallex, ConocoPhillips, the Venezuela Parties, and the applicable

Additional Judgment Creditors shall make payment of its allocation of Transaction Expenses set

forth in the Itemized Statement within 30 calendar days, pursuant to the terms set forth in the Order

Regarding Special Master.

_____
Honorable Leonard P. Stark
United States District Court