**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., Plaintiff, v. BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | **Misc. No. 17-151-LPS** |

FILED
NOV 09 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
MH

**NOTICE OF FILING OF UNSOLICITED BID MATERIALS**
**PURSUANT TO D.I. 2110 ¶ 8**

PLEASE TAKE NOTICE that the undersigned prospective bidder hereby submits and files on the public docket in the above-captioned action the attached unsolicited acquisition proposal materials, designated as Exhibit A, pursuant to Paragraph 8 of the Court's August 22, 2025 Scheduling Order (D.I. 2110).

The attached proposal sets forth a formal, conditional acquisition proposal and Letter of Intent regarding the Citgo Petroleum Corporation assets, structured around a proposed $6.5 billion asset valuation and $7.0 billion target capitalization framework. As expressly disclosed throughout Exhibit A, no institutional or sovereign investor commitments have been finalized or guaranteed as of the date of this filing; the proposed capital stack is entirely uncommitted and subject to formal institutional investor syndication, due diligence, and Bankruptcy Court confirmation.

Pursuant to D.I. 2110 ¶ 8, proprietary corporate identifiers, partner designations, and confidential commercial structures have been redacted from the attached public exhibit to protect sensitive business information.

Dated: November 7, 2026

Respectfully submitted,

Lisha S. Chesson

**Lisha S. Chesson**
Pro Se Individual Bidder
1621 Picard Rd, Sulphur, LA 70663
PO Box 246, Sulphur, LA 70664
Telephone: (337) 302-3632
Email: triplecconstruction2008@gmail.com