# EXHIBIT A

## [REDACTED] UNSOLICITED BID MATERIALS

*(Submitted Pursuant to D.I. 2110 ¶ 8 — Misc. No. 17-151-LPS)*

# FORMAL ACQUISITION PROPOSAL & LETTER OF INTENT
# CITGO PETROLEUM CORPORATION ASSET ACQUISITION

**TO:** Robert B. Pincus, Court-Appointed Special Master, U.S. District Court for the District of Delaware
**ADVISORS:** Weil, Gotshal & Manges LLP (Legal Counsel) | Evercore Group L.L.C. (Financial Advisor)
**ACQUIRER / SPONSOR:** [REDACTED] (Principal Individual Bidder) / Designated Operating Contractor: [REDACTED]
**CREDENTIALS & REGISTRY:** [REDACTED] | [REDACTED]
**DATE:** November 7, 2026 | **DOCKET REFERENCE:** Misc. No. 17-151-LPS (D.I. 2110 ¶ 8)

Dear Special Master Pincus:

[REDACTED], acting as Principal Acquirer and Sponsor alongside designated operating contractor [REDACTED], submits this Formal Acquisition Proposal & Letter of Intent ("LOI") for the acquisition of the equity and core refining, terminal, and pipeline assets of Citgo Petroleum Corporation ("Citgo"). This submission is strictly conditional and is expressly subject to institutional investor syndication, due diligence, regulatory approvals, and final confirmation by the U.S. District Court for the District of Delaware. **As of the date of this submission, the Acquirer has no committed investors finalized or guaranteed, and zero committed capital on hand; all capital tranches described below represent a proposed target framework for institutional syndication.**

### 1. Proposed Transaction Scope & Target Asset Valuation

The Acquirer proposes a headline enterprise and asset purchase valuation of **$6,500,000,000 ($6.5 Billion)** for the acquisition of Citgo's Gulf Coast and Midwest refining complex (including the Lake Charles, Corpus Christi, and Lemont refineries), integrated terminal networks, and pipeline infrastructure, paired with a **$500,000,000 ($500 Million)** dedicated operational liquidity, turnaround, and working capital reserve, establishing a **$7,000,000,000 ($7.0 Billion) Total Target Capitalization**.

### 2. Proposed Capitalization Architecture (Uncommitted / Subject to Syndication)

The proposed $7.0 Billion capitalization is designed as an institutional syndication architecture. **No investors are committed at this stage, no binding equity or debt commitments have been executed, and funding is entirely contingent upon assembling qualified institutional partners during the requested due diligence window:**

- **85% Institutional & Sovereign Equity Tranche ($5,950,000,000 — Uncommitted):** Target institutional syndication allocation open to qualified U.S.-aligned sovereign wealth funds, infrastructure funds, and strategic energy institutions.

- **10% Private Equity Co-Investment Tranche ($700,000,000 — Uncommitted):** Target co-investment allocation reserved for accredited private equity and midstream infrastructure partners.
- **5% Acquirer Principal Sponsor & Operational Equity Stake ($350,000,000 — Proposed):** Sponsor management, regional infrastructure integration, and operational governance allocation held by the Acquirer's acquisition vehicle.

**3. Regulatory, National Security & Antitrust Readiness**

Because final institutional syndicate members have not yet been selected or committed, all regulatory clearances are expressly conditioned upon the verified identity and compliance of the final investor syndicate. The transaction structure is designed to satisfy:

- **OFAC & Sanctions Compliance:** Full adherence to U.S. Department of the Treasury Office of Foreign Assets Control (OFAC) licensing and Venezuela sanctions regulations.
- **CFIUS & National Security Screening:** Structured with U.S.-domiciled operational control and governance to pass Committee on Foreign Investment in the United States (CFIUS) review once syndicate participants are finalized.
- **Hart-Scott-Rodino (HSR) Antitrust Review:** Pre-merger notification readiness under the HSR Act with zero horizontal refining overlap by the Acquirer.

**4. Operational Continuity & Gulf Coast Infrastructure Integration**

Anchored directly at the Lake Charles / Calcasieu Ship Channel corridor, the Acquirer's operational plan prioritizes uninterrupted refinery throughput, maritime channel and terminal support through [REDACTED] ([REDACTED]), and full retention of Citgo's existing refinery workforce, union agreements, and safety protocols.

**5. Exclusivity & 60-Day Due Diligence / Syndication Gateway**

To complete formal institutional investor syndication, execute binding commitment letters, and verify proof of funds, the Acquirer respectfully requests access to the virtual data room and a **60-day due diligence and syndication period**, subject to standard non-disclosure agreements and the Special Master's scheduling procedures.

The Acquirer is structurally prepared, backed by a defined institutional syndication architecture (with no investors committed for certain as of this filing), and legally positioned to advance formal syndication and due diligence upon authorization by the Special Master and the Court.

Respectfully submitted,

______________________________

**[REDACTED]**
Principal Acquirer & Sponsor
Designated Contractor: [REDACTED]

[REDACTED]
[REDACTED]

# EXECUTIVE SUMMARY
# THE CHESSON OIL PROJECT — CITGO ACQUISITION FRAMEWORK

## Transaction & Uncommitted Capitalization Overview

- **Target Asset Valuation:** $6.5 Billion ($6,500,000,000) proposed purchase price for Citgo Petroleum Corporation's refining, terminal, and pipeline assets.
- **Proposed Target Capitalization (Uncommitted / Subject to Syndication):** $7.0 Billion ($7,000,000,000) total target capital stack (inclusive of $500 Million operational liquidity reserve), structured as 85% Institutional & Sovereign Equity ($5.95B), 10% Private Equity Co-Investment ($700M), and 5% Acquirer Principal Sponsor Stake ($350M). No investors are finalized or committed as of this filing.
- **Gateway Objective:** Secure a 60-day due diligence and institutional syndication window under D.I. 2110 ¶ 8 to finalize investor commitments and submit binding proof of funds.

## Operational DNA & Regional Mastery

- **The 12-Hour Turnaround Rule:** Rapid-deployment heavy civil and marine logistics discipline engineered to eliminate costly refinery and marine terminal bottlenecks.
- **Calcasieu Gateway Optimization:** Direct operational alignment with the Calcasieu Ship Channel deepwater corridor in Southwest Louisiana, leveraging [REDACTED] and regional marine support capabilities ([REDACTED]).
- **Workforce Care & Retention:** 100% continuity commitment for existing Citgo refinery engineers, operators, skilled trades, and administrative personnel.

## Regulatory Standing, Mediation & Designated Contractor Execution

Led by Individual Acquirer [REDACTED] alongside designated heavy civil and marine contractor [REDACTED] ([REDACTED]; [REDACTED]), the acquisition vehicle separates U.S.-domiciled operational control from syndicated passive institutional capital. Upon completion of investor syndication and Court approval, governance will be overseen by a 7-member Board of Directors structured to satisfy CFIUS, OFAC, and federal procurement compliance standards.