ORIGIN ID:LCHA (337) 478-0323
JOANNE COLEMAN
PAPER PRINT AND PARCEL
108 E NAPOLEON ST

SULPHUR, LA 70663
UNITED STATES US

SHIP DATE: 09NOV26
ACTWGT: 0.22 LB
CAD: 264677674/FAPI2208
DIMS: 13x10x1 IN

BILL SENDER

TO **CLERK OF COURT, U.S. DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**
**844 N KING ST**

**WILMINGTON DE 19801**
(302) 573-6170
INV: PKG ID: 15837 REF: LISHA CHESSON
PO: DEPT:

Part # 156297-435 RIT2 EXP 04/27

FedEx
Express

E

J262026101501uv

TRK# 0201 8798 9301 1105

TUE - 10 NOV 10:30A
PRIORITY OVERNIGHT

# XA ZWIA

DSR
19801
DE-US PHL

RECEIVED
NOV 09 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

BO