**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELEWARE**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2026 NOV 18 PM 1:27

CRYSTALLEX INTERNATIONAL CORP.,
Plaintiff,

v. Misc. No. 17-151-LPS

BOLIVARIAN REPUBLIC OF VENEZULEA,
Defendant.

**NOTICE OF FILING OF UNSOLICITED BID MATERIALS
PURSUANT TO D.I 2110 P 8**

PLEASE TAKE NOTICE that the undersigned prospective bidder hereby submits and files on the public docket in the above-captioned action the attached unsolicited acquisition proposal materials, designated as Exhibit A, pursuant to Paragraph 8 of the Court's August 22, 2025 Scheduling Order. (D.I. 2110)

The attached proposal sets forth a formal acquisition proposal and Letter of Intent regarding the purchased of 100% of the equity interests of PDV Holdings, Inc. ("PDV Holdings"), the U.S. holding company and sole shareholder of CITGO Petroleum Corporation, ("CITGO") to satisfy all existing judgment creditors, bondholders, and allowed claims at 100% on the dollar (100 cents per dollar) in accordance with the court approved Waterfall distribution schedule. The cash satisfaction eliminates all judicial attachments, liens, and litigation encumbrances against PDV Holdings and CITGO.

As expressly disclosed throughout Exhibit A, no institutional or sovereign investor comments have been finalized or guaranteed as of the date of this filing: the proposed is a cash proposal via Server-To-Server Private Transfer and subject to formal due diligence, and the Court's confirmation.

Pursuant to D.I. 2110 paragraph 8, proprietary corporate identifiers. Partner designations,

and confidential commercial structures have been redacted from the attached public exhibit to protect sensitive business information.

Respectfully submitted on this the 18th day of November, 2026.

Michael J. Harbin
Attorney and Agent for the Bidder
P. O. Box 851372
Mobile, AL 26685
(251) 394-5626