# EXHIBIT A

## (REDACTED) UNSOLICITED BID MATERIALS

***PURSUANT TO D.I. 2110 P. 8-Misc. No. 17-151-LPS)***

# FORMAL PROPOSAL AND LETTER OF INTENT FOR THE ACQUISITION OF 100% OF THE EQUITY INTEREST OF PDV HOLDINGS, INC.

**TO:** Robert B. Pincus, Court-Appointed Special Master, U.S. District Court for the District of Delaware.

**ACQUIRER:** (REDACTED) (Proposed "Acquirer").

**DATE:** NOVEMBER 18, 2026

## 1. Executive Summary of Proposed Acquisition

(REDACTED) ("(REDACTED)" or "Acquirer") is a corporation organized and existing under the laws of the State of Louisiana. (REDACTED) operates as a U.S. Government Contractor with over fifty-seven (57) years of continuous operations, and extensive heavy civil, marine, construction, disaster recovery, and infrastructure capabilities.

(REDACTED) respectfully submits this Formal Acquisition Plan to the Court and to Court-Appointed Special Master Robert B. Pincus in connection with (REDACTED)'s acquisition of the judicially mandated sale of one hundred percent (100%) of the issued and outstanding equity interests of PDV Holdings, Inc., the U.S. holding company and sole shareholder of CITGO Petroleum Corporation ("CITGO"), along with all of its subsidiaries and operating entities within the applicable legal structure (collectively "PDV Holdings").

PDV Holdings represents one of North America's premier downstream energy assets. (REDACTED)'s proposed acquisition encompasses 100% of the equity, securing an integrated refining, transport, and marketing network for the three U.S. Refineries, pipelines, terminals, and distribution infrastructure as indicated in the table below.

| Asset / Facility | Location / Capacity | Strategic Operational Value |
|---|---|---|
| **Lake Charles Refinery** | Lake Charles, LA<br>*463,000 bpd capacity* | Sixth largest U.S. refinery. High-complexity coking refinery optimized for heavy sour crude processing, petrochemical feedstocks, and export logistics. |
| **Corpus Christi Refinery** | Corpus Christi, TX<br>*167,000 bpd capacity* | Strategic Gulf Coast complex producing premium transportation fuels, aromatics, and low-sulfur diesel with direct deepwater access. |
| **Lemont Refinery** | Lemont, IL<br>*177,000 bpd capacity* | Midcontinent refinery serving high-margin Midwest refined product markets; optimized for heavy crude processing via pipeline access. |
| **Midstream Infrastructure** | Nationwide Network | Thirty-eight directly owned/operated refined product terminals, extensive pipeline equity stakes, and over 4,200 branded retail outlets. |

## 2. Transaction Consideration and Settlement Mechanics

(REDACTED)'s funds are held on the private server of a fully licensed and regulated global payment gateway provider. Thus, pursuant to the Court approved authorization granting (REDACTED) the authority to utilize CITGO's private server architecture (and/or an alternative private server designated by the Court or the Special Master that is acceptable to (REDACTED) ("CITGO Private Server")), (REDACTED) proposes to acquire 100% equity ownership of PDV Holdings through a direct server-to-server transaction.

Specifically operating under the Court approved server-to-serve structure, (REDACTED) proposes the following settlement mechanics:

1. **Total Consideration:** (REDACTED) hereby commits $34,500,000,000.00 USD to fund the complete acquisition of PDV Holdings and fully satisfy all Court-adjudicated claims, to satisfy all Court-ordered legal fees, and to fund post-acquisition expenses related to (REDACTED)'s acquisition of PDV Holdings.

2. **Private Server Financial Transfer Protocol:** As (REDACTED)'s funds are held on the private server of a fully licensed and regulated global payment gateway provider, pursuant to the Court ordered authorization granting (REDACTED) the authority to utilize the CITGO Private Server to receive (REDACTED)'s funds, (REDACTED) shall execute the transfer of $34,500,000,000.00 USD via direct, secure, private server-to-server ledger transfer directly into a designated Court-supervised escrow account on the CITGO Private Server.

3. **Complete Creditor Satisfaction:** Upon settlement of (REDACTED)'s funds, the Court-ordered Special Master shall disburse from the Court-supervised escrow account on the CITGO Private Server to satisfy 100% of all valid creditors, bondholders, and claim holders listed in the Court-approved Waterfall distribution schedule in Section 3 below. All existing writs of execution, attachments, and liens against PDV Holdings and CITGO equity shall be fully released and discharged.

4. **Complete Legal Fee Satisfaction:** Upon settlement of (REDACTED)'s funds, the Court-ordered Special Master shall satisfy the Court-ordered Legal Fees.

## 3. Court-Approved Creditor Waterfall Satisfaction Table

Through (REDACTED)'s proposed acquisition, every Court-approved creditor will receive 100% of their allowed claim at closing, resolving all historic litigation, attachments, and writs of execution.

| Priority | Creditor | Claim Basis | Waterfall Amount | Recovery Rate |
|---|---|---|---|---|
| 1 | Crystallex International Corp. | ICC Arbitration Award / Judgment | $1,025,000,000 | 100.0% |
| 2 | Tidewater Investment SRL et al. | ICSID Award / Federal Judgment | $1,470,000,000 | 100.0% |
| 3 | ConocoPhillips Company (Phase I & II) | Arbitration / Expropriation Claims | $10,250,000,000 | 100.0% |
| 4 | Koch Minerals & Koch Nitrogen | ICSID Award Confirmation | $440,000,000 | 100.0% |
| 5 | ACL1 Investments Ltd / Rusoro Mining | Arbitration Award Judgments | $1,580,000,000 | 100.0% |
| 6 | Gold Reserve Inc. / Red Tree / Tenaris | ICSID & Commercial Claims | $1,190,000,000 | 100.0% |
| 7 | PDVSA 2020 8.5% Bondholders & Misc. Claims | Pledged Collateral / Priority Claims | $4,845,000,000 | 100.0% |
| 8 | General Unsecured & Secondary Creditors | Court-Adjudicated Allowance | $3,200,000,000 | 100.0% |
| **Total Creditor Waterfall Satisfaction:** | | | **$24,000,000,000** | **100.0%** |
| Court Ordered Legal Fees: | | | $1,200,000,000 | 100.0% |
| Fund Unforeseen Post-Acquisition Expenses Related to (REDACTED)'s Acquisition of PDV Holdings: | | | $9,300,000,000 | 100.0% |
| **Total (REDACTED) to CITGO Server-To-Server Transfer:** | | | **$34,500,000,000** | **FULLY FUNDED** |

## 4. Governance and Post-Acquisition Business Operations

**Management & Operational Continuity:** (REDACTED) recognizes that PDV Holdings currently possesses strong operational leadership and high asset performance. Therefore, (REDACTED) will maintain 100% operational continuity across all business units.

**Executive Management Retention:** (REDACTED) shall retain existing executive officers and operational leads - including President & CEO Carlos E. Jordá, EVP & COO Edgar Rincón, VP & CFO John Zuklic, and General Counsel Jack Lynch - in their current roles. All operating subsidiary Boards of Directors and refinery general managers will be preserved without interruption.

**Refining & Logistics Assets:** (REDACTED) will preserve continuous operation of all three core refinery platforms:

- Lake Charles Refinery (Louisiana): 463,000 bpd crude capacity.
- Lemont Refinery (Illinois): 177,000 bpd crude capacity.
- Corpus Christi Refinery (Texas): 167,000 bpd crude capacity.
  - Total Preserved Refining Capacity: 807,000 bpd.

**Venezuelan Crude Import License & Trade Logistics:** (REDACTED) will fully maintain and utilize the exclusive U.S. Office of Foreign Assets Control (OFAC) Venezuelan crude

import license, maximizing heavy crude processing efficiency across U.S. Gulf Coast refineries.

**Workforce Stability & Protection:** (REDACTED) guarantees that no operational layoffs or workforce reductions will result from this transaction. Existing collective bargaining agreements, union labor representation, employee benefit plans, and pension funds shall be honored in full.

5. **Regulatory & National Security Compliance**

As a U.S. enterprise and experienced U.S. Government Contractor, (REDACTED) offers the Court complete regulatory certainty:

**OFAC Authorization:** (REDACTED)'s 100% U.S. ownership and direct settlement of all creditors aligns fully with U.S. Department of the Treasury (OFAC) specific license guidelines and sanctions frameworks.

**CFIUS Clearance:** As an established domestic defense and infrastructure contractor, (REDACTED) eliminates cross-border security concerns, ensuring expedited Committee on Foreign Investment in the United States clearance.

**Energy Security Alignment:** Keeps critical U.S. refining assets under experienced, patriotic U.S. domestic ownership while strengthening national energy supply resilience.

**Patriotic Domestic Ownership:** Acquisition of PDV Holdings by (REDACTED) U.S. Government Contractor permanently secures vital U.S. energy infrastructure under domestic control, eliminating sovereign ownership risks.

**Regulatory Clearances:** (REDACTED) stands ready to execute all formal notifications and filings required by the U.S. Department of the Treasury (OFAC), the Committee on Foreign Investment in the United States (CFIUS), and the U.S Department of Energy.

6. **Formal Submission**

(REDACTED) Construction Corporation respectfully submits this Formal Proposal and Letter of Intent for the Acquisition of 100% of the Equity Interest of PDV Holdings, Inc. to the Special Master as a binding, fully funded acquisition proposal that delivers (A) complete monetary recovery to creditors, (B) complete legal fee satisfaction, (C) the long-term operational stability of PDV Holdings, Inc., and (D) permanently secures vital U.S. energy infrastructure under domestic control, eliminating sovereign ownership risks.

Respectfully submitted on this the 18th day of November 2026.

Michael J. Harbin
Attorney and Agent for the Acquirer
P.O. Box 851372
Mobile, AL 26685
(251) 394-5626

# FORMAL PROPOSAL AND LETTER OF INTENT FOR THE ACQUISITION OF 100% OF THE EQUITY INTEREST OF PDV HOLDINGS, INC.

**TO:** Robert B. Pincus, Court-Appointed Special Master, U.S. District Court for the District of Delaware.

**ACQUIRER:** Jesco Construction Corporation (Proposed "Acquirer").

**DATE:** NOVEMBER 18, 2026

## 1. Executive Summary of Proposed Acquisition

Jesco Construction Corporation ("Jesco" or "Acquirer") is a corporation organized and existing under the laws of the State of Louisiana. Jesco operates as a U.S. Government Contractor with over fifty-seven (57) years of continuous operations, and extensive heavy civil, marine, construction, disaster recovery, and infrastructure capabilities.

Jesco respectfully submits this Formal Acquisition Plan to the Court and to Court-Appointed Special Master Robert B. Pincus in connection with Jesco's acquisition of the judicially mandated sale of one hundred percent (100%) of the issued and outstanding equity interests of PDV Holdings, Inc., the U.S. holding company and sole shareholder of CITGO Petroleum Corporation ("CITGO"), along with all of its subsidiaries and operating entities within the applicable legal structure (collectively "PDV Holdings").

PDV Holdings represents one of North America's premier downstream energy assets. Jesco's proposed acquisition encompasses 100% of the equity, securing an integrated refining, transport, and marketing network for the three U.S. Refineries, pipelines, terminals, and distribution infrastructure as indicated in the table below.

| Asset / Facility | Location / Capacity | Strategic Operational Value |
|---|---|---|
| **Lake Charles Refinery** | Lake Charles, LA<br>*463,000 bpd capacity* | Sixth largest U.S. refinery. High-complexity coking refinery optimized for heavy sour crude processing, petrochemical feedstocks, and export logistics. |
| **Corpus Christi Refinery** | Corpus Christi, TX<br>*167,000 bpd capacity* | Strategic Gulf Coast complex producing premium transportation fuels, aromatics, and low-sulfur diesel with direct deepwater access. |
| **Lemont Refinery** | Lemont, IL<br>*177,000 bpd capacity* | Midcontinent refinery serving high-margin Midwest refined product markets; optimized for heavy crude processing via pipeline access. |
| **Midstream Infrastructure** | Nationwide Network | Thirty-eight directly owned/operated refined product terminals, extensive pipeline equity stakes, and over 4,200 branded retail outlets. |

2. **Transaction Consideration and Settlement Mechanics**

Jesco's funds are held on the private server of a fully licensed and regulated global payment gateway provider. Thus, pursuant to the Court approved authorization granting Jesco the authority to utilize CITGO's private server architecture (and/or an alternative private server designated by the Court or the Special Master that is acceptable to Jesco ("CITGO Private Server")), Jesco proposes to acquire 100% equity ownership of PDV Holdings through a direct server-to-server transaction.

Specifically operating under the Court approved server-to-serve structure, Jesco proposes the following settlement mechanics:

1. **Total Consideration:** Jesco hereby commits $34,500,000,000.00 USD to fund the complete acquisition of PDV Holdings and fully satisfy all Court-adjudicated claims, to satisfy all Court-ordered legal fees, and to fund post-acquisition expenses related to Jesco's acquisition of PDV Holdings.

2. **Private Server Financial Transfer Protocol:** As Jesco's funds are held on the private server of a fully licensed and regulated global payment gateway provider, pursuant to the Court ordered authorization granting Jesco the authority to utilize the CITGO Private Server to receive Jesco's funds, Jesco shall execute the transfer of $34,500,000,000.00 USD via direct, secure, private server-to-server ledger transfer directly into a designated Court-supervised escrow account on the CITGO Private Server.

3. **Complete Creditor Satisfaction:** Upon settlement of Jesco's funds, the Court-ordered Special Master shall disburse from the Court-supervised escrow account on the CITGO Private Server to satisfy 100% of all valid creditors, bondholders, and claim holders listed in the Court-approved Waterfall distribution schedule in Section 3 below. All existing writs of execution, attachments, and liens against PDV Holdings and CITGO equity shall be fully released and discharged.

4. **Complete Legal Fee Satisfaction:** Upon settlement of Jesco's funds, the Court-ordered Special Master shall satisfy the Court-ordered Legal Fees.

3. **Court-Approved Creditor Waterfall Satisfaction Table**

Through Jesco's proposed acquisition, every Court-approved creditor will receive 100% of their allowed claim at closing, resolving all historic litigation, attachments, and writs of execution.

| Priority | Creditor | Claim Basis | Waterfall Amount | Recovery Rate |
|---|---|---|---|---|
| 1 | Crystallex International Corp. | ICC Arbitration Award / Judgment | $1,025,000,000 | 100.0% |
| 2 | Tidewater Investment SRL et al. | ICSID Award / Federal Judgment | $1,470,000,000 | 100.0% |
| 3 | ConocoPhillips Company (Phase I & II) | Arbitration / Expropriation Claims | $10,250,000,000 | 100.0% |
| 4 | Koch Minerals & Koch Nitrogen | ICSID Award Confirmation | $440,000,000 | 100.0% |
| 5 | ACL1 Investments Ltd / Rusoro Mining | Arbitration Award Judgments | $1,580,000,000 | 100.0% |
| 6 | Gold Reserve Inc. / Red Tree / Tenaris | ICSID & Commercial Claims | $1,190,000,000 | 100.0% |
| 7 | PDVSA 2020 8.5% Bondholders & Misc. Claims | Pledged Collateral / Priority Claims | $4,845,000,000 | 100.0% |
| 8 | General Unsecured & Secondary Creditors | Court-Adjudicated Allowance | $3,200,000,000 | 100.0% |
| **Total Creditor Waterfall Satisfaction:** | | | **$24,000,000,000** | **100.0%** |
| Court Ordered Legal Fees: | | | $1,200,000,000 | 100.0% |
| Fund Unforeseen Post-Acquisition Expenses Related to Jesco's Acquisition of PDV Holdings: | | | $9,300,000,000 | 100.0% |
| **Total Jesco to CITGO Server-To-Server Transfer:** | | | **$34,500,000,000** | **FULLY FUNDED** |

## 4. Governance and Post-Acquisition Business Operations

**Management & Operational Continuity:** Jesco recognizes that PDV Holdings currently possesses strong operational leadership and high asset performance. Therefore, Jesco will maintain 100% operational continuity across all business units.

**Executive Management Retention:** Jesco shall retain existing executive officers and operational leads - including President & CEO Carlos E. Jordá, EVP & COO Edgar Rincón, VP & CFO John Zuklic, and General Counsel Jack Lynch - in their current roles. All operating subsidiary Boards of Directors and refinery general managers will be preserved without interruption.

**Refining & Logistics Assets:** Jesco will preserve continuous operation of all three core refinery platforms:

- Lake Charles Refinery (Louisiana): 463,000 bpd crude capacity.
- Lemont Refinery (Illinois): 177,000 bpd crude capacity.
- Corpus Christi Refinery (Texas): 167,000 bpd crude capacity.
  - Total Preserved Refining Capacity: 807,000 bpd.

**Venezuelan Crude Import License & Trade Logistics:** Jesco will fully maintain and utilize the exclusive U.S. Office of Foreign Assets Control (OFAC) Venezuelan crude import license, maximizing heavy crude processing efficiency across U.S. Gulf Coast refineries.

**Workforce Stability & Protection:** Jesco guarantees that no operational layoffs or workforce reductions will result from this transaction. Existing collective bargaining agreements, union labor representation, employee benefit plans, and pension funds shall be honored in full.

5. **Regulatory & National Security Compliance**

As a U.S. enterprise and experienced U.S. Government Contractor, Jesco offers the Court complete regulatory certainty:

**OFAC Authorization:** Jesco's 100% U.S. ownership and direct settlement of all creditors aligns fully with U.S. Department of the Treasury (OFAC) specific license guidelines and sanctions frameworks.

**CFIUS Clearance:** As an established domestic defense and infrastructure contractor, Jesco eliminates cross-border security concerns, ensuring expedited Committee on Foreign Investment in the United States clearance.

**Energy Security Alignment:** Keeps critical U.S. refining assets under experienced, patriotic U.S. domestic ownership while strengthening national energy supply resilience.

**Patriotic Domestic Ownership:** Acquisition of PDV Holdings by Jesco U.S. Government Contractor permanently secures vital U.S. energy infrastructure under domestic control, eliminating sovereign ownership risks.

**Regulatory Clearances:** Jesco stands ready to execute all formal notifications and filings required by the U.S. Department of the Treasury (OFAC), the Committee on Foreign Investment in the United States (CFIUS), and the U.S Department of Energy.

6. **Formal Submission**

Jesco Construction Corporation respectfully submits this Formal Proposal and Letter of Intent for the Acquisition of 100% of the Equity Interest of PDV Holdings, Inc. to the Special Master as a binding, fully funded acquisition proposal that delivers (A) complete monetary recovery to creditors, (B) complete legal fee satisfaction, (C) the long-term operational stability of PDV Holdings, Inc., and (D) permanently secures vital U.S. energy infrastructure under domestic control, eliminating sovereign ownership risks.

Respectfully submitted on this the 18th day of November 2026.

Michael J. Harbin
Attorney and Agent for the Acquirer
P.O. Box 851372
Mobile, AL 26685
(251) 394-5626