FILED
NOV 18 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of Court
US District Court
844 King Street
Wilmington, DE 19801

**CA No. 17-151-LPS**