**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 17-151-LPS |
| | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF NOVEMBER 13, 2026**
***EX PARTE* MEETING OF THE COURT AND THE SPECIAL MASTER**

**PLEASE TAKE NOTICE THAT**, on November 13, 2026, at 9:00 a.m. (ET), the Court conducted an *ex parte* meeting by Zoom conference with the Special Master in accordance with the Court's May 10, 2023 *Memorandum Order* [D.I. 559] and July 17, 2023 *Memorandum Order* [D.I. 643]. A court reporter was present and a transcript of the *ex parte* meeting will be retained by the Special Master under seal.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*

Matthew F. Davis (#4696)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
mdavis@potteranderson.com
bpalapura@potteranderson.com

*Counsel for Special Master Robert B. Pincus*

Dated: November 19, 2026
15036341 / 21202.00001